B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT<br>District of Delaware | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Exide Technologies | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>[Exide Corporation, Evonite Fiber Corporation, General Battery Corporation, Refabricated Metals Smelters Universal, Batteries West, ESB Incorporated, Exide Battery, Exide & General Batteries Corporation, Prices Battery, Price & Price Battery, General Beeter & Ceramic Corporation, Gould National Battery, Gould Battery, National Battery, Pacific Chloride, Schuhl Metals, Sonnen Battery Company, Brunei Battery, The Electric Storage Battery Company] | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>23-0552730 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>13000 Deerfield Parkway, Building 200<br>Milton, Georgia<br>ZIP CODE 30004 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Fulton County | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>See Exhibit D on page 2 of this form.<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other | ☐ Chapter 7       ☐ Chapter 15 Petition for<br>☐ Chapter 9          Recognition of a Foreign<br>☒ Chapter 11         Main Proceeding<br>☐ Chapter 12    ☐ Chapter 15 Petition for<br>☐ Chapter 13         Recognition of a Foreign<br>                               Nonmain Proceeding |

| Chapter 15 Debtors<br>Country of debtor's center of main interests:<br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☒ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached.<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).<br>-----<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1) (04/13)            Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Exide Technologies |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☑ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)   (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☑ Yes, and Exhibit C is attached and made a part of this petition.

☐ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)

Page 3

| Voluntary Petition
*(This page must be completed and filed in every case.)* | Name of Debtor(s):
Exide Technologies |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (if not represented by attorney)

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

Date

### Signature of Attorney*

X /s/ Anthony W. Clark
Signature of Attorney for Debtor(s)
Anthony W. Clark
Printed Name of Attorney for Debtor(s)
Skadden, Arps, Slate, Meagher & Flom LLP
Firm Name
One Rodney Square, 920 North King Street,
Wilmington, Delaware 19801
Address
302-651-3000
Telephone Number
06/10/2013
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Phillip A. Damaska
Signature of Authorized Individual
Phillip A. Damaska
Printed Name of Authorized Individual
Executive Vice President & Chief Financial Officer
Title of Authorized Individual
06/10/2013
Date

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------- x
                                      :
In re:                                :   Chapter 11
                                      :
EXIDE TECHNOLOGIES,                   :   Case No. 13-[•] ([•])
                                      :
                Debtor.[1]            :
                                      :
------------------------------------- x

### EXHIBIT "A" TO VOLUNTARY PETITION

If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is 001-11263.

The following financial data is the latest available information and refers to the debtor's condition on March 31, 2013 (unless otherwise indicated).

    (a)    Total Assets[*]                              $1,894,886,000.00

    (b)    Total Debts[*]                               $1,142,891,000.00

    (c)    Debt securities held by more than 500 holders:

| Debt Security | Secured/Unsecured /Subordinated | Amount ($) | Number of Holders |
|---|---|---|---|
| 8.625% Senior Secured Notes | Secured | $674,200,000.00 | Unknown<br>CUSIP 302051AQ0 |
| Floating Rate Convertible Senior Subordinated Notes | Subordinated | $60,000,000.00 | Unknown<br>CUSIP 302051AL1 |

    (d)    Number of shares of preferred stock         0

    (e)    Number of shares of common stock         79,333,110[2]

                                                                               CUSIP 302051206

---

[1] The last four digits of the Debtor's taxpayer identification number are 2730. The Debtor's corporate headquarters are located at 13000 Deerfield Parkway, Building 200, Milton, Georgia 30004.

[*] Approximate amounts as of April 30, 2013. Please note the financial information contained herein is derived from unaudited sources. No certification as to its accuracy can be made.

[2] As of June 6, 2013.

1. Brief description of debtor's business:

    The Debtor, Exide, which together with its direct and indirect subsidiaries (collectively, the "Company"), has operations in more than 80 countries, is a global leader in stored electrical energy solutions and one of the world's largest producers and recyclers of lead-acid batteries.

    The Company's four global business groups—Transportation Americas, Transportation Europe and Rest of World ("ROW"), Industrial Energy Americas, and Industrial Energy Europe and ROW—provide a comprehensive range of stored electrical energy products and services for industrial and transportation applications. The Company manufactures and distributes transportation and industrial batteries in North America, Europe, Asia, the Middle East, India, Australia, and New Zealand. In the transportation segments, the Company distributes and markets transportation batteries, which include starting, lighting, and ignition batteries for cars, trucks, off-road vehicles, agricultural and construction vehicles, motorcycles, recreational vehicles, marine, and other applications to a broad range of retailers, distributors of replacement or after-market batteries, and automotive original equipment manufacturers ("OEM"). The Company's industrial batteries consist of motive power batteries and network power applications. Motive power batteries are used in the material handling industry for equipment such as electric fork-lift trucks as well as in other machinery, including floor cleaning machinery, powered wheelchairs, railroad locomotives, mining equipment, and electric road vehicles. Network power batteries provide energy storage solutions for critical systems that require uninterrupted power supply and are used to power, among other things, telecommunications systems, computer installations and data centers, hospitals, air traffic control systems, security systems, electric utilities, railways, and various military applications. The Company has a diverse customer base that includes a number of major end-user and retail customers, including market winners and industry leaders.

    The Debtor, headquartered in Milton, Georgia, operates 13 manufacturing facilities in the United States. The Debtor also operates approximately 74 branches[3] throughout North America, which sell and distribute batteries and other products to customers, battery specialists, retail stores, and OEM dealers. In addition, branch locations collect spent batteries for the Debtor's recycling facilities. Exide has five smelters, three of which are currently active battery collection and recycling facilities.[4] These facilities reclaim lead by recycling spent lead-acid batteries, which are obtained for recycling from Exide's customers and outside spent-battery collectors. In fiscal year 2013, approximately 530,575 tons of batteries, plant scrap, and range lead were recycled at Exide's smelters or by a third party at Exide's request, which efforts enabled Exide to better control the cost of the principal raw material—lead—used in making its

---

[3] On average, branch locations are approximately 20,000 square feet in size and are generally leased for periods of 29 to 42 months.

[4] The smelter furnaces melt lead from spent (i.e., expired) batteries to extract the lead so that it can be re-used to make new batteries.

products. In the United States, the Debtor historically has obtained the vast majority of its lead requirements from its recycling operations.[5]

2. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:[6]

| | | | |
|---|---|---|---|
| 1. | Fidelity Management & Research Company | 7,404,756 | (9.33%) |
| 2. | Tontine Asset Management, LLC | 6,785,191 | (8.55%) |
| 3. | BlackRock Institutional Trust Company, N.A. | 4,837,861 | (6.10%)[7] |
| 4. | The Vanguard Group, Inc. | 4,035,799 | (5.09%) |

---

[5] In contrast, the Company obtains the majority of its lead requirements for its ROW operations on the open market from third-party suppliers.

[6] Estimated holdings as of June 5, 2013.

[7] As of June 3, 2013.

3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------x
                                 :
In re:                           :    Chapter 11
                                 :
EXIDE TECHNOLOGIES,              :    Case No. 13-[•] ([•])
                                 :
           Debtor.[1]            :
                                 :
                                 :
---------------------------------x

## CONSOLIDATED LIST OF CREDITORS
## HOLDING 20 LARGEST UNSECURED CLAIMS

    Set forth below is a list of creditors holding the twenty (20) largest unsecured claims against Exide Technologies (the "Debtor"), as of approximately June 6, 2013. This list has been prepared based upon the books and records of the Debtor. The information presented in the list below shall not constitute an admission by, nor is it binding on, the Debtor.

    This List of Creditors is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. This List of Creditors does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101 or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the largest unsecured claims.

---

[1] The last four digits of the Debtor's taxpayer identification number are 2730. The Debtor's corporate headquarters are located at 13000 Deerfield Parkway, Building 200, Milton, Georgia 30004.

| CREDITOR | MAILING ADDRESS AND TELEPHONE NUMBER | NATURE OF CLAIM | CONTINGENT, UNLIQUI-DATED OR DISPUTED | AMOUNT OF CLAIM[2] |
|---|---|---|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION | WILMINGTON TRUST, NATIONAL ASSOCIATION<br>ATTN: JULIE BECKER, VICE PRESIDENT<br>50 SOUTH SIXTH STREET, STE. 1290<br>MINNEAPOLIS, MN 55402<br><br>PHONE: (612) 217-5628<br>FAX: (612) 217-5651<br>EMAIL: JBECKER@WILMINGTONTRUST.COM | FLOATING RATE CONVERT-IBLE SENIOR SUBORDI-NATED NOTES | | $51,900,000 |
| ORACLE CREDIT CORPORATION | ORACLE CREDIT CORPORATION<br>ATTN: MILLS FLEMING - ASM<br>500 ORACLE PARKWAY<br>REDWOOD SHORES, CA 94065<br><br>PHONE: 770-351-3885<br>EMAIL: MILLS.FLEMING@ORACLE.COM | ACCOUNTS PAYABLE | | $4,118,390 |
| RICHARDSON MOLDING INCORPORATED | RICHARDSON MOLDING INCORPORATED<br>ATTN: ROGER WINSLOW - OWNER<br>2405 NORCROSS DRIVE<br>COLUMBUS, IN 47201-8844<br><br>PHONE: (641) 872-1977<br>FAX: (812) 342-0252<br>EMAIL: RWINSLOW@RICHARDSONMOLDING.COM | ACCOUNTS PAYABLE | | $2,874,282 |
| COYOTE LOGISTICS | COYOTE LOGISTICS<br>ATTN: ANDREW HAVERKAMPF – CHIEF BUSINESS DEVELOPMENT OFFICER<br>2545 W. DIVERSEY AVENUE<br>3RD FLOOR<br>CHICAGO, IL 60647<br><br>PHONE: (877) 626-9683<br>FAX: (847) 235-8893 | ACCOUNTS PAYABLE | | $1,392,633 |

---

[2] Claim amounts may be subject to customary offsets, rebates, discounts, reconciliations, credits, and adjustments, which are not reflected on this schedule. Certain amounts include open unvouchered receipts, which may ultimately be adjusted on account of setoffs, returns, or other factors.

| CREDITOR | MAILING ADDRESS AND TELEPHONE NUMBER | NATURE OF CLAIM | CONTINGENT, UNLIQUI-DATED OR DISPUTED | AMOUNT OF CLAIM[2] |
|---|---|---|---|---|
| JONES DAY | JONES DAY<br>ATTN: LIZANNE THOMAS – PARTNER<br>1420 PEACHTREE ST., NE STE 800<br>ATLANTA, GA 30309<br><br>PHONE: (404) 581-8411<br>FAX: (404) 581-8330<br>EMAIL: THOMAS@JONESDAY.COM | ACCOUNTS PAYABLE | | $1,390,715 |
| HCL AMERICA INC. | HCL AMERICA INC<br>ATTN: JAMES LINDENMEYER - MANUFACTURING ACCOUNT MANAGER<br>GLOBAL HQ : HCL TECHNOLOGIES LTD CORPORATE OFFICE<br>A-10/11, SECTOR - 3<br>NOIDA, UP  201 301<br>INDIA<br><br>PHONE: (678) 983-7590<br>EMAIL: JLINDENMEYER@HCL.COM | ACCOUNTS PAYABLE | | $1,271,925 |
| VANFAB INCORPORATED | VANFAB INCORPORATED<br>ATTN: GRANT VANVOORST - OWNER<br>1 CENTER STREET<br>UNION HILL, IL  60969<br><br>PHONE: (815) 426-2544<br>FAX: (815) 426-2548<br>EMAIL: GRANT@VANFAB.COM | ACCOUNTS PAYABLE | | $1,103,334 |
| COPPERFAB INC | COPPERFAB INC<br>ATTN: LISA TOTH - PRESIDENT<br>5512 SOUTH 66TH STREET<br>FORT SMITH, AR  72903<br><br>PHONE: (479) 646-9274<br>FAX: (479) 646-0868<br>EMAIL: LTOTH@COPPERFAB.COM | ACCOUNTS PAYABLE | | $969,870 |
| HOLLINGSWORTH & VOSE COMPANY | HOLLINGSWORTH & VOSE COMPANY<br>ATTN: MITCH BREGMAN - PRESIDENT<br>112 WASHINGTON STREET<br>EAST WALPOLE, MA  02032<br><br>PHONE: (508) 850-2283<br>FAX: (508) 668-6526 | ACCOUNTS PAYABLE | | $965,946 |

| CREDITOR | MAILING ADDRESS AND TELEPHONE NUMBER | NATURE OF CLAIM | CONTINGENT, UNLIQUI-DATED OR DISPUTED | AMOUNT OF CLAIM[2] |
|---|---|---|---|---|
| ACCUMA CORPORATION | ACCUMA CORPORATION<br>ATTN: MARK CHAMBERS - GENERAL MANAGER, USA & UK<br>133 FANJOY ROAD<br>STATESVILLE, NC  28677<br><br>PHONE: 704-873-1488 ext 201<br>EMAIL: MARK.CHAMBERS@ACCUMACORP.COM | ACCOUNTS PAYABLE | | $957,886 |
| APPLIED INDUSTRIAL TECHNOLOGIES | APPLIED INDUSTRIAL TECHNOLOGIES<br>ATTN: NEIL A. SCHRIMSHER - CHIEF EXECUTIVE OFFICER<br>1 APPLIED PLAZA<br>CLEVELAND, OH  44115<br><br>PHONE: (216) 426-4000<br>EMAIL: APPLIEDINDUSTRIAL@APPLIED.COM | ACCOUNTS PAYABLE | | $827,551 |
| ELK ENVIRONMENT-AL SERVICES | ELK ENVIRONMENTAL SERVICES<br>ATTN: HARRY O'NEIL - PRESIDENT<br>1420 CLARION STREET<br>READING, PA  19601<br><br>PHONE: (610) 372-4760<br>FAX: (610) 372-4820 | ACCOUNTS PAYABLE | | $823,556 |
| TULIP CORP | TULIP CORP<br>ATTN: FRED TESHINSKY - OWNER / PARTNER<br>14955 E. SALT LAKE AVENUE<br>CITY OF INDUSTRY, CA  91746<br><br>PHONE: (626) 968-9680<br>FAX: (626) 333-3610<br>EMAIL: FREDT@TULIPCORP.COM | ACCOUNTS PAYABLE | | $794,732 |
| SEIBEL MODERN MFG. &WELDING CORP. | SEIBEL MODERN MFG. & WELDING CORP.<br>ATTN: MARK SEIBEL - OWNER<br>38 PALMER PLACE<br>LANCASTER, NY  14086<br><br>PHONE: (716) 683-1536<br>FAX: (716) 683-2552<br>EMAIL: MSEIBEL@SEIBELMODERN.COM | ACCOUNTS PAYABLE | | $686,779 |

| CREDITOR | MAILING ADDRESS AND TELEPHONE NUMBER | NATURE OF CLAIM | CONTINGENT, UNLIQUI- DATED OR DISPUTED | AMOUNT OF CLAIM[2] |
|---|---|---|---|---|
| DELL COMPUTER | DELL COMPUTER<br>ATTN: MICHAEL PARRISH - ACCOUNT EXECUTIVE LARGE ENTERPRISE<br>1 DELL WAY<br>ROUND ROCK, TX  78682<br><br>PHONE: (404) 386-0329<br>EMAIL: MICHAEL_PARRISH@DELL.COM | ACCOUNTS PAYABLE | | $597,353 |
| SIMONS TRUCKING INC. | SIMONS TRUCKING INC<br>ATTN: ROGER SIMON - OWNER<br>920 SIMON DRIVE<br>FARLEY, IA  52046<br><br>PHONE: (563) 744-3304<br>FAX: (563) 774-3726 | ACCOUNTS PAYABLE | | $584,057 |
| REMEDIATION SERVICES INC. | REMEDIATION SERVICES INC.<br>ATTN: GRANT V. SHERWOOD - PRESIDENT<br>2735 SOUTH 10TH STREET<br>INDEPENDENCE, KS  67301<br><br>PHONE: (620) 331-1200<br>FAX: (620) 331-6216 | ACCOUNTS PAYABLE | | $581,171 |
| A F C O | A F C O<br>ATTN: NANCY A. KAGAN - ASSISTANT GENERAL COUNSEL<br>14 WALL STREET<br>SUITE 8A<br>NEW YORK, NY  10005<br>UNITED STATES<br><br>PHONE: (212)401-4465<br>FAX: (212) 401-4430<br>EMAIL: NKAGAN@AFCO.COM | ACCOUNTS PAYABLE | | $560,812 |
| BT AMERICAS INC | BT AMERICAS INC<br>ATTN: CRAIG LACAVA - SENIOR BUSINESS DIRECTOR<br>2727 PACES FERRY ROAD<br>SUITE 1500<br>ATLANTA, GA 30339<br><br>PHONE: (404) 514-9417<br>EMAIL: CRAIG.LACAVA@BT.COM | ACCOUNTS PAYABLE | | $512,740 |

| CREDITOR | MAILING ADDRESS AND TELEPHONE NUMBER | NATURE OF CLAIM | CONTINGENT, UNLIQUI-DATED OR DISPUTED | AMOUNT OF CLAIM[2] |
|---|---|---|---|---|
| PENSION BENEFIT GUARANTY CORPORATION | PENSION BENEFIT GUARANTY CORPORATION ATTN: COUNSEL - OFFICE OF THE CHIEF COUNSEL 1200 K STREET, NW, SUITE 340 WASHINGTON, DC  20005-4026 PHONE: (202) 326-4020 FAX: (202) 326-4112 | PENSION | U | UNDETER-MINED |

## DECLARATION UNDER PENALTY OF PERJURY

I, Phillip A. Damaska, Executive Vice President and Chief Financial Officer of the Debtor, declare under penalty of perjury that I have read the foregoing List of Creditors and that it is true and correct to the best of my knowledge, information, and belief.

Dated: June 10, 2013
       Milton, Georgia

By: /s/ Phillip A. Damaska
Name: Phillip A. Damaska

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------- x
                                :
In re:                          :   Chapter 11
                                :
EXIDE TECHNOLOGIES,             :   Case No. 13-[•] ([•])
                                :
         Debtor.[1]             :
                                :
------------------------------- x

## CORPORATE OWNERSHIP STATEMENT OF EXIDE TECHNOLOGIES

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, there are no entities that have a direct or indirect ownership interest of 10% or more in the above-captioned debtor in possession (the "Debtor").

## DECLARATION

I, Phillip A. Damaska, Executive Vice President and Chief Financial Officer of the Debtor in this case, declare under penalty of perjury that I have read the foregoing Corporate Ownership Statement and that it is true and correct to the best of my knowledge, information and belief.

Dated: June 10, 2013
       Milton, Georgia

By: _____
Name: Phillip A. Damaska

---

[1] The last four digits of the Debtor's taxpayer identification number are 2730. The Debtor's corporate headquarters are located at 13000 Deerfield Parkway, Building 200, Milton, Georgia 30004.

## CERTIFICATE

The undersigned, Brad S. Kalter, Secretary of Exide Technologies (the "Company"), a Delaware corporation, hereby certifies as follows:

1. I am the duly qualified and elected Secretary of the Company and, as such, am familiar with the facts herein certified and I am duly authorized to certify same on behalf of the Company.

2. Attached hereto is a true, complete, and correct copy of the resolutions of the Board of Directors of the Company, duly adopted at a properly convened meeting of the Board of Directors on June 9, 2013, by unanimous vote of the directors there present, in accordance with the by-laws of the Company.

3. Such resolutions have not been amended, altered, annulled, rescinded, or revoked and are in full force and effect as of the date hereof. There exist no other subsequent resolutions of the Board of directors of the Company relating to the matters set forth in the resolutions attached hereto.

IN WITNESS WHEREOF, the undersigned has executed this certificate as of June 10, 2013.

_____
Name: Brad S. Kalter
Title: Secretary

955557--CHISR02A - MSW

# RESOLUTIONS
# OF
# THE BOARD OF DIRECTORS
# OF
# EXIDE TECHNOLOGIES

### June 9, 2013

The board of directors (the "Board of Directors") of Exide Technologies, a Delaware corporation (the "Corporation"), pursuant to the Delaware General Corporation Law and the amended and restated by-laws of the Corporation, at a duly convened meeting, do hereby adopt the following resolutions:

**WHEREAS**, the Board of Directors has been presented with a proposed petition to be filed by the Corporation in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), in which the authority to operate as a debtor-in-possession will be sought; and

**WHEREAS**, the Board of Directors, having considered the financial and operational aspects of the Corporation's business and the best course of action to maximize value, deem it advisable and in the best interests of the Company, its creditors, and other interested parties that a petition be filed by the Corporation seeking relief under the provisions of chapter 11 of the Bankruptcy Code;

**NOW THEREFORE, BE IT RESOLVED**, that the Corporation file a petition seeking relief under the provisions of chapter 11 of the Bankruptcy Code, in which the authority to operate as a debtor-in-possession will be sought, and the filing of such petition is authorized hereby;

**BE IT FURTHER RESOLVED**, that each of the officers of the Corporation, including, without limitation, the president, chief executive officer, chief financial officer, general counsel, any vice president, secretary, treasurer, assistant secretary, and assistant treasurer of the Corporation (each, an "Authorized Officer," and, collectively, the "Authorized Officers") is hereby authorized, empowered, and directed in the name and on behalf of the Corporation to take all actions in connection with the chapter 11 case authorized herein;

**BE IT FURTHER RESOLVED**, that the Authorized Officers be, and each of them, with full authority to act without the others, hereby is, authorized, empowered, and directed, in the name and on behalf of the Corporation, to execute and verify a petition in the name of the Corporation under chapter 11 of the Bankruptcy Code

and to cause the same to be filed in the Bankruptcy Court in such form and at such time as the Authorized Officer executing said petition on behalf of the Corporation shall determine;

**BE IT FURTHER RESOLVED**, that the Authorized Officers be, and each of them, with full authority to act without the others, hereby is, authorized, empowered, and directed in the name and on behalf of the Corporation, to execute and file or cause to be executed and filed (or to direct others to do so on their behalf as provided herein) all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings, and other papers, and in that connection to employ and retain all assistance by legal counsel, accountants, or other professionals and to take any and all other action which they or any one of them deem necessary or appropriate in connection with the chapter 11 case contemplated hereby, with a view to the successful prosecution of such case;

**BE IT FURTHER RESOLVED**, that all acts lawfully done or actions lawfully taken by any Authorized Officer to seek relief under chapter 11 of the Bankruptcy Code or in connection with the chapter 11 case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Corporation;

**BE IT FURTHER RESOLVED**, that the law firm of Skadden, Arps, Slate, Meagher & Flom LLP and its affiliates be, and hereby are, employed under a general retainer to render legal services to, and to represent, the Corporation in connection with the chapter 11 case and any other related matters in connection therewith, on such terms as any Authorized Officers shall approve;

**BE IT FURTHER RESOLVED**, that the law firm of Pachulski Stang Ziehl & Jones LLP and its affiliates be, and hereby are, employed under a general retainer to serve as counsel to the Corporation in connection with the chapter 11 case and any other related matters in connection therewith, on such terms as any Authorized Officers shall approve;

**BE IT FURTHER RESOLVED**, that the firm of Lazard Frères & Co. LLC be, and hereby is, employed as financial advisor and investment banker for the Company in connection with the chapter 11 case and any other related matters in connection therewith, on such terms as any Authorized Officers shall approve;

**BE IT FURTHER RESOLVED**, that the firm of GCG, Inc. is hereby engaged to provide the Company with consulting services including, without limitation, noticing, claims management and reconciliation, plan solicitation, balloting, disbursements, and assisting with the preparation of the Company's schedules of assets and liabilities and statement of financial affairs, in connection with the chapter 11 case and any other related matters in connection therewith, on such terms as any Authorized Officers shall approve;

2

**BE IT FURTHER RESOLVED**, that the firm of Sitrick and Company Inc. be, and hereby is, employed as public relations consultant for the Company in connection with the chapter 11 case and any other related matters in connection therewith, on such terms as any Authorized Officers shall approve;

**BE IT FURTHER RESOLVED**, that the Authorized Officers be, and each of them, with full authority to act without the others, hereby is, authorized, empowered, and directed, on behalf of, and in the name of the Company, to retain such other professionals as they deem appropriate during the course of the chapter 11 case;

**BE IT FURTHER RESOLVED**, that the Authorized Officers be, and each of them, with full authority to act without the others, hereby is, authorized, empowered, and directed, in the name and on behalf of the Corporation, to incur and pay or cause to be paid all such fees and expenses as in their judgment shall be necessary, appropriate, or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions, the making of any such payment conclusively to evidence the due authorization and approval thereof by the Board of Directors;

**BE IT FURTHER RESOLVED**, that the Authorized Officers be, and each of them, with full authority to act without the others, hereby is, authorized, empowered, and directed, in the name and on behalf of the Corporation, to take any and all such actions, and to execute and deliver or cause to be executed and delivered under seal of the Corporation or otherwise, such agreements, certificates, undertakings, instruments, and any and all other documents and amendments necessary or appropriate to facilitate the transactions contemplated by the foregoing resolutions, containing such provisions, terms, conditions, covenants, warranties, and representations as may be deemed necessary or appropriate in connection with the chapter 11 case or any matter related thereto, the taking of any such action or the execution and delivery of such agreements, certificates, undertakings, instruments, documents, or amendments conclusively to evidence the due authorization and approval thereof by the Board of Directors; and

**BE IT FURTHER RESOLVED**, that all actions heretofore taken by any director, officer, or employee of the Corporation, on or prior to the date hereof, in the name and on behalf of the Corporation in connection with any of the matters contemplated by the foregoing resolutions are in all respects authorized, ratified, approved, confirmed, and adopted as the acts and deeds by and on behalf of the Corporation as fully as if such actions had been presented to the Board of Directors for its prior approval.

3

# EXHIBIT C TO VOLUNTARY PETITION

1.   **Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety.**

The Debtor owns real property located at 2700 South Indiana Avenue in the City of Vernon, California (the "Vernon Facility") which the California Department of Toxic Substances Control ("DTSC") has alleged currently poses an imminent and substantial danger to public health, safety and environment. The Debtor denies these allegations.

The Debtor also presently is undergoing environmental investigations or remediation at other properties. While environmental contamination is present at these properties, the Debtor does not believe that these properties represent an "imminent and identifiable harm to the public safety."

2.   **With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public safety.**

On April 24, 2013, the DTSC issued an Order for Temporary Shutdown which suspended the Vernon Facility's hazardous waste facility interim status, which authorized the Vernon Facility to receive off-site hazardous waste, to treat hazardous waste and to store hazardous waste. DTSC's order alleges that: (i) the storm sewer system at the facility is not in compliance with applicable laws and poses a risk that hazardous wastes allegedly in the storm water will be released into the soil and groundwater at the Vernon Facility; and (ii) the air emissions from the Vernon Facility pose a health risk to the surrounding area in the form of chronic and acute cancer risks and non-cancer hazards. DTSC alleged that the predominant contributor to the alleged cancer risks and non-cancer hazardous is arsenic in the facility's emissions. The Debtor denies the allegations of the DTSC.