

**Robert M. Caruso**
President &
Chief Executive Officer

Exide Technologies
Corporate Headquarters
13000 Deerfield Parkway, Bldg. 200
Alpharetta, GA 30004
678-566-9000 tel
678-566-9171 fax
www.exide.com

October 21, 2013

Senators Kevin De Leon and Ricardo Lara
Senate
California Legislature
State Capitol
Sacramento, California 95814

Re: Exide Technologies, Case No. 13-11482 (KJC)

Dear Senators De Leon and Lara:

Since becoming CEO and President of Exide Technologies in August, I have spent a great deal of time thinking about our Vernon battery recycling facility and how it could better serve our work force and the East LA community. Given these considerations, and our mission to be a good corporate citizen, Exide has committed nearly $8 million over the next several months to upgrade the plant as part of a comprehensive agreement with the California Department of Toxic Substances Control (the "DTSC"). These improvements are among Exide's highest priorities not only because of the important recycling service the plant provides but because of the good jobs with benefits it offers 130 people, 100 of them members of the United Steelworkers union.

Your recent letter to Judge Carey indicates that you have concerns about Vernon's operations as well as the deadline for filing claims in our bankruptcy case. I hope I can adequately address your concerns here.

Exide has gone to great lengths to accommodate your constituents, and Judge Carey has been very sensitive to their needs and rights. Under a bankruptcy court order, Exide must send a bar date notice to people to whom the Company previously sent a "Notice of Public Meeting" in 2013 regarding the Vernon facility. We sent that notice in both English and Spanish. Exide also published the notice in the *Los Angeles Times* and two newspapers circulated near Vernon (the *Vernon Sun* and *West Covina Highlander*), as well as in the Spanish-language paper, *La Opinion*. In an effort to assuage the concerns outlined in your letter, Exide established a hotline, with Spanish and English speaking operators. The operators have fielded hundreds of calls from residents of East LA.

We realize these notices contain a fair amount of legalese, and I have heard that various governmental and non-governmental authorities are assisting your constituents in filling-out and submitting claims against Exide. As you know, there are many sources of emissions in the Vernon area, including diesel exhaust from nearby rail yards, the East LA Freeway Interchange, and from many other industrial operations located there, any of which may be the source of any claimed injury. While we understand your need to be responsive to your constituents, we suggest that those providing such assistance make sure that parties submitting claims have a good faith basis for doing so.

Case 13-11482-KJC    Doc 919    Filed 10/21/13    Page 2 of 2

Page Two
October 21, 2013
Senators Kevin De Leon and Ricardo Lara

Bankruptcy is a collective proceeding meant to centralize disputes in a single forum. Therefore, under bankruptcy law, and because your constituents' needs were specifically contemplated and accommodated by Judge Carey, we can't exempt your constituents from the bar date order. However, with regard to your concern that the Oct. 31 deadline is too immediate, and in an effort to work cooperatively with the community, we are willing to extend the claims bar date for three months, to January 31, 2014, for personal injury claims related to the Vernon facility. Additionally, we have had a dialogue with the bankruptcy court about procedures to help expedite the resolution of any potential personal injury claims, which, if approved by the bankruptcy court, would include a cost-effective alternative dispute resolution option, whereby claimants could elect to take part in mediation in California.

One of my goals as CEO of this company is to preserve jobs, including those of the hard-working folks at our Vernon facility, while also protecting the health and safety of the community. I sincerely believe the best result in Vernon will come from a collaboration among business, the community and elected officials. The settlement with the DTSC is just the most recent example of how collaboration can lead to a win-win outcome. To that end, I hope that in the future you will reach out to me directly so that we might begin a constructive dialogue in addressing issues and reaching workable solutions.

In that spirit, we would gladly appreciate your input in sending out any supplemental notices to your constituents to make them aware of the three-month extension for filing personal injury claims related to Vernon, once such an extension is approved by the bankruptcy court.

We look forward to hearing from you and working cooperatively going forward.

Sincerely,

Robert M. Caruso
Exide Technologies, President and CEO


cc: Honorable Kevin J. Carey, United States Bankruptcy Court Judge, District of Delaware
    Honorable Jerry Brown, Governor of California
    Secretary Matthew Rodriguez, California Environmental Protection Agency
    Director Deborah Raphael, Department of Toxic and Substances Control
    Executive Officer Barry Wallerstein, South Coast Air Quality Management District