IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| EXIDE TECHNOLOGIES, | Case No. 13-11482 (KJC) |
| Debtor.[1] | |

**SUPPLEMENTAL DECLARATION OF MICHAEL BERMAN IN SUPPORT OF THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF EXIDE TECHNOLOGIES FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF GEOSYNTEC CONSULTANTS AS ENVIRONMENTAL CONSULTANTS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

**Michael Berman**, pursuant to 28 U.S.C section 1746 declares as follows:

1. I am a principal of Geosyntec Consultants ("**Geosyntec**"). The information included in this supplemental declaration concerning Geosyntec is based upon my personal knowledge and/or discussions with individuals with relevant information

2. This supplemental declaration is being submitted in further support of the application of the Official Committee of the Unsecured Creditors of Exide Technologies (the "**Committee**") to retain Geosyntec as environmental consultants (the **"Engagement"**) which was filed on December 31, 2013 [Docket No. 1205].

3. In particular, this supplemental declaration clarifies and confirms that no individual performing services in connection with the Engagement shall perform services for any other party in connection with the Debtor's bankruptcy case.

---

[1] The last four digits of the Debtor's taxpayer identification number are 2730. The Debtor's corporate headquarters are located at 1300 Deerfield Parkway, Building 200, Milton, GA 30004.

28497/2
01/13/2014 28222250.2

4. In addition, during the term of the Engagement, no individuals working on the Engagement shall be engaged by RSR Corporation, Quemetco, Inc., Johnson Controls, Inc. ("JCI"), East Penn Manufacturing Company, Inc., Crown Battery Manufacturing Company, C&D Technologies, Inc., or EnerSys.

5. As noted in my original declaration, Jeffrey Leed (**"Mr. Leed"**), the president of Leed Environmental, Inc. (**"LEI"**) will work as an independent contractor in connection with the Engagement. LEI is currently performing and will continue to perform technical project coordination services on behalf of potential responsible party groups ("PRP Groups"), but not on behalf of any particular entity, at four superfund locations, (the **"PRP Locations"**) where the Debtor and JCI, along with hundreds of others were or are PRPs. The Coordination Services are performed for the benefit of the PRP Group as a whole with the common objective of coordinating the work required by the Environmental Protection Agency ("EPA") pursuant to consent decrees with the EPA. Leed is also providing similar Coordination Services at another non-superfund, non-battery, location where JCI is responsible for the remediation. This project is in the final stage of completion. Mr. Leed will not provide any services relating to the PRP Locations in connection with the Engagement and will not be provided access to any information that may relate to the PRP Locations.

6. I hereby declare that the statements set forth above are true.

January 13, 2014

                                                                             _____
                                                                             **Michael Berman**