# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EXIDE TECHNOLOGIES,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 13-11482 (KJC)<br><br>Hearing Date: April 1, 2014 at 10:00 a.m. (ET)<br>Related Docket Nos. 1526 and 1588 |

**NOTICE OF WITHDRAWAL OF OBJECTION OF WELLS FARGO BANK, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE AND COLLATERAL AGENT, TO JOINT APPLICATION OF THE DEBTOR AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER UNDER 11 U.S.C §§ 327(a) AND 328(a), FED. R. BANKR. P. 2014(a), AND DEL. BANKR. L.R. 2014-1 AND 2016-2 AUTHORIZING THE EMPLOYMENT AND RETENTION OF M•CAM, INC. AS INTELLECTUAL PROPERTY CONSULTANT AND BROKER TO THE DEBTOR AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

PLEASE TAKE NOTICE THAT Wells Fargo Bank, National Association (the "Indenture Trustee"), in its capacity as indenture trustee and collateral agent under the Indenture dated as of January 25, 2011 pursuant to which the Debtor issued its $675 million in face amount of 8-5/8% Senior Secured Notes due 2018, hereby withdraws its objection to the *Joint Application of the Debtor and the Official Committee of Unsecured Creditors for Entry of an Order Under 11 U.S.C. §§ 327(a) and 328(a), Fed. R. Bankr. P. 2014(a), and Del. Bankr. L.R. 2014-1 and 2016-2 Authorizing the Employment and Retention of M•CAM, Inc. as Intellectual Property Consultant and Broker to the Debtor and the Official Committee of Unsecured Creditors* (the "Application"). The Indenture Trustee withdraws its objection in reliance upon a resolution of its objections to the Application that will be read into the record at the April 1, 2014 hearing.

---

[1] The last four digits of the Debtor's taxpayer identification number are 2730. The Debtor's corporate headquarters are located at 13000 Deerfield Parkway, Building 200, Milton, Georgia 30004.

4837-2685-4682.1

Dated: March 31, 2014

          **REED SMITH LLP**

          By: /s/ Richard A. Robinson
          Richard A. Robinson
          1201 N. Market Street, Suite 1500
          Wilmington, DE 19801
          Telephone: (302) 778-7500
          Facsimile: (302) 778-7575

          -and-

          **FOLEY & LARDNER LLP**
          Harold L. Kaplan
          Mark F. Hebbeln
          321 North Clark Street, Suite 2800
          Chicago, IL 60654-5313
          Telephone: (312) 832-4500
          Facsimile: (312) 832-4700

          *Counsel to Wells Fargo Bank, National Association, as Indenture Trustee and Collateral Agent*