IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re: : Chapter 11
:
EXIDE TECHNOLOGIES, : Case No. 13-11482 (KJC)
:
Debtor.[1] :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re: : Chapter 11
:
EXIDE TECHNOLOGIES, : Case No. 02-11125 (KJC)
:
Reorganized Debtor. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON APRIL 1, 2014 AT 10:00 A.M. (EASTERN)**

Set forth below are the matters scheduled to be heard before the Honorable Kevin J. Carey, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware, on April 1, 2014 beginning at 10:00 a.m. (Eastern).

**CASE NO. 02-11125 (KJC)**

**I. UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION**

1. **2002 CASE CLOSING MOTION:** Motion For Final Decree And Order, Pursuant To 11 U.S.C. §§ 105(a) And 350(a) And Fed. R. Bankr. P. 3022(a) And Del. Bankr. L.R. 3022-1, Closing Chapter 11 Case (Docket No. 6832) (Date Filed: 3/11/14)

    Related
    Documents:

    a.    Affidavit of Service (Docket No. 6833) (Date Filed: 3/14/14)

---

[1] The last four digits of Debtor's taxpayer identification number are 2730. The Debtor's corporate headquarters are located at 13000 Deerfield Parkway, Building 200, Milton, Georgia 30004.

[2] **Revisions to the prior version of the agenda are indicated by bold text.**

    b.    Notice Of Filing Of Final Report In Chapter 11 Case (Docket No. 6834) (Date Filed: 3/18/14)

    c.    Certificate of No Objection (Docket No. 6835) (Date Filed: 3/27/14)

    d.    Proposed Form of Order

Objection
Deadline:    March 25, 2014 at 4:00 p.m. (Eastern)

Objections/Responses Filed:    None.

**Status:**    **An order has been entered at Docket No. 6837.**

## CASE NO. 13-11482 (KJC)

### II.    CONTINUED MATTERS

2.    **SHREVEPORT LEASE REJECTION:**  Debtor's Motion for Entry of an Order Authorizing (I) Rejection of Shreveport Lease and Shreveport Service Contracts *Nunc Pro Tunc* to the Filing Date and (II) Abandonment of Personal Property (Docket No. 166) (Date Filed 6/20/13)

Related Documents:

    a.    Order Authorizing (I) Rejection of Shreveport Lease and Shreveport Service Contracts as of the Surrender Date and (II) Abandonment of Personal Property (Docket No. 355) (Date Filed: 7/16/13)

Objection
Deadline:    July 3, 2013 at 4:00 p.m. (Eastern), extended until July 9, 2013 at 11:00 a.m. (Eastern) for the Official Committee of Unsecured Creditors

Objections/Responses Filed:

    a.    Louisiana Department of Environmental Quality's Limited Objection to Debtor's Motion (Docket No. 238) (Date Filed: 7/2/13)

    b.    Response of Pacific Chloride Inc.'s and Ansell Healthcare Products LLC in Opposition to Debtor's Motion (Docket No. 252) (Date Filed: 7/3/13)

    c.    Motion for Leave to File Debtor's (A) Reply to the Response of Pacific Chloride Inc. and Ansell Healthcare Products LLC in Opposition to Debtor's Motion (Docket No. 295) (Date Filed: 7/9/13)

Status:    This matter is continued until May 14, 2014 at 10:00 a.m. (Eastern).

3. **REQUEST TO APPOINT EQUITY COMMITTEE:** Request Of Alfred M. Shams To Appoint An Official Committee Of Equity Security Holders (Docket No. 767) (Filed 9/24/13)

   Related Documents:

   a. Order Regarding Motion For Appointment Of Equity Committee (Docket No. 772) (Filed 9/26/13)

   Objection Deadline:    November 7, 2013 at 4:00 p.m. (Eastern)

   Objections/Responses Filed:

   a. United States Trustee's Response To Motion Of Alfred M. Shams For Appointment Of Equity Committee (Docket No. 1019) (Filed 11/4/13)

   b. Objection Of The Official Committee Of Unsecured Creditors To Motion Of Alfred M. Shams For Appointment Of An Equity Committee (Docket No. 1045) (Filed 11/7/13)

   c. Statement of Shareholder Steward, LLC In Response To Order Regarding Motion For Appointment Of Equity Committee (Docket No. 1046) (Filed 11/7/13)

   d. Debtor's Objection To The Request Of Alfred M. Shams To Appoint An Official Committee Of Equity Security Holders (Docket No. 1047) (Filed 11/7/13)

   e. Noteholders' Objection To Motion Of Alfred M. Shams For Appointment Of Equity Committee (Docket No. 1048) (Filed 11/7/13)

   f. Response of Alfred Shams to Objection by United States Trustee to Motion for Appointment of an Equity Committee (Docket No. 1074) (Filed 11/13/13)

   g. Response of Alfred Shams to Objection by United States Trustee to Motion for Appointment of an Equity Committee (Docket No. 1075) (Filed 11/13/13)

   Status:    This matter is continued until May 14, 2014 at 10:00 a.m. (Eastern).

4. **CLAIMS RESOLUTION PROCEDURES MOTION:** Debtor's Motion for an Order Authorizing the Debtor to Implement Claims Resolution Procedures for Certain Contingent, Unliquidated, and/or Litigation Claims (Docket No. 965) (Date Filed: 10/24/13)

Related
Document:

a. Notice of Adjournment (Docket No. 1062) (Date Filed: 11/11/13)

Objection
Deadline: November 7, 2013 at 4:00 p.m. (Eastern), extended until December 13, 2013 at 12:00 p.m. (Eastern) for The Wattles Company and extended until March 14, 2014 for Specified Tort Claimants.

Objections/Responses Filed:

a. Objection of the Official Committee of Unsecured Creditors to Debtor's Motion (Docket No. 1044) (Date Filed: 11/7/13)

b. Objection of Pacific Chloride Incorporated to Debtor's Motion (Docket No. 1050) (Date Filed: 11/7/13)

c. The Wattles Company's Limited Objection to Debtor's Motion (Docket No. 1151) (Date Filed: 12/11/13)

d. Limited Objection Of Specified Tort Claimants To The Debtor's Motion (Docket No. 1541) (Date Filed: 3/14/14)

e. Informal Comments of the Department of Justice

f. Informal Comments of the Office of the Texas Attorney General, for the Texas Commission on Environmental Quality

g. Informal Comments of the City of Frisco, Texas

h. Informal Comments of EnerSys, Inc.

Status: This matter is continued until May 14, 2014 at 10:00 a.m. (Eastern).

### III. UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION

5. **CLEARY GOTTLIEB APPLICATION:** Debtor's Application Pursuant To 11 U.S.C. §§ 327(e) And 328(a), Fed. R. Bankr. P. 2014(a), And Del. Bankr. L.R. 2014-1 For Entry Of An Order Authorizing Employment And Retention Of Cleary Gottlieb Steen & Hamilton LLP As Special Counsel To The Debtor *Nunc Pro Tunc* To January 1, 2014 (Docket No. 1525) (Date Filed: 3/11/14)

Related
Documents:

a. Certificate of No Objection (Docket No. 1603) (Date Filed: 3/27/14)

    c.    Proposed Form of Order

Objection
Deadline:    March 25, 2014 at 4:00 p.m. (Eastern)

Objections/Responses Filed:  None.

**Status:    An order has been entered at Docket No. 1610.**

## IV.    CERTIFICATION OF COUNSEL MATTERS

6.    **<u>SIXTH (SUBSTANTIVE) CLAIMS OBJECTION:</u>**  Debtor's (Substantive) Sixth Omnibus Objection Pursuant To Bankruptcy Code Section 502(b), Bankruptcy Rule 3007, And Local Rule 3007-1 To Certain (I) Previously Disallowed Claim, (II) Misclassified Claims, And (III) Reduce and Allow Claims (Docket No. 1481) (Date Filed: 2/28/14)

Related
Documents:

    a.    Notice of Submission of Proofs of Claim (Docket No. 1555) (Date Filed: 3/18/14)

    b.    Certification of Counsel (Docket No. 1602) (Date Filed: 3/27/14)

    c.    Revised Proposed Form of Order

Objection
Deadline:    March 14, 2014 at 4:00 p.m. (Eastern), extended for Arjo Wiggins USA, Inc. until March 19, 2014 at 4:00 p.m. (Eastern).

Objections/Responses Filed:

    a.    Evans Enterprises, Inc. Response to Debtor's (Substantive) Sixth Omnibus Objection (Docket No. 1529) (Date Filed: 3/11/14)

    b.    Kelly Box & Packaging Corporation Response to Debtor's (Substantive) Sixth Omnibus Objection (Docket No. 1551) (Date Filed: 3/17/14)

**Status:    An order has been entered at Docket No. 1611.**

V.   **CONTESTED MATTERS**

7.  **M•CAM, Inc. RETENTION APPLICATION:** Joint Application Of The Debtor And The Official Committee Of Unsecured Creditors For Entry Of An Order Under 11 U.S.C. §§ 327(a) And 328(a), Fed. R. Bankr. P. 2014(a), And Del. Bankr. L.R. 2014-1 And 2016-2 Authorizing The Employment And Retention Of M•CAM, Inc. As Intellectual Property Consultant And Broker To The Debtor And The Official Committee Of Unsecured Creditors (Docket No. 1526) (Date Filed: 3/11/14)

    Objection
    Deadline:   March 25, 2014 at 4:00 p.m. (Eastern), extended for the Indenture Trustee for the 8 5/8% Senior Secured Notes until March 26, 2014 at 1:00 p.m. (Eastern).

    Objections/Responses Filed:

    a.   Objection of Wells Fargo Bank, National Association, as Indenture Trustee and Collateral Agent, to Joint Application (Docket No. 1588) (Date Filed: 3/26/14)

        i.   **Notice of Withdrawal of Objection of Wells Fargo Bank, National Association, as Indenture Trustee and Collateral Agent, to Joint Application (Docket No. 1615) (Date Filed: 3/31/14)**

    b.   Reply In Support Of Joint Application (Docket No. 1600) (Date Filed: 3/27/14)

    **Status:**   **The objection to the M•CAM retention application has been withdrawn and this matter is resolved. The resolution of the objection will be described on the record at the hearing.**

8.  **ECONOMIC CONSULTANT RETENTION APPLICATION:** Application Of The Official Committee Of Unsecured Creditors Of Exide Technologies For An Order Authorizing The Employment And Retention Of An Economic Consultant And Related Relief, Including A Waiver Of Certain Provisions Of Local Rule 2016, *Nunc Pro Tunc* To January 16, 2014 (Docket No. 1272) (Date Filed: 1/27/14)

    Objection
    Deadline:   February 10, 2014 at 4:00 p.m. (Eastern)

    Objections/Responses Filed:

    a.   Wells Fargo Bank, N.A.'s Objection To Application Of The Official Committee Of Unsecured Creditors (Docket No. 1377) (Date Filed: 2/11/14)

    b.   Debtor's Objection To Application Of The Official Committee Of Unsecured Creditors (Docket No. 1379) (Date Filed: 2/11/14)

    c.    Unofficial Noteholder Committee's Objection And Joinder In The Debtor's Objection To Application Of The Official Committee Of Unsecured Creditors (Docket No. 1380) (Date Filed: 2/11/14)

    d.    Omnibus Reply Of The Official Committee Of Unsecured Creditors Of Exide Technologies To Debtor's, Unofficial Noteholder Committee's And Wells Fargo Bank, National Association's, As Indenture And Collateral Trustee, Objections (And Joinder) To The Application Of The Official Committee Of Unsecured Creditors (Docket No. 1398) (Filed 2/17/14)

Status:    This matter is going forward.

9. **SEAL MOTION REGARDING ECONOMIC CONSULTANT APPLICATION:** Motion Of The Official Committee Of Unsecured Creditors For Entry Of An Order Authorizing Filing Of (A) A Redacted Version Of The Application Of The Official Committee Of Unsecured Creditors Of Exide Technologies For Entry Of An Order Authorizing The Employment And Retention Of An Economic Consultant And Related Relief, Including A Waiver Of Certain Provisions Of Local Rule 2016 And (B) Certain Exhibits Thereto (Docket No. 1273) (Date Filed: 1/27/14)

Related Document:

    a.    Application Of The Official Committee Of Unsecured Creditors Of Exide Technologies For An Order Authorizing The Employment And Retention Of An Economic Consultant And Related Relief, Including A Waiver Of Certain Provisions Of Local Rule 2016, *Nunc Pro Tunc* To January 16, 2014 (Docket No. 1272) (Date Filed: 1/27/14)

Objection Deadline:    February 10, 2014 at 4:00 p.m. (Eastern)

Objections/Responses Filed:  None.

Status:    This matter is going forward.

10. **KING & SPALDING LLP RETENTION APPLICATION:** Application Pursuant To 11 U.S.C. §§ 327(e) and 328(a), Fed. R. Bankr. P. 2014(a), And Del. Bankr. L.R. 2014-1 for Entry of an Order Authorizing Employment and Retention of King & Spalding LLP as Special Antitrust Counsel to The Debtor *Nunc Pro Tunc* to February 20, 2014 (Docket No. 1527) (Date Filed: 3/11/14)

Objection Deadline:    March 25, 2014 at 4:00 p.m. (Eastern)

Objections/Responses Filed:

a. Limited Objection Of The Official Committee Of Unsecured Creditors Of Exide Technologies To Debtor's Application (Docket No. 1584) (Date Filed: 3/25/14)

b. Debtor's Reply to Limited Objection of The Official Committee of Unsecured Creditors of Exide Technologies to Debtors' Application (Docket No. 1605) (Date 3/27/14)

Status:   This matter is going forward.

Dated: Wilmington, Delaware
March 31, 2014

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/ Kristhy M. Peguero
Anthony W. Clark (I.D. No. 2051)
Kristhy M. Peguero (I.D. No. 4903)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and -

Kenneth S. Ziman
J. Eric Ivester
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Fax: (212) 735-2000

- and -

James J. Mazza, Jr.
155 N. Wacker Dr.
Chicago, Illinois 60606-1720
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel for Debtor and Debtor in Possession*