**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| EXIDE TECHNOLOGIES, | : | Case No. 13-11482 (KJC) |
| | : | |
| Debtor. | : | |
| | : | |
| | : | |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that the Ad Hoc Committee of Equity Security Holders[1] (the "**Equity Committee**") of Exide Technologies (the "**Debtor**"), hereby appears in the above-captioned case, by and through its counsel, Kasen & Kasen, P.C. ("**Kasen & Kasen**"), pursuant to Section 1109(b) of Title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rule(s)**"), and requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007, and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned case be given and served upon:

>  Jenny R. Kasen, Esq.
>  Kasen & Kasen, P.C.
>  Society Hill Office Park
>  1874 E. Marlton Pike, Suite 3
>  Cherry Hill, NJ 08003
>  Telephone: (856) 424-4144
>  Facsimile: (856) 424-7565
>  E-Mail: jkasen@kasenlaw.com

---

[1] To date, the ad hoc committee consists of the following shareholders: Steward LLC, owner of 170,349 shares of the Debtor's common stock; Alfred M. Shams, owner of 295,000 shares of the Debtor's common stock; and Brennan Petar, owner of 75,312 shares of the Debtor's common stock.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices referred to in the Bankruptcy Rules but also includes, without limitation, notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, filed in the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Notices and Papers shall not be deemed or construed to be a waiver of the Equity Security Holders' rights: (1) to have final orders in noncore matters entered only have de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in the above-captioned case or any case, controversy or proceeding related to the above-captioned case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to assert or exercise any other rights, claims, actions, defenses, setoffs or recoupments to which Wakefield is or may be entitled, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Notices and Papers does not give express or implied consent by Kasen & Kasen to accept service of process of any action commenced under Bankruptcy Rule 7001.

[*The remainder of this page is intentionally left blank*]

| | |
|---|---|
| Dated: July 8, 2014 | KASEN & KASEN, P.C.<br><br>*/s/ Jenny R. Kasen*<br>Jenny R. Kasen, Esquire (DE Bar No. 5849)<br>David A. Kasen, Esquire<br>Michael J. Kasen, Esquire<br>The Brandywine Building<br>1000 N. West Street, Suite 1200<br>Wilmington, DE 19801<br>Telephone: (302) 652-3300<br>Facsimile: (856) 424-7565<br>E-Mail: jkasen@kasenlaw.com<br><br>*Counsel to the Ad Hoc Committee of Equity Security Holders* |