IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
In re:                                      :    Chapter 11
                                            :
EXIDE TECHNOLOGIES,                         :    Case No. 13-11482 (KJC)
                                            :
                        Debtor.[1]          :
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JANUARY 12, 2015 AT 1:00 P.M. (EASTERN)**

        Set forth below are the matters scheduled to be heard before the Honorable Kevin
J. Carey, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District
of Delaware, 824 Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware, on January 12,
2015 at 1:00 p.m. (Eastern).

**I.    CONTINUED MATTERS**

1.    **SHREVEPORT LEASE REJECTION:**  Debtor's Motion For Entry Of An Order
      Authorizing (I) Rejection Of Shreveport Lease And Shreveport Service Contracts *Nunc
      Pro Tunc* To The Filing Date And (II) Abandonment Of Personal Property
      (Docket No. 166) (Filed 6/20/13)

      Related
      Documents:

      a.    Order Authorizing (I) Rejection of Shreveport Lease and Shreveport Service
            Contracts as of the Surrender Date and (II) Abandonment of Personal Property
            (Docket No. 355) (Filed: 7/16/13)

      Objection
      Deadline:      July 3, 2013 at 4:00 p.m. (Eastern), extended until July 9, 2013 at 11:00
                     a.m. (Eastern) for the Official Committee of Unsecured Creditors

      Objections/Responses Filed:

      a.    Louisiana Department of Environmental Quality's Limited Objection to Debtor's
            Motion (Docket No. 238) (Filed: 7/2/13)

---

[1]    The last four digits of Debtor's taxpayer identification number are 2730.  The Debtor's corporate headquarters
       are located at 13000 Deerfield Parkway, Building 200, Milton, Georgia 30004.

b.      Response of Pacific Chloride Inc.'s and Ansell Healthcare Products LLC in Opposition to Debtor's Motion (Docket No. 252) (Filed: 7/3/13)

c.      Motion for Leave to File Debtor's (A) Reply to the Response of Pacific Chloride Inc. and Ansell Healthcare Products LLC in Opposition to Debtor's Motion (Docket No. 295) (Filed: 7/9/13)

Status:      This matter is continued until February 17, 2015 at 1:00 p.m. (Eastern) with respect to the portion of the Motion seeking final approval of abandonment of personal property.

2.    **CLAIMS RESOLUTION PROCEDURES MOTION:**  Debtor's Motion For An Order Authorizing The Debtor To Implement Claims Resolution Procedures For Certain Contingent, Unliquidated, And/Or Litigation Claims (Docket No. 965) (Filed 10/24/13)

Related
Documents:

a.      Notice of Adjournment (Docket No. 1062) (Filed: 11/11/13)

Objection
Deadline:      November 7, 2013 at 4:00 p.m. (Eastern), extended until December 13, 2013 at 12:00 p.m. (Eastern) for The Wattles Company and extended until March 14, 2014 for Specified Tort Claimants.

Objections/Responses Filed:

a.      Objection of the Official Committee of Unsecured Creditors to Debtor's Motion (Docket No. 1044) (Filed: 11/7/13)

b.      Objection of Pacific Chloride Incorporated to Debtor's Motion (Docket No. 1050) (Filed: 11/7/13)

c.       The Wattles Company's Limited Objection to Debtor's Motion  (Docket No. 1151) (Filed: 12/11/13)

d.      Limited Objection Of Specified Tort Claimants To The Debtor's Motion (Docket No. 1541) (Filed: 3/14/14)

e.      Informal Comments of the Department of Justice

f.      Informal Comments of the Office of the Texas Attorney General, for the Texas Commission on Environmental Quality

g.      Informal Comments of the City of Frisco, Texas

h.      Informal Comments of EnerSys, Inc.

Status:      This matter is continued until February 17, 2015 at 1:00 p.m. (Eastern).

3.      **WATTLES CO. STAY RELIEF MOTION:**  Motion Of The Wattles Company For Relief From The Automatic Stay (Docket No. 1670) (Filed 4/11/14)

Related
Documents:

a.      Motion Of The Ad Hoc Group Of Tort Claimants To Allow Late-Filed Limited Objection To The Motion Of The Wattles Company For Relief From The Automatic Stay (Docket No. 1889) (Filed 6/11/14)

Objection
Deadline:      May 7, 2014 at 4:00 p.m. (Eastern)

Objections/Responses Filed:

a.      Debtor's Objection To Motion Of The Wattles Company For Relief From The Automatic Stay (Docket No. 1763) (Filed: 5/7/14)

Status:      This matter is continued until February 17, 2015 at 1:00 p.m. (Eastern).

4.      **MOTION OF TORT CLAIMANTS TO COMPEL DISCOVERY:**  Motion Of The Ad Hoc Group Of Exide Tort Claimants For An Order Compelling Limited Discovery From The Debtor (Docket No. 1699) (Filed 4/23/14)

Related
Documents:

a.      Supplement To Motion Of The Ad Hoc Group Of Exide Tort Claimants For An Order Compelling Limited Discovery From The Debtor (Docket No. 1890) (Filed 6/11/14)

Objection
Deadline:      May 7, 2014 at 4:00 p.m. (Eastern), extended for the Debtor until June 25, 2014 at 4:00 p.m. (Eastern)

Objections/Responses Filed:

a.      Debtor's Objection To (I) Motion Of The Ad Hoc Group Of Exide Tort Claimants For An Order Compelling Limited Discovery From The Debtor [Dkt. No. 1699] And (II) Supplement To Motion Of The Ad Hoc Group Of Exide Tort Claimants For An Order Compelling Limited Discovery From The Debtor [Dkt. No. 1890] (Docket No. 1932) (Filed 6/25/14)

Status:         This matter is continued until February 17, 2015 at 1:00 p.m. (Eastern).

5.      **MOTION TO LIMIT NOTICE OF TORT CLAIMANTS' DISCOVERY MOTION:**
Motion To Limit Notice With Respect To Motion Of The Ad Hoc Group Of Exide Tort
Claimants For An Order Compelling Limited Discovery From The Debtor (Docket No.
1701) (Filed: 4/23/14)

Related
Documents:

a.      Motion Of The Ad Hoc Group Of Exide Tort Claimants For An Order
        Compelling Limited Discovery From The Debtor (Docket No. 1699) (Filed:
        4/23/14)

Objection
Deadline:       May 7, 2014 at 4:00 p.m. (Eastern), extended for the Debtor until June 25,
                2014 at 4:00 p.m. (Eastern)

Objections/Responses Filed:   None.

Status:         This matter is continued until February 17, 2015 at 1:00 p.m. (Eastern).

6.      **MOTION FOR PAYMENT OF ADMINISTRATIVE CLAIM:**  Motion Of VanFab,
Inc. For An Order Allowing Administrative Expense Claim (Docket No. 2664) (Filed
11/24/14)

Objection
Deadline:       December 4, 2014 at 4:00 p.m., extended for the Debtor until January 6,
                2015 at 4:00 p.m. (Eastern)

Objections/Responses Filed:  None.

Status:          This matter has been withdrawn.

7.      **MOTION TO FILE LATE CLAIM:**  Motion of Charles A. Lieupo To Enlarge The
Time Within Which To File A Late Proof Of Claim (Docket No. 2709) (Filed 12/4/14)

Objection
Deadline:       December 18, 2014 at 4:00 p.m., extended for the Debtor until February 3,
                2015

Objections/Responses Filed:  None at this time.

Status:          This matter is continued until February 17, 2015 at 1:00 p.m. (Eastern).

8.      **CREDITORS' COMMITTEE RULE 2004 MOTION:**  The Official Committee Of
Unsecured Creditors' Motion For An Order Pursuant To Bankruptcy Rule 2004 And

Local Bankruptcy Rule 2004-1 Directing The Production Of Documents (Docket No. 2787) (Filed 12/18/14)

Related
Documents:

a.   Joint Ex Parte Motion For Enlargement Of Time Pursuant To Bankruptcy Rule 9006(B) And Local Rule 9006-1, by The Goldman Sachs Group, Inc., et al. (Docket No. 2823) (Filed 12/24/14)

b.   Amended Notice Of The Official Committee Of Unsecured Creditors' Motion For An Order Pursuant To Bankruptcy Rule 2004 And Local Bankruptcy Rule 2004-1 Directing The Production Of Documents (Docket No. 2827) (Filed 12/29/14)

Objection
Deadline:      January 19, 2015 at 4:00 p.m. (Eastern)

Objections/Responses Filed:  None at this time.

Status:        This matter is continued until January 22, 2015 at 11:00 a.m. (Eastern).

9.   **CREDITORS' COMMITTEE RULE 2004 MOTION TO TRAFIGURA BEHEER B.V., ET AL.:** The Official Committee Of Unsecured Creditors' Motion For An Order Pursuant To Bankruptcy Rule 2004 And Local Bankruptcy Rule 2004-1 Directing The Production Of Documents By Trafigura Beheer B.V., Impala Terminals (UK) Ltd., And Impala (Far East) Pte. Ltd. (Docket No. 2788) (Filed 12/18/14)

Related
Documents:

a.   Amended Notice Of The Official Committee Of Unsecured Creditors' Motion For An Order Pursuant To Bankruptcy Rule 2004 And Local Bankruptcy Rule 2004-1 Directing The Production Of Documents By Trafigura Beheer B.V., Impala Terminals (UK) Ltd., And Impala (Far East) Pte. Ltd. (Docket No. 2788) (Filed 12/29/14)

Objection
Deadline:      January 19, 2015 at 4:00 p.m. (Eastern)

Objections/Responses Filed:  None at this time.

Status:        This matter is continued until January 22, 2015 at 11:00 a.m. (Eastern).

## II.   UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION

10.   **XL INSURANCE MOTION:**  Debtor's Second Motion For Order Pursuant To Bankruptcy Code Sections 105(a) And 363(b) And Bankruptcy Rule 6004 Approving

Certain Accommodations Required By XL Insurance In Connection With The Extension Of Certain Insurance Policies (Docket No. 2798) (Filed 12/19/14)

Related
Documents:

a.        Amended Notice of Hearing (Docket No. 2862) (Filed 1/5/15)

b.        Certificate Of No Objection (Docket No. 2890) (Filed 1/7/15)

c.        Proposed Order

Objection
Deadline:        January 5, 2015 at 4:00 p.m. (Eastern)

Objections/Responses Filed:   None.

Status:        The Debtor has filed a Certificate of No Objection and requests that the Motion be granted.

## III.    DISCLOSURE STATEMENT MATTERS

11.    **SOLICITATION PROCEDURES MOTION:**  Debtor's Motion For Entry Of An Order (A) Approving The Adequacy Of The Debtor's Disclosure Statement; (B) Approving Solicitation And Notice Procedures With Respect To Confirmation Of The Debtor's Proposed Plan Of Reorganization; (C) Approving The Form Of Various Ballots And Notices In Connection Therewith; And (D) Scheduling Certain Dates With Respect Thereto (Docket No. 2714) (Filed 12/4/14)

Related
Documents:

a.        Disclosure Statement With Respect To The Plan Of Reorganization Of Exide Technologies (Docket No. 2631) (Filed 11/17/14)

b.        Notice of Hearing For The Disclosure Statement With Respect To The Plan Of Reorganization Of Exide Technologies (Docket No. 2716) (Filed 12/5/14)

Objection
Deadline:        January 2, 2015 at 4:00 p.m., extended until January 5, 2015 at 4:00 p.m. for the Official Committee of Unsecured Creditors, the Ad Hoc Group of Tort Claimants, the Tennessee Department of Environment and Conservation, Pension Benefit Guaranty Corporation, Zurich American Insurance Company, Baldiga, and Margarita Padilla, and extended until January 6, 2015 for U.S. Bank, N.A., and extended until January 7, 2015 at 12:00 p.m. for Wells Fargo Bank, N.A.

Objections/Responses Filed:

a.      Objections To Disclosure Statement By Retail Holders Of Senior Notes (Docket No. 2776) (Filed 12/18/14)

b.      Limited Objection Of Praxair, Inc. To The Disclosure Statement Of Exide Technologies, Inc. (Docket No. 2845) (Filed 12/30/14)

c.      United States Trustee's Protective Objection To And Reservation Of Rights Regarding Debtor's Motion For Entry Of An Order (A) Approving The Adequacy Of The Debtor's Disclosure Statement; (B) Approving Solicitation And Noticing Procedures With Respect To Confirmation Of The Debtor's Proposed Plan Of Reorganization; (C) Approving The Form Of Various Ballots And Notices In Connection Therewith; And (D) Scheduling Certain Dates With Respect Thereto (D.I. 2714) (Docket No. 2852) (Filed 12/31/14)

d.      Joinder Of Gables Capital Management, Inc. To Objections To Disclosure Statement By Retail Holders Of Senior Notes (Docket No. 2853) (Filed 1/2/15)

e.      Objection Of The Official Committee Of Unsecured Creditors To Debtor's Motion For Entry Of An Order (A) Approving The Adequacy Of The Debtors Disclosure Statement; (B) Approving Solicitation And Notice Procedures With Respect To Confirmation Of The Debtors Proposed Plan Of Reorganization; (C) Approving The Form Of Various Ballots And Notices In Connection Therewith; And (D) Scheduling Certain Dates With Respect Thereto (Docket No. 2854) (Filed 1/2/15)

f.      Limited Objection Of The Pension Benefit Guaranty Corporation To The Debtor's Motion For Entry Of An Order (A) Approving The Adequacy Of The Debtor's Disclosure Statement; (B) Approving Solicitation And Notice Procedures With Respect To Confirmation Of The Debtor's Proposed Plan Of Reorganization; (C) Approving The Form Of Various Ballots And Notices In Connection Therewith; And (D) Scheduling Certain Dates With Respect Thereto (Doc. 2714) (Docket No. 2855) (Filed 1/2/15)

g.      Lower Willamette Group Members' Objections To Proposed Disclosure Statement (Docket No. 2856) (Filed 1/2/15)

h.      Objection Of Berks County, Pennsylvania To Debtor's Motion For Entry Of An Order (A) Approving The Adequacy Of The Debtor's Disclosure Statement; (B) Approving Solicitation And Notice Procedures With Respect To Confirmation Of The Debtor's Proposed Plan Of Reorganization; (C) Approving The Form Of Various Ballots And Notices In Connection Therewith; And (D) Scheduling Certain Dates With Respect Thereto (Docket No. 2857) (Filed 1/2/15)

i.      Objection of the City of Frisco, Texas, the Frisco Economic Development
        Corporation, and the Frisco Community Development Corporation to the
        Disclosure Statement with Respect to the Plan of Reorganization of Exide
        Technologies (Docket No. 2858) (Filed 1/2/15)

j.      Zurich American Insurance Company's Protective Objection And Reservation Of
        Rights Regarding Debtor's Motion For Entry Of An Order (A) Approving The
        Adequacy Of The Debtor's Disclosure Statement; (B) Approving Solicitation And
        Notice Procedures With Respect To Confirmation Of The Debtors Proposed Plan
        Of Reorganization; (C) Approving The Form Of Various Ballots And Notices In
        Connection Therewith; And (D) Scheduling Certain Dates With Respect Thereto
        (Docket No. 2863) (Filed 1/5/15)

k.      Limited Objection Of Ad Hoc Group Of Exide Tort Claimants To Disclosure
        Statement (Docket No. 2865) (Filed 1/5/15)

l.      Limited Objection And Reservation Of Rights To Debtor's Motion To Approve
        Disclosure Statement, by Wells Fargo Bank, N.A. (Docket No. 2882) (Filed
        1/7/15)

m.      Revised Joinder and Reservation of Rights to Objection Of The Official
        Committee Of Unsecured Creditors To Debtor's Motion For Entry Of An Order
        (A) Approving The Adequacy Of The Debtors Disclosure Statement; (B)
        Approving Solicitation And Notice Procedures With Respect To Confirmation Of
        The Debtor's Proposed Plan Of Reorganization; (C) Approving The Form Of
        Various Ballots And Notices In Connection Therewith; And (D) Scheduling
        Certain Dates With Respect Thereto, filed by U.S. Bank, National Association
        (Docket No. 2886) (Filed 1/7/15)

Status:         This matter is continued until January 20, 2015 at 2:00 p.m.
                (Eastern).  The Debtor intends to provide a status update on matters
                related to the Disclosure Statement and Plan at the hearing.

## IV.     CONTESTED MATTERS GOING FORWARD

12.     **QUINN EMANUEL RETENTION APPLICATION:**  Application Of The Official
        Committee Of Unsecured Creditors Of Exide Technologies For Entry Of An Order
        Authorizing The Employment And Retention Of Quinn Emanuel Urquhart &
        Sullivan, LLP As Special Antitrust Counsel, Nunc Pro Tunc To December 4, 2014
        (Docket No. 2761) (Filed 12/15/14)

        Objection
        Deadline:       December 29, 2014 at 4:00 p.m.

        Objections/Responses Filed:

a.    Debtor's Limited Objection To The Application Of The Official Committee Of Unsecured Creditors Of Exide Technologies For Entry Of An Order Authorizing The Employment And Retention Of Quinn Emanuel Urquhart & Sullivan, LLP As Special Antitrust Counsel, Nunc Pro Tunc To December 4, 2014 (Docket No. 2829) (Filed 12/29/14)

b.    Joinder in the Debtor's Objection to the Application of the Official Committee of Unsecured Creditors of Exide Technologies for Entry of an Order Authorizing the Employment and Retention of Quinn Emanuel Urquhart & Sullivan, LLP as Special Antitrust Counsel, by the Unofficial Committee of Prepetition Senior Secured Noteholders (Docket No. 2830) (Filed 12/29/14)

c.    The Official Committee Of Unsecured Creditors' Reply To Debtor's Limited Objection To The Application Of The Official Committee Of Unsecured Creditors Of Exide Technologies For Entry Of An Order Authorizing The Employment And Retention Of Quinn Emanuel Urquhart & Sullivan, LLP As Special Antitrust Counsel, Nunc Pro Tunc To December 4, 2014 (Docket No. 2887) (Filed 1/7/15)

d.    Declaration Of Eric Winston In Support Of The Official Committee Of Unsecured Creditors' Reply To Debtor's Limited Objection To The Application Of The Official Committee Of Unsecured Creditors Of Exide Technologies For Entry Of An Order Authorizing The Employment And Retention Of Quinn Emanuel Urquhart & Sullivan, LLP As Special Antitrust Counsel, Nunc Pro Tunc To December 4, 2014 (Docket No. 2889) (Filed 1/7/15)

Status:        This matter is going forward.

13.    **MOTION TO FILE UNDER SEAL:** Motion Pursuant To Sections 105 And 107(b) Of The Bankruptcy Code And Bankruptcy Rule 9018 For Entry Of An Order Authorizing Filing Of Redacted Versions Of The (I) Debtor's Limited Objection To Application Of The Official Committee Of Unsecured Creditors Of Exide Technologies For Entry Of An Order Authorizing The Employment And Retention Of Quinn Emanuel Urquhart & Sullivan, LLP As Special Antitrust Counsel Nunc Pro Tunc To December 4, 2014 And (II) Declaration Of Wendy Huang Waszmer In Support Of Debtor's Limited Objection To Application Of The Official Committee Of Unsecured Creditors Of Exide Technologies For Entry Of An Order Authorizing The Employment And Retention Of Quinn Emanuel Urquhart & Sullivan, LLP As Special Antitrust Counsel Nunc Pro Tunc To December 4, 2014 (Docket No. 2832) (Filed 12/29/14)

Related
Documents:

a.    Debtor's Limited Objection To The Application Of The Official Committee Of Unsecured Creditors Of Exide Technologies For Entry Of An Order Authorizing The Employment And Retention Of Quinn Emanuel Urquhart & Sullivan, LLP

As Special Antitrust Counsel, Nunc Pro Tunc To December 4, 2014 (Docket No. 2829) (Filed 12/29/14)

b.      Order Shortening Notice (Docket No. 2839) (Filed 12/30/14)

c.      Notice of Hearing (Docket No. 2848) (Filed 12/30/14)

Objection
Deadline:       January 8, 2015 at 4:00 p.m.

Objections/Responses Filed:  None at the time of filing this Agenda.

Status:       This matter is going forward.

14.   **KIRBY MCINERNEY RETENTION APPLICATION:**  Application Of The Debtor For Entry Of An Order Under 11 U.S.C. §§ 327(a) And 328(a), Fed. R. Bankr. P. 2014(a), And Del. Bankr. L.R. 2014-1 And 2016-1 Authorizing Retention Of Kirby McInerney LLP And David E. Kovel To Provide Expert Witness Services To The Debtor Nunc Pro Tunc To December 27, 2014 (Docket No. 2836) (Filed 12/29/14)

Related
Documents:

a.      Order Shortening Notice (Docket No. 2840) (Filed 12/30/14)

b.      Notice of Hearing (Docket No. 2847) (Filed 12/30/14)

Objection
Deadline:       January 8, 2015 at 4:00 p.m.

Objections/Responses Filed:  None at the time of filing this Agenda.

Status:       This matter is going forward.

**V.      PRETRIAL CONFERENCE**

15.   **AMENDED COMPLAINT, *The Official Committee of Unsecured Creditors v. Wells Fargo Bank, Adv. No. 14-50972*:**  First Amended Complaint For (I) A Determination Of Extent, Nature, And Validity Of Liens Pursuant To Bankruptcy Code Section 544, (II) Disallowance Of Claims Pursuant To Bankruptcy Code Section 502, (III) Recharacterization And Disallowance Of The Debtor's Payment Of Post-Petition Interest, Fees, Costs, And Expenses Pursuant To Bankruptcy Code Section 506(b), and (IV) Related Relief (Adv. Docket No. 8) (Filed 12/29/14)

Related
Documents:

a.     Summons And Notice Of Pretrial Conference (Adv. Docket No. 9) (Filed 12/29/14)

Objection
Deadline:        January 12, 2015

Objections/Responses Filed:  None at the time of filing this Agenda.

Status:          The pre-trial conference on this matter is going forward.

Dated: Wilmington, Delaware
       January 8, 2015

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/ Kristhy M. Peguero
Anthony W. Clark (I.D. No. 2051)
Kristhy M. Peguero (I.D. No. 4903)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and -

Kenneth S. Ziman
J. Eric Ivester
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Fax: (212) 735-2000

- and -

James J. Mazza, Jr.
155 N. Wacker Dr.
Chicago, Illinois 60606-1720
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel for Debtor and Debtor in Possession*