**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :     Chapter 11
                                          :
EXIDE TECHNOLOGIES,                       :     Case No. 13-11482 (KJC)
                                          :
                    Debtor.¹              :
                                          :     Related Docket Nos. 3092, 3095, 3096
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**NOTICE OF FILING OF PLAN SUPPLEMENT FOR THE**
**PLAN OF REORGANIZATION OF EXIDE TECHNOLOGIES**

**PLEASE TAKE NOTICE THAT** on March 4, 2015, Exide Technologies ("Exide" or the "Debtor"),² the debtor and debtor-in-possession in the above-captioned case filed the Plan Supplement for the Second Amended Plan of Reorganization of Exide Technologies (the "Plan Supplement"). The documents contained in the Plan Supplement are integral to and part of the Debtor's Second Amended Plan of Reorganization of Exide Technologies (Docket No. 3096) (as may be amended from time to time, the "Plan") and, if the Plan is confirmed, shall be approved. The hearing to consider confirmation of the Plan currently is scheduled for March 27, 2015, at 10:00 a.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that the Plan Supplement includes the following documents, as may be modified, amended, or supplemented from time to time:

Exhibit 2.1 Administrative Claim Request Form

Exhibit 6.2(b) Summary of Terms of New First Lien High Yield Notes

Exhibit 6.2(c) Summary of Terms of New Second Lien Convertible Notes

Exhibit 6.9 Reorganized Debtor Corporate Structure

Exhibit 6.12 Certificate of Incorporation and Bylaws

Exhibit 6.16 Management Incentive Plan

Exhibit 6.17 Retained Causes Of Action

Exhibit 7.1 GUC Trust Agreement

Exhibit 7.3 GUC Trust Causes of Action

---

¹   The last four digits of the Debtor's taxpayer identification number are 2730.  The Debtor's corporate headquarters is 13000 Deerfield Parkway, Building 200, Milton, Georgia 30004.

²   Capitalized terms not otherwise defined herein shall have the meanings ascribed to the them  in the Plan.

Exhibit 8.1 Vernon Tort Claims Trust Agreement

Exhibit 9.1 Assumed Executory Contracts and Unexpired Leases

**PLEASE TAKE FURTHER NOTICE** that the Debtor reserves the right, subject to the terms and conditions set forth in the Plan, to alter, amend, modify, or supplement any document in the Plan Supplement; provided, if any document in the Plan Supplement is altered, amended, modified, or supplemented in any material respect prior to the hearing to confirm the Plan, the Debtor will file a blackline of such document with the Bankruptcy Court.

The Plan, Plan Supplement, Disclosure Statement and other documents and materials related to the Chapter 11 Case are available for inspection on the Bankruptcy Court's website at www.deb.uscourts.gov, or free of charge on the Debtor's restructuring website at htttp://www.exiderestructuringinfo.com.

If you have any questions regarding this notice, or if you would like a paper copy of the Plan Supplement, you should contact the Administrative Agent by: (a) writing to Exide Technologies Balloting Center, c/o GCG, Inc., P.O. Box 9985, Dublin, OH 43017-5985 or (b) calling the Debtor's restructuring hotline at (888) 985-9831 within the U.S. or Canada or, outside of the U.S. or Canada, (614) 763-6120.

Dated:  March 4, 2015

| /s/ Dain A. De Souza | Kenneth S. Ziman | James J Mazza, Jr. |
|---|---|---|
| Anthony W. Clark (I.D. No. 2051) | J. Eric Ivester | SKADDEN, ARPS, SLATE, |
| Dain A. De Souza (I.D. No. 5737) | SKADDEN, ARPS, SLATE, | MEAGHER & FLOM LLP |
| SKADDEN, ARPS, SLATE, | MEAGHER & FLOM LLP | 155 N. Wacker Drive, Suite 2700 |
| MEAGHER & FLOM LLP | Four Times Square | Chicago, Illinois  60606-1720 |
| One Rodney Square | New York, New York  10036-6522 | Telephone: (312) 407-0700 |
| P.O. Box 636 | Telephone: (212) 735-3000 | Facsimile: (312) 407-0411 |
| Wilmington, Delaware 19899-0636 | Facsimile: (212) 735-2000 | |
| Telephone: (302) 651-3000 | | |
| Fax: (302) 651-3001 | | |

*Counsel for Debtor and Debtor in Possession*

**EXHIBIT 2.1**

## ADMINISTRATIVE CLAIM REQUEST FORM

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | ADMINISTRATIVE CLAIM REQUEST FORM |
|---|---|

Name of Debtor:    Exide Technologies                    Case No. 13-11482

NOTE: This form should only be used to make a claim for an administrative claim arising on or after June 10, 2013 through and including _____ **IT SHOULD NOT BE USED FOR CLAIMS ARISING PRIOR TO JUNE 10, 2013.**

| | | |
|---|---|---|
| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br><br>Name and address where notices should be sent:<br><br><br><br><br>Telephone number:<br>Email Address: | ❑ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>❑ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>❑ Check box if the address differs from the address on the envelope sent to you by the court. | **ADMINISTRATIVE CLAIM** |
| Last four digits of account or other number by which creditor identifies debtor:<br><br>____    ____    ____    ____ | Check here if this claim<br>❑ replaces<br>❑ amends    a previously filed claim, dated: _____ | |

| 1. **Basis for Claim:**<br>❑ Goods sold<br>❑ Medical Malpractice<br>❑ Services performed<br>❑ Money loaned<br>❑ Personal injury/wrongful death<br>❑ Taxes<br>❑ Other | ❑ Retiree benefits as defined in 11 U.S.C. § 1114(a)<br>❑ Wages, salaries, and compensation (fill out below)<br><br>Last four digits of SS#: _____<br><br>Unpaid compensation for services performed<br><br>from _____    to _____<br>     (date)            (date) |
|---|---|

| 2. **Date debt was incurred (must be on or after _____):** | 3. **If court judgment, date obtained:** |
|---|---|

4. **Total Amount of Administrative Claim : $** _____

    ❑ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Brief Description of Claim (attach any additional information):**




6. **Credits and Setoffs:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.  In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

    7. **Supporting Documents:**

Attach copies of supporting document, such as promissory notes, contracts, security agreements, and evidence of perfection of liens. DO NOT SEND ORIGINAL DOCUMENTS.  If the documents are not available, explain.  If the documents are voluminous, attach a summary.  Any attachment must be 8-1/2" by 11".

    8. **DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| 9. **Assignment:**<br>    ❑ If the Claimant has obtained this claim by Assignment, a copy is attached hereto | **THIS SPACE IS FOR COURT USE ONLY** |
|---|---|
| Date<br><br><br><br> | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): | |

*Penalty for presenting fraudulent claim:*  Fine up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571.

# INSTRUCTIONS FOR ADMINISTRATIVE CLAIM REQUEST FORM

*The instructions and definitions below are general explanations of the law. In particular types of cases or circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.*

## ----DEFINITIONS----

**DEBTOR**
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

**CREDITOR**
A creditor is any person, corporation, or other entity to whom the debtor owes a debt.

**ADMINISTRATIVE CLAIM**
Any right to payment constituting a cost or expense of administration of the Chapter 11 Cases arising under 11 U.S.C. § 503(b) of the Bankruptcy Code for the period from the commencement of this case through _____, provided, however, that Holders of (i) a DIP Facility Claim, (ii) a Professional Claim, (iii) an Administrative Claim Allowed by an order of the Bankruptcy Court on or before the Effective Date, or (iv) an Administrative Claim that is not Disputed and arose in the ordinary course of business and was paid or is to be paid in accordance with the terms and conditions of the particular transaction giving rise to such Administrative Claim do not need to file an Administrative Claim Request Form.

**ADMINISTRATIVE CLAIMS BAR DATE**
Pursuant to Article 2.1 of the Plan, , all requests for payment of an Administrative Claim that has arisen between June 10, 2013 and _____ must be filed no later than _____**2015**.

## Items to be completed in Administrative Claim Request Form (if not already filled in)

**Name of Debtor and Case Number:**
If your claim form is not preprinted with the name of the debtor and the case number, fill in the name of the debtor in the bankruptcy case and the bankruptcy case number. If you previously received a notice of the case from the Court, your name and address is near the top of the notice.

**Information about Creditor:**
Complete the section giving the name, address, and telephone number of the creditor to whom the debtor owes money or property, and the debtor's account number, if any. If anyone else has already filed an administrative proof of claim relating to this debt, if you never received notices from the bankruptcy court about this case, if your address differs from that to which the court sent notice, or if this administrative proof of claim replaces or changes an administrative proof of claim that was already filed, check the appropriate box on the form.

**1. Basis for Claim:**
Check the type of debt for which the proof of claim is being filed. If the type of debt is not listed, check "Other" and briefly describe the type of debt. If you were an employee of the debtor, fill in the last four digits of your social security number and the dates of work for which you were not paid.

**2. Date Debt Incurred:**
Fill in the date when the debt first was owed by the debtor.

**3. Court Judgments:**
If you have a court judgment for this debt, state the date the court entered the judgment.

**4. Total Amount of Claim:**
Fill in the total amount of the entire administrative claim. If interest or other charges in addition to the principal amount of the claim are included, check the appropriate boxes on the form and attach an itemization of the interest and charges.

**5. Brief Description of Administrative Claim:**
Describe the Administrative Claim including, but not limited to, the actual and necessary costs and expenses of operating the Debtor's' Estate or any actual and necessary costs and expenses of operating the Debtor's businese

**6. Offsets, Credits and Setoffs:**
By signing this administrative proof of claim, you are stating under oath that in calculating the amount of your claim you have given the debtor credit for all payments received from the debtor.

**7. Supporting Documents:**
You must attach to this administrative proof of claim form copies of documents that show the debtor owes the debt claimed or, if the documents are too lengthy, a summary of those documents. If documents are not available, you must attach an explanation of why they are not available.

**8. Date-Stamped Copy:**
To receive an acknowledgement of the filing of your Administrative Claim, enclose a stamped, self-addressed envelope and copy of this Administrative Claim Request Form.

Please send original, completed administrative proof of claim as follows:

**By Mail: GCG, Inc., Attn:** EXIDE CASE ADMINISTRATION, C/O GCG, P.O. BOX 9985, DUBLIN, OH 43017-5985

**By Hand or Overnight Courier:** EXIDE CASE ADMINISTRATION, C/O GCG, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH  43017

Any proof of claim submitted by facsimile or email will not be accepted.

**All claims must be received on or before _____ at _____ Prevailing _____ Time.**

**EXHIBIT 6.2(b)**

**SUMMARY OF TERMS OF NEW FIRST LIEN HIGH YIELD NOTES**

**DRAFT AS OF 3/4/15; SUBJECT TO REVISION AND MODIFICATION AS AGREED AMONG THE DEBTOR, THE REQUIRED CONSENTING CREDITORS AND THE REQUISITE BACKSTOP PARTIES**

### Terms of the First Lien Senior Secured Notes

**Issuer**........................................... Exide Technologies ("***Exide***").

**Title; Governing Document** ..... First Lien Senior Secured Notes (the "***Notes***"); to be governed by an indenture (the "***Indenture***"). Capitalized terms used but not defined will have the meaning ascribed to them in the Indenture.

**Aggregate Principal Amount** ... $272.1 million consisting of:

- $259.1 million issued pursuant to the DIP / First Lien Exchange;

- $8.0 million issued as fees to the Backstop Commitment Parties; and

- $5.0 million issued as the DIP / Second Lien Conversion Funding Fee.

**Maturity**..................................... At or around the fifth anniversary of the emergence date.

**Coupon**...................................... Interest on the Notes will accrue at a rate of 11.0% per annum, 4.0% of which shall be paid in cash and 7.0% of which shall be paid in kind, at the option of Exide, by increasing the principal amount of the Notes or issuing additional Notes ("***PIK interest***") payable semi-annually. The first interest payment date will be not less than six months after the emergence date.

**Ranking**..................................... The Notes will be:

- general senior obligations of Exide and will rank *pari passu* in right of payment with all existing and future senior indebtedness of Exide;

- will be senior in right of payment to any future subordinated indebtedness of Exide;

- secured on a first-priority basis by liens on Notes Priority Collateral and on a second-priority basis by liens on the Exit ABL Revolver Collateral;

- effectively senior to all existing and future obligations of Exide under the Exit ABL Revolver to the extent of the value of the Notes

Priority Collateral;

- effectively subordinated to all existing and future obligations of Exide under the Exit ABL Revolver to the extent of the value of the Exit ABL Revolver Collateral; and

- effectively senior to all existing and future obligations of Exide under the Senior Secured Second Lien Notes.

**Subsidiaries and Guarantees** ... All subsidiaries of Exide at the date of emergence are expected to be Restricted Subsidiaries.

No guarantees initially (any future U.S. domestic subsidiaries that are obligors or guarantors on, or otherwise provide credit support for, indebtedness of Exide or any guarantors of the Notes must become guarantors).

A guarantee of the Notes will be automatically and unconditionally released upon (i) the guarantor being designated an Unrestricted Subsidiary, (ii) the legal or covenant defeasance or satisfaction and discharge of the Indenture, (iii) the sale of substantially all of the assets or capital stock of the guarantor to a person who is not a Restricted Subsidiary, if permitted by the Indenture, or (iv) the guarantor's guarantee of such other indebtedness is released.

**Collateral** ................................... Notes Priority Collateral consists of all real and personal property of Exide and any guarantors (excluding the Exit ABL Revolver Collateral), including intercompany loans and the stock of subsidiaries of Exide or any guarantors, limited to 66% of the voting stock of Exide Technologies Global Holding Netherlands C.V. and any first-tier foreign subsidiaries that are owned by Exide or any guarantor (each, a "***First-Tier Foreign Subsidiary***").

Exit ABL Revolver Collateral consists of accounts, inventory and receivables of Exide and any guarantors and any other assets of Exide and its subsidiaries that constituted ABL Priority Collateral under Exide's pre-petition ABL facility (excluding any "Excluded Assets," as defined therein).

The liens created by the Indenture and related Notes Collateral Documents will be automatically and unconditionally released in whole upon (i) full and final payment of all obligations under the Notes and

2

Indenture, (ii) legal or covenant defeasance or satisfaction and discharge of the Indenture or (iii) with consent of holders of 2/3 of the outstanding principal amount of the Notes, or, in part with respect to specific property constituting Collateral, (x) upon sale or transfer of such property to a person that is not a guarantor of the Notes, as permitted by the Indenture, or (y) in accordance with the applicable provisions of the Collateral Documents and Intercreditor Agreement (as defined below).

A customary intercreditor agreement (the "***Intercreditor Agreement***") will set forth relative rights and priorities in the Collateral between the lenders under the Exit ABL Revolver Financing, the holders of the Notes and the holders of the Second Lien Senior Secured Convertible Notes. Holders of second liens on each type of collateral will be "silent" (pursuant to customary provisions) with respect to exercise of remedies and other actions with respect to such collateral until the relevant first lien obligations are discharged.

| | |
|---|---|
| **Mandatory Redemption** | None, except as described below under "Asset Sales" and "Change of Control." |
| **Optional Redemption** | The Notes will be callable at 105% in year 1, 102% in year 2, 101% in year 3, and par thereafter, in each case, plus accrued and unpaid interest. |
| **Asset Sales** | The Indenture will contain a customary asset sale covenant that requires: |

- for Notes Priority Collateral and any of the securities of Exide Technologies Global Holding Netherlands C.V. or any First-Tier Foreign Subsidiary of Exide (including the stock of any such entity that is not pledged as Notes Priority Collateral), the net cash proceeds thereof may be (a) reinvested in new Notes Priority Collateral (other than current assets) used or useful in the business, (b) used to acquire a company engaged in the business whose assets are pledged as Notes Priority Collateral or (c) used to make capital expenditures in assets that are pledged as Note Priority Collateral, in each case, within 365 days after receipt; and

- for Exit ABL Revolver Collateral, the net cash

3

proceeds thereof must be applied (a) to permanently reduce Exit ABL Revolver debt, (b) to reinvest in new Collateral (including current assets) used or useful in the business (or used to acquire a company engaged in the business whose assets are pledged as Collateral) or (c) to make capital expenditures in assets that are pledged as Collateral, in each case, within 365 days after receipt.

Net cash proceeds not so applied in excess of $20.0 million must be used to make an offer to repurchase the Notes at par.

The Indenture will also contain Events of Loss provisions consistent with Exide's existing senior secured notes indenture, including the requirement to make an offer to repurchase the Notes at par for net loss proceeds in excess of $20.0 million.

Proceeds from the disposition of the Frisco Facility (as described in the Disclosure Statement) shall be exempt from the Asset Sale covenant.

**Change of Control**...................... The definition of "Change of Control" will be customary for high-yield indentures and will be subject to customary exceptions (including for Permitted Holders).  Upon the occurrence of a Change of Control, Exide will be required to offer to repurchase all of the Notes at a price in cash equal to 101% of the outstanding principal amount thereof, plus accrued and unpaid interest to the date of repurchase.

**Registration Rights** ................... None (144A for life)

**Reporting Covenant**.................. Customary for 144A for life high-yield notes, including:

- Audited annual financials (and related MD&A), unaudited quarterly financials (and related MD&A), limited 8-K reporting on password-protected website (accessible to holders of notes, prospective investors in notes and securities analysts);

- Customary business and risk factor disclosure;

- No Sarbanes-Oxley Section 302, 404 or 906 compliance;

- Reduced executive compensation disclosure;

4

- No Reg. S-X 3-10 (subject to summary disclosure) or 3-16 compliance;

- No exhibits, including financial statements in interactive data format, required;

- Other customary exceptions; and

- Requirement for a quarterly earnings release (posted to the password-protected website) and earnings call open to those entitled to access to the password-protected website.

Reporting requirements are suspended for six months after the emergence date.  The first fiscal quarter for which a quarterly report will be furnished will be the first fiscal quarter that begins after such six-month period has elapsed.

**Limitations on Debt** .................. Standard 2:1 Fixed Charge Coverage Ratio[1] debt able to be incurred by Exide and its Restricted Subsidiaries.

Debt baskets include (among other customary baskets):

- Credit Facility basket of up to the greater of (x) $225 million + $22.5 million of over-advances, subject to reduction for application of Asset Sale proceeds, (y) [    ]% [2] of Total Assets, and (z) a Borrowing Base (pro forma for any acquisitions or dispositions) based on advance rates in the Exit ABL Revolver or replacement Credit Facility

- Up to the aggregate principal amount of Second Lien Senior Secured Notes outstanding at the emergence date, plus $50 million of additional Second Lien Senior Secured Notes and any PIK interest paid in respect thereof

- Up to the aggregate principal amount of Deferred Payment Notes outstanding at the emergence date

- All other indebtedness arising from the Plan of Reorganization

---

[1] Fixed Charges to exclude interest accrued on the Notes and the Second Lien Senior Secured Notes that is not paid in cash.
[2] This percentage will equal about $247.5 million on exit.

- Capital Lease/PMSI basket of the greater of (x) $85 million and (y) [    ]%[3] of Total Assets.

- General debt basket at Exide and its Restricted Subsidiaries of the greater of (x) $100 million and (y) [    ]%[4] of Total Assets

- Qualified Receivables Transaction debt (consistent with Exide's existing senior secured notes indenture)

- Standard acquisition debt basket (including debt incurred to acquire another person), so long as, on a pro forma basis, either the 2-1 FCCR test is passed or the FCCR is made no worse

- Permitted Refinancing Indebtedness

- Permitted Tax Abatement Transactions debt (consistent with Exide's existing senior secured notes indenture)

- Indebtedness incurred by Exide Technologies S.A. (Poland) up to $40 million, as described in the Disclosure Statement

**Limitations on Liens** ................. Lien baskets include (among other customary baskets):

- Customary lien prohibition for first-lien secured high-yield notes (i.e., no unlimited *pari passu* liens)

- Liens securing the Credit Facility debt basket (subject to the Intercreditor Agreement) ("***Credit Facility Liens***")

- Liens on the Collateral that are *pari passu* with the liens securing the Notes (subject to the Intercreditor Agreement) securing debt in an amount equal to the greater of (x) $25 million and an amount that results in pro forma net first-lien leverage of less than [4.25]x (including liens of the same priority on the same collateral securing debt incurred to refinance such debt). The Notes and other debt secured by liens ranking *pari passu* with the liens securing the Notes and debt secured by Credit Facility Liens are counted as first-lien leverage for purposes of

---

[3] This percentage will equal about $85 million on exit.
[4] This percentage will equal about $100 million on exit.

the ratio.

- Liens securing the Capital Lease/PMSI debt basket

- Qualified Receivables Transaction liens

- Unlimited junior liens on the Collateral

- Liens on the assets of non-guarantor subsidiaries securing obligations of non-guarantor subsidiaries

- Permitted Tax Abatement Transaction liens (consistent with Exide's existing senior secured notes indenture)

- Government Grant Property liens (consistent with Exide's existing senior secured notes indenture)

- Liens securing acquisition debt basket (restricted to acquired assets)

- Liens securing Refinancing Indebtedness that is incurred to refinance Indebtedness that is secured by a Lien permitted by the Indenture

**Restricted Payments and Permitted Investments**.............. Customary Restricted Payments provisions (consistent with Exide's existing senior secured notes indenture), based on a 50% of CNI builder, with customary baskets, including a $30 million general basket.

Permitted Investment baskets include:

- General Permitted Investments basket of the greater of (x) $75 million and (y) [    ]%[5] of Total Assets

- JV and other Investments of up to $20 million per year, subject to carry-forward and carry-backward

- Investments in Permitted Tax Abatement Transactions (consistent with Exide's existing senior secured notes indenture)

**Consolidated Net Income and EBITDA**............................. Consolidated Net Income ("***CNI***") and EBITDA to eliminate gains or losses from the application of "fresh-start" accounting.

---

[5] This percentage will equal about $75 million on exit.

7

CNI adjustments for (i) "non-recurring" and "unusual" items, (ii) non-recurring restructuring charges, (iii) non-recurring cost reduction or environmental compliance expenses, (iv) charges related to the bankruptcy and related transactions, and (v) other similar charges.

CNI of Exide Technologies S.A. (Poland) will be included in CNI even if its debt facility restricts dividends.

Pro forma EBITDA adjustments in good faith determination by CFO for synergies and operational improvements.

Other customary add-backs to CNI and EBITDA.

**Voting**........................................ Notes held by Exide or its subsidiaries will not be deemed outstanding for purposes of voting.

Release of all/substantially all of the Collateral with 2/3 vote

**Form**........................................... DTC-eligible global form

**Governing Law**......................... New York

**Rating**........................................ At least single rating agency

**EXHIBIT 6.2(c)**

**SUMMARY OF TERMS OF NEW SECOND LIEN
SENIOR SECURED CONVERTIBLE NOTES**

**DRAFT AS OF 3/4/15; SUBJECT TO REVISION AND MODIFICATION AS AGREED AMONG THE DEBTOR, THE REQUIRED CONSENTING CREDITORS AND THE REQUISITE BACKSTOP PARTIES**

**Terms of the Second Lien Senior Secured Convertible Notes**

| | |
|---|---|
| **Issuer** | Exide Technologies ("*Exide*"). |
| **Title; Governing Document** | Second Lien Senior Secured Convertible Notes (the "*Notes*"); to be governed by an indenture (the "*Indenture*"). Capitalized terms used but not defined will have the meaning ascribed to them in the Indenture |
| **Aggregate Principal Amount** | Between $276.0 and $291.0 million consisting of: |

- If the rights offering is fully subscribed for the in the amount of $175.0 million:

    o $175.0 million issued pursuant to the rights offering;

    o $100.0 million issued in exchange of DIP Term Loan Claims pursuant to the DIP/Second Lien Conversion Option; and

    o $16.0 million issued as fees to the Backstop Commitment Parties; or

- If the rights offering is subscribed for in the amount of $160.0 million:

    o $160.0 million issued pursuant to the rights offering;

    o $100.0 million issued in exchange of DIP Term Loan Claims pursuant to the DIP/Second Lien Conversion Option; and

    o $16.0 million issued as fees to the Backstop Commitment Parties.

| | |
|---|---|
| **Maturity** | At or around the tenth anniversary of the emergence date, with two five-year extension options, which shall be at Exide's request, subject to approval by the holders of at least 50% of the aggregate principal amount of outstanding Notes. |
| **Coupon** | Interest on the Notes will accrue at a rate of 7.0%, which shall be paid in kind or by accretion of an additional principal amount, payable semi-annually. The first interest payment date will be not less than six |

months after the emergence date.

**Conversion Price**...................... The Notes will be convertible into shares of common stock of Exide ("***New Exide Common Stock***") at a price of $[__] per share (the "***Conversion Price***"), subject to adjustment as described below under "Anti-dilution and Dividend Protection."

**Conversion Rights**.................... At any time and from time to time, each holder of the Notes shall have the right to convert all or any portion of the Notes at such holder's option into a number of shares of New Exide Common Stock equal to the aggregate principal amount of the Notes so converted, plus accrued and unpaid interest, divided by the Conversion Price then in effect. At the Emergence Date, the Notes will initially be convertible into 80.0% of the New Exide Common Stock on a fully diluted basis.

**Mandatory Conversion** ............ [At any time and from time to time, the holders of at least 50% of the aggregate principal amount of outstanding Notes shall have the right to cause the mandatory conversion of all outstanding Notes at the Conversion Price then in effect.]

**Anti-dilution and Dividend Protection**................................. The Notes will have weighted-average anti-dilution and dividend protection provisions that are customary for convertible notes issued to investors in a private company, with a "full ratchet" adjustment for issuances of New Exide Common Stock (or derivatives with respect thereto) below the Conversion Price.

**Ranking**..................................... The Notes will be:

- general senior obligations of Exide and will rank *pari passu* in right of payment with all existing and future senior indebtedness of Exide;

- will be senior in right of payment to any future subordinated indebtedness of Exide;

- secured on a second-priority basis by liens on the Notes Priority Collateral and on a third-priority basis by liens on the Exit ABL Revolver Collateral;

- effectively subordinated to all existing and future obligations of Exide under the Exit ABL Revolver and the First Lien Senior Secured Notes to the extent of the value of the Exit ABL

Revolver Collateral;

- effectively subordinated to all existing and future obligations of Exide under the First Lien Senior Secured Notes to the extent of the value of the Collateral; and

- effectively senior to all existing and future obligations of Exide under the Exit ABL Revolver, in each case, to the extent of the value of the Notes Priority Collateral.

**Subsidiaries and Guarantees** ... All subsidiaries of Exide at the date of emergence are expected to be Restricted Subsidiaries.

No guarantees initially (any future U.S. domestic subsidiaries that are obligors or guarantors on, or otherwise provide credit support for, indebtedness of Exide or any guarantors of the Notes must become guarantors).

A guarantee of the Notes will be automatically and unconditionally released upon (i) the guarantor being designated an Unrestricted Subsidiary, (ii) the legal or covenant defeasance or satisfaction and discharge of the Indenture, (iii) the sale of substantially all of the assets or capital stock of the guarantor to a person who is not a Restricted Subsidiary, if permitted by the Indenture, or (iv) the guarantor's guarantee of such other indebtedness is released.

**Collateral** .................................. Notes Priority Collateral consists of all real and personal property of Exide and any guarantors (excluding the Exit ABL Revolver Collateral), including intercompany loans and the stock of subsidiaries of Exide or any guarantors, limited to 66% of the voting stock of Exide Technologies Global Holding Netherlands C.V. and any first-tier foreign subsidiaries that are owned by Exide or any guarantor (each, a "***First-Tier Foreign Subsidiary***").

Exit ABL Revolver Collateral consists of accounts, inventory and receivables of Exide and any guarantors and any other assets of Exide and its subsidiaries that constituted ABL Priority Collateral under Exide's pre-petition ABL facility (excluding any "Excluded Assets," as defined therein).

The liens created by the Indenture and related Notes Collateral Documents will be automatically and unconditionally released in whole upon (i) full and final

3

payment of all obligations under the Notes and Indenture, (ii) legal or covenant defeasance or satisfaction and discharge of the Indenture or (iii) with consent of holders of 2/3 of the outstanding principal amount of the Notes, or, in part with respect to specific property constituting Collateral, (x) upon sale or transfer of such property to a person that is not a guarantor of the Notes, as permitted by the Indenture, or (y) in accordance with the applicable provisions of the Collateral Documents and Intercreditor Agreement (as defined below).

A customary intercreditor agreement (the "***Intercreditor Agreement***") will set forth relative rights and priorities in the Collateral between the lenders under the Exit ABL Revolver Financing, the holders of the First Lien Senior Secured Notes and the holders of the Notes.  Holders of second or third liens on each type of collateral will be "silent" (pursuant to customary provisions) with respect to exercise of remedies and other actions with respect to such collateral until the relevant first lien obligations are discharged.

**Mandatory Redemption** ........... None, except as described below under "Asset Sales" and "Change of Control."

**Optional Redemption** ............... The Notes will not be optionally redeemable.

**Asset Sales** ................................. The Indenture will contain a customary asset sale covenant that requires:

- for Notes Priority Collateral and any of the securities of Exide Technologies Global Holding Netherlands C.V. or any First-Tier Foreign Subsidiary of Exide (including the stock of any such entity that is not pledged as Notes Priority Collateral), the net cash proceeds thereof may be (a) reinvested in new Notes Priority Collateral (other than current assets) used or useful in the business, (b) used to acquire a company engaged in the business whose assets are pledged as Notes Priority Collateral, (c) to make capital expenditures in assets that are pledged as Note Priority Collateral, or (d) used to prepay any indebtedness (including, without limitation, the First Lien Senior Secured Notes) secured by liens on the Notes Priority Collateral that are

senior to the liens on such Notes Priority Collateral securing the Second Lien Senior Secured Notes, in each case, within 365 days after receipt; and

- for Exit ABL Revolver Collateral, the net cash proceeds thereof must be applied (a) to permanently reduce Exit ABL Revolver debt or any indebtedness (including, without limitation, the First Lien Senior Secured Notes) secured by liens on the Exit ABL Collateral that are senior to the liens in such Exit ABL Collateral securing the Notes, (b) to reinvest in new Collateral (including current assets) used or useful in the business, (c) to acquire a company engaged in the business whose assets are pledged as Collateral, or (d) to make capital expenditures in assets that are pledged as Collateral, in each case, within 365 days after receipt.

Net cash proceeds not so applied in excess of $20.0 million must be used to make an offer to repurchase the Notes at par.

The Indenture will also contain Events of Loss provisions consistent with Exide's existing senior secured notes indenture, including the requirement to make an offer to repurchase the Notes at par for net loss proceeds in excess of $20.0 million.

Proceeds from the disposition of the Frisco Facility (as described in the Disclosure Statement) shall be exempt from the Asset Sale covenant.

**Change of Control**...................... The definition of "Change of Control" will be the same as that in the First Lien Senior Secured Notes.

**Registration Rights** ................... None (144A for life)

**Reporting Covenant**.................. Customary for 144A for life high-yield notes, including:

- Audited annual financials (and related MD&A), unaudited quarterly financials (and related MD&A), limited 8-K reporting on password-protected website (accessible to holders of notes, prospective investors in notes and securities analysts);

- Customary business and risk factor disclosure;

5

- No Sarbanes-Oxley Section 302, 404 or 906 compliance;

- Reduced executive compensation disclosure;

- No Reg. S-X 3-10 (subject to summary disclosure) or 3-16 compliance;

- No exhibits, including financial statements in interactive data format, required;

- Other customary exceptions; and

- Requirement for a quarterly earnings release (posted to the password-protected website) and earnings call open to those entitled to access to the password-protected website.

Reporting requirements are suspended for six months after the emergence date. The first fiscal quarter for which a quarterly report will be furnished will be the first fiscal quarter that begins after such six-month period has elapsed.

**Limitations on Debt** .................. Standard 2:1 Fixed Charge Coverage Ratio[1] debt able to be incurred by Exide and its Restricted Subsidiaries.

Debt baskets include (among other customary baskets):

- Credit Facility basket of up to the greater of (x) $225 million + $22.5 million of over-advances, subject to reduction for application of Asset Sale proceeds, (y) [     ]%[2] of Total Assets, and (z) a Borrowing Base (pro forma for any acquisitions or dispositions) based on advance rates in the Exit ABL Revolver or replacement Credit Facility

- Up to the aggregate principal amount of First Lien Senior Secured Notes outstanding at the emergence date

- Up to the aggregate principal amount of Deferred Payment Notes outstanding at the emergence date

- All other indebtedness arising from the Plan of Reorganization

---

[1] Fixed Charges to exclude interest accrued on the Notes and the Second Lien Senior Secured Notes that is not paid in cash.

[2] This percentage will equal about $247.5 million on exit.

- Capital Lease/PMSI basket of the greater of (x) $85 million and (y) [    ]%[3] of Total Assets.

- General debt basket for Exide and its Restricted Subsidiaries of the greater of (x) $100 million and (y) [    ]%[4] of Total Assets

- Qualified Receivables Transaction debt (consistent with Exide's existing senior secured notes indenture)

- Standard acquisition debt basket (including debt incurred to acquire another person), so long as, on a pro forma basis, either the 2-1 FCCR test is passed or the FCCR is made no worse

- Permitted Refinancing Indebtedness

- Permitted Tax Abatement Transactions debt (consistent with Exide's existing senior secured notes indenture)

- Indebtedness incurred by Exide Technologies S.A. (Poland) up to $40 million, as described in the Disclosure Statement

**Limitations on Liens** ................. Lien baskets include (among other customary baskets):

- Customary lien prohibition for second lien secured high-yield notes (i.e., unlimited *pari passu* liens)

- Liens securing the Credit Facility debt basket (subject to the Intercreditor Agreement) ("***Credit Facility Liens***")

- Liens securing the First Lien Senior Secured Notes outstanding on the emergence date

- Liens on the Collateral that secure first-lien debt (subject to the Intercreditor Agreement) in an amount equal to the greater of (x) $25 million and an amount that results in pro forma net first-lien leverage of less than [4.25]x (including liens of the same priority on the same collateral securing debt incurred to refinance such debt). The First Lien Senior Secured Notes and other debt secured by first-priority liens, including

---

[3] This percentage will equal about $85 million on exit.
[4] This percentage will equal about $100 million on exit.

debt secured by Credit Facility Liens, are counted as first-lien leverage for purposes of the ratio.

- Liens securing the Capital Lease/PMSI debt basket

- Qualified Receivables Transaction liens

- Unlimited junior liens on the Collateral

- Liens on the assets of non-guarantor subsidiaries securing obligations of non-guarantor subsidiaries

- Permitted Tax Abatement Transaction liens (consistent with Exide's existing senior secured notes indenture)

- Government Grant Property liens (consistent with Exide's existing senior secured notes indenture)

- Liens securing acquisition debt basket (restricted to acquired assets)

- Liens securing Refinancing Indebtedness that is incurred to refinance Indebtedness that is secured by a Lien permitted by the Indenture

**Restricted Payments and Permitted Investments**............. Customary Restricted Payments provisions (consistent with Exide's existing senior secured notes indenture), based on a 50% of CNI builder, with customary baskets, including a $30 million general basket.

Permitted Investment baskets include:

- General Permitted Investments basket of the greater of (x) $75 million and (y) [    ]%[5] of Total Assets

- JV and other Investments of up to $20 million per year, subject to carry-forward and carry-backward

- Investments in Permitted Tax Abatement Transactions (consistent with Exide's existing senior secured notes indenture)

**Consolidated Net Income**          Consolidated Net Income ("***CNI***") and EBITDA to

---

[5] This percentage will equal about $75 million on exit.

8

| | |
|---|---|
| **and EBITDA**............................ | eliminate gains or losses from the application of "fresh-start" accounting. |
| | CNI adjustments for (i) "non-recurring" and "unusual" items, (ii) non-recurring restructuring charges, (iii) non-recurring cost reduction or environmental compliance expenses, (iv) charges related to the bankruptcy and related transactions, and (v) other similar charges. |
| | CNI of Exide Technologies S.A. (Poland) will be included in CNI even if its debt facility restricts dividends. |
| | Pro forma EBITDA adjustments in good faith determination by CFO for synergies and operational improvements. |
| | Other customary add-backs to CNI and EBITDA. |
| **Transfer Restrictions**............... | The Indenture and the Notes will include transfer restrictions on the Notes that will prohibit any transfer of Notes that would result in Exide or any of its subsidiaries reaching or exceeding the threshold of holders of securities that would cause Exide or any of its subsidiaries to be required to register under the Securities Exchange Act of 1934 with respect to any class of securities of Exide or any of its subsidiaries. Similar transfer restrictions will apply to the shares of New Exide Common Stock issuable upon conversion of the Notes. |
| **Other Covenants** ...................... | The Notes will be subject to other covenants that are customary for second-lien high-yield notes. |
| **Voting**....................................... | Notes held by Exide or its subsidiaries will not be deemed outstanding for purposes of voting. |
| | Release of all/substantially all of the Collateral with 2/3 vote |
| **Discharge** ................................. | The Notes will be subject to a discharge provision that is customary for high-yield notes, except that the conversion right shall still continue in effect, even though the required deposit has been made. |
| **Form**......................................... | DTC-eligible global form |
| **Governing Law**.......................... | New York |
| **Rating**....................................... | At least single rating agency |

## **EXHIBIT 6.9**

**REORGANIZED DEBTOR CORPORATE STRUCTURE**

Exhibit 6.9

Reorganized Debtor Corporate Structure



## **EXHIBIT 6.12**

**CERTIFICATE OF INCORPORATION AND BYLAWS**

\

Exhibit 6.12-1

Certificate of Incorporation

\

**DRAFT AS OF 3/4/15; SUBJECT TO REVISION AND MODIFICATION AS AGREED AMONG THE DEBTOR, THE REQUIRED CONSENTING CREDITORS AND THE REQUISITE BACKSTOP PARTIES**

AMENDED AND RESTATED CERTIFICATE OF INCORPORATION

of

EXIDE TECHNOLOGIES

The undersigned, [Name of the Officer], certifies that [he/she] is the [Title of Officer] of Exide Technologies, a corporation organized and existing under the laws of the State of Delaware (the "Corporation"), and does hereby further certify as follows:

(1)     The name of the Corporation is Exide Technologies.

(2)     The name under which the Corporation was originally incorporated was ESB Incorporated and the original Certificate of Incorporation of the Corporation was filed with the Secretary of State of the State of Delaware on November 23, 1966.

(3)     This Amended and Restated Certificate of Incorporation was duly adopted in accordance with the provisions of Sections 242, 245 and 303 of the General Corporation Law of the State of Delaware ("DGCL"), pursuant to the authority granted to the Corporation under Section 303 of the DGCL to put into effect and carry out the Second Amended Plan of Reorganization of the Corporation dated as of [_____], 2015 under chapter 11 of the United States Code, as confirmed on [_____], 2015 by order (the "Order") of the United States Bankruptcy Court for the District of Delaware (Case No. 13-11482 (KJC)).  Provision for the making of this Amended and Restated Certificate of Incorporation is contained in the Order.

(4)     The text of the Amended and Restated Certificate of Incorporation of the Corporation as amended hereby is restated to read in its entirety, as follows:

1.     Name.  The name of the corporation is Exide Technologies (the "Corporation").

2.     Address; Registered Office and Agent.  The address of the Corporation's registered office is Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801, in the county of New Castle; and the registered agent at such address is The Corporation Trust Company.

3.     Purposes.  The purpose of the Corporation is to engage in any lawful act or activity for which corporations may be organized under the General Corporation Law of the State of Delaware ("DGCL").

4.     Capital Stock.

4.1 The total number of shares of all classes of stock that the Corporation shall have authority to issue is (A): [___] shares, divided into [___] shares of Common Stock, with the par value of $[0.01] per share (the "<u>Common Stock</u>"), and (B) [___] shares of Preferred Stock, with the par value of $[0.01] per share (the "<u>Preferred Stock</u>").  The authorized number of shares of any class of stock may be increased or decreased (but not below the number of shares thereof then outstanding) by the affirmative vote of the holders of a majority of the stock of the Corporation entitled to vote, and no separate vote of such class of stock the authorized number of which is to be increased or decreased shall be necessary to effect such change.

4.2 The Board of Directors of the Corporation (the "<u>Board</u>") is hereby authorized, by resolution or resolutions thereof, to provide, out of the unissued shares of Preferred Stock, for series of Preferred Stock and, with respect to each such series, to fix the number of shares constituting such series and the designation of such series, the voting and other powers (if any) of the shares of such series, and the preferences and any relative, participating, optional or other special rights and any qualifications, limitations or restrictions thereof, of the shares of such series.  The powers, preferences and relative, participating, optional and other special rights of each series of Preferred Stock, and the qualifications, limitations or restrictions thereof, if any, may differ from those of any and all other series at any time outstanding.

4.3 Except as may otherwise be provided in this Certificate of Incorporation or by applicable law, each holder of Common Stock, as such, shall be entitled to one vote for each share of Common Stock held of record by such holder on all matters on which stockholders generally are entitled to vote.  Except as may otherwise be provided in this Certificate of Incorporation (including any certificate filed with the Secretary of State of the State of Delaware establishing the terms of a series of Preferred Stock in accordance with Section 4.2) or by applicable law, no holder of any series of Preferred Stock, as such, shall be entitled to any voting powers in respect thereof.

4.4 Subject to applicable law and the rights, if any, of the holders of any outstanding series of Preferred Stock, dividends may be declared and paid on the Common Stock at such times and in such amounts as the Board in its discretion shall determine.

4.5 Upon the dissolution, liquidation or winding up of the Corporation, subject to the rights, if any, of the holders of any outstanding series of Preferred Stock, the holders of the Common Stock shall be entitled to receive the assets of the Corporation available for distribution to its Stockholders ratably in proportion to the number of shares held by them.

4.6 All shares of Common Stock and Preferred Stock of the Corporation shall be subject to the rights, restrictions, limitations and other terms applicable to such shares pursuant to the certain Stockholders Agreement to be entered by and among the Corporation and its stockholders in accordance with that certain Second Amended Plan of Reorganization of the Corporation dated as of [_____], 2015 under

2

chapter 11 of the United States Code, as confirmed on [_____], 2015 by order of the United States Bankruptcy Court for the District of Delaware (Case No. 13-11482 (KJC)).

5.    Number of Directors; Election of Directors.    The number of directors of the Corporation shall be as from time to time fixed by, or in the manner provided in, the By-Laws of the Corporation (the "By-laws").  Unless and except to the extent that the By-laws shall so require, the election of directors of the Corporation need not be by written ballot.

6.    Limitation of Liability.

6.1    To the fullest extent permitted under the DGCL, as amended from time to time, no director of the Corporation shall be personally liable to the Corporation or its stockholders for monetary damages for breach of fiduciary duty as a director.

6.2    Any amendment or repeal of the foregoing provision shall not adversely affect any right or protection of a director of the Corporation hereunder in respect of any act or omission occurring prior to the time of such amendment or repeal.

7.    Indemnification.

7.1    Right to Indemnification.  The Corporation shall indemnify and hold harmless, to the fullest extent permitted by applicable law as it presently exists or may hereafter be amended, any person (a "Covered Person") who was or is an authorized representative of the Corporation, and who was or is a party, or is threatened to be made a party to any threatened, pending or completed action, suit or proceeding, whether civil, criminal, administrative or investigative (a "Proceeding"), by reason of the fact that such person was or is an authorized representative of the Corporation, against all liability and loss suffered and expenses (including attorneys' fees) reasonably incurred by such Covered Person.  Notwithstanding the preceding sentence, except as otherwise provided in Section 7.3, the Corporation shall be required to indemnify a Covered Person in connection with a Proceeding (or part thereof) commenced by such Covered Person only if the commencement of such Proceeding (or part thereof) by the Covered Person was authorized by the Board.  For purposes of this Section 7, "authorized representative" means (i) any and all directors of the Corporation, (ii) the Corporation's Chief Executive Officer, Chief Financial Officer, General Counsel, Treasurer, Secretary, Division Presidents and Executive Vice Presidents and any and all other officers of the Corporation that are appointed by the Board and (iii) any person designated as an authorized representative by the Board (which may, but need not, include any person serving at the request of the Corporation as a director, officer, employee or agent of another corporation, partnership, joint venture, trust or other enterprise).

7.2    Prepayment of Expenses.  To the extent not prohibited by applicable law, the Corporation shall pay the expenses (including attorneys' fees) incurred by a Covered Person in defending any Proceeding in advance of its final disposition; provided, however, that, to the extent required by applicable law, such

3

payment of expenses in advance of the final disposition of the Proceeding shall be made only upon receipt of an undertaking by the Covered Person to repay all amounts advanced if it should be ultimately determined that the Covered Person is not entitled to be indemnified under this Section 7 or otherwise.

       7.3    <u>Claims</u>.  If a claim for indemnification or advancement of expenses under this Section 7 is not paid in full within 30 days after a written claim therefor by the Covered Person has been received by the Corporation, the Covered Person may file suit to recover the unpaid amount of such claim and, if successful in whole or in part, shall be entitled to be paid the expense of prosecuting such claim.  In any such action the Corporation shall have the burden of proving that the Covered Person is not entitled to the requested indemnification or advancement of expenses under applicable law.

       7.4    <u>Nonexclusivity of Rights</u>.  The rights conferred on any Covered Person by this Section 7 shall not be exclusive of any other rights that such Covered Person may have or hereafter acquire under any statute, provision of these By-laws, the Certificate of Incorporation, agreement, vote of stockholders or disinterested directors or otherwise.

       7.5    <u>Other Sources</u>.  The Corporation (i) shall be the indemnitor of first resort (i.e., its obligation to a Covered Person are primary and any obligation of any indemnification and/or insurance providers other than the Corporation (a "<u>Secondary Indemnitor</u>") to advance expenses or to provide indemnification for the same expenses or liabilities incurred by such Covered Person are secondary), (ii) shall be required to advance the full amount of expenses contemplated by Section 7.2 that are incurred by a Covered Person and shall be liable for the full amount of all such expenses, judgments, penalties, fines and amounts paid in settlement to the extent legally permitted and as required by the terms of this Certificate of Incorporation, the By-laws or any agreement between the Corporation and such Covered Person, and (iii) shall, to the extent a Covered Person has received any payment of amounts otherwise indemnifiable hereunder from any Secondary Indemnitor, upon request by such Covered Person, reimburse such amounts to such Secondary Indemnitor.

       7.6    <u>Amendment or Repeal</u>.  Any amendment or repeal of the foregoing provisions of this Section 7 shall not adversely affect any right or protection hereunder of any Covered Person in respect of any act or omission occurring prior to the time of such amendment or repeal.

       7.7    <u>Other Indemnification and Prepayment of Expenses</u>.  This Section 7 shall not limit the right of the Corporation, to the extent and in the manner permitted by applicable law, to indemnify and to advance expenses to persons other than Covered Persons when and as authorized by appropriate corporate action.

       7.8    <u>Insurance</u>.  The Corporation may purchase and maintain insurance on behalf of any person who is or was a director, officer, employee or agent of the Corporation, or is or was serving at the request of the Corporation as a director,

4

officer, employee or agent of another corporation, partnership, joint venture, trust or other enterprise against any liability asserted against the person and incurred by the person in any such capacity, or arising out of his or her status as such, whether or not the Corporation would have the power or the obligation to indemnify such person against such liability under the provisions of this Section 7.

        8.  <u>Adoption, Amendment or Repeal of By-Laws</u>.  The Board is authorized to adopt, amend or repeal the By-laws.

        9.  <u>Non-Voting Securities</u>.  Pursuant to Section 1123(a)(6) of Chapter 11 of Title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), the Corporation will not issue non-voting equity securities (which shall not be deemed to include any warrants or options to purchase capital stock of the Corporation); <u>provided</u>, <u>however</u>, that this provision (i) will have no further force or effect beyond that required under Section 1123 of the Bankruptcy Code, (ii) will have such force and effect, if any, only for so long as such section is in effect and applicable to the Corporation or any of its wholly-owned Subsidiaries and (iii) in all events may be amended or eliminated in accordance with applicable law as from time to time in effect.

        10. <u>Certificate Amendments</u>. The Corporation reserves the right at any time, and from time to time, to amend or repeal any provision contained in this Certificate of Incorporation, and add other provisions authorized by the laws of the State of Delaware at the time in force, in the manner now or hereafter prescribed by applicable law; and all rights, preferences and privileges of whatsoever nature conferred upon stockholders, directors or any other persons whomsoever by and pursuant to this Certificate of Incorporation (as amended) are granted subject to the rights reserved in this Article.

[<em>Remainder of Page Intentionally Left Blank</em>]

        WITNESS  the signature of this Amended and Restated Certificate of Incorporation this [___] day of [_____] 2015.

                          EXIDE TECHNOLOGIES

                          By: _____
                          Name: [_____]
                          Title:  [_____]

Exhibit 6.12-2

Amended and Restated By-Laws

**DRAFT AS OF 3/4/15; SUBJECT TO REVISION AND MODIFICATION AS
AGREED AMONG THE DEBTOR, THE REQUIRED CONSENTING
CREDITORS AND THE REQUISITE BACKSTOP PARTIES**

AMENDED AND RESTATED BY-LAWS

of

EXIDE TECHNOLOGIES

(A Delaware Corporation)

These Amended and Restated By-laws of Exide Technologies were duly adopted in accordance with the provisions of Section 303 of the General Corporation Law of the State of Delaware ("DGCL"), pursuant to the authority granted to the Corporation under Section 303 of the DGCL to put into effect and carry out the Second Amended Plan of Reorganization of the Corporation dated as of [_____], 2015 under chapter 11 of the United States Code, as confirmed on [_____], 2015 by order (the "Order") of the United States Bankruptcy Court for the District of Delaware (Case No. 13-11482 (KJC)). Provision for the making of these Amended and Restated By-laws is contained in the Order.

_____

TABLE OF CONTENTS

Page

ARTICLE 1    DEFINITIONS ...................................................................................1

ARTICLE 2    STOCKHOLDERS...............................................................................2

ARTICLE 3    DIRECTORS .......................................................................................7

ARTICLE 4    COMMITTEES OF THE BOARD .........................................................9

ARTICLE 5    OFFICERS...........................................................................................10

ARTICLE 6    INDEMNIFICATION ..........................................................................12

ARTICLE 7    GENERAL PROVISIONS ....................................................................14

ARTICLE 1

DEFINITIONS

As used in these By-laws, unless the context otherwise requires, the term:

1.1    "Assistant Secretary" means an Assistant Secretary of the Corporation.

1.2    "Assistant Treasurer" means an Assistant Treasurer of the Corporation.

1.3    "Board" means the Board of Directors of the Corporation.

1.4    "By-laws" means the By-laws of the Corporation, as amended.

1.5    "Certificate of Incorporation" means the Certificate of Incorporation of the Corporation, as amended.

1.6    "Chairman" means the Chairman of the Board of Directors of the Corporation.

1.7    "Corporation" means Exide Technologies.

1.8    "DGCL" means the General Corporation Law of the State of Delaware, as amended.

1

1.9     "Directors" means the directors of the Corporation.

1.10     "law" means any U.S. or non-U.S., federal, state or local law (statutory, common or otherwise), constitution, treaty, convention, ordinance, code, rule, regulation, order, injunction, judgment, decree, ruling or other similar requirement enacted, adopted, promulgated or applied by a governmental authority (including any department, court, agency or official, or non-governmental self-regulatory organization, agency or authority and any political subdivision or instrumentality thereof).

1.11     "Office of the Corporation" means the executive office of the Corporation, anything in Section 131 of the DGCL to the contrary notwithstanding.

1.12     "President" means the President of the Corporation.

1.13     "Secretary" means the Secretary of the Corporation.

1.14     "Stockholders" means the stockholders of the Corporation.

1.15     "Treasurer" means the Treasurer of the Corporation.

1.16     "Vice President" means a Vice President of the Corporation.


ARTICLE 2

STOCKHOLDERS

2.1     Place of Meetings.  Meetings of Stockholders may be held at such place or solely by means of remote communication or otherwise, as may be designated by the Board from time to time.

2.2     Annual Meeting.  A meeting of Stockholders for the election of Directors and other business shall be held annually at such date and time as may be designated by the Board from time to time.

2.3     Special Meetings.  Special meetings of Stockholders may be called at any time by the Board, or at the request, in writing, of Stockholders entitled to cast at least twenty-five percent (25%) of the votes that all Stockholders are entitled to cast at the particular meeting, and may not be called by any other person or persons.  Business transacted at any special meeting of Stockholders shall be limited to the purposes stated in the notice.

2.4     Record Date.  (A) For the purpose of determining the Stockholders entitled to notice of any meeting of Stockholders or any adjournment thereof, unless otherwise required by the Certificate of Incorporation or applicable law, the Board may fix a record date (the "Notice Record Date"), which record date shall not precede the date on which the resolution fixing the record date was adopted by the Board and shall not be more than 60 or less than ten days before the date of such meeting.  The Notice Record

Date shall also be the record date for determining the Stockholders entitled to vote at such meeting unless the Board determines, at the time it fixes such Notice Record Date, that a later date on or before the date of the meeting shall be the date for making such determination (the "Voting Record Date").  For the purposes of determining the Stockholders entitled to express consent to corporate action in writing without a meeting, unless otherwise required by the Certificate of Incorporation or applicable law, the Board may fix a record date, which record date shall not precede the date on which the resolution fixing the record date was adopted by the Board and shall not be more than ten days after the date on which the record date was fixed by the Board.  For the purposes of determining the Stockholders entitled to receive payment of any dividend or other distribution or allotment of any rights, exercise any rights in respect of any change, conversion or exchange of stock or take any other lawful action, unless otherwise required by the Certificate of Incorporation or applicable law, the Board may fix a record date, which record date shall not precede the date on which the resolution fixing the record date was adopted by the Board and shall not be more than 60 days prior to such action.

       (B)      If no such record date is fixed:

       (i)      The record date for determining Stockholders entitled to notice of and to vote at a meeting of Stockholders shall be at the close of business on the day next preceding the day on which notice is given or, if notice is waived, at the close of business on the day next preceding the day on which the meeting is held;

       (ii)      The record date for determining Stockholders entitled to express consent to corporate action in writing without a meeting (unless otherwise provided in the Certificate of Incorporation), when no prior action by the Board is required by applicable law, shall be the first day on which a signed written consent setting forth the action taken or proposed to be taken is delivered to the Corporation in accordance with applicable law; and when prior action by the Board is required by applicable law, the record date for determining Stockholders entitled to express consent to corporate action in writing without a meeting shall be at the close of business on the date on which the Board takes such prior action; and

       (iii)      When a determination of Stockholders of record entitled to notice of or to vote at any meeting of Stockholders has been made as provided in this Section 2.4, such determination shall apply to any adjournment thereof, unless the Board fixes a new Voting Record Date for the adjourned meeting, in which case the Board shall also fix such Voting Record Date or a date earlier than such date as the new Notice Record Date for the adjourned meeting.

       2.5      Notice of Meetings of Stockholders.  Whenever under the provisions of applicable law, the Certificate of Incorporation or these By-laws, Stockholders are required or permitted to take any action at a meeting, notice shall be given stating the place, if any, date and hour of the meeting, the means of remote communication, if any, by which Stockholders and proxy holders may be deemed to be present in person and vote at such meeting, the Voting Record Date, if such date is

different from the Notice Record Date, and, in the case of a special meeting, the purposes for which the meeting is called.  Unless otherwise provided by these By-laws or applicable law, notice of any meeting shall be given, not less than ten nor more than 60 days before the date of the meeting, to each Stockholder entitled to vote at such meeting as of the Notice Record Date.  If mailed, such notice shall be deemed to be given when deposited in the U.S. mail, with postage prepaid, directed to the Stockholder at his or her address as it appears on the records of the Corporation.  An affidavit of the Secretary, an Assistant Secretary or the transfer agent of the Corporation that the notice required by this Section 2.5 has been given shall, in the absence of fraud, be prima facie evidence of the facts stated therein.  If a meeting is adjourned to another time or place, notice need not be given of the adjourned meeting if the time and place thereof are announced at the meeting at which the adjournment is taken.  Any business that might have been transacted at the meeting as originally called may be transacted at the adjourned meeting.  If, however, the adjournment is for more than 30 days or, if after the adjournment a new record date is fixed for the adjourned meeting, a notice of the adjourned meeting shall be given to each Stockholder of record entitled to vote at the meeting.  If, after the adjournment, a new Voting Record Date is fixed for the adjourned meeting, the Board shall fix a new Notice Record Date in accordance with Section 2.4(B)(iii) hereof and shall give notice of such adjourned meeting to each Stockholder entitled to vote at such meeting as of the Notice Record Date.

       2.6    <u>Waivers of Notice</u>.  Whenever the giving of any notice to Stockholders is required by applicable law, the Certificate of Incorporation or these By-laws, a waiver thereof, given by the person entitled to said notice, whether before or after the event as to which such notice is required, shall be deemed equivalent to notice.  Attendance by a Stockholder at a meeting shall constitute a waiver of notice of such meeting except when the Stockholder attends a meeting for the express purpose of objecting, at the beginning of the meeting, to the transaction of any business on the ground that the meeting has not been lawfully called or convened.  Neither the business to be transacted at, nor the purposes of, any regular or special meeting of the Stockholders need be specified in any waiver of notice.

       2.7    <u>List of Stockholders</u>.  The Secretary shall prepare and make, at least ten days before every meeting of Stockholders, a complete, alphabetical list of the Stockholders entitled to vote at the meeting, and showing the address of each Stockholder and the number of shares registered in the name of each Stockholder.  Such list may be examined by any Stockholder, at the Stockholder's expense, for any purpose germane to the meeting, for a period of at least ten days prior to the meeting, during ordinary business hours at the principal place of business of the Corporation or on a reasonably accessible electronic network as provided by applicable law.  If the meeting is to be held at a place, the list shall also be produced and kept at the time and place of the meeting during the whole time thereof and may be inspected by any Stockholder who is present.  If the meeting is held solely by means of remote communication, the list shall also be open for inspection as provided by applicable law.  Except as provided by applicable law, the stock ledger shall be the only evidence as to who are the Stockholders entitled to

examine the list of Stockholders or to vote in person or by proxy at any meeting of Stockholders.

2.8     Quorum of Stockholders; Adjournment.  Except as otherwise provided by these By-laws, at each meeting of Stockholders, the presence in person or by proxy of the holders of a majority of the voting power of all outstanding shares of stock entitled to vote at the meeting of Stockholders, shall constitute a quorum for the transaction of any business at such meeting.  In the absence of a quorum, the holders of a majority in voting power of the shares of stock present in person or represented by proxy at any meeting of Stockholders, including an adjourned meeting, may adjourn such meeting to another time and place.  Shares of its own stock belonging to the Corporation or to another corporation, if a majority of the shares entitled to vote in the election of Directors of such other corporation is held, directly or indirectly, by the Corporation, shall neither be entitled to vote nor be counted for quorum purposes; provided, however, that the foregoing shall not limit the right of the Corporation to vote stock, including but not limited to its own stock, held by it in a fiduciary capacity.

2.9     Voting; Proxies.  At any meeting of Stockholders, all matters other than the election of directors, except as otherwise provided by the Certificate of Incorporation, these By-laws or any applicable law, shall be decided by the affirmative vote of a majority in voting power of shares of stock present in person or represented by proxy and entitled to vote thereon.  At all meetings of Stockholders for the election of Directors, a plurality of the votes cast shall be sufficient to elect.  Each Stockholder entitled to vote at a meeting of Stockholders or to express consent or dissent to corporate action in writing without a meeting may authorize another person or persons to act for such Stockholder by proxy but no such proxy shall be voted or acted upon after three years from its date, unless the proxy provides for a longer period.  A proxy shall be irrevocable if it states that it is irrevocable and if, and only so long as, it is coupled with an interest sufficient in law to support an irrevocable power.  A Stockholder may revoke any proxy that is not irrevocable by attending the meeting and voting in person or by delivering to the Secretary a revocation of the proxy or by delivering a new proxy bearing a later date.

2.10     Voting Procedures and Inspectors at Meetings of Stockholders.  The Board, in advance of any meeting of Stockholders, may appoint one or more inspectors, who may be employees of the Corporation, to act at the meeting and make a written report thereof.  The Board may designate one or more persons as alternate inspectors to replace any inspector who fails to act.  If no inspector or alternate is able to act at a meeting, the person presiding at the meeting may appoint one or more inspectors to act at the meeting.  Each inspector, before entering upon the discharge of his or her duties, shall take and sign an oath faithfully to execute the duties of inspector with strict impartiality and according to the best of his or her ability.  The inspectors shall (A) ascertain the number of shares outstanding and the voting power of each, (B) determine the shares represented at the meeting and the validity of proxies and ballots, (C) count all votes and ballots, (D) determine and retain for a reasonable period a record of the disposition of any challenges made to any determination by the inspectors and

5

(E) certify their determination of the number of shares represented at the meeting and their count of all votes and ballots.  The inspectors may appoint or retain other persons or entities to assist the inspectors in the performance of their duties.  Unless otherwise provided by the Board, the date and time of the opening and the closing of the polls for each matter upon which the Stockholders will vote at a meeting shall be determined by the person presiding at the meeting and shall be announced at the meeting.  No ballot, proxies, votes or any revocation thereof or change thereto, shall be accepted by the inspectors after the closing of the polls unless the Court of Chancery of the State of Delaware upon application by a Stockholder shall determine otherwise.  In determining the validity and counting of proxies and ballots cast at any meeting of Stockholders, the inspectors may consider such information as is permitted by applicable law.  No person who is a candidate for office at an election may serve as an inspector at such election.

        2.11    <u>Conduct of Meetings; Adjournment</u>.  The Board may adopt such rules and procedures for the conduct of Stockholder meetings as it deems appropriate.  At each meeting of Stockholders, the Chairman or, in the absence of the Chairman, the President or, if the President is absent, a Vice President and, in case more than one Vice President shall be present, that Vice President designated by the Board (or in the absence of any such designation, the most senior Vice President present), shall preside over the meeting.  Except to the extent inconsistent with the rules and procedures as adopted by the Board, the person presiding over the meeting of Stockholders shall have the right and authority to convene, adjourn and reconvene the meeting from time to time, to prescribe such additional rules and procedures and to do all such acts as, in the judgment of such person, are appropriate for the proper conduct of the meeting.  Such rules and procedures, whether adopted by the Board or prescribed by the person presiding over the meeting, may include, (A) the establishment of an agenda or order of business for the meeting, (B) rules and procedures for maintaining order at the meeting and the safety of those present, (C) limitations on attendance at or participation in the meeting to Stockholders of record of the Corporation, their duly authorized and constituted proxies or such other persons as the person presiding over the meeting shall determine, (D) restrictions on entry to the meeting after the time fixed for the commencement thereof and (E) limitations on the time allotted to questions or comments by participants.  The person presiding over any meeting of Stockholders, in addition to making any other determinations that may be appropriate to the conduct of the meeting, may determine and declare to the meeting that a matter or business was not properly brought before the meeting and if such presiding person should so determine, he or she shall so declare to the meeting and any such matter or business not properly brought before the meeting shall not be transacted or considered.  Unless and to the extent determined by the Board or the person presiding over the meeting, meetings of Stockholders shall not be required to be held in accordance with the rules of parliamentary procedure.  The Secretary or, in his or her absence, one of the Assistant Secretaries, shall act as secretary of the meeting.  If none of the officers above designated to act as the person presiding over the meeting or as secretary of the meeting shall be present, a person presiding over the meeting or a secretary of the meeting, as the case may be, shall be designated by the Board and, if the Board has not so acted, in the case of the designation of a person to act as secretary of the meeting, designated by the person presiding over the meeting.

2.12   Order of Business.  The order of business at all meetings of Stockholders shall be as determined by the person presiding over the meeting.

2.13   Written Consent of Stockholders Without a Meeting.  Any action to be taken at any annual or special meeting of Stockholders may be taken without a meeting, without prior notice and without a vote, if a consent or consents in writing, setting forth the action to be so taken, shall be signed by the holders of outstanding stock having not less than the minimum number of votes that would be necessary to authorize or take such action at a meeting at which all shares entitled to vote thereon were present and voted and shall be delivered (by hand or by certified or registered mail, return receipt requested) to the Corporation by delivery to its registered office in the State of Delaware, its principal place of business or an officer or agent of the Corporation having custody of the book in which proceedings of meetings of Stockholders are recorded.  Every written consent shall bear the date of signature of each Stockholder who signs the consent, and no written consent shall be effective to take the corporate action referred to therein unless, within 60 days of the earliest dated consent delivered in the manner required by this Section 2.13, written consents signed by a sufficient number of holders to take action are delivered to the Corporation as aforesaid.  Prompt notice of the taking of the corporate action without a meeting by less than unanimous written consent shall, to the extent required by applicable law, be given to those Stockholders who have not consented in writing, and who, if the action had been taken at a meeting, would have been entitled to notice of the meeting if the record date for such meeting had been the date that written consents signed by a sufficient number of holders to take the action were delivered to the Corporation.

ARTICLE 3

DIRECTORS

3.1   General Powers.  The business and affairs of the Corporation shall be managed by or under the direction of the Board.  The Board may adopt such rules and procedures, not inconsistent with the Certificate of Incorporation, these By-laws or applicable law, as it may deem proper for the conduct of its meetings and the management of the Corporation.

3.2   Number; Term of Office.  The Board shall consist of one or more members, the number thereof to be determined from time to time by the Board.  Each Director shall hold office until a successor is duly elected and qualified or until the Director's earlier death, resignation, disqualification or removal.

3.3   Newly Created Directorships and Vacancies.  Any newly created directorships resulting from an increase in the authorized number of Directors and any vacancies occurring in the Board, may be filled by the affirmative votes of a majority of the remaining members of the Board, although less than a quorum.  A Director so elected shall be elected to hold office until the earlier of the expiration of the term of office of the

7

Director whom he or she has replaced, a successor is elected and qualified or the Director's death, resignation or removal.

    3.4  <u>Resignation</u>.  Any Director may resign at any time by notice given in writing or by electronic transmission to the Corporation.  Such resignation shall take effect at the date of receipt of such notice or at such later time as is therein specified.

    3.5  <u>Regular Meetings</u>.  Regular meetings of the Board may be held without notice at such times and at such places as may be determined from time to time by the Board or its Chairman.

    3.6  <u>Special Meetings</u>.  Special meetings of the Board may be held at such times and at such places as may be determined by the Chairman or the President on at least 24 hours' notice to each Director given by one of the means specified in Section 3.9 hereof other than by mail or on at least three days' notice if given by mail. Special meetings shall be called by the Chairman, President or Secretary in like manner and on like notice on the written request of any two or more Directors.

    3.7  <u>Telephone Meetings</u>.  Board or Board committee meetings may be held by means of telephone conference or other communications equipment by means of which all persons participating in the meeting can hear each other.  Participation by a Director in a meeting pursuant to this Section 3.7 shall constitute presence in person at such meeting.

    3.8  <u>Adjourned Meetings</u>.  A majority of the Directors present at any meeting of the Board, including an adjourned meeting, whether or not a quorum is present, may adjourn and reconvene such meeting to another time and place.  At least 24 hours' notice of any adjourned meeting of the Board shall be given to each Director whether or not present at the time of the adjournment, if such notice shall be given by one of the means specified in Section 3.9 hereof other than by mail, or at least three days' notice if by mail.  Any business may be transacted at an adjourned meeting that might have been transacted at the meeting as originally called.

    3.9  <u>Notice Procedure</u>.  Subject to Sections 3.6 and 3.10 hereof, whenever notice is required to be given to any Director by applicable law, the Certificate of Incorporation or these By-laws, such notice shall be deemed given effectively if given in person or by telephone, mail addressed to such Director at such Director's address as it appears on the records of the Corporation, telegram, telecopy or by other means of electronic transmission.

    3.10  <u>Waiver of Notice</u>.  Whenever the giving of any notice to Directors is required by applicable law, the Certificate of Incorporation or these By-laws, a waiver thereof, given by the Director entitled to the notice, whether before or after such notice is required, shall be deemed equivalent to notice.  Attendance by a Director at a meeting shall constitute a waiver of notice of such meeting except when the Director attends a meeting for the express purpose of objecting, at the beginning of the meeting, to the transaction of any business on the ground that the meeting was not lawfully called or

8

convened.  Neither the business to be transacted at, nor the purpose of, any regular or special Board or committee meeting need be specified in any waiver of notice.

        3.11    Organization.  At each meeting of the Board, the Chairman or, in his or her absence, another Director selected by the Board shall preside.  The Secretary shall act as secretary at each meeting of the Board.  If the Secretary is absent from any meeting of the Board, an Assistant Secretary shall perform the duties of secretary at such meeting; and in the absence from any such meeting of the Secretary and all Assistant Secretaries, the person presiding at the meeting may appoint any person to act as secretary of the meeting.

        3.12    Quorum of Directors.  The presence of a majority of the Board shall be necessary and sufficient to constitute a quorum for the transaction of business at any meeting of the Board.

        3.13    Action by Majority Vote.  Except as otherwise expressly required by these By-laws or the Certificate of Incorporation, the vote of a majority of the Directors present at a meeting at which a quorum is present shall be the act of the Board.

        3.14    Action Without Meeting.  Unless otherwise restricted by these By-laws, any action required or permitted to be taken at any meeting of the Board or of any committee thereof may be taken without a meeting if all Directors or members of such committee, as the case may be, consent thereto in writing or by electronic transmission, and the writings or electronic transmissions are filed with the minutes of proceedings of the Board or committee.

        3.15    Removal.  Subject to the terms hereof, the entire Board or any individual Director may be removed from office with or without cause by the Stockholders entitled to cast at least a majority of the votes that all Stockholders are entitled to cast at an election of directors. In case the Board or any one or more Directors be so removed, one or more individuals may be appointed at the same meeting (or in the same written consent) at which such director or directors have been so removed to fill the vacancy or vacancies created thereby, to serve for the remainder of the terms, respectively, of the Director or Directors so removed.

ARTICLE 4

COMMITTEES OF THE BOARD

        The Board may designate one or more committees, each committee to consist of one or more of the Directors of the Corporation.  The Board may designate one or more Directors as alternate members of any committee, who may replace any absent or disqualified member at any meeting of such committee.  If a member of a committee shall be absent from any meeting, or disqualified from voting thereat, the remaining member or members present at the meeting and not disqualified from voting, whether or not such member or members constitute a quorum, may, by a unanimous vote, appoint

another member of the Board to act at the meeting in the place of any such absent or disqualified member.  Any such committee, to the extent permitted by applicable law, shall have and may exercise all the powers and authority of the Board in the management of the business and affairs of the Corporation and may authorize the seal of the Corporation to be affixed to all papers that may require it to the extent so authorized by the Board.  Unless the Board provides otherwise, at all meetings of such committee, a majority of the then authorized members of the committee shall constitute a quorum for the transaction of business, and the vote of a majority of the members of the committee present at any meeting at which there is a quorum shall be the act of the committee.  Each committee shall keep regular minutes of its meetings.  Unless the Board provides otherwise, each committee designated by the Board may make, alter and repeal rules and procedures for the conduct of its business.  In the absence of such rules and procedures each committee shall conduct its business in the same manner as the Board conducts its business pursuant to ARTICLE 3.

ARTICLE 5

OFFICERS

5.1     Positions; Election.  The officers of the Corporation shall be a President, a Secretary, a Treasurer and any other officers as the Board may elect from time to time, who shall exercise such powers and perform such duties as shall be determined by the Board from time to time.  Any number of offices may be held by the same person.  The Board may designate one or more Vice Presidents as Executive Vice Presidents and may use descriptive words or phrases to designate the standing, seniority or areas of special competence of the Vice Presidents elected or appointed by it.

5.2     Term of Office.  Each officer of the Corporation shall hold office until such officer's successor is elected and qualifies or until such officer's earlier death, resignation or removal.  Any officer may resign at any time upon written notice to the Corporation.  Such resignation shall take effect at the date of receipt of such notice or at such later time as is therein specified.  The resignation of an officer shall be without prejudice to the contract rights of the Corporation, if any.  Any officer may be removed at any time with or without cause by the Board.  Any vacancy occurring in any office of the Corporation may be filled by the Board.  The election or appointment of an officer shall not of itself create contract rights.

5.3     Chairman.  The Chairman may or may not be an executive of the Corporation.  The Chairman, or in the absence of the Chairman, a chairman chosen by a majority of the Directors present, shall preside at all meetings of the Board and shall exercise such powers and perform such other duties as shall be determined from time to time by the Board.

5.4     President.  The President shall have general supervision over the business of the Corporation and other duties incident to the office of President, and any other duties as may from time to time be assigned to the President by the Board and

10

subject to the control of the Board in each case.  The President may sign and execute in the name of the Corporation deeds, mortgages, bonds, contracts and other instruments, except in cases in which the signing and execution thereof shall be expressly delegated by the Board or by these By-laws to some other officer or agent of the Corporation, or shall be required by applicable law otherwise to be signed or executed.

       5.5    <u>Vice Presidents</u>.  Vice Presidents shall have the duties incident to the office of Vice President and any other duties that may from time to time be assigned to the Vice President by the President or the Board.  Any Vice President may sign and execute in the name of the Corporation deeds, mortgages, bonds, contracts or other instruments, except in cases in which the signing and execution thereof shall be expressly delegated by the Board or by these By-laws to some other officer or agent of the Corporation, or shall be required by applicable law otherwise to be signed or executed.

       5.6    <u>Secretary</u>.  The Secretary shall attend all meetings of the Board and of the Stockholders, record all the proceedings of the meetings of the Board and of the Stockholders in a book to be kept for that purpose and perform like duties for committees of the Board, when required.  The Secretary shall give, or cause to be given, notice of all special meetings of the Board and of the Stockholders and perform such other duties as may be prescribed by the Board or by the President.  The Secretary shall have custody of the corporate seal of the Corporation, and the Secretary or an Assistant Secretary, shall have authority to affix the same on any instrument that may require it, and when so affixed, the seal may be attested by the signature of the Secretary or by the signature of such Assistant Secretary.  The Board may give general authority to any other officer to affix the seal of the Corporation and to attest the same by such officer's signature.  The Secretary or an Assistant Secretary may also attest all instruments signed by the President or any Vice President.  The Secretary shall have charge of all the books, records and papers of the Corporation relating to its organization and management, see that the reports, statements and other documents required by applicable law are properly kept and filed and, in general, perform all duties incident to the office of Secretary of a corporation and such other duties as may from time to time be assigned to the Secretary by the Board or the President.

       5.7    <u>Treasurer</u>.  The Treasurer shall have charge and custody of, and be responsible for, all funds, securities and notes of the Corporation, receive and give receipts for moneys due and payable to the Corporation from any sources whatsoever; deposit all such moneys and valuable effects in the name and to the credit of the Corporation in such depositaries as may be designated by the Board, against proper vouchers, cause such funds to be disbursed by checks or drafts on the authorized depositaries of the Corporation signed in such manner as shall be determined by the Board and be responsible for the accuracy of the amounts of all moneys so disbursed, regularly enter or cause to be entered in books or other records maintained for the purpose full and adequate account of all moneys received or paid for the account of the Corporation, have the right to require from time to time reports or statements giving such information as the Treasurer may desire with respect to any and all financial transactions of the Corporation from the officers or agents transacting the same, render to the

President or the Board, whenever the President or the Board shall require the Treasurer so to do, an account of the financial condition of the Corporation and of all financial transactions of the Corporation, disburse the funds of the Corporation as ordered by the Board and, in general, perform all duties incident to the office of Treasurer of a corporation and such other duties as may from time to time be assigned to the Treasurer by the Board or the President.

        5.8    <u>Assistant Secretaries and Assistant Treasurers</u>.  Assistant Secretaries and Assistant Treasurers shall perform such duties as shall be assigned to them by the Secretary or by the Treasurer, respectively, or by the Board or the President.

ARTICLE 6

<u>INDEMNIFICATION</u>

        6.1    <u>Right to Indemnification</u>.  The Corporation shall indemnify and hold harmless, to the fullest extent permitted by applicable law as it presently exists or may hereafter be amended, any person (a "Covered Person") who was or is an authorized representative of the Corporation, and who was or is a party, or is threatened to be made a party to any threatened, pending or completed action, suit or proceeding, whether civil, criminal, administrative or investigative (a "Proceeding"), by reason of the fact that such person was or is an authorized representative of the Corporation, against all liability and loss suffered and expenses (including attorneys' fees) reasonably incurred by such Covered Person.  Notwithstanding the preceding sentence, except as otherwise provided in Section 6.3, the Corporation shall be required to indemnify a Covered Person in connection with a Proceeding (or part thereof) commenced by such Covered Person only if the commencement of such Proceeding (or part thereof) by the Covered Person was authorized by the Board.  For purposes of this Article 6, "authorized representative" means (i) any and all directors of the Corporation, (ii) the Corporation's Chief Executive Officer, Chief Financial Officer, General Counsel, Treasurer, Secretary, Division Presidents and Executive Vice Presidents and any and all other officers of the Corporation that are appointed by the Board and (iii) any person designated as an authorized representative by the Board (which may, but need not, include any person serving at the request of the Corporation as a director, officer, employee or agent of another corporation, partnership, joint venture, trust or other enterprise).

        6.2    <u>Prepayment of Expenses</u>.  To the extent not prohibited by applicable law, the Corporation shall pay the expenses (including attorneys' fees) incurred by a Covered Person in defending any Proceeding in advance of its final disposition; <u>provided</u>, <u>however</u>, that, to the extent required by applicable law, such payment of expenses in advance of the final disposition of the Proceeding shall be made only upon receipt of an undertaking by the Covered Person to repay all amounts advanced if it should be ultimately determined that the Covered Person is not entitled to be indemnified under this ARTICLE 6 or otherwise.

12

6.3     Claims.  If a claim for indemnification or advancement of expenses under this ARTICLE 6 is not paid in full within 30 days after a written claim therefor by the Covered Person has been received by the Corporation, the Covered Person may file suit to recover the unpaid amount of such claim and, if successful in whole or in part, shall be entitled to be paid the expense of prosecuting such claim.  In any such action the Corporation shall have the burden of proving that the Covered Person is not entitled to the requested indemnification or advancement of expenses under applicable law.

6.4     Nonexclusivity of Rights.  The rights conferred on any Covered Person by this ARTICLE 6 shall not be exclusive of any other rights that such Covered Person may have or hereafter acquire under any statute, provision of these By-laws, the Certificate of Incorporation, agreement, vote of stockholders or disinterested directors or otherwise.

6.5     Other Sources.  The Corporation (i) shall be the indemnitor of first resort (i.e., its obligation to a Covered Person are primary and any obligation of any indemnification and/or insurance providers other than the Corporation (a "Secondary Indemnitor") to advance expenses or to provide indemnification for the same expenses or liabilities incurred by such Covered Person are secondary), (ii) shall be required to advance the full amount of expenses contemplated by Section 6.2 that are incurred by a Covered Person and shall be liable for the full amount of all such expenses, judgments, penalties, fines and amounts paid in settlement to the extent legally permitted and as required by the terms of these By-laws, the Certificate of Incorporation or any agreement between the Corporation and such Covered Person, and (iii) shall, to the extent a Covered Person has received any payment of amounts otherwise indemnifiable hereunder from any Secondary Indemnitor, upon request by such Covered Person, reimburse such amounts to such Secondary Indemnitor.

6.6     Amendment or Repeal.  Any amendment or repeal of the foregoing provisions of this ARTICLE 6 shall not adversely affect any right or protection hereunder of any Covered Person in respect of any act or omission occurring prior to the time of such amendment or repeal.

6.7     Other Indemnification and Prepayment of Expenses.  This ARTICLE 6 shall not limit the right of the Corporation, to the extent and in the manner permitted by applicable law, to indemnify and to advance expenses to persons other than Covered Persons when and as authorized by appropriate corporate action.

6.8     Insurance.  The Corporation may purchase and maintain insurance on behalf of any person who is or was a director, officer, employee or agent of the Corporation, or is or was serving at the request of the Corporation as a director, officer, employee or agent of another corporation, partnership, joint venture, trust or other enterprise against any liability asserted against the person and incurred by the person in any such capacity, or arising out of his or her status as such, whether or not the Corporation would have the power or the obligation to indemnify such person against

13

such liability under the provisions of this Article 6.

## GENERAL PROVISIONS

7.1     Certificates Representing Shares. The shares of stock of the Corporation shall be represented by certificates or all of such shares shall be uncertificated shares that may be evidenced by a book-entry system maintained by the registrar of such stock, or a combination of both.  If shares are represented by certificates (if any) such certificates shall be in the form approved by the Board.  The certificates representing shares of stock of each class shall be signed by, or in the name of, the Corporation by the Chairman, the President or any Vice President, and by the Secretary, any Assistant Secretary, the Treasurer or any Assistant Treasurer. Any or all such signatures may be facsimiles.  Although any officer, transfer agent or registrar whose manual or facsimile signature is affixed to such a certificate ceases to be such officer, transfer agent or registrar before such certificate has been issued, it may nevertheless be issued by the Corporation with the same effect as if such officer, transfer agent or registrar were still such at the date of its issue.

7.2     Transfer and Registry Agents.  The Corporation may from time to time maintain one or more transfer offices or agents and registry offices or agents at such place or places as may be determined from time to time by the Board.

7.3     Lost, Stolen or Destroyed Certificates.  The Corporation may issue a new certificate of stock in the place of any certificate theretofore issued by it, alleged to have been lost, stolen or destroyed, and the Corporation may require the owner of the lost, stolen or destroyed certificate or his legal representative to give the Corporation a bond sufficient to indemnify it against any claim that may be made against it on account of the alleged loss, theft or destruction of any such certificate or the issuance of such new certificate.

7.4     Form of Records.  Any records maintained by the Corporation in the regular course of its business, including its stock ledger, books of account and minute books, may be maintained on any information storage device or method; provided that the records so kept can be converted into clearly legible paper form within a reasonable time.  The Corporation shall so convert any records so kept upon the request of any person entitled to inspect such records pursuant to applicable law.

7.5     Seal.   The corporate seal shall have the name of the Corporation inscribed thereon and shall be in such form as may be approved from time to time by the Board.  The seal may be used by causing it or a facsimile thereof to be impressed or affixed or otherwise reproduced.

7.6     Fiscal Year.  The fiscal year of the Corporation shall be determined by the Board.

14

7.7     Amendments.  These By-laws may be amended or repealed and new By-laws may be adopted by the Board, but the Stockholders may make additional By-laws and may alter and repeal any By-laws whether such By-laws were originally adopted by them or otherwise.

7.8     Conflict with Applicable Law or Certificate of Incorporation. These By-laws are adopted subject to any applicable law and the Certificate of Incorporation.  Whenever these By-laws may conflict with any applicable law or the Certificate of Incorporation, such conflict shall be resolved in favor of such law or the Certificate of Incorporation.

7.9     Forum for Adjudication of Certain Disputes.  Unless the Corporation consents in writing to the selection of an alternative forum (an "Alternative Forum Consent"), the Court of Chancery of the State of Delaware shall be the sole and exclusive forum for (a) any derivative action or proceeding brought on behalf of the Corporation, (b) any action asserting a claim of breach of a fiduciary duty owed by any director, officer, stockholder, employee or agent of the Corporation to the Corporation or the Corporation's stockholders, (iii) any action asserting a claim against the Corporation or any director, officer, stockholder, employee or agent of the Corporation arising out of or relating to any provision of the DGCL or the Certificate of Incorporation or Bylaws, or (iv) any action asserting a claim against the Corporation or any director, officer, stockholder, employee or agent of the Corporation governed by the internal affairs doctrine of the State of Delaware; provided, however, that, in the event that the Court of Chancery of the State of Delaware lacks subject matter jurisdiction over any such action or proceeding, the sole and exclusive forum for such action or proceeding shall be another state or federal court located within the State of Delaware, in each such case, unless the Court of Chancery (or such other state or federal court located within the State of Delaware, as applicable) has dismissed a prior action by the same plaintiff asserting the same claims because such court lacked personal jurisdiction over an indispensable party named as a defendant therein.  Failure to enforce the foregoing provisions would cause the Corporation irreparable harm and the Corporation shall be entitled to equitable relief, including injunctive relief and specific performance, to enforce the foregoing provisions.  Any person or entity purchasing or otherwise acquiring any interest in shares of capital stock of the Corporation shall be deemed to have notice of and consented to the provisions of this Section 7.9.  The existence of any prior Alternative Forum Consent shall not act as a waiver of the Corporation's ongoing consent right as set forth above in this Section 7.9.

*[Remainder of page intentionally left blank]*

**<u>EXHIBIT 6.16</u>**

**MANAGEMENT INCENTIVE PLAN**

**DRAFT AS OF 3/4/15; SUBJECT TO REVISION AND MODIFICATION AS AGREED AMONG THE DEBTOR, THE REQUIRED CONSENTING CREDITORS AND THE REQUISITE BACKSTOP PARTIES**

**REORGANIZED EXIDE
MANAGEMENT INCENTIVE PLAN**

The Company shall reserve a number of shares of common stock of the newly emerged Company for issuance to certain key employees, officers, directors, and consultants of the Company and its affiliates pursuant to a customary omnibus stock-based incentive plan (the "MIP"). The MIP share reserve shall equal 10% of the common stock of the newly emerged Company, such percentage to be determined after giving effect to conversion of the New Second Lien Convertible Notes, but prior to dilution on account of any paid-in-kind interest accruing on the New Second Lien Convertible Notes. The MIP shall be administered by the Board (or a committee of the Board) and shall provide for awards in the form of stock options, restricted stock, restricted stock units, performance-based equity awards, and other awards denominated or valued in shares of common stock. The terms of each award (including number of shares subject to the award, exercise price (if applicable), vesting conditions, etc.) shall be determined by the Board (or a committee) in its sole discretion at the time of grant and set forth in an award agreement between the Company and the participant. In addition, the Board, on behalf of the Company, will enter into employment agreements with the CEO and other key executive officers and key personnel as it determines appropriate in its sole discretion.

| | |
|---|---|
| **Purpose:** | To assist the Company in attracting, retaining, motivating, and rewarding certain key employees, officers, directors, and consultants of the Company and its affiliates post-emergence and promoting the creation of long-term value for stockholders of the Company by closely aligning the interests of such individuals with those of such stockholders. The MIP will authorize the award of stock-based incentives to eligible persons to encourage such persons to expend maximum effort in the creation of stockholder value. |
| **Share Reserve:** | 10% of the common stock of the newly emerged Company will be available for issuance to MIP participants, such percentage to be determined after giving effect to conversion of the New Second Lien Convertible Notes, but prior to dilution on account of any paid-in-kind interest accruing on the New Second Lien Convertible Notes. A portion of the pool will be allocated initially, with the remainder held in reserve for future incentives and new hires. |
| **Plan Administration:** | The Company's board of directors will administer the plan and will have broad latitude to take actions that it deems necessary or desirable in the exercise of its authority as plan administrator. Board determinations under the plan will be final and binding on participants. |

| | |
|---|---|
| **Form of Award:** | In is anticipated that the initial MIP awards to management and directors will be in the form of restricted stock units. |
| **Vesting:** | Initial MIP awards will vest based on the achievement of both service-based and performance-based conditions: <br><br> • The service condition will be satisfied as to 20% on the first anniversary of grant, and 40% on each of the second and third anniversaries of grant, subject to continued service with the Company through each such date.  The service condition with respect to all outstanding MIP awards will be satisfied in full upon a change in control. <br><br> • The performance condition is to be determined by the Board, which may include EBITDA improvement and/or increases in share price, or such other metrics determined by the Board. <br><br> Both vesting conditions must be achieved in order for the MIP awards to vest. |
| **Settlement:** | Vested MIP awards will be settled in shares on the earliest of the following events occurring after the vesting event:  a change in control, a separation from service, and [DATE]. |
| **Effect of Termination of Service:** | MIP awards as to which the service condition has been satisfied will remain outstanding and eligible to vest upon satisfaction of the performance condition. <br><br> MIP awards as to which neither vesting condition is satisfied will be forfeited upon a termination of service. <br><br> Upon an involuntary termination with "cause" (to be defined in a customary manner), all MIP awards will be forfeited, regardless of vested status. <br><br> Prior to an IPO, shares received in settlement of a MIP award will be subject to a Company call right at fair market value following any termination of service. |

| **Adjustments:** | If the Company is recapitalized or if there is a merger, consolidation, share split or exchange, extraordinary dividend or distribution, or other event that affects the common stock, the terms of the MIP (and awards outstanding thereunder) shall be adjusted to equitably reflect the event and preserve the intended benefits of the MIP participants. |
|---|---|

**EXHIBIT 6.17**

**RETAINED CAUSES OF ACTION**

**EXHIBIT 6.17**

**SCHEDULE OF RETAINED CAUSES OF ACTION**

Article 6.17 of the Plan provides that unless any Causes of Action[1] against an Entity are expressly waived, relinquished, exculpated, released, compromised, or settled in the Plan or by a Final Order, in accordance with section 1123(b) of the Bankruptcy Code, the Reorganized Debtor shall retain and may enforce all rights to commence and pursue any and all Causes of Action, whether arising before or after the Petition Date, and the Reorganized Debtor's rights to commence, prosecute, or settle such Causes of Action shall be preserved notwithstanding the occurrence of the Effective Date. **No Entity may rely on the absence of a specific reference in the Plan, the Plan Supplement, or the Disclosure Statement to any Cause of Action against them as any indication that the Debtor or the Reorganized Debtor will not pursue any and all available Causes of Action against them. The Debtor and the Reorganized Debtor expressly reserve all rights to prosecute any and all Causes of Action against any Entity, except as otherwise expressly provided in the Plan.** Unless any Causes of Action against an Entity are expressly waived, relinquished, exculpated, released, compromised, or settled in the Plan or a Bankruptcy Court order, the Reorganized Debtor expressly reserves all Causes of Action, for later adjudication, and therefore, no preclusion doctrine, including the doctrines of res judicata, collateral estoppel, issue preclusion, claim preclusion, estoppel (judicial, equitable, or otherwise), or laches, shall apply to such Causes of Action upon, after, or as a consequence of the Confirmation or Consummation.

In accordance with section 1123(b)(3) of the Bankruptcy Code, any Causes of Action that a Debtor may hold against any Entity will vest in the Reorganized Debtor. The Reorganized Debtor, through its authorized agents or representatives, will retain and may exclusively enforce any and all such Causes of Action. The Reorganized Debtor will have the exclusive right, authority, and discretion to determine and to initiate, file, prosecute, enforce, abandon, settle, compromise, release, withdraw, or litigate to judgment any such Causes of Action, or to decline to do any of the foregoing, without the consent or approval of any third party or any further notice to or action, order, or approval of the Bankruptcy Court.

Notwithstanding, and without limiting the generality of, Article 6.17 of the Plan, the following Exhibit 6.17-1 through Exhibit 6.17-13 include specific types of Causes of Actions expressly preserved by the Debtor and the Reorganized Debtor, including: (i) claims related to accounts receivable and accounts payable; (ii) claims related to insurance policies; (iii) claims related to deposits, adequate assurance postings, and other collateral postings; (iv) claims, defenses, cross-claims, and counter-claims related to litigation and possible litigation; (v) claims related to contracts and leases; (vi) claims related to vendor obligations; (vii) claims related to tax credits and refunds; (viii) claims related to intellectual property; (ix) claims

---

[1]    Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Plan.

related to customer obligations; (x) claims related to environmental matters; (xi) claims related to lead price manipulation; (xii) claims related to current or former employee matters, and (xiii) claims related to potential avoidance of prepetition transfers under sections 362, 510, 542, 543, 547, 548, and 550 of the Bankruptcy Code, which are attached hereto as <u>Exhibit 6.17-1</u>, <u>Exhibit 6.17-2</u>, <u>Exhibit 6.17-3</u>, <u>Exhibit 6.17-4</u>, <u>Exhibit 6.17-5</u>, <u>Exhibit 6.17-6</u>, <u>Exhibit 6.17-7</u>, <u>Exhibit 6.17-8</u>, <u>Exhibit 6.17-9</u>, <u>Exhibit 6.17-10</u>, <u>Exhibit 6.17-11</u>, <u>Exhibit 6.17-12</u>, and <u>Exhibit 6.17-13</u> respectively. Each such exhibit is subject to the terms of the Plan and the information provided in this <u>Exhibit 6.17</u>.

**Exhibit 6.17-1**

Claims Related to Accounts Receivable and Accounts Payable

      Unless otherwise released by the Plan, the Debtor expressly reserves all Causes of Action against or related to all Entities that owe or that may in the future owe money to the Debtor or Reorganized Debtor. Furthermore, the Debtor expressly reserves all Causes of Action against or related to all Entities who assert or may assert that the Debtor or Reorganized Debtor owe money to them. There is no schedule to this Exhibit 6.17-1.

**Exhibit 6.17-2**

Claims Related to Insurance Policies

Unless otherwise released by the Plan, the Debtor expressly reserves all Causes of Action based in whole or in part upon any and all insurance contracts, insurance policies, occurrence policies, and occurrence contracts to which the Debtor or Reorganized Debtor is a party or pursuant to which the Debtor or Reorganized Debtor has any rights whatsoever, including Causes of Action against insurance carriers, reinsurance carriers, insurance brokers, third party administrators, underwriters, occurrence carriers, or surety bond issuers relating to coverage, indemnity, contribution, reimbursement, or any other matters.  There is no schedule to this Exhibit 6.17-2

**Exhibit 6.17-3**

<u>Claims Related to Deposits, Adequate Assurance Postings, and Other Collateral Postings</u>

Unless otherwise released by the Plan, the Debtor expressly reserves all Causes of Action based in whole or in part upon any and all postings of a security deposit, adequate assurance payment, or any other type of deposit or collateral.  There is no schedule to this <u>Exhibit 6.17-3</u>.

**Exhibit 6.17-4**


Claims, Defenses, Cross-Claims, and
Counter-Claims Related to Litigation and Possible Litigation

      The following Exhibit 6.17-4 includes Entities, affiliates, subsidiaries and successors and assigns, that are party to or that the Debtor believes may become party to litigation, arbitration, or any other type of adversarial proceeding or dispute resolution proceeding, whether formal or informal, judicial or non-judicial. Unless otherwise released by the Plan, the Debtor expressly reserves all claims, defenses, cross claims, and counterclaims against or related to all Entities that are party to or that may in the future become party to litigation, arbitration, or any other type of adversarial proceeding or dispute resolution proceeding, whether formal or informal, judicial or non-judicial, regardless of whether such Entity is included on the schedule accompanying this Exhibit 6.17-4.


      **For the avoidance of doubt, no Entity may rely on its omission from Exhibit 6.17-4 as any indication that the Debtor or the Reorganized Debtor will not pursue any and all available Causes of Action against them. The Debtor and the Reorganized Debtor expressly reserve all rights to prosecute any and all Causes of Action against any Entity, except as otherwise expressly provided in the Plan.**

EXIDE TECHNOLOGIES

RETAINED CAUSES OF ACTION

**EXHIBIT 6.17-4 CLAIMS, DEFENSES, CROSS-CLAIMS, AND COUNTER-CLAIMS RELATED TO LITIGATION AND POSSIBLE LITIGATION**

| PARTY | ADDRESS | CAPTION OF SUIT, CASE NUMBER, AND JURISDICTION (IF APPLICABLE) / DISCRIPTION |
|---|---|---|
| A. E. COMPANY, INC. | KIM SCHUMANN & KENNETH L. MARIBOHO, II, C/O SCHUMANN, RALLO & ROSENBERG, LLP<br>3100 BRISTOL STREET, SUITE 400<br>COSTA MESA, CA 92626<br>UNITED STATES | A. E. Company, Inc., erroneously sued as Arnold Engineering, Cross-Complainant v. Exide Technologies, Rexco, LLC and Does 1-50, inclusive, Case No. RIC 542039, Superior Court of California |
| ABREO, ODALYZ, ET AL. | ROBERT W FINNERTY & CHRISTOPHER T. AUMAIS<br>GIRARDI & KEESE<br>1126 WILSHIRE BLVD.<br>LOS ANGELES, CA 90017<br>UNITED STATES | Abreo, Odalyz, et al. v. James R. Bolch, Phillip Damaska, Ed Mopas, John Hogarth, R. Paul Hirt, Jr., and Does 1 to 100 inclusive, Case No. BC567894, Superior Court of the State of California, County of Los Angeles, Central District |
| AGUILAR, CECILIA ET AL. | THE MANDELL LAW FIRM<br>ROBERT J MANDELL, ESQ. AND LAURENCE H. MANDELL, ESQ.<br>19400 BUSINESS CENTER DRIVE, SUITE 102<br>NORTHRIDGE, CA 91324<br>UNITED STATES | Aguilar, Cecilia et al. v. James R. Bolch, Phillip Damaska, Ed Mopas, John Hogarth, R. Paul Hirt, Jr., and Does 1 to 100 inclusive, Case No. BC573733, Superior Court of the State of California, County of Los Angeles, Central District |
| AGUIRRE, ALAN SALVADOR, ET AL. | THE MANDELL LAW FIRM<br>ROBERT J MANDELL, ESQ. AND LAURENCE H. MANDELL, ESQ.<br>19400 BUSINESS CENTER DRIVE, SUITE 102<br>NORTHRIDGE, CA 91324<br>UNITED STATES | Aguirre, Alan Salvador, et al. v. James R. Bolch, Phillip Damaska, Ed Mopas, John Hogarth, R. Paul Hirt, Jr., and Does 1 to 100 inclusive, Case No. BC567401, Superior Court of the State of California, County of Los Angeles, Central District |
| ANAYA, HEYDY | | [Claim Number - 4660082838] |
| ARGEROPOULOS, BEN | 5 FREDRICKSBURG COURT<br>CORAM, NY 11727<br>UNITED STATES | |
| ATKINS, ALBERT | SANTILLI LAW GROUP<br>111 W. WASHINGTON STREET, SUITE 1240<br>CHICAGO, IL 60602<br>UNITED STATES | Hakeemah Hopkins, Bobby Boyd, Davien Cole, Jonathan White and Albert Atkins vs. Henry Schaeflein, Exide Technologies (Inc) and Davion Owens, Case No. 20131301354, Circuit Court of Cook County, Illinois, Municipal Department, First District |
| BARKER, MARION | 2543 FASHION AVE<br>LONG BEACH, CA 90810<br>UNITED STATES | Workers' Compensation Claim No. 7190209011, State of California |
| BARRON, CARLOS M., ET AL. | THE MANDELL LAW FIRM<br>ROBERT J MANDELL, ESQ. AND LAURENCE H. MANDELL, ESQ.<br>19400 BUSINESS CENTER DRIVE, SUITE 102<br>NORTHRIDGE, CA 91324<br>UNITED STATES | Barron, Carlos M., et al. v. James R. Bolch, Phillip Damaska, Ed Mopas, John Hogarth, R. Paul Hirt, Jr., and Does 1 to 100 inclusive, Case No. BC567759, Superior Court of the State of California, County of Los Angeles, Central District |
| BATIZ, ISRAEL | 1755 WARWICK RD<br>SAN MARINO, CA 91108<br>UNITED STATES | Workers' Compensation Claim No. 7190208964, State of California |
| BAUSLEY, DALESHA | VIRGINIA C. POLLARD, EEOC<br>LITTLE ROCK AREA OFFICE<br>820 LOUISIANA, SUITE 200<br>LITTLE ROCK, ARKANSAS, 72201 | Notice of Charge of Discrimination, EEOC, Charge No. 493-2014-00776 |
| BEACHEM, MARVIN, ET AL. | MALCOLM M. CROSLAND, JR AND DAVID T PERLMAN<br>STEINBERG LAW FIRM<br>61 BROAD STREET<br>CHARLESTON, SC 29401<br>UNITED STATES | Marvin Beachem, et al. vs. Exide Corporation, South Carolina Workers' Compensation Commission |

EXIDE TECHNOLOGIES

RETAINED CAUSES OF ACTION
EXHIBIT 6.17-4 CLAIMS, DEFENSES, CROSS-CLAIMS, AND COUNTER-CLAIMS RELATED TO LITIGATION AND POSSIBLE LITIGATION

| PARTY | ADDRESS | CAPTION OF SUIT, CASE NUMBER, AND JURISDICTION (IF APPLICABLE) / DISCRIPTION |
|---|---|---|
| BENNETT, ROBIN, ADM. ESTATE OF JEANNE BOYD | JAMES W. SIMPSON, JR.<br>LAW OFFICES OF JAMES W. SIMPSON, P.C.<br>100 CONCORD STREET, SUITE 3B<br>FRAMINGHAM, MA  01701<br>UNITED STATES | Bennett, Robin, Adm. Estate of Jeanne Boyd v. Wesley Gaffney, et al., incl. Exide, Case No. 2014-03014-B,<br>Suffolk County District Court, Commonwealth of Massachusetts |
| BEVAN, WILLIAM AND BEVAN, CATHERINE | MATTHEW W. WEEKS<br>CARL P. KASUNIC CO. LPA<br>4230 STATE ROUTE 306<br>BUILDING 1, SUITE 306<br>WILLOUGHBY, OH  44094<br>UNITED STATES | William Bevan and Catherine Bevan v. Tractor Supply Company, Exide Technologies, et al., Case No.<br>12PL000821 |
| BEVERLY, DEAN | DEAN M. BEVERLY<br>2218 MEADOWLARK LANE<br>SALINA, KS 67401<br>UNITED STATES | Dean M. Beverly v. Exide Technologies, et al, Case No. 14SC98, State of Kansas, In the District Court of<br>Saline County, Kansas |
| BIDDY, CLIFFORD | RANDY L. GORI<br>C/O GORI, JULIAN & ASSOCIATES, P.C.<br>156 N. MAIN ST.<br>EDWARDSVILLE, IL 62025<br>UNITED STATES | Biddy, Clifford v. Ameron Int'l incl. Exide, Case No. 13L1340, Madison County, 3rd Judicial Circuit Court,<br>Illinois |
| BOWERS, CLARA | 1295 TIMBER RIDGE RD.<br>BLUFF CITY, TN 37618<br>UNITED STATES | Clara Bowers vs. Exide Technologies, Case No. THRC 309999A EEOC 25-A-2009-00267C, TN Human Rights<br>Commission and EEOC |
| BOYD, BOBBY | SANTILLI LAW GROUP<br>111 W. WASHINGTON STREET, SUITE 1240<br>CHICAGO, IL 60602<br>UNITED STATES | Hakeemah Hopkins, Bobby Boyd, Davien Cole, Jonathan White and Albert Atkins vs. Henry Schaeflein, Exide<br>Technologies (Inc) and Davion Owens, Case No. 20131301354, Circuit Court of Cook County, Illinois,<br>Municipal Department, First District |
| BOYD, LARRY | 2100 RECTOR AVE.<br>MUNCIE, IN 47303<br>UNITED STATES | Larry Boyd vs. Exide Technologies, Case No. 470-2011-00776, EEOC |
| BREWER, RUTH INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE<br>ESTATE OF AARON BREWER, DECEASED | 21 BRIARWOOD AVE.<br>EASTABOGA, AL<br>UNITED STATES | Ruth Brewer, Individually and as Special Administrator of the Estate of Aaron Brewer, Deceased vs. Air &<br>Liquid Systems Corporation, et al. (including Exide Technologies), Case No. 11-L-1253, Circuit Court, Third<br>Judicial Circuit (Madison County, Illinois) |
| BROWN, THEODORE | BENJAMIN R SCHMICKLE, J. JOSEPH KUSMIERCZAK, AND MATTHEW C. MORRIS<br>SWMK LAW, LLC<br>701 MARKET STREET, SUITE 1575<br>ST LOUIS, MO 63101<br>UNITED STATES | Brown, Theodore v. Afton Pumps, Inc., et al. incl. Exide, Case No. 14L639, Madison County, 3rd Judicial<br>Circuit Court, Illinois |
| BYAS, JASON | 3178 TIFFANY COURT<br>KINGSPORT, TN 37663<br>UNITED STATES | Jason Byas vs. Exide Technologies, Case No. 494-2011-02098, EEOC |
| CABRIALES, FERMIN | 12511 ALPINE AVE<br>LYNWOOD, CA 90262<br>UNITED STATES | Workers' Compensation Claim Number 7190242075, State of California |
| CALDERON, LEO | FRANK E. VENTURA<br>KANSAS CITY AREA OFFICE, EEOC<br>GATEWAY TOWER 11, 400 STATE AVENUE<br>KANSAS CITY, KANSAS 66101<br>UNITED STATES | Notice of Charge of Discrimination, EEOC Charge Number 563-2014-01853 |

EXIDE TECHNOLOGIES

RETAINED CAUSES OF ACTION
EXHIBIT 6.17-4 CLAIMS, DEFENSES, CROSS-CLAIMS, AND COUNTER-CLAIMS RELATED TO LITIGATION AND POSSIBLE LITIGATION

| PARTY | ADDRESS | CAPTION OF SUIT, CASE NUMBER, AND JURISDICTION (IF APPLICABLE) / DISCRIPTION |
|---|---|---|
| CANADA, KENNY | 2363 CHAPEL RIDGE<br>APT 4-B<br>SALINA, KS 67401<br>UNITED STATES | Salina (10/2013) |
| CANADA, KENNY | 2363 CHAPEL RIDGE<br>APT 4-B<br>SALINA, KS 67401<br>UNITED STATES | Salina (2/2013) |
| CARNEY, STEVE | M. KATHLEEN MCKINNEY<br>REGIONAL DIRECTOR, NLRB<br>REGION 15<br>600 S. MAESTRI PL. FLOOR 7<br>NEW ORLEANS, LA  70130<br>UNITED STATES | NLRB Charge No. 15-CA-129636 |
| CASSELLA, JAMES | WILLIAM B. FEDERMAN AND A. BROOKE MURPHY<br>FEDERMAN & SHERWOOD<br>10205 N. PENNSYLVANIA AVE<br>OAKLAHOMA CITY, OK 73120<br>UNITED STATES | James Cassella and Sandra Weitsman, Individually and on Behalf of All Others Similarly Situated v. Exide Technologies, James R. Bolch, Phillip A. Damaska, R. Paul Hirt, Louis E. Martinez, Case No. CV13-03991, United States District Court for the Central District of California |
| CASTRO, JOSE | CASTRO COLDERON JOGI, LABOR COMMISSIONER<br>STATE OF CALIFORNIA<br>770 E. SHAW AVENUE<br>FRESNO, CA  93710<br>UNITED STATES | Jose Castro v. Adecco USA Inc., Exide Technologies., Case No. 0455217DM, California Labor Commissioner |
| CHANDRAKHAM, AIRE | 6912 LOOKOUT DRIVE<br>FORT SMITH, AR 72916<br>UNITED STATES | Charge No. 846 2012 23166, EEOC Little Rock Office |
| CITY OF EL PASO | DELGADO, ACOSTA, SPENCER, LINEBARGER & PEREZ, LLP<br>ATTN: JOSE PADILLA<br>221 NORTH KANSAS ST, SUITE 1400<br>EL PASO, TX 79901<br>UNITED STATES | City of El Paso, vs. GNB a/k/a GNB Technologies, Inc., Case No. 2013DTX1148, County Court at Law No 5, El Paso County, Texas |
| CLARK, SHERRY | 748 VANCE DRIVE<br>BRISTOL, TN 37620<br>UNITED STATES | Bristol (2013) |
| COBIAN, JOSE | 9206 OLYMPIC BLVD<br>PICO RIVERA, CA 90660<br>UNITED STATES | Workers' Compensation Claim No. 7190235908, State of California |
| COLE, DAVIEN | SANTILLI LAW GROUP<br>111 W. WASHINGTON STREET, SUITE 1240<br>CHICAGO, IL 60602<br>UNITED STATES | Hakeemah Hopkins, Bobby Boyd, Davien Cole, Jonathan White and Albert Atkins vs. Henry Schaeflein, Exide Technologies (Inc) and Davion Owens, Case No. 20131301354, Circuit Court of Cook County, Illinois, Municipal Department, First District |
| COMMISIONER OF THE DEPARTMENT OF ENVIRONMENTAL MANAGEMENT | 100 N. SENATE AVE.<br>INDIANAPOLIS, IN 46204-2251<br>UNITED STATES | Commisioner of the Department of Environmental Management, Complainant (Muncie, IN) (2/21/2013) |
| COMMISIONER OF THE DEPARTMENT OF ENVIRONMENTAL MANAGEMENT | 100 N. SENATE AVE.<br>INDIANAPOLIS, IN 46204-2251<br>UNITED STATES | Commisioner of the Department of Environmental Management, Complainant (Muncie, IN) (8/16/2013) |
| CORNERSTONE INDUSTRIAL SERVICES, INC. | STEVEN E. HOFFMAN & SALEEM MAWJI<br>TALLMAN, HUDDERS & SORRENTON<br>1611 POND ROAD, SUITE 300<br>ALLENTOWN, PA 18104<br>UNITED STATES | Cornerstone Industrial Services, Inc. vs. Exide Technologies, Inc., f/k/a Exide Corporation, Case No. 11-20291, Court of Common Pleas of Berks County, PA, Civil Division |

EXIDE TECHNOLOGIES

RETAINED CAUSES OF ACTION
EXHIBIT 6.17-4 CLAIMS, DEFENSES, CROSS-CLAIMS, AND COUNTER-CLAIMS RELATED TO LITIGATION AND POSSIBLE LITIGATION

| PARTY | ADDRESS | CAPTION OF SUIT, CASE NUMBER, AND JURISDICTION (IF APPLICABLE) / DISCRIPTION |
|---|---|---|
| CORNERSTONE INDUSTRIAL SERVICES, INC. | CORNERSTONE INDUSTRIAL SERVICES, INC. STEVEN E. HOFFMAN, ESQ. TALLMAN, HUDDERS & SORRENTINO 1611 POND ROAD, SUITE 300 ALLENTOWN, PA 18104 UNITED STATES | Exide reserves all rights against Cornerstone Industrial Services, Inc. in connection with property damage and business interruption arising from Cornerstone's negligence related to its performance of furnace maintenance and rebuilding at Exide's Reading recycling facilty |
| CORTEZ, JAIME | LARRY BENDESKY, ESQ. AND BRIAN E. FRITZ, ESQ. SALTZ MONGELUZZI, BARRETT & BENDESKY P.C. 52ND FLOOR, 1650 MARKET STREET PHILADELPHIA, PA, 19103 UNITED STATES | Jaime Cortez vs. Exide Technologies, Inc., Exide Corporation, Exide Group Incorporated, Exide Corporation Smelter, Exide Corporation Industrial Battery Sales & Service, Exide Operation, Inc., Yuasa Exide, Inc., Exide Technologies, Yuasa, Inc…,Yuasa Exide Battery Corp., Yuasa, Inc. (DE), Yuasa Battery, Inc., Yuawa-Exide, Inc., Yuasa (Delaware), Inc., Enersys Corporation, Enersys Capital, Inc., Enersys Advanced Systems, Inc., Enersys, Inc., Enersys Delaware, Inc., Enersys, General Battery Corporation, General Battery/Hertner J/V, GNB Technologies, Inc., Yuasa-Exide Research and Development Center, GS Yuasa International Ltd., Japan, GS Yuasa Corporation, American Crane & Equipment Corporation, Dixie Metals Company, Lion Compact Energy, Inc., Yuasa-GBC, Inc., Southern Battery Co. of Raleigh, Southern Battery, Exide Battery Sales, Columbus McKinnon Corporation, Midland Division, C M Hoist Division, C M Chain Division, Dixie Industries Division, Lift-Tech International Division, Lift Tech International Cranes, Columbus McKinnon Limited, Yale Industrial Products, Inc., Yale Hoists, Yale Lifttech, Lift-Tech International, Inc., The Crosby Group, LLC, Lebus Manufacturing, McKissick Manufacturing, Melrose, PLC, Philadelphia Tramrail Enterprises, Inc., Philadelphia Tramrail Company, Philadelphia Tramrail Baler & Compactor Service Company, Inc., Philadelphia Tramrail Crane & Hoist Service Company, Inc., Atlantic Crane, Inc., Atlantic Crane, Center, Inc., Atlantic Crane Inspection Services, Atlantic Crane Inspection, Konecranes, Inc., Crane Pro Services, Crane Pro Parts, Sheppard Niles, KCI Holdings USA, Inc., Konecranes Finance OY, Konecranes ABP, Konecranes, Konecranes Modernizations, Konecranes Parts, Konecranes Port Services, Konecranes Portal Service, Konecranes Service, Morris Material Handling, Morris Material Handing, Inc., PHMH Holding Company, MMH Americas, Inc., MMH Holdings, Inc., Case No. 111203838, Commonwealth of Pennsylvania Court of Common Pleas Philadelphia County Law Division |
| CULPEPPER, TOM | J. NEALE DEGRAVELLES 618 MAIN STREET BATON ROUGE LA 70801 UNITED STATES | Tom Culpepper v. Exide Technologies, et al., Case No. 564007, LA State Court, 19th Judicial Circuit, East Baton Rouge Parish |
| CUNNINGHAM, GREGORY KELLY & DAWN LYN (D//B/A CUNNINGHAM TRUCKING LLC, MCK LOGISTICS, LLC, AND MCK TRUCKING, LLC) | 720 S. IOWA STREET KANAPOLIS, KS 67454 UNITED STATES | Gregory Kelly Cunningham (d/b/a Cunningham Trucking, LLC, MCK Logistics, LLC and MCK Trucking, LLC) and Dawn Lyn Cunningham, Chapter 7 Case No. 09-41728, United States Bankruptcy Court for the District of Kansas |
| CUNNINGHAM, GREGORY KELLY (D//B/A CUNNINGHAM TRUCKING LLC, MCK LOGISTICS, LLC, AND MCK TRUCKING, LLC) | WESLEY F. SMITH, ESQ. STEVENS & BRAND, LLP 900 MASSACHUSETTS, SUITE 500 LAWRENCE, KS 66044 UNITED STATES | Exide Technologies v. Gregory Kelly Cunningham (d/b/a Cunningham Trucking, LLC, MCK Logistics, LLC and MCK Trucking, LLC), Adversary No. 10-07005, United States Bankruptcy Court for the District of Kansas |
| DARLING, EMIL & JENNIFER | 8103 PERRY RD. GRAND BLANC, MI UNITED STATES | Frankenmuth Insurance Company, as Subrogee of Emil and Jennifer Darling, Plaintiff, v. Exide Technologies, A Foreign Profit Corporation and Menards, Inc., a Foreign Profit Corporation, Defendants., Case No. 13-100103-NF, State of Michigan Judicial District, 7th Judicial Circuit, County Probate |
| DEPT. OF TOXIC SUBSTANCE CONTROL | 1001 I STREET P.O. BOX 806 SACRAMENTO, CA 95812-0806 UNITED STATES | Dept. of Toxic Substances Control, In Re: 12981 166th Street, Cerritos, CA |
| DOKE, JULIE | 720 1ST AVE EAST ONEONTA, 35121 UNITED STATES | Columbus (12/2013) |

EXIDE TECHNOLOGIES

RETAINED CAUSES OF ACTION
**EXHIBIT 6.17-4 CLAIMS, DEFENSES, CROSS-CLAIMS, AND COUNTER-CLAIMS RELATED TO LITIGATION AND POSSIBLE LITIGATION**

| PARTY | ADDRESS | CAPTION OF SUIT, CASE NUMBER, AND JURISDICTION (IF APPLICABLE) / DISCRIPTION |
|---|---|---|
| ELK TRANSPORTATION D/B/A ELK ENVIRONMENTAL SERIVCES | 1418 CARBON STREET<br>READING, PA 19601 | Elk Transportation, Inc. d/b/a Elk Environmental Services, Case No. 13-14600, Court of Common Pleas of Berks County |
| ENERSYS DELAWARE, INC., F/K/A ENERSYS INC. | ROBERT LAPOWSKY, NEAL C. SCHUR<br>C/O STEVENS & LEE, P.C.<br>1818 MARKET STREET, 29TH FLOOR<br>PHILADELPHIA, PA 19103<br>UNITED STATES | Enersys Delaware Inc., f/k/a Enersys Inc. v. Exide Technologies, Court of Chancery for State of Delaware |
| ENERSYS DELAWARE, INC., F/K/A ENERSYS, INC | ROBERT LAPOWSKY AND NEAL C. SCHUR<br>C/O STEVENS & LEE, P.C.<br>1818 MARKET STREET, 29TH FLOOR<br>PHILADELPHIA, PA 19103<br>UNITED STATES | Exide Technologies v. EnerSys Delaware, Inc., f/k/a EnerSys, Inc., Adversary Proceeding, Case No. 02-11125 (KJC) Adver. Proceeding 10-52766(KJC) |
| EOFF, CHARLOTTE | TIM EDWARDS, C/O GLASSMAN, EDWARDS, WADE & WYATT, P.C.<br>26 N. SECOND ST<br>MEMPHIS, TN 38103<br>UNITED STATES | Charlotte Eoff, Adversary Proceeding, Case No. 02-11125 (KJC) Adver. Pro. 06-50506-KJC, United States Bankruptcy Court for the District of Delaware |
| EOFF, CHARLOTTE E. | TIM EDWARDS, C/O GLASSMAN, EDWARDS, WADE & WYATT, P.C.<br>26 N. SECOND ST<br>MEMPHIS, TN 38103<br>UNITED STATES | Charlotte E. Eoff, Surviving Spouse of Homer C. Eoff, III v. Gould National Battery Inc., GNB Technologies, Exide Technologies, Case No. CH-04-1305-1, Chancery Court of Shelby County, Tennessee, for the 30th Judicial District of Memphis |
| FLORES, LUIS | 3249 LIVE OAK STREET<br>HUNTINGTON PARK, CA 90255<br>UNITED STATES | Workers' Compensation Claim Number 7190207287, State of California |
| FLORES, LUIS | 3249 LIVE OAK STREET<br>HUNTINGTON PARK, CA 90255<br>UNITED STATES | Workers' Compensation Claim Number 7190209469, State of California |
| FRANCIS, WILLIAM | FREDERICK J. BRUBAKER<br>EEOC, INDIANAPOLIS DISTRICT OFFICE<br>101 WEST OHIO STREET, SUITE 1900<br>INDIANAPOLIS, IN 46204<br>UNITED STATES | EEOC Notice of Discrimination, Charge No. 470-2014-02220 |
| FRANCIS, WILLIAM | RIK LINEBACK, REGIONAL DIRECTOR<br>NLRB, REGION 25<br>575 N. PENNSYLVANIA STREET, SUITE 238<br>INDIANAPOLIS, IN 46204-1520<br>UNITED STATES | NLRB Case No. 15-CA-125301 |
| FRANCIS, WILLIAM | 9339 KINGSBORO CT.<br>INDIANAPOLIS, IN, 46235<br>UNITED STATES | OSHA (3/2014) |
| FRANKENMUTH INSURANCE COMPANY, ETC. | RYAN STEARN<br>LAW OFFICE OF DOMINIC SILVESTRI PLLC<br>31780 TELEGRAPH ROAD, SUITE 120<br>BINGHAM FARMS, MI 48025<br>UNITED STATES | Frankenmuth Insurance Company, etc., vs. Exide & Menards, Inc. (Emil & Jennifer Darling Subro), Case No. 13100103N5, Circuit Cout for Genesee County, Michigan |
| FRAZIER, CRAIG | 1229 SPRING ST.<br>READING, PA 19604<br>UNITED STATES | Craig Frazier vs. Exide Technologies, Case No. 11-1863, U.S. Dist. Court, E.D. Penn. |

EXIDE TECHNOLOGIES

RETAINED CAUSES OF ACTION
EXHIBIT 6.17-4 CLAIMS, DEFENSES, CROSS-CLAIMS, AND COUNTER-CLAIMS RELATED TO LITIGATION AND POSSIBLE LITIGATION

| PARTY | ADDRESS | CAPTION OF SUIT, CASE NUMBER, AND JURISDICTION (IF APPLICABLE) / DISCRIPTION |
|---|---|---|
| FREIGHT FORWARDERS SETTLEMENT | FREIGHT FORWARDERS SETTLEMENT<br>% FREIGHT FORWARDERS CLAIMS ADMINISTRATOR<br>PO BOX 3747<br>PORTLAND, OR 97208-3747<br>UNITED STATES | Exide expects to file a claim in the Freight Forwarders Litigation class action settlement. (Precision Associates, Inc., v. Panalpina World Transport Holding LTD. et al, U.S. District Court (E.D.N.Y.), case number 1:08-cv-00042(JG0(VVP). Filing deadline is August 24, 2015. |
| GARZA, JOSEPH | 535 SAN JOSE<br>CLOVIS, CA 93612<br>UNITED STATES | Fresno (7/2013) |
| GEORGE, MICHAEL | MATTHEW E. COOK<br>COOK LAW GROUP LLC<br>P.O. BOX 68<br>CORNELIA, GA 30531<br>UNITED STATES | Michael George v. Exide Technologies and Stuart Aspet, Case No. 13EV018226B, State Court of Fulton County, Atlanta, GA |
| GILLEN, MARILYN | ANDREW J. DUPONT<br>LOCKS LAW FIRM<br>THE CURTIS CENTER, SUITE 720E<br>601 WALNUT STREET<br>PHILADELPHIA, PA 19106<br>UNITED STATES | Marilyn Gillen vs. The Boeing Company, et al., include Exide Technologies, Case No. 3697, Court of Common Pleas of Philadelphia County, First Judicial District of Pennsylvania, Trial Division - Civil |
| GIOVANNIELLO, STEPHEN | THOMAS P. RAM<br>THE GUCCIARDO LAW FIRM, PLLC<br>99 WALL STREET, 19TH FLOOR<br>NEW YORK, NY 10005<br>UNITED STATES | Giovanniello, Stephen v. Exide, et al., Case No. 13011012, Nassau County: Supreme Court, N.Y. |
| GRANILLO, MODESTO | 5132 LIVE OAK STREET<br>CUDAHY, CA 90201<br>UNITED STATES | (6/2013) |
| GRIFFIN, ROBERT | JOSEPH W. BELLUCK, BELLUCK & FOX, LLP<br>546 FIFTH AVENUE, 4TH FLOOR<br>NEW YORK, NY 10036<br>UNITED STATES | Robert Griffin, Pltf. v. A.P. Services, Inc., Individually and as Successor-in-Interest to Argo Packing Company, et al., incl. Exide Technologies, Dfts., Case No. 190361/2012, Supreme Court of the State of New York, County of New York |
| GROS, HAILIE E | RANDOLPH A. PIEDRAHITA<br>DUE PRICE GUIDRY PIEDRAHITA & ANDRES<br>8201 JEFFERSON HIGHWAY<br>BATON ROUGE, LA 70809-1623<br>UNITED STATES | Randal Gros v. Richard C. Watkins, et al., Case No. 103571, Division D, 17th Judicial District Court, Lafouche County, Louisiana |
| HALE, GERALD | 15509 AMBER DRIVE<br>CRAIG, MO 64437<br>UNITED STATES | Canon Hollow (7/2013) |
| HAWKINS, ART | JOHN M. RICKEL<br>RICKEL & BAUN (GROSSE POINTE FARMS)<br>P. O. BOX 36200<br>GROSSE POINTE FARMS, MI 48236<br>UNITED STATES | Hawkins v. Exide Corporation, U.S.D.C. Eastern District of Michigan, Southern Division, File #99-73346 consolidated with: 00-71609 |
| HERNANDEZ, ALMA, ET AL. | THE MANDELL LAW FIRM<br>ROBERT J MANDELL, ESQ. AND LAURENCE H. MANDELL, ESQ.<br>19400 BUSINESS CENTER DRIVE, SUITE 102<br>NORTHRIDGE, CA 91324<br>UNITED STATES | Hernandez, Alma, et al. v. James R. Bolch, Phillip Damaska, Ed Mopas, John Hogarth, R. Paul Hirt, Jr., and Does 1 to 100 inclusive, Case No. BC567760, Superior Court of the State of California, County of Los Angeles, Central District |
| HERNANDEZ, ZACH | DANA B. TASCHNER<br>2029 CENTURY PARK EAST, SUITE 1400<br>LOS ANGELES, CA 90067<br>UNITED STATES | Zach Hernandez, in his individual capacity as representative of persons similarly situated vs. Exide Technologies & Does 1-100, Case No. BC506901, Los Angeles County - Superior Court, CA |

EXIDE TECHNOLOGIES

RETAINED CAUSES OF ACTION
EXHIBIT 6.17-4 CLAIMS, DEFENSES, CROSS-CLAIMS, AND COUNTER-CLAIMS RELATED TO LITIGATION AND POSSIBLE LITIGATION

| PARTY | ADDRESS | CAPTION OF SUIT, CASE NUMBER, AND JURISDICTION (IF APPLICABLE) / DISCRIPTION |
|---|---|---|
| HERRERA, ROBERT | MARK S. ALGORRI<br>25 E. UNION STREET<br>PASADENA, CA 91103<br>UNITED STATES | Robert Herrera v. Exide Technologies and DOES 1-100, inclusive, Case No. BC511095, Los Angeles County - Superior Court, CA |
| HERRON, HERMAN J. | MEMPHIS DISTRICT OFFICE, EEOC<br>1407 UNION AVENUE, SUITE 901<br>MEMPHIS, TN  38104<br>UNITED STATES | Notice of Charge of Discrimination, EEOC, Charge No. 490-2014-02104 |
| HONEYCOMB PRODUCTS | HONEYCOMB PRODUCTS<br>JAMES P. WOGNUM, ESQ.<br>122 SOUTH MICHIGAN AVENUE<br>SUITE 1290<br>CHICAGO, IL 60603-6107<br>UNITED STATES | Exide Technologies v. HPC Holding Corporation, f/l/a Honeycomb Products Corporation, U.S. Bankruptcy Court for the District of Delaware, Case No. 02-1125 (KJC),  Adversary Proceeding Case No. 04-53273 (KJC) |
| HOPKINS, HAKEEMAH, ET AL. | SANTILLI LAW GROUP<br>111 W. WASHINGTON STREET, SUITE 1240<br>CHICAGO, IL 60602<br>UNITED STATES | Hakeemah Hopkins, Bobby Boyd, Davien Cole, Jonathan White and Albert Atkins vs. Henry Schaeflein, Exide Technologies (Inc) and Davion Owens, Case No. 20131301354, Circuit Court of Cook County, Illinois, Municipal Department, First District |
| HUFF, DANA | 3020 BLAKE ROAD<br>VAN BUREN, AR 72956<br>UNITED STATES | Dana Huff v. Exide Technologies, Case No. 11-2249, US District Court for the Western District of Arkansas, Fort Smith Division |
| ILCO SITE REMEDIATION GROUP | CHRISTOPHER J. GIAIMO, ESQ.<br>BAKER & HOSTETLER LLP<br>1050 CONNECTICUT AVE., N.W., SUITE 110<br>WASHINGTON, D.C.  20036<br>UNITED STATES | Any and all claims, causes of action, indemnifications, demands, or liabilities of every kind and nature whatsoever, including those arising under contract, statute, or common law, whether or not known or suspected against  the ILCO Site Remediation Group and/or its members based upon, arising out of, related to, or by reason of any event, contract, cause, thing, act, statement, or omission |
| INTERIM PEDICKTOWN SITE GROUP | CHRISTOPHER J. GIAIMO, ESQ.<br>BAKER & HOSTETLER LLP<br>1050 CONNECTICUT AVE., N.W., SUITE 110<br>WASHINGTON, D.C.  20036<br>UNITED STATES | Any and all claims, causes of action, indemnifications, demands, or liabilities of every kind and nature whatsoever, including those arising under contract, statute, or common law, whether or not known or suspected against the Interim Pedricktown Site Group and/or its members based  upon, arising out of, related to, or by reason of any event, contract, cause, thing, act, statement, or omission |
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 700 | 2914 MIDLAND BLVD.<br>FT. SMITH, AR 72904<br>UNITED STATES | In re International Brotherhood of Electrical Workers, Local 700, Case No. 4-13, Arbitrator Under Collective Bargaining Agreement |
| JDI ASSOCIATES | JDI ASSOCIATES<br>ROSS G. FINGOLD, ESQ.<br>LEVY & DRONEY P.C.<br>POND VIEW CORPORATE CENTER<br>74 BATTERSON PARK ROAD<br>FARMINGTON, CT 6032<br>UNITED STATES | Exide Technologies v. JDI Associates, Inc., U.S. Bankruptcy Court for the District of Delaware, Case No. 02-1125 (KJC), Adversary Proceeding Case No. 04-53179 (KJC) |
| JOHN PFROMMER LLC | JOHN PFROMMER LLC<br>MARK R. OWENS, ESQ.<br>KLETT, ROONEY, LIEBER & SCHORLING<br>1000 WEST STREET, SUITE 1410<br>WILMINGTON, DE  19801<br>UNITED STATES | Exide Technologies v. John Pfrommer, LLC, a/k/a Pfrommer LLC, John,  Case No. 02-1125 (KJC), U.S. Bankruptcy Court for the District of Delaware, Adversary Proceeding Case No. 04-53275 (KJC) |
| JOHNSON CONTROLS BATTERY GROUP, INC. | WILLIAM H. BREWSTER, C/O KILPATRICK TOWNSEND & STOCKTON, LLP<br>1100 PEACHTREE STREET, SUITE 2800<br>ATLANTA, GA 30309-4530<br>UNITED STATES | Exide Technologies vs. Johnson Controls Battery Group, Inc., Case No. 1:11-cv-03533-TCB, U.S. District Court of the Northern District of Georgia, Atlanta Division |

EXIDE TECHNOLOGIES

RETAINED CAUSES OF ACTION
EXHIBIT 6.17-4 CLAIMS, DEFENSES, CROSS-CLAIMS, AND COUNTER-CLAIMS RELATED TO LITIGATION AND POSSIBLE LITIGATION

| PARTY | ADDRESS | CAPTION OF SUIT, CASE NUMBER, AND JURISDICTION (IF APPLICABLE) / DISCRIPTION |
|---|---|---|
| JOHNSON, GWENDEL | DONALD M. FLACK, FLACK LAW OFFICE, P.C.<br>229 EAST FERGUSON AVENUE<br>WOOD RIVER, IL 62095<br>UNITED STATES | Gwendel Johnson vs.Akzo Nobel Paints, LLC, etc., et al. including Exide Technologies, Case No. 11-L-1227, Circuit Court, Third Judicial Circuit (Madison County, Illinois) |
| JOHNSON, SHONDA | STEVEN A. DEBOSIER, ESQ.<br>DUDLEY DEBOSIER INJURY LAWYERS<br>1075 GOVERNMENT STREET<br>BATON ROUGE, LA 70802<br>UNITED STATES | Shonda Johnson vs. Marion Choate, Exide Corporation and Zurich American Insurance Co., Case No. 563845-A, 1st Judicial District Court, State of Louisiana, Parish of Caddo |
| JOHNSTON, COREY | 5543 XANADU STREET<br>DENVER, CO 80239<br>UNITED STATES | Denver Branch (5/2013) |
| KANOSKI, RICHARD & VIVIAN | RANDY L. GORI<br>C/O GORI, JULIAN & ASSOCIATES, P.C.<br>156 N. MAIN ST.<br>EDWARDSVILLE, IL 62025<br>UNITED STATES | Kanoski, Richard & Vivian vs. A.W. Chesterton, et al., incl. Exide, Case No. 13L1200, State of Illinois, Circuit Court of the Third Judicial Circuit, Madison County |
| KEELER, LORYN | 1099 CANARY AVENUE<br>YORKVILLE, IL 60560<br>UNITED STATES | N/A, Case Number Charge No. 440 2013 00181, EEOC Chicago District Office - Charge No. 440 2013 00181 |
| KEZELI, RICHARD | D. GISI<br>LAW OFFICE OF LYLE D. GISI, INC.<br>1528 STARR DR., SUITE B<br>YUBA CITY, CA  95993<br>UNITED STATES | Richard Kezeli vs. Exide Technologies, Zurich Insurance Company, Administered by Risk Enterprises Management, Ltd., and Does 1-20 Inclusive., Case No. ADJ7568770, Workers' Compensation Appeals Board of the State of California |
| KEZELI, RICHARD | 619 LUNARDI WAY<br>ROSEVILLE, CA 95678<br>UNITED STATES | Workers' Compensation Claim No. 7190209938, State of California |
| KIRBY, KERRY | SCOTT H. FRUGE, ESQ.<br>DEGRAVELLES PALMINTIER, HOLTHANS & FRUGE, LLP<br>618 MAIN STREET<br>BATON ROUGE, LA 70801-1900<br>UNITED STATES | Kerry Kirby and Lori Kirby, Individually and on behalf of their minor children, A. C. Kirby, Heidi Mayeaux, Kerry Kirby, Jr., and Hannah Kirby vs. Mike Ashford, Exide Technologies, Inc., formerly known as Exide Corporation, and/or Exide Corporation, Bosch Rexroth Corporation and/or The Rexroth Corporation and/or Mannesmann Rexroth Corporation and/or Rexroth Worldwide Hydraulics, and/or Rexroth Hydraulics, Inc., ABC Insurance Company, DEF Insurance Company GHI Insurance Company and JKL Insurance Company, Case No. 490624(J), Nineteenth Judicial District Court, Parish of East Baton Rouge, State of Louisiana |
| KNOPF, TREVOR | WILLIAM B. FEDERMAN AND A. BROOKE MURPHY<br>FEDERMAN & SHERWOOD<br>10205 N. PENNSYLVANIA AVE<br>OAKLAHOMA CITY, OK 73120<br>UNITED STATES | Trevor Knopf, Individually and on Behalf of All Others Similarly Situated vs. Exide Technologies, James R. Bolch, Phillip A. Damaska, R. Paul Hirt, Jr., Michael Ostermann, Case No. CV13-3194, United States District Court, Central District of California |
| LANDSTAR INWAY, INC. | CLARK MONROE, C/O DUNBARMONROE, PA<br>270 TRACE COLONY PARK, STE. A<br>RIDGELAND, MS 39157<br>UNITED STATES | Landstar Inway, Inc. vs. WTC Millennium, LP and Exide Technologies, Inc., Case No. 3:09cv524-HTW-LRA, United States District Court, Southern District of Mississippi |
| LANE VALENTI INDUSTRIES | 855 L. CONHLIN<br>FARMINGDALE, NY 11735<br>UNITED STATES | [Claim Number - 4640052537] |
| LANINI, JAKE | PAUL S. MCCAUSLAND<br>YOUNG BOGLE MCCAUSLAND WELLS & BLANCHARD, P.A.<br>106 WEST DOUGLAS, SUITE 923<br>WICHITA, KS  67202-3392<br>UNITED STATES | Jake Lanini v. Exide Technologies, Case No. 11-CV-1322-MLB-KGG, US District Court for the District of Kansas, Wichita |

EXIDE TECHNOLOGIES

RETAINED CAUSES OF ACTION
EXHIBIT 6.17-4 CLAIMS, DEFENSES, CROSS-CLAIMS, AND COUNTER-CLAIMS RELATED TO LITIGATION AND POSSIBLE LITIGATION

| PARTY | ADDRESS | CAPTION OF SUIT, CASE NUMBER, AND JURISDICTION (IF APPLICABLE) / DISCRIPTION |
|-------|---------|------------------------------------------------------------------------------|
| LIEUPO, CHARLES A | JACKSON W. ADAMS<br>JACKSON W. ADAMS, P.A.<br>33 EAST ROBINSON STREET, SUITE 206<br>ORLANDO, FL 32801<br>UNITED STATES | Lieupo, Charles A. vs. Simons Trucking, Inc., et al, incl. Exide, Case No. 2014CA000051, Hamilton County Circuit Court, State of Florida |
| LIGHTCAP, STEPHEN & JOANN | ELIOT PRESENT, ESQ.<br>PAUL, REICH & MYERS P.C.<br>1608 WALNUT STREET, SUITE 500<br>PHILADELPHIA, PA 19103<br>UNITED STATES | Stephen M. and JoAnne Lightcap v. 84 Lumber, et al, Asbestos Case No. 384, In the Court of Common Pleas of Philadelphia County, Civil Section: Trial Division |
| LITTRUP, KIRK | GEORGE T. UNDERWOOD<br>5401 KINGSTON PIKE, SUITE 520B<br>KNOXVILLE, TN 37919<br>UNITED STATES | Kirk Littrup v. Exide Technologies, Inc., and Deb Struk, Case No. 2-580-11, Knox County Circuit Court, TN |
| LOPEZ, LEONARD | 2750 CANTERBURY AVENUE<br>ONTARIO, CA 91761<br>UNITED STATES | Leonard Lopez v. Arnold Engineering, et al. and Does 1 through 10, Inclusive, Case No. RIC 542039, Superior Court of California |
| LOPEZ, THOMAS, ET AL. | THE MANDELL LAW FIRM<br>ROBERT J MANDELL, ESQ. AND LAURENCE H. MANDELL, ESQ.<br>19400 BUSINESS CENTER DRIVE, SUITE 102<br>NORTHRIDGE, CA 91324<br>UNITED STATES | Lopez, Thomas, et al. v. James R. Bolch, Phillip Damaska, Ed Mopas, John Hogarth, R. Paul Hirt, Jr., and Does 1 to 100 inclusive, Case No. BC567512, Superior Court of the State of California, County of Los Angeles, Central District |
| LORITZ, DAVID M. | WILLIAM B. FEDERMAN AND A. BROOKE MURPHY<br>FEDERMAN & SHERWOOD<br>10205 N. PENNSYLVANIA AVE<br>OAKLAHOMA CITY, OK 73120<br>UNITED STATES | David M. Loritz, Individually and on Behalf of all Others Similarly Situated v. Exide Technologies, James R. Bolch, Phillip A. Damaska, R. Paul Hirt, Jr., Michael Ostermann, et al., Case No. CV13-02607-SVW, United States District Court for the Central District of California |
| LUJAN, JORGE | DAVID O. ALEGRIA, ESQ.<br>MCCULLOUGH, WAREHEIM & LABUNKER, P.A.<br>1507 S.W. TOPEKA BLVD., P.O.BOX 1453<br>TOPEKA, KANSAS 66603<br>UNITED STATES | Jorge Lujan vs. Exide Technologies, Case No. 10-CV-4023, U. S. Dist. Court, Kansas District |
| MADER, ELMER | 1623 KENSINGTON<br>KANSAS CITY, MO 64127<br>UNITED STATES | In re Exide Technologies, Case No. 7-4120-12-051, DOL (OSHA) |
| MARTINEZ, CARLOS | 3726 CRAWFORD STREET<br>LOS ANGELES, CA 90011<br>UNITED STATES | (11/2014) (EPLI) |
| MATTES, DOUGLAS AND PAM | 4206 SOUTH 62ND STREET<br>OMAHA, NEBRASKA 68117<br>UNITED STATES | Any and all claims, causes of action, indemnifications, demands, or liabilities of every kind and nature whatsoever, including those arising under contract, statute, or common law, whether or not known or suspected against Douglas Mattes and Pam Mattes based upon, arising out of, related to, or by reason of any event, contract, cause, thing, act, statement, or omission |
| MCCALL, DONALD R. | DAVID A SZWAK<br>SZWAK, BODENHEIMER, JONES & SZWAK<br>416 TRAVIS STREET, SUITE 1404<br>SHREVEPORT, LA 71101<br>UNITED STATES | Donald R. McCall v. Exide Technologies, Case No. 576803, Div. B, 1st Judicial District Court, Caddo Parish, Louisiana |
| MCDONALD, ELIZABETH | 130 E. WASHINGTON STREET<br>NORTH ATTLEBORO, MA 02760<br>UNITED STATES | Bennett, Robin, Adm. Estate of Jeanne Boyd v. Wesley Gaffney, et al., incl. Exide, Case No. 2014-03014-B, Suffolk County District Court, Commonwealth of Massachusetts |

EXIDE TECHNOLOGIES

RETAINED CAUSES OF ACTION
EXHIBIT 6.17-4 CLAIMS, DEFENSES, CROSS-CLAIMS, AND COUNTER-CLAIMS RELATED TO LITIGATION AND POSSIBLE LITIGATION

| PARTY | ADDRESS | CAPTION OF SUIT, CASE NUMBER, AND JURISDICTION (IF APPLICABLE) / DISCRIPTION |
|---|---|---|
| MILLER, EARNEST | 1204 ROCKY HOLLOW RD<br>JONESBORO, TN 37659<br>UNITED STATES | Earnest Miller vs. Exide Technologies, Inc., Case No. 2:10-CV-279, U.S. Dist.Court, E.D.TN (Greeneville) |
| MILLER, EDDIE | TRACI HARTLEY, ESQ.<br>LARGE & ASSOCIATES<br>529 ALABAMA STREET<br>BRISTOL, TN, 37620<br>UNITED STATES | Eddie Miller v. Exide Technologies, Case No. B0024365M, Sullivan County Chancery Court, Bristol, TN |
| MRE GROUP | JOHN J. LITTLE, C/O LITTLE PEDERSEN FANKHAUSER, LLP<br>901 MAIN STREET, SUITE 4110<br>DALLAS, TX 75202<br>UNITED STATES | In re Exide Technologies, Case No. 02-11125 (KJC), United States Bankruptcy Court for the District of Delaware |
| NESS, DAPHNE | RANDY L. GORI, C/O GORI, JULIAN & ASSOCIATES, P.C.<br>156 N. MAIN ST.<br>EDWARDSVILLE, IL 62025<br>UNITED STATES | Daphne Ness vs. Abelconn, LLC, etc., et al. including Exide Technologies (Inc.), Case Number 13-L-587, Circuit Court, Third Judicial Circuit, Madison County, Illinois |
| NEVADA STATE CONTRACTORS BOARD | 9670 GATEWAY DR., SUITE 100<br>RENO, NV 89521<br>UNITED STATES | Nevada State Contractors Board vs. Exide, et al., License No. 70750 |
| NL INDUSTRIES, INC. | CHRISTOPHER R. GIBSON,ESQ.<br>ARCHER & GREINER<br>ONE CENTENNIAL SQUARE<br>HADDONFIELD, NJ 08033<br>UNITED STATES | Nl Industries, Inc. v. Old Bridge Township, Exide Technologies, et al., Case No. 3:13-cv-03493-MAS-TJB, U.S.D.C. New Jersey |
| NL INDUSTRIES, INC. | C/O LAW OFFICES OF JOEL L HERZ<br>3573 E SUNRISE DR STE 215<br>TUCSON,AZ 85718 | Any and all claims, causes of action, indemnifications, demands, or liabilities of every kind and nature whatsoever, including those arising under contract, statute, or common law, whether or not known or suspected against NL Industries based upon, arising out of, related to, or by reason of any event, contract, cause, thing, act, statement, or omission. |
| NUSSER, DENNIS | 2611 AVENUE D<br>COUNCIL BLUFFS, IA 50501<br>UNITED STATES | Dennis Nusser v. Exide Technologies, Case No. 32E-2012-00412, EEOC and Nebraska State Agency |
| O.M. IMPIANTI S.R.L. | O.M. IMPIANTI S.R.L.<br>NEW BATTERY ENGINEERING S.R.L.<br>VIA PAOLO VI '61/109<br>24058 ROMANO DI LOMBARDIA (B6)<br>ITALY | Exide has claims against O.M. Impianti S.r.l. ("OMI") for breach of contract, poor materials and workmanship in connection with a contract for the purchase and installation of an advance formation system and finishing line for Exide's Salina, KS facility. |
| OKAMURA, ROY | 1162 N. CHERRY WAY<br>ANAHEIM, CA 92801<br>UNITED STATES | [Claim Number - 4620073000] |
| ONEAL, GARY | 537 OLIVER STREET<br>HAUGHTON, LA 71037<br>UNITED STATES | [Claim Number - 4720073068] |
| PACIFIC CHLORIDE, ANSELL HEALTHCARE PRODUCTS AND MULTIPLE INSURERS | PACIFIC CHLORIDE, ANSELL HEALTHCARE PRODUCTS AND MULTIPLE INSURERS<br>KATHARINE NASER, ESQ.<br>MCCARTER & ENGLISH LLP<br>RENAISSANCE CENTRE, 405 N. KING STREET, 8TH FLOOR<br>WILMINGTON, DE 19801<br>UNITED STATES | Exide reserves the right to submit a claim for Future Building Costs related to the 2011 fire loss at the former Shreveport battery manufacturing facility, per the Settlement & Release Agreement dated March 20, 2015 between Exide Technologies, Pacific Chloride, Ansell Healthcare Products and multiple Insurers (as defined in the Settlement Agreement) and the other agreement referenced therein |
| PARMER, SADIE | JEFFREY J. WORLEY, ESQ.<br>GIBBELL KRAYBILL & HESS, LLP<br>41 EAST ORANGE ST.<br>LANCASTER, PA, 17602<br>UNITED STATES | Sadie Parmer v. Exide Technologies, et al., Case No. 5:11-CV-04616-JKG, US District Court for the Eastern District of Pennsylvania, Allentown |

EXIDE TECHNOLOGIES

RETAINED CAUSES OF ACTION
EXHIBIT 6.17-4 CLAIMS, DEFENSES, CROSS-CLAIMS, AND COUNTER-CLAIMS RELATED TO LITIGATION AND POSSIBLE LITIGATION

| PARTY | ADDRESS | CAPTION OF SUIT, CASE NUMBER, AND JURISDICTION (IF APPLICABLE) / DISCRIPTION |
|---|---|---|
| PATTERSON, JERALD | KAREN FREEMAN-WILSON, ESQ.<br>FREEMAN-WILSON & LEWIS-SHANNON, LLC<br>700 JACKSON STREET<br>GARY, IN 46402<br>UNITED STATES | [Claim Number - 4700088597] |
| PAUL, C. STEVE & QUINDARO A | ANTHONY B. RATIFF, ESQ.<br>DONINGER TUOHY & BAILEY, LLB<br>50 SOUTH MERIDIAN STREET, SUITE 700<br>INDIANAPOLIS, IN  46204-3542<br>UNITED STATES | Paul, C. Steve & Quindaro A vs. Terry J. Wardrobe & Exide, Case No. 49D111501PL002911, Marion G Circuit Court, Indiana |
| PAYMENT CARD SETTLEMENT ADMINISTRATOR | PAYMENT CARD SETTLEMENT ADMINISTRATOR<br>P.O. BOX  2530<br>PORTLAND, OR 97208-2530<br>UNITED STATES | Exide reserves its right to file a claim in the Payment Card Interchange Fee Settlement (Visa-Mastercard Settlement).  (In Re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, MDL No. 1720.  (U.S. D.C., E.D. NY) |
| PEREZ, ENRIQUE | 15752 WHITECUP WAY<br>VICTORVILLE, CA 92394<br>UNITED STATES | Workers' Compensation Claim Number 7190216776, State of California |
| PEREZ, MARCO | 11014 COOLHURST DRIVE<br>WHITTIER, CA 90606<br>UNITED STATES | Workers' Compensation Claim Number 7190212824, State of California |
| PINTO, NORMAN | JAMES A. NADDEO, ESQ.<br>207 EAST MARKET STREET<br>P.O. BOX 552<br>CLEARFIELD, PA,16830<br>UNITED STATES | Norman Pinto vs. Wal-Mart Stores, Inc., Exide Technologies, Case No. 2006-00888-CD, Court of Common Pleas of Clearfield County, PA, Civil Division |
| PLANK, BRADLEY | 1770 S. U.S. HWY 231, SUITE 7<br>CRAWFORDSVILLE, IN 47933<br>UNITED STATES | In re Exide Technologies, Case No. 25-CA-031895, NLRB |
| PROGRESSIVE MOUNTAIN INSURANCE COMPANY, AS SUBROGEE OF EMIL DARLING | ANDY J. VANBRONKHORST<br>KREIS ENDERLE  HUDGINS & BORAS, P.C.<br>40 PEARL STREET, NW, 5TH FLOOR<br>GRAND RAPIDS, MI  49503<br>UNITED STATES | Progressive Mountain Insurance Company, as subrogee of Emil Darling vs. Exide, Case No. GCE-131092, 67-4 District Court for the County of Genesee, State of Michigan |
| R.I.C.H, INC. | R.I.C.H, INC.<br>DAVID S. GELLERT, ESQ.<br>THE LIVINGSTON<br>1411 HAMILTON STREET<br>ALLENTOWN, PA 18102<br>UNITED STATES | Exide Technologies v. R.I.C.H., Inc., U.S. Bankruptcy Court for the District of Delaware, Case No. 02-1125 (KJC), Adversary Proceeding Case No. 04-53262 (KJC) |
| RITCHIE, COREY | 1490 BRAMLETT FORES TRAIL<br>LAWRENCEVILLE, GA 30045<br>UNITED STATES | Decatur, GA (1/2014) |
| ROBINSON, MATTHEW E | | [Claim Number - 4720068988] |
| RODRIGUEZ, JUAN | RYAN J KIWALA<br>SIMMONS, BROWDER, GIANARIS, ANGELIDES & BARNERD, LLC<br>1 COURT STREET<br>ALTON, IL 62002<br>UNITED STATES | Juan Rodriguez v. A.W. Chesterton Company, Exide Technologies, et al., Case No. 1222CC10382, St. Louis County Circuit Court, Missouri |
| RODRIGUEZ, JUAN, ET AL. | THE MANDELL LAW FIRM<br>ROBERT J MANDELL, ESQ. AND LAURENCE H. MANDELL, ESQ.<br>19400 BUSINESS CENTER DRIVE, SUITE 102<br>NORTHRIDGE, CA 91324<br>UNITED STATES | Rodriguez, Juan, et al. v. James P. Bolch, Phillip Damaska, Ed Mopas, John Hogarth, R. Paul Hirt, Jr., and Does 1 to 100 inclusive, Case No. BC567758,  Superior Court of the State of California, County of Los Angeles, Central District |

EXIDE TECHNOLOGIES

RETAINED CAUSES OF ACTION
EXHIBIT 6.17-4 CLAIMS, DEFENSES, CROSS-CLAIMS, AND COUNTER-CLAIMS RELATED TO LITIGATION AND POSSIBLE LITIGATION

| PARTY | ADDRESS | CAPTION OF SUIT, CASE NUMBER, AND JURISDICTION (IF APPLICABLE) / DISCRIPTION |
|---|---|---|
| RSR CORPORATION | C/O HOMER HINE, 2777 STEMMONS FREEWAY, SUITE 1800<br>DALLAS, TX 75207<br>UNITED STATES | In re Exide Technologies, Case No. 02-11125 (KJC), United States Bankruptcy Court for the District of Delaware |
| SAHLING, NEIL | | [Claim Number - 4240032794] |
| SALAZAR, ELUID | 8953 DRIFTWOOD<br>RIVERSIDE, CA 92503<br>UNITED STATES | Workers' Compensation Claim No. 7190217918, State of California |
| SANCHEZ, MARTIN | 460 WEST SCOTT ST.<br>RIALTO, CA 92376<br>UNITED STATES | Workers' Compensation Claim No. 7190209537, State of California |
| SCHAFER, ROB | 1146 CREE STREET<br>PHILADELPHIA, PA, 19148<br>UNITED STATES | [Claim Number - 4660127783] |
| SDA INC. | SDA INC.<br>7C BRICK PLANT ROAD<br>SOUTH RIVER, NJ 8882<br>UNITED STATES | Exide has filed a Proof of Claim in the SDA Inc. a/k/a Strauss Discount Auto, Case No. 12-24415, U.S. Bankruptcy Court for New Jersey |
| SHEPPARD, HARRY L. | KENNETH A. CAMPBELL, JR. &<br>P.O. BOX 1336<br>WALTERBORO, SC 29488<br>UNITED STATES | Harry L. Sheppard v. Tractor Supply Company and Exide Technologies, Inc., Case No. 2:11-cv-02372-RMG, United States District Court for the District of South Carolina, Charleston Division |
| SIQUE, APOLINARIO | 306 N SAN ANTONIO AVE<br>APT. 1<br>ONTARIO, CA 91762<br>UNITED STATES | Workers' Compensation Claim No. 7190210448, State of California |
| SIQUE, APOLINARIO | 306 N SAN ANTONIO AVE<br>APT. 1<br>ONTARIO, CA 91762<br>UNITED STATES | Workers' Compensation Claim No. 7190210667, State of California |
| SMITH, MARC | 1728 ERIN AVE.<br>UPLAND, CA  91784<br>UNITED STATES | Smith, Marc v. Kragen Auto Supply Co., incl. Exide Technologies |
| SNYDER, MONTY | SUSAN O. CROCHET<br>ASSISTANT REGIONAL DIRECTOR<br>NLRB REGION 15<br>600 S. MAESTRI PL. FL. 7<br>NEW ORLEANS, LA 70130<br>UNITED STATES | NLRB Case No. 15-CA-125301 |
| SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT | BAYRON T. GILCHRIST, ESQ AND KURT WIESE, ESQ<br>OFFICE OF THE GENERAL COUNSEL, SCAQMD<br>21865 COPLEY DRIVE<br>DIAMOND BAR, CA 91765-0940<br>UNITED STATES | People of the State of California, ex rel South Coast Air Quality Management District v. Exide Technologies and DOES 1-50, Case No. BC533528, Superior Court of the State of California, County of Los Angeles |
| SPROLES, LARRY | RANDALL ESTES, ESTES LAW FIRM<br>11404 N. LAKE SHERWOOD, SUITE A<br>BATON ROUGE, LA 70816<br>UNITED STATES | Larry Sproles vs. Exide Technologies, Inc. and Tyronne Perry, Case No. 3:12-CV-356, U.S. Dist. Court, M.D. LA |

EXIDE TECHNOLOGIES

RETAINED CAUSES OF ACTION
EXHIBIT 6.17-4 CLAIMS, DEFENSES, CROSS-CLAIMS, AND COUNTER-CLAIMS RELATED TO LITIGATION AND POSSIBLE LITIGATION

| PARTY | ADDRESS | CAPTION OF SUIT, CASE NUMBER, AND JURISDICTION (IF APPLICABLE) / DISCRIPTION |
|---|---|---|
| SQM/400 | SQM/400<br>HERBERT C. BROADFOOT, II, ESQ.<br>RAGSDALE, BEALS, HOOPER & SIEGLER, LLP<br>229 PEACHTREE STREET, NE<br>SUITE 2400<br>ATLANTA, GA 30303<br>UNITED STATES | Exide Technologies v. SQM/400, Inc., Case No. 02-1125 (KJC), U.S. Bankruptcy Court for the District of Delaware, Adversary Proceeding Case No. 04-53187 (KJC) |
| SSI TECHNOLOGY INC. | SSI TECHNOLOGY INC.<br>1235 SPARTAN STREET<br>MADISON HEIGHTS, MI 48071<br>UNITED STATES | Exide has filed a Proof of Claim in the SSI Technology, Inc. bankruptcy for $963,186.66, Case No. 14-55306, U.S. Bankruptcy Court for the Eastern District of Michigan |
| STATE OF FLORIDA DEPARTMENT OF ENVIROMENTAL PROTECTION | 13000 DEERFIELD PARKWAY, BLDG. 200<br>MILTON, GA 30004<br>UNITED STATES | State of Forida Department of Environmental Protection v. Exide Technologies, Case No. 009-CA-8387, Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida |
| STOGSDILL TILE CO. | STOGSDILL TILE CO.<br>MICHAEL J. CHIERO, ESQ.<br>THE STOGSDILL LAW FIRM<br>1776 S. NAPERVILLE ROAD, SUITE 202B<br>WHEATON, IL 60189<br>UNITED STATES | Claims against Stogsdill Tile Company arising from Stogsdill's defective and faulty installation of flooring at Exide's facility located at 3639 Joy Road, Columbus, GA. |
| TAYLOR, DONALD | 819 LEE ROAD 292<br>SMITHS STATION, AL 36877<br>UNITED STATES | |
| TAYLOR, JOHN | MARK J. FELLMAN<br>SUITE 1740, 400 ROBERT STREET NORTH<br>ST. PAUL, MN 55101-2031<br>UNITED STATES | John Taylor v. 3M, et al, Minnesota Dept. of Labor and Industry, Workers' Compensation Division |
| THE WATTLES COMPANY | CHRISTOPHER J. MAJOR, ESQ.<br>MEISTER SEELIG & FEIN, LLP<br>140 EAST 45TH STREET, TWO GRAND CENTRAL TOWER<br>NEW YORK, NY 10017<br>UNITED STATES | The Wattles Company, a Washington corporation, Plaintiff, v. Exide Technologies, Inc., a Delaware corporation, and Exide Corporation, a Delaware corporation, Defendants., Case No. 13-2-07695-6, Superior Court of the State of Washington for Pierce County |
| THOMAS, JOHN | C/O LAW OFFICES OF ROBERT WASHUTA PC<br>ATTN ROBERT WASHUTA, ESQ<br>11 BROADWAY STE 615<br>NEW YORK, NY 10004<br>UNITED STATES | [Claim Number - 4510050360] |
| THOMAS, NORMA F/K/O NORMA TIRINO | LAW OFFICES OF ROBERT WASHUTA<br>11 BROADWAY, SUITE 615<br>NEW YORK, NY 10004<br>UNITED STATES | Norma Thomas f/k/a Norma Tirino, Plaintiff v. Rodney Elam, Exide Corporation, Ryder Truck Rental, Inc., Allstate New Jersey Property and Casualty Insurance Company and John Doe, Case No. L-1499 13, Superior Court of New Jersey Law Division - Union County |
| THORTON, GORDON | 209 CORNELL COURT<br>VILLA RICA, GA 30180<br>UNITED STATES | Gordon Thorton vs. Exide Technologies, Case No. 410-2012-05151, EEOC |
| TREVINO, JORGE AND TREVINO, KATHLEEN | 3212 70TH COURT, EAST<br>PALMETTO, FL 34221<br>UNITED STATES | Jorge Trevino, individually and Kathleen Trevino, individually, Plaintifts, v. Joseph Green, Exide Technologies, Inc., a foreign corporation, U-Haul Center Bradenton, a Florida company, U-Haul International, Inc., a foreign corporation and A & A Trailer Hitch Center, Inc. Defendants., Case No. 11CA00526, Circuit Court of the Twelth Judicial Circuit, in and for Manatee County, Florida |

EXIDE TECHNOLOGIES

RETAINED CAUSES OF ACTION
EXHIBIT 6.17-4 CLAIMS, DEFENSES, CROSS-CLAIMS, AND COUNTER-CLAIMS RELATED TO LITIGATION AND POSSIBLE LITIGATION

| PARTY | ADDRESS | CAPTION OF SUIT, CASE NUMBER, AND JURISDICTION (IF APPLICABLE) / DISCRIPTION |
|---|---|---|
| UNITED STATES OF AMERICA | WILLIAM E COONAN<br>ASSISTANT U.S. ATTORNEY - FAIRVIEW HEIGHTS<br>GENERALLY ADMITTED<br>9 EXECUTIVE DRIVE<br>FAIRVIEW HEIGHTS, IL 62208-1344<br>UNITED STATES | USA v. NL Industries, et. al., Case No. 91-CV-578-JLF, U.S.D.C. Southern District of Illinois |
| UNKNOWN | | [Claim Number - 4240032794] |
| UNKNOWN | | [Claim Number - 4510077180] |
| UNKNOWN | | [Claim Number - 4510050028] |
| US POSTAL SERVICE | | [Claim Number - 4660065238] |
| VOLPERT, LARRY | 9540 PARK LANE<br>DES PLAINES, IL 60016<br>UNITED STATES | IT-Aurora (4/2013) |
| WARE DISPOSAL (FINANCIAL PACIFIC INSURANCE CO. SUBROGATION) | BOB SIMS<br>SIMS & OCKEN<br>1899 EAST ROSEVILLE PARKWAY, SUITE 130<br>ROSEVILE, CA 95661-7980<br>UNITED STATES | Financial Pacific Insurance Co. and Financial Pacific Insurance Group, Inc. v. Terra Select GmbH, Exide Technologies, et al, Case No. 30201400697132CUPOCJC, Superior Court of Orange County, Santa Ana, California |
| WESTFIELD INSURANCE A/S/O CHERRY CREEK SYSTEMS, INC. | TOD E. FITZKE<br>ONE PARK CIRCLE<br>WESTFIELD CENTER, OH 44521<br>UNITED STATES | Westfield Insurance  a/s/o Cherry Creek Systems, Inc. vs. Kingstrom Group LLC; Front Range Wireless, Inc.; GNB Industrial Power, a division of Exide Technologies, Inc., Case No. 13cv1448, El Paso County District Court, Colorado |
| WHITE, JONATHON | SANTILLI LAW GROUP<br>111 W. WASHINGTON STREET, SUITE 1240<br>CHICAGO, IL 60602<br>UNITED STATES | Hakeemah Hopkins, Bobby Boyd, Davien Cole, Jonathan White and Albert Atkins vs. Henry Schaeflein, Exide Technologies (Inc) and Davion Owens, Case No. 20131301354, Circuit Court of Cook County, Illinois, Municipal Department, First District |
| ZIMMERMAN, TAMERA L | TRACEY PIERCE<br>3501 FRENCH PARK DR., SUITE F<br>EDMOND, OK 73034<br>UNITED STATES | [Claim Number - 4720068988] |

**Exhibit 6.17-5**


Claims Related to Contracts and Leases

Unless otherwise released by the Plan, the Debtor expressly reserves the Causes of Action, based in whole or in part upon any and all contracts and leases to which the Debtor or Reorganized Debtor is a party or pursuant to which the Debtor or Reorganized Debtor has any rights whatsoever. The claims and Causes of Actions reserved include, without limitation, Causes of Action against vendors, suppliers of goods or services, or any other parties: (a) for overpayments, back charges, duplicate payments, improper holdbacks, deposits, warranties, guarantees, indemnities, recoupment, or setoff; (b) for wrongful or improper termination, suspension of services or supply of goods, or failure to meet other contractual or regulatory obligations; (c) for failure to fully perform or to condition performance on additional requirements under contracts with the Debtor before the assumption or rejection, if applicable, of such contracts; (d) for payments, deposits, holdbacks, reserves, or other amounts owed by any creditor, utility, supplier, vendor, insurer, surety, factor, lender, bondholder, lessor, or other party; (e) for any liens, including mechanic's, artisan's, materialmen's, possessory, or statutory liens held by the Debtor; (f) counterclaims and defenses related to any contractual obligations; (g) any turnover actions arising under section 542 or 543 of the Bankruptcy Code; (h) for unfair competition, interference with contract or potential business advantage, breach of contract, infringement of intellectual property, or any business tort claims; and (i) any accumulated service credits, both those that may apply to future vendor invoices and those from which the Debtor may be entitled to receive a refund. There is no schedule to this Exhibit 6.17-5.

**Exhibit 6.17-6**

Claims Related to Vendor Obligations

Unless otherwise released by the Plan, the Debtor expressly reserves all Causes of Action against or related to all vendors that owe or may in the future owe money or other obligations to the Debtor or the Reorganized Debtor, whether for unpaid invoices; unreturned, missing, or damaged inventory; indemnification; warranties; any turnover actions arising under section 542 or 543 of the Bankruptcy Code; or any other matter whatsoever. In order to protect the privacy of the Debtor's vendors, there is no schedule to this Exhibit 6.17-6.

**Exhibit 6.17-7**


<u>Claims Related to Tax Credits and Refunds</u>


Except as otherwise provided by the Plan, the Debtor expressly reserve all Causes of Action against or related to all taxing authorities that owe or that may in the future owe money to the Debtor or Reorganized Debtor. Furthermore, the Debtor expressly reserves all Causes of Action against or related to all taxing authorities who assert or may assert that the Debtor or Reorganized Debtor owe money to them. There is no schedule to this <u>Exhibit 6.17-7</u>.

**Exhibit 6.17-8**

Claims Related to Intellectual Property

Unless otherwise released by the Plan, the Debtor expressly reserves any Causes of Action for unfair competition, licensing or licensing agreements, interference with contract or potential business advantage, conversion, infringement of intellectual property, or other business tort claims.  Nothing in the Plan or the Plan Supplement shall impair, enlarge, or in any way alter the equitable and legal rights, obligations, and defenses of the Debtor, the Reorganized Debtor, their affiliates or their subsidiaries regarding their intellectual property rights, and all rights with respect thereto are expressly reserved.

Notwithstanding the foregoing, any action or inaction by the Debtor, the Reorganized Debtor, their affiliates or their subsidiaries with respect to intellectual property rights shall not be used, invoked, or applied by any Person in any proceeding to serve as the basis to enlarge, diminish, or in any way alter or affect equitable and legal rights, obligations, and defenses including, without limitation, through the doctrines of *res judicata*, collateral estoppel, issue preclusion, claim preclusion, other estoppels (judicial, equitable, or otherwise), naked license, unreasonable delay in asserting rights, adequate remedy at law, or laches, in any dispute regarding the intellectual property rights of the Debtor, the Reorganized Debtor, their affiliates or their subsidiaries. There is no schedule to this Exhibit 6.17-8.

**Exhibit 6.17-9**


Claims Related to Customer Obligations


Unless otherwise released by the Plan, the Debtor expressly reserves all Causes of Action against or related to all customers that owe or may in the future owe money to the Debtor or the Reorganized Debtor, whether for unpaid invoices; unreturned, missing, or damaged inventory, warranties, or any other matter whatsoever. In order to protect the privacy of the Debtor's customers, there is no schedule to this Exhibit 6.17-9.

**Exhibit 6.17-10**


Claims Related to Environmental Matters


Except as otherwise provided by the Plan, the Debtor expressly reserves all Causes of Action against or related to all Entities or potentially responsible parties that owe or that may in the future owe money to the Debtor or Reorganized Debtor. Furthermore, the Debtor expressly reserves all Causes of Action against or related to all Entities or potentially responsible parties who assert or may assert that the Debtor or Reorganized Debtor owe money to them. There is no schedule to this Exhibit 6.17-10.

**Exhibit 6.17-11**


Claims Related to Lead Price Manipulation


      Except as otherwise provided by the Plan, the Debtor expressly reserves all Causes of Action against or related to all Entities listed on this Exhibit 6.17-11 that owe or that may in the future owe money to the Debtor or Reorganized Debtor, whether for potential causes of action relating to any private antitrust action, price competition action, or similar action to the extent permitted by applicable law, whether the foregoing arises under United States law or the laws of foreign jurisdictions, for damages to the Debtor and/or its subsidiaries or affiliates resulting from alleged lead price manipulation or any other matter whatsoever. Furthermore, the Debtor expressly reserves all Causes of Action against or related to all Entities who assert or may assert that the Debtor or Reorganized Debtor owe money to them any lead price manipulation.

**Exhibit 6.17-11**

Claims Related to Lead Price Manipulation

| Adverse Party | Address |
|---|---|
| Glencore (UK) Ltd | Ivan Glasenberg CEO<br>Glencore (UK) Ltd<br>50 Berkeley Street<br>Westminster<br>London,   W1J 8HD<br>United Kingdom |
| Glencore International AG | Ivan Glasenberg CEO<br>Glencore International AG<br>Baarermattstrasse 3<br>Baar,   CH-6340<br>Switzerland |
| Glencore Ltd. Inc. | Ivan Glasenberg CEO<br>Glencore Ltd. Inc.<br>301 Tresser Boulevard<br>Stamford, CT  06901 |
| Glencore PLC, | Richard Marshall General Counsel<br>Glencore PLC<br>Baarermattstrasse 3<br>Baar,   CH-6340<br>Switzerland |
| Goldman Sachs International | Michael S. Sherwood Co-CEO<br>Goldman Sachs International<br>Peterborough Court<br>133 Fleet Street<br>London,   EC4A 2BB<br>United Kingdom |
| GS Power Holdings LLC | Lloyd C. Blankfein CEO<br>GS Power Holdings LLC<br>200 West Street<br>New York, NY  10282 |
| Henry Bath & Son, Ltd. | Henry Bath & Son, Ltd.<br>Graham Hawkins<br>Group General Manager<br>12 Princes Parade<br>St. Nicholas Place<br>Liverpool,   L3 1DL<br>UNITED KINGDOM |
| Henry Bath B.V. | Henry Bath B.V.<br>Paul Fok EMEA<br>General Manager<br>Nieuwe Sluisweg 100<br>P.O.B. 59183<br>3008 PD Rotterdam<br>NETHERLANDS |

| Adverse Party | Address |
|---|---|
| Henry Bath Singapore PTE Ltd. | Henry Bath Singapore PTE Ltd.<br>Martin Kennewell<br>General Manager<br>Warehouse SB8<br>Sembawang Wharves<br>21 Deptford Road,  759990<br>SINGAPORE |
| Henry Bath, LLC | Henry Bath LLC<br>Amanda England<br>General Manager<br>2500-A Broening Highway<br>Baltimore, MD  21234 |
| Impala (Far East) Pte. Ltd. | Nicolas Konialidis CEO<br>Impala (Far East) Ptd Ltd<br>1 Marina Boulevard #28-00<br>Singapore,  018989<br>Singapore |
| Impala Terminals (UK) Ltd. | Nicolas Konialidi CEO<br>Impala Terminals (UK) Ltd.<br>5 Crown Rd. Quay W Buss Village<br>Sunderland<br>Tyne & Wear,  SR5 2AS<br>United Kingdom |
| Impala USA Inc. | Impala USA Inc.<br>One Stamford Plaza<br>263 Tressler Boulevard, 16th Floor<br>Stamford, CT 06901 |
| J. Aron & Company | Lloyd Blankfein CEO<br>J. Aron & Company<br>200 West Street<br>29th Floor<br>New York, NY  10282 |
| Johnson Controls, Inc. | Johnson Controls, Inc.<br>Alex A. Molinaroli, CEO<br>5757 N. Green Bay Ave.<br>P.O. Box 591<br>Milwaukee, WI 53201 |
| JPMorgan Chase & Co. | c/o Robert D. Wick<br>Covington & Burling LLP<br>One CityCenter<br>850 Tenth Street N.W.<br>Washington, DC  20001 |
| JPMorgan Securities plc | c/o Robert D. Wick<br>Covington & Burling LLP<br>One CityCenter<br>850 Tenth Street N.W.<br>Washington, DC  20001 |

| Adverse Party | Address |
|---|---|
| JPMorgan Ventures Energy Corp | c/o Robert D. Wick<br>Covington & Burling LLP<br>One CityCenter<br>850 Tenth Street N.W.<br>Washington, DC  20001 |
| MCEPF Metro I, Inc. | c/o National Registered Agents Inc.<br>MCEPF Metro I Inc.<br>160 Greentree Dr. Ste. 101<br>Dover, DE  19904 |
| Metro International Trade Services | Chris Wibbelman CEO & President<br>Metro International Trade Services LLC<br>2500 Enterprise Drive<br>Allen Park, MI  48101 |
| Metro International Trade Services (Italia) S.r.l. | Chris Wibbelman CEO & President<br>Metro International Trade Services (It) S.r.l.<br>Via del Canale Piccolo 2<br>34121 Trieste,<br>Italy |
| Metro International Trade Services (UK) Ltd. | Chris Wibbelman CEO & President<br>Metro International Trade Services (UK) Ltd.<br>c/o Metro Intern'l Trade Services LLC<br>2500 Enterprise Drive<br>Allen Park, MI  48101 |
| Mitsi Holdings | c/o Richard C. Pepperman II<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY  10004 |
| NEMS (USA) Inc. | NEMS (USA) Inc.<br>One Stamford Plaza<br>263 Tressler Boulevard, 16th Floor<br>Stamford, CT 06901 |
| North European Marine Services Ltd. | Nicolas Konialidis CEO<br>5 Crown Rd. Quay W Buss Village<br>Sunderland<br>Tyne & Wear,   SR5 2AS<br>United Kingdom |
| Pacorini Depolama Lojistik Limited Sirkell | Burak Müsellim Country Manager<br>Pacorini Depolama Lojistik Limited Sirkell<br>c/o Pacorini Metals Italia S.r.l.<br>Via Caboto 19/2<br>34147 Trieste,<br>Italy |
| Pacorini Metals (Asia) Pte Ltd | Michael Goh Managing Director<br>Pacorini Metals (Asia) Pte Ltd<br>No. 438B Alexandra Road<br>#08-01 Alexandra Technopark<br>Singapore,   119968<br>Singapore |

| Adverse Party | Address |
|---|---|
| Pacorini Metals AG | Peter Marc Waszkis CEO<br>Pacorini Metals AG<br>Baarerstrasse 53/55<br>CH-6300 Zug,<br>Switzerland |
| Pacorini Metals Iberica SAU | Fabio Salame-Cordova Managing Director<br>Pacorini Metals Iberica SAU<br>Calle Muntaner n° 322 1° 1a<br>Barcelona,   08021<br>Spain |
| Pacorini Metals Italia S.r.l. | Sergio Garbin Manager of Metal's Piazza<br>Pacorini Metals Italia S.r.l.<br>Unita d'Italia 7<br>PO Box 1385<br>34121 Trieste,<br>Italy |
| Pacorini Metals USA, LLC, | David Gast Commercial Manager<br>Pacorini Metals USA LLC<br>2200 Broening Highway<br>Suite 200<br>Batimore, MD  21224 |
| Pacorini Metals Vlissingen BV | Duncan Holterman Office Manager<br>Pacorini Metals Vlissingen BV<br>Engelandweg 55 Port No. 1199<br>4389 PC<br>Vlissingen-Oost,<br>Netherlands |
| Red Kite Explorer Fund a/k/a RK Mine Financing Fund I, Ltd. | c/o Butterfield Fulcrum<br>Rosebank Centre, 11 Bermudian Rd<br>Pembroke, Bermuda HM 08 |
| The Goldman Sachs Group, Inc. | Gregory K. Palm Esq.<br>The Goldman Sachs Group Inc.<br>200 West Street<br>New York, NY  10282 |
| Trafigura AG | Trafigura AG<br>One Stamford Plaza<br>263 Tressler Boulevard, 16th Floor<br>Stamford, CT 06901 |
| Trafigura Beheer B.V. | Claude Dauphin CEO<br>Trafigura Beheer B.V.<br>20th Floor ITO Tower<br>Gustav Mahlerplein 102<br>Amsterdam,   1082 MA<br>Netherlands |

**Exhibit 6.17-12**

Claims Related to Current or Former Employee Matters

Unless otherwise released by the Plan, the Debtor expressly reserves all claims, defenses, cross claims, and counterclaims against or related to all current or former employees that are party to or that may in the future become party to any workers' compensation claims or actions, litigation, arbitration, or any other type of adversarial proceeding or dispute resolution proceeding, whether formal or informal, judicial or non-judicial.  There is no schedule to this Exhibit 6.17-12.

**Exhibit 6.17-13**

Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code.

       Except as otherwise provided by the Plan, the Debtor expressly reserves the Causes of Action against or related to all Entities for preferential payments related to any potential avoidance of prepetition transfers under sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code solely with respect to those parties specifically enumerated on this Exhibit 6.17-13. The Debtor expressly waives any potential avoidance of prepetition transfers under sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code with respect to any party not specifically enumerated on this Exhibit 6.17-13.

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| 2100 AMNICOLA HWY HOLDINGS LLC | C/O COMMERCIAL ADVISORS ASSET SVCS<br>5101 WHEELIS DRIVE, STE 320<br>MEMPHIS, TN 38117<br>UNITED STATES |
| 221 RECYCLING CENTER - CHESNEE | 903 SOUTH ALABAMA AVENUE<br>CHESNEE, SC 29323<br>UNITED STATES |
| 5N PLUS FAIRFIELD INC. | 515 COMMERCE DRIVE<br>FAIRFIELD, CT 6825<br>UNITED STATES |
| 5TH STREET AUTO PARTS, INC | 3105 N 5TH ST<br>PHILADELPHIA, PA 19133<br>UNITED STATES |
| A & H FORKLIFT INC. | 8140 ALLPORT AVENUE<br>SANTA FE SPRINGS, CA 90670<br>UNITED STATES |
| A & J AUTOMOTIVE WAREHOUSE INC. | 11980 DIXIE<br>REDFORD, MI 48239<br>UNITED STATES |
| A & R TELECOM  - BELLFLOWER | 9066 ROSECRANS AVE.<br>BELLFLOWER, CA 90706<br>UNITED STATES |
| A B K CONSTRUCTORS INC | 818 GREEN HILLS ROAD<br>BIRDSBORO, PA 19508 8377<br>UNITED STATES |
| A MAX WELDING & IRON WORKS INC | 1508 PERKIOMEN AVE<br>READING, PA 19602<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| A1 ALLOYS/ABC METALS | 724 CIVIC CENTER DR<br>NATIONAL CITY, CA 91950<br>UNITED STATES |
| A-1 RECYCLING - RIVERDALE, CA | 21282 S MARKS AVE<br>RIVERDALE, CA 93656<br>UNITED STATES |
| ABC BATTERY DBA THE BATTERY GUY- | 266 N STATE ST<br>ELGIN, IL 60123<br>UNITED STATES |
| ABC MOBILE RECYCLING | 87 AFTON PKWY<br>PORTSMOUTH, VA 23702<br>UNITED STATES |
| ABC SCRAP METAL | 6449 NORTH FREEWAY<br>HOUSTON, TX 77076<br>UNITED STATES |
| ACCESS TCA INC. - WHITINSVILLE | 1 MAIN STREET<br>WHITINSVILLE, MA 1588<br>UNITED STATES |
| ACCUMA CORPORATION | P.O. BOX 890146<br>CHARLOTTE, NC 28289<br>UNITED STATES |
| ACCUMA SPA | SEDE LEGALE; VIA EUSTACHI 46-20129<br>MILANO,<br>ITALY |
| ACL INC | PO BOX 27901<br>WEST ALLIS, WI 53227<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| ACS HR SOLUTIONS, LLC - PITTSBURGH | BOX 371143<br>C/O MELLON FINANCIAL GROUP<br>PITTSBURGH, PA 15251<br>UNITED STATES |
| ADDENDA CORPORATION - INDIANAPOLIS | 7218 RELIABLE PARKWAY<br>CHICAGO, IL 60686<br>UNITED STATES |
| ADECCO EMPLOYMENT SERVICES | DEPT CH 14091<br>PALATINE, IL 60055 4091<br>UNITED STATES |
| ADT CORPORATION | 1501 YAMATO RD.<br>ATTN: DON MAILLOUX,DIRECTOR COST/REVENUE<br>BOCA RATON, FL 33431<br>UNITED STATES |
| ADVANCE FILTER LLC | 15335 ENDEAVOR DRIVE, SUITE 107<br>NOBLESVILLE, IN 46060<br>UNITED STATES |
| ADVANCED BATTERY SYSTEMS INC-CULVER CITY | 56498 MESMER AVENUE<br>CULVER CITY, CA 90230<br>UNITED STATES |
| ADVANCED INDUSTRIAL RESOURCES LLC | PO BOX 846<br>MARIETTA, GA 30061<br>UNITED STATES |
| ADVANTAGE PERSONNEL INC - BATON ROUGE | PO BOX 40415<br>11224 BOARDWALK DRIVE SUITE E1-1<br>BATON ROUGE, LA 70835<br>UNITED STATES |
| ADVANTAGE POWER BATTERY OF OKLAHOMA | 312 N. ROCKWELL<br>OKLAHOMA CITY, OK 73127<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| AECOM TECHNICAL SERVICE - MECHANICSBURG | 1178 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674<br>UNITED STATES |
| AERC INC. ALLENTOWN (JK) | ACCOUNTS RECEIVABLE<br>3 GOLD MINE RD., SUITE 106<br>FLANDERS, NJ 7836<br>UNITED STATES |
| AERO HOLDINGS INC. | 5711 RESEARCH DR.<br>CANTON, MI 48188<br>UNITED STATES |
| AEROTEK, INC.-ATLANTA | PO BOX 198531<br>ATLANTA, GA 30384 8531<br>UNITED STATES |
| AEROVIRONMENT, INC. | 181 W. HUNTINGTON DRIVE<br>MONROVIA, CA 91016<br>UNITED STATES |
| AHERN RENTALS | PO BOX 271390<br>LAS VEGAS, NV 89127 1390<br>UNITED STATES |
| AIDA DAYTON TECHNOLOGIES CORP | 7660 CENTER POINT 70 BLVD.<br>DAYTON, OH 45424 6365<br>UNITED STATES |
| AIM NATIONALEASE - GIRARD | 1500 TRUMBULL ROAD<br>GIRARD, OH 44420<br>UNITED STATES |
| AIR LIQUIDE AMERICA L.P. - CHICAGO | PO BOX 95198<br>CHICAGO, IL 60694-5198<br>UNITED STATES |

Exide Technologies

RETAINED CAUSES OF ACTION
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
| --- | --- |
| AIR PRODUCTS & CHEMICALS | P.O. BOX 935430<br>ATLANTA, GA 31193 5430<br>UNITED STATES |
| AIRGAS | PO BOX 532609<br>ATLANTA, GA 30353<br>UNITED STATES |
| AIRGAS MID AMERICA, INC. | PO BOX 532609<br>ATLANTA, GA 30353<br>UNITED STATES |
| AIRGAS MID SOUTH INC | PO BOX 676015<br>DALLAS, TX 75267-6015<br>UNITED STATES |
| AIRGAS WEST | PO BOX 7423<br>PASADENA, CA 91109 7423<br>UNITED STATES |
| AIROLDI BROTHERS, INC - OAK CREEK | 6930 S. 6TH STREET<br>OAK CREEK, WI 53154<br>UNITED STATES |
| AK GO GREEN | 7320 SILVERBIRCH<br>ANCHORAGE, AK 99502<br>UNITED STATES |
| AKD PRINSEN VAN WIJMEN NV | PO BOX 4371<br>ROTTERDAM, 3006 AJ<br>NETHERLANDS |
| ALABAMA DEPARTMENT OF REVENUE | P. O. BOX 327780<br>MONTGOMERY, AL 36132<br>UNITED STATES |

Exide Technologies

RETAINED CAUSES OF ACTION
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
| --- | --- |
| ALCO IRON AND METAL | 2140 DAVIS STREET<br>SAN LEANDRO, CA 94577<br>UNITED STATES |
| ALL4 INC. | 2393 KIMBERTON ROAD<br>KIMBERTON, PA 19442<br>UNITED STATES |
| ALLEGHENY TOWING & SALVAGE COMPANY | 475 POPLAR NECK ROAD<br>BIRDSBORO, PA 19508<br>UNITED STATES |
| ALLEGHENY TRUCKING INC | PO BOX 203<br>BIRDSBORO, PA 19508<br>UNITED STATES |
| ALLEGRA PRINT & IMAGING | 859 OAKTON STREET<br>ELK GROVE, IL 60007<br>UNITED STATES |
| ALLIANT INSURANCE SERVICES, INC. | 1120 SANCTUARY PKWY., SUITE 300<br>ALPHARETTA, GA 30009<br>UNITED STATES |
| ALLIED WASTE | PO BOX 9001099<br>LOUISVILLE, KY 40290-1099<br>UNITED STATES |
| ALLMARK DOOR COMPANY, LLC - ASTON | 5 CROZERVILLE ROAD<br>ASTON, PA 19014<br>UNITED STATES |
| ALMEDA AUTO PARTS | 13625 ALMEDA RD<br>HOUSTON, TX 77053<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| ALPHA PACKAGING INCORPORATED | PO BOX 847086<br>DALLAS, TX 75284-7086<br>UNITED STATES |
| ALSTAR RECYCLING - HOUSTON | 10608 ALDINE WESTFIELD RD<br>HOUSTON, TX 77093<br>UNITED STATES |
| ALTA ENVIRONMENTAL/WAS WINFIELD & ASSOC | 3777 LONG BEACH BOULEVARD  ANNEX BLDG<br>LONG BEACH, CA 90807<br>UNITED STATES |
| ALUMINUM & CARBON PLUS, INC | PO BOX 347<br>ANNAPOLIS, MD 21401<br>UNITED STATES |
| AMEC ENVIRONMENT & INFRASTRUCTURE, INC. | 24376 NETWORK PLACE<br>CHICAGO, IL 60673 1376<br>UNITED STATES |
| AMERICAN AUTO SALVAGE & RECYCLING, INC. | 516 S. SHELL ROAD<br>DEBARY, FL 32713<br>UNITED STATES |
| AMERICAN BATTERY CORP-CO SPRINGS | 2342 EAST PLATTE AVENUE<br>COLORADO SPRINGS, CO 80909<br>UNITED STATES |
| AMERICAN BATTERY CORP-PUEBLO | 2516 NORTH FREEWAY<br>PUEBLO, CO 81003<br>UNITED STATES |
| AMERICAN BATTERY XCHANGE | 1010 US HWY 80 E.<br>MESQUITE, TX 75150<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| AMERICAN CRANE & EQUIPMENT CORP. | 531 OLD SWEDE RD<br>DOUGLASSVILLE, PA 19518<br>UNITED STATES |
| AMERICAN ELECTRIC COMPANY | PO BOX 978<br>COLUMBIA, MO 65205<br>UNITED STATES |
| AMERICAN RECYCLING-FORT WORTH | 3717 NORTH COMMERCE<br>FORT WORTH, TX 76106<br>UNITED STATES |
| AMERICAN SECURITY OF GREENVILLE, LLC | DEPT # 298, PO BOX 100199<br>COLUMBIA, SC 29202<br>UNITED STATES |
| AMERICAN STEEL PROCESSING | PO BOX 71<br>CORAOPOLIS, PA 15108<br>UNITED STATES |
| AMERICOLD LOGISTICS LLC - ATLANTA | 10 GLENLAKE PKWY #800 ATTN: R ALEXANDER<br>ATLANTA, GA 30328<br>UNITED STATES |
| AMERIGAS | PO BOX 660288<br>DALLAS, TX 75266 0288<br>UNITED STATES |
| AMERIQUEST MATERIAL HANDLING SERVICES-CO | 457 HADDONFIELD ROAD, SUITE 220<br>CHERRY HILL, NJ 8002<br>UNITED STATES |
| AMETEK-PRESTOLITE POWER & SWITCH-PAOLI | LOCK BOX 8002<br>PO BOX 8500<br>PHILADELPHIA, PA 17178<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| AMETEK-PROCESS ANALYTICAL INSTRUMENTS | 155 FREEPORT ROAD<br>PITTSBURGH, PA 15238<br>UNITED STATES |
| ANDERSON MACHINE & SUPPLY- KANSAS | 111 SOUTH MAIN<br>SMOLAN, KS 67456<br>UNITED STATES |
| ANDREWS CONSULTING GROUP, INC - CHESHIRE | 700 WEST JOHNSON AVE.<br>CHESHIRE, CT 6410<br>UNITED STATES |
| ANTARES ANALYTICAL INC - AMSBURY | 16 MASON CT<br>AMESBURY, MA 1913<br>UNITED STATES |
| ANXEBUSINESS CORP. | PO BOX 77000<br>DEPT. 77007<br>DETROIT, MI 48277<br>UNITED STATES |
| API, INC | 1270 NE DELTA SCHOOL ROAD<br>LEES SUMMIT, MO 64064<br>UNITED STATES |
| APPLEBY | 33 ATHOL STREET<br>DOUGLAS, ISLE OF MAN, IM1 1LB<br>UNITED KINGDOM |
| ARBILL INDUSTRIES INC | PO BOX 820542<br>PHILADELPHIA, PA 19182-0542<br>UNITED STATES |
| ARE BPD MUHLENBERG PARTNERS | PO BOX 4009<br>READING, PA 19606<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| A-RENTAL SERVICE CORPORATION - POB 2375 | PO BOX 2375<br>MUNCIE, IN 47302<br>UNITED STATES |
| ARIZONA BATTERY PRODUCTS, INC. | 3411 E CORONA AVE., SUITE 103<br>PHOENIX, AZ 85040<br>UNITED STATES |
| ARIZONA DEPARTMENT OF REVENUE | SALES TAX<br>P.O. BOX 29010<br>PHOENIX, AZ 85038 9010<br>UNITED STATES |
| ARNEL COMPRESSOR CO | 114 NORTH SUNSET AVENUE<br>INDUSTRY, CA 91744<br>UNITED STATES |
| ARNOLD FAMILY CORONA, LLC, THE | 24332 SANTA CLARA AVE.<br>DANA POINT, CA 92629<br>UNITED STATES |
| ASHTABULA RUBBER COMPANY | PO BOX 398<br>ASHTABULA, OH 44005-0398<br>UNITED STATES |
| ASSET HEALTH, INC. | 2150 BUTTERFIELD DRIVE, SUITE 130<br>TROY, MI 48084<br>UNITED STATES |
| ASSOCIATION OF BATTERY RECYCLERS INC | ROSS JINRIGHT<br>GIBSON & CARDEN, LLC<br>PO BOX 667<br>TROY, AL 36081<br>UNITED STATES |
| ASTRO MACHINE WORKS INC | P O BOX 328<br>EPHRATA, PA 17522<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| AT & T MOBILITY | PO BOX 6463<br>CAROL STREAM, IL 60197<br>UNITED STATES |
| ATLANTA JUNIOR GOLF ASSOCIATION | 1980 SPORTS CLUB DRIVE<br>BRASELTON, GA 30517<br>UNITED STATES |
| ATLAS COPCO COMPRESSORS | 75 REMITTANCE DR,STE 3009<br>CHICAGO, IL 60675<br>UNITED STATES |
| ATLAS LIFT TRUCK | 5050 RIVER ROAD<br>SCHILLER PARK, IL 60176<br>UNITED STATES |
| ATLAS SAN ANTONIO 1, LP | DEPT 1001 PO BOX 650850<br>DALLAS, TX 75265 0850<br>UNITED STATES |
| ATTLIN CONSTRUCTION,INC. | PO BOX 2566<br>MUNCIE, IN 47307<br>UNITED STATES |
| AUL PIPE TUBING & STEEL - LOS ANGLES | 2701 BONNIE BEACH PLACE<br>LOS ANGELES, CA 90058<br>UNITED STATES |
| AUTODESK, INC. | 111 MCINNIS PARKWAY<br>SAN RAFAEL, CA 94903<br>UNITED STATES |
| AUTOMATIONDIRECT.COM INC. | PO BOX 402417<br>ATLANTA, GA 30384<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
| --- | --- |
| AXMEN | 7655 HIGHWAY 10 WEST<br>MISSOULA, MT 59808<br>UNITED STATES |
| B & B AUTO SUPPLY COMPANY | 2140 NW QUIMBY<br>PORTLAND, OR 97210<br>UNITED STATES |
| B C MACDONALD & CO | 1265 RESEARCH BLVD<br>ST LOUISO, MO 63132<br>UNITED STATES |
| B.C.A. EXPRESS CO., LTD | 3794 LIBBEY RD.<br>PERRYSBURG, OH 43551<br>UNITED STATES |
| BAGHOUSE &INDUSTRIAL SHEET METAL SERVICE | 1731 POMONA ROAD<br>CORONA, CA 92880-6963<br>UNITED STATES |
| BAILEY CO INC. | PO BOX 202688<br>DALLAS, TX 75320 2688<br>UNITED STATES |
| BAIRD CORPORATION - ATLANTA | PO BOX 101132<br>ATLANTA, GA 30392<br>UNITED STATES |
| BAKER & DANIELS | 300 N MERIDIAN ST  SUITE 2700<br>INDIANAPOLIS, IN 46204<br>UNITED STATES |
| BARBARA KRENZEL TRUSTEE OF THE KRENZEL | 809 LAS RIENDAS DRIVE<br>FULLERTON, CA 92835<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
| --- | --- |
| BARKER STREET WAREHOUSE - EL DORADO | 3980 JUNCTION CITY HWY.<br>EL DORADO, AR 71730<br>UNITED STATES |
| BARNES GROUP INC,- PALATINE | DEPT CH 14079<br>PALATINE, IL 60055<br>UNITED STATES |
| BARR ENGINEERING CO. | ATTN: ACCOUNTS RECEIVABLE<br>4700 WEST 77TH STEEET<br>MINNEAPOLIS, MN 55437<br>UNITED STATES |
| BARRELSOURCE- KANSAS | 2113 NORTHWOOD<br>SALINA, KS 67401<br>UNITED STATES |
| BATTERIES INC | PO BOX 181<br>REISTERSTOWN, MD 21136<br>UNITED STATES |
| BATTERIES NORTHWEST | 2725 PORTLAND ROAD NE<br>SALEM, OR 97303<br>UNITED STATES |
| BATTERIES U.S.A. INC. | BATTERIES U.S.A. INC<br>ONE INDUSTRIAL ST.<br>SAN FRANCISCO, CA 94124<br>UNITED STATES |
| BATTERIES UNLIMITED | 1129 SOUTH QUINTARD AVE.<br>ANNISTON, AL 36201<br>UNITED STATES |
| BATTERY BUDDY | 3514 ROSSVILLE BLVD.<br>CHATTANOOGA, TN 37407<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
| --- | --- |
| BATTERY CHARGE LLC | 4602 JEFFERSON DAVIS HWY<br>FREDERICKSBURG, VA 22408<br>UNITED STATES |
| BATTERY CONNECTIONS PLUS OF JAX LLC | 5105 PHILLIPS HWY, SUITE 301<br>JACKSONVILLE, FL 32207<br>UNITED STATES |
| BATTERY EMPIRE 2  -  SCHRIEVER | 1945 BULLRUN ROAD<br>SCHRIEVER, LA 70395<br>UNITED STATES |
| BATTERY HANDLING SYSTEMS | DEPT NO 23528<br>PO BOX 790100<br>ST LOUIS, MO 63179-0100<br>UNITED STATES |
| BATTERY LEADER SYSTEMS | 12390 HWY 319 N<br>THOMASVILLE, GA 31757<br>UNITED STATES |
| BATTERY OUTFITTERS. INC - GOLDEN | PO BOX 215<br>GOLDEN, MO 65658<br>UNITED STATES |
| BATTERY POWER - LEESBURG | 101 W. NORTH BLVD. HWY 441<br>LEESBURG, FL 34748<br>UNITED STATES |
| BATTERY RECYCLERS OF AMERICA, LLC | 4316 SOMERVILLE AVE<br>DALLAS, TX 75206<br>UNITED STATES |
| BATTERY RECYCLING COMPANY, THE | PO BOX 1016<br>ARECIBO, 613<br>PUERTO RICO |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| BATTERY SHOP | 10720 CO. RD. 51<br>COLLINSVILLE, AL 35961<br>UNITED STATES |
| BATTERY SHOP, THE | DBA/THE BATTERY SHOP<br>8601 CF HAWN FREEWAY<br>DALLAS, TX 75217<br>UNITED STATES |
| BATTERY SOLUTIONS | 411 INDUSTRIAL ROAD<br>UNIT #12<br>LONDON, ON N5V 3L3<br>CANADA |
| BATTERY SPECIALISTS - OAKLAND | PO BOX 8472<br>EMERYVILLE, CA 94662<br>UNITED STATES |
| BATTERY SQUARE | 936 NE 62ND STREET<br>OAKLAND PARK, FL 33334<br>UNITED STATES |
| BATTERY STATION, THE  - SUN VALLEY | 9013 SUNLAND BLVD.<br>SUN VALLEY, CA 91352<br>UNITED STATES |
| BATTERY SYSTEMS LLC - LONG BEACH | PO BOX 90906<br>LONG BEACH, CA 90809 0906<br>UNITED STATES |
| BATTERY TECH INC. | 10727 BIRCH CT.<br>THORNTON, CO 80233<br>UNITED STATES |
| BATTERY TERMINAL, INC., THE | 3836 WINCHESTER<br>ASHLAND, KY 41101<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| BATTERY TREE INC. | 1309 SOUTH PARK DR. <br> PO BOX 427 <br> KERNERSVILLE, NC 27284 <br> UNITED STATES |
| BATTERY USA | 1840 S. COMBEE ROAD <br> LAKELAND, FL 33801 <br> UNITED STATES |
| BATTERY USA | 1840 SOUTH COMBEE ROAD <br> LAKELAND, FL 33801 <br> UNITED STATES |
| BATTERY USA | 524 MID FLORIDA DRIVE <br> ORLANDO, FL 32824 <br> UNITED STATES |
| BATTERY USA | 6620 19TH ST. E, UNIT 112 <br> SARASOTA, FL 34243 <br> UNITED STATES |
| BATTLIFE | 740 S DEERFIELD AVE <br> DEERFIELD, FL 33441 <br> UNITED STATES |
| BDC, INC.  - HAZELWOOD | 436 ANGLUM ROAD <br> HAZELWOOD, MO 63042 <br> UNITED STATES |
| BELCAN SERVICES GROUP LTD. PARTNERSHIP | LOCK BOX 771428, 1428 SOLUTIONS CENTER <br> CHICAGO, IL 60677 1004 <br> UNITED STATES |
| BELL PROCESSING INC | PO BOX 2604 <br> WICHITA FALLS, TX 76307 <br> UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| BENEVA GROUP,THE | MANAGEMENT RECRUITERS OF SARASOTA<br>7202 BENEVA ROAD<br>SARASOTA, FL 34238<br>UNITED STATES |
| BENNING POWER ELECTRONICS, INC. | 1220 PRESIDENTIAL DRIVE<br>SUITE 100<br>RICHARDSON, TX 75081 2435<br>UNITED STATES |
| BENNINGTON OIL CO., INC  - MINNEAPOLIS | 108 W 2ND<br>MINNEAPOLIS, KS 67467<br>UNITED STATES |
| BEN'S GLOBAL RECYCLING INC. | 368C SOUTH BLUFF CITY BLVD<br>ELGIN, IL 60120<br>UNITED STATES |
| BENSON ROAD PROPERTIES | 2709 S 4TH AVE<br>SIOUX FALLS, SD 57105<br>UNITED STATES |
| BENTLEY TRUCK SERVICES | 307 HERON DRIVE<br>LOGAN TWP., NJ 8085<br>UNITED STATES |
| BERNVILLE QUALITY FUELS, INC-READING | P.O.BOX 10818<br>ALBANY, NY 12201<br>UNITED STATES |
| BERTELKAMP AUTOMATION INC | P O BOX 11488<br>KNOXVILLE, TN 37939-1488<br>UNITED STATES |
| BEST RECYCLING SERVICE, INC | 5835 PLUNKETT ST<br>HOLLYWOOD, FL 33023<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| BFR BATTERY SEPARATOR CO., LTD. | BAODING FENGFAN RISING BATTERY SEPARATOR CO., LTD. 299, LONGXING WEST ROAD BAODING, HEBEI CHINA |
| BHA GROUP, INC. - CHICAGO | 13490 COLLECTIONS CENTER DR. CHICAGO, IL 60693 UNITED STATES |
| BILLTRUST - HAMILTON | 100 AMERICAN METRO BOULEVARD, SUITE 150 HAMILTON, NJ 08619 2319 UNITED STATES |
| BITRODE CORPORATION | 1642 MANUFACTURER'S DRIVE FENTON, MO 63026 UNITED STATES |
| BJERKAN & CO | 9074 PARKHILL PO BOX 15224 SHAWNEE MISSION, KS 66285 UNITED STATES |
| BLACK HILLS ENERGY | PO BOX 6001 RAPID CITY, SD 57709 6001 UNITED STATES |
| BLACKLINE SYSTEMS INC. | DEPT. LA 23816 PASADENA, CA 91185 3816 UNITED STATES |
| BLADT, DON | 104 KNOLL TOP MANOR - SUMMIT BY THE LAKE SCRANTON, PA 18505 UNITED STATES |
| BLAKE ALEXANDER RACING LLC/WAS ALEXANDER | 316 CRAFTS FORD CT. WIRTZ, VA 24184 UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| B-LINE FILTER & SUPPLY, INC. | 1509 W 2ND<br>ODESSA, TX 79763<br>UNITED STATES |
| BLUFF CITY METAL RECYCLING | 980 BLUFF CITY BLVD<br>ELGIN, IL 60120<br>UNITED STATES |
| BOHNHOFF LUMBER COMPANY | 3411 EAST 26TH STREET<br>LOS ANGELES, CA 90023<br>UNITED STATES |
| BONELLI EREDE PAPPALARDO | VIA BAROZZI,1<br>MILANO, 20122<br>ITALY |
| BOSCHERT EQUIPMENT CO- NORTH KANSAS CITY | PO BOX 34793<br>1986 LINN STREET<br>NORTH KANSAS CITY, MO 64116<br>UNITED STATES |
| BOSTON CORE SUPPLY INC | 273LENOX STREET<br>NORWOOD, MA 2062<br>UNITED STATES |
| BRANDENBURG INDUSTRIAL SERVICE CO | 501 WEST LAKE STREET - SUITE 104<br>ELMHURST, IL 60126-1419<br>UNITED STATES |
| BRASS EXCHANGE, THE LLC | 189 COBB PARKWAY NORTH, SUITE A-8<br>MARIETTA, GA 30062<br>UNITED STATES |
| BRE IPH | C/O BRE/US INDUSTRIAL PROPERTIES LLC<br>LOCKBOX 774735<br>4735 SOLUTIONS CENTER<br>CHICAGO, IL 60677 4007<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| BREHOB CORPORATION | PO BOX 2023<br>INDIANAPOLIS, IN 46206 2023<br>UNITED STATES |
| BRENNER RECYCLING | 282 SOUTH WYOMING STREET<br>HAZLETON, PA 18201<br>UNITED STATES |
| BRENNTAG NORTHEAST INC | P O BOX 62111<br>BALTIMORE, MD 21264<br>UNITED STATES |
| BRENT ASTON | 22210 TEHAMA RD<br>APPLE VALLEY, CA 92308<br>UNITED STATES |
| BRENTWOOD INDUSTRIES,INC | 610 MORGANTOWN ROAD (19611)<br>P. O. BOX 605<br>READING, PA 19603<br>UNITED STATES |
| BRETT DERR - FOREST CITY | 27079 HWY 111<br>FOREST CITY, MO 64451<br>UNITED STATES |
| BRIDGEPORT IRON AND METAL | PO BOX 308<br>BRIDGEPORT, TX 76426<br>UNITED STATES |
| BRIOHN LEASING CO | 3885 N BROOKFIELD RD,STE 200<br>BROOKFIELD, WI 53045<br>UNITED STATES |
| BROWN ENGINEERING CO | PO BOX 14355<br>READING, PA 19612<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
| --- | --- |
| BROWN INDUSTRIES INC | P.O. BOX 2143<br>DALTON, GA 30722 2143<br>UNITED STATES |
| BROWN TRUCK LEASING CORP - DES MOINES | 2525 E. EUCLID AVE., STE 214<br>DES MOINES, IA 50317<br>UNITED STATES |
| BRUCE & BOY'S ENTERPRISE | 2208 PACIFIC HWY. E.<br>TACOMA, WA 98424<br>UNITED STATES |
| BRYAN CAVE LLP | PO BOX 503089<br>ST LOUIS, MO 63150 3089<br>UNITED STATES |
| BUDGET BATTERIES | 7900 PACIFIC HWY EAST<br>MILTON, WA 98354<br>UNITED STATES |
| BUDGET BATTERY EXCHANGE - KANSAS CITY | 2422 S 51 STREET<br>KANSAS CITY, KS 66106<br>UNITED STATES |
| BUFFALO MATERIAL HANDLING CORP. | 125 TAYLOR DRIVE<br>DEPEW, NY 14043<br>UNITED STATES |
| BUGLE FORKLIFT SALES & RENTALS LTD. | 105, 4919-72 AVE. S.E.<br>CALGARY, AB T2C 3H3<br>CANADA |
| BURKHART REFRACTORY INSTL INC | 301 BEAGLE ROAD<br>BETHEL, PA 19507<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| BUTLER TOOL INC. | P.O. BOX 71302<br>CHICAGO, IL 60694 1302<br>UNITED STATES |
| BUTTS, ROBERT & PATRICIA | 5 PINEWOOD DRIVE<br>LAFLIN, PA 18702<br>UNITED STATES |
| BUZZ OATES EL PASO LLC | 8615 ELDER CREEK RD, STE 200<br>SACRAMENTO, CA 95828<br>UNITED STATES |
| BUZZI UNICEM USA-CHICAGO | 15293 COLLECTIONS CENTER DR.<br>CHICAGO, IL 60693<br>UNITED STATES |
| C & M RECYCLING - N. CHICAGO | 1600 MORROW AVE.<br>NORTH CHICAGO, IL 60064<br>UNITED STATES |
| C & W LEASING CORP  -  ABILENE | PO BOX 929<br>ABILENE, TX 79604<br>UNITED STATES |
| C H ROBINSON INTERNATIONAL | PO BOX 9121<br>MINNEAPOLIS, MN 55480 9121<br>UNITED STATES |
| C&S WHOLESALE GROCERS, INC. | ATTN:TODD RAYMOND FACILITIES MAINTENANCE<br>7 CORPORATE DRIVE<br>KEENE, NH 3431<br>UNITED STATES |
| C.B.M. TRADING, INC. | 601 AYERS PROGRESS DRIVE<br>WILTON, IA 52778<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| CAL SCIENCE ENVIRONMENTAL | 19433 E. WALNUT DRIVE SOUTH<br>CITY OF INDUSTRY, CA 91748 2316<br>UNITED STATES |
| CAL-CRAFT DESIGN INT-SAN BERNARDINO | 1615 RIVERVIEW DR., STE A<br>SAN BERNARDINO, CA 92408<br>UNITED STATES |
| CALICO PRECISION MOLDING | PO BOX 8006<br>FORT WAYNE, IN 46898<br>UNITED STATES |
| CALIFORNIA NEWSPAPER SERVICE BUREAU | PO BOX 54026<br>LOS ANGELES, CA 90054 0026<br>UNITED STATES |
| CALIFORNIA STATE BOARD OF EQUALIZATION | PO BOX 942879<br>SACRAMENTO, CA 94291-8012<br>UNITED STATES |
| CALLABRESI HEATING COOLING | AIR SYSTEM CLEANING<br>1311 ARMORY RD<br>SALINA, KS 67401<br>UNITED STATES |
| CAL-WEST EXPRESS CO.,LTD | 17923 S. SANTA FE AVE.<br>RANCHO DOMINGUEZ, CA 90221<br>UNITED STATES |
| CANMAN RECYCLING, INC. | 614 STANFIELD AVE.<br>CHEYENNE, WY 82007<br>UNITED STATES |
| CANNON LOAD BANKS - PALMETTO | 502 PARK STREET<br>PALMETTO, GA 30268<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| CAPE FEAR PICK-N-PULL | P.O. BOX 2139<br>WILMINGTON, NC 28402<br>UNITED STATES |
| CAPITAL CONTRACTORS, INC - HUNTINGTON ST | 25049 NETWORK PLACE<br>CHICAGO, IL 60673 1250<br>UNITED STATES |
| CAPITAL SCRAP METAL | 1410 SOUTH POWERLINE RD.<br>DEERFIELD BEACH, FL 33442<br>UNITED STATES |
| CAPLUGS | 3012 MOMENTUM PLACE<br>CHICAGO, IL 60689 5330<br>UNITED STATES |
| CAPP INC | PO BOX 127<br>CLIFTON HEIGHTS, PA 19018-0127<br>UNITED STATES |
| CARCO RENTALS, INC - FORT SMITH | 2905 NORTH 32ND STREET<br>FORT SMITH, AR 72904<br>UNITED STATES |
| CARDLOCK FUELS | PO BOX 14014<br>ORANGE, CA 92863-4014<br>UNITED STATES |
| CARLSON TOOL & MANUFACTURING | WEST 57 N14386 DOERR WAY<br>PO BOX 85<br>CEDARBURG, WI 53012<br>UNITED STATES |
| CARMEUSE LIME | PO BOX 712604-DEPT 1<br>CINCINNATI, OH 45271<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| CAROLINA COMMERICAL HOLDINGS | PO BOX 188, ATTN: GENE WARR<br>LAMAR, SC 29069<br>UNITED STATES |
| CASCADES ENVIROPAC TORONTO | 1925 WILLIAMS PARKWY, UNIT 1 & 2<br>DIVISON OF CASCADES CANADA INC<br>BRAMPTON, ON L6S 2M3<br>CANADA |
| CASH FLOW ENHANCEMENT GROUP SOUTH, INC | 5490 MCGINNIS FERRY RD, STE 220<br>ALPHARETTA, GA 30005<br>UNITED STATES |
| CASHBOOK LIMITED  -  IRELAND | SAI HOUSE<br>NATIONAL TECHNOLOGY PARK<br>LIMERICK<br>IRELAND |
| CASTREN & SNELLMAN ATTORNEYS LTD. | PO BOX 233, (ETELAESPLANADI 14)<br>HELSINKI, FI 00131<br>FINLAND |
| CBH TRUCKING INC | 5615 US HWY 64<br>FARMINGTON, NM 87401<br>UNITED STATES |
| CCA FINANCIAL, LLC | PO BOX 758760<br>BALTIMORE, MD 21275 8760<br>UNITED STATES |
| CED | PO BOX 2259<br>SHAWNEE MISSION, KS 66202<br>UNITED STATES |
| CEDERQUIST | PO BOX 160 SE-111<br>STOCKHOLM, 111 96<br>SWEDEN |

Exide Technologies

RETAINED CAUSES OF ACTION
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| CELL GROUP | 483 CALLE ALGAROBO,URB.CIUDAD JARDIN #3<br>TOA ALTA, PR 953<br>UNITED STATES |
| CEMTEK ENVIRONMENTAL, INC-SANTA ANA | 3041 S. ORANGE AVENUE<br>SANTA ANA, CA 92707<br>UNITED STATES |
| CENTRAL INDUSTRIAL CONTRACTORS, INC-MAIO | 1000 N. PARK AVE.<br>MARION, IN 46952<br>UNITED STATES |
| CENTRAL POWER SYSTEMS & SERVICES INC. | 9200 LIBERTY DRIVE<br>LIBERTY, MO 64068<br>UNITED STATES |
| CENTRAL TRANSPORTATION SYSTEMS | 4105 RIO BRAVO, SUITE 100<br>EL PASO, TX 79902<br>UNITED STATES |
| CENTRIFUGAL CASTING CO | 136 E WALKER STREET<br>MILWAUKEE, WI 53204<br>UNITED STATES |
| CENTURY FASTENERS CORP - ELMHURST | 50-20 IRELAND ST.<br>ELMHURST, NY 11373<br>UNITED STATES |
| CERNEJOVA & HRBEK | KYCERSKEHO 7<br>BRATISLAVA<br>SLAVIK REPUBLIC, 81105 |
| CHAMPION CHISEL WORKS, INC - ROCK FALLS | 804 EAST 18TH STREET<br>ROCK FALLS, IL 61071<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
| --- | --- |
| CHEM STATION SOUTHEAST   - COLUMBUS | 3151 WILLIAMS ROAD<br>COLUMBUS, GA 31909<br>UNITED STATES |
| CHEM-AQUA  - DALLAS | 23261 NETWORK PLACE<br>CHICAGO, IL 60673<br>UNITED STATES |
| CHEMETALL US, INC - OAKITE PRODUCTS INC | 22040 NETWORK PLACE<br>CHICAGO, IL 60673<br>UNITED STATES |
| CHEMICAL WASTEMANAGEMENT-DALLAS | PO BOX 660345<br>DALLAS, TX 75266<br>UNITED STATES |
| CHEM-LAB INCORPORATED | 4302 WHEELER AVENUE<br>FORT SMITH, AR 72901<br>UNITED STATES |
| CHEMTRON CORP- ST CHARLES | 3500 HARRY S TRUMAN BLVD.<br>SAINT CHARLES, MO 63301<br>UNITED STATES |
| CHRISTOPHER D. TOWNSEND | 2661 LAURETCREST STREET<br>MEMPHIS, TN 38133<br>UNITED STATES |
| CIGNA | DEPT LA 21011<br>PASADENA, CA 91185-1011<br>UNITED STATES |
| CIGNA HEALTHCARE INC | PO BOX 644546<br>PITTSBURGH, PA 644546<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| CIMCO RESOURCES, INC | PO BOX 15427<br>LOVES PARK, IL 61132<br>UNITED STATES |
| CIT KENWORTH | 702 THOMAS DRIVE<br>BENSENVILLE, IL 60106<br>UNITED STATES |
| CIT KENWORTH CHICAGO | 4040 MOUND ROAD<br>JOLIET, IL 60436<br>UNITED STATES |
| CIT-CHICAGO | 8300 SPRINGLAKE DR<br>MOKENA, IL 60448<br>UNITED STATES |
| CITY BEVERAGE - CHICAGO | 4841 S CALIFORNIA AVE<br>CHICAGO, IL 60632<br>UNITED STATES |
| CITY OF FRISCO | CITY OF FRISCO<br>P.O. BOX 1100,6891 MAIN STREET<br>FRISCO, TX 75034<br>UNITED STATES |
| CITY RECYCLING | 836 N PRESTON ST<br>SAN BERNARDINO, CA 92410<br>UNITED STATES |
| CK KLEIN MACFARLANE, LTD - CHARLOTTE | PO BOX 60233<br>CHARLOTTE, NC 28260<br>UNITED STATES |
| CLARK'S TOOL - CLAYCOMO | 74 E 69 HIGHWAY<br>KANSAS CITY, MO 64119<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| CLEVELAND CORPORATION | 400 N. GREEN BAY ROAD<br>ZION, IL 60099<br>UNITED STATES |
| CLINTON COUNTY TREASURER | 220 COURT HOUSE SQUARE<br>FRANKFORT, IN 46041<br>UNITED STATES |
| CLOUDTRIGGER LLC | 760 GARDEN VIEW COURT  SUITE 220<br>ENCINITAS, CA 92024<br>UNITED STATES |
| CLUB CAR | PO BOX 204658<br>AUGUSTA, GA 30917<br>UNITED STATES |
| CLUB CAR | 4840 MARK IV PARKWAY<br>FORT WORTH, TX 76106<br>UNITED STATES |
| CLUB CAR | 72 GRAYS BRIDGE ROAD<br>BROOKFIELD, CT 6804<br>UNITED STATES |
| CLUB CAR | 2220 RAILROAD<br>CORONA, CA 92880<br>UNITED STATES |
| CLUB CAR | 2220 RAILROAD<br>CORONA, CA 92880<br>UNITED STATES |
| CLUB CAR INC | 3375 ALL AMERICAN BLVD<br>ORLANDO, FL 32810<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| CMB NETWORK LLC | 3085 FOUNTAINSIDE DRIVE SUITE # 210<br>GERMANTOWN, TN 38138<br>UNITED STATES |
| CMI INTERNATIONAL, INC - ALPHARETTA | 4080 MCGINNIS FERRY RD, STE 304<br>ALPHARETTA, GA 30005<br>UNITED STATES |
| CMP  - MANCHESTER | UNIT 2 PISCES<br>MOSLEY ROAD<br>TRAFORD PARK<br>MANCHESTER, M17 1PF<br>UNITED KINGDOM |
| CMRS-TMS | PO BOX 7247-0217<br>PHILADELPHIA, PA 19170-0217<br>UNITED STATES |
| COLE PARMER INSTRUMENT | 13927 COLLECTIONS CENTER DR.<br>CHICAGO, IL 60693<br>UNITED STATES |
| COLLIERS ARNOLD COMMERCIAL REAL ESTATE | C/O COLLIERS ARNOLD CLEARWATER<br>311 PARK PLACE BLVD - SUITE 600<br>CLEARWATER, FL 33759<br>UNITED STATES |
| COLORADO DEPT OF REVENUE | TAXPAYER SERVICE DIVISION<br>1375 SHERMAN STREET<br>DENVER, CO 80261-0013<br>UNITED STATES |
| COLUMBIAN CHEMICALS COMPANY | 1800 WEST OAK COMMONS COURT<br>MARIETTA, GA 30062<br>UNITED STATES |
| COLUMBUS AUTO SHREDDING, INC - COLUMBUS | 2181 ALUM CREEK DRIVE<br>COLUMBUS, OH 43207<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| COLUMBUS LIFT SERVICE INC | 2815 HARLEY CT<br>COLUMBUS, GA 31909<br>UNITED STATES |
| COMMERCIAL METALS COMPANY-DALLAS | 6565 N MACARTHER<br>ATTN: MICHELLE<br>IRVING, TX 75039<br>UNITED STATES |
| COMPLETE PACKAGING SYSTEMS INC. | 1375 HOPKINS STREET<br>WHITBY, ON L1N 2C2<br>UNITED STATES |
| COMPLETE POWER SYSTEMS INC | 164 COMMERCE DRIVE<br>HENDERSENVILLE, TN 37075<br>UNITED STATES |
| COMPTROLLER OF THE TREASURY | REVENUE ADMINISTRATION DIVISION<br>PO BOX 17405<br>BALTIMORE, MD 21297-1405<br>UNITED STATES |
| COMPUTER ATLANTA, INC - ALPHARETTA | 8196 INDUSTRIAL PLACE<br>ALPHARETTA, GA 30004<br>UNITED STATES |
| CONLEY EQUIPMENT COMPANY, LLC | P.O.BOX 5528 ATTN: KRIS ALBRIGHT<br>DENVER, CO 80217<br>UNITED STATES |
| CONSOLIDATED CONTAINER COMPANY LLC. | PO BOX 1575  #104<br>MINNEAPOLIS, MN 55480 1575<br>UNITED STATES |
| CONSOLIDATED ELECTRICAL | PO BOX 2259<br>SHAWNEE MISSION, KS 66201<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| CONTEC SYSTEMS INDUSTRIAL CORP-POTTSTOWN | 1566 MEDICAL DRIVE, STE 310<br>POTTSTOWN, PA 19464<br>UNITED STATES |
| CONWAY BEAM LEASING, INC - ROCHESTER | 2674 WEST HENRIETTA ROAD<br>ROCHESTER, NY 14623<br>UNITED STATES |
| COOPER ELECTRIC SUPPLY CO. INC. | 1 MATRIX DRIVE<br>MONROE, NJ 8831<br>UNITED STATES |
| CORD SPECIALTIES - FRANKLIN PK | 10632 W GRAND AVE<br>FRANKLIN PARK, IL 60131<br>UNITED STATES |
| CORPTAX  INC  -  DEERFIELD | 1751 LAKE COOK ROAD, STE 100<br>DEERFIELD, IL 60015<br>UNITED STATES |
| COTTONWOOD ELECTRIC CART SRV.INC | 800 EL CAJON BLVD<br>EL CAJON, CA 92020<br>UNITED STATES |
| COUNTY SANITATION OF LOS ANGELES COUNTY | PO BOX 4998<br>1955 WORKMAN MILL ROAD<br>WHITTIER, CA 90607-4998<br>UNITED STATES |
| COX AIR SYSTEMS | 127 WILBUR PARRISH CIR<br>BELTON, MO 64012<br>UNITED STATES |
| CRAIG MILLER | 121 FAIRVIEW STREET<br>ARLINGTON, TX 76010<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| CRAIG WELDING SUPPLY CO - LOS ANGELES | 5670 SANTA FE AVE.<br>LOS ANGELES, CA 90058<br>UNITED STATES |
| CRITICAL POWER SERVICES  - CHARLOTTE | 4732 LEBANON RD, STE C<br>CHARLOTTE, NC 28227<br>UNITED STATES |
| CROWN CREDIT COMPANY-CINCINCATI | PO BOX 640352<br>CINCINNATI, OH 45264-0352<br>UNITED STATES |
| CROWN LIFT TRUCKS - DULUTH | 3060 PREMIERE PKWY.<br>DULUTH, GA 30097<br>UNITED STATES |
| CROWN LIFT TRUCKS - NEW BREMEN | 8220 TYNER ROAD<br>COLFAX, NC 27235<br>UNITED STATES |
| CROWN LIFT TRUCKS - TAMPA | 4683 OAK FAIR BLVD.<br>TAMPA, FL 33610<br>UNITED STATES |
| CRP HOLDINGS A., L.P. - CHICAGO | PLATTE VALLEY PORTFOLIO LOCKBOX<br>88264 EXPEDITE WAY<br>CHICAGO, IL 60695<br>UNITED STATES |
| CT CORPORATION SYSTEM -ARI | PO BOX 4349<br>CAROL STREAM, IL 60197-4349<br>UNITED STATES |
| CTS   WAS/CERIDIAN CORPORATION | 13839 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| CUATRECASAS GONCALVES PEREIRA S.L.P. | ALMAGRO, 9<br>MADRID, 28010<br>SPAIN |
| CULLUM & BROWN OF WICHITA INC | 3717 N RIDGEWOOD STREET<br>WICHITA, KS 67220<br>UNITED STATES |
| CUNNINGHAM BROTHERS USED AUTO PARTS | 10980 WARDS ROAD<br>RUSTUBERG, VA 24588<br>UNITED STATES |
| CYCLONAIRE CORP | P O BOX 366<br>YORK, NE 68467<br>UNITED STATES |
| D & D PARTNERSHIP | 612 OAKDALE DRIVE<br>ALEXANDER, AR 72002<br>UNITED STATES |
| D & L WATER CONTROL, INC - CANTON | 7534 BARON DR.<br>CANTON, MI 48187<br>UNITED STATES |
| DAILY PRINTING, INC. | 2333 NIAGARA LANE<br>PLYMOUTH, MN 55447<br>UNITED STATES |
| DAKOTA DISTRIBUTING, LP - FT WORTH | PO BOX 171523<br>ARLINGTON, TX 76003<br>UNITED STATES |
| DALTON & CO | 1901 W.KILGORE AVE.<br>MUNCIE, IN 47304<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| DANA ELLIS | 245 BERMUDA DRIVE<br>PEARL, MS 39208<br>UNITED STATES |
| DARAMIC INCORPORATED | 5525 US 60 EAST<br>OWENSBORO, KY 42303<br>UNITED STATES |
| DARAMIC SAS - SELESTAT FRANCE | 25, RUE WESTRICH<br>BP90149<br>SELESTAT, 67603<br>FRANCE |
| DARR EQUIPMENT COMPANY | P O BOX 975053<br>DALLAS, TX 75397<br>UNITED STATES |
| DATA SYSTEMS INTERNATIONAL | PO BOX 504138<br>ST. LOUIS, MO 63150 4138<br>UNITED STATES |
| DATA2LOGISTICS, LLC | PO BOX 57656<br>STATION A<br>TORONTO, ON M5W 5M5<br>CANADA |
| DATA2LOGISTICS, LLC-CORPAY | PO BOX 60083<br>FT. MYERS, FL 33906<br>UNITED STATES |
| DAVID J. HAY | 54 CLIMBING RIDGE ROAD<br>NEW PALTZ, NY 12561<br>UNITED STATES |
| DEAN FOODS | 2711 NORTH HASKELL AVENUE<br>SUITE 3400<br>ATTN: FRANCK IRENEE<br>DALLAS, TX 75204<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| DELAWARE COUNTY CLERK | 100 W MAIN ST<br>MUNCIE, IN 47305<br>UNITED STATES |
| DELAWARE COUNTY MEMORIAL HOSPITAL | 709 W. MAIN STREET<br>PO BOX 359<br>MANCHESTER, IA 52057<br>UNITED STATES |
| DELAWARE SECRETARY OF STATE | DELAWARE DIVISION OF CORPORATIONS<br>PO BOX 11728<br>NEWARK, NJ 7101<br>UNITED STATES |
| DELL COMPUTER | PO BOX 534118<br>ATLANTA, GA 30353<br>UNITED STATES |
| DELOITTE FINANCIAL ADVISORY SERVICES,LLP | PO BOX 2062<br>CAROL STREAM, IL 60132<br>UNITED STATES |
| DELRAY SCRAP RECYCLING LLC | 1240 TANGELO TERRACE<br>DELRAY BEACH, FL 33444<br>UNITED STATES |
| DEPARTMENT OF TOXIC SUBSTANCES | PO BOX 806<br>SACRAMENTO, CA 95812-0806<br>UNITED STATES |
| DIERSEN DESIGNS, LLC | 3875 THE ASCENT NE<br>ATLANTA, GA 30319<br>UNITED STATES |
| DIVERSIFOAM PRODUCTS | PO BOX 1450<br>NW 8486<br>MINNEAPOLIS, MN 55485 8486<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| DLA DISPOSITION SERVICES | NATIONAL SALES OFFICE<br>74 NORTH WASHINGTON<br>BATTLE CREEK, MI 49037 3092<br>UNITED STATES |
| DLA PIPER (FORMERLY PHILLIPS FOX) | PO BOX 4301PP<br>MELBOURNE, 3001<br>AUSTRALIA |
| DMI REALTY OF MUNCIE LLC - WINCHESTER | 990 INDUSTRIAL PARK DRIVE<br>WINCHESTER, IN 47394<br>UNITED STATES |
| DON & WALT LLC - MANCHESTER | 1201E MAIN ST, STE A<br>MANCHESTER, IA 52057<br>UNITED STATES |
| DP METALS | 3339 LYNN CAMP ROAD<br>PALESTINE, WV 26160<br>UNITED STATES |
| DRUMCO INC-MIDDLESEX | 610-D LINCOLN BOULEVARD<br>MIDDLESEX, NJ 8846<br>UNITED STATES |
| DTC COMPUTER SUPPLIES - RANCHO CUCAMONGA | 9033 9TH STREET<br>RANCHO CUCAMONGA, CA 91730<br>UNITED STATES |
| DUNLAP GROUP | 231 CHERRY AVENUE  SUITE 202<br>AUBURN, CA 95603<br>UNITED STATES |
| DUPAGE LIGHTING SERVICE & REPAIR INC | 440 SOUTH MCLEAN BLVD<br>SUITE 100<br>ELGIN, IL 60123<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| DYNAFORM TECHNOLOGIES INC | 1862D TOLLGATE ROAD<br>PALM INDUSTRIAL CENTER<br>PALM, PA 18070<br>UNITED STATES |
| E RANDOLPH STREET PROPERTY LLC | 5391 VIA VICENTE<br>YORBA LINDA, CA 92887<br>UNITED STATES |
| E2 ENVIRONMENTAL INC-ENGLAND GEOSYSTEM | 15375 BARRANCA PARKWAY<br>SUITE F-106<br>IRVINE, CA 92618<br>UNITED STATES |
| EAGLE OXIDE SERVICES | 5605 WEST 74TH STREET<br>INDIANAPOLIS, IN 46278<br>UNITED STATES |
| EAST GROUP PROPERTIES L.P. | PO BOX 676488<br>DALLAS, TX 75267<br>UNITED STATES |
| EASTERN LIFT TRUCK | PO BOX 307<br>MAPLE SHADE, NJ 8052<br>UNITED STATES |
| EASTERN METAL SUPPLY INC. | 3600 23RD AVENUE S.<br>LAKE WORTH, FL 33461<br>UNITED STATES |
| EDGEWATER CONSULTING INC. | 9350 EDGEWATER DRIVE<br>GAINESVILLE, GA 30506<br>UNITED STATES |
| EDGEWOOD OIL COMPANY | 1605 230TH STREET<br>MANCHESTER, IA 52057<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| EDWARD PERRY | PO BOX 400466<br>HESPERIA, CA 92340<br>UNITED STATES |
| EDWARDS CHEMICAL INC. | PO BOX 488<br>1504 ROSEPORT RD.<br>ELWOOD, KS 66024 0488<br>UNITED STATES |
| EKCO METALS | 2777 EAST WASHINGTON BLVD.<br>LOS ANGELES, CA 90023<br>UNITED STATES |
| ELECTRIC CONVERSIONS | 515 N. 1OTH STREET<br>SACRAMENTO, CA 95811<br>UNITED STATES |
| ELGIN RECYCLING INC. | 46 EAST END DRIVE<br>GILBERTS, IL 60136<br>UNITED STATES |
| ELK ENVIRONMENTAL SERVICES-READING | 1420 CLARION STREET<br>READING, PA 19601<br>UNITED STATES |
| ELLIS BATTERY SPECIALIST, LLC | 6764 HWY 67<br>FREDERICKTOWN, MO 63645<br>UNITED STATES |
| ENERGY PRODUCTS | 6550 SIMS ROAD<br>STERLING HEIGHTS, MI 48313<br>UNITED STATES |
| ENGINEERED EQUIPMENT CO OF AK | 11190 INDUSTRY WAY UNIT M12<br>ANCHORAGE, AK 99515<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| ENGINEERED PLASTIC PRODUCTS | PO BOX 196<br>269 MERCER STREET<br>STIRLING, NJ 7980<br>UNITED STATES |
| ENGINEERED REFRACTORY SHAPES & SERVICE | PO BOX 341<br>PENDLETON, IN 46064<br>UNITED STATES |
| ENGLEWOOD PLAZA SOUTH, LTD-MIDDLEBURG HE | C/O HARSAX MGMT  6908 ENGLE RD, UNIT D<br>MIDDLEBURG HEIGHTS, OH 44130<br>UNITED STATES |
| EN-RANGE, INC. | 3310 NW 29TH STREET<br>MIAMI, FL 33142<br>UNITED STATES |
| ENTERGY | PO BOX 8103<br>BATON ROUGE, LA 70891<br>UNITED STATES |
| ENTERGY | PO BOX 8105<br>BATON ROUGE, LA 70891<br>UNITED STATES |
| ENVIRONMENTAL GEOSYNTHETICS, INC | PO BOX 221<br>TELFORD, PA 18969<br>UNITED STATES |
| ENVIRONMENTAL MANAGEMENT & ENG SOLUTIONS | PO BOX 22245<br>CHARLESTON, SC 29413<br>UNITED STATES |
| EQUIPMENT DEPOT | P O BOX 209004<br>DALLAS, TX 7532097 9004<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
| --- | --- |
| ESCA TECH - MILWAUKEE | 3747 NORTH BOOTH STREET<br>MILWAUKEE, WI 53212<br>UNITED STATES |
| E-STRUCTURES, INC  -  ELKRIDGE | 7575 WASHINGTON BOULVARD<br>ELKRIDGE, MD 21075<br>UNITED STATES |
| ETAK SYSTEMS INC - CHARLOTTE | 4045 PERIMETER WEST DR,STE 600<br>CHARLOTTE, NC 28214<br>UNITED STATES |
| EXPRESS EMPLOYMENT PROFESS | P.O. BOX 844277<br>LOS ANGELES, CA 90084 4277<br>UNITED STATES |
| EXPRESS RECYCLING SOLUTIONS - WIS. RAPID | 920 1ST AVENUE S<br>WISCONSIN RAPIDS, WI 54495<br>UNITED STATES |
| EXPRESS SERVICES INC. | PO BOX 841634<br>DALLAS, TX 75284<br>UNITED STATES |
| EXPRESS SERVICES, INC. | PO BOX 535434<br>ATLANTA, GA 30353 5434<br>UNITED STATES |
| E-Z MONEY RECYCLING, LLC | 1234 S 7TH ST<br>PHOENIX, AZ 85034<br>UNITED STATES |
| E-Z RED COMPANY | 8 LEONARD WAY<br>PO BOX 80<br>DEPOSIT, NY 13754<br>UNITED STATES |

Exide Technologies

RETAINED CAUSES OF ACTION
Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code

| THIRD PARTY | ADDRESS |
|---|---|
| F. H. W. ENTERPRISES, INC. | 9741 JENSEN DRIVE<br>HOUSTON, TX 77093<br>UNITED STATES |
| FARMER MOLD & MACHINE WORKS | 3101 46TH AVE NORTH<br>ST PETERSBURG, FL 33714<br>UNITED STATES |
| FARR INDUSTRIAL LLC | ATTN JIM BONNCELLI<br>PO BOX 141449<br>SPOKANE, WA 99214<br>UNITED STATES |
| FAST UNDERCAR, INC. | 4277 TRANSPORT STREET<br>VENTURA, CA 93003<br>UNITED STATES |
| FASTENAL COMPANY | PO BOX 1286<br>WINONA, MN 55987 1286<br>UNITED STATES |
| FEDERAL AUTO RECYCLING | 605 S FEDERAL BLVD<br>RIVERTON, WY 82501<br>UNITED STATES |
| FELIPE GARCIA | 17 ELM CT<br>BOLINGBROOK, IL 60440<br>UNITED STATES |
| FERGUSON PRODUCTION, INC.-MCPHERSON | 2130 INDUSTRIAL DRIVE<br>MCPHERSON, KS 67460<br>UNITED STATES |
| FERRELLGAS | PO BOX 173940<br>DENVER, CO 80217 3940<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
| --- | --- |
| FIDENCIO LEAL | 10660 COHASSET STREET<br>SUN VALLEY, CA 91352<br>UNITED STATES |
| FIRE EQUIPMENT & MAINTENANCE-PORT ALLEN | 1010 COMMERCIAL DRIVE<br>PORT ALLEN, LA 70767<br>UNITED STATES |
| FISHER SCIENTIFIC COMPANY, LLC | 300 INDUSTRY DRIVE<br>PITTSBURGH, PA 15275<br>UNITED STATES |
| FITZGERALD & COMPANY(WEBER SHNDWICK ATL) | 8063, P.O. BOX 7247<br>PHILADELPHIA, PA 19170 8063<br>UNITED STATES |
| FL SMIDTH, INC. | C/O UPC INC.<br>P.O. BOX 2630<br>EVANS, GA 30809<br>UNITED STATES |
| FLASHPOINT, INC. | 200 S. MERIDIAN ST.<br>INDIANAPOLIS, IN 46225<br>UNITED STATES |
| FLEX EXECS MANAGEMENT SOLUTIONS-WILLOWBR | 645 EXECUTIVE DRIVE<br>WILLOWBROOK, IL 60527<br>UNITED STATES |
| FLEX-KLEEN CORP | PO BOX 7777-W3525<br>PHILADELPHIA, PA 19175<br>UNITED STATES |
| FLORIDA DEPARTMENT OF REVENUE | PO BOX 6527<br>TALLAHASSEE, FL 32314-6527<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
| --- | --- |
| FLORIDA SCRAP METALS INC | 7233 SOUTHERN BLVD UNIT A3<br>WEST PALM BEACH, FL 33413<br>UNITED STATES |
| FLOW SOLUTIONS, INC | PO BOX 2613<br>MUNCIE, IN 47307<br>UNITED STATES |
| FLOW SYSTEMS | PO BOX 1069<br>ST HELENA, SC 29920<br>UNITED STATES |
| FLOW-RITE CONTROLS - GRAND RAPIDS | 960 74TH ST<br>BYRON CENTER, MI 49315<br>UNITED STATES |
| FLOYD H FULKERSON REAL ESTATE | 124 W CAPITOL AVE SUITE 1075<br>LITTLE ROCK, AR 72201<br>UNITED STATES |
| FORT DEARBORN ENTERPRISES | 4115 W. SAINT CHARLES STREET<br>BELLWOOD, IL 60104<br>UNITED STATES |
| FORTUNE SKY RECYCLING | 4210 BF GOODRICH BLVD.<br>MEMPHIS, TN 38118<br>UNITED STATES |
| FOSS RECYCLING INC. | 7037 US HWY 70 W<br>LA GRANGE, NC 28551<br>UNITED STATES |
| FOX & JAMES, INC  - LATROBE | 216 MARSH LANE<br>LATROBE, PA 15650<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| FRANK SAHD SALVAGE CENTER, INC-COLUMBIA | 1045 LANCASTER AVE<br>COLUMBIA, PA 17512<br>UNITED STATES |
| FREDERICK GREEN/AUTO CORE | 10201 PLANO RD. #112<br>DALLAS, TX 75238<br>UNITED STATES |
| FREDERICK SWANSTON   - ALPARETTA | 11800 AMBER PARK DRIVE<br>SUTE 100<br>ALPHARETTA, GA 30009<br>UNITED STATES |
| FREE FLOW - ROCKFORD LLC - ROCKFORD | 9918 N ALPINE ROAD<br>MACHESNEY PARK, IL 61115<br>UNITED STATES |
| FRESNO 41 VENTURE, LLC - SACRAMENTO | 8615 ELDER CREEK ROAD<br>SACRAMENTO, CA 95828<br>UNITED STATES |
| FRISCO CONSTRUCTION SERVICES, LLC | PO BOX 190829<br>DALLAS, TX 75219<br>UNITED STATES |
| FRISCO MED & SURG CLINIC | 8680 EAST MAIN #1W<br>FRISCO, TX 75034<br>UNITED STATES |
| FROMM ELECTRIC SUPPLY | # 62055<br>BALTIMORE, MD 21264<br>UNITED STATES |
| FTP CANTON LLC | 1514 MAPLE AVE NE<br>CANTON, OH 44705<br>UNITED STATES |

Exide Technologies

RETAINED CAUSES OF ACTION
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
| --- | --- |
| G H SMART & COMPANY INC. | 24505 NETWORK PLACE<br>CHICAGO, IL 60673 1245<br>UNITED STATES |
| G. ANTONINI REALTY, INC. | 3605 WINDING WAY<br>NEWTOWN SQUARE, PA 19073<br>UNITED STATES |
| G.I.S. | 17540 BARNETT ROAD<br>ZACHARY, LA 70791<br>UNITED STATES |
| GALAXY DEVELOPMENT -  PARK CITY | PO BOX 683550<br>PARK CITY, UT 84068<br>UNITED STATES |
| GARRATT-CALLAHAN COMPANY | 50 INGOLD ROAD<br>BURLINGAME, CA 94010<br>UNITED STATES |
| GATE SOFTWARE LIMITED - COLORADO SPRINGS | 3355 N. ACADEMY BOULEVARD, SUITE 263<br>COLORADO SPRINGS, CO 80917<br>UNITED STATES |
| GAUTHIER NON FERROUS PRODUCTS | 12,355 APRIL STREET<br>MONTREAL, QC HIB 5L8<br>UNITED STATES |
| GE ENERGY | 601 SHILOH ROAD<br>ATTN BOBBIE FULLER<br>PLANO, TX 75074<br>UNITED STATES |
| GECC   - NORWALK | 401 MERRITT SEVEN, 2ND FLOOR<br>PO BOX 640387<br>NORWALK, CT 6851<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| GENERAL CORP | P.O.BOX 6190<br>CHARLESTON, NC 25362<br>UNITED STATES |
| GENERAL ELECTRIC COMPANY | APPLIANCE PARK AP1-108H<br>ANDY DONAHOU<br>LOUISVILLE, KY 40225<br>UNITED STATES |
| GENERAL ELECTRIC INTERNATIONAL, INC. | PO BOX #281997<br>ATLANTA, GA 30384 1997<br>UNITED STATES |
| GENERAL METAL, LLC | 1909 N. CLIFTON AVENUE<br>CHICAGO, IL 60614<br>UNITED STATES |
| GENERAL RECYCLING OF MS LLC | 2050 FLOWOOD DRIVE<br>FLOWOOD, MS 39232<br>UNITED STATES |
| GEODIS GLOBAL SOLUTIONS USA, INC. | 25280 NETWORK PL.<br>CHICAGO, IL 60673 1252<br>UNITED STATES |
| GEORGIA INSTITUTE OF TECH | GA TECH GLOBAL LEARNING CENTER,POB 93686<br>ATLANTA, GA 30377 0686<br>UNITED STATES |
| GEORGIA SALES & USE TAX DIVISION | DEPARTMENT OF REVENUE<br>PO BOX 105296<br>ATLANTA, GA 30348-5296<br>UNITED STATES |
| GEOTECHNOLOGY INC. | 5055 ANTIOCH RD.<br>OVERLAND PARK, KS 66203<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| GFY HOLDINGS INC.DBA/CONSTANT POWER TECH | 5115 N. DYSART RD. SUITE 202<br>LITCHFIELD PARK, AZ 85340<br>UNITED STATES |
| GLASCOCK INTERNATIONAL, LLC- CHATTANOOGA | 3908 TENNESSEE AVE., STE A<br>CHATTANOOGA, TN 37409<br>UNITED STATES |
| GLOBAL PERSONNEL SERVICES INC | 1127 BROWN AVE<br>COLUMBUS, GA 31906<br>UNITED STATES |
| GLOBAL SHARES IRELAND LIMITED | UNIT 2 BUILDING D<br>WEST CORK TECHNOLOGY PARK<br>CLONAKILTY, COUNTY CORK<br>REPUBLIC OF IRELAND<br>IRELAND |
| GOAD ENTERPRISES, INC. | 69 S. RANCHO VISTA DR.<br>PUEBLO WEST, CO 81007<br>UNITED STATES |
| GOAL SUCCESS, INC. | 10601 TIERRASANTA BLVD., SUITE 402<br>SAN DIEGO, CA 92124<br>UNITED STATES |
| GOFF ELECTRIC, INC - DYER | PO BOX 158<br>DYER, AR 72935<br>UNITED STATES |
| GOLD METAL RECYCLERS | 4305 SOUTH LAMAR<br>DALLAS, TX 75215<br>UNITED STATES |
| GOLDEN RECYCLING | 4370 KENDRICK ST.<br>GOLDEN, CO 80403<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| GOLDENWEST LUBRICANTS INC. - POMONA | 1937 MOUNT VERNON AVE.<br>POMONA, CA 91768<br>UNITED STATES |
| GONZALEZ AUTO | 4220 SAN BERNARDO<br>LAREDO, TX 78041<br>UNITED STATES |
| GOODHART SONS INC | PO BOX 10308<br>LANCASTER, PA 17605 0308<br>UNITED STATES |
| GoPOWER BATTERY COMPANY | 1801 E. JEFFERSON<br>PHOENIX, AZ 85034<br>UNITED STATES |
| GORRISSEN FEDERSPIEL KIERKEGAARD | H C ANDERSENS BOULEVARD 12<br>COPENHAGEN V, DK-1553<br>DENMARK |
| GOTCHA TRANSPORT, INC - MUNCIE | 4701 S MADISON<br>MUNCIE, IN 47302<br>UNITED STATES |
| GREAT WEST LIFE ASSURANCE CO, THE | THE GREAT-WEST LIFE ASSURANCE COMPANY<br>PO BOX 1053<br>WINNIPEG, MB R3C 2X4<br>CANADA |
| GREER COMMISSION OF PUBLIC WORKS - GREER | PO BOX 160<br>GREER, SC 29652-0216<br>UNITED STATES |
| GREYSTONE RISK MANAGEMENT, LLC | 4 FRANKLIN SQUARE<br>SARATOGA SPRINGS, NY 12866<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| GS BATTERY | 1150 NORTHMEADOW PKWY, SUITE 110<br>ROSWELL, GA 30076<br>UNITED STATES |
| GTS-WELCO | PO BOX 382000<br>PITTSBURGH, PA 15250 8000<br>UNITED STATES |
| GWP HOLDINGS-WESTERN PETERBILT - SEATTLE | PO BOX 24065<br>SEATTLE, WA 98124<br>UNITED STATES |
| H B S C METALS BROKERS-OMAHA | 7345 MAPLE STREET<br>OMAHA, NE 68134<br>UNITED STATES |
| H P PRODUCTS | PO BOX 68310<br>INDIANAPOLIS, IN 46268<br>UNITED STATES |
| HAGEMEYER NORTH AMERICA-ATLANTA | PO BOX 404753<br>ATLANTA, GA 30384 4753<br>UNITED STATES |
| HAMBURG TAX COLLECTOR | 546 SOUTH 6HT STREET<br>HAMBURG, PA 19526<br>UNITED STATES |
| HANNA, ZAPPA & POLZ INC | ADVERTISING AND GRAPHIC COMMUNICATIONS<br>10535 W CERMACK ROAD<br>WESTCHESTER, IL 60154<br>UNITED STATES |
| HARBIN CONSTRUCTION, INC. | 2200 CENTENNIAL ROAD<br>SALINA, KS 67401<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| HARCROS CHEMICALS INC-CHICAGO | BR.0009<br>PO BOX 74583<br>CHICAGO, IL 60696<br>UNITED STATES |
| HARRIS MACHINE & TOOL INC | 158 WARE ROAD<br>PHENIX CITY, AL 36869<br>UNITED STATES |
| HARRIS METALS   - COATESVILLE | 446 GUM TREE ROAD<br>COATESVILLE, PA 19320<br>UNITED STATES |
| HARRISON MACHINE SHOP AND WELDING | 806 S KANSAS AVE<br>OLATHE, KS 66061<br>UNITED STATES |
| HARROD GROUP INC., THE | P.O. BOX 6388<br>AMERICUS, GA 31709<br>UNITED STATES |
| HAYLEX MANUFACTURING LLC DBA/LUICK QUALI | LUICK QUALITY GAGE & TOOL<br>4401 S. DELAWARE DRIVE<br>PO BOX 2608<br>MUNICE, IN 47307<br>UNITED STATES |
| HCL AMERICA INC-COMNET SYSTEMS & SER | PO BOX 5123<br>CAROL STREAM, IL 601971<br>UNITED STATES |
| HD RECYCLING | 4733 N 43RD AVE #6<br>PHOENIX, AZ 85031<br>UNITED STATES |
| HENRY R. HORTON | 436 DIXON ROAD<br>KNOXVILLE, TN 37934<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| HERITAGE GROUP SAFETY | 3719 W. 96TH STREET, ATT: KATHY RICE<br>INDIANAPOLIS, IN 46268<br>UNITED STATES |
| HIGH-TEMP INDUSTRIES - FURLONG | 130 DOYLE STREET<br>DOYLESTOWN, PA 18901<br>UNITED STATES |
| HILCO APPRAISAL SERVICES, LLC | 8035 SOLUTIONS CENTER<br>CHICAGO, IL 60677<br>UNITED STATES |
| HILL MANAGEMENT SERVICES INC. | P.O.BoX 4835<br>TIMONIUM, MD 21094<br>UNITED STATES |
| HOBBY LOBBY STORES, INC. - OKLAHOMA | 7707 SW 44TH STREET<br>ACCOUNTS PAYABLE DEPARTMENT<br>OKLAHOMA CITY, OK 73179<br>UNITED STATES |
| HOFFS MACHINE & WELDING INC-SALINA | 925 E NORTH ST<br>SALINA, KS 67401<br>UNITED STATES |
| HOHENSCHILD WELDERS SUPPLY CO. | 1620 CAMPBELL STREET<br>KANSAS CITY, MO 64108<br>UNITED STATES |
| HOOSIER MICROBIOLOGICAL LAB | 912 W MCGALLIARD<br>MUNCIE, IN 47303<br>UNITED STATES |
| HOYT TRANSPORTATION,INC | 28245 EL TARA CUT OFF ROAD<br>LAKE ELSINORE, CA 92532<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| HUDSON EXTRUSIONS INC | P.O. BOX 255<br>HUDSON, OH 44236<br>UNITED STATES |
| HUPP TOYOTALIFTS | 275 33RD AVENUE SW<br>PO BOX 353<br>CEDAR RAPIDS, IA 52406 0353<br>UNITED STATES |
| HYATT LEGAL PLANS, INC - COLUMBUS | PO BOX 714893<br>COLUMBUS, OH 43271-4893<br>UNITED STATES |
| HYDRA-MATIC PACKING COMPANY INCORPORATED | 2992 FRANK ROAD<br>PO BOX 96<br>HUNTINGTON VALLEY, PA 19006-0096<br>UNITED STATES |
| I B T INC | PO BOX 958367<br>ST. LOUIS, MO 63195 8367<br>UNITED STATES |
| I.W.I MOTOR PARTS | 1550 INNOVATION DRIVE<br>DUBUQUE, IA 52003<br>UNITED STATES |
| IBEW | 2914 MIDLAND BLVD<br>FORT SMITH, AR 72904<br>UNITED STATES |
| IBEW LOCAL 1048 | 1770 S. US HWY 231 SUITE 7<br>CRAWFORDSVILLE, IN 47933<br>UNITED STATES |
| IBS-TREVOSE | 535 ANDREWS ROAD # 200<br>ATTN: WILLIAM A MCKENTY<br>TREVOSE, PA 19053<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| IFA III SUSSEX AVENUE LLC - HICKSVILLE | 3950 SUSSEX AVE  PO BOX 6076<br>HICKSVILLE, NY 11802<br>UNITED STATES |
| ILLINOIS DEPARTMENT OF REVENUE | RETAILER'S OCCUPATION TAX<br>SPRINGFIELD, IL 62796-0001<br>UNITED STATES |
| INDEPENDANT CHARGER SERVICES | 366 LINDEN VALLEY ROAD<br>RR # 1<br>WOODVILLE, ON K0M 2T0<br>CANADA |
| INDIANA DEPARTMENT OF REVENUE | PO BOX 7218<br>INDIANAPOLIS, IN 46207-7218<br>UNITED STATES |
| INDIANA DEPT OF ENVIRONMENTAL MANAGEMENT | CASHIER OFFICE - MAIL CODE 50-10C<br>100 NORTH SENATE AVE<br>INDIANAPOLIS, IN 46204<br>UNITED STATES |
| INDIANA OXYGEN CO. | P O BOX 78588<br>INDIANAPOLIS, IN 46278<br>UNITED STATES |
| INDOFF INC- ST LOUIS | PO BOX 842808<br>KANSAS CITY, MO 64184 2808<br>UNITED STATES |
| INDUSTRIAL BATT-DENVER | 6856 YORK STREET<br>ATTN; DAVID/CHRISSY ANTIKAINEN<br>DENVER, CO 80227<br>UNITED STATES |
| INDUSTRIAL BATTERY & SERVICES | 535 ANDREWS ROAD, SUITE 200<br>TREVOSE, PA 19053 3432<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| INDUSTRIAL CONTAINER SERVICES | P O BOX 278<br>ZELLWOOD, FL 32798<br>UNITED STATES |
| INDUSTRIAL METAL ENTERPRISES, INC. | P.O. BOX 8556<br>BARTLETT, IL 60103<br>UNITED STATES |
| INDUSTRIAL PROCESS SYSTEMS-N KANSAS CITY | 1980 LINN STREET<br>NORTH KANSAS CITY, MO 64116<br>UNITED STATES |
| INDUSTRIAL RECYCLERS - MENOMONEE FALLS | PO BOX 350<br>MENOMONEE FALLS, WI 53052<br>UNITED STATES |
| INFINITE ENERGY | PO BOX 105247<br>ATLANTA, GA 30348 5247<br>UNITED STATES |
| INFOR GLOBAL SOLUTIONS (MICHIGAN), INC. | NW 5421<br>PO BOX 1450<br>MINNEAPOLIS, MN 55485 5421<br>UNITED STATES |
| INLAND ALL BATTERY SALES & SERVICE | P.O. BOX 11465<br>SPOKANE, WA 99211<br>UNITED STATES |
| INNOVATIVE DRIVER SERVICES - CARY | 4335 STUART ANDREW BLVD,STE 102<br>CHARLOTTE, NC 28217<br>UNITED STATES |
| INSOURCE SOFTWARE SOLUTIONS,INC | P.O. BOX 72804<br>RICHMOND, VA 23235<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
| --- | --- |
| INTEGRATED POWER SOLUTIONS, INC. | 4165 RAPHAEL ST.<br>COVINGTON, GA 30014<br>UNITED STATES |
| INTEGRATED POWER SYSTEMS, INC. | PO BOX 948<br>FRAZER, PA 19355<br>UNITED STATES |
| INTEGRATED SUPPLY OF COLUMBUS | 6639 MACON ROAD<br>COLUMBUS, GA 31907<br>UNITED STATES |
| INTEGRO USA, INC. | 1 STATE STREET PLAZA<br>9TH FLOOR<br>NEW YORK, NY 10004<br>UNITED STATES |
| INTERCON SOLUTIONS | 1001 WASHINGTON AVE.<br>CHICAGO HEIGHTS, IL 60411<br>UNITED STATES |
| INTERMOUNTAIN RECYCLERS | 827 ST. ANDREWS DR.<br>SYRACUSE, UT 84075<br>UNITED STATES |
| INTERNATIONAL LEAD ASSOCIATION - LONDON | LLOYDS TSB BANK, BERKELEY SQ HOUSE<br>14 BERKELEY SQ.<br>LONDON, W1X 6BJ<br>UNITED KINGDOM |
| INTERNATIONAL RECYCLING CENTER,LLC-IRC | 1315 S. CLAUDINA ST.<br>ANAHEIM, CA 92805<br>UNITED STATES |
| INTERNATIONAL SULPHUR INC  - MT PLEASANT | PO BOX 611<br>MT PLEASANT, TX 75456-0611<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
| --- | --- |
| INTERSTATE BATTERIES RECYCLING INC. | DEPARTMENT #41042<br>PO BOX 650823<br>DALLAS, TX 75265 0823<br>UNITED STATES |
| INTERSTATE ELECTRICAL SUPPLY | PO BOX 1460<br>COLUMBUS, GA 31902<br>UNITED STATES |
| INTERSTATE NATIONALEASE INC | PO BOX 3930<br>ALBANY, GA 31706<br>UNITED STATES |
| INTRAPACK  - DALLAS | 10650 Markison Road<br>DALLAS, TX 75238<br>UNITED STATES |
| IPREO - I-DEAL LLC | PO BOX 26886<br>NEW YORK, NY 10087<br>UNITED STATES |
| IRON CITY STEEL - CRESCENT | 1308 MAIN STREET<br>CRESCENT, PA 15046<br>UNITED STATES |
| IRON MOUNTAIN | P O BOX 915004<br>DALLAS, TX 75391<br>UNITED STATES |
| IRON MOUNTAIN RECORDS | PO BOX 601032<br>PASADENA, CA 91189 1032<br>UNITED STATES |
| IRON MOUNTAIN RECYCLING LLC | PO BOX 403<br>DEQUICY, LA 70633<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| ISI INSTALLATION,MAINTENANCE & CONSTRUCT | CONSTRUCTION, LTD<br>PO BOX 155<br>MILLERSVILLE, PA 17551 0155<br>UNITED STATES |
| ITG, LLC | 412 GEORGIA AVENUE, STE 300<br>CHATTANOOGA, TN 37403<br>UNITED STATES |
| IUE LOCAL 116 | 4314 SOUTH 40TH STREET<br>ATTN: GREG SCHAFER<br>ST JOSEPHS, MO 64503<br>UNITED STATES |
| J & M RECYCLING | 2205 RICE AVE.<br>WEST SACRAMENTO, CA 95691<br>UNITED STATES |
| J & R ENTERPRISES- SALINA | 7106 S. HOLMES ROAD<br>ASSARIA, KS 67416<br>UNITED STATES |
| J&M RECYCLING LLC | 741 3RD STREET NW<br>MASSILLON, OH 44647<br>UNITED STATES |
| J. GUSTAFSON ASSOCIATES PERSONNEL PEOPLE | 121 CENTRAL ST. , SUITE 201<br>NORWOOD, MA 2062<br>UNITED STATES |
| JACK HORNER'S MACHINERY & CONTR.-ST JOSE | PO BOX 248<br>SAINT JOSEPH, MO 64502<br>UNITED STATES |
| JAMES BERGMAN-ANCHORAGE | P.O. BOX 112167<br>ANCHORAGE, AK 99511<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
| --- | --- |
| JAMES EAGEN SONS CO | 200 WEST 8TH STREET<br>P O BOX 4097<br>WYOMING, PA 18644-0097<br>UNITED STATES |
| JAMES H SHANE DBA MAYFAIR REALTY TRUST | 20 ROWES WHARF SUITE 305<br>BOSTON, MA 2110<br>UNITED STATES |
| JAMES ROUNDTREE - FORT WORTH | 5337 BONNELL AVE<br>FORT WORTH, TX 76107<br>UNITED STATES |
| JAMESTOWN INDUSTRIAL TRUCKS | 52 SOUTH PEARL STREET<br>FREWSBURG, NY 14738<br>UNITED STATES |
| JANI-CARE | SUPPLY, INC.<br>6676 EXCHEQUER DRIVE<br>BATON ROUGE, LA 70809<br>UNITED STATES |
| JAS FORWARDING (USA), INC | 4900 ST. JOE BLVD.<br>BLDG 100 SUITE 400<br>COLLEGE PARK, GA 30337<br>UNITED STATES |
| JBI CORPORATION | 22325 W ST. RT.51<br>GENOA, OH 43430<br>UNITED STATES |
| JERRY WALKER | 1241 JACKSON 65<br>NEWPORT, AR 72112<br>UNITED STATES |
| JESSIE M ARGUIJO | 421 VIRGINIA<br>PLEASANTON, TX 78064<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| JK METALGLO, INC. | 1043 S. BERENDO ST.<br>LOS ANGELES, CA 90006<br>UNITED STATES |
| JMC SERVICES INC. | 3407 MERRIAM DRIVE<br>OVERLAND PARK, KS 66203<br>UNITED STATES |
| JOHN HUGG | PO BOX 194110<br>LITTLE ROCK, AR 72219<br>UNITED STATES |
| JOHN LANCASTER | 5575 S. LANCEWOOD CIRCLE<br>PORT ORANGE, FL 32127<br>UNITED STATES |
| JOHN'S AUTO PARTS OF BUNNELL, INC. | PO BOX 1984<br>BUNNELL, FL 32110<br>UNITED STATES |
| JORDAN ENTERPRISES CONTROLS | 34353 LA HWY, 1019<br>DENHAM SPRINGS, LA 70706<br>UNITED STATES |
| K & R PLASTICS | 10808 HWY 290 W.<br>AUSTIN, TX 78736<br>UNITED STATES |
| KANE 3PL  - ELKRIDGE | 6500 KANE WAY<br>ELKRIDGE, MD 21075<br>UNITED STATES |
| KANSAS DEPARTMENT OF REVENUE | 915 SW HARRISON ST.<br>TOPEKA, KS 66625-5000<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| KANSAS ELECTRIC, INC - NEWTON | 1420 NW 36TH ST.<br>NEWTON, KS 67114<br>UNITED STATES |
| KAPSTONE CONTAINER CORP./US CORRUGATED | P.O. BOX 840890<br>DALLAS, TX 75284 0890<br>UNITED STATES |
| KCPI SECURITY INC.-RAYMORE | PO BOX 288<br>RAYMORE, MO 64083<br>UNITED STATES |
| KELLY SCOTT & MADISON - CHICAGO | 35 EAST WACKER DRIVE<br>CHICAGO, IL 60601<br>UNITED STATES |
| KELLY SERVICES, INC | P O BOX 530437<br>ATLANTA, GA 30353<br>UNITED STATES |
| KELLY TRACTOR CO. | 8255 NW 58TH STREET<br>MIAMI, FL 33166<br>UNITED STATES |
| KEM BATTERY-SHALOM CO. | 10041 SAN FRANCISCO ROAD<br>PACOIMA, CA 91331<br>UNITED STATES |
| KEMIRA WATER SOLUTIONS | MAIL CODE 5581<br>PO BOX 105046<br>ATLANTA, GA 30348 5046<br>UNITED STATES |
| KENCO TOYOTA LIFT - CHATTANOOGA | 2001 RIVERSISE DRIVE<br>CHATTANOOGA, TN 37406<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| KENTUCKY DEPT. OF REVENUE | FRANKFORT, KY 40620 0003<br>UNITED STATES |
| KEPPLER STEEL | 1401 S. MACEDONIA AVE.<br>MUNCIE, IN 47302 3662<br>UNITED STATES |
| KEYENCE CORPORATION OF AMERICA | DEPT CH 17128<br>PALATINE, IL 60055<br>UNITED STATES |
| KIM D BARSNESS | 2630 BIRCH VIEW DRIVE N.W.<br>BAUDETTE, MN 56623<br>UNITED STATES |
| KINSBURSKY BROS SUPPLY INC | 125 E COMMERCIAL STREET, STE A<br>ANAHEIM, CA 92801<br>UNITED STATES |
| KIRK NATIONALEASE CO. - SIDNEY | PO BOX 4369<br>SIDNEY, OH 45365<br>UNITED STATES |
| KISTLER OBRIEN | 2210 CITY LINE ROAD<br>BETHLEHEM, PA 18017 2171<br>UNITED STATES |
| KNAPP SUPPLY CO INC | PO BOX 2488<br>muncie, IN 47302-0488<br>UNITED STATES |
| KNOPF AUTOMOTIVE LLC - RED BANK | 93 SHREWSBURY AVENUE<br>RED BANK, NJ 7701<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| KOCH NATIONALEASE  - MINNEAPOLIS | SDS-12-2754 PO BOX 86<br>MINNEAPOLIS, MN 55486 2754<br>UNITED STATES |
| KOCH-GLITSCH LP - DALLAS | PO BOX 915034<br>DALLAS, TX 75391<br>UNITED STATES |
| KORMET METALS, LLC | PO BOX 66533<br>CHICAGO, IL 60666 0533<br>UNITED STATES |
| KROFF CHEMICALS COMPANY INC -PITTSBURGH | P.O BOX 76710<br>CLEVELAND, OH 44101 6500<br>UNITED STATES |
| KROLL ONTRACK - EDEN PARRIE | 9023 COLUMBINE ROAD<br>EDEN PRAIRIE, MN 55347<br>UNITED STATES |
| KT-GRANT, INC   CINCINNATI | PO BOX 635748<br>CINCINNATI, OH 45263<br>UNITED STATES |
| KUBCO DECANTER SERVICES, INC. | 8031 BREEN RD.<br>HOUSTON, TX 77064<br>UNITED STATES |
| KW PLASTICS | PO DRAWER 707<br>TROY, AL 36081<br>UNITED STATES |
| L & L SCRAP METALS RECYCLING, INC. | 128 TEXAS RD<br>GALLIPOLIS, OH 45631<br>UNITED STATES |

Exide Technologies

RETAINED CAUSES OF ACTION
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| L G BATTERY | 8973 LOTTA AVENUE<br>SOUTH GATE, CA 90280<br>UNITED STATES |
| LA BREAKERS & CONTROL CO. - S GATE | 5137 TWEEDY BLVD<br>SOUTH GATE, CA 90280<br>UNITED STATES |
| LABOR MANAGEMENT UNIVERSAL HEALTH BENEFI | 10606 TRADEMARK PARKWAY NORTH, STE 201A<br>RANCHO CUCAMONGA, CA 91730<br>UNITED STATES |
| LABOR READY -  CHICAGO | PO BOX 641034<br>PITTSBURGH, PA 15264 1034<br>UNITED STATES |
| LANCASTER COUNTY TREASURER | LANCASTER COUNTY TREASURER<br>P.O. BOX 83480<br>LANCASTER, PA 17608-3480<br>UNITED STATES |
| LANDER LAKEPOINTE LLC | P.O. BOX 649<br>DENVER, NC 28037<br>UNITED STATES |
| LANDIS MECHANICAL GROUP, INC-LEESPORT | 2668 LEISCZ'S BRIDGE ROAD<br>LEESPORT, PA 19533<br>UNITED STATES |
| LANGLEY RECYCLING, INC. - KANSAS CITY | 3557 STADIUM DR.<br>KANSAS CITY, MO 64129<br>UNITED STATES |
| LANSA INC | 6762 EAGLE WAY<br>CHICAGO, IL 60678 1067<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| LARRY NEWMARK/LJN PARTNERSHIP | 26 FILOMENA DRIVE<br>PITTSFIELD, MA 1201<br>UNITED STATES |
| LARSON CONSTRUCTION | PO BOX 112<br>INDEPENDENCE, IA 50644<br>UNITED STATES |
| LAURELDALE BOROUGH COLLECTOR | 3717 KUTZTOWN RD<br>LAURELDALE, PA 19605<br>UNITED STATES |
| LAURIE B WILLIAMS, TRUSTEE | PO BOX 2818<br>WICHITA, KS 67202<br>UNITED STATES |
| LEGGETTE, BRASHEARS & GRAHAM,INC. | 4 RESEARCH DRIVE<br>SUITE 301<br>SHELTON, CT 6484<br>UNITED STATES |
| LESHER LEASING INC - LEBANON | 2700 CUMBERLAND STREET<br>LEBANON, PA 17042<br>UNITED STATES |
| LIBERTY SCRAP METAL, INC. | 1030 25TH COURT<br>WEST PALM BEACH, FL 33407<br>UNITED STATES |
| LIFT INC | 3745 HEMPLAND ROAD<br>MOUNTVILLE, PA 17554<br>UNITED STATES |
| LINDSAY MACHINE WORKS, INC - LIBERTY | PO BOX 488<br>LIBERTY, MO 64069<br>UNITED STATES |

Exide Technologies

RETAINED CAUSES OF ACTION
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
| --- | --- |
| LIQUITECH INC | P O BOX 14023<br>LENEXA, KS 66285<br>UNITED STATES |
| LITTLE PEDERSEN FRANKHAUSER LLP IOTA ACC | 901 MAIN STREET<br>SUITE 4110<br>DALLAS, TX 75202<br>UNITED STATES |
| LKQ - AKRON (TRIPLETT) #1300 | 1435 TRIPLETT BOULEVARD<br>PO BOX 7667<br>AKRON, OH 44306<br>UNITED STATES |
| LKQ - MICHIGAN | 41247 EAST HURON RIVER DRIVE<br>BELLEVILLE, MI 48111<br>UNITED STATES |
| LKQ - RANCHO CORDOVA | 3486 RECYCLE ROAD<br>RANCHO CORDOVA, CA 95742<br>UNITED STATES |
| LKQ 250 AUTO #1312 | 152 STATE ROUTE 250<br>PO BOX 250<br>HARRISVILLE, OH 43974<br>UNITED STATES |
| LKQ A&R #1210 | 511 GAP CREEK ROAD<br>DUNCAN, SC 29334<br>UNITED STATES |
| LKQ ABC LEOMINSTER | 1525 CENTRAL STREET<br>LEOMINSTER, MA 01453 5935<br>UNITED STATES |
| LKQ ADVANCED #1371 | 290 CURRAN ROAD<br>CUMBERLAND, RI 2864<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| LKQ ALL MODELS CORP 730 | 3024 SOUTH 40TH STREET<br>PHOENIX, AZ 85040<br>UNITED STATES |
| LKQ ATLANTA (JENKINSBURG) #1112 | 2401 HIGHWAY 42 NORTH<br>JENKINSBURG, GA 30234<br>UNITED STATES |
| LKQ BROADWAY #1380 | 1572 ROUTE 9<br>STUYVESANT, NY 12173<br>UNITED STATES |
| LKQ CRYSTAL RIVER (DAMRON) #1100 | 4950 WEST HIGHWAY 486<br>CRYSTAL RIVER, FL 34429<br>UNITED STATES |
| LKQ EAST CAROLINA #1143 | 7135 U.S.HIGHWAY 70 WEST<br>LAGRANGE, NC 28551<br>UNITED STATES |
| LKQ GREENLEAF | 4686 E. U.S. HIGHWAY 90 (STATE RD. 10)<br>LAKE CITY, FL 32055 6204<br>UNITED STATES |
| LKQ HUNTS POINT AUTO PARTS #1360 | 1480 SHERIDAN EXPRESSWAY<br>BRONX, NY 10459<br>UNITED STATES |
| LKQ MELBOURNE (DAMRON) #1106 | 7298 WAELTI DRIVE<br>MELBOURNE, FL 32940<br>UNITED STATES |
| LKQ METRO #1560 | 2450 BLACK LANE<br>CASEYVILLE, IL 62232<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| LKQ MID AMERICA #1750 | 5725 SOUTH TOPEKA AVENUE<br>TOPEKA, KS 66619<br>UNITED STATES |
| LKQ NEW ENGLAND - SOUTHWICK | 58 SAM WEST RD<br>SOUTHWICK, MA 1077<br>UNITED STATES |
| LKQ NEW ENGLAND (FORMERLY ROUTE 16)#1321 | 4 OLD DOUGLAS ROAD<br>WEBSTER, MA 1570<br>UNITED STATES |
| LKQ NORTH TEXAS #1702 | 904 I-45 SOUTH<br>HUTCHINS, TX 75141<br>UNITED STATES |
| LKQ NORTHERN CALIFORNIA (REDDING) #1715 | 2850 VIKING WAY<br>REDDING, CA 96003<br>UNITED STATES |
| LKQ SALISBURY (ROYALS) #1140 | 1212 WEBB ROAD<br>SALISBURY, NC 28146<br>UNITED STATES |
| LKQ SAVANNAH #1160 | 60 TELFAIR PLACE<br>SAVANNAH, GA 31415<br>UNITED STATES |
| LKQ SELF SERVICE | 4676 DIVISION STREET<br>WAYLAND, MI 49348<br>UNITED STATES |
| LKQ SELF SERVICE | 12501 40TH STREET NORTH<br>CLEARWATER, FL 33762<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
| --- | --- |
| LKQ SELF SERVICE | 966 WEST MITCHELL ROAD<br>MEMPHIS, TN 38109<br>UNITED STATES |
| LKQ SELF SERVICE | 2928 U S 70 EAST<br>GARNER, NC 27529<br>UNITED STATES |
| LKQ SELF SERVICE | 1300 WHITE HORSE ROAD<br>GREENVILLE, SC 29605<br>UNITED STATES |
| LKQ SELF SERVICE | 601 HARRISON AVE<br>ROCKFORD, IL 61104<br>UNITED STATES |
| LKQ SELF SERVICE ABC U PULL IT | 451 BENOIST FARMS ROAD<br>WEST PALM BEACH, FL 33411<br>UNITED STATES |
| LKQ SPEEDWAY PULL N SAVE #1225 | 3157 WEST INTERNATIONAL SPEEDWAY BLVD<br>PLANT #225<br>DAYTONA BEACH, FL 32124<br>UNITED STATES |
| LOFTON SECURITY SERVICE - NEW ORLEANS | PO BOX 52081<br>LAFAYETTE, LA 70505<br>UNITED STATES |
| LOFTON STAFFING SERVICES-HOUSTON | BATON ROUGE - STAFFING<br>PO BOX 52101<br>LAFAYETTE, LA 70505 2101<br>UNITED STATES |
| LONG ISLAND INDUSTRIAL MANAGEMENT LLC | 575 UNDERHILL BLVD., STE 200<br>SYOSSET, NY 11791<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
| --- | --- |
| LONGLAND CORPORATION | 210 S. MAIN STREET<br>LONGMONT, CO 80501<br>UNITED STATES |
| LORETT OIL CO | 1311 BEVERLY DRIVE<br>SALINA, KS 67401<br>UNITED STATES |
| LOS ANGELES COUNTY TAX | PO BOX 54018<br>LOS ANGELES, CA 90054-0018<br>UNITED STATES |
| LOUISIANA DEPARTMENT OF REVENUE | PO BOX 80519<br>BATON ROUGE, LA 70898-0519<br>UNITED STATES |
| LOUISVILLE GRAPHITE INC | 1906 NEW MAIN STREET<br>LOUISVILLE, KY 40206<br>UNITED STATES |
| LVP 11301 INDUSTRIPLEX LLC - PHILADEPHIA | PO BOX 786976<br>PHILADELPHIA, PA 19178<br>UNITED STATES |
| LYLE DERR FARM CO. - ST JOE | C/O SHELLY GRAUPMAN<br>26693 HWY 111<br>FOREST CITY, MO 64451<br>UNITED STATES |
| M & M BATTERY SALES - JACKSON | 1149 OLD FANNIN RD. STE 12<br>BRANDON, MS 39047<br>UNITED STATES |
| M D F INDUSTRIES INC | 1012 N MARYMOUNT ROAD<br>PO BOX 2302<br>SALINA, KS 67401<br>UNITED STATES |

Exide Technologies

RETAINED CAUSES OF ACTION
Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code

| THIRD PARTY | ADDRESS |
|---|---|
| M J REIDER ASSOCIATES | 107 ANGELICA ST<br>READING, PA 19611<br>UNITED STATES |
| M3 RESOURCES USA LLC | 4908 CAHABA RIVER ROAD, SUITE 100<br>BIRMINGHAM, AL 35243<br>UNITED STATES |
| MA INDUSTRIES INC | 303 DIVIDEND DR.<br>PEACHTREE CITY, GA 30269<br>UNITED STATES |
| MACALLISTER CAT MUNCIE | P.O NUMBER 660200<br>INDIANAPOLIS, IN 46266-0200<br>UNITED STATES |
| MACK EMPLOYMENT SERVICES, INC. | 2834  SHILLINGTON ROAD<br>SINKING SPRING, PA 19608<br>UNITED STATES |
| MADEWELL & MADEWELL INC | PO BOX 386<br>JONES, OK 73049<br>UNITED STATES |
| MADLAND TOYOTA-LIFT INC. | 4485 BUCK OWENS BLVD.<br>BAKERSFIELD, CA 93308<br>UNITED STATES |
| MAETEC POWER, INC. | 388 MASON ROAD<br>FAIRPORT, NY 14450<br>UNITED STATES |
| MAGNACHARGE BATTERY CORP. | 12036-149 STREET<br>EDMONTON, AB T5V 1P2<br>CANADA |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| MAINE SCRAP METAL | 1274 RAND RD<br>DES PLAINES, IL 60016<br>UNITED STATES |
| MALLIN BROTHERS CO., INC.  - KANSAS CITY | 3211 GARDNER AVE.<br>KANSAS CITY, MO 64120<br>UNITED STATES |
| MALOUFF SALVAGE | PO BOX 42<br>KIRTLAND, NM 87417<br>UNITED STATES |
| MANAGEMENT RECRUITERS OF ROGERS, INC | 5306 VILLAGE PARKWAY, STE 2<br>ROGERS, AR 72758<br>UNITED STATES |
| MANITOBA MINISTER OF FINANCE | TAXATION DIVISION<br>RETAIL SALES TAX<br>101-401 YORK AVENUE<br>WINNIPEG, MB R3C 4G4<br>CANADA |
| MANUFACTURERS ALLIANCE-MAPI INC. | 1600 WILSON BLVD - SUITE 1100<br>ARLINGTON, VA 22209-9514<br>UNITED STATES |
| MANULIFE FINANCIAL | PO BOX 396 STN WATERLOO<br>WATERLOO, ON N2J 4A9<br>CANADA |
| MAPLE CREST ELECTRIC - KENT | 21628 84TH AVE. SOUTH<br>KENT, WA 98035<br>UNITED STATES |
| MARATHON PETROLEUM COMPANY LLC-CINCINNAT | PO BOX 740109<br>CINCINNATI, OH 45274<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| MARK MILLWRIGHT & RIGGING, INC | PO BOX 305<br>EMIGSVILLE, PA 17318<br>UNITED STATES |
| MARRIOTT - ALPHARETTA | PO BOX 402642<br>ATLANTA, GA 30384<br>UNITED STATES |
| MARTIN MARIETTA MAGNESIA-BALTIMORE | PO BOX 93186<br>CHICAGO, IL 60673<br>UNITED STATES |
| MASONLIFT LTD. | 1605 CLIVEDEN AVE.<br>DELTA, BC V3M 6P7<br>CANADA |
| MASSEY ELECTRIC, INC. | 546 EASTERN STAR ROAD<br>PO BOX 5415<br>KINGSPORT, TN 37663<br>UNITED STATES |
| MATHESON TRI-GAS,INC. DBA/LINWELD | PO BOX 845502<br>DALLAS, TX 75284 5502<br>UNITED STATES |
| MAX ENVIRONMENTAL TECH. INC. | 1815 WASHINGTON ROAD<br>PITTSBURGH, PA 15241<br>UNITED STATES |
| MAYSTEEL | BOX #78128<br>MILWAUKEE, WI 53278-0128<br>UNITED STATES |
| MAZZA GROUP LLC | 2101 WAUKEGAN ROAD, SUITE 208<br>BANNOCKBURN, IL 60015<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| MBI MEDIA | 957 SOUTH VILLAGE OAKS DRIVE<br>COVINA, CA 91724<br>UNITED STATES |
| MCINNES COOPER BARRISTERS | SOLICITORS & TRADE MARK AGENTS<br>BOX 730, HALIFAX STN. CENTRAL<br>HALIFAX, NS B3J 2V1<br>CANADA |
| MCINTIRE BUILDING CENTER | 108 W 7TH STREET<br>MOUND CITY, MO 64470<br>UNITED STATES |
| MCKEE FOODS | 555 MCKEE DR.<br>GENTRY, AR 72734<br>UNITED STATES |
| MCLANE NORTHEAST/CONCORD | 932 MAPLE STREET<br>CONTOOCOOK, NH 3229<br>UNITED STATES |
| MCMASTER CARR | PO BOX 7690<br>CHICAGO, IL 60680-7690<br>UNITED STATES |
| MCS PERSONNEL INCORPORATED - HOUSTON | 11011 S. WILCREST #G<br>HOUSTON, TX 77099<br>UNITED STATES |
| MCS, INC - MATRIX CABLE SOLUTIONS INC | P.O. BOX 432<br>AMERY, WI 54001<br>UNITED STATES |
| MDC RIDER TRAIL-MAUNE DEVEOPMENT CO | 7711 BONHOMME AVE. # 310<br>C/O MAUNE DEVELOPMENT CO<br>ST.LOUIS, MO 63105<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| MELANIE MCDOUGALL | 92-1096 PALAHIA STREET J202<br>KAPOLEI, HI 96707<br>UNITED STATES |
| MERCHANT & GOULD P.C. | 3200 IDS CENTER, 80 SOUTH 8TH STREET<br>MINNEAPOLIS, MN 55402 2215<br>UNITED STATES |
| MERITEX JEFFERSON LLC WAS MERITEX ENTERP | SDS 12-2106, BOX 86<br>MINNEAPOLIS, MN 55486<br>UNITED STATES |
| METRO METALS CORP. | 2576 DOSWELL AVE.<br>ST. PAUL, MN 55108<br>UNITED STATES |
| MEYER LABORATORY INC | 2401 W JEFFERSON<br>BLUE SPRINGS, MO 64015<br>UNITED STATES |
| MFA OIL & PROPANE | PO BOX 214<br>MOUND CITY, MO 64470<br>UNITED STATES |
| MID VALLEY BROADBAND - HUBBARD | PO BOX 232<br>HUBBARD, OR 97032<br>UNITED STATES |
| MIDWAY WAREHOUSE INVESTORS INC | C/O JAX WAREHOUSE PARTNERS<br>1400 PRUDENTIAL DRIVE, SUITE 2<br>JACKSONVILLE, FL 32207<br>UNITED STATES |
| MIDWEST AUTOMATION - HACKETT | PO BOX 2582<br>FORT SMITH, AR 72902<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| MIDWEST INDUSTRIAL SERVICES | 180 HUGHES LANe<br>SAINT CHARLES, MO 63301<br>UNITED STATES |
| MIDWEST SCRAP MANAGEMENT INC | PO BOX 787<br>SAINT JOSEPH, MO 64502<br>UNITED STATES |
| MIDWEST SCRAP METALS | 3840 VELP ROAD<br>GREEN BAY, WI 54313<br>UNITED STATES |
| MILLER ELECTRIC SUPPLY INC | 2300 KERPER<br>PO BOX 206<br>DUBUQUE, IA 52004<br>UNITED STATES |
| MILLER/BEVCO | 13604 W. 107TH STREET<br>LENEXA, KS 66215<br>UNITED STATES |
| MINE EQUIPMENT & DESIGN, LLC | P.O. BOX 728<br>ROSS, OH 45061<br>UNITED STATES |
| MINN INDUSTRIAL BATTERY | 2620 N CLEVELAND AVE.<br>ROSEVILLE, MN 55113<br>UNITED STATES |
| MINNESOTA DEPT OF REVENUE | MAIL STATION 4132<br>ST PAUL, MN 55146-4132<br>UNITED STATES |
| MIREF FREMONT DISTRIBUTION CENTER, LLC | PO BOX 6188<br>HICKSVILLE, NY 11802 6188<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| MISSISSIPPI LIME CO   (ALTON) | PO BOX 840033<br>KANSAS CITY, MO 64184<br>UNITED STATES |
| MISSISSIPPI STATE TAX COMMISSION | PO BOX 960<br>JACKSON, MS 39205<br>UNITED STATES |
| MISSOURI DEPARTMENT OF REVENUE | PO BOX 840<br>JEFFERSON CITY, MO 65105-0840<br>UNITED STATES |
| MISTER BATTERY | N2955 N 23 ROAD<br>COLEMAN, WI 54112<br>UNITED STATES |
| MK SPECIALTIES - NICK KUCENIC | PO BOX 12349<br>KANSAS CITY, KS 66112<br>UNITED STATES |
| MKC - MOUNDRIDGE | PO BOX D<br>MOUNDRIDGE, KS 67107<br>UNITED STATES |
| MOBILE DREDGING & PUMP | 3100 BETHEL RD<br>CHESTER, PA 19013 1488<br>UNITED STATES |
| MOHR PARTNERS, INC - DALLAS | 14643 DALLAS PKWY, STE 1000<br>DALLAS, TX 75254<br>UNITED STATES |
| MONEY-MEDIA, INC - NEW YORK | 1430 BROADWAY, 12TH FL, STE 1208<br>NEW YORK, NY 10018<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| MOPOWER INDUSTRIAL BATTERIES & CHARGERS | 1557 CANNING RD. SEVERN BRIDGE, ON P0E 1N0 CANADA |
| MORGAN WOOD PRODUCTS | PO BOX 177 POWELL, OH 43065 UNITED STATES |
| MORRILL MOTORS INC.-ATLANTA | PO BOX 934188 ATLANTA, GA 31193 UNITED STATES |
| MOTOR TECHNOLOGY, INC. | 515 WILLOW SPRINGS LANE YORK, PA 17406 UNITED STATES |
| MOUNTAIN WEST TRUCK CENTER | 1475 WEST 2100 SOUTH SALT LAKE CITY, UT 84119 UNITED STATES |
| MR BATTERY | 710 EDNA DRIVE CHAPARRAL, NM 88081 UNITED STATES |
| MS METAL RECYCLING | 3627 W HARRISON ST CHICAGO, IL 60624 UNITED STATES |
| MUHLENBERG TOWNSHIP | 5401 LEESPORT AVE TEMPLE, PA 19560 UNITED STATES |
| MUHLENBERG TOWNSHIP AUTHORITY | 2840 KUTZTOWN ROAD READING, PA 19605 UNITED STATES |

Exide Technologies

RETAINED CAUSES OF ACTION
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| MULLINS SALVAGE INC. | 8223 E. MAIN STREET<br>CUSHING, OK 74023<br>UNITED STATES |
| MUNCIE CASTING CORP. | 1406 E. 18TH STREET<br>MUNCIE, IN 47302<br>UNITED STATES |
| MURDOCK MACKAY LTD | 5 NIXON ROAD<br>BOLTON, ON L7E 1L2<br>CANADA |
| N C B COMMODITIES INC | P O BOX 3338<br>YORK, PA 174020338<br>UNITED STATES |
| NASCAR | PO BOX 2875<br>DAYTONA BEACH, FL 32120-2875<br>UNITED STATES |
| NATHAN'S BATTERIES | 127 W. MAIN ST.<br>WILKESBORO, NC 28697<br>UNITED STATES |
| NATIONAL EXECUTIVE RESOURCES INC | 8361 SOUTH SANGRE DE CRISTO ROAD,#150<br>LITTLETON, CO 80127<br>UNITED STATES |
| NATIONAL RUBBER TECHNOLOGIES CORP. | 3264 SOLUTION CENTER<br>CHICAGO, IL 60677<br>UNITED STATES |
| NATIONAL UNION FIRE INSURANCE - NEWARK | PO BOX 35540<br>NEWARK, NJ 07193 5540<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| NATIONWIDE PLASTICS - DALLAS | 4949 JOSEPH HARDIN DRIVE<br>DALLAS, TX 75236<br>UNITED STATES |
| NCM DEMOLITION AND REMEDIATION, LP | 11208 BOGGY CREEK ROAD<br>ORLANDO, FL 32824<br>UNITED STATES |
| NEFF PACKAGING SYSTEMS-KANSAS | PO BOX 15056<br>KANSAS CITY, KS 66115<br>UNITED STATES |
| NES RENTALS  -  PHILADELPHIA | P O BOX 8500 1226<br>PHILADELPHIA, PA 19178 1226<br>UNITED STATES |
| NEVADA DEPARTMENT OF TAXATION | PO BOX 52609<br>SALES & USE TAX<br>PHOENIX, AZ 85072<br>UNITED STATES |
| NEW BEVERLY REALTY | 101 EAST MAIN ST.<br>LITTLE FALLS, NJ 7424<br>UNITED STATES |
| NEW JERSEY SALES TAX | CN-999<br>TRENTON, NJ 08646-0999<br>UNITED STATES |
| NEW SOURCE MANAGEMENT, LLC | 600 SOUTH MILL STREET  PO BOX 197<br>CELINA, OH 45822<br>UNITED STATES |
| NEW YORK STATE SALES TAX | PO BOX 15172<br>ALBANY, NY 12212-5172<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
| --- | --- |
| NEWALTA INDUSTRIAL SERVICES, INC | 1200 GARNIER STREET<br>STE-CATHERINE, QC J5C 1B4<br>CANADA |
| NEWSTROM BATTERY CO. LLC | PO BOX 56<br>SPRINGFIELD, LA 70462<br>UNITED STATES |
| NORFOLK SOUTHERN CORP-ENOLA | ENOLA DIESEL TERMINAL<br>218 ENOLA ROAD<br>ENOLA, PA 17025<br>UNITED STATES |
| NORFOLK SOUTHERN RAILWAY | PO BOX 116944<br>ATLANTA, GA 30368 6944<br>UNITED STATES |
| NORTH CAROLINA DEPT. OF REVENUE | SALES & USE TAX<br>PO BOX 25000<br>RALEIGH, NC 27640-0700<br>UNITED STATES |
| NORTHEAST BATTERY-AUBURN | 240 WASHINGTON STREET<br>AUBURN, MA 01501-3225<br>UNITED STATES |
| NORTHEAST IOWA COMMUNITY COLLEGE | PO BOX 400<br>CALMAR, IA 52132<br>UNITED STATES |
| NORTHEAST TWENTY SEVEN, LLC - HOPKINS | 620 12TH AVE. SOUTH<br>HOPKINS, MN 55343<br>UNITED STATES |
| NORTHSIDE SALVAGE YARD INC | 954 LINDEN AVE<br>EAST ROCHESTER, NY 14445<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
| --- | --- |
| NORTHWEST FIRE PROTECTION INC | PO BOX 6237<br>FORT SMITH, AR 72906<br>UNITED STATES |
| NSB INC.- WILSON | PO BOX 1235<br>437 WARD BLVD.<br>WILSON, NC 27893<br>UNITED STATES |
| NUSCONSULTING GROUP WAS/VIKING ENERGY | ONE MAYNARD DRIVE<br>PARK RIDGE, NJ 07656 0712<br>UNITED STATES |
| OHS-COMPCARE, LLC | PO BOX 877674<br>KANSAS CITY, MO 64187<br>UNITED STATES |
| OKABE CO., INC. | c/o Mizuho Corporate Bank, Ltd.<br>PO BOX 3235 CHURCH STREET STATION<br>NEW YORK, NY 10008<br>UNITED STATES |
| OKLAHOMA TAX COMMISSION | BUSINESS TAX DIVISION<br>BOX 26850<br>OKLAHOMA CITY, OK 73126-0850<br>UNITED STATES |
| OLIN CORPORATION | 600 POWDER MILL ROAD<br>EAST ALTON, IL 62024<br>UNITED STATES |
| OLSON PACKAGING SERVICE | COUNTY ROAD 32 PO BOX 392<br>GALESBURG, IL 61402 0392<br>UNITED STATES |
| OMEGA CONTROLS INC - VAN BUREN | PO BOX 275<br>VAN BUREN, AR 72957<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| OMEGA METALS  -  WALNUT CREEK | 1327 NORTH MAIN STREET, SUITE 100<br>WALNUT CREEK, CA 94596<br>UNITED STATES |
| ON-POINT GROUP | FIRST MERIT BANK, 950 HIGH STREET<br>WADSWORTH, OH 44281<br>UNITED STATES |
| OPTUMHEALTH CARE SOLUTIONS, INC. | SDS 12-2834<br>PO BOX 86<br>GOLDEN VALLEY, MN 55486 2834<br>UNITED STATES |
| ORACLE CREDIT CORPORATION | CORPORATE TRUST LEASE GROUP<br>260 NORTH CHARLES LINDBERGH DRIVE<br>MAC:U1240-026<br>SALT LAKE CITY, UT 84116<br>UNITED STATES |
| ORTEC INTERNATIONAL USA, INC. | 3630 PEACHTREE ROAD NE<br>ATLANTA, GA 30326<br>UNITED STATES |
| OUTSOURCE PARTNERS INTERNATIONAL,INC | C/O EXL SERVICE<br>280 PARK AVENUE, 38TH FLOOR<br>NEW YORK, NY 10017<br>UNITED STATES |
| OXIDOR CORPORATION | 1825 E PLANO PARKWAY<br>SUITE 160<br>PLANO, TX 75074<br>UNITED STATES |
| P KAY METAL SUPPLY  INC. (VENDOR) | 2448 EAST 25TH STREET<br>LOS ANGELES, CA 90058<br>UNITED STATES |
| P&A LAW OFFICES | 10260 PARKWOOD DRIVE<br>CUPERTINO, CA 95014<br>UNITED STATES |

Exide Technologies

RETAINED CAUSES OF ACTION
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| P1 GROUP  -  LENEXA | 16210 W 108TH STREET<br>LENEXA, KS 66219<br>UNITED STATES |
| PACIFIC CHLORIDE INC | C/O ANSELL HEALTHCARE PRODUCTS, LLC<br>111 WOOD AVE. SOUTH, SUITE 210<br>ISELIN, NJ 8830<br>UNITED STATES |
| PACIFIC RIM CAPITAL, INC | WELLS FARGO BANK NW, N.A.<br>ATTN: CORP TRUST MAC:U1240-026<br>260 N. CHARLES LINDBERGH DR.<br>SALT LAKE CITY, UT 84116<br>UNITED STATES |
| PACIFIC STEEL & RECYCLING | 1401 3RD STREET NW<br>GREAT FALLS, MT 59403<br>UNITED STATES |
| PACKAGING CONTROL CORP | 20 FLOUR MILL ROAD WEST<br>YORK, PA 17402<br>UNITED STATES |
| PACWEST SECURITY SERVICES | 3303 HARBOUR BLVD., SUITE A 103<br>COSTA MESA, CA 92626<br>UNITED STATES |
| PAGE TRANSPORTATION, INC. | PO BOX 920<br>WEEDSPORT, NY 13166<br>UNITED STATES |
| PALLET ONE OF NORTH CAROLINA INC. | 2340 IKE BROOKS ROAD<br>ATTN: ACCOUNTS RECEIVABLE<br>SILER CITY, NC 27344<br>UNITED STATES |
| PANDA INTERNATIONAL TRADING CO INC | 3570 FRUITLAND AVENUE<br>MAYWOOD, CA 90270<br>UNITED STATES |

Exide Technologies

RETAINED CAUSES OF ACTION
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| PARAMETRIC TECHNOLOGY CORP | PO BOX 945722<br>ATLANTA, GA 30394<br>UNITED STATES |
| PARRISH ELECTRICAL SERVICE, INC. | PO BOX 3114<br>PHENIX CITY, AL 36868<br>UNITED STATES |
| PARRISH GROUP, LLC, THE | 11579 CEDAR PARK AVE.<br>BATON ROUGE, LA 70809<br>UNITED STATES |
| PASTOR, BEHLING & WHEELER, LLC | 2201 DOUBLE CREEK DRIVE  SUITE 4004<br>ROUND ROCK, TX 78664<br>UNITED STATES |
| PATHWAY DEVELOPMENT CORP | 8725 BAYHILL DRIVE<br>GAINESVILLE, GA 30506<br>UNITED STATES |
| PAUL HUFFMAN | 10444 WINDING PASSAGE WAY<br>FORT WORTH, TX 76131<br>UNITED STATES |
| PAUL, HASTINGS, JANOFSKY & WALKER LLP | 515 S FLOWER ST., 25 FLOOR<br>LOS ANGELES, CA 90071<br>UNITED STATES |
| PC HELPS SUPPORT, LLC  - PHILADELPHIA | PO BOX 824526<br>PHILADELPHIA, PA 19182 4526<br>UNITED STATES |
| PELICAN INDUSTRIES, INC | 2225 SOUTH 38TH STREET<br>MILWAUKEE, WI 53215-2389<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| PENA'S DISPOSAL, INC. | 12094 AVE. 408<br>CUTLER, CA 93615<br>UNITED STATES |
| PENNSYLVANIA DEPARTMENT OF REVENUE | BUREAU OF RECEIPTS & CONTROLS<br>DEPT. 280406<br>HARRISBURG, PA 17128-0406<br>UNITED STATES |
| PERFECTION GROUP | 3699 SOLUTIONS CENTER<br>CHICAGO, IL 60677 3006<br>UNITED STATES |
| PERRIN INDUSTRIES | 9615 WHITETAIL LANE<br>WILMER, AL 36587<br>UNITED STATES |
| PETER PALMER | 411 WEBB ROAD<br>CHADDS FORD, PA 19317<br>UNITED STATES |
| PETERSON TRUCKS INC. | 3710 REGIONAL PARKWAY<br>SANTA ROSA, CA 95403<br>UNITED STATES |
| PHASE 3 MEDIA  -  ATLANTA | PO BOX 681163<br>MARIETTA, GA 30068<br>UNITED STATES |
| PHOENIX RECYCLING, INC. | 113 RANGE DR.<br>GARLAND, TX 75040<br>UNITED STATES |
| PHOENIXX INTERNATIONAL LP - PITTSBURGH | 111 DELAFIELD AVE<br>PITTSBURGH, PA 15215<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| PICK-A-PART  - FRESNO | 2274 EAST MUSCAT<br>FRESNO, CA 93725<br>UNITED STATES |
| PICK-N-PULL AUTO DISMANTLERS-RANCHO | 10850 GOLD CENTER DR, STE 325<br>RANCHO CORDOVA, CA 95670<br>UNITED STATES |
| PIEDMONT NATIONAL  - CHARLOTTE | PO BOX 890938<br>CHARLOTTE, NC 28289<br>UNITED STATES |
| PIONEER CROSSING LANDFILL-AUDUBON | P. O. BOX 7250<br>AUDUBON, PA 19407<br>UNITED STATES |
| PLANT PROJECTS, INC - BATON ROUGE | 4325 ORCHID ST.<br>BATON ROUGE, LA 70808<br>UNITED STATES |
| PLASTIC PROCESS EQUIPMENT | PO BOX 425<br>NORTHFIELD, OH 44067<br>UNITED STATES |
| PLATTS | PO BOX 848093<br>DALLAS, TX 75284<br>UNITED STATES |
| PLP BATTERY SUPPLY  - MURPHYSBORO | 1362 NORTH 7TH STREET<br>MURPHYSBORO, IL 62966<br>UNITED STATES |
| PLYMATE, INC  - SHELBYVILLE | 819 ELSTON DRIVE<br>SHELBYVILLE, IN 46176<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| PM FASTENERS, INC. | 333 GODSHALL DRIVE<br>P. O. BOX 124<br>HARLEYSVILLE, PA 19438-0124<br>UNITED STATES |
| POWER PROTECTION PRODUCTS | 6603 A ROYAL STREET<br>PLEASANT VALLEY, MO 64068<br>UNITED STATES |
| POWER STROKE BATTERIES | 101 HILLWOOD<br>HOT SPRINGS, AR 71901<br>UNITED STATES |
| POWERLAB INC | PO BOX 913<br>TERRELL, TX 75160<br>UNITED STATES |
| PPM CONSULTANTS, INC - BATON ROUGE | 1600 LAMY LANE<br>MONROE, LA 71201<br>UNITED STATES |
| PRECISION MACHINE & WELDING | 2231-D1  CENTENNIAL RD<br>SALINA, KS 67401<br>UNITED STATES |
| PRECISION SERVICE & PARTS | 3655 N 126TH STREET<br>BROOKFIELD, WI 53005<br>UNITED STATES |
| PRECISION TOOL & MOLD,INC. | 12050 44TH STREET NORTH<br>CLEARWATER, FL 33762<br>UNITED STATES |
| PRINCE MINERALS, INC | PO BOX 502431<br>SAINT LOUIS, MO 63150<br>UNITED STATES |

Exide Technologies

RETAINED CAUSES OF ACTION
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| PRIVATE EYES, INC  -  WALNUT CREEK | 190 N WIGET LANE, STE 220<br>WALNUT CREEK, CA 94598<br>UNITED STATES |
| PRO BATTERY - ALEDO | 1019 N HENDERSON ST<br>FORT WORTH, TX 76107<br>UNITED STATES |
| PROHEAT INC | PO BOX 48<br>LA GRANGE, KY 40031<br>UNITED STATES |
| PROLIFT INDUSTRIAL EQUIPMENT | P.O. BOX 99607<br>LOUISVILLE, KY 40269<br>UNITED STATES |
| PROLOGIKA | 5325 SPALDING BRIDE CT.<br>NORCROSS, GA 30092<br>UNITED STATES |
| PROTEUS | P.O. BOX 550241<br>HOUSTON, TX 77255 0241<br>UNITED STATES |
| PULSE TECH PRODUCTS | 1100 SOUTH KIMBALL AVE.<br>SOUTHLAKE, TX 76092<br>UNITED STATES |
| PUMPING SYSTEMS INCORPORATED | 1100 VIJAY DRIVE<br>ATLANTA, GA 30341<br>UNITED STATES |
| PURE MARKETING GROUP CORPORATION-CUMMING | 225 CURIE DRIVE , STE 1300<br>ALPHARETTA, GA 30005<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
| --- | --- |
| PUREWORKS, INC. | 730 COOL SPRINGS BLVD., STE 400<br>FRANKLIN, TN 37067<br>UNITED STATES |
| QUAD POWER PRODUCTS | 11609 HICKMAN MILLS DR<br>KANSAS CITY, MO 64134<br>UNITED STATES |
| QUALITY POWER SERVICES LLC | 100 PARKER DRIVE<br>PELHAM, AL 35124<br>UNITED STATES |
| QUALITY POWER SOLUTIONS | 5812 MANUFACTURERS DRIVE<br>MADISON, WI 53704<br>UNITED STATES |
| QUALTUM ENTREPRENEURIAL GROUP | JARDINES 494<br>COL. CHAPALITA<br>ZAPOPAN, JAL, 45043<br>MEXICO |
| QUEBEC MINISTER OF REVENUE-CP 4000 | CP 4000<br>SUCCURSALE DESJARDINS<br>MONTREAL, QC H5B 1A5<br>CANADA |
| QUEST DIAGNOSTICS INCORPORATED | PO BOX 828669<br>PHILADELPHIA, PA 19182<br>UNITED STATES |
| QUEST ENVIRONMENTAL PRODUCTS | 9892 E. 121 STREET<br>FISHERS, IN 46038<br>UNITED STATES |
| QUINN COMPANY | P.O. BOX 849665<br>LOS ANGELES, CA 90084 9665<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
| --- | --- |
| R & W DEVELOPMENT & LOGISTICS, INC. | 410 STATE ROUTE 136 EAST<br>CALHOUN, KY 42327 9620<br>UNITED STATES |
| R.I.C.H. INC | 228 GARFIELD ROAD<br>BERNVILLE, PA 19506<br>UNITED STATES |
| R.S. DAVIS RECYCLING, INC. | 10105 SE MATHER RD.<br>CLCKAMAS, OR 97015<br>UNITED STATES |
| RACKSPACE HOSTING | 5000 WALZEM ROAD<br>SAN ANTONIO, TX 78218<br>UNITED STATES |
| RAIL LOGISTICS  - OVERLAND PARK | 6600 COLLEGE BLVD, STE 310<br>OVERLAND PARK, KS 66211<br>UNITED STATES |
| RAMCAR BATTERIES INC. | 2700 CARRIER AVENUE<br>COMMERCE, CA 90040-2502<br>UNITED STATES |
| RANDY'S | PO BOX 67<br>RACINE, WV 25165<br>UNITED STATES |
| RANSOME RENTAL CO. LP-PHILADELPHIA | PO BOX 828735<br>PHILADELPHIA, PA 19182<br>UNITED STATES |
| RAPID GLOBAL BUSINESS SOLUTIONS (RGBSI) | 31791 SHERMAN AVENUE<br>MADISON HEIGHTS, MI 48071<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| RAUEN PRECISION MACHINE | 951 9TH AVE, NW<br>FARLEY, IA 52046<br>UNITED STATES |
| RAYMOND LEASING CORPORATION | PO BOX 203905<br>HOUSTON, TX 77216<br>UNITED STATES |
| READING ELECTRIC | 80 WITMAN ROAD<br>READING, PA 19605<br>UNITED STATES |
| READING RENTALS | 1340 CENTRE AVE.<br>READING, PA 19601<br>UNITED STATES |
| RECALL | 015295 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693<br>UNITED STATES |
| RECEIVER GENERAL OF CANADA-GST | SUMMERSIDE TAX CENTRE<br>SUMMERSIDE, PE C1N 6A2<br>CANADA |
| RECYCLERS OFF MAIN, INC - OKLAHOMA CITY | 1020 S.W. 55TH STREET<br>OKLAHOMA CITY, OK 73109<br>UNITED STATES |
| RECYCLING CENTER INC. OF LIVE OAK, THE | 700 HOUSTON AVE NW<br>LIVE OAK, FL 32064<br>UNITED STATES |
| RECYCLING SERVICES | PO BOX 301<br>PARKER, KS 66072<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| RECYCLING SOLUTIONS - PHOENIX | 422 S 33RD AVENUE<br>PHOENIX, AZ 85009<br>UNITED STATES |
| RED E PRINT | 101 EAST 5TH STREET-STE 211<br>ST PAUL, MN 55101 1859<br>UNITED STATES |
| REDLINE BATTERY SUPPLY, LLC | 7723-A ELLIS ROAD<br>W. MELBOURNE, FL 32904<br>UNITED STATES |
| REDLINE METALS, INC. | 930 N DUPAGE AVE.<br>LOMBARD, IL 60148<br>UNITED STATES |
| REINHART FOOD SERVICE, LLC | 13400 COMMERCE BLVD.<br>ROGERS, MN 55374<br>UNITED STATES |
| REINTJES & HITER CO, INC | 101 SUNSHINE ROAD<br>KANSAS CITY, KS 66115-1396<br>UNITED STATES |
| REMEDIATION SERVICES INC. | PO BOX 587<br>INDEPENDENCE, KS 67301<br>UNITED STATES |
| REPUBLIC BATTERY, LCC | 6130 LONG DRIVE<br>HOUSTON, TX 77087<br>UNITED STATES |
| RESOURCES ALLOYS & METALS INC. | PO BOX 31765<br>PALM BEACH GARDENS, FL 33420<br>UNITED STATES |

Exide Technologies

RETAINED CAUSES OF ACTION
Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code

| THIRD PARTY | ADDRESS |
|---|---|
| REXEL WHOLESALE | DEPT-0902<br>PO BOX 120902<br>DALLAS, TX 75312-0902<br>UNITED STATES |
| REXTAC, LLC | PO BOX 4148<br>ODESSA, TX 79761 4148<br>UNITED STATES |
| RF INTERNATIONAL  - LAKE SUCCESS | 62477 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 0624<br>UNITED STATES |
| RH BROWN CO. | 12 S. IDAHO ST.<br>SEATTLE, WA 98134<br>UNITED STATES |
| RHODES MACHINE SHOP - FT SMITH | PO BOX 180178<br>FORT SMITH, AR 72918<br>UNITED STATES |
| RICHARD GREENE CO - LENEXA | PO BOX 8397<br>SAINT LOUIS, MO 63132<br>UNITED STATES |
| RICOH CORPORTION - WEST CALDWELL | P.O.BOX 4245<br>CAROL STREAM, IL 60197<br>UNITED STATES |
| RIG MASTER INC  -  MONTEREY | 6601 HWY 565<br>MONTEREY, LA 71354<br>UNITED STATES |
| RMG KEY ASSOCIATES, LLC | 6203 LEA RAY DRIVE<br>GREENSBORO, NC 27410<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
| --- | --- |
| RMR | PO BOX 7186<br>ROCKY MOUNT, NC 27804<br>UNITED STATES |
| ROBERT A. BROTHERS, TRUSTEE-GARNISHMENT | P.0. BOX 2405<br>MEMPHIS, TN 38101 2405<br>UNITED STATES |
| ROGERS INDUSTRIAL SUPPLY | PO BOX 677476<br>DALLAS, TX 75267 7476<br>UNITED STATES |
| ROGERSVILLE RECYCLING | 106 LENA DRIVE<br>ROGERSVILLE, TN 37857<br>UNITED STATES |
| ROLES MARKETING INTERNATIONAL INC. | PO BOX 31907<br>PALM BEACH GARDENS, FL 33420<br>UNITED STATES |
| ROLTA INTERNATIONAL, INC. | 5505 N. CUMBERLAND AVE., SUITE 307<br>LOCKBOX 16879<br>CHICAGO, IL 60656 1471<br>UNITED STATES |
| RONATEC C2C, INC  -  FALLBROOK | PO BOX 1976<br>FALLBROOK, CA 92028<br>UNITED STATES |
| ROPE AND PLASTIC SALES-USA- PTY.LTD. | 1820 RAMHURST DR.<br>CLEMMONS, NC 27012<br>UNITED STATES |
| ROTEK SERVICES INC. WAS ELECTRIC MOTOR | 955 N. MOSLEY<br>WICHITA, KS 67214<br>UNITED STATES |

Exide Technologies

RETAINED CAUSES OF ACTION
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| RSJ CONSULTING, LLC | 8210 ESPANOLA TRAIL<br>AUSTIN, TX 78737<br>UNITED STATES |
| RT 51 AUTO & TRUCK PARTS LLC | 907 OLD ROUTE 51 ROAD<br>SMOCK, PA 15480<br>UNITED STATES |
| RUSHMORE BUSINESS CENTER,LLC-OMAHA | 4115 S 133RD STREET<br>OMAHA, NE 68137<br>UNITED STATES |
| RYAN BLOOM INC DBA DC RECYCLING | 1601 EAST EDINGER AVE<br>SANTA ANA, CA 92705<br>UNITED STATES |
| S & L MECHINCIAL INC - WEST READING | 154 FRANKLIN STREET<br>WEST READING, PA 19611<br>UNITED STATES |
| S & S METAL RECYCLERS II - AURORA | 336 EAST SULLIVAN ROAD<br>AURORA, IL 60505<br>UNITED STATES |
| S & S PALLETS - KINGSPORT | FOR ACCOUNT OF:S & S PALLETS  PO BOX 152<br>BRATTLEBORO, VT 5301<br>UNITED STATES |
| SAFETY SOLUTIONS INC | PO BOX 8100<br>DUBLIN, OH 43016 2100<br>UNITED STATES |
| SAGE ENVIRONMENTAL CONSULTING INC. | PO BOX 1883<br>SAN ANTONIO, TX 78297<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| SAINT GOBAIN ABRASIVES | PO BOX 29276<br>NEW YORK, NY 10087 9276<br>UNITED STATES |
| SALESFORCE.COM INC.-SAN FRANCISCO | P.O BOX 842569<br>BOSTON, MA 02284-2569<br>UNITED STATES |
| SALINA IRON & METAL CO. - SALINA | 312 NORTH 5TH STREET<br>SALINA, KS 67401<br>UNITED STATES |
| SALINE COUNTY TAX COLLECTOR | PO BOX 5040<br>SALINA, KS 67402 5040<br>UNITED STATES |
| SANDERS MECHANICAL SERVICES-POTEAU | 17191 NAIL CREEK ROAD<br>POTEAU, OK 74953<br>UNITED STATES |
| SANDMOLD SYSTEMS INC | DEPARTMENT 180501<br>PO BOX 67000<br>DETROIT, MI 48267 1805<br>UNITED STATES |
| SARATOGA PROPERTIES - BISMARCK | 3825 PRAIRIE PINES LOOP<br>BISMARCK, ND 58503<br>UNITED STATES |
| SAVVIS  -  CHICAGO | 13339 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693<br>UNITED STATES |
| SAYLOR MINE BATTERY INC. | PO BOX 24<br>BAXTER, KY 40806<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
| --- | --- |
| SAYRE AUTO SUPPLY | 125 N. 4TH STREET<br>SAYRE, OK 73662<br>UNITED STATES |
| SBMC ATLANTA LLC | 1471 MEMORY WAY<br>LAWRENCEVILLE, GA 30045<br>UNITED STATES |
| SCANDMETAL INTL SA | AVENUE MOLIERE 190<br>BRUSSELS, B 1050<br>BELGIUM |
| SCHWARTZ ELECTRIC, INC. | 1044 PIONEER WAY, SUITE C<br>EL CAJON, CA 92020<br>UNITED STATES |
| SCOOTER STORE, THE | ATTN: SARA CARLILE<br>1650 INDEPENDENCE DRIVE<br>CANYON LAKE, TX 78132<br>UNITED STATES |
| SCRAP RESOURCE, INC - GAP | 837 TIMBERLINE DRIVE<br>GAP, PA 17527<br>UNITED STATES |
| SDA TECHNOLOGIES INC. | 12455, 55IEME AVENUE<br>MONTREAL, QUEBEC, QC H1E 3V1<br>CANADA |
| SECURITAS SECURITY SVCS,USA | 12672 COLLECTIONS CENTER DR.<br>CHICAGO, IL 60693<br>UNITED STATES |
| SECURITAS SECURITY SVCS-COLUMBUS | PO BOX 403412<br>ATLANTA, GA 30384 3412<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
| --- | --- |
| SECURITY GUARDS INC | PO BOX 6283<br>WYOMISSING, PA 19610<br>UNITED STATES |
| SEIBEL MODERN MFG. & WELDING CORP. | 38 PALMER PLACE<br>LANCASTER, NY 14086<br>UNITED STATES |
| SELLERS EQUIPMENT INC | P O BOX 1940<br>SALINA, KS 67402-1940<br>UNITED STATES |
| SEMCO PRECISION | 5831 EAST RANDOLPH ST<br>COMMERCE, CA 90040<br>UNITED STATES |
| SEQUOIA CONSULTING GROUP, INC. | 163 PLEASANT ST., SUITE 4<br>ATTLEBORO, MA 2703<br>UNITED STATES |
| SERENGETI LAW | P.O. BOX 6292<br>CAROL STREAM, IL 60197 6292<br>UNITED STATES |
| SHAREHOLDER.COM - PHILADELPHIA | LOCKBOX NUMBER 30200<br>PO BOX 8500<br>PHILADELPHIA, PA 19178<br>UNITED STATES |
| SHARPSHOOTERS USA | 11261 ALPHARETTA HWY<br>ROSWELL, GA 30041<br>UNITED STATES |
| SHAW ENVIRONMENTAL AND INFRASTRUCTURE | 4171 ESSEN LANE, ATTN: STEVE GUILLOT<br>BATON ROUGE, LA 70809<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
| --- | --- |
| SIEMENS WATER TECH | ENGINEERED PRODUCTS DEPT. CH 14232<br>PALATINE, IL 60055-4232<br>UNITED STATES |
| SIGGINS CO -  HIGMAN EQUIPMENT | 512 E 12TH AVE.<br>NORTH KANSAS CITY, MO 64116<br>UNITED STATES |
| SILKROAD TECHNOLOGY, INC. | 102 W. THRID ST., SUITE 250<br>WINSTON-SALEM, NC 27101<br>UNITED STATES |
| SMITH BARNEY - ATLANTA | 3280 PEACHTREE RD, NE, STE 1900<br>ATTN: SHAWN SMITH<br>ATLANTA, GA 30305<br>UNITED STATES |
| SOUTH CAROLINA TAX COMMISSION | SC DEPT. OF REVENUE & TAXATION<br>SALES TAX RETURN<br>COLUMBIA, SC 29214-0102<br>UNITED STATES |
| SOUTH COAST AQMD | 21865 EAST COPLEY DRIVE<br>PO BOX 4943<br>DIAMOND BAR, CA 91765-0943<br>UNITED STATES |
| SOUTHEAST COMMUNITY DEVELOPMENT CORP. | P.O. BOX 327<br>BELL, CA 90201<br>UNITED STATES |
| SOUTHEASTERN EQUIP. CO., INC.-CAMBRIDGE | 1500 INDUSTRIAL PARKWAY<br>BRUNSWICK, OH 44212<br>UNITED STATES |
| SOUTHERN AUTOMOTIVE DIST., INC. | 38 HOLLYWOOD BLVD. SW<br>FT. WALTON BEACH, FL 32548<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| SOUTHERN COUNTIES OIL CO | PO BOX 4159<br>ORANGE, CA 92865<br>UNITED STATES |
| SOUTHERN METALS | 1500 TARA PLACE  SUITE 702<br>HAMPTON, GA 30228<br>UNITED STATES |
| SOUTHERN METALS RECYCLING, INC. | POST OFFICE BOX 2139<br>WILMINGTON, NC 28402 2139<br>UNITED STATES |
| SOUTHERN REWINDING AND SALES | P.O. BOX 398<br>FORTSON, GA 31808-0398<br>UNITED STATES |
| SOUTHWEST BATTERY SPECIALIST LLC | 2815 W BUCKEYE RD<br>PHOENIX, AZ 85009<br>UNITED STATES |
| SOUTHWEST MATERIAL HANDLING- MIRA LOMA | PO BOX 1070<br>MIRA LOMA, CA 91752<br>UNITED STATES |
| SOUTHWESTERN ELECTRICAL CO INC-WICHITA | 1638 E. 1ST STREET<br>WICHITA, KS 67214<br>UNITED STATES |
| SPARKS COMMERCIAL TIRE, INC. | PO BOX 177<br>FINDLAY, OH 45839 0177<br>UNITED STATES |
| SPECIAL T METALS, LLC | PO BOX 68, 113 OLIVER ROAD<br>UNIONTOWN, PA 15401<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| SPECTRUM POLY, INC - LAKEWOOD | 27 ROSELLE CT. <br> LAKEWOOD, NJ 8701 <br> UNITED STATES |
| SPHERION STAFFING LLC | PO BOX 742344 <br> ATLANTA, GA 30374 2344 <br> UNITED STATES |
| STABIO - FERRIERE DI STABIO | VIA LAVEGGIO 6 <br> STABIO, 6855 <br> SWITZERLAND |
| STALEY AUTO PARTS (CASH-N-CARRY) | 500 STALEY AVENUE <br> SAVANNAH, GA 31405 <br> UNITED STATES |
| STANDARD IRON & METAL CO.,- OAKLAND | 4525 SAN LEANDRO ST. <br> OAKLAND, CA 94601 <br> UNITED STATES |
| STANION WHOLESALE ELECTRIC CO INC | PO BOX 876438 <br> KANSAS CITY, MO 64187 6438 <br> UNITED STATES |
| STAPLES PRINT SOLUTIONS | PO BOX 95015 <br> CHICAGO, IL 60694 5365 <br> UNITED STATES |
| STAPLES-CHICAGO | PO BOX 83689 <br> CHICAGO, IL 60690 <br> UNITED STATES |
| STAR TRUCK RENTALS, INC. | 3940 EASTERN AVE S E <br> GRAND RAPIDS, MI 49508 <br> UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
| --- | --- |
| STATE OF ARKANSAS | DEPARTMENT OF FINANCE & ADMINISTRATION<br>P.O. BOX 3861<br>LITTLE ROCK, AR 72203 3861<br>UNITED STATES |
| STATE OF MICHIGAN - DETROIT | MICHIGAN DEPARTMENT OF TREASURY<br>DEPARTMENT 77003<br>DETROIT, MI 48277-0003<br>UNITED STATES |
| STATE OF OHIO TREASURER-COLUMBUS | DEPARTMENT OF TAXATION<br>PO BOX 804<br>COLUMBUS, OH 43216-0804<br>UNITED STATES |
| STATE SAFETY & COMPLIANCE | 5338 VICTORY DRIVE<br>SUITE A<br>INDIANAPOLIS, IN 46203<br>UNITED STATES |
| STATE TREASURER | TEXAS COMPTROLLER OF PUBLIC ACCTS.<br>111 E, 17TH STREET<br>AUSTIN, TX 78774-0100<br>UNITED STATES |
| STATIONARY POWER SYS/RICHARD ELLIS | 1115 STURGEON CT. #119<br>ARLINGTON, TX 76001<br>UNITED STATES |
| STEDMAN MACHINE COMPANY  -  GALION | PO BOX 713691<br>CINCINNATI, OH 45271 3691<br>UNITED STATES |
| STELLAR MANUFACTURING CO. | 1647 SAUGET BUSINESS BLVD.<br>SAUGET, IL 62206<br>UNITED STATES |
| STERLING PRODUCTS INC - MILWAUKEE | DEPARTMENT 4511<br>CAROL STREAM, IL 60122 4511<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| STEVE BIRO SALVAGE | 29588 MISSION BLVD. |
| | HAYWARD, CA 94544 |
| | UNITED STATES |
| STONE MOUNTAIN INDUSTRIAL PARK, INC. | C/O PATTILLO CONSTRUCTION |
| | PO BOX 67 |
| | TUCKER, GA 30085 0067 |
| | UNITED STATES |
| STONER INCORPORATED | PO BOX 65 |
| | QUARRYVILLE, PA 17566 |
| | UNITED STATES |
| STONHARD | PO BOX 931947 |
| | CLEVELAND, OH 44193 |
| | UNITED STATES |
| STRATUS BUILDING SOLUTIONS | 16530 VENTURA BLVD., SUITE 204 |
| | ENCINO, CA 91436 |
| | UNITED STATES |
| STRUCTURAL METAL FABRICATORS INC | 1226 LITTLE GAP ROAD |
| | PALMERTON, PA 18071 |
| | UNITED STATES |
| SUDDATH RELOCATION | 815 S. MAIN ST., SUITE 412 |
| | JACKSONVILLE, FL 32207 |
| | UNITED STATES |
| SUMEEKO USA INC - PALATINE | BOX 95588 |
| | PALATINE, IL 60095 |
| | UNITED STATES |
| SUMMERS HARDWARE & SUPPLY CO | P O BOX 210 |
| | JOHNSON CITY, TN 37605-0210 |
| | UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| SUN-LITE METALS, INC. | 2210 E 85TH STREET<br>LOS ANGELES, CA 90001<br>UNITED STATES |
| SUPERIOR ELECTRIC MOTOR SERVICE, INC. | 4623 HAMPTON STREET<br>VERNON, CA 90058<br>UNITED STATES |
| SUPERIOR PLUMBING & HEAT CO INC | 1645 COPPER COURT<br>SALINA, KS 67401<br>UNITED STATES |
| SUPPORT POWER INC | ATTN: KEN ISABEL<br>49 FISCHER AVENUE<br>ISLIP TERRACE, NY 11752<br>UNITED STATES |
| SUPPORT POWER INC | 1593A LOCUST AVE<br>BOHEMIA, NY 11716<br>UNITED STATES |
| SUSAN JARAMILLO | 1564 WATERBURY ROAD<br>CHESHIRE, CT 6410<br>UNITED STATES |
| SWEEPING BEAUTY CLEANING SERVICE INC. | 4418 12TH AVE.<br>TEMPLE, PA 19560<br>UNITED STATES |
| SWIFT TRANSPORTATION- PITTSBURGH | PO BOX 643985<br>PITTSBURGH, PA 15264<br>UNITED STATES |
| SYNTERRA | 148 RIVER STREET, SUITE 220<br>GREENVILLE, SC 29601<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| T N T BATTERY CO. INC.-CLEVELAND | 2380 KEITH VALLEY RD.<br>CLEVELAND, TN 37323<br>UNITED STATES |
| T S WILLIAMS & ASSOCIATES | 102 AMOS DRIVE<br>CUMMING, GA 30040<br>UNITED STATES |
| T&S MACHINING, INC | 5776 MILLER CT<br>COLUMBUS, GA 31909 4179<br>UNITED STATES |
| TABA S.R.L. (TO BE USED FOR BELGIUM) | VIA DEGLI ARTIGIANI 1<br>PANDINO (CR), 26025<br>ITALY |
| TAYLOR MOTOR COMPANY - CUMBERLAND | 1639 ANDERSON HWY<br>CUMBERLAND, VA 23040<br>UNITED STATES |
| TBM CONSULTING GROUP INC. | 4400 BEN FRANKLIN BLVD.<br>DURHAM, NC 27704<br>UNITED STATES |
| TCIP-C, LLC  -  PENSACOLA | 1401 EAST BELMONT STREET<br>PENSACOLA, FL 32501-4321<br>UNITED STATES |
| TEC LA MIRADA 3645439D | 750 NE COLUMBIA BLVD.<br>PORTLAND, OR 97211<br>UNITED STATES |
| TEC-THE EMPLOYMENT COMPANY | 1825 NORTH A STREET<br>FORT SMITH, AR 72901<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| TED JOHNSON PROPANE | 5140 N ELTON STREET<br>BALDWIN PARK, CA 91706<br>UNITED STATES |
| TELCOM MARKETING LTD | 18150 E 32ND PL UNIT D<br>AURORA, CO 80011<br>UNITED STATES |
| TELTECH COMMUNICATIONS,LLC | P.O. BOX 3040<br>EAGLE, CO 81631<br>UNITED STATES |
| TENNANT SALES AND SERVICE COMPANY | P.O. BOX 71414<br>CHICAGO, IL 60694<br>UNITED STATES |
| TENNESSEE DEPARTMENT OF REVENUE | ANDREW JACKSON STATE OFFICE BLDG.<br>500 DEADERICK ST.<br>NASHVILLE, TN 37242-0700<br>UNITED STATES |
| TERRELL BATTERY | P O BOX 21365<br>PHOENIX, AZ 85036<br>UNITED STATES |
| TERRELL BATTERY CORP | 802 SOUTH 19TH AVE<br>PO BOX 21365<br>PHOENIX, AZ 85036<br>UNITED STATES |
| TES INC | PO BOX 995<br>MIDWAY, UT 84049<br>UNITED STATES |
| TESTAMERICA LABORATORIES, INC | PO BOX 204290<br>DALLAS, TX 75320 4290<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | 111 EAST 17TH STREET<br>AUSTIN, TX 78774-0100<br>UNITED STATES |
| THE EXHAUST CENTERS | 1228 NEW LAREDO HWY<br>SAN ANTONIO, TX 78211<br>UNITED STATES |
| TIDEWATER FLEET SUPPLY, LLC | 1324 LINDALE DRIVE<br>CHESAPEAKE, VA 23320<br>UNITED STATES |
| TIMA POWER | 371 VAN NESS WAY<br>SUITE 120<br>TORRANCE, CA 90501<br>UNITED STATES |
| TIME WARNER CABLE | 7910 CRESENT EXECUTIVE DRIVE<br>CHARLOTTE, NC 28217<br>UNITED STATES |
| TITANIC CONTROLS | 611-615 MORGAN AVE<br>DREXEL HILL, PA 19026<br>UNITED STATES |
| TLF, INC. | 3901 W. 86TH ST., SUITE 200<br>INDIANAPOLIS, IN 46268<br>UNITED STATES |
| T-MOBILE | PO BOX 742596<br>CINCINNATI, OH 45274 2596<br>UNITED STATES |
| TOBY'S BATTERY - SPOKANE | 3003 NORTH CRESTLINE<br>SPOKANE, WA 99207<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
| --- | --- |
| TOM'S AUTO, INC. | 216 W BELVIDERE ROAD<br>HAINESVILLE, IL 60030<br>UNITED STATES |
| TOP BRASS BUILDING SERVICES, INC | 1828 SWIFT, # 401<br>NORTH KANSAS CITY, MO 64116<br>UNITED STATES |
| TOSHIBA MACHINE COMPANY OF AMERICA | PO BOX 94028<br>CHICAGO, IL 60690<br>UNITED STATES |
| TOTAL CLEAN - LA VERNE | 2070 NORTH WHITE AVE<br>LA VERNE, CA 91750<br>UNITED STATES |
| TOWAMENCIN METAL TRADERS | 94 BROWER AVE<br>P O BOX 821<br>OAKS, PA 19456<br>UNITED STATES |
| TOWNLINE REALTY LLC | 28 E. MAIN STREET, SUITE 700<br>ROCHESTER, NY 14614<br>UNITED STATES |
| TOYOTA LIFT NORTHWEST | 19305 72ND AVE S<br>KENT, WA 98032<br>UNITED STATES |
| TOYOTA LIFT NORTHWEST | MAIL STOP 98<br>PO BOX 4100<br>PORTLAND, OR 97208<br>UNITED STATES |
| TRADE CENTER AUTO SALVAGE | 2236 HWY 6 & 50<br>GRAND JUNCTION, CO 81505<br>UNITED STATES |

Exide Technologies

RETAINED CAUSES OF ACTION
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| TRAFIGURA AG | 263 TRESSER BLVD<br>STAMFORD, CT 6901<br>UNITED STATES |
| TRANSCARD, LLC | 4080 JENKINS RD<br>SUITE 200<br>CHATTANOOGA, TN 37421<br>UNITED STATES |
| TRANSERVICE LOGISTICS INC. | 5 DAKOTA DRIVE<br>LAKE SUCCESS, NY 11042-1188<br>UNITED STATES |
| TRANSFORCE, INC. | 5520 CHEROKEE AVENUE, SUITE 200<br>ATTN: ACCOUNTS RECEIVABLE<br>ALEXANDRIA, VA 22312<br>UNITED STATES |
| TRANSPORTACTION LEASE SYSTEMS INC. | 51 CONSTELLATION COURT<br>TORONTO, ON M9W 1K4<br>CANADA |
| TRAVIS ALLRED/MOUNTAIN HOME BATTERY | 816 HWY 62 WEST<br>MOUNTAIN HOME, AR 72653<br>UNITED STATES |
| TRAVIS HAIR | 5509 DUNCANVILLE ROAD<br>DALLAS, TX 75236<br>UNITED STATES |
| TREASURER OF CASS COUNTY | 200 COURT PARK<br>LOGANSPORT, IN 46947<br>UNITED STATES |
| TREASURER,UNITED STATES OF AMERICA,EPA | REGION 6<br>CINCINNATI FINANCE CENTER<br>PO BOX 979077<br>SAINT LOUIS, MO 63197 9000<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| TREASURER-STATE OF IOWA | IOWA DEPARTMENT OF REVENUE<br>PO BOX 10412<br>DES MOINES, IA 50306-0412<br>UNITED STATES |
| TRI CITY INDUSTRIAL POWER | 915 N. MAIN STREET<br>MIAMISBURG, OH 45342<br>UNITED STATES |
| TRI STATE MACK | PO BOX 5858<br>JACKSON, MS 39288<br>UNITED STATES |
| TRIPWIRELESS NETWORK SOLUTIONS | PO BOX 4463<br>AVON, CO 81620<br>UNITED STATES |
| TRI-STATE MACK | PO BOX 405<br>MEMPHIS, TN 38101<br>UNITED STATES |
| TRIUMVIRATE ENVIRONMENTAL, INC.- ASTORIA | DEPT. 106042, P.O. BOX 150502<br>HARTFORD, CT 06115 0502<br>UNITED STATES |
| TRUCK PRIDE PARTNERS LLC | 13730 SHORELINE COURT EAST<br>ST. LOUIS, MO 63045<br>UNITED STATES |
| TRUCKWAY LEASING-CINCINNATI | 1745 OREMAN AVENUE<br>CINCINNATI, OH 45223<br>UNITED STATES |
| TSI SOLUTIONS | 2220 CENTRE PARK COURT<br>STONE MOUNTAIN, GA 30087<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| TTS WORLDWIDE LLC | P.O. BOX 847594<br>DALLAS, TX 75284 7594<br>UNITED STATES |
| TYCO INTEGRATED SECURITY | 930 N. RIVERVIEW DRIVE, SUITE 800<br>ATTN: RICHARD JELLIFFE<br>TOTOWA, NJ 7512<br>UNITED STATES |
| U.S. PUMPS | 15919 PHOEBE AVE.<br>LA MIRADA, CA 90638<br>UNITED STATES |
| ULINE | 2200 S LAKESIDE DRIVE<br>WAUKEGAN, IL 60085<br>UNITED STATES |
| UL-STR WAS/UNDERWRITERS LAB | PO BOX 417369<br>BOSTON, MA 02241 7369<br>UNITED STATES |
| UNICORN METALS RECYCLING | 325 E. 4TH AVE.<br>LA HABRA, CA 90631<br>UNITED STATES |
| UNIFIED GOVERNMENT TREASURY | PO BOX 175013<br>KANSAS CITY, KS 66117<br>UNITED STATES |
| UNION BATTERIES & AUTO ELECTRIC, INC. | 6900 MCKINLEY AVE.<br>LOS ANGELES, CA 90001<br>UNITED STATES |
| UNITED BATTERY SYSTEMS | 109 NORTHEAST COLUMBIA BLVD<br>PO BOX 11460<br>PORTLAND, OR 97211<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| UNITED PROCESS CONTROL | 324 COURTYARD DRIVE<br>HILLSBOROUGH, NJ 8844<br>UNITED STATES |
| UNITED RENTALS(NORTHAMERICA)-LOS ANGELES | FILE 51122<br>LOS ANGELES, CA 90074-1122<br>UNITED STATES |
| UNITED STATES TREASURY DEPT. | PO BOX 219236<br>Kansas City, MO 64121-9236<br>UNITED STATES |
| UNITED STEELWORKERS LOCAL 6996-23 | P O BOX 644485<br>PITTSBURGH, PA 15264-4485<br>UNITED STATES |
| UNITED VAN LINES INC.- FENTON | 22304 NETWORK PLACE<br>CHICAGO, IL 60673<br>UNITED STATES |
| UNITEDHEALTHCARE ADMINISTERED PLAN | FOR EXIDE TECHNOLOGIES<br>22703 NETWORK PLACE<br>CHICAGO, IL 60673<br>UNITED STATES |
| UNIVAR USA WAS BASIC CHEMICAL SOLUTIONS | FILE #56019<br>LOS ANGELES, CA 90074 6019<br>UNITED STATES |
| UPCHURCH ELECTRICAL SUPPLY COMPANY | 2355 NORTH GREGG STREET<br>PO BOX 8340<br>FAYETTEVILLE, AR 72703 0006<br>UNITED STATES |
| UPS SUPPLY CHAIN SOLUTIONS - ATLANTA | 12380 MORRIS ROAD<br>ATTN: MARC MUSGROVE<br>ALPHARETTA, GA 30005<br>UNITED STATES |

Exide Technologies

RETAINED CAUSES OF ACTION
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
| --- | --- |
| UPTIME TECHNOLOGY INC. | 1000 BALA FARMS DR.<br>WEST CHESTER, PA 19382<br>UNITED STATES |
| UR SERVICES INC. | 730 BARBERRY DR.<br>MILTON, GA 30004<br>UNITED STATES |
| URREA REAL ESTATE, LLC | 1401 HILLS PLACE<br>ATLANTA, GA 30318<br>UNITED STATES |
| URS CORPORATION | PO BOX 116183<br>ATLANTA, GA 30368-6183<br>UNITED STATES |
| US BANK | CM-9690<br>PO BOX 70870<br>SAINT PAUL, MN 55170 9690<br>UNITED STATES |
| US TRUSTEE | PO BOX 70937<br>ACCOUNT # 1110211125<br>CHARLOTTE, NC 28272<br>UNITED STATES |
| VAN DORN DEMAG CORP. | 11792 ALAMEDA DRIVE<br>STRONGSVILLE, OH 44149<br>UNITED STATES |
| VANDERBILT'S #4 | 300 S ENTERPRISE DRIVE<br>SALINA, KS 67401<br>UNITED STATES |
| VECTREN ENERGY DELIVERY | PO BOX 6248<br>INDIANAPOLIS, IN 46206<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| VELOCITY TECHNOLOGY SOLUTIONS WAS/WTS | 1100 OLVIE WAY<br>SUITE 1100<br>SEATTLE, WA 98101<br>UNITED STATES |
| VENTURA COUNTY AUTO PARTS INC | 842 MISSION ROCK ROAD<br>SANTA PAULA, CA 93060<br>UNITED STATES |
| VENTURE PLASTICS - NEWTON FALLS | 4000 WARREN ROAD<br>NEWTON FALLS, OH 44444<br>UNITED STATES |
| VEOLIA ENVIRONMENTAL SERVICES-PORT WASH. | 1275 MINERAL SPRINGS DR.<br>ELECTRONICS RECYCLING DIVISION<br>PORT WASHINGTON, WI 53074<br>UNITED STATES |
| VERITEXT CORP DBA NATIONAL DEPO | P.O. BOX 404743<br>ATLANTA, GA 30384 4743<br>UNITED STATES |
| VERITEXT CORP. - CLEVELAND | 1301 EAST NINTH STREET, SUITE 100<br>CLEVELAND, OH 44114<br>UNITED STATES |
| VERIZON | PO BOX 660108<br>DALLAS, TX 75266 0108<br>UNITED STATES |
| VERTEX INC | LOCKBOX 25528<br>25528 NETWORK PLACE<br>CHICAGO, IL 60673 1255<br>UNITED STATES |
| VICTORY PACKAGING  - DALLAS | P O BOX 844150<br>DALLAS, TX 75284 4150<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| VIPER PRECISION MACHINE - CHARLOTTE | 521 BROADCAST DR.<br>SPARTANBURG, SC 29303<br>UNITED STATES |
| VIRGINIA DEPARTMENT OF TAXATION | PO BOX 26627<br>RICHMOND, VA 23261-6627<br>UNITED STATES |
| VISION BANCORP METALS LLC | 675 THIRD AVENUE<br>NEW YORK, NY 10017<br>UNITED STATES |
| VSS, LLC   -  RIGELAND | 303 BRAME ROAD<br>RIDGELAND, MS 39157<br>UNITED STATES |
| VULCAN MANUFACTURING, INC. | 1007 W. NORTH STREET<br>SALINA, KS 67401<br>UNITED STATES |
| W&M ENVIRONMENTAL-WAS-WHITEHEAD & MUELLE | 906 EAST 18TH STREET<br>PLANO, TX 75074<br>UNITED STATES |
| WABASH INDUSTRIAL SERVICES LLC.-WABASH | 675 E. 250 S.<br>WABASH, IN 46992<br>UNITED STATES |
| WADDLE MFG MACHINE CO | 2816 CENTENNIAL ROAD<br>SALINA, KS 67401<br>UNITED STATES |
| WALTON & COMPANY-YORK | PO BOX 20069<br>YORK, PA 17402<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| WANN AIR SYSTEMS | 1650 MAPLE AVE.<br>NOBLESVILLE, IN 46060<br>UNITED STATES |
| WASHINGTON STATE DEPT. OF REVENUE | PO BOX 34051<br>SEATTLE, WA 98124-1051<br>UNITED STATES |
| WATER ENERGY SYSTEMS TECH INC | 13109 ARCTIC CIRCLE<br>SANTA FE SPRINGS, CA 90670<br>UNITED STATES |
| WATER GREMLIN COMPANY | 4350 OTTER LAKE ROAD<br>GEM LAKE, MN 55110<br>UNITED STATES |
| WATTLES CO, THE - ENUMCLAW | 35800 249TH AVE SE ATTN: CRAIG B WATTLES<br>ENUMCLAW, WA 98022<br>UNITED STATES |
| WBC MECHANICAL, INC. | 1801 FALLS AVENUE<br>WATERLOO, IA 50701<br>UNITED STATES |
| WE BUY SCRAP | 7540 S MILITARY TRAIL<br>LAKE WORTH, FL 33463<br>UNITED STATES |
| WEAVERS HARDWARE CO | 732 FLEETWOOD-LYONS ROAD<br>FLEETWOOD, PA 19522<br>UNITED STATES |
| WEBER PAPER COMPANY | 4300 CHAVENELLE ROAD<br>DUBUQUE, IA 52002<br>UNITED STATES |

Exide Technologies

RETAINED CAUSES OF ACTION
Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code

| THIRD PARTY | ADDRESS |
|---|---|
| WEBFILINGS LLC | 2625 N LOOP DRIVE, SUITE 2105<br>AMES, IA 50010<br>UNITED STATES |
| WEIR SLURRY GROUP, INC - CHICAGO | 21976 NETWORK PLACE<br>CHICAGO, IL 60673<br>UNITED STATES |
| WERKO MACHINE CO. | 9200 COLLINS AVE.<br>PENNSAUKEN, NJ 8110<br>UNITED STATES |
| WEST DRUM | P. O. BOX 3687<br>LONGVIEW, TX 75606<br>UNITED STATES |
| WESTCORE DELTA, LLC | PO BOX 844405<br>LOS ANGELES, CA 90084 4405<br>UNITED STATES |
| WESTERN EXTRALITE COMPANY | PO BOX 802816<br>KANSAS CITY, MO 64180 2816<br>UNITED STATES |
| WHITE & CASE LLP - NEW YORK | 1155 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036<br>UNITED STATES |
| WILMINGTON IRON & METAL CO., INC. | 2149 US RT 68 SOUTH<br>WILMINGTON, OH 45177<br>UNITED STATES |
| WINSTEAD BUILDING | C/O STEPHEN C WOODARD JR<br>PO DRAWER 1960<br>SMITHFIELD, NC 27577<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| WIRING BY WALL | PO BOX 14715<br>READING, PA 19612<br>UNITED STATES |
| WISCONSIN DEPARTMENT OF REVENUE | PO BOX 93208<br>MADISON, WI 53293 0208<br>UNITED STATES |
| WISE EL SANTO COMPANY INCORPORATED | PO BOX 8360<br>ST LOUIS, MO 63132<br>UNITED STATES |
| WKP (WIERCINSKI, KWIECINSKI, BACHR) | IBC II, 11 POLNA STREET<br>WARSAW, 00 633<br>POLAND |
| WOLFF & SAMSON PC - WEST ORANGE | ONE BOLAND DRIVE<br>WEST ORANGE, NJ 7052<br>UNITED STATES |
| WOODLANDS PROPERTIES, LLC - BIRMINGHAN | PO BOX 100576<br>BIRMINGHAM, AL 35210<br>UNITED STATES |
| WORKPLACE HEALTH SERVICES, LLC | 2046 RELIABLE PARKWAY<br>CHICAGO, IL 60686 0020<br>UNITED STATES |
| WORLDWIDE BATTERY CO.INC. | 9955 WEST POINT DRIVE<br>SUITE 120<br>INDIANAPOLIS, IN 46256<br>UNITED STATES |
| WW GRAINGER | DEPT 859401507<br>PALATINE, IL 60038-0001<br>UNITED STATES |

Exide Technologies

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| XACT DATA DISCOVERY | 5800 FOXRIDGE DRIVE<br>MISSION, KS 66202<br>UNITED STATES |
| XATA CORPORATION - PALATINE | DEPT CH 17402<br>PALATINE, IL 60055<br>UNITED STATES |
| XBRAND LIFTS LIMITED | 225 COMMERCE STREET, UNIT 8 & 9<br>MONCTON, NB E1H 2GA<br>CANADA |
| XPEDX | PO BOX # 677319<br>DALLAS, TX 75267 7319<br>UNITED STATES |
| XPEDX-CHICAGO | 3568 SOLUTIONS CENTER<br>CHICAGO, IL 60677-3005<br>UNITED STATES |
| XPEDX-PITTSBURGH | PO BOX 644520<br>PITTSBURGH, PA 15264-4520<br>UNITED STATES |
| YALE MATERIAL HANDLING OF HAM LAKE | 15735 CENTRAL AVE NE<br>HAM LAKE, MN 55304<br>UNITED STATES |
| YARD TRUCK SPECIALISTS INC | PO BOX 421<br>BENSALEM, PA 19020<br>UNITED STATES |
| YEAGER SUPPLY INC | BOX 1177<br>1440 N. 6HT STREET<br>READING, PA 19603<br>UNITED STATES |

**Exide Technologies**

**RETAINED CAUSES OF ACTION**
**Exhibit 6.17-13 Claims Related to Potential Avoidance of Prepetition Transfers Under Sections 362, 510, 542, 543, 547, and 548 of the Bankruptcy Code**

| THIRD PARTY | ADDRESS |
|---|---|
| YORKVILLE BATTERY WAS/MIKE SCHREPPEL | 5152 COMMERICIAL DR. EAST<br>YORKVILLE, NY 13495<br>UNITED STATES |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | RODNEY SQUARE, 1000 NORTH KING STREET<br>WILMINGTON, DE 19801<br>UNITED STATES |
| ZENITH CUTTER CO.  -  LOVES PARK | DEPT. #5519<br>P.O.BOX 1451<br>MILWAUKEE, WI 53201<br>UNITED STATES |
| ZINK SAFETY EQUIPMENT COMPANY | PO BOX 14398<br>LENEXA, KS 66285-4398<br>UNITED STATES |
| ZONES CORPORATE SOLUTIONS - AUBURN | 1102 15TH ST., S.W.,STE 102<br>AUBURN, WA 98001<br>UNITED STATES |

## EXHIBIT 7.1

## GUC TRUST AGREEMENT

## EXIDE CREDITORS' LIQUIDATING TRUST AGREEMENT

This trust agreement (the "Agreement") dated as of _____ __, 2015 is entered into by and between Exide Technologies (the "Settlor" or "Debtor"), and _____ (the "Trustee"), for the benefit of the "Beneficiaries" (defined below) under the terms of the Second Amended Plan of Reorganization of Exide Technologies, dated February 4, 2015 (Docket No. 3096) (as amended or supplemented, the "Plan") confirmed by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") in Chapter 11 Case No. 13-11482 (KJC) (the "Chapter 11 Case") by Order dated _____ __, 2015 (Docket No. [●]) (the "Confirmation Order").

### RECITALS

A.    The Bankruptcy Court entered the Confirmation Order on [_____], 2015 , and the Plan became effective on [_____], 2015 (the "Effective Date").

B.    The Trust (defined below) is established pursuant to the Plan as a liquidating trust in accordance with Treasury Regulation Section 301.7701-4(d) for the sole purpose of liquidating the GUC Trust Assets (defined below) in an expeditious and orderly manner and distributing the Net Proceeds (defined below) thereof to the Beneficiaries (defined below) in accordance with the Plan with no objective to continue or engage in the conduct of a trade or business except, to the extent reasonably necessary to, and consistent with, the liquidating purpose of the Trust and the Plan; and

C.    The Trust is intended to qualify as a "grantor trust" for U.S. federal income tax purposes pursuant to Sections 671 through 677 of the Internal Revenue Code of 1986 (as amended, the "Tax Code"), with the Beneficiaries treated as the grantors and owners of the Trust.

NOW, THEREFORE, in consideration of the mutual covenants and agreements contained herein and in the Plan, the Debtor and the Trustee agree as follows:

## ARTICLE I

### DEFINITIONS AND INTERPRETATIONS

1.1     Use of Plan Definitions.  All capitalized terms which are used in this Agreement but not defined herein shall have the meaning set forth in the Plan, and if not in the Plan, in the Bankruptcy Code.

1.2     Definitions.

1.2.1   "**Beneficiaries**" means the Holders of Allowed (i) General Unsecured Claims, (ii) Subordinated Notes Claims, and (iii) Senior Notes Deficiency Claims, whether their Claims are Allowed before or after the Effective Date.

1.2.2   "**Creditors' Committee**" means the official committee of unsecured creditors appointed pursuant to section 1102(a) of the Bankruptcy Code in the Chapter 11 Case on June 18, 2013, as may be reconstituted from time to time.

1.2.3   "**Disputed Claims Reserve**" means Cash in an amount required by order of the Bankruptcy Court, or in the absence of such order, equal to the Distributions which would have been made to the Holders of Disputed Trust Claims if such claims were Allowed.

1.2.4   "**Disputed Trust Claims**" means the General Unsecured Claims which are Disputed as that term is defined in the Plan.

1.2.5   "**Distribution**" means a distribution of property to a Beneficiary on account of a Trust Claim pursuant to this Agreement and the Plan.

1.2.6   "**Distribution Date**" means any date on which Distributions are made in accordance with this Agreement.

1.2.7 "**DTCC**" means the Depository Trust & Clearing Corporation and its successors and assigns.

1.2.8 "**Entity**" has the meaning ascribed to such term in section 101(15) of the Bankruptcy Code.

1.2.9 "**Exchange Act**" means the Securities and Exchange Act of 1934, as amended, and the rules and regulations promulgated thereunder.

1.2.10 "**Final Preference Repayment Date**" means the date on which the Trust shall have fully repaid $3,000,000 in Net Proceeds from GUC Trust Preference Actions to the Reorganized Debtor.

1.2.11 "**GUC Trust Assets**" means the assets transferred to and vested in the Trust on the Effective Date pursuant to the Plan (or subsequent thereto), which assets are comprised of (a) the GUC Trust Cash Contribution, (b) the GUC Trust IP Transaction Proceeds, (c) the GUC Trust LME Pricing Litigation Assets, and (d) the GUC Trust Causes of Action.

1.2.12 "**GUC Trust Board**" means the three (3) member oversight board for the Trust, two (2) members of which shall be selected by the Creditors' Committee and one (1) member of which shall be selected by the Unofficial Noteholder Committee. The initial members of the GUC Trust Board are identified on Exhibit A annexed hereto.

1.2.13 "**GUC Trust Cash Contribution**" means the $3,000,000.00 to be contributed by the Debtor or the Reorganized Debtor to the Trust on the Effective Date to fund the Trust's costs and expenses, which amount shall be repaid by the Trust to the Reorganized Debtor from the first $3,000,000.00 in Net Proceeds from GUC Trust Preference Actions, but which is otherwise not repayable.

1.2.14 "**GUC Trust Causes of Action**" means (a) the GUC Trust Preference Actions, (b) the LME Pricing Claims, and (c) such other Causes of Action that may be identified and either (i) agreed to among the Debtor or Reorganized Debtor, the Creditors' Committee and the Unofficial Noteholder Committee or (ii) ordered to be contributed to the Trust pursuant to a Final Order of the Bankruptcy Court, prior to the Effective Date, pursuant to and in accordance with the terms of the GUC Trust Settlement Agreement and Article 7.5 of the Plan, and as set forth in Exhibit 7.3 of the Plan, in each circumstance only to the extent such Causes of Action are not released pursuant to Article 12.6 of the Plan.

1.2.15 "**GUC Trust IP Transaction Proceeds**" means the 45% of the IP Transaction Proceeds allocable to the Trust:  (i) 55% of which shall be distributable Pro Rata to Beneficiaries who are Holders of Allowed Senior Notes Deficiency Claims, and (ii) 45% of which shall be distributable Pro Rata to Beneficiaries who are Holders of Allowed Other General Unsecured Claims.

1.2.16 "**GUC Trust LME Pricing Litigation Assets**" means (a) the right to pursue LME Pricing Claims pursuant to and in accordance with the terms of the GUC Trust Settlement Agreement and the Net Proceeds thereof, which shall be deposited in the Trust, with 45% distributable Pro Rata to the Beneficiaries who are Holders of Allowed Senior Notes Deficiency Claims and 55% distributable Pro Rata to the Beneficiaries who are Holders of Allowed Other General Unsecured Claims, in accordance with the terms of the GUC Trust Settlement Agreement, and (b) the Net Proceeds arising from any monetary compensation, rights of restitution, or other pecuniary benefits to which the Debtor or Reorganized Debtor, as applicable, is entitled as a result of a public/governmental antitrust enforcement action relating to LME Pricing Claims, which shall be deposited in the Trust for distribution Pro Rata to

Beneficiaries who are the Holders of Allowed General Unsecured Claims in accordance with the terms of the GUC Trust Settlement Agreement.

1.2.17 "**GUC Trust Preference Actions**" means those certain Avoidance Actions arising under sections 547 and 550 of the Bankruptcy Code, transferred to the Trust on the Effective Date, which Avoidance Actions have been agreed among the Debtor, the Creditors' Committee, and the Unofficial Noteholder Committee, pursuant to and in accordance with the GUC Trust Settlement Agreement and which are or shall be identified on Exhibit B.

1.2.18 "**GUC Trust Settlement Agreement**" means that certain agreement approved by the Bankruptcy Court on February 4, 2015 (Docket No. 3093), as may be amended, supplemented, restated, or otherwise modified from time to time with the written agreement of the parties thereto, which sets forth the terms of the settlement among the Debtor, the Creditors' Committee, and certain members of the Unofficial Noteholder Committee.

1.2.19 "**Investment Company Act**" means the Investment Company Act of 1940, as amended, and the rules and regulations promulgated thereunder.

1.2.20 "**IP Transaction**" means the monetization of intellectual property through any offset or similar transaction identified by the Reorganized Debtor in its reasonable business judgment and in consultation with the Trustee in accordance with the GUC Trust Settlement Agreement.

1.2.21 "**IP Transaction Proceeds**" means the Net Proceeds from any IP Transaction (which amount shall be determined by the Reorganized Debtor in its reasonable business judgment and in consultation with the Trustee, after reimbursement to the Reorganized Debtor for the IP Advisor's fees and expenses), which shall be distributed 55% to the

Reorganized Debtor and 45% to the Trust, in accordance with the terms of the GUC Trust Settlement Agreement.

1.2.22 "**LME Pricing Claims**" means any private antitrust action, price competition action, or similar action to the extent permitted by applicable law, whether the foregoing arises under United States law or the laws of foreign jurisdictions, for damages to the Debtor and/or its Subsidiaries or Affiliates resulting from alleged lead price manipulation that is the subject of the investigation conducted by the Creditors' Committee and the Debtor beginning in or about April 2014, pursuant to and in accordance with the terms and conditions of the GUC Trust Settlement Agreement.

1.2.23 "**Net Proceeds**" means the gross proceeds generated through the liquidation and monetization of the GUC Trust Assets or any portion thereof, less charges, costs and expenses that are rightly deducted and attributable to the liquidation and monetization of such GUC Trust Assets.

1.2.24 "**Other General Unsecured Claims**" means all Subordinated Notes Claims and all General Unsecured Claims.

1.2.25 "**Pro Rata**" means with respect to Claims at any time, the proportion that the Face Amount of a Claim in a particular Class or Classes bears to the aggregate Face Amount of all Claims (including Disputed Claims, but excluding disallowed Claims) in such Class or Classes.

1.2.26 "**Securities Act**" means the Securities Act of 1933, as amended and the rules and regulations promulgated thereunder.

1.2.27 "**Senior Notes**" means the 8.625% Senior Secured Notes due 2018 issued by Exide Technologies pursuant to the Senior Notes Indenture.

1.2.28 "**Senior Notes Deficiency Claim**" means the portion of the Senior Notes Claim that is unsecured pursuant to section 506(a) of the Bankruptcy Code, which shall be Allowed for all purposes under the Plan in the amount of [$659.8] million.

1.2.29 "**Senior Notes Indenture**" means that certain indenture dated as of January 25, 2011, pursuant to which the Senior Notes were issued.

1.2.30 "**Senior Notes Indenture Trustee**" means the indenture trustee for the Senior Notes appointed under the Senior Notes Indenture.

1.2.31 "**Subordinated Notes**" means those floating rate convertible senior subordinated notes due September 18, 2013 issued pursuant to the Subordinated Notes Indenture.

1.2.32 "**Subordinated Notes Claim**" means a Claim of a Subordinated Notes Holder arising under or as a result of the Subordinated Notes, which Claims shall be Allowed for all purposes under the Plan in the aggregate amount of $51,900,000, and which for the avoidance of doubt shall not be subject to any avoidance, reductions, recharacterization, counterclaim, defense, disallowance, impairment, objection, or any challenges under applicable law or regulation.

1.2.33 "**Subordinated Notes Indenture**" means that certain indenture for the Subordinated Notes between Exide Technologies and the Subordinated Notes Indenture Trustee, dated as of March 18, 2005.

1.2.34 "**Subordinated Notes Indenture Trustee**" means U.S. Bank National Association, in its capacity as indenture trustee for the Subordinated Notes pursuant to the Subordinated Notes Indenture.

1.2.35 "**Trust**" means the liquidating trust established pursuant to the terms of this Agreement, and is the liquidating trust referred to as the "GUC Trust" in the Plan.

1.2.36 "**Trust Claim(s)**" means the Claims of the Beneficiaries on account of which the Beneficiaries are entitled to receive a Distribution pursuant to the terms of the Plan and this Agreement.

1.2.37 "**Trustee**" shall mean (a) initially, the individual identified as the "Trustee" above, and (b) any successors or replacements duly appointed under the terms of this Agreement, and who is referred to as the "GUC Trust Trustee" in the Plan.

1.2.38 "**UCC Trust Board Member**" shall mean the two (2) members of the GUC Trust Board appointed by the Creditors' Committee, and any successors thereto.

1.2.39 "**UNC Trust Board Member**" shall mean the one (1) member of the GUC Trust Board appointed by the Unofficial Noteholder Committee, and any successors thereto.

1.2.40 "**Unofficial Noteholder Committee**" means the unofficial committee of unaffiliated holders (which include holders or investment advisors or managers of discretionary accounts) of Senior Notes represented by Paul, Weiss, Rifkind, Wharton & Garrison LLP and Young Conaway Stargatt & Taylor, LLP.

1.3     Headings; Interpretation.  The headings in this Agreement are for convenience of reference only and shall not limit or otherwise affect any provisions of this Agreement.  Words denoting the singular number shall include the plural number and vice versa, and words denoting one gender shall include the other gender.

1.4     Particular Words.  Reference in this Agreement to any Section or Article is, unless otherwise specified, to that Section or Article under this Agreement.  The words "hereof," "herein," "hereunder," and similar terms shall refer to this entire Agreement and not to any particular Section or Article of this Agreement.

## ARTICLE II

## DECLARATION OF TRUST

2.1     Establishment of the Trust.  Pursuant to the Plan, the Debtor hereby constitutes and establishes the Trust on behalf of, and for the benefit of, the Beneficiaries effective as of the Effective Date of the Plan.  The Trustee may conduct the affairs of the Trust under the name of the "Exide Creditors' Liquidating Trust."  The sole purpose of the Trust is the liquidation and distribution of the GUC Trust Assets in accordance with Treasury Regulation section 301.7701-4(d), with no objective to continue or engage in the conduct of a trade or business.  The Trust shall engage only in activities reasonably necessary to, and consistent with the liquidating purpose of the trust.

2.2     Transfer of Assets.  Pursuant to sections 1123(a)(5)(B) and 1123(b)(3)(B) of the Bankruptcy Code and in accordance with the Plan and Confirmation Order, the Settlor hereby grants, releases, assigns, conveys, transfers and delivers, on behalf of the Beneficiaries, all of the Settlor's right, title and interest in the GUC Trust Assets to the Trust as of the Effective Date in trust for the benefit of the Beneficiaries, free and clear of any and all Liens, Claims, Encumbrances, and Interests (legal, beneficial, or otherwise) of all other Entities to the maximum extent contemplated by and permissible under the Plan, the Confirmation Order, or section 1141(c) of the Bankruptcy Code for the uses and purposes as specified in this Agreement.

2.3     Tax Treatment.  It is intended that the Trust be classified for federal income tax purposes as a "liquidating trust" within the meaning of Treasury Regulations Section 301.7701-4(d) and as a "grantor trust" within the meaning of Sections 671 through 679 of the Tax Code. In furtherance of this objective, the Trustee shall, in its business judgment, endeavor in good faith not to unduly prolong the duration of the Trust.  For all federal income tax purposes, all parties

(including the Debtor, Reorganized Debtor, the Trustee, and the Beneficiaries) shall treat the transfer of the GUC Trust Assets allocable to the Beneficiaries as a transfer to such Beneficiaries of their proportionate interests in the GUC Trust Assets followed by a transfer by such Beneficiaries of such interests in the GUC Trust Assets to the Trust in exchange for beneficial interests in the Trust.  The Beneficiaries under the Trust will be treated as the deemed owners of the Trust.  All such Beneficiaries shall use the valuation of the GUC Trust Assets transferred to the Trust as established by the Trustee for all federal income tax purposes.  The Trust will be responsible for filing information on behalf of the Trust as grantor trust pursuant to Treasury Regulation Section 1.671-4(a).  The foregoing treatment shall also apply, to the extent permitted by applicable law, for state and local income tax purposes.

2.4     Securities Law.  It is intended that the interests of the Beneficiaries in the Trust (the "Beneficial Interests") and the entitlements hereunder, if any, of such Beneficiaries, shall not constitute "securities." To the extent the Beneficial Interests or any entitlements of the Beneficiaries are deemed to be "securities," the issuance of the Beneficial Interests or the entitlements of the Beneficiaries hereunder or under the Plan shall be exempt, pursuant to Section 1145 of the Bankruptcy Code or Section 4(a)(2) of the Securities Act, from registration under the Securities Act, and any applicable state and local laws requiring registration of securities. If the Trustee determines, with the advice of counsel, that the Trust is required to comply with registration and/or reporting requirements of the Securities Act, the Exchange Act, the Trust Indenture Act of 1939, as amended (the "Trust Indenture Act"), or the Investment Company Act, then the Trustee shall take any and all actions to comply with such registration and reporting requirements, if any, and file reports with the Securities and Exchange Commission to the extent required by applicable law. Notwithstanding the foregoing procedure,

nothing herein shall be deemed to preclude the Trustee from amending this Agreement to make such changes as are deemed necessary or appropriate by the Trustee, with the advice of counsel, to ensure that the Trust is not subject to registration and/or reporting requirements of the Securities Act, the Exchange Act, the Trust Indenture Act or the Investment Company Act, except that no amendment to this Agreement may be made which would not be permitted by Article X of this Agreement.   The Beneficial Interests do not and shall not be deemed to constitute securities of the Debtor or the Reorganized Debtor.

2.5     _Capacity of Trust_.   Notwithstanding any state or federal law to the contrary or anything herein, the Trust shall itself have the capacity, in its own right and name, to act or refrain from acting, including the capacity to sue and be sued and to enter into contracts.   The Trust may alone be the named movant, respondent, party plaintiff or defendant, or the like in all adversary proceedings, contested matters, and other state or federal proceedings brought by or against it, and may settle and compromise all such matters in its own name.

2.6     _GUC Trust Cash Contribution_.   On the Effective Date, and in accordance with the Plan, the Debtor or Reorganized Debtor shall deposit Cash in the amount of $3,000,000.00 into the Trust by wire transfer, representing the GUC Trust Cash Contribution.

2.7     _No Rights of Debtor or Reorganized Debtor_.   Neither the Debtor nor the Reorganized Debtor shall have a Claim to, right, or Interest in, whether direct, residual, contingent or otherwise, the GUC Trust Assets once such assets have been transferred to the Trust, _provided_, _however_, that pursuant to the Plan, the Trust shall use the first $3,000,000.00 of Net Proceeds from the GUC Trust Preference Actions to repay the GUC Trust Cash Contribution to the Reorganized Debtor.   Until the Final Preference Repayment Date, the Trustee shall (i) make quarterly payments of Net Proceeds of GUC Trust Preference Actions to the Reorganized

Debtor provided that there are at least $250,000 Net Proceeds of GUC Trust Preference Actions available at such time (except for the payment made on the Final Preference Repayment Date, which can be less than $250,000) and  (ii) provide a quarterly report to the Reorganized Debtor of all Net Proceeds on account of GUC Trust Preference Actions.  For the avoidance of doubt, the GUC Trust Cash Contribution shall not be fully repayable if Net Proceeds on account of the GUC Trust Preference Actions are less than $3,000,000.00.

2.8     <u>Safekeeping of GUC Trust Assets</u>.  All GUC Trust Assets shall, until distributed as provided herein, be held in trust for the benefit of the Beneficiaries in accordance with the Plan and this Agreement.  The Trustee shall be under no liability for interest or producing income on any moneys received by it hereunder and held for distribution to the Beneficiaries, except as such interest or income shall actually be received by the Trust.

## ARTICLE III

## THE TRUSTEE AND THE ADMINISTRATION OF THE TRUST

3.1     <u>Appointment</u>.  Pursuant to the Plan, _____ has been designated to serve as the initial Trustee, and, as of the Effective Date, he hereby accepts such appointment and agrees to serve in such capacity.  The Trustee accepts the Trust created by this Agreement and the grant, assignment, transfer, conveyance, and delivery to the Trustee, on behalf of, and for the benefit of the Beneficiaries, by the Debtor or the Reorganized Debtor of all of its rights, title, and interest in the GUC Trust Assets, upon and subject to the terms and conditions set forth in this Agreement, the Plan and the Confirmation Order. The Trustee shall be deemed to be appointed pursuant to Bankruptcy Code section 1123(b)(3)(B).

3.2     <u>Generally</u>.  The Trustee's powers are exercisable solely in a fiduciary capacity consistent with, and in furtherance of, the purpose of the Trust and the Trustee shall act in the

best interests of the Beneficiaries and in furtherance of the purpose of the Trust and the Trustee shall use commercially reasonable efforts to resolve the GUC Trust Causes of Action and to make timely distributions of any proceeds therefrom and to otherwise monetize the GUC Trust Assets and not unreasonably prolong the duration of the Trust..  The Trustee shall have authority to bind the Trust, and for all purposes of this Agreement, shall be acting as Trustee, and not in his individual capacity.  Subject to the provisions of this Agreement, as of the date that the GUC Trust Assets are transferred to the Trust, the Trustee on behalf of the Trust may control and exercise authority over the GUC Trust Assets, over the acquisition, management and disposition thereof, and over the management and conduct of the affairs of the Trust.  The Trustee shall file (or cause to be filed) any statements, returns, or disclosures relating to the Trust that are required by any governmental unit.

      3.3   <u>Powers</u>.  The rights and powers of the Trustee on behalf of the Trust shall include the following, and any rights and powers reasonably incidental thereto that the Trustee, in its reasonable discretion, deems necessary or appropriate to fulfill the purpose of the Trust, without any further Bankruptcy Court approval (but subject to consultation with, the oversight of, and the approval of the GUC Trust Board as such direction, oversight and approval are provided for by the terms of this Agreement).  Accordingly, the Trustee on behalf of the Trust shall have the standing and the authority to:

      A.   receive, manage, invest (subject to Section 3.3(S) below), supervise, protect, sell, liquidate, and, where appropriate, abandon the GUC Trust Assets;

      B.   open and maintain bank accounts on behalf and in the name of of the Trust;

      C.   enter into any agreement or execute any document or instrument required by or consistent with the Plan, the Confirmation Order or this Agreement, and to perform all obligations thereunder;

D.      calculate and make Distributions to the Beneficiaries under this Agreement in accordance with the Plan and take other actions consistent with the Plan, including the maintenance of appropriate reserves (including the Disputed Claims Reserve), in the name of the Trust;

E.      maintain the books and records of the Trust, including any books and records of the Debtor transferred to the Trust;

F.      withdraw, make Distributions and pay taxes and other obligations owed by the Trust from funds held by the Trust in accordance with the Plan or applicable law;

G.      incur and pay reasonable and necessary expenses in connection with the implementation and consummation of the Plan in accordance with and consistent with this Agreement;

H.      make decisions without Bankruptcy Court approval, but subject to approval of the GUC Trust Board, regarding the retention or engagement of professionals to perform services for or on behalf of the Trust, and to assist the Trustee in carrying out its powers and duties, and to pay, without Bankruptcy Court approval, but subject to approval of the GUC Trust Board, all reasonable fees and expenses of such professionals retained by the Trust, including the fees and expenses of professionals, accruing from and after the Effective Date;

I.      investigate (including causing the Trust to seek the examination of any Person pursuant to Federal Rule of Bankruptcy Procedure 2004), enforce, compromise, adjust, arbitrate, prosecute, sue on or defend, assign, sell, waive, withdraw, abandon, or otherwise resolve, settle, release, or dismiss in accordance with the terms this Agreement, the Plan and the Confirmation Order, claims in favor of, or against, the Trust (including the GUC Trust Causes of Action);

J.      determine and satisfy any and all liabilities created, incurred, or assumed by the Trust;

K.      pay all expenses, debts, and other liabilities of the Trust and make all other payments relating to the GUC Trust Assets;

L.      seek a determination of tax liability under section 505 of the Bankruptcy Code or otherwise and to pay, or cause to be paid, from the assets of the Debtor or Reorganized Debtor transferred to the Trust, any taxes incurred by the Trustee after the Effective Date;

M.      prepare and file tax returns and related forms and filings on behalf of the Trust, cause the Trust to make all tax withholdings, file tax information returns, file and prosecute tax refund claims, and make tax elections by and on behalf of the Trust;

N.    withhold from the amount distributable to any Person the maximum amount needed to pay any tax or other charge that the Trustee has determined, based upon the advice of its agents and/or professionals, may be required to be withheld from such Distribution under the income tax or other laws of the United States or of any state or political subdivision thereof;

O.    establish, maintain, and adjust reserves for trust operations, taxes, assessments, and other expenses of administration of the Trust as may be necessary and appropriate in the discretion of the Trustee for the proper administration of the Trust;

P.    obtain and maintain insurance coverage with respect to the liabilities and obligations of the Trustee and the Trust (in the form of an errors and omissions policy, fiduciary policy or otherwise);

Q.    obtain and maintain insurance coverage with respect to personal property which may become GUC Trust Assets, if any;

R.    subject to approval of the GUC Trust Board, borrow funds on behalf of the Trust to the extent determined by the Trustee for purposes consistent with the Trust;

S.    invest any moneys held as part of the GUC Trust Assets in interest-bearing accounts maintained with a domestic bank or other financial institution having a shareholders' equity or equivalent capital of not less than [Five Hundred Million Dollars], subject to the terms of Section 3.5(d) hereof; and

T.    exercise such other powers as may be vested in or assumed by the Trust or the Trustee pursuant to the Plan, an order of the Bankruptcy Court, or as may be necessary, proper, and appropriate to carry out the provisions of the Plan subject to approval of the GUC Trust Board as otherwise expressly set forth in this Agreement, including without limitation the timing of the closing of the Trust.

3.4    <u>Limitations</u>.

(a)    The Trustee shall not be, and is not, authorized to engage in any trade or business with respect to the GUC Trust Assets, and shall engage only in activity reasonably necessary to, and consistent with, the liquidating purpose of the Trust. All actions taken by the Trustee shall be consistent with the expeditious but orderly liquidation of the GUC Trust Assets as is required by applicable law and consistent with the treatment of the Trust as a liquidating

trust under Treasury Regulation Section 301.7701-4(d).   In no circumstance shall the Trustee be the representative of the Reorganized Debtor and the Trustee shall use best efforts to conspicuously show that the Trustee represents the Trust, which should not be confused with the Reorganized Debtor.

(b)     Under no circumstances shall the Trustee be authorized or contend it is authorized to incur liability on behalf of the Debtor or the Reorganized Debtor, and any and all liability incurred by the Trustee, whether for expenses of prosecution, payment of sanctions, or otherwise, shall be the exclusive liability of the Trust and not the liability of the Debtor or the Reorganized Debtor.

(c)     In all circumstances, the Trustee shall act in the best interests of all Beneficiaries and in furtherance of the purposes of the Trust, and shall consult with the GUC Trust Board as the same is provided for pursuant to the terms of this Agreement.

(d)     The Trustee shall liquidate and convert to Cash the GUC Trust Assets in an expeditious but orderly manner, make timely Distributions in accordance with the Plan, and not unduly prolong the duration of the Trust.

(e)     Any investments of the Cash portion of the GUC Trust Assets by the Trustee must be permitted investments for a liquidating trust within the meaning of Treasury Regulation Section 301.7701-4(d), or under applicable Internal Revenue Service guidelines, rulings, or other controlling authorities.   Any such permitted investments must be liquid, highly-rated short-term investments of which the length of term shall be consistent with the obligations to pay costs, expenses and other obligations and make distributions under this Agreement and the Plan, which investments shall consist of (a) short-term investments issued or guaranteed by the United States or by a department, agency or instrumentality of the United States, (b) other short-

term instruments of the highest credit rating available of two nationally recognized rating agencies, in each case after consultation with the GUC Trust Board, or (c) other similar short-term investments approved by the GUC Trust Board.  The Trustee shall not be liable for interest or obligated to produce income on any monies received by the Trust and held for Distribution to the Beneficiaries, except as such interest or other income shall actually be received by the Trust.

(f)  Notwithstanding anything in this Agreement to the contrary, the Trustee will not have the authority to take any action inconsistent with the Plan, the Confirmation Order, or this Agreement.

3.5  <u>Valuation of GUC Trust Assets</u>.  As soon as practicable after the Effective Date in light of the valuation's tax purpose, the Trustee shall make a good-faith valuation of the GUC Trust Assets, and such valuation shall be made available from time to time, to the extent relevant, and shall be used consistently by all parties (including the Reorganized Debtor, the Trustee, and the Beneficiaries) for all federal income tax purposes.

3.6  <u>Trustee Action</u>.  The Trustee shall hold, collect, conserve, protect and administer the Trust in accordance with the provisions of this Agreement and the Plan, and pay and distribute amounts as set forth herein for the purposes set forth in the Plan and this Agreement. Any good faith determination by the Trustee as to what actions are in the best interests of the GUC Trust shall be determinative.  Subject to the terms of this Agreement, without limiting the generality of the previous sentence, the Trustee may, but shall not be required to, consult with and retain and pay in the ordinary course of business, attorneys, experts, financial advisors, accountants, appraisers, and other professionals the Trustee believes have qualifications necessary to assist in the administration of the Trust, including professionals previously retained by the Debtor or the Creditors' Committee.  For the avoidance of doubt, and without limitation

of applicable law, nothing in this Agreement shall limit the Trustee from engaging the Trustee's firm or its affiliates, to do work for the Trust.

3.7    <u>Bankruptcy Court Approval of Trustee Actions</u>.  Except as may be provided in the Plan or otherwise specified in this Agreement, the Trustee need not (i) obtain an order or approval of the Bankruptcy Court in the exercise of any power, rights, or discretion conferred hereunder, or (ii) account to the Bankruptcy Court.  The Trustee shall exercise his discretion and judgment for the benefit of the Beneficiaries in order to maximize the value of the GUC Trust Assets and Distributions, giving due regard to the cost, risk, and delay of any course of action. Notwithstanding the foregoing in this Section 3.7, the Trustee may submit to the Bankruptcy Court any matter regarding which the Trustee may desire to have explicit approval of the Bankruptcy Court for the taking of any specific action proposed to be taken by the Trustee with respect to the GUC Trust Assets or other aspect of administration of the Trust, the Trust, this Agreement, the Plan, including the administration and Distribution of the GUC Trust Assets and the proceeds thereof.  The Bankruptcy Court shall retain jurisdiction for such purposes to the maximum extent permitted by law and shall approve or disapprove any such proposed action upon a motion or application filed by the Trustee.  In addition, subject to Section 3.4 of this Agreement, the Trustee shall have the authority, but not the obligation, to seek Bankruptcy Court approval to sell or transfer any GUC Trust Asset free and clear of any and all Liens, Claims, encumbrances, and Interests.

3.8    <u>Trustee as the Representative of the Estate</u>.  Solely with respect to the GUC Trust Assets, the Trustee is automatically, and without need for further notice or approval of the Bankruptcy Court or the Reorganized Debtor, designated and deemed the representative of the Estate pursuant to section 1123(b)(3)(B) of the Bankruptcy Code to investigate, enforce, pursue,

sell, compromise, settle, release, withdraw, dismiss, or abandon any GUC Trust Causes of Action transferred to the Trust in accordance with the terms of this Agreement, the Plan, and the Confirmation Order.  The Reorganized Debtor shall consult with the Trustee before seeking to close the Estate and the Trustee shall have recourse to the Bankruptcy Court to address any disputes regarding same.  Subject to the terms of the Plan, Confirmation Order, and this Agreement, the Trust shall also be entitled to assert all of the Estates' rights under section 558 of the Bankruptcy Code.

3.9     GUC Trust Causes of Action.  The Trustee, in his reasonable, sole discretion after consultation with the GUC Trust Board, shall determine whether to investigate, sue, settle, release, withdraw, dismiss, compromise, or enforce any GUC Trust Causes of Action (or decline to do any of the foregoing), and shall not be required to provide any notice or seek approval of the Bankruptcy Court for any such action, *provided*, *however*, the GUC Trust Board must authorize the Trustee to commence any GUC Trust Cause of Action, and to settle, release, withdraw, dismiss, or compromise any GUC Trust Cause of Action other than any GUC Trust Preference Action that is asserted for the amount of $250,000 or less.

3.10    LME Pricing Claims Protocols.

(a)     The Reorganized Debtor shall use commercially reasonable efforts to cooperate with the Trustee in connection with investigating and prosecuting any LME Pricing Claims, including, but not limited to, providing documents or communications as required. Notwithstanding the foregoing, the Trustee will seek to preserve and protect all applicable privileges and work-product relating to the LME Pricing Claims. In connection with the LME Pricing Claims, any applicable privilege of the Debtor, the Estate, the Reorganized Debtor, or the Creditors' Committee, including but not limited to any attorney-client privilege or work-product

privilege attaching to any documents or communications (whether written or oral) associated with the LME Pricing Claims, and all defenses, claims, counterclaims and rights of setoff or recoupment shall vest in the Trust and may be asserted by the Trustee.  The Plan and the Confirmation Order shall include a provision that the Trust's receipt of such information shall not waive such privileges and all such privileges are preserved.  As soon as reasonably practicable after the Effective Date, the Reorganized Debtor will provide materials relating to the LME Pricing Claims to the Trust.  Material that is not directly related to the LME Pricing Claims will be redacted and/or not disclosed to the Trustee. The Debtor's special counsel, King & Spalding, LLP, will retain a copy of the disclosed material in the event that it is asked to respond in any subsequent proceeding.

(b)     Pursuant to the GUC Trust Settlement Agreement, Plan and Confirmation Order, additional counsel, if any, to continue investigating and/or prosecuting any LME Pricing Claims may be retained by the Trust, with approval by the GUC Trust Board, on a contingency basis on prevailing market terms for private antitrust actions.  Expert witnesses, if any, will be retained on prevailing market terms for private antitrust actions; if fees for such professionals exceed the funds in the Trust, the Entities pursing the private action must find alternative sources of funding.

(c)     Pursuant to the GUC Trust Settlement Agreement, Plan and Confirmation Order, with respect to LME Pricing Claims, the Reorganized Debtor and the Trustee (with the approval of the GUC Trust Board) must agree to any actions against parties not originally identified as potential targets in connection with the Creditor's Committee's motions pursuant to Bankruptcy Rule 2004 filed on December 18, 2014 (Docket Nos. 2787 and 2788) (the "Rule 2004 Motions"), and as identified on the record at the hearing held before the Bankruptcy Court

on January 22, 2015, in connection with the Rule 2004 Motions (these parties shall include any affiliates thereof) or otherwise agreed to by the Debtor and the Committee prior to the Effective Date.  The Reorganized Debtor shall consent to any reasonable request that is consistent with the GUC Trust Settlement Agreement by the Trustee to add any additional parties and the Bankruptcy Court shall resolve any disputes as to whether any actions can be commenced against such additional parties. If the Bankruptcy Court is required to determine whether any additional parties should be added to the investigation, all proceedings relating to such determination shall be confidential and presented in camera to the extent permitted by law.

(d)     To the extent commercially reasonable and permitted by applicable law, the Reorganized Debtor agrees to direct and cause the Reorganized Debtor's foreign Affiliates to assign their respective LME Pricing Claims to the Trust or to appoint the Trustee as the agent of the foreign Affiliates to pursue any such claims and to the extent permitted by applicable law, to use commercially reasonable efforts to cooperate with the Trustee in connection with investigating and prosecuting any LME Pricing Claims.

3.11    GUC Trust Preference Action Protocols.

(a)     Pursuant to the GUC Trust Settlement Agreement, Plan and Confirmation Order, prior to asserting any claims against certain agreed upon Preference Targets (as defined in the GUC Trust Settlement Agreement), the Trustee shall provide the Reorganized Debtor with a list of such Preference Targets against which the Trust intends to pursue GUC Trust Preference Actions and the Reorganized Debtor shall have the absolute right to direct the Trustee and the Trust not to pursue any such Preference Target, *provided*, *however*, the Reorganized Debtor may not designate more than $500,000 in Avoidance Actions (net of defenses) that the Trust cannot pursue.

(b)      The Reorganized Debtor shall use commercially reasonable efforts to cooperate with the Trustee in connection with investigating and prosecuting GUC Trust Preference Actions, including with respect to providing documents, evidence and information as required.   Notwithstanding the foregoing, the Trustee will seek to preserve and protect all applicable privileges and work-product relating to the GUC Trust Preference Action, including but not limited to any attorney-client privilege or work-product privilege attaching to any documents or communications (whether written or oral).   The Plan and the Confirmation Order shall include a provision that the Trustee's receipt of such information shall not waive any privileges and all such privileges are preserved.   Material that is not directly related to the GUC Trust Preference Actions will be redacted and/or not disclosed to the Trustee.   To the extent that the Reorganized Debtor's actual, reasonable, and documented out-of pocket costs and expenses incurred in cooperating with the Trustee exceed $250,000, the Trustee shall reimburse any such costs and expenses above $250,000 from the proceeds of the GUC Trust Preference Actions within thirty (30) days of receiving a request for such reimbursement.   For the avoidance of doubt, such out-of pocket costs and expenses shall not include, among other things, any time expended by the Debtor's personnel.   The Trustee and/or the GUC Trust Board shall raise any disputes relative to the amount of such out-of pocket costs and expenses within thirty (30) days of receiving a request for reimbursement, and the Bankruptcy Court shall resolve any such disputes that are not resolved between and among the Reorganized Debtor, the Trustee and the GUC Trust Board.

(c)      The first $3,000,000.00 of the Net Proceeds of the GUC Trust Preference Actions shall be used to reimburse the Reorganized Debtor for the GUC Trust Cash Contribution.   The next $1,500,000.00 in Net Proceeds of the GUC Trust Preference Actions

shall be allocated and distributable on a Pro Rata basis to the Beneficiaries who are Holders of Allowed Other General Unsecured Claims pursuant to and in accordance with the terms of the GUC Trust Settlement Agreement and Plan. Any additional Net Proceeds of the GUC Trust Preference Actions shall be allocated and distributable Pro Rata to the Beneficiaries who are Holders of Allowed Other General Unsecured Claims and Senior Notes Deficiency Claims.

3.12    <u>General Unsecured Claims Resolution</u>.    The Reorganized Debtor shall be responsible for (a) all aspects of the General Unsecured Claims reconciliation process (except making Distributions to Holders of General Unsecured Claims, and (b) all of the costs associated with such reconciliation. The Reorganized Debtor shall consult with the Trustee on a periodic basis as is reasonably requested by the Trustee regarding the Claims reconciliation process.  The Reorganized Debtor shall (x) object to General Unsecured Claims and shall provide the Trustee with notice and an opportunity to object to all Claims that the Reorganized Debtor seeks to resolve for an amount greater than $20,000, and (y) use commercially reasonable efforts in administering all aspects the Claims reconciliation process.  If the Trustee cannot agree with the Reorganized Debtor with respect to the resolution of any Claim greater than $20,000, then the Trustee shall be permitted to resolve such Claim and the Trust shall bear the costs with respect to resolving such Claim, *provided*, *however*, that the Trust must obtain the approval of the GUC Trust Board to resolve any Claim for $250,000 or more.  The Trustee shall be entitled to conclusively rely on information from the Reorganized Debtor about the status and determination of General Unsecured Claims, including which Claims are Disputed, which Claims have been Disallowed or Allowed, and the Allowed amounts of the Claims.  In addition, the Trustee may rely upon the claims register provided by the Reorganized Debtor.

3.13    <u>Periodic Consultation with GUC Trust Board</u>.    In addition to the other consultation and reporting requirements set forth in this Agreement, the Trustee shall report and consult with the GUC Trust Board at his discretion or as reasonably requested by the GUC Trust Board or any member thereof concerning the status and administration of the Trust and the GUC Trust Assets, provided, however, that the Trustee shall be required to report to the GUC Trust Board at least once each calendar quarter commencing 90 days after the Effective Date.

3.14    <u>Other Activities</u>. Any individual serving as the Trustee, other than in his individual capacity as such, shall be entitled to perform services for and be employed by third parties; *provided*, *however*, that such performance or employment affords such individual sufficient time to carry out his responsibilities as the Trustee.  In addition, the Trustee shall not be prohibited from engaging in any trade or business on its own account, provided that such activity does not interfere or conflict with the Trustee's administration of the Trust.

3.15    <u>Liability of Trustee and His Agents</u>. Except as otherwise specifically provided herein, neither the Trustee, nor the employees, professionals, agents, nor representatives of the Trust or the Trustee (all of the foregoing, the "Covered Persons"), shall be held personally liable for any claim asserted against any of them or the Trust. Without limiting the generality of the foregoing, none of the Covered Persons shall be liable with respect to any action taken or omitted to be taken in furtherance of their responsibilities hereunder, except to the extent that their conduct is determined by a Final Order to be due to their own fraud, gross negligence, or willful misconduct.  All Entities dealing with the Trustee shall look only to the GUC Trust Assets (or to any insurance that may cover such claim) to satisfy any liability incurred by the Trustee in carrying out the terms of this Agreement, and, none of the Covered Persons shall have any personal obligation to satisfy any such liability except to the extent that their conduct is

determined by a Final Order to be due to their own fraud, gross negligence, or willful misconduct.  Nothing contained in this Agreement, the Plan or the Confirmation Order shall be deemed to be an assumption by the Trustee or Trust of any of the liabilities, obligations or duties of the Debtor, the Reorganized Debtor, or the Beneficiaries and shall not be deemed to be or contain a covenant or agreement by the Trustee or Trust to assume or accept any such liability, obligation or duty.

3.16    Exculpation; Indemnification. The Covered Persons shall not be liable for actions taken or omitted in their capacity as, or on behalf of, the Trustee, except those acts arising out of their own fraud, gross negligence or willful misconduct, and each shall be entitled to indemnification and reimbursement for fees and expenses in defending any and all of their actions or inactions in their capacity as, or on behalf of, the Trustee, except for any actions or inactions involving fraud, gross negligence, or willful misconduct.  Any indemnification claim of a Covered Person shall be satisfied solely from the GUC Trust Assets, any applicable insurance coverage, and the proceeds thereof.

3.17    Reliance by Trustee. The Trustee may absolutely and unconditionally rely, and shall be protected in acting upon, any resolution, certificate, statement, instrument, opinion, report, notice, request, consent, order, or other paper or document believed by the Trustee in good faith to be genuine and to have been signed or presented by the proper party or parties.  The Trustee may consult with legal counsel, financial or accounting advisors, and other professionals to be selected by the Trustee and may rely, in good-faith, on the advice thereof, and shall not be liable for any action taken or omitted to be taken in accordance with the advice thereof.

3.18    Compensation of the Trustee and Others.

(a)      The Trustee shall be entitled to receive compensation payable from the GUC Trust Assets in accordance with the terms set forth in Exhibit C annexed hereto.  With respect to the success fee component of the Trustee's compensation structure, the Trustee shall provide a written billing statement to the GUC Trust Board requesting any such fee and outlining the basis for the calculation of such fee.  The GUC Trust Board shall have 15 Business Days from the receipt of the billing statement to provide the Trustee with a written objection to the requested fee.  In the event no objections are timely raised, the Trustee may pay the fee, or that portion of the fee, that is not subject to an objection.  In the event any dispute regarding the fee is not resolved consensually, either the Trustee or the GUC Trust Board may file a motion with the Bankruptcy Court, on notice to the other party, seeking a resolution of the dispute.  The Trustee may pay his compensation and other costs and expenses of the Trust before approving or making any Distributions to Beneficiaries.

(b)      The Trustee shall be entitled to pay from the GUC Trust Assets reasonable and documented compensation, plus the reimbursement of reasonable and documented out-of-pocket expenses, to each professional retained by the Trustee and approved by the GUC Trust Board on such terms and conditions as may be agreed to by the Trustee (and as approved by the GUC Trust Board) and the respective professional. Each such professional shall provide a written billing statement to the Trustee and the GUC Trust Board, outlining the basis for the calculation of the fees and expenses sought to be paid.  The Trustee and GUC Trust Board shall have fifteen (15) Business Days from the receipt of the billing statement to provide the respective professional with a written objection to the requested fee.  In the event no objections are timely raised, the Trustee may pay the fee, or that portion of the fee, that is not subject to an objection.  In the event that a dispute arises regarding payment of any such compensation or

expense reimbursement, the professionals may seek payment of such fees and costs by filing a motion with the Bankruptcy Court and providing notice to the Trustee and GUC Trust Board.

3.19   <u>No Bond</u>. The Trustee shall not be required to post any bond or surety or other security for the performance of his duties unless otherwise ordered by the Bankruptcy Court and, in the event the Trustee is so otherwise ordered, all reasonable costs and expenses of procuring any such bond or surety shall be borne by the Trust and paid for from the GUC Trust Assets.

3.20   <u>Conflicts of Interest</u>.  Conflicts of interest of the Trustee will be addressed by the GUC Trust Board, who may appoint a disinterested Person to handle the matter that is the subject of the conflict.  If no GUC Trust Board is established or serving, the Trustee will appoint a disinterested Person to handle any matter where the Trustee has identified a conflict of interest or the Bankruptcy Court, on motion of a party in interest, determines one exists.  In the event the Trustee is unwilling or unable to appoint a disinterested Person to handle any such matter, the Bankruptcy Court, upon the request of a party in interest, and after a notice and hearing, may do so.

3.21   <u>Term of Service</u>.  The duties, responsibilities and powers of the Trustee shall terminate on the date the Trust is dissolved pursuant to Article IX of this Agreement, under applicable law, by an Order of the Bankruptcy Court, or the effective date of the resignation or removal of the Trustee, *provided, that* sections 3.15 to 3.18 above shall survive such termination and dissolution.

3.22   <u>Resignation</u>. The Trustee may resign at any time by giving the GUC Trust Board at least 30 days' written notice of the Trustee's intention to do so, in which case the resignation shall be effective no earlier than the 30th day following issuance of such notice or such other date agreed to by the Trustee and GUC Trust Board.  In the event of a resignation, the resigning

Trustee shall render to the GUC Trust Board a full and complete accounting of monies and assets received, disbursed, and held during the term of office of the resigning Trustee and such other information as reasonably requested by the GUC Trust Board.  In the event of a resignation of the Trustee, the resigning Trustee shall be entitled to payment of all compensation earned by the Trustee through and including the effective date of such resignation.  Any disputes regarding the compensation to be paid to the Trustee shall be determined by the Bankruptcy Court.

3.23    Removal. The Trustee may be removed upon the unanimous vote of the GUC Trust Board with or without cause.  Any removal of the Trustee shall become effective on such date as may be specified by the GUC Trust Board.   In the event of the removal of the Trustee, the removed Trustee shall render to the GUC Trust Board a full and complete accounting of monies and assets received, disbursed, and held during the term of office of the removed Trustee and such other information as reasonably requested by the GUC Trust Board.  In the event of the removal of the Trustee, the Trustee shall be entitled to payment of all compensation earned by the Trustee through and including the effective date of such removal.    Any disputes regarding the compensation to be paid to the Trustee shall be determined by the Bankruptcy Court.

3.24    Appointment of Successor Trustee.  Upon the resignation, death, incapacity, or removal of a Trustee, the UCC Trust Board Members shall promptly and unanimously appoint a successor Trustee to fill the vacancy so created.  If the UCC Trust Board Members fail to timely appoint the successor Trustee, the Bankruptcy Court shall do so upon motion or application by any member of the GUC Trust Board. Any successor Trustee so appointed shall consent to and accept in writing, to be filed with the Bankruptcy Court, the terms of this Agreement and agree that the provisions of this Agreement shall be binding upon and inure to the benefit of the successor Trustee and all of the successor Trustee's heirs and legal and personal representatives,

successors or assigns. Thereupon, such successor Trustee shall, without any further act, become vested with all the estates, properties, rights, powers, trusts, and duties of his predecessor in the Trust with like effect as if originally named herein; *provided*, *however*, that a removed or resigning Trustee shall, nevertheless, when reasonably requested in writing by the successor Trustee, execute and deliver any instrument or instruments conveying and transferring to such successor Trustee all the estates, properties, rights, powers, and trusts of such predecessor Trustee.

      3.25   <u>Powers and Duties of Successor Trustee</u>.  A successor Trustee shall have all the rights, privileges, powers, and duties of the predecessor Trustee under this Agreement and the Plan.

      3.26   <u>Trust Continuance</u>.  The death, incapacity, resignation or removal of the Trustee shall not terminate the Trust or revoke any existing agency created pursuant to this Agreement or invalidate any action theretofore taken by the Trustee.

      3.27   <u>Confidentiality</u>.  Any Trustee shall, during the period that it serves as Trustee, after removal or resignation, and after dissolution of the Trust, hold strictly confidential and not use for personal gain any material, non-public information of or pertaining to any Entity to which any of the GUC Trust Assets relates or which it has become aware of in its capacity as Trustee.

## ARTICLE IV

## GUC TRUST BOARD

      4.1   <u>GUC Trust Board</u>. The GUC Trust Board shall be bound by the terms of this Agreement.  The GUC Trust Board shall be comprised of three (3) members.  The initial members of the GUC Trust Board are identified on Exhibit A annexed hereto.  In all circumstances, the GUC Trust Board and its members shall act in the best interests of all

Beneficiaries and in furtherance of the purpose of the Trust.  The GUC Trust Board shall have the authority and responsibility to oversee, review, and consult with the Trustee regarding activities and performance of the Trust as set forth in section 3.13 of this Agreement, and shall have the authority to take and approve such other actions as are expressly set forth in this Agreement, including, but not limited to, the right to remove the Trustee pursuant to section 3.23 of this Agreement.  Notwithstanding anything in this Article IV, the GUC Trust Board shall not take any action which will cause the Trust to fail to qualify as a "liquidating trust" for U.S. federal income tax purposes.

      4.2   <u>Manner of Acting</u>.

      (a)   A majority of the total number of members of the GUC Trust Board then in office shall constitute a quorum for the transaction of business at any meeting of the GUC Trust Board.  Except as otherwise provided in this Agreement, the affirmative vote of a majority of the members of the GUC Trust Board present at a meeting at which a quorum is present shall be the act of the GUC Trust Board.  Any or all of the members of the GUC Trust Board may participate in a regular or special meeting by, or conduct the meeting through the use of, telephone or similar communications equipment by means of which all Persons participating in the meeting may hear each other, in which case any required notice of such meeting may generally describe the arrangement (rather than or in addition to the place) for holding thereof.  Any member of the GUC Trust Board participating by this means is deemed to be present in person at the meeting.

      (b)   Any member of the GUC Trust Board who is present at a meeting of the GUC Trust Board when action is taken is deemed to have assented to the action taken unless: (i) such member of the GUC Trust Board objects at the beginning of the meeting (or promptly upon

his/her arrival) to holding it or transacting business at the meeting; (ii) his/her dissent or abstention from the action taken is entered in the minutes of the meeting; or (iii) he/she states his/her dissent or abstention to the GUC Trust Board during the meeting and delivers written notice of his/her dissent or abstention to the GUC Trust Board within two (2) Business Days of receipt of the minutes of the meeting.

4.3    <u>GUC Trust Board's Action Without a Meeting</u>.  Any action required or permitted to be taken by the GUC Trust Board at a meeting may be taken without a meeting if the action is taken by unanimous written consent, as evidenced by one or more written consents describing the action taken, signed by the members of the GUC Trust Board, and filed with the minutes or proceedings of the GUC Trust Board, *provided*, *however*, that the Trustee may compromise or otherwise resolve or settle, in accordance with the terms hereof, claims and the GUC Trust Causes of Action on five (5) Business Days prior written notice to the GUC Trust Board and provided that the GUC Trust Board has not notified the Trustee of any objection to the proposed compromise or settlement within the notice period.

4.4    <u>Tenure and Replacement of the Members of the GUC Trust Board</u>.  The authority of the members of the GUC Trust Board will be effective as of the Effective Date, and will remain and continue in full force and effect until the Trust is dissolved in accordance with the terms of this Agreement.  The service of the members of the GUC Trust Board will be subject to the following terms and conditions:

(a)    The members of the GUC Trust Board will serve until death, incapacitation or resignation.

(b)    A member of the GUC Trust Board may resign at any time by providing a written notice of resignation to the Trustee and remaining members of the GUC Trust Board.

Such resignation will be effective on the earlier of (i) when a successor is appointed as provided herein, (ii) at a time mutually agreed to by the Trustee and the GUC Trust Board, and (iii) thirty (30) days after the date on the notice of resignation, and as such time, the resigning member shall have no further liability or responsibility with respect thereto.

(c)     Upon the resignation, death, or incapacity of a UCC Trust Board Member, the successor member shall be appointed by the remaining UCC Trust Board Member.

(d)     Upon the resignation, death or incapacity of the UNC Trust Board Member, the successor member shall be appointed by the Holders of a majority in dollar amount of the Senior Notes Deficiency Claims.

(e)     The appointment of a successor member of the GUC Trust Board shall be evidenced by the filing with the Bankruptcy Court of a notice of appointment, which will include the name of the predecessor member, and the name, address, and telephone number of the successor member of the GUC Trust Board.

(f)     Immediately upon appointment of a successor member of the GUC Trust Board, all rights, powers, duties, authority, and privileges of the predecessor member of the GUC Trust Board hereunder shall be vested in, and be undertaken by, the successor member of the GUC Trust Board without any further act, and the successor member of the GUC Trust Board shall not be liable personally for any act or omission of the predecessor member of the GUC Trust Board.

4.5     Compensation and Out-of-Pocket Expenses.    The members of the GUC Trust Board shall be entitled to the compensation incurred in his or her capacity as a member of the GUC Trust Board in accordance with the terms set forth in Exhibit C annexed hereto, and reimbursement of reasonable and documented out-of-pocket expenses.

-33-

4.6     Liability of GUC Trust Board.  Except as otherwise specifically provided herein, the members of the GUC Trust Board shall not be held personally liable for any claim asserted against any such member, the Trust, or any of the Covered Persons.  Without limiting the generality of the foregoing, the members of the GUC Trust Board shall not be liable to any Entity for, among other things, losses, claims, damages, liabilities or expenses by reason of any error of judgment made in good faith, or with respect to any action taken or omitted to be taken in good faith, except to the extent that the action taken or omitted to be taken is determined by a Final Order to be due to their own fraud, gross negligence, or willful misconduct, provided that none of the members of the GUC Trust Board shall be responsible for any other actions or inactions by any other member, the Trustee, the Trust or any of the Covered Persons.  Every act done, power exercised or obligation assumed by the GUC Trust Board or its members shall be held to be done, exercised or assumed, by the Trust and acting for and on behalf of the Trust and not otherwise.  All Entities shall have recourse only to the GUC Trust Assets for payment of any liabilities or other obligations and the members of the GUC Trust Board shall not be individually liable therefor.  The members of the GUC Trust Board shall not be liable whatsoever except for the performance of such duties and obligations as are specifically set forth herein, and no implied covenants or obligations shall be read into this Trust Agreement against the members of the GUC Trust Board.

4.7     Exculpation; Indemnification. The members of the GUC Trust Board shall be, and hereby are, exculpated by all Entities, including the Beneficiaries and other parties in interest in the Chapter 11 Case, from any and all claims, causes of action, and other assertions of liability arising out of the discharge of the powers and duties conferred upon them by the Plan, this Agreement, or any Order of the Bankruptcy Court entered pursuant to, or in furtherance of, the

Plan, or applicable law, except for actions or omissions to act that are determined by a Final

Order to be due to their own fraud, gross negligence, or willful misconduct.  To the fullest extent

permitted by applicable law, the Trust shall: (i) indemnify, defend, and hold harmless the

members of the GUC Trust Board from and against any and all losses, claims, damages,

liabilities and expenses, including, without limitation, reasonable attorneys' fees, disbursements

and related expenses that they may incur or to which they may become subject (directly or

indirectly) in connection with their actions or inactions in their capacities as such or otherwise in

connection with the affairs of the Trust to the full extent permitted by law (whether or not in

connection with litigation in which they are a party, or enforcing this Agreement (including these

exculpation/indemnity provisions)) except for actions or inactions determined by Final Order

involving fraud, willful misconduct, or gross negligence; and (ii) the members of the GUC Trust

Board shall be entitled to obtain advances from the Trust promptly to cover their reasonable fees

and expenses incurred in defending, participating in or settling any such actions or inactions.

Any action taken or omitted to be taken with the express approval of the Bankruptcy Court will

conclusively be deemed not to constitute fraud, gross negligence, or willful misconduct.  The

foregoing exculpation/indemnity shall survive the termination of such GUC Trust Board

members from the capacity for which they are exculpated/indemnified.  The members of the

GUC Trust Board may rely, and shall be protected from liability for acting, upon any resolution,

certificate, statement, instrument, opinion, report, notice, request, consent, order or other paper or

document reasonably believed by them to be genuine and to have been presented by an

authorized party.  The members of the GUC Trust Board shall have no liability for any action

taken or not taken in reasonable reliance upon the advice of counsel or other professionals

engaged by them or the Trust in accordance with this Agreement.

4.8     <u>Recusal</u>.    A GUC Trust Board member shall be recused from the GUC Trust Board's deliberations and votes on any matters as to which such member has a conflicting interest.  If a GUC Trust Board member does not voluntarily recuse itself from any such matter, that member may be recused from such matter by the unanimous vote of the remaining members of the GUC Trust Board that are not recused from the matter.  In such event, (i) a unanimous affirmative vote of the non-recused members of the GUC Trust Board shall be required to constitute an act of the GUC Trust Board, and (ii) the recused member of the GUC Trust Board may challenge such vote, and the vote which resulted in the involuntary recusal of the GUC Trust Board member, and the Bankruptcy Court shall have jurisdiction to adjudicate such matter.

4.9     <u>Confidentiality</u>.    Any GUC Trust Board member shall, during the period that he or she serves as GUC Trust Board member, and after dissolution of the Trust, hold strictly confidential and not use for personal gain any material, non-public information of or pertaining to any Entity to which any of the GUC Trust Assets relates or which he or she has become aware of in his or her capacity as GUC Trust Board member.

## ARTICLE V

## BENEFICIARIES

5.1     <u>Identification of Beneficiaries</u>.    On the Effective Date, and on a quarterly basis thereafter, the Debtor or the Reorganized Debtor, as applicable, shall provide to the Trustee with a true and correct copy of the Claims Register or other document setting forth the names, addresses, any tax identification numbers and claim amounts, and noting whether any such Trust Claims are Disputed and whether any Disputed Trust Claims became Allowed Trust Claims and if so the Allowed amount.  The Reorganized Debtor shall promptly provide an updated Claims Register upon the Trustee's reasonable request, provided, however, that such requests shall not

be made more than once per quarter.  None of the Debtor, Reorganized Debtor, the Trust and the Trustee and members of the GUC Trust Board shall incur any liability in connection with the determination of the interests of the Beneficiaries in the Trust and the size of the Disputed Claims Reserve.  The Trust and the Trustee shall have the absolute and unconditional right to rely on the information provided by the Debtor or the Reorganized Debtor, as applicable, for purposes of notices and distributions under this Agreement and neither the Trust, the Trustee nor the members of the GUC Trust Board shall incur any liability by relying on the information it receives under this section 5.1, and the Reorganized Debtor shall not incur any liability in connection therewith.  Each Beneficiary shall furnish, in writing, its name, address, tax identification number, and completed IRS Form W-9 or, if applicable, IRS Form W-8, to the Trustee within thirty (30) days of a written request from the Trustee.  As provided in the Plan, the failure to comply with the preceding sentence shall result in the Beneficiary forfeiting their Trust interest and rights to any Distribution, and any such forfeited amounts shall be distributed to the remaining Beneficiaries in accordance with the Plan and the allocation and distribution formulas included in the GUC Trust Settlement Agreement.

5.2    <u>Rights of Beneficiaries</u>.  Each Beneficiary shall take and hold its beneficial interest in the Trust subject to all of the terms and provisions of this Agreement and the Plan.  A Beneficiary shall have no title or right to, or possession, management, or control of, the GUC Trust Assets except as may expressly provide herein.  The interest of a Beneficiary in the Trust is in all respects personal property, and the death, insolvency, or incapacity of an individual Beneficiary shall not terminate or affect the validity of this Agreement.  No surviving spouse, heir, or devisee of any deceased Beneficiary shall have any right of dower, homestead,

inheritance, partition, or any other right, statutory or otherwise, in the GUC Trust Assets, and their sole interest shall be the rights and benefits given to the Beneficiaries under this Agreement.

5.3    <u>Limit on Transfers</u>. The interests of the Beneficiaries in the Trust shall be uncertificated, and shall be reflected only on the books and records of the Trust maintained by the Trustee.   Such interests are not negotiable and not transferable except (a) pursuant to applicable laws of descent and distribution (in the case of a deceased individual Beneficiary) or (b) by operation of law.  The Trustee shall not be required to record any transfer which, in the Trustee's sole discretion, may be construed to create any uncertainty or ambiguity as to the identity of the holder of the interest in the Trust.  Until a transfer is, in fact, recorded on the books and records maintained by the Trustee for the purpose of identifying Beneficiaries, the Trustee, whether or not in receipt of documents of transfer or other documents relating to the transfer, may nevertheless make distributions and send communications as though he or she has no notice of any such transfer, and in so doing the Trustee shall be fully protected and incur no liability to any purported transferee or any other Entity.

5.4    <u>Conflicting Claims</u>. If any conflicting claims or demands are made or asserted with respect to a Trust Claim of a Beneficiary, the Trustee shall be entitled, in his or her sole election, to refuse to comply with any such conflicting claims or demands.  In so refusing, the Trustee shall (i) make no payment or Distribution with respect to the Trust Claim represented by the claims or demands involved, or any part thereof, and (ii) refer such conflicting claims and demands to the Bankruptcy Court, which shall have exclusive jurisdiction over the resolution of such conflicting claims or demands.  In so doing, the Trustee shall not be liable to any party for his refusal to comply with any such conflicting claims or demand.  The Trustee shall be entitled to refuse to comply with conflicting claims and demands until either (a) the rights of the adverse

claimants have become adjudicated by a Final Order of the Bankruptcy Court or (b) the conflict has been resolved by a written agreement among such parties and the Trustee, which agreement shall include a complete release of the Trust and the Trustee with respect to the subject matter of the dispute.

## ARTICLE VI

## THIRD PARTY RIGHTS AND LIMITATION OF LIABILITY

6.1    <u>Parties Dealing With the Trustee</u>.  In the absence of actual knowledge to the contrary, any person dealing with the Trust or the Trustee shall be entitled to rely on the authority of the Trustee or any of the Trustee's agents to act in connection with the GUC Trust Assets.  There shall be no obligation on any Entity dealing with the Trustee to inquire into the validity, expediency or propriety of any transaction by the Trustee or any agent of the Trustee.

6.2    <u>Limited Recourse</u>. Entities (including any professionals retained by the Trustee in accordance with this Agreement) engaged in transactions with the Trust, the Trustee or members of the GUC Trust Board shall look only to the GUC Trust Assets to satisfy any liability incurred in connection with carrying out the terms of this Agreement.

6.3    <u>Non-Liability for Acts of Others</u>.  The Trustee or the GUC Trust Board may, in connection with the performance of their functions, and in their sole and absolute discretion, consult with its attorneys, accountants, financial advisors and agents, and shall not be liable for any act taken, omitted to be taken, or suffered to be done in good faith reliance upon the advice or opinions rendered by such persons, regardless of whether such advice or opinions are provided in writing.  Notwithstanding such authority, neither the Trustee nor the GUC Trust Board shall be under any obligation to consult with attorneys, accountants, financial advisors or agents, and their determination not to do so shall not result in the imposition of liability on the

Trustee or the GUC Trust Board or their respective members and/or designees, unless such determination is based on fraud, willful misconduct, or gross negligence.  Nothing contained in this Agreement, the Plan, the Confirmation Order, or the GUC Trust Settlement Agreement shall be deemed to be an assumption by the Trustee of any of the liabilities, obligations, or duties of the Debtor, the Reorganized Debtor, or Beneficiaries or a covenant or agreement by the Trustee to assume or accept any such liability, obligation or duty.  Any successor Trustee may accept and rely upon any accounting made by or on behalf of any predecessor Trustee hereunder, and any statement or representation made by a predecessor Trustee or its agents as to the GUC Trust Assets or as to any other fact bearing upon the prior administration of the Trust, so long as it has a good faith basis to do so.  A successor Trustee shall not be liable for having accepted and relied in good faith upon any such accounting, statement, or representation if it is later proved to be incomplete, inaccurate, or untrue.  A successor Trustee shall not be liable for any act or omission of any predecessor Trustee, nor have a duty to enforce any claims against any predecessor Trustee on account of any such act or omission.

6.4     Confirmation of Survival of Provisions.  Without limitation in any way of any provision of this Agreement, the provisions of this Article VI shall survive the death, dissolution, liquidation, resignation, replacement, or removal, as may be applicable, of the Trustee or member of the GUC Trust Board, or the termination of the Trust or this Agreement, and shall inure to the benefit of the Trustee's and the GUC Trust Board member's respective heirs, successors, and assigns.

# ARTICLE VII

# DISTRIBUTIONS

7.1     <u>Location for Distributions</u>; Notice of Change of Address.  Distributions to the Beneficiaries shall be made by the Trustee to the Beneficiaries (a) at the addresses set forth on the Claims Register delivered to the Trustee in accordance with Section 5.1 of this Agreement, or (b) at the addresses set forth in any written notices of address changes delivered to the Trustee after the Effective Date.  The Trustee is not obligated to make any effort to determine the correct address of any Beneficiary.

7.2     <u>Timing of Distributions</u>.  Except as set forth in section 7.6(d) and subject to section 3.11(c), at least annually, commencing no later than the first anniversary of the Effective Date, in accordance with the allocation and distribution formulas included in the GUC Trust Settlement Agreement, and with the approval of the GUC Trust Board, the Trustee shall make Distributions to the Beneficiaries of (i) all Net Proceeds, if any, from the sale of assets, (ii) all of the Trust's net income, if any, and (iii) all Cash on hand (including, but not limited to, Cash received from the Debtor or Reorganized Debtor on the Effective Date, and treated as Cash for purposes of this section, and from any permitted investments), less amounts that (i) are allocated for the Disputed Claims Reserve, (ii) are reasonably necessary to satisfy current and estimated future liabilities of the Trust and to maintain the value of the GUC Trust Assets, and (iii) are reasonably necessary to pay expenses of the Trust (including, but not limited to, any taxes imposed on the Trust based on or otherwise related to any of the GUC Trust Assets and the reasonable fees and out-of-pocket expenses of the Trustee and the GUC Trust Board members). Each Distribution by the Trustee to the Beneficiaries shall be consistent with the terms set forth in the Plan, the GUC Trust Settlement Agreement, any order of the Bankruptcy Court, and this

Agreement.  Except as otherwise provided for in Section 2.7 of this Agreement, the Trust must pay or establish a reserve for all of its expenses before making Distributions, and all such expenses shall be a first priority charge on the GUC Trust Assets.  The Trustee shall not make any Distributions to the Beneficiaries unless the Trustee retains the Disputed Claims Reserve. The Trustee shall not be required to maintain the Disputed Claims Reserve in a separate or segregated account.

      7.3    <u>Service of the Senior Notes Indenture Trustee</u>. The Senior Notes Indenture Trustee and its respective agents, successors and assigns, and the Trustee shall facilitate the making of the Distributions to the Beneficiaries on account of their Allowed Senior Notes Deficiency Claims, in accordance with the Plan and the Senior Notes Indenture, and upon completion thereof, shall be discharged of all of its obligations associated with such Senior Notes Deficiency Claims. The Trustee shall be obligated to calculate the distributions to be made to Beneficiaries on account of their Allowed Senior Notes Deficiency Claims and shall provide such distribution calculations and related information to the Senior Notes Indenture Trustee at least five (5) business days in advance of the Trustee making distributions to Beneficiaries on account of their Allowed Senior Notes Deficiency Claims.  The Senior Notes Indenture Trustee shall only be required to act and make distributions in accordance with the Plan, and this Agreement and shall not be required to independently verify or review the calculations prepared by the Trustee with respect to distributions to be made to Beneficiaries on account of their Allowed Senior Notes Deficiency Claims, and shall have no liability for actions taken in accordance with the Plan or in reliance upon distribution information and distribution calculations provided by the Trustee, except solely for actions or omissions arising out of the Senior Notes Indenture Trustee's intentional fraud, willful misconduct, gross negligence or

criminal conduct. Further, the Senior Notes Indenture Trustee shall have no obligation or liability for distributions under the Plan to any party who does not (i) hold a Claim against the Debtor as of the Distribution Record Date or (ii) otherwise comply with the terms of the Plan, except solely for actions or omissions arising out of the Indenture Trustees' intentional fraud, willful misconduct, gross negligence or criminal conduct.

7.4     Delivery of Distributions on Account of Senior Notes Deficiency Claims. Upon the occurrence of the Effective Date, the Claims of the Senior Notes Indenture Trustee for the Senior Notes Deficiency Claims shall be, for purposes under the Plan, including without limitation, the right to receive Distributions, substituted for all Trust Claims of Beneficiaries on account of their Allowed Senior Notes Deficiency Claims.  Distributions on account of such Senior Notes Deficiency Claims shall be made by the Trustee to (i) the Senior Notes Indenture Trustee or (ii) with the prior written consent of the Senior Notes Indenture Trustee, by means of book-entry exchange through the facilities of DTCC in accordance with DTCC's customary practices.  If a Distribution is made to the Senior Notes Indenture Trustee, the Senior Notes Indenture Trustee, in its capacity as a distribution agent, shall administer the Distribution in accordance with the Plan and the applicable Indenture.  Nothing herein shall be deemed to impair, waive or extinguish any right of the Senior Notes Indenture Trustee with respect to the Charging Lien against applicable Distributions.

7.5     Service of the Subordinated Notes Indenture Trustee. The Subordinated Notes Indenture Trustee and its respective agents, successors and assigns, and the Trustee shall facilitate the making of the Distributions to Beneficiaries on account of their Allowed Subordinated Notes Claims, in accordance with the Plan and the Subordinated Notes Indenture, and upon completion thereof, shall be discharged of all of its obligations associated with the

Subordinated Notes Claims. The Trustee shall be obligated to calculate the Distributions to be made to Beneficiaries on account of their Allowed Subordinated Notes Claims and shall provide such distribution calculations and related information to the Subordinated Notes Indenture Trustee at least five (5) business days in advance of the Trustee making distributions on account of Allowed Subordinated Notes Claims.  The Subordinated Notes Indenture Trustee shall only be required to act and make distributions in accordance with the Plan, shall not be required to independently verify or review the calculations prepared by the Trustee with respect to distributions to be made to Beneficiaries on account of their Allowed Subordinated Notes Claims, and shall have no liability for actions taken in accordance with the Plan or in reliance upon distribution information and distribution calculations provided by the Trustee, except solely for actions or omissions arising out of the Subordinated Notes Indenture Trustee's intentional fraud, willful misconduct, gross negligence or criminal conduct. Further, the Subordinated Notes Indenture Trustee shall have no obligation or liability for distributions under the Plan to any party who does not (i) hold a Claim against the Debtor as of the Distribution Record Date or (ii) otherwise comply with the terms of the Plan, except solely for actions or omissions arising out of the Indenture Trustees' intentional fraud, willful misconduct, gross negligence or criminal conduct.

7.6    Delivery of Distributions on Account of Subordinated Notes Claims. Upon the occurrence of the Effective Date, the Claims of the Subordinated Notes Indenture Trustee shall be, for purposes under the Plan, including without limitation, the right to receive Plan distributions, substituted for all Trust Claims of Beneficiaries on account of their Allowed Subordinated Notes Claims.  Distributions on account of such Subordinated Notes Claims shall be made by the Trustee to (i) the Subordinated Notes Indenture Trustee or (ii) with the prior

written consent of the Subordinated Notes Indenture Trustee, by means of book-entry exchange through the facilities of DTCC in accordance with DTCC's customary practices. If a Distribution is made to the Subordinated Notes Indenture Trustee, the Subordinated Notes Indenture Trustee, in its capacity as a distribution agent, shall administer the Plan distribution in accordance with the Plan and the applicable Indenture.  Nothing herein shall be deemed to impair, waive or extinguish any right of the Subordinated Notes Indenture Trustee with respect to the Charging Lien against applicable Plan Distributions.

      7.7    <u>Administration of Disbursements</u>.

      (a)    <u>Manner of Payment</u>.  At the option of the Trustee, any Cash payment to be made hereunder may be made by a check, wire transfer or other method of payment.

      (b)    <u>No Interest on Claims</u>.  Interest shall not accrue on the Beneficiaries' Trust Claims.

      (c)    <u>Allocation of Plan Distributions between Principal and Interest</u>. To the extent that any Allowed Trust Claim entitled to a Distribution hereunder consists of indebtedness and other amounts (such as accrued but unpaid interest thereon), such Distribution shall be allocated first to the principal amount of such Claim (as determined for federal income tax purposes) and then, to the extent the consideration exceeds the principal amount of such Claim, to such other amounts.

      (d)    <u>Fractional Dollars; De Minimis Distributions</u>.  The Trustee shall (i) not be required to make Distributions or payments of fractions of dollars, and whenever any Distribution of a fraction of a dollar would otherwise be required, the actual Distribution made may reflect a rounding of such fraction to the nearest whole dollar (up or down), with half dollars being rounded down and (ii) have no duty to make a Distribution on account of any Allowed

Trust Claim on a Distribution Date (x) if the aggregate amount of all Distributions authorized to be made on such date is less than [$750,000], in which case such Distributions shall be deferred to the next Distribution Date, (y) if the amount to be distributed on account of an Allowed Trust Claim on the particular Distribution Date is less than $100.00, in which case such Distributions shall be deferred to the next Distribution Date, unless such Distribution constitutes the final Distribution to be made to the Holder of such Trust Claim, or (iii) the amount of the final Distribution on account of an Allowed Trust Claim is less than $50.00, in which case such Distribution shall revert to the Trust to be reallocated and distributed to the Beneficiaries. After final Distributions have been made in accordance with the terms of the Plan and this Agreement, if the amount of remaining cash is less than $50,000, the Trustee, after consultation with the GUC Trust Board, may donate such amount to a charitable institution to be selected by the Trustee.

(e)    Compliance with Laws. Any and all Distributions hereunder shall be made in compliance with applicable laws, including but not limited to, applicable federal and state securities laws.

(f)    Abandonment. With the approval of the GUC Trust Board, the Trustee may abandon, in any commercially reasonable manner (including abandonment or donation to a charitable organization of his or her choice), any property that the Trustee reasonably concludes is of no benefit to the Beneficiaries. For the avoidance of doubt, no notice to, or approval from the Bankruptcy Court shall be required for any such abandonment.

(g)    Distribution Agents. The Trustee shall have the authority to enter into agreements with one or more distribution agents to facilitate the distributions required under the Plan and this Agreement. The Trustee may pay to such distribution agents all reasonable and

documented fees and expenses of the distribution agents without the need for any approvals, authorizations, actions or consents.

7.8    <u>Compliance with Tax Requirements</u>.  The Trustee shall be authorized to require each Beneficiary to provide it with a current executed IRS Form W-9, Form W-8, or similar tax form as a condition precedent to being sent a Distribution.  The Trustee shall provide advance written notice of any such requirement to each Beneficiary affected thereby.  The notice shall provide each Beneficiary with a minimum of 90 days after the date of mailing of such notice to provide a current executed Form W-9, Form W-8 or similar tax form to the Trustee and shall expressly state that a failure to provide such form within the stated period shall result in a forfeiture of the right to receive any Distribution from the Trust or the proceeds of the GUC Trust Assets, that any such Distribution shall revert to the Trust for distribution on account of other Allowed Trust Claims and that the Allowed Trust Claim of the Beneficiary originally entitled to such Distribution shall be waived, discharged, cancelled, and forever barred without further order of the Bankruptcy Court.  If a Beneficiary does not provide the Trustee with a current executed Form W-9, Form W-8 or similar tax form  within the time period specified in such notice, or such later time period agreed to by the Trustee in writing in its discretion, such Beneficiary shall be deemed to have forfeited the right to receive any Distribution on account of its Allowed Trust Claim under the Plan, any such Distribution shall revert to the Trust for Distribution on account of other Allowed Trust Claims of Beneficiaries and the Allowed Trust Claim of the Beneficiary originally entitled to such Distribution shall be waived, discharged and forever barred without further order of the Bankruptcy Court.

7.9    <u>Distributions After Allowance or Disallowance of a Disputed Trust Claim</u>.  As soon as reasonably practicable after a Disputed Trust Claim becomes an Allowed Trust Claim,

the Trustee shall distribute to the Holder thereof, from the Disputed Claims Reserve, such amount as would have been distributed to such Holder if its Disputed Trust Claim had been a Trust Claim that was Allowed on the Effective Date.  The Trustee shall no longer reserve for a Disputed Trust Claim and shall distribute to the Beneficiaries on the next Distribution Date, pursuant to this Agreement, their Pro Rata share of the funds held in the Disputed Claim Reserve on account of any Disputed Trust Claim that becomes Disallowed.

7.10    <u>Undeliverable Distributions and Unclaimed Property</u>.  In the event that any Distribution of Cash to any Beneficiary is returned as undeliverable, no further Distribution to such Beneficiary shall be made unless and until the Trustee or his/her disbursing agent is notified in writing of such Beneficiary's then-current address, at which time such Distribution shall be made to such Beneficiary without interest; *provided*, *however*, that unless a Beneficiary asserts a claim for an undeliverable Distribution within 120 days after such Distribution is returned as undeliverable, such Distribution shall be deemed unclaimed property within the meaning of section 347(b) of the Bankruptcy Code and all title to and beneficial interest in the GUC Trust Assets represented by any such undeliverable Distributions shall be cancelled and revert to and/or remain in the Trust automatically and without need for a further order by the Bankruptcy Court (notwithstanding any applicable federal, provincial or state escheat, abandoned or unclaimed property laws to the contrary), and such undeliverable Distributions shall be distributed to the Beneficiaries on account of their Trust Claims in accordance with this Agreement and the allocation and distribution formulas included in the GUC Trust Settlement Agreement.  In the event any check sent to a Beneficiary respecting a Distribution to such Beneficiary has not been cashed within six months of the date of the respective Distribution, such check shall be cancelled and no additional Distribution shall be made to such Beneficiary,

such Distribution shall be deemed unclaimed property within the meaning of section 347(b) of the Bankruptcy Code, and the Trust Claims of the Beneficiaries that may have been entitled to such Distribution shall be discharged and forever barred from receiving Distributions under this Agreement.  After such date, all uncashed Distributions shall become Trust property and revert to the Trust, and shall be redistributed in accordance with this Agreement to the Beneficiaries. The Trustee may, in its sole discretion, attempt to determine a Beneficiary's current address or otherwise locate a Beneficiary, but nothing in this Agreement or the Plan shall require the Trustee to do so.

7.11    <u>Payments Limited to GUC Trust Assets</u>.  All Distributions to be made by the Trustee to or for the benefit of any Beneficiary shall be made only from the Net Proceeds of the GUC Trust Assets.

**ARTICLE VIII**

**REPORTING AND TAX MATTERS**

8.1    <u>Reporting and Filing Requirements</u>.  Within 60 days after December 31 of each calendar year in which the Trust shall remain in existence, the Trustee shall file a report with the Bankruptcy Court containing a list of:   (i) the status of all GUC Trust Causes of Action, including any settlements entered into by the Trust, (ii) the status of any pending IP Transaction, including the proceeds, if any, received in connection with any transaction, (iii) the costs and expenses of the Trust that are incurred (including, but not limited to, any taxes imposed on the Trust or actual reasonable out-of-pocket fees and expenses incurred by professionals retained by the Trust) during the preceding calendar year and incurred since the Effective Date, and the remaining amount (if any) of the GUC Trust Cash Contribution, (iv) the amount of Cash and other assets received by the Trust during the prior calendar year and since the Effective Date, (v)

total distributions of Cash and other assets made during the preceding calendar year and since the Effective Date, and the calculation of the estimated amount of Cash and other assets to be distributed on the next Distribution Date, including any Cash on hand that is part of the Disputed Claims Reserve and cannot to be distributed; (vi) all income received by the Trust during the preceding calendar year and since the Effective Date, and (vii) such other information as the Trustee deems appropriate.  The Trustee's report shall be provided to the GUC Trust Board at least five (5) Business Days prior to the filing with the Bankruptcy Court, and shall be available to any Beneficiary upon written request to the Trustee.  The Trustee shall also timely prepare, file and distribute such additional statements, reports and submissions (A) as may be necessary to cause the Trust and the Trustee to be in compliance with applicable law, or (B) as may be otherwise reasonably requested from time to time by the GUC Trust Board.

8.2    <u>Filing of Tax Returns</u>.  The Trustee shall file tax returns for the Trust as a grantor trust pursuant to Treasury Regulation Section 1.671-4(a) and any other applicable laws or regulations, and all the Trust's income shall be treated as subject to tax on a current basis.

8.3    <u>Preparation of Statements</u>.   To the extent reasonably practicable and unless otherwise ordered by the Bankruptcy Court, the Trustee shall, in conjunction with filing the Trust's annual tax return for each calendar year in which the Trust shall remain in existence, send to each Beneficiary a grantor statement setting forth the Beneficiary's share of items of income, gain, loss, deduction, or credit and will instruct all such holders to report such items on their federal income tax returns.  The Trust's taxable income, gain, loss, deduction, or credit will be allocated (subject to provisions of the Plan and Confirmation Order relating to Disputed Claims) to the Beneficiaries in accordance with their relative beneficial interests in the Trust, as determined pursuant to this Agreement and the Plan.

8.4    <u>Allocations of Trust Taxable Income</u>.  Allocations of Trust taxable income among the Beneficiaries shall be determined by reference to the manner in which an amount of Cash equal to such taxable income would be distributed (without regard to any restrictions on distributions described herein) if, immediately prior to such deemed distribution, the Trust had distributed all its assets (valued at their tax book value) to the Beneficiaries of the Trust (treating all Disputed Claims as if they were Allowed Claims), in each case up to the tax book value of the assets treated as contributed by such Holders, adjusted for prior taxable income and loss and taking into account all prior and concurrent distributions from the Trust.  Taxable loss of the Trust shall be allocated by reference to the manner in which an economic loss would be borne immediately after a liquidating distribution of the remaining GUC Trust Assets.  The tax book value of the GUC Trust Assets for this purpose shall equal their fair market value on the Effective Date, adjusted in accordance with tax accounting principles prescribed by the Tax Code, the applicable tax regulations, and other applicable administrative and judicial authorities and pronouncements.

**ARTICLE IX**

**DISSOLUTION OF TRUST**

9.1    <u>Dissolution of Trust</u>.  The Trust shall be dissolved, in accordance with Section 9.2 hereof, no later than the fifth anniversary of the Effective Date, unless the Bankruptcy Court, upon motion filed by the Trustee, the GUC Trust Board, or any party in interest, within the six-month period prior to the fifth anniversary (or at least six months prior to the end of any extension period), determines that a fixed period extension is necessary to facilitate or complete the recovery and liquidation of the GUC Trust Assets.  Any such extension shall not exceed three years, together with any prior extensions, without a favorable letter ruling from the Internal

Revenue Service that any such extension would not adversely affect the status of the Trust as a liquidating trust for federal income tax purposes, such ruling only needing to be sought and forthcoming at the time of any such extension.

9.2     <u>Dissolution Events</u>. The Trustee shall be discharged, the Trust shall be dissolved, and the Trust Claims shall be cancelled at such time as (i) the Trustee and the GUC Trust Board determine that the administration of the Trust is not likely to yield sufficient additional proceeds to justify further pursuit of any remaining GUC Trust Causes of Action, and (ii) all Distributions required to be made by the Trustee under the Plan and this Agreement have been made.  If at any time the Trustee determines, after consultation with and approval by the GUC Trust Board and in reliance upon such professionals as the Trustee may retain, that the expense of administering the Trust is likely to exceed the value of the assets remaining in the Trust, the Trustee may apply to the Bankruptcy Court for authority to (i) reserve any amounts necessary to dissolve the Trust, (ii) donate any balance to a charitable organization exempt from federal income tax under Section 501(c)(3) of the Tax Code, and (iii) dissolve the Trust.

9.3     <u>Books and Records</u>. The Trustee shall maintain books and records containing a description of all property from time to time constituting the GUC Trust Assets and an accounting of all receipts and disbursements.  Said books and records shall be open to inspection by any member of the GUC Trust Board and any Beneficiary at any reasonable time during normal business hours and after reasonable advance notice.  The Trustee shall furnish to any Beneficiary upon written request an annual statement of receipts and disbursements, including a summary of all income and expenses of the GUC Trust.  All books and records, including copies, received from the Reorganized Debtor may be disposed of by the Trustee at the later of (i) such time as the Trustee determines that the continued possession or maintenance of such books and

records is no longer necessary for the benefit of the Trust or its Beneficiaries and (ii) upon the dissolution and completion of the winding down of the Trust.

9.4    <u>Post-Dissolution</u>.  Upon dissolution of the Trust and Distribution of all the GUC Trust Assets, the Trustee shall retain the books, records and files that shall have been created by the Trustee, provided that at the Trustee's discretion, all of such records and documents may be destroyed at any time following the date of final distribution of GUC Trust Assets as the Trustee deems appropriate (unless such records and documents are necessary to fulfill the Trustee's obligations pursuant to this Agreement).

## ARTICLE X

## AMENDMENT AND WAIVER

10.1    <u>Amendment; Waiver</u>. The Trustee, with the prior written approval of a majority of the members of the GUC Trust Board, may amend, supplement, or waive any provision of this Agreement, without notice to or the consent of any Beneficiary or the approval of the Bankruptcy Court, in order to: (i) cure any ambiguity, omission, defect, or inconsistency in this Agreement; *provided*, that such amendments, supplements or waivers shall not be inconsistent with the terms of the Plan or the Confirmation Order or adversely affect the Distributions to any of the Beneficiaries or adversely affect the Federal income tax status of the Trust as a "liquidating trust"; (ii) comply with any requirements in connection with the  Federal income tax status of the Trust as a "liquidating trust"; and (iii) comply with any requirements in connection with maintaining that the Trust is not subject to registration or reporting requirements of the Securities Act, the Exchange Act, the Trust Indenture Act, or the Investment Company Act.  Any substantive provision of this Agreement may be amended or waived by the Trustee, subject to the prior written approval of all the members of the GUC Trust Board and with the approval of

the Bankruptcy Court (upon notice and an opportunity for a hearing); *provided, however*, that no change may be made to this Agreement that would (a) adversely affect (i) the Reorganized Debtor in any respect (unless the Trustee receives prior written consent to such change from the Reorganized Debtor, as applicable), (ii) the allocation and distribution formulas for Distributions to any of the Beneficiaries, or (iii) the Federal income tax status of the Trust as a "liquidating trust" or (b) expand, add to, or modify the Plan, the Confirmation Order, or original stated purpose of the Trust (as described in the Plan and this Agreement). Notwithstanding this Section 10.01, any amendments to this Agreement shall not be inconsistent with the purpose and intention of the Trust to liquidate in an expeditious but orderly manner the GUC Trust Assets in accordance with Treasury Regulation Section 301.7701- 4(d).

## ARTICLE XI

## MISCELLANEOUS

11.1    <u>Jurisdiction</u>.  The Bankruptcy Court shall have exclusive jurisdiction over (a) the Trust and the Trustee with respect to the administration of and activities relating to the Trust and (b) any issues or disputes arising out of this Agreement; *provided*, *however*, that notwithstanding the foregoing, the Trustee shall have the power and authority to commence and prosecute, in any court of competent jurisdiction, any GUC Trust Cause of Action transferred to the GUC Trust and to the extent it is determined that the Bankruptcy Court does not have jurisdiction over a particular proceeding or matter, such proceeding or matter may be adjudicated in any court of competent jurisdiction.

11.2    <u>Notices</u>.  Any notice or other communication hereunder shall be in writing and shall be deemed to have been sufficiently given, for all purposes, if deposited, postage prepaid, in a post office or letter box, or transmitted by email, telex, facsimile, other telegraphic means, or

sent by a nationally recognized overnight delivery service, addressed to the person for whom such notice is intended at such address as set forth below or such other address as may be provided to the other parties in writing. The date of receipt of such notice shall be the earliest of (a) the date of actual receipt by the receiving party, (b) the date of personal delivery (or refusal upon presentation for delivery), (c) on the date of the transmission confirmation, or (d) three business days after service by first class mail.

If to the Trust/Trustee:

_____
_____
_____
Phone: _____
Fax: _____
Email: _____

With a copy to:

_____

If to the GUC Trust Board, then to each of:

[_____]

_____
_____
Phone: _____
Fax: _____
Email: _____

[_____]

_____
_____
Phone: _____
Fax: _____
Email: _____

[_____]

_____
_____
Phone: _____
Fax: _____
Email: _____

If to the Reorganized Debtor, then to:

[_____]

Exide Technologies
13000 Deerfield Parkway, Bldg. 200
Milton, Georgia  30003
Phone:
Fax:
Email:

With a copy to:

[                    ]
Address
Phone:
Fax:
Email:

11.3    <u>Notices if to a Beneficiary</u>.  Subject to any transfer recognized and recorded by the Trustee as set forth in Section 5.3, any notice or other communication hereunder shall be in writing and shall be deemed to have been sufficiently given, for all purposes, if deposited, postage prepaid, in a post office or letter box addressed to the person for whom such notice is intended to the name and address set forth in the case of a Beneficiary, on such Beneficiary's proof of claim (but in the event the Claim of such Beneficiary was validly transferred prior to the Distribution Record Date, to the name and address set forth in the applicable transfer notice), or if no proof of claim is filed, the address listed on the Debtor's Schedules or as listed in any other notice filed with the Bankruptcy Court and, if applicable, the Trust or such other means reasonably calculated to apprise the Beneficiary.

11.4    <u>Governing Law</u>.    This Agreement shall be governed by and construed in accordance with the laws of the State of [_____], without giving effect to the rules governing the conflict of law which would require the application of the law of another jurisdiction.

11.5    <u>Successors and Assigns</u>.    This Agreement shall inure to the benefit of and shall be binding upon the parties hereto and their respective successors and assigns.

11.6    <u>No Execution</u>.    All funds in the Trust shall be deemed *in custodia legis* until such times as the funds have actually been paid to or for the benefit of a Beneficiary, and no Beneficiary or any other Entity can bind, pledge, encumber, execute upon, garnish, or attach the GUC Trust Assets in any manner or compel payment from the Trust except by Final Order of the Bankruptcy Court.    Any such payment shall be governed solely by the Plan and this Agreement.

11.7    <u>Plan and Confirmation Order</u>.    The terms of this Agreement are intended to supplement and effectuate the terms provided by the Plan and the Confirmation Order. Accordingly, to the extent that the terms of this Agreement are inconsistent with the terms set forth in the Plan, then the terms of this Agreement shall govern and control.    To the extent that the terms of this Agreement are inconsistent with the terms set forth in the Confirmation Order, then the terms of the Confirmation Order shall govern and control.    Any immaterial effectuating provisions of the Plan or this Agreement may be interpreted by the Trustee in such a manner that is consistent with the overall purpose and intent of the Plan and this Agreement all without further Bankruptcy Court order.

11.8    <u>Severability</u>.    If any term, provision, covenant or restriction contained in this Agreement is held by a court of competent jurisdiction or other authority to be invalid, void, unenforceable or against its regulatory policy, the remainder of the terms, provisions, covenants

and restrictions contained in this Agreement shall remain in full force and effect and shall in no way be affected, impaired or invalidated.

11.9    Entire Agreement. This Agreement contains the entire agreement between the parties and supersedes all prior and contemporaneous agreements or understandings between the parties with respect to the subject matter hereof.

11.10    Actions Taken on Other Than Business Day.  In the event that any payment or act hereunder is required to be made or performed on a date that is not a Business Day, then the making of such payment or the performance of such act may be completed on the next succeeding Business Day, but shall be deemed to have been completed as of the required date.

11.11    Counterparts. This Agreement may be executed in any number of counterparts, each of which shall be deemed an original, but such counterparts shall, together constitute but one and the same instrument. A facsimile or electronic mail signature of any party shall be considered to have the same binding legal effect as an original signature.

IN WITNESS WHEREOF, the parties have executed this Agreement (or are deemed to have so executed this Agreement) as of the day and year written above.

**Trustee**                                                   **Exide Technologies (in its capacity as Debtor and Reorganized Debtor)**


By:  _____          By:  _____
         Name:                                                          Name:
         Title:                                                            Title:

-58-

**EXHIBIT A**
[List of GUC Trust Board Members]

1.  Andrew L. Sole, Esq.

2.  Carl E. Ailara Jr., Esq.

3.  TBD

**EXHIBIT B**
[List of GUC Trust Preference Actions]
[To Be Provided]

**EXHIBIT C**
[Terms of Compensation for Trustee and GUC Trust Board Members]
[To Be Provided]

# **EXHIBIT 7.3**

## **GUC TRUST CAUSES OF ACTION**

<u>Exhibit 7.3</u>

GUC Trust Causes Of Action

Pursuant to Section 7.3 of the Plan, on the Effective Date of the Plan, pursuant to section 1123(b)(3) of the Bankruptcy Code, the GUC Trust Causes of Action shall be transferred to the GUC Trust free and clear of all Claims, Liens, charges, encumbrances, rights and interests, without the need for an Entity to take any further action or obtain any approval and the GUC Trust shall be authorized as the representative of the Estate to pursue GUC Trust Causes of Action. The GUC Trust expressly reserves all rights to prosecute any and all GUC Trust Causes of Action against any Entity, except as otherwise provided in the Plan. **The GUC Trust Causes of action will include certain Causes of Action identified as Retained Causes of Action in Exhibit 6.17 to the Plan Supplement including, but not limited to, those Causes of Actions identified in Exhibit 6.17-11 and certain Causes of Action identified in Exhibit 6.17-13.** No Entity may rely on the absence of a specific reference in the Plan, the Plan Supplement, or the Disclosure Statement to any GUC Trust Cause of Action against them as an indication that the GUC Trust will not pursue any and all available GUC Trust Causes of Action against them and therefore, no preclusion doctrine, including the doctrines of res judicata, collateral estoppel, issue preclusion, claim preclusion, estoppel (judicial, equitable, or otherwise), or laches, shall apply to such GUC Trust Causes of Action upon, after, or as a consequence of the Confirmation or consummation of the Plan.

## EXHIBIT 8.1

**VERNON TORT CLAIMS TRUST AGREEMENT**
**[TBD]**

## **EXHIBIT 9.1**

**ASSUMED EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

**Exhibit 9.1 Assumed Executory Contracts and Unexpired Leases**

| COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION OF AGREEMENT(S) TO BE ASSUMED, OR ASSUMED AND ASSIGNED, AS APPLICABLE | CURE AMOUNT |
|---|---|---|---|
| 24X7 SYSTEMS | CORPORATE<br>100 BARTON PLACE<br>ALPHARETTA, GA 30005 | Independent Contractor Agreement, and any related amendments, modifications, renewals and extensions thereto<br>Contract Dated: 01/19/2009 | $0.00 |
| 3M COMPANY | OFFICE OF INTELLECTUAL PROPERTY<br>3M CENTER<br>SAINT PAUL, MN 55144 | Mutual Confidentiality Agreement and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 04/01/2013 | $0.00 |
| 4G TECHNOLOGY (PTY) LTD. | 264 TURBITT AVENUE<br>MIDLAND<br>REPUBLIC OF SOUTH AFRICA | Separation & Release Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Effective Date: 03/19/2010 | $0.00 |
| A & P POWER SYSTEMS, LTD. | ALEX MURPHY<br>111 HEKILI STREET<br>SUITE A, # 177<br>KAILUA, HI 96734 | Appointment of Sales Representative, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 07/01/1990 | $0.00 |
| A & P POWER SYSTEMS, LTD. | DAVID RODRIGUEZ<br>111 HEKILI STREET<br>SUITE A, # 177<br>KAILUA, HI 96734 | Appointment of Sale Representative, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 02/02/2009 | $0.00 |
| ABACUS SOLUTIONS, LLC | 1190 KENNESTONE CIRCLE NW<br>SUITE 120<br>MARIETTA, GA 30066 | Mutual Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 04/26/2007 | $0.00 |
| ABF FREIGHT SYSTEM, INC. | DIRECTOR OF PRICING<br>3801 OLD GREENWOOD ROAD<br>FORT SMITH, AR 72903 | Mutual Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/14/2013 | $0.00 |
| ABILENE MOTOR EXPRESS | TOMMY HENDERSON<br>1200 WILLIS ROAD<br>RICHMOND, VA 23237 | Mutual Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/25/2013 | $0.00 |
| ABU DHABI OIL REFINING CO. | ATTN: VICE PRESIDENT (MAINT. DIVISION)<br>PO BOX 11885 RUWAIS<br>ABU DHABI,<br>UNITED ARAB EMIRATES | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 02/17/2013 | $0.00 |
| ACCENTURE S.A.S. | LEGAL & COMMERCIAL GROUP - DIRECTOR OF LEGAL SERVICES FRANCE<br>118 - 122 AVENUE DE FRANCE<br>75013 PARIS, FRANCE | Mutual Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 07/07/2005 | $0.00 |
| ACCESS AMERICA TRANSPORT, INC. | AAT<br>1110 MARKET ST, STE 315<br>CHATTANOOGA, TN 37402 | Mutual Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 10/25/2011 | $0.00 |
| ACCUMA CORPORATION | FRANCESCA INVERNIZZI - CEO<br>423 FANJOY RD<br>STATESVILLE, NC 28625 | Mutual Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/21/2013 | $0.00 |
| ACE-USA | ACE BOND SERVICES, TL33B<br>1601 CHESTNUT STREET<br>PHILADELPHIA, PA 19103 | Indemnity Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 09/08/2011 | $0.00 |
| ADECCO | BJ OLIN - DIVISION SUPPORT MANAGER<br>5900 WINDARD PARKWAY, STE. 110<br>ALPHARETTA, GA 30005 | Mutual Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 10/10/2009 | $0.00 |
| ADP, INC | MICHAEL A. DONARTI<br>ONE ADP BOULEVARD<br>ROSELAND, NJ 07068 | ADP employer services contract, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 05/28/2013 | $0.00 |
| ADP, INC. | ONE ADP BOULEVARD<br>ROSELAND, NJ 07068 | ADP employer services contract, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Effective Date: 05/24/2013 | $0.00 |
| ADP, INC. | ONE ADP BOULEVARD<br>ROSELAND, NJ 07068 | Service Contract, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 05/28/2013 | $0.00 |
| ADT SECURITY SERVICES, INC. | DAVID HARTLEY<br>8607 ROBERTS DR., SUITE 150<br>ATLANTA, GA 30350 | Rider to Master Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 10/13/2010 | $0.00 |
| ADVANCED BATTERY CONCEPTS | CHIEF FINANCIAL OFFICER<br>720 NORTH INDUSTRIAL DRIVE<br>CLARE, MI 48617 | Mutual Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 01/31/2013 | $0.00 |
| ADVANCED BATTERY SYSTEMS, INC. | 5649 MESMER AVENU<br>CULVER CITY, CA | Master Distributor Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 06/15/2004 | $0.00 |
| ADVANCED BATTERY SYSTEMS, INC. | DAN SCHIEDEL<br>2346 WYECROFT ROAD<br>OAKVILLE, ON L6L 6M1<br>CANADA | Master Distributor Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 02/19/2010 | $0.00 |
| ADVANCED DISPOSAL | DEBORAH JOHNSON<br>2015 VETERANS PKWY<br>COLUMBUS, GA 31904 | Service Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 06/28/2013 | $0.00 |
| ADVANCED ENGINEERED SYSTEMS, INC. | MARE SKELDING<br>14328 COMMERCIAL PARKWAY<br>SOUTH BELOIT, IL 61080 | Mutual Confidentiality & Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 11/30/2009 | $0.00 |
| ADVANCED GEOSERVICES CORP. | 1055 ANDREW DRIVE, STE A<br>WEST CHESTER, PA 19380 | First Amendment to Service Supply Agreement, and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| ADVANCED GEOSERVICES CORP. | 1055 ANDREW DRIVE, STE A<br>WEST CHESTER, PA 19380 | Fourth Amendment to Service Supply Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Effective Date: 01/01/2015 | $0.00 |

Exhibit 9.1 Assumed Executory Contracts and Unexpired Leases

| COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION OF AGREEMENT(S) TO BE ASSUMED, OR ASSUMED AND ASSIGNED, AS APPLICABLE | CURE AMOUNT |
|---|---|---|---|
| ADVANCED GEOSERVICES CORP. | 1055 ANDREW DRIVE, STE A WEST CHESTER, PA 19380 | Second Amendment to Service Supply Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Effective Date: 01/01/2014 | $0.00 |
| ADVANCED GEOSERVICES CORP. | 1055 ANDREW DRIVE, STE A WEST CHESTER, PA 19380 | Third Amendment to Service Supply Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Effective Date: 04/01/2014 | $0.00 |
| ADVANCED GEOSERVICES CORP. | ATTN: DANIEL A. DAILY 1055 ANDREW DRIVE, STE A WEST CHESTER, PA 19380 | Service Supply Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Effective Date: 01/01/2011 | $193,297.56 |
| ADVANCED LEAD-ACID BATTERIES CONSORTIUM | DR. BORIS MONAHOV 1822 EAST NC HIGHWAY 54 DURHAM, NC 27713 | Mutual Confidentiality & Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 01/04/2011 | $0.00 |
| ADVANCED LITHIUM POWER | ROY TRIVETT UNIT 1- 605 W. KENT AVENUE NORTH VANCOUVER, BC V6P 6T7 CANADA | Confidentiality & Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 03/19/2010 | $0.00 |
| ADVANCED MOBILE PRODUCTS, LLC | JOHN SEMENIUK 11811 N TATUM BLVD SUITE 3031 PHOENIX, AZ 85028 | Mutual Confidentiality & Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Effective Date: 08/14/2008 | $0.00 |
| ADVANCED TECHNOLOGY SERVICES, INC. | PAUL DANIELS 8201 N. UNIVERSITY PEORIA, IL 61615 | Mutual Confidentiality & Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 03/24/2005 | $0.00 |
| AECOM TECHNICAL SERVICE, INC. | CONTRACTS DEPARTMENT 100 STERLING PARKWAY SUITE 205 MECHANICSBURG, PA 17050 | Master Service Agreement for Environmental Consulting & Engineering Services, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 04/18/2011 | $0.00 |
| AECOM TECHNICAL SERVICES, INC. | DAVID W. WOLFE 100 STERLING PKWY SUITE 205 MECHANICSBURG, PA 17050 | Mutual Confidentiality & Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 12/15/2010 | $0.00 |
| AEROTEK COMMERCIAL STAFFING | SCOTT ANDERSON 7301 PARKWAY DRIVE HANOVER, MD 21076 | Services Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 09/29/2008 | $0.00 |
| AEROTEK, INC. | 7301 PARKWAY DRIVE HANOVER, MD 21076 | Exhibit B - Request for Background Check Services, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 08/01/2014 | $0.00 |
| AEROTEK, INC. | CONTROLLER-NATIONAL SALESAT 7301 PARKWAY DRIVE HANOVER, MD 21076 | Services Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Effective Date: 04/05/2012 | $0.00 |
| AFCO PREMIUM CREDIT LLC | 12160 ABRAMS RD STE 301 LB 51 DALLAS, TX 75243-4587 | Commercial Premium Finance Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 09/17/2012 | $0.00 |
| AFFINITY BUSINESS COMMUNICATIONS LIMITED | NEAL M. ROSE 10 BISHOPS CLOSE BARNET, HERTS. EN5 2QH UNITED KINGDOM | Mutual Confidentiality Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 07/17/2008 | $0.00 |
| AIMWARE, INC. | BRIGHTWORK 276 WASHINGTON ST. #352 BOSTON, MA 02121 | Software License Agreement, and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| AIR LIQUIDE INDUSTRIAL U.S. LP | ATTN LEGAL DEPARTMENT 2700 POST OAK BLVD, STE 325 HOUSTON, TX 77056 | Mutual Confidentiality & Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 04/22/2010 | $0.00 |
| AIROLDI BROTHERS, INC. | ATTN CHERYL AIROLDI 6930 S 6TH ST OAK CREEK, WI 53154 | NationaLease Vehicle Lease and Service Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 06/16/2006 | $3,070.12 |
| ALCHEMY EXTRUSIONS, INC. | 23 CHAPPLE STREET HAMILTON, ON L8L 8K7 CANADA | Mutual Confidentiality & Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 06/07/2012 | $0.00 |
| ALLEN EXPRESS, INC. | JON GIRARD 3904 OLD HWY 94 SUITE 300 ST. CHARLES, MO 63304 | Mutual Confidentiality & Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 03/06/2013 | $0.00 |
| ALLIANCE MACHINE SYSTEMS INTERNATIONAL, LLC | CHIEF EXECUTIVE OFFICER 5303 E DESMET SPOKANE, WA 99212 | Mutual Confidentiality & Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 03/24/2008 | $0.00 |
| ALLIANT INSURANCE SERVICES HOUSTON LLC | 5847 SAN FELOPE STREET SUITE 2750 HOUSTON, TX 77057 | Consulting services related to US health benefit plans, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 05/16/2013 | $9,544.81 |
| ALLIED CORPORATION | COLUMBIA ROAD & PARK AVENUE MORRIS TOWNSHIP, NJ 7960 | Trademark License and Trade Name Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 09/20/1985 | $0.00 |
| ALMO WIRE & CABLE, INC. | 2709 COMMERCE WAY PHILADELPHIA, PA 19154 | Mutual Confidentiality & Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 01/05/2010 | $0.00 |
| ALPHA TECHNOLOGIES | ATTN: CONTRACTS AND LEGAL 3767 ALPHA WAY BELLINGHAM, WA 98226 | Mutual Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 09/07/2005 | $0.00 |

**Exhibit 9.1 Assumed Executory Contracts and Unexpired Leases**

| COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION OF AGREEMENT(S) TO BE ASSUMED, OR ASSUMED AND ASSIGNED, AS APPLICABLE | CURE AMOUNT |
|---|---|---|---|
| ALPHA/BETA FIBERGLASS PRODUCT CO., LTD. | VICTOR XINHE VILLAGE QICIAN DISTRICT NANJING, 210033 CHINA | Mutual Confidentiality & Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 04/23/2002 | $0.00 |
| ALPINE BATTERY - OHIO | 7200 E. BROAD ST. COLUMBUS, OH 43213 | Manufacturer's Representative Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 03/01/2000 | $0.00 |
| ALPINE BATTERY CO. | 7200 E. BROAD ST. COLUMBUS, OH 43213 | Partial Termination of Sales Representative Relationship, and any related amendments, modifications, renewals, and extensions thereto Contract Effective Date: 06/01/2004 | $0.00 |
| ALPINE BATTERY CO., INC. | 7200 E. BROAD ST. COLUMBUS, OH 43213 | Wal-Mart National Service Program Addendum to Representative Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 06/28/2004 | $0.00 |
| ALPINE POWER SYSTEMS, INC. | ERIC LIGHT 24355 CAPITAL AVENUE REDFORD, MI 48329 | Amendment to Manufacturer's Representative Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 08/1/2009 | $0.00 |
| ALTAIR NANOTECHNOLOGIES, INC. | TERRY M. COPELAND 204 EDISON WAY RENO, NV 89502 | Mutual Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 12/19/2008 | $0.00 |
| ALTAIRNANO INC. | GENERAL COUNSEL 204 EDISON WAY RENO, NV 89502 | Mutual Confidentiality & Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 11/30/2010 | $0.00 |
| ALTERGY SYSTEMS | CHIEF EXECUTIVE OFFICER 140 BLUE RAVINE ROAD FOLSOM, CA 95630 | Mutual Confidentiality & Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 04/27/2011 | $0.00 |
| ALTURA COMMUNICATION SOLUTIONS | CONTRACT ADMINISTRATION 1335 S ACACIA AVE. FULLERTON, CA 92831 | Subcontractor Agreement for Services and Installation, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 05/16/2011 | $0.00 |
| ALVAREZ & MARSAL NORTH AMERICA, LLC | ROBERT M. CARUSO MANAGING DIRECTOR 55 WEST MONROE STREET SUITE 4000 CHICAGO, IL 60603 | Engagement Letter for Business Consulting Services, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 04/26/2013 | $0.00 |
| AMERICAN AIRLINES, INC. | 4333 AMON CARTER BLVD MD 5223 FORT WORTH, TX 76155 | Master Agreement for Sale & Installation of Batteries, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 08/23/2011 | $0.00 |
| AMERICAN CENTRAL TRANSPORT, INC. | SALES 1700 EAST OLD STATE RTE 210 PO BOX 516 LIBERTY, MO 64069 | Mutual Confidentiality Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 10/25/2011 | $0.00 |
| AMERICAN ELECTRIC EQUIPMENT, INC. | LARRY WYNOCKER 27356 W. OVIATT PO BOX 40006 BAY VILLAGE, OH 44140 | Manufacturer's Representative Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 08/18/2009 | $0.00 |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. | AMERICAN EXPRESS TOWER. THREE WORLD FINANCIAL CENTER 200 VESEY STREET, 49TH FLOOR NEW YORK, NY 10285 | Mutual Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 06/14/2013 | $0.00 |
| AMERICAN POWER CONVERSION CORPORATION | WILLIAM R. MANNING, DIRECTOR OF ENGINEERING 132 FAIRGROUNDS RD. WEST KINGSTON, RI 2892 | Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 07/15/2010 | $0.00 |
| AMER-SIL S.A. | ATTN: GUY DAUWE ZONE INDUSTRIELLE L - 8287 KEHLEN LUXEMBOURG | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 04/26/2010 | $0.00 |
| AMER-SIL S.A. | GUY DAUWE ZONE INDUSTRIELLE L-8287 KEHLEN, LUXEMBOURG | Mutual Confidentiality & Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 04/26/2010 | $0.00 |
| AMER-SIL S.A. | GUY DAUWE ZONE INDUSTRIELLE L-8287 KEHLEN, LUXEMBOURG | Mutual Confidentiality & Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 12/05/2008 | $0.00 |
| AMETEK PRESTOLITE POWER AND SWITCH | ATTN: DOUG LINS 2220 CORPORATE DRIVE TROY, OH 45373 | Mutual Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 09/17/2004 | $0.00 |
| AMETEK, INC. | ATTN: DOUG LINS 2220 CORPORATE DRIVE TROY, OH 45373 | Mutual Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 05/03/2005 | $0.00 |
| AMONIX, INC. | V.P. FINANCE 3425 FUJITA STREET TORRANCE, CA 90505 | Confidentiality Agreement, and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| ANALYTIC VISION, INC. | CARLOS FOX 3070 WINDWARD PLAZA SUITE 298 F ALPHARETTA, GA 30005 | Mutual Confidentiality & Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 02/23/2012 | $0.00 |
| ANCHOR QEA, LLC | 1423 THIRD AVENUE SUITE 300 SEATTLE, WA 98101 | Service Contract, and any related amendments, modifications, renewals, and extensions thereto | $0.00 |

Exhibit 9.1 Assumed Executory Contracts and Unexpired Leases

| COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION OF AGREEMENT(S) TO BE ASSUMED, OR ASSUMED AND ASSIGNED, AS APPLICABLE | CURE AMOUNT |
|---|---|---|---|
| ANCHOR QEA, LLC | 1423 THIRD AVENUE SUITE 300 SEATTLE, WA 98101 | Standard Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 05/12/2011 | $0.00 |
| ANCHOR QEA, LLC | 1423 THIRD AVENUE, SUITE 300 SEATTLE, WA 98101 | First Amendment to Standard Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Effective Date: 07/24/2012 | $0.00 |
| ANCHOR QEA, LLC | 1423 THIRD AVENUE, SUITE 300 SEATTLE, WA 98101 | Standard Agreement, and any related amendments, modifications, renewals, and extensions thereto | $892.50 |
| ANCHOR QEA, LLC | 1423 THIRD AVENUE, SUITE 300 SEATTLE, WA 98101 | Contractor Agreement, and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| ANCHOR QEA, LLC | JOSHUA BURNAM 26300 LA ALAMEDA SUITE 240 MISSION VIEJO, CA 92691 | First Amendment to Standard Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 08/22/2012 | $0.00 |
| ANPEI ENTERPRISE CO. LTD. | NO.11, SHING YEH ROAD HSIN SHIH 744 TAINAN, TAIWAN, PROVINCE OF CHINA | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 12/02/2009 | $0.00 |
| ANXEBUSINESS CORP. | KEVIN PIERCE ANXEBUSINESS CONTRACT ADMINISTRATION 2000 TOWN CENTER, SUITE 2050 SOUTHFIELD, MI 48075-1135 | ANXVelocity managed services agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 01/08/2009 | $25,000.00 |
| ANXEBUSINSSES | DIRECTOR LEGAL & HUMAN RESOURCES 2000 TOWN CENTER SUITE 2050 SOUTHFIELD, MI 48073 | Mutual Confidentiality & Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Effective Date: 09/29/2008 | $0.00 |
| AONHEWITT | 2300 DISCOVERY DRIVE ORLANDO, FL 32826 | Master Consulting Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 01/01/2010 | $0.00 |
| AONHEWITT | 2300 DISCOVERY DRIVE ORLANDO, FL 32826 | Schedule No. 10 to Master Consulting Agreement -  US Actuarial Services, Fees, and Other Terms, and any related amendments, modifications, renewals, and extensions thereto Contract Effective Date: 06/01/2013 | $0.00 |
| AONHEWITT | 2300 DISCOVERY DRIVE ORLANDO, FL 32826 | Schedule No. 9 to Master Consulting Agreement -  Global, and any related amendments, modifications, renewals, and extensions thereto Contract Effective Date: 07/01/2013 | $0.00 |
| APEX FREIGHT SERVICES, LLC | TRACY J. PELLERIN 300 MECCA ST. LAFAYETTE, LA 70508 | Mutual Confidentiality & Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 03/19/2013 | $0.00 |
| APPLIED INDUSTRIAL TECHNOLOGIES | GENERAL COUNSEL ONE APPLIED PLAZA CLEVELAND, OH 44115 | Mutual Confidentiality & Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 03/13/2013 | $0.00 |
| APPLIED INDUSTRIAL TECHNOLOGIES, INC | LEGAL DEPARTMENT ONE APPLIED PLAZA CLEVELAND, OH 44115-5056 | Master Lease Agreement, and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| ARANCA US INC. | MR. MADHUSUDAN RAJAGOPALAN - DIRECTOR 275 MADISON AVE. SUITE 425, 4TH FLOOR NEW YORK, NY 10016 | Mutual Confidentiality Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 08/10/2011 | $0.00 |
| ARCACTIVE LIMITED | STUART MCKENZIE, CEO 80 MEMORIAL AVENUE ILAM CHRISTCHURCH,  8053 NEW ZEALAND | Mutual Confidentiality & Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 12/05/2011 | $0.00 |
| ARCACTIVE LIMITED | STUART MCKENZIE, CEO 80 MEMORIAL AVENUE ILAM CHRISTCHURCH,  8053 NEW ZEALAND | Mutual Confidentiality & Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Effective Date: 10/09/2008 | $0.00 |
| ARCOTRONICS TECHNOLOGIES SRL | VIA S. LORENZO 19 40037 SASSO MARCONI (BO) ITALY | Mutual Confidentiality Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 05/18/2009 | $0.00 |
| ARGO TURBOSERVE CORPORATION | WAYNE ACKERMAN 160 CHUSS AVE LYNDHURST, NJ 7071 | Mutual Confidentiality Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 02/01/2013 | $0.00 |
| ARGONAUT INSURANCE COMPANY | 175 EAST HOUSTON STREET, SUITE 1300 SAN ANTONIO, TX 78205 | Bond Increase Penalty Rider, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 06/12/2012 | $0.00 |
| ARGONAUT INSURANCE COMPANY | ATTN FRANK KINNETT 225 W. WASHINGTON, 6TH FLOOR CHICAGO, IL 60606 | Agreement of Surety - Bond #SUR0014558, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 11/27/2011 | $0.00 |
| ARGONAUT INSURANCE COMPANY | ATTN: ARGO SURETY BOND DEPARTMENT 10101 REUNION PLACE, SUITE 500 SAN ANTONIO, TX 78216 | General Indemnity Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 07/12/2011 | $0.00 |
| ARGONAUT INSURANCE COMPANY | ATTN: FRANK KINNETT 10101 REUNION PLACE SAN ANTONIO, TX 78216 | Financial Guarantee Bond (Hamburg, PA), and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 08/10/2011 | $0.00 |
| ARGONAUT INSURANCE COMPANY | ATTN: FRANK KINNETT 10101 REUNION PLACE SUITE 500 SAN ANTONIO, TX 78216 | Bond Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 10/10/2011 | $0.00 |

Exhibit 9.1 Assumed Executory Contracts and Unexpired Leases

| COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION OF AGREEMENT(S) TO BE ASSUMED, OR ASSUMED AND ASSIGNED, AS APPLICABLE | CURE AMOUNT |
|---|---|---|---|
| ARGONAUT INSURANCE COMPANY | ATTN: FRANK KINNETT 10101 REUNION PLACE SUITE 500 SAN ANTONIO, TX 78216 | Financial Guarantee Bond (Baton Rouge, LA), and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 08/10/2011 | $0.00 |
| ARGONAUT INSURANCE COMPANY | ATTN: FRANK KINNETT 10101 REUNION PLACE SUITE 500 SAN ANTONIO, TX 78216 | Financial Guarantee Bond (Los Angeles, CA), and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 01/25/2013 | $0.00 |
| ARGONAUT INSURANCE COMPANY | ATTN: FRANK KINNETT 10101 REUNION PLACE SUITE 500 SAN ANTONIO, TX 78216 | Financial Guarantee Bond (Muhlenberg Township, PA), and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 08/03/2011 | $0.00 |
| ARGONAUT INSURANCE COMPANY | ATTN: FRANK KINNETT 10101 REUNION PLACE SUITE 500 SAN ANTONIO, TX 78216 | Financial Guarantee Bond (Muncie, IN), and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 08/10/2011 | $0.00 |
| ARGONAUT INSURANCE COMPANY | ATTN: FRANK KINNETT 10101 REUNION PLACE SUITE 500 SAN ANTONIO, TX 78216 | Hazardous Waste Facility Financial Guarantee Bond (Tampa, FL), and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 07/15/2011 | $0.00 |
| ARGONAUT INSURANCE COMPANY | ATTN: FRANK KINNETT 10101 REUNION PLACE SUITE 500 SAN ANTONIO, TX 78216 | Surety Bond #SUR0014569, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 03/13/2012 | $0.00 |
| ARGONAUT INSURANCE COMPANY | ATTN: FRANK KINNETT 225 W. WASHINGTON, 6TH FLOOR CHICAGO, IL 60606 | Financial Guarantee Bond (Forest City, MO), and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 08/10/2011 | $0.00 |
| ARGONAUT INSURANCE COMPANY | ATTN: FRANK KINNETT 225 W. WASHINGTON, 6TH FLOOR CHICAGO, IL 60606 | Increase Penalty Rider to Bond No. SUR0014548, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 11/13/2012 | $0.00 |
| ARGONAUT INSURANCE COMPANY | ATTN: FRANK KINNETT 225 W. WASHINGTON, 6TH FLOOR CHICAGO, IL 60606 | Increase Penalty Rider, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 11/13/2012 | $0.00 |
| ARGONAUT INSURANCE COMPANY | ATTN: FRANK KINNETT 225 W. WASHINGTON, 6TH FLOOR CHICAGO, IL 60606 | Surety Bond #SUR0014556, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 11/27/2011 | $0.00 |
| ARGONAUT INSURANCE COMPANY | ATTN: FRANK KINNETT 225 W. WASHINGTON, 6TH FLOOR CHICAGO, IL 60606 | Surety Bond #SUR0014557, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 11/27/2011 | $0.00 |
| ARGONAUT INSURANCE COMPANY | ATTN: FRANK KINNETT 225 W. WASHINGTON, 6TH FLOOR CHICAGO, IL 60606 | Surety Bond #SUR0014563, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 02/11/2012 | $0.00 |
| ARGONAUT INSURANCE COMPANY | ATTN: FRANK KINNETT 225 W. WASHINGTON, 6TH FLOOR CHICAGO, IL 60606 | Surety Bond #SUR0014583, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 07/31/2012 | $0.00 |
| ARGONAUT INSURANCE COMPANY | ATTN: FRANK KINNETT 3455 PEACHTREE ROAD NE, SUITE 1600 ATLANTA, GA 30326 | Contractor's Bond, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 04/01/2012 | $0.00 |
| ARGONAUT INSURANCE COMPANY | ATTN: FRANK KINNETT 3455 PEACHTREE ROAD NE, SUITE 1600 ATLANTA, GA 30326 | Electric Utility Service Guaranty Bond, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 11/27/2011 | $0.00 |
| ARGONAUT INSURANCE COMPANY | ATTN: JOHN E. GENET 225 W. WASHINGTON, 6TH FLOOR CHICAGO, IL 60606 | Contractors Bond, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 03/05/2012 | $0.00 |
| ARGONAUT INSURANCE COMPANY | ATTN: JOHN J. SHEPPARD 225 W. WASHINGTON, 6TH FLOOR CHICAGO, IL 60606 | Customs Bond, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 08/23/2011 | $0.00 |
| ARGONAUT INSURANCE COMPANY | BRIAN PATRICK ROURK 345 CESSNA CIRCLE SUITE 101 CORONA, CA 92880 | Bond of Qualifying Individual, and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| ARIBA, INC. | GENERAL COUNSEL 910 HERMOSA COURT SUNNYVALE, CA 94089 | Mutual Confidentiality & Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 02/03/2012 | $0.00 |
| ARNOLD TRANSPORTATION SERVICES | PRICING 9523 FLORIDA MINING BLVD JACKSONVILLE, FL 32257 | Mutual Confidentiality & Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 10/25/2011 | $0.00 |
| ARROW ELECTRONICS, INC. | CORPORATE CONTRACTS DEPARTMENT 50 MARCUS DRIVE MELVILLE, NY 11771 | Mutual Confidentiality & Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 02/11/2013 | $0.00 |
| ASSETPOINT | ERIC MILES 770 PELHAM ROAD GREENVILLE, SC 29615 | Mutual Confidentiality & Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 06/03/2009 | $0.00 |
| ASSETPOINT LLC | 770 PELHAM ROAD GREENVILLE, SC 29615 | Software License Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 03/16/2011 | $660.00 |
| ASSOCIATED | 2401 SE TONES DR STE 5 ANKENY, IA 50021 | Master Lease, and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| ASSOCIATION OF AUTOMOTIVE AFTERMARKET DISTRIBUTORS/PARTS PLUS | PRESIDENT 5050 POPLAR AVE. SUITE 2020 MEMPHIS, TN 38157 | Supply Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 02/21/1997 | $0.00 |

Exhibit 9.1 Assumed Executory Contracts and Unexpired Leases

| COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION OF AGREEMENT(S) TO BE ASSUMED, OR ASSUMED AND ASSIGNED, AS APPLICABLE | CURE AMOUNT |
|---|---|---|---|
| AST EQUITY PLAN SOLUTIONS, A DIVISION OF AMERICAN STOCK TRANSFER & TRUST COMPANY | CLIENT MANAGEMENT 123 BROAD STREET PHILADELPHIA, PA 19109 | Administrative Services Agreement for Equity Plan, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 12/21/2012 | $0.00 |
| ASTEELFLASH US EAST CORPORATION | BERNARD HARDY 6833 MOUNT HERNAN ROAD MORRISVILLE, NC 27560 | Mutual Confidentiality & Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Effective Date: 01/10/2013 | $0.00 |
| AT&T SERVICES INC. | ATTN LEGAL DEPARTMENT ONE AT&T WAY BEDMINSTER, NJ 07921 | Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 09/06/2012 | $0.00 |
| AT&T SERVICES INC. | ATTN: DIRECTOR - CONTRACTING & SOURCING 1277 LENOX PARK BOULEVARD, 7TH FLOOR ATLANTA, GA 30319 | Customer Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 05/03/2013 | $0.00 |
| AT&T SERVICES INC. | ATTN: EDWARD CANOBBIO 2600 CAMINO RAMON RM 1E000G SAN RAMON, CA 94583 | Resale Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 07/21/2010 | $0.00 |
| AT&T SERVICES, INC. | ATTN LEGAL DEPARTMENT ONE AT&T WAY BEDMINSTER, NJ 07921 | Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 07/19/2011 | $0.00 |
| AT&T SERVICES, INC. | JO ANNE ZINGO-HARGIS 1618 W 28TH TERRACE LAWRENCE, KS 66046 | Purchase Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 01/11/2007 | $0.00 |
| ATLASBX CO., LTD | 185, DAEJEON-RO 1331BEON-GIL DAEDEOK-GU, DAEJEON KOREA, REPUBLIC OF | Deed of Settlement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 04/19/2009 | $0.00 |
| ATPI LTD. | GROUP COMPANY SECRETARY 10 LEAKE STREET LONDON, SE1 7NN UNITED KINGDOM | Mutual Confidentiality & Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 03/03/2011 | $0.00 |
| ATRADIUS TRADE CREDIT INSURANCE INC. | OFFICE OF THE GENERAL COUNSEL 230 SCHILLING CIRCLE SUITE 240 HUNT VALLEY, MD 21031 | Mutual Confidentiality & Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 01/14/2011 | $0.00 |
| ATRAVERDA LIMITED | CHIEF EXECUTIVE OFFICER UNITS A & B ROSEHEYWORTH BUSINESS PARK NORTH ABERTILLERY, BLAENAU GWENT,  NP13 1SX UNITED KINGDOM | Mutual Confidentiality & Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 03/11/2010 | $0.00 |
| AUTO METER PRODUCTS, INC. | CFO 413 W. ELM STREET SYCAMORE, IL 60178 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Effective Date: 03/09/2009 | $0.00 |
| AUTO ROAD SERVICES, INC. | SCOTT GROVE - PRESIDENT 20300 VENTURA BOULEVARD SUITE 340 SHERMAN OAKS, CA 91364 | Service Contract - Roadside Assistance for Exide Battery Customers, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 06/27/2006 | $0.00 |
| AUTO ROAD SERVICES, INC. | SCOTT GROVE, PRESIDENT 20300 VENTURA BOULEVARD SUITE 340 SHERMAN OAKS, CA 91364 | Service Contract - Roadside Assistance for Exide Battery Customers, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 05/01/2006 | $0.00 |
| AUTODESK, INC. | 111 MUCINNIS PARKWAY SAN RAFAEL, CA 94903 | Software Licenses/GNUL Program, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 11/08/2010 | $40,575.00 |
| AUTOMATED MOTION INCORPORATED | DENIS CAYE 225 NW VICTORIA AVE LEE'S SUMMIT, MO 64086 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 07/23/2012 | $0.00 |
| AUTOMATIC DATA PROCESSING, INC. | GENERAL COUNSEL ONE ADP BOULEVARD MS# 450 ROSELAND, NJ 07068 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 01/23/2013 | $0.00 |
| AUTOMATION ENGINEERING LLC | ATTN: ED KLUGMAN 3056 S. 24TH STREET KANSAS CITY, KS 66106 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 03/13/2009 | $0.00 |
| AUTOMATION ENGINEERING LLC | ED KLUGMAN 3056 S. 24TH STREET KANSAS CITY, KS 66106 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 05/13/2013 | $0.00 |
| AVERITT EXPRESS, INC. | PRICING & TRAFFIC 1415 NEAL STREET PO BOX 3166 COOKEVILLE, TN 38502 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 10/25/2011 | $0.00 |
| AVID THERMALLOY, LLC. | OFFICE OF GENERAL COUNSEL 70 COMMERCIAL STREET SUITE 2000 CONCORD, NH 3301 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 07/23/2012 | $0.00 |
| AVIVA INSURANCE COMPANY OF CANADA | NATHALIE PRINCE 2200 EGLINTON AVE E. SCARBOROUGH, ON M1L 4S8 CANADA | Bonded Highway Carrier Operations, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 03/01/2012 | $0.00 |
| AVNET INC. | CORPORATE CONTRACTS DEPT. 2211 S. 47TH STREET PHOENIX, AZ 85034 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 09/20/2010 | $0.00 |

Exhibit 9.1 Assumed Executory Contracts and Unexpired Leases

| COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION OF AGREEMENT(S) TO BE ASSUMED, OR ASSUMED AND ASSIGNED, AS APPLICABLE | CURE AMOUNT |
|---|---|---|---|
| AXIUM SOLUTIONS | 10925, LOUIS-H. LAFONTAINE BLVD MONTREAL, QC H1J 2E8 CANADA | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 03/20/2009 | $0.00 |
| AZE POWER SOLUTIONS, INC. | 150 LUCERNE CT WHEELING, IL 60090 | Warranty - Stationary Battery (PO# 1204-004, AX482 project), and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| AZE POWER SOLUTIONS, INC. | 150 LUCERNE CT WHEELING, IL 60090 | Warranty - Stationary Battery, and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| BAIRD, DONALD G. | 350 DEERCROFT DR. BLACKSBURG, VA 24060 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 11/23/2009 | $0.00 |
| BALLARD POWER SYSTEMS | ATTN: CORPORATE SECRETARY 9000 GLENLYON PARKWAY BURNABY, BC V5J 5J8 CANADA | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 05/10/2007 | $0.00 |
| BARBARA K. MCMURRAY & PHYLLIS M. FAXON, SUCCESSORS IN INTEREST TO LILLIAN MOREHOUSE | 809 LAS RIENDAS DRIVE FULLERTON, CA 92635 | Lease Agreement with respect to property located at 5831-5909 E. Randolph St. in Commerce, CA, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 03/01/1977 | $0.00 |
| BARNES GROUP, INC. | BARNES DISTRIBUTION CONTRACT ADMINISTRATION 1301 E. 9TH STREET SUITE 700 CLEVELAND, OH 44114 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 01/29/2013 | $0.00 |
| BARR-NUNN-TRANSPORTATION, INC. | WADE DERRY 1803 BURR OAK BLVD GRANGER, IA 50109 | Mutual Confidentiality Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 10/25/2011 | $0.00 |
| BARSNESS, KIM | 2630 BIRCHVIEW DR. BAUDETTE, MN 56623 | Lease Agreement with respect to property located at 732 E 40th St. N., Fargo, ND 58102, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 03/21/2005 | $0.00 |
| BATTELLE ENERGY ALLIANCE, LLC | STEVEN E. AUMEIER 2525 NORTH FREMONT AVENUE PO BOX 1625 IDAHO FALLS, ID 83415 | Non-Disclosure Agreement (One-Way into BEA), and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 01/23/2012 | $0.00 |
| BATTERY ALLIANCE INCORPORATED | 364 DISTRIBUTION PARKWAY COLLIERVILLE, TN 38017 | Bilateral Confidential Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 10/06/2009 | $0.00 |
| BATTERY ALLIANCE INCORPORATED | 364 DISTRIBUTION PARKWAY COLLIERVILLE, TN 38017 | Customer Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Effective Date: 05/15/2012 | $0.00 |
| BATTERY ALLIANCE INCORPORATED | ATTN: TOM WILSON 364 DISTRIBUTION PKWY COLLIERVILLE, TN 38017 | Pricing agreement confirmation, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 05/16/2012 | $0.00 |
| BATTERY ALLIANCE, INC. | 364 DISTRIBUTION PARKWAY COLLIERVILLE, TN 38017 | Vendor Purchase Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 10/06/2009 | $0.00 |
| BATTERY AND ELECTRICAL SPECIALISTS ASSOCIATION, INC. | MIKE MOELLER 4301 WEST LINCOLN AVENUE MILWAUKEE, WI 53219 | Co-Branding Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 06/25/2010 | $0.00 |
| BATTERY DYNAMICS GROUP LLC | BRUCE A. PURKEY 221 N. 14TH STREET ROGERS, AR 72756 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 07/21/2008 | $0.00 |
| BATTERY FILLING SYSTEMS OF THE AMERICAS | TYLER OWEN 6645 HOLDER RD CLEMMONS, NC 27012 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 03/25/2010 | $0.00 |
| BATTERY USA | TOM STANDIFER 1840 SOUTH CORNBEE ROAD LAKELAND, FL 33801 | Manufacturer's Representative Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 11/01/2011 | $0.00 |
| BATTERY USA | TOM STANDIFER, PRESIDENT 1840 SOUTH COMBEE ROAD LAKELAND, FL 33801 | Manufacturer's Representative Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 02/15/2011 | $0.00 |
| BATTERYCORP | JONATHAN QUINT VICE PRESIDENT 44 OAK STREET NEWTON, MA 2464 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Effective Date: 10/14/2008 | $0.00 |
| BCD TRAVEL USA LLC | MICHAEL JANSSEN PRESIDENT, THE AMERICAS SIX CONCOURSE PARKWAY SUITE 2400 ATLANTA, GA 30328 | Global Travel Management Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 10/14/2011 | $845.20 |
| BELL CREEK WOOD PRODUCTS INC | ATTN: OWNER 83010 GARDEN SCHOOL ROAD THOMASTON, GA 30286 | Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 06/05/2013 | $0.00 |
| BERNAL INC. | OFFICE OF THE GENERAL COUNSEL 2960 TECHNOLOGY DRIVE ROCHESTER HILLS, MI 48309 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 02/22/2011 | $0.00 |
| BERNAL, INC. | MARK VOORHEES 2960 TECHNOLOGY DRIVE ROCHESTER HILLS, MI 48309 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 07/26/2010 | $0.00 |

Exhibit 9.1 Assumed Executory Contracts and Unexpired Leases

| COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION OF AGREEMENT(S) TO BE ASSUMED, OR ASSUMED AND ASSIGNED, AS APPLICABLE | CURE AMOUNT |
|---|---|---|---|
| BERNARD DUMAS | PO. BOX 3 - CREYSSE 2 RUE DE LA PAPETERIE 24100 BERGERAC FRANCE | Mutual Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 07/07/2006 | $0.00 |
| BERNARD DUMAS S.A.S | PO. BOX 3 - CREYSSE 2 RUE DE LA PAPETERIE 24100 BERGERAC FRANCE | Supply Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Effective Date: 04/01/2012 | $0.00 |
| BESA | BRENT RUSHING PRESIDENT 13909 SOUTH PARK DRIVE KERNERSVILLE, NC 27284 | Exide-BESA program & partnership, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 04/20/2010 | $0.00 |
| BESTWAY SYSTEMS INC. | MICHAEL KERSCHNER 5755 GRANGER RD SUITE 400 INDEPENDENCE, OH 44131 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 02/15/2012 | $0.00 |
| BIGG EXPRESS, INC. | SALES DEPARTMENT 190 HAWKINS DRIVE SHELBYVILLE, TN 37160 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 10/25/2011 | $0.00 |
| BIRLASOFT | OFFICE OF CORPORATE LEGAL ADVISOR 2035 LINCOLN HIGHWAY EDISON, NJ 08817 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 07/12/2005 | $0.00 |
| BIRLASOFT | SRINATH KASHHAE 2035, LICNCOLN HIGHWAY, SECOND FLOOR EDISON, NJ 08817 | Renewal of Statement of Work, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 09/04/2012 | $0.00 |
| BIRLASOFT, INC. | VIJAY BHAGWATI CORPORATE LEGAL ADVISOR 2035 LINCOLN HWY EDISON, NJ 08817 | Master Services Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 08/25/2005 | $0.00 |
| BIRO TRANSPORT | STEVE BIRO 29588 MISSION BLVD HAYWARD, CA 94544 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 02/15/2012 | $0.00 |
| BISON TRANSPORT INC. | 1001 SHERWIN RD WINNIPEG, MB R3H 0T8 CANADA | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 11/27/2013 | $0.00 |
| BJ'S WHOLESALE CLUB | CHRIS MAYNARD ONE MERCER ROAD NATICK, MA 01760 | Sales Agreement, and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| BJ'S WHOLESALE CLUB, INC. | EDWARD A. BEEVERS ONE MERCER ROAD PO BOX 9601 NATICK, MA 01760 | Sales Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 04/20/2005 | $0.00 |
| BLACKLINE SYSTEMS, INC. | 21300 VICTORY BLVD., 12TH FLOOR WOODLAND HILLS, CA 91367 | Master Subscription Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 09/21/2012 | $0.00 |
| BMG SOFTWARE, INC. | TONI CLARK 2101 CITYWEST BLVD HOUSTON, TX 77042-2829 | Support Renewal Quote, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 06/24/2013 | $0.00 |
| BMH ROBOTICS | CHAD KOSTKA 11515 ADIE RD ST. LOUIS, MO 63043 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 05/12/2009 | $0.00 |
| BNSF RAILWAY COMPANY | MR. TIM MEYERS, MANAGER STRATEGIC SOURCING 2500 LOU MENK DRIVE FT. WORTH, TX 76131 | Three-year Pricing Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Effective Date: 04/01/2011 | $0.00 |
| BOROUGH OF HAMBURG (PA) | LYNDA G. ALBRIGHT, BOROUGH MANAGER 61 N 3RD ST HAMBURG, PA 19526 | Land Sale Contract - Parcel 3, 280 Grand St, Hamburg, PA, and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| BOROUGH OF HAMBURG, PA | ATTN: LYNDA G. ALBRIGHT, BOROUGH MANAGER 61 NORTH 3RD STREET HAMBURG, PA 19526 | Sale of Land, and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| BOSTON POWER, INC. | OFFICE OF THE CHIEF EXECUTIVE 2200 WEST PARK DRIVE SUITE 320 WESTBOROUGH, MA 1581 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 04/12/2011 | $0.00 |
| BOSTON-POWER, INC. | PER ONNERUD, CTO 2200 WEST PARK DRIVE SUITE 320 WESTBOROUGH, MA 01581 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 02/05/2010 | $0.00 |
| BRANCH BANKING AND TRUST COMPANY | BONNIE A. HINES 3200 BEECHLEAF COURT, F1 10 RALEIGH, NC 27604-1670 | Confidentiality Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 10/09/2012 | $0.00 |
| BRIOHN LEASING COMPANY | BRIOHN LEASING COMPANY W233 N2800 ROUNDY CIRCLE WEST, SUITE 100 PEWAUKEE, WI 53072-5795 | Lease Agreement with respect to property located at N28W23420 Roundy Dr., Suite 100, Pewaukee, WI, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 10/20/2000 | $0.00 |
| BROWN INDUSTRIES | STUART NELSON 205 W INDUSTRIAL BLVD DALTON, GA 30720 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 05/11/2010 | $0.00 |
| BROWN NATIONALEASE | 11229 AURORA AVENUE URBANDALE, IA 50322 | NationaLease Vehicle Lease and Service Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 05/01/2007 | $18,898.71 |

| COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION OF AGREEMENT(S) TO BE ASSUMED, OR ASSUMED AND ASSIGNED, AS APPLICABLE | CURE AMOUNT |
|---|---|---|---|
| BRP US INC. | KERRY KING<br>10101 SCIENCE DRIVE<br>STURTEVANT, WI 53177 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 12/10/2012 | $0.00 |
| BRYANT MARKETING COMMUNICATIONS | BILL BRYANT<br>2910 GLENEAGLES PT.<br>ALPHARETTA, GA 30005 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 01/07/2011 | $0.00 |
| BT AMERICAS INC. | 620 EIGHTH AVE<br>NEW YORK, NY 10018 | Agreement - Amendment to the Statement of Work to Master Service, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Effective Date: 11/24/2011 | $0.00 |
| BT AMERICAS INC. | 620 EIGHTH AVE<br>NEW YORK, NY 10018 | Amendment No. 2 to the Statement of Work and Service Level Agreement Schedule to the Master Service Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 04/01/2012 | $0.00 |
| BT AMERICAS INC. | 620 EIGHTH AVE<br>NEW YORK, NY 10018 | General Service Schedule to Telecommunications MSA - Amendment, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 12/13/2011 | $0.00 |
| BT AMERICAS INC. | 620 EIGHTH AVE<br>NEW YORK, NY 10018 | Statement of Work, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 12/13/2011 | $0.00 |
| BT AMERICAS, INC. | ATTN: CRAIG VALENTINE, ACCOUNT MANAGER<br>350 MADISON AVENUE<br>NEW YORK, NY 10017 | Master Services Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 08/25/2006 | $0.00 |
| BT AMERICAS, INC. | ATTN: HAL BRETAN, HEAD OF LEGAL<br>620 EIGHTH AVENUE<br>NEW YORK, NY 10018 | General Service Schedule to Master Services Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 11/14/2012 | $0.00 |
| BT AMERICAS, INC. | CRAIG VALENTINE<br>350 MADISON AVENUE<br>NEW YORK, NY 10017 | BT MPLS (6CoS) Service Specific Terms and Conditions, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 08/25/2006 | $0.00 |
| BT AMERICAS, INC. | CRAIG VALENTINE<br>ACCOUNT MANAGER<br>350 MADISON AVENUE<br>NEW YORK, NY 10017 | Amendment to Master Service Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 12/01/2011 | $0.00 |
| BT AMERICAS, INC. | CRAIG VALENTINE<br>ACCOUNT MANAGER<br>350 MADISON AVENUE<br>NEW YORK, NY 10017 | MobileXpress from BT Service Specific Terms and Conditions, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 08/25/2006 | $0.00 |
| BT AMERICAS, INC. | CRAIG VALENTINE<br>ACCOUNT MANGER<br>350 MADISON AVENUE<br>NEW YORK, NY 10017 | BT Professional Services Terms and Conditions, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 08/25/2006 | $0.00 |
| BT AMERICAS, INC. | CRAIG VALENTINE, ACCOUNT MANAGER<br>350 MADISON AVENUE<br>NEW YORK, NY 10017 | Amendment to Master Service Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/28/2012 | $0.00 |
| BT AMERICAS, INC. | CRAIG VALENTINE, ACCOUNT MANAGER<br>350 MADISON AVENUE<br>NEW YORK, NY 10017 | Managed Firewall Service Specific Terms and Conditions, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 08/23/2006 | $0.00 |
| BT AMERICAS, INC. | CRAIG VALENTINE, ACCOUNT MANAGER<br>350 MADISON AVENUE<br>NEW YORK, NY 10017 | Service Level Agreement Schedule, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 08/25/2006 | $0.00 |
| C & W NATIONALEASE | PO BOX 929<br>ABILENE, TX 79604-0929 | NationaLease Vehicle Lease and Service Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 06/16/2006 | $2,755.84 |
| C&C POWER, INC. | ATTN: WILL CONRARDY<br>949 NORTH LARCH AVENUE<br>ELMHURST, IL 60126 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 09/28/2009 | $0.00 |
| C.E. NIEHOFF & CO. | JAMES BECKER, MANAGER, INTELLECTUAL PROPERTY<br>2021 LEE STREET<br>EVANSTON, IL 60202 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 04/20/2012 | $0.00 |
| C.E.G. CONSTRUCTION | 7901 S. CROSSWAY DRIVE<br>PICO RIVERA, CA 90660 | Confidentiality and Non-Circumvention Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/30/2005 | $0.00 |
| C.H. ROBINSON WORLDWIDE, INC. | LEGAL DEPARTMENT<br>14701 CHARLSON ROAD<br>SUITE 1200<br>EDEN PRAIRE, MN 55347 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Effective Date: 03/13/2013 | $0.00 |
| CABOT CORPORATION | FRIEDRICH VON GOTTBERG<br>VP & GM NEW BUSINESS<br>TWO SEAPORT LANE<br>SUITE 1300<br>BOSTON, MA 02210 | Confidentiality Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 04/20/2011 | $0.00 |
| CABOT CORPORATION | SEAN KEOHANE<br>TWO SEAPORT LANE<br>SUITE 1300<br>BOSTON, MA 02210 | Mutual Confidentiality Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/27/2009 | $0.00 |
| CACERES, CARLOS | 1771 RIDEAU AVE<br>COQUITLAM, BC V3J 3H1<br>CANADA | Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 12/02/2010 | $0.00 |
| CADE ELECTRONICS INC. | DAVE BIRKENHEUER<br>VP OPERATIONS<br>22000 FRASERWOOD WAY<br>RICHMOND, BC V6W 1J6<br>CANADA | Mutual Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/22/2010 | $0.00 |

| COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION OF AGREEMENT(S) TO BE ASSUMED, OR ASSUMED AND ASSIGNED, AS APPLICABLE | CURE AMOUNT |
|---|---|---|---|
| CALEDON TRUCKING & CALEDON LOGISTICS | MICHAEL CALUERT<br>9503 E 33RD ST<br>INDIANAPOLIS, IN 46235 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 10/21/2011 | $0.00 |
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL | 8800 CAL CENTER DRIVE<br>3RD FLOOR<br>SACRAMENTO, CA 95826 | Memorandum of Understanding, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 02/04/2011 | $0.00 |
| CANADIAN INTERNATIONAL LOGISTICS INC. | DAVID LACKEY / ANDREE DOMOUCIO<br>5720 FAIRFIELD ROAD<br>BROCKVILLE, ON K6V 5T5<br>CANADA | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Effective Date: 10/05/2012 | $0.00 |
| CANADIAN PACIFIC RAILWAY | MAZHAR ALI<br>SPECIALIST SOURCING - S&C<br>GULF CANADA SQUARE<br>401 - 9TH AVENUE SW, SUITE 600<br>CALGARY, AL T2P 4Z4<br>CANADA | Battery Supply Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 07/30/2012 | $0.00 |
| CANADIAN PACIFIC RAILWAY | MAZHAR ALI, SPECIALIST SOURCING - S&C<br>GULF CANADA SQUARE<br>401 - 9TH AVENUE SW, SUITE 600<br>CALGARY, AL T2P 4Z4<br>CANADA | Letter Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 07/30/2012 | $0.00 |
| CANON DRAINAGE DISTRICT OF HOLT COUNTY | WILLIAM E. STONE, PRESIDENT<br>PO BOX 156<br>FOREST CITY, MO 64451 | Crossing Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/04/2008 | $0.00 |
| CAPSTONE NATIONAL PARTNERS LLC | STEVE MOFFITT<br>900 2ND STREET, NE, SUITE 117<br>WASHINGTON, DC 20002 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 01/22/2010 | $0.00 |
| CAR CO RENTALS INC. | BOBBIE SUE BEASLEY<br>2905 N. 32ND ST.<br>FORT SMITH, AR 72904 | NationaLease Vehicle Lease and Service Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 06/16/2006 | $6,871.17 |
| CAR PARTS WAREHOUSE | TONY DE FIORE, JR.<br>5200 W 130TH ST<br>BROOK PARK, OH 44142 | Exclusive Supply Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Effective Date: 05/01/2012 | $0.00 |
| CAREMARK, INC. | VICE PRESIDENT, CLIENT CONTRACT SERVICES<br>2211 SANDERS ROAD<br>NORTHBROOK, IL 60062 | Prescription Benefit Management Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Effective Date: 01/01/2004 | $0.00 |
| CARLSON TOOL & MANUFACTURING CORPORATION | PRESIDENT<br>W57 N14386 DOERR WAY<br>CEDARBURG, WI 53012 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 04/29/2010 | $0.00 |
| CARLSON TOOL AND MANUFACTURING CORP. | JERRY EDQUIST<br>W57 N14286 DOERR WAY<br>PO BOX 85<br>CEDARBURG, WI 53012 | Mutual Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 01/09/2006 | $0.00 |
| CARLSON WAGONLIT TRAVEL, INC. | LEGAL DEPARTMENT<br>701 CARLSON PARKWAY<br>MINNETONKA, MN 55305 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/03/2011 | $0.00 |
| CARMAX BUSINESS SERVICES, LLC | EH&S DEPARTMENT<br>12800 TUCKAHOE CREEK PARKWAY<br>RICHMOND, VA 23238 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 06/13/2006 | $0.00 |
| CARTWRIGHT | GREG OAKS<br>11901 CARTWRIGHT AVE.<br>GRANDVIEW, MO 63030 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Effective Date: 02/08/2012 | $0.00 |
| CASHFLOW ENHANCEMENT GROUP SOUTH, INC. | 5490 MCGINNIS FERRY ROAD<br>SUITE 220<br>ALPHARETTA, GA 30005 | CashFlow Acceleration Program, and any related amendments, modifications, renewals, and extensions thereto | $15,750.00 |
| CATERPILLAR INC. | 100 N.E. ADAMS STREET<br>PEORIA, IL 61629-9600 | Non-Disclosure Agreement, and any related amendments, modifications, and extensions thereto<br>Contract Dated: 08/31/2009 | $0.00 |
| CATERPILLAR LOGISTICS SERVICES, INC. | LEGAL SERVICES GROUP - MT125<br>500 N. MORTON AVENUE<br>PO BOX 474<br>MORTON, IL 61550 | Battery Maintenance Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 08/20/2004 | $0.00 |
| CB EQUIPMENT COMPANY | JOE LOYA, VP/GENERAL MANAGER<br>19305 72ND AVE SOUTH<br>KENT, WA 98032 | Purchase Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 12/03/2007 | $0.00 |
| CB RICHARD ELLIS INC. | 3348 PEACHTREE RD.<br>TOWER PLACE 200 ,SUITE 900<br>ATLANTA, GA 30326 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Effective Date: 05/21/2007 | $0.00 |
| CBRE | 400 S. HOPE STREET<br>25TH FLOOR<br>LOS ANGELES, CA 90071 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 06/28/2012 | $0.00 |
| CBS OUTDOOR INC. | 403 FORD DR.<br>COLUMBUS, GA 31907 | Sign Location Lease for the use of portion of property at 4320 Allied Dr. in Columbus, GA, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Effective Date: 07/01/2013 | $0.00 |
| CCA FINANCIAL | 7275 GLEN FOREST DR.<br>SUITE 100<br>RICHMOND, VA 23226 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 02/21/2013 | $0.00 |
| CCA FINANCIAL, LLC | 10993 RICHARDSON ROAD<br>SUITE 14<br>ASHLAND, VA 23005 | Equipment Lease of Scrubbers, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 11/01/2012 | $0.00 |

Exhibit 9.1 Assumed Executory Contracts and Unexpired Leases

| COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION OF AGREEMENT(S) TO BE ASSUMED, OR ASSUMED AND ASSIGNED, AS APPLICABLE | CURE AMOUNT |
|---|---|---|---|
| CCA FINANCIAL, LLC | 7275 GLEN FOREST DR STE 100 RICHMOND, VA 23226 | Master Lease, and any related amendments, modifications, renewals, and extensions thereto Contract Effective Date: 11/01/2012 | $0.00 |
| CCA FINANCIAL, LLC | 7275 GLEN FOREST DRIVE SUITE 100 RICHMOND, VA 23226 | Equipment Schedule - Scrubbers, and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| CCA FINANCIAL, LLC | 7275 GLEN FOREST DRIVE SUITE 100 RICHMOND, VA 23226 | Equipment schedule to master lease, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 11/12/2012 | $0.00 |
| CCA FINANCIAL, LLC | SALLIE E. PRUITT 7275 GLEN FOREST DR STE 100 RICHMOND, VA 23226 | Master Lease Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 11/01/2012 | $0.00 |
| CCH INCORPORATED | PO BOX 4307 CAROL STREAM, IL 60197 | CCH - Major Account Agreement and amendments, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 02/13/2006 | $0.00 |
| CENTRAL FREIGHT LINES | PRICING DEPT. 5601 W. WACO DR. WACO, TX 76710 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 03/08/2013 | $0.00 |
| CENTRAL TRANSPORT LLC | VICE PRESIDENT 12225 STEPHENS ROAD WARREN, MI 48089 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Effective Date: 03/08/2013 | $0.00 |
| CENTRAL TRANSPORT LLC | VICE PRESIDENT, PRICING 12225 STEPHENS ROAD WARREN, MI 48089 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 03/11/2013 | $0.00 |
| CENTRE DE RECHERCHE PUBLIC HENRI TUDOR | 29, AVENUE JOHN F. KENNEDY LUXEMBOURG | Co-Existence Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 09/30/2011 | $0.00 |
| CERIDIAN CORPORATION | LEGAL COUNSEL 3311 EAST OLD SHAKOPEE ROAD MINNEAPOLIS, MN 55425 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 07/19/2011 | $0.00 |
| CEVA FREIGHT LLC | JIM KREPP V.P. PROCUREMENT - NORTH AMERICA 10751 DEERWOOD PARK BOULEVARD SUITE 200 JACKSONVILLE, FL 32256 | Supply Agreement, and any related amendments, modifications, and extensions thereto Contract Dated: 12/06/2011 | $0.00 |
| CEVA LOGISTICS | JOHN SKALSKI 3201 CENTRE PKWY EAST POINT, GA 30344 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Effective Date: 10/04/2012 | $0.00 |
| CEVA LOGISTICS U.S. INC. | JIM KREPP 10751 DEERWOOD PARK BLVD STE 200 JACKSONVILLE, FL 32256 | Purchase Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 12/06/2011 | $0.00 |
| CHAINALYTICS LLC | MIKE KILGORE 2500 CUMBERLAND PKWY SUITE 550 ATLANTA, GA 30339 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Effective Date: 01/31/2013 | $0.00 |
| CHAMBERS TRAVEL MANAGEMENT LIMITED | COMMERCIAL DIRECTOR BROKEN WHARF HOUSE 2 BROKEN WHARF LONDON,  EC4V 3DT UNITED KINGDOM | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 03/03/2011 | $0.00 |
| CHELTEC, INCORPORATED | DENISE DELANCY 2215 INDUSTRIAL BLVD SARASOTA, FL 34243 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 02/20/2007 | $0.00 |
| CHLORIDE GROUP PLC | EBURY GATE 23 LOWER BELGRAVE STREET LONDON,  SW1W 0NR UNITED KINGDOM | Trademark Assignment (Chloride Group as Assignor), and any related amendments, modifications, and extensions thereto | $0.00 |
| CHLORIDE GROUP PLC | EBURY GATE 23 LOWER BELGRAVE STREET LONDON,  SW1W 0NR UNITED KINGDOM | Trademark Assignment (Exide as Assignor), and any related amendments, modifications, and extensions thereto | $0.00 |
| CIBER, INC. | LEGAL DEPARTMENT 6363 SOUTH FIDDLER'S GREEN CIRCLE GREENWOOD VILLAGE, CO 80111 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Effective Date: 12/19/2011 | $0.00 |
| CIGNA HEALTH AND LIFE INSURANCE COMPANY | 900 COTTAGE GROVE ROAD HARTFORD, CT 06152 | Amended Administrative Services, and any related amendments, modifications, renewals, and extensions thereto Contract Effective Date: 01/23/2014 | $0.00 |
| CIGNA HEALTH AND LIFE INSURANCE COMPANY | ATTN: JEREMY RAINHA, REGIONAL DIRECTOR 900 COTTAGE GROVE ROAD HARTFORD, CT 06152 | Administrative Services Only Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Effective Date: 01/01/2009 | $0.00 |
| CINGULAR WIRELESS LLC | ATTN: SENIOR CONTRACT MANAGER FOR SUPPLIER'S ACCOUNT 5565 GLENRIDGE CONNECTOR ATLANTA, GA 30342 | Master Supplier Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Effective Date: 10/30/2006 | $0.00 |
| CITY OF GREER | 301 EAST POINSETT STREET GREER, SC 29651 | Permanent Easement grant to the city, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 05/31/2005 | $0.00 |
| CK-KLEIN-MACFARLANE LTD. | CK-KLEIN-MACFARLANE LTD. 300 ARBORETUM PLACE, SUITE 330 ATTN: WILLIAM D. REDD RICHMOND, VA 23236 | Lease Agreement with respect to property located at Southpark I, 5190 Commerce Rd., Richmond, VA, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 09/13/2004 | $0.00 |

Exhibit 9.1 Assumed Executory Contracts and Unexpired Leases

| COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION OF AGREEMENT(S) TO BE ASSUMED, OR ASSUMED AND ASSIGNED, AS APPLICABLE | CURE AMOUNT |
|---|---|---|---|
| CLAREMONT FLOCK CORPORATION | WILLIAM HALL<br>107 SCOTT DRIVE<br>LEOMINSTER, MA 01453 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 06/08/2006 | $0.00 |
| CLEAN POWER SYSTEMS LLC | ATTN: WILLIAM BUBENICEK<br>659 FIRST STREET, SUITE 407<br>HOBOKEN, NJ 07030 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 07/28/2011 | $0.00 |
| CLIPPER EXPRESS COMPANY, DBA WHEELS CLIPPER | TERRY ARMSTRONG<br>9014 HERITAGE ROAD<br>WOODBRIDGE, IL 60517 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/06/2013 | $0.00 |
| CM FURNACES INC. | 103 DEWEY STREET<br>BLOOMFIELD, NJ 07003 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Effective Date: 01/13/2010 | $0.00 |
| CMP BATTERIES LTD. | PO BOX 1<br>SALFORD ROAD<br>OVER HULTON<br>BOLTON,  BL5 1DD, UNITED KINGDOM | Distribution Agreement, and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| CO-EFFICIENT PRECISION ENGINEERING INC. | STEPHEN MATE<br>105 SCHNEIDER ROAD, SUITE #118<br>OTTAWA, ON K2K 1Y3<br>CANADA | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Effective Date: 10/25/2012 | $0.00 |
| COLLIER INTERNATIONAL ATLANTA, INC. | SCOTT PLOMGREN<br>1349 WEST PEACHTREE STREET<br>TWO MIDTOWN PLAZA, SUITE 1100<br>ATLANTA, GA 30309 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/13/2012 | $0.00 |
| COLUMBIAN CHEMICALS COMPANY | COLUMBIAN CHEMICALS ACQUISITION LLC<br>1800 WEST OAK COMMONS COURT<br>MARIETTA, GA 30062 | Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 11/05/2009 | $0.00 |
| COLUMBIAN CHEMICALS COMPANY | OFFICE OF THE GENERAL COUNSEL<br>1800 WEST OAK COMMONS COURT<br>MARIETTA, GA 30062 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 07/31/2009 | $0.00 |
| COMAB COMERCIO E MANUTENCAO DE BATERIAS LTDA. | ESTRADA MUNICIPAL YONEJI NAKAMURA, 1000<br>BAIRRO DO TABOAO<br>MOGI DAS CRUZES, SAO PAULO,  08772-011<br>BRAZIL | Memorandum of Understanding for operational arrangements, and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| COMCAST CABLE COMMUNICATIONS MANAGEMENT LLC | 1002 CORNERSTONE BLVD.<br>DOWNINGTOWN, PA 19335 | Agreement for Lead Acid Batteries, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Effective Date: 04/09/2009 | $0.00 |
| COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC | 1002 CORNERSTONE BLVD.<br>DOWNINGTOWN, PA 19335 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 08/22/2007 | $0.00 |
| COMDATA NETWORK, INC. | 5301 MARYLAND WAY<br>BRENTWOOD, TN 37027 | Comdata MasterCard Corporate Card Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 12/23/2010 | $0.00 |
| COMMAND TRANSPORTATION, LLC | CLAIMS/LEGAL DEPARTMENT<br>7500 FRONTAGE ROAD<br>SKOKIE, IL 60077 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 10/31/2011 | $0.00 |
| COMMERCIAL BATTERY SERVICE | KEVIN LECKMAN<br>4210 E ROWAN<br>SPOKANE, WA 99217 | Manufacturer's Representative Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 08/01/2009 | $0.00 |
| COMMUNICATION POWER SOLUTIONS, INC. | MR. DAN WASHBURN<br>6100 S. MAPLE, SUITE # 116<br>TEMPE, AZ 85283 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Effective Date: 02/01/2007 | $0.00 |
| COMPLETE POWER SYSTEMS | ATTN: ROSS BAKER<br>164 COMMERCE DR.<br>HENDERSONVILLE, TN 37075 | Manufacturer's Representative Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 09/16/1993 | $0.00 |
| COMPLETE POWER SYSTEMS, INC. | ATTN: ROSS BAKER<br>164 COMMERCE DR.<br>HENDERSONVILLE, TN 37075 | Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 04/19/2013 | $0.00 |
| COMPONENT CONCEPTS | 3803 OCEANIC DRIVE, SUITE 201<br>OCEANSIDE, CA 92056 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 02/25/2010 | $0.00 |
| COMPUTER ATLANTA | JEFF ORR<br>8196 INDUSTRIAL PLACE<br>ALPHARETTA, GA 30004 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 02/19/2007 | $0.00 |
| COMPUTER SCIENCES CORPORATION | OFFICE OF THE GENERAL COUNSEL<br>2100 EAST GRAND AVENUE<br>EL SEGUNDO, CA 90245 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 02/09/2007 | $0.00 |
| COMREP, INC. | CRAIG LOONEY<br>3260 PEACHTREE INDUSTRIAL BLVD<br>SUITE 10<br>DULUTH, GA 30096 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 02/10/2012 | $0.00 |
| COMREP, INC. | CRAIG LOONEY<br>3620 PEACHTREE INDUSTRIAL BLVD<br>SUITE 10<br>DULUTH, GA 30096 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 01/09/2013 | $0.00 |
| CONCUR TECHNOLOGIES, INC. | 601 108TH AVE NE, SUITE 1000<br>BELLEVUE, WA 98004 | Sales Order & Amendment, and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| CONSERVATION COMMISSION OF THE STATE OF MISSOURI | 2901 W. TRUMAN BLVD.<br>JEFFERSON CITY, MO 65109 | Easement for Pipeline, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 05/06/2009 | $0.00 |

Exhibit 9.1 Assumed Executory Contracts and Unexpired Leases

| COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION OF AGREEMENT(S) TO BE ASSUMED, OR ASSUMED AND ASSIGNED, AS APPLICABLE | CURE AMOUNT |
|---|---|---|---|
| CONSOLIDATED FASTRATE INC. | PRESIDENT<br>9701 HIGHWAY 50<br>WOODBRIDGE, ON L4H 2G4<br>CANADA | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 11/02/2012 | $0.00 |
| CONSTELLATION NEWENERGY-GAS DIVISION, LLC | PRESIDENT<br>9960 CORPORATE CAMPUS DRIVE<br>SUITE 2000<br>LOUISVILLE, KY 40223 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 11/20/2007 | $0.00 |
| CONVOY SYSTEMS LLC | HOWARD HENSLEE<br>333 NORTH JAMES STREET<br>KANSAS CITY, KS 66118 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Effective Date: 02/14/2012 | $0.00 |
| CON-WAY FREIGHT, INC. | CONTRACT MANAGEMENT<br>2211 OLD EARHART RD. ,STE. 100<br>ANN ARBOR, MI 48105 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/11/2013 | $0.00 |
| CON-WAY TRUCKLOAD INC. | LEGAL DEPARTMENT<br>4701 E. 32ND STREET<br>JOPLIN, MO 64804 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 10/31/2011 | $0.00 |
| COOPER INDUSTRIES, INC. | 1001 FANNIN<br>SUITE 4000<br>HOUSTON, TX 77002 | Trademark Assignment, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/14/1994 | $0.00 |
| COPERION CORPORATION | COPERION GMBH<br>10 THEODORSTRAßE<br>70469 STUTTGART<br>GERMANY | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Effective Date: 04/21/2010 | $0.00 |
| CORPTAX, LLC | LEGAL DEPARTMENT<br>1751 LAKE COOK ROAD<br>SUITE 200<br>DEERFIELD, IL 60015 | Corptax ETS Software License Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 09/16/2006 | $0.00 |
| COXCO, INC | 3603 PINE LN<br>BESS, AL 35022 | Mutual Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 06/05/2013 | $0.00 |
| COYOTE LOGISTICS | 960 NORTHPOINT PARKWAY<br>SUITE 150<br>ALPHARETTA, GA 30005 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 02/15/2012 | $0.00 |
| COYOTE LOGISTICS, LLC | GENERAL COUNSEL<br>2545 W. DIVERSEY AVE., 3RD FLOOR<br>CHICAGO, IL 60647 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 04/26/2013 | $0.00 |
| CPA GLOBAL LIMITED | C.M. HINTELL<br>LIBERATION HOUSE<br>CASTLE STREET<br>JERSEY, CHANNEL ISLAND,  JE1 1BL<br>UNITED KINGDOM | Patent and Design Renewal Services Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 08/26/2010 | $0.00 |
| CPA GLOBAL LIMITED | LIBERATION HOUSE, CASTLE STREET<br>ST HELIER<br>JERSEY CHANNEL ISLANDS,  JE1 1BL<br>AUSTRALIA | Patent and Design Renewal Services Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 06/05/2011 | $0.00 |
| CPG SOLUTIONS LLC DBA KPIT AND AFFILIATES | KPIT<br>1515 S. FEDERAL HWY, STE 200<br>BOCA RATON, FL 33432 | Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 08/09/2013 | $0.00 |
| CRESA CORPORATE SERVICES | SCOTT BUMPAS<br>16250 KNOLL TRAIL DR., SUITE 111<br>DALLAS, TX 75248 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 08/20/2012 | $0.00 |
| CRICKET COMMUNICATIONS, INC. | ATTN: LEGAL DEPARTMENT; ATTN: PROCUREMENT<br>5887 COPLEY DRIVE<br>SAN DIEGO, CA 92111 | Mutual Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Effective Date: 02/17/2011 | $0.00 |
| CROWN CREDIT COMPANY | C/O CROWN EQUIPMENT CORPORATION<br>ATTN RODNEY J HINDERS<br>102 S WASHINGTON ST<br>NEW BREMEN, OH 45869 | Master Lease Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/31/2004 | $0.00 |
| CROWN EQUIPMENT CORPORATION | TIMOTHY QUELLHORST<br>VICE PRESIDENT - ENGINEERING<br>40-44 SOUTH WASHINGTON STREET<br>NEW BREMEN, OH 45869 | Mutual Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 02/18/2009 | $0.00 |
| CRST EXPEDIATED, INC. | JOYCE WHITING<br>3930 16TH AVE SW<br>CEDAR RAPIDS, IA 52404 | Mutual Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Effective Date: 10/31/2011 | $0.00 |
| CSX TRANSPORTATION, INC. | MR. GOODING, PROCUREMENT MANAGER<br>500 WATER STREET (J-430)<br>JACKSONVILLE, FL 32202 | Memorandum of Understanding - Signal Batteries, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 07/20/2009 | $0.00 |
| CUSHMAN & WAKEFIELD OF GEORGIA, INC. | BRANCH MANAGER<br>55 IVAN ALLEN JR BLVD STE 700<br>ATLANTA, GA 30308 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 06/28/2012 | $0.00 |
| CYPRESS SEMICONDUCTOR CORPORATION | ATTN: GENERAL COUNSEL<br>198 CHAMPION COURT<br>SAN JOSE, CA 95134 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 09/20/2010 | $0.00 |
| DAIMLERCHRYSLER AG | BAUER SOURELL<br>EPPLESTRASSE 225<br>STUTTGART, GERMANY | Trademark Coexistence Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 02/28/2001 | $0.00 |
| DANWAY ELECTRICAL & MECHANICAL ENGINEERING LLC | PO BOX 28774<br>ABU DHABI, UNITED ARAB EMIRATES | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, renewals, and extensions thereto<br>Contract Dated: 02/16/2013 | $0.00 |

**Exhibit 9.1 Assumed Executory Contracts and Unexpired Leases**

| COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION OF AGREEMENT(S) TO BE ASSUMED, OR ASSUMED AND ASSIGNED, AS APPLICABLE | CURE AMOUNT |
|---|---|---|---|
| DANZAS CORPORATION D/B/A DHL GLOBAL FORWARDING | ATTN: DGF PRACTICE LEADER 1210 SOUTH PINE ISLAND ROAD PLANTATION, FL 33324 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 10/12/2012 | $0.00 |
| DAVCO MANUFACTURING CORPORATION | 9544-115 STREET GRANDE PRAIRIE, AB T8W 5W2 CANADA | Trademark Settlement Agreement, and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| DE LAGE LANDEN FINANCIAL SERVICES, INC. | 1111 OLD EAGLE SCHOOL RD WAYNE, PA 19087 | Equipment Lease Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 01/31/2011 | $0.00 |
| DE LAGE LANDEN FINANCIAL SERVICES, INC. | 1111 OLD EAGLE SCHOOL RD WAYNE, PA 19087 | Equipment Lease, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 11/09/2011 | $0.00 |
| DE LAGE LANDEN FINANCIAL SERVICES, INC. | ANN-ELIZABETH DAVIS 1111 OLD EAGLE SCHOOL RD WAYNE, PA 19087 | Forklift Lease - Contract # 25059194, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 08/30/2016 | $0.00 |
| DEERE & COMPANY | ATTN LEGAL DEPARTMENT ONE JOHN DEERE PLACE MOLINE, IL 61265 | Amendment To Exclusive Supply Letter Of Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Effective Date: 03/25/2004 | $0.00 |
| DEERE & COMPANY | STEVE SELK, SENIOR MARKETING REPRESENTATIVE, WORLDWIDE PARTS ONE JOHN DEERE PLACE MOLINE, IL 61265 | Authorization and Release of Liability, and any related amendments, renewals, and extensions thereto Contract Effective Date: 10/19/2010 | $0.00 |
| DEFENSE LOGISTICS AGENCY - LAND AND MARITIME | PHILIP BICKEL LAND SUPPLY CHAIN PO BOX 3990 COLUMBUS, OH 43218 | Government Contract, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 02/25/2013 | $0.00 |
| DEFENSE SUPPLY CENTER COLUMBUS | CASSANDRA MARTIN LAND SUPPLY CHAIN PO BOX 3990 COLUMBUS, OH 30004 | Government Contract, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 06/18/2010 | $0.00 |
| DEFENSE SUPPLY CENTER RICHMOND | TRACY TINGLEY LAND SUPPLY CHAIN DETACHMENT 8000 JEFFERSON DAVIS HIGHWAY RICHMOND, VA 23297 | Government Contract, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 08/22/2008 | $0.00 |
| DELL INC. | ATTN LEGAL DEPARTMENT 1 DELL WAY ROUND ROCK, TX 78682 | Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 03/25/2013 | $0.00 |
| DELOITTE CONSULTING LLP | GLENN WALTERS 191 PEACHTREE ST NE, SUITE 1500 ATLANTA, GA 30303 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 01/29/2007 | $0.00 |
| DELOITTE CONSULTING LLP | MARK BRYSON 191 PEACHTREE STREET NE, SUITE 2000 ATLANTA, GA 30303 - 1924 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 11/05/2010 | $0.00 |
| DELTA-Q TECHNOLOGIES CORP. | CFO 3755 WILLINGDON AVE BURNABY, BC V5G 3H3 CANADA | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 02/21/2011 | $0.00 |
| DENOVO PROPERTIES, LLC | JONATHON K. MARKOFF 1302 WEST RANDOLPH STREET CHICAGO, IL 60607 | Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 11/16/2010 | $0.00 |
| DESIGNED NANOTUBES. LLC | KURT SWOGGER 13477 FITZHUGH ROAD AUSTIN, TX 78731 | Mutual Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 12/02/2011 | $0.00 |
| DIAMOND MACHINE WERKS | MR. PHILIPPE MARAVAL 2445 EAST OAKTON STREET ARLINGTON HEIGHTS, IL 60005 | Mutual Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 10/20/2009 | $0.00 |
| DISCOVERY COMMUNICATIONS LLC | ONE DISCOVERY PLACE SILVER SPRING, MD 20910 | License Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 01/20/2010 | $0.00 |
| DOERFER CORPORATION | JOHN BEST 1520 ELM HILL PIKE NASHVILLE, TN 37210 | Mutual Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 11/17/2009 | $0.00 |
| DOLLAR TREE DISTRIBUTION, INC. | DOUG DREWS, VP - DISTRIBUTION CENTER OPERATIONS 500 VOLVO PARKWAY CHESAPEAKE, VA 23320 | Motive Power Battery and Charger Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 06/23/2010 | $0.00 |
| DORCHESTER PTE LTD | JEAN PIERRE KOOLMEES 80 RAFFLES PLACE #16-20 UOB PLAZA 2 SINGAPORE 048624 SINGAPORE | Letter of Intent, and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| DORCHESTER PTE LTD | JEAN PIERRE KOOLMEES 80 RAFFLES PLACE #16-20 UOB PLAZA 2 SINGAPORE,  48624 SINGAPORE | Confidentiality Deed, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 01/27/2012 | $0.00 |
| DOW KOKAM LLC. | GENERAL COUNSEL 2125 RIDGEWAY DRIVE MIDLAND, MI 48642 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 05/05/2011 | $0.00 |
| DR. ALLEN AMASON | ALLEN C. AMASON DEPARTMENT OF MANAGEMENT TERRY COLLEGE OF BUSINESS UNIVERSITY OF GEORGIA ATHENS, GA 30602 | Mutual Confidentiality Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 02/11/2010 | $0.00 |

**Exhibit 9.1 Assumed Executory Contracts and Unexpired Leases**

| COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION OF AGREEMENT(S) TO BE ASSUMED, OR ASSUMED AND ASSIGNED, AS APPLICABLE | CURE AMOUNT |
|---|---|---|---|
| DR. DONALD THOMAS JR. | ATTN: DR. DONALD THOMAS JR.<br>4480-H S COBB DR.  SE#304<br>SMYRNA, GA 30080 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 07/20/2012 | $0.00 |
| DUN & BRADSTREET, INC. | 103 JFK PARKWAY<br>SHORT HILLS<br>NEW JERSEY, NJ 07078 | Subscription Agreement, and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| DUPRE LOGISTICS LLC | 201 ENERGY PKWY<br>LAFAYETTE, LA 70508 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 10/25/2011 | $0.00 |
| DYNAPOWER CORPORATION | ADAM KNUDSEN, CHIEF OF OPERATIONS<br>85 MEADOWLAND DRIVE<br>SOUTH BURLINGTON, VT 5403 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 09/28/2009 | $0.00 |
| EAGLE OXIDE SERVICES | 5605 WEST 74TH STREET<br>INDIANAPOLIS, IN 46278 | Mutual Confidentiality Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 10/12/2009 | $0.00 |
| EAGLE PRODUCT INSPECTION | ATTN: GENERAL MANAGER<br>6005 BENJAMIN ROAD<br>TAMPA, FL 32634 | Mutual Confidentiality Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 09/10/2012 | $0.00 |
| EASTERN LIFT TRUCK CO INC | 10 GRUMBACHER RD<br>YORK, PA 17406 | Amendment to master agreement & schedules, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 09/04/2012 | $3,500.00 |
| EASTERN LIFT TRUCK CO INC | 10 GRUMBACHER RD<br>YORK, PA 17406 | Equipment Lease, and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| EASTERN LIFT TRUCK CO. INC. | ATTN: DARRIN LEVITT<br>10 GRUMBACHER ROAD<br>YORK, PA 17406 | Terms and Conditions, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 08/03/2012 | $0.00 |
| EASTERN LIFT TRUCK COMPANY, INC. | LUKE GROSS<br>10 GRUMBACHER RD<br>YORK, PA 17406 | Full Maintenance Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 11/05/2012 | $0.00 |
| ECHLIN INC. | 100 DOUBLE BEACH ROAD<br>BRANFORD, CT 06405 | Trademark License Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 04/01/1997 | $0.00 |
| ECHO GLOBAL LOGISTICS, INC. | 600 W. CHICAGO<br>CHICAGO, IL 60654 | Mutual Confidentiality Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 10/25/2011 | $0.00 |
| ELECTRICFIL CORPORATION | ATTN: PASCAL AUBURTIN<br>18831 CARTERS CIRCLE<br>ELKMONT, AL 35620 | Mutual Confidentiality Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 05/25/2009 | $0.00 |
| ELECTROREP ENERGY PRODUCTS, INC. | ATTN: GENE BATES<br>2121 SCHUETZ ROAD<br>SAINT LOUIS, MO 63146 | Manufacturer's Representative Agreement, and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| ELECTROREP ENERGY PRODUCTS, INC. | ATTN: GENE BATES<br>2121 SCHUETZ ROAD<br>SAINT LOUIS, MO 63146 | Manufacturer's Representative Agreement, and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| ELECTROREP ENERGY PRODUCTS, INC. | ATTN: GENE BATES<br>2121 SCHUETZ ROAD<br>ST. LOUIS, MO 63146 | Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 04/15/2013 | $0.00 |
| ELECTROREP/ENERGY PRODUCTS | ATTN: GENE BATES<br>2121 SCHUETZ ROAD<br>ST. LOUIS, MO 63146 | Manufacturer's Representative Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 07/01/1991 | $0.00 |
| ELECTROREP-ENERGY PRODUCTS, INC | ATTN: K. GENE BATES<br>2121 SCHUETZ ROAD<br>ST. LOUIS, MO 63146 | Manufacturer's Representative Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 05/15/2009 | $0.00 |
| ELECTROREP-ENERGY PRODUCTS, INC. | ATTN: GENE BATES<br>2121 SCHUETZ ROAD<br>SAINT LOUIS, MO 63146 | Manufacturer's Representative Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 06/01/2006 | $0.00 |
| ELLIS, DANA | 245 BERMUDA DR.<br>PEARL, MS 39208 | Lease Agreement with respect to property located at 154 Concourse Drive, Pearl, MS, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 05/01/2008 | $0.00 |
| ELTEK, INC. | ATTN: DAVID LEAL - VP OF SALES, NORTH AMERICA<br>1303 E. ARAPAHO ROAD<br>RICHARDSON, TX 75081 | Mutual Confidentiality Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 06/07/2012 | $0.00 |
| ELTEK, INC. | ATTN: VP SALES<br>2925 E. PLANO PKWY<br>PLANO, TX 75074 | Mutual Confidentiality Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 04/02/2013 | $0.00 |
| EMC CORPORATION | ATTN: GENERAL COUNSEL<br>176 SOUTH STREET<br>HOPKINTON, MA 1748 | Mutual Confidentiality Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 06/25/2009 | $0.00 |
| EMS-GRILTECH | ATTN: SID OUTLAW, BUSINESS LEADER<br>PO BOX 1717<br>SUMTER, SC 29151 | Mutual Confidentiality Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 12/22/2009 | $0.00 |
| ENERG2, INC. | ATTN: CHIEF OPERATING OFFICER<br>810 3RD AVENUE, SUITE 120<br>SEATTLE, WA 98104 | Mutual Confidentiality Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 10/26/2009 | $0.00 |
| ENERGIZER NZ LIMITED | ATTN: STEPHEN LARDNER<br>8 GABADOR PLACE<br>MT. WELLINGTON, AUCKLAND, NEW ZEALAND | Settlement Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 12/01/2006 | $0.00 |
| ENERGY BATTERY GROUP | ATTN: STEPHEN LARDNER<br>180 ALLEN ROAD N.E.<br>ATLANTA, GA 30328 | Supply Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 05/17/2012 | $0.00 |

| COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION OF AGREEMENT(S) TO BE ASSUMED, OR ASSUMED AND ASSIGNED, AS APPLICABLE | CURE AMOUNT |
|---|---|---|---|
| ENGINEERED EQUIPMENT CO. OF ALASKA | 11900 INDUSTRY WAY UNIT M12 ANCHORAGE, AK 99515 | Manufacturer's Representative Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 05/15/2009 | $0.00 |
| ENGINUITY MANUFACTURING SOLUTIONS | ATTN: DAVID M. ALPINE 570 EBURY PLACE DELTA, BC V3M6M8 | Mutual Confidentiality Agreement, and any related amendments, renewals, and extensions thereto Contract Dated: 01/21/2011 | $0.00 |
| ENK INDUSTRIAL BATTERY CO., INC. | 4450 VETERANS MEMORIAL DRIVE FAIRFIELD, AL 35064 | Wal-Mart National Service Program Addendum to Representative Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 06/28/2004 | $0.00 |
| ENK INDUSTRIAL BATTERY CO., INC. | 4450 VETERANS MEMORIAL DRIVE FAIRFIELD, AL 35064 | Wal-Mart National Service Program Addendum to Representative Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 10/22/2002 | $0.00 |
| ENK INDUSTRIAL BATTERY COMPANY, INC. | 4450 VETERANS MEMORIAL DRIVE FAIRFIELD, AL 35064 | Wal-Mart National Service Program Addendum to Representative Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 08/1/2009 | $0.00 |
| ENTEK INTERNATIONAL LLC | ATTN: GENERAL COUNSEL 250 HANSARD AVENUE LEBANON, OR 97355 | Confidentiality Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 09/04/2012 | $0.00 |
| ENTERGY MISSISSIPPI, INC. | 308 EAST PEARL STREET JACKSON, MS, 39201 | Lease and Maintenance Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 01/17/2002 | $0.00 |
| ENTERGY MISSISSIPPI, INC. | ATTN: GLENN PARKER PO BOX 1640 JACKSON, MS 39215 | Agreement for Service, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 11/01/2005 | $7,161.64 |
| ENTERPRISE FIELD MANAGEMENT, INC. | ATTN: JOHN CARNICELLI 5909 PEACHTREE DUNWOODY DR. ATLANTA, GA 30328 | Master Equity Lease Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 10/17/2005 | $42,237.94 |
| ENTERPRISE FLEET MANAGEMENT, INC. | 5909 PEACHTREE DUNWOODY ROAD ATLANTA, GA 30328 | Maintenance Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 06/08/2012 | $0.00 |
| ENTERPRISE FM TRUST | 5909 PEACHTREE DUNWOODY ROAD ATLANTA, GA 30328 | Maintenance Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 06/08/2012 | $0.00 |
| ENVIRONMENTAL RESOURCES MANAGEMENT, INC | ATTN: ALAN FELDBAUM 350 EAGLEVIEW BLVD, SUITE 200 EXTON, PA 19341 | Global Master Agreement for Environmental, Health and Safety Consulting Services, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 04/08/2004 | $0.00 |
| EQUANT, INC. | CHIEF REGIONAL COUNSEL 600 GALLERIA PARKWAY 6TH FLOOR, LEGAL DEPT. ATLANTA, GA 30339 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 04/27/2012 | $0.00 |
| EQUIPMENT DEPOT | 4331 ROSS PLAIN ROAD ATTN: MIKE SCHIELE CINCINNATI, OH 45236 | Equipment Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 03/17/2011 | $0.00 |
| ERICSSON INC | 6300 LEGACY DR MAILSTOP: EVW PLANO, TX 75024 | First Amendment to Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 03/27/2013 | $0.00 |
| ERICSSON INC. | ATTN: ERIK SANDIN 6300 LEGACY DRIVE PLANO, TX 75024 | Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 04/17/2008 | $0.00 |
| ESTES EXPRESS LINES | ATTN: VICE PRESIDENT, PRICING 3901 W. BROAD ST. RICHMOND, VA 23230 | Mutual Confidentiality Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 03/13/2013 | $0.00 |
| EXCELSYSTEMS SOFTWARE DEVELOPMENT INC. | ATTN: KEVIN CRONIN 101 - 9724 4TH STREET SIDNEY, BC V8L 2Y7 CANADA | Mutual Confidentiality Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 08/05/2010 | $0.00 |
| EXEL INC. | ATTN: PRESIDENT INDUSTRIAL 570 POLARIS PARKWAY WESTERVILLE, OH 43082 | Mutual Confidentiality Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 02/08/2013 | $0.00 |
| EXIDE AUSTRALIA PTY LIMITED | 1 WINTERTON ROAD CLAYTON VIC 3168, AUSTRALIA | Distribution Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 04/01/2011 | $0.00 |
| EXIDE DRIVE INVESTMENT GROUP, LLC. | 245 BIRCH ST. BLOUNTVILLE, TN 37617 | Lease Agreement with respect to property located at 364 Exide Dr., Bristol, TN, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 05/16/1997 | $0.00 |
| EXIDE ELECTRONICS CORPORATION | TWO PENN CENTER PLAZA PHILADELPHIA, PA 19102 | Licensing Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 07/01/1982 | $0.00 |
| EXIDE TECHNOLOGIES (SHANGHAI) CO. LIMITED | ROOM 1003, 10F YUE DA 889 CENTER NO. 1111 CHANG SHOU RD. SHANGHAI,  200042, CHINA | Distribution Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 04/01/2011 | $0.00 |
| EXIDE TECHNOLOGIES (TRANSPORTATION) LTD | PO BOX 1 SALFORD ROAD, OVER HULTON BOLTON, BL5 1DD UNITED KINGDOM | Distribution Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 04/01/2011 | $0.00 |
| EXIDE TECHNOLOGIES A.B. | BULTJATAN 40A SE-44240 KUNGALV, SWEDEN | Distribution Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 04/01/2011 | $0.00 |

Exhibit 9.1 Assumed Executory Contracts and Unexpired Leases

| COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION OF AGREEMENT(S) TO BE ASSUMED, OR ASSUMED AND ASSIGNED, AS APPLICABLE | CURE AMOUNT |
|---|---|---|---|
| EXIDE TECHNOLOGIES A.S. | BØDKERVEJ 11<br>DK-7100 VEJLE, DENMARK | Distribution Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 04/01/2011 | $0.00 |
| EXIDE TECHNOLOGIES A.S. | MOLOVEIEN 3<br>3187 HORTEN, NORWAY | Distribution Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 04/01/2011 | $0.00 |
| EXIDE TECHNOLOGIES CANADA CORP | 6950 CREDITVIEW ROAD<br>MISSISSAUGA, ON L5N 0A6<br>CANADA | Distribution Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 04/01/2011 | $0.00 |
| EXIDE TECHNOLOGIES DO BRASIL LTDA | RUA BARÃO DO TRIUNFO<br>427 CJ 607/608 BROOKLIN<br>SAO PAULO, BRAZIL | Distribution Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 04/01/2011 | $0.00 |
| EXIDE TECHNOLOGIES ELECTRONICA SL | C/ CANTABRIA<br>2 ALCOBENDAS<br>MADRID, SP 28 108, SPAIN | Distribution Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 04/01/2011 | $0.00 |
| EXIDE TECHNOLOGIES GMBH | FRANZ-SCHUBERT-STRAßE 7<br>A-2345 BRUNN AM GEBIRGE, AUSTRIA | Distribution Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 04/01/2011 | $0.00 |
| EXIDE TECHNOLOGIES GMBH | IM THIERGARTEN<br>BUEDINGEN, 63654, GERMANY | Distribution Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 04/01/2011 | $0.00 |
| EXIDE TECHNOLOGIES LIMITED | 149 HUTT PARK ROAD<br>LOWER HUTT<br>WELLINGTON, NEW ZEALAND | Distribution Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 04/01/2011 | $0.00 |
| EXIDE TECHNOLOGIES LLC | 1-Y GOLUTVINSKIY PEREULOK, D. 3-5, BLD. 3<br>MOSCOW, 119180<br>RUSSIAN FEDERATION | Distribution Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 04/01/2011 | $0.00 |
| EXIDE TECHNOLOGIES OY | TAKKATIE 21<br>HELSINKI, 370, FINLAND | Distribution Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 04/01/2011 | $0.00 |
| EXIDE TECHNOLOGIES S.A. | C/CANTABRIA N 2-2 PLANTA<br>ALCOBENDAS, MADRID, 28100 SPAIN | Distribution Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 04/01/2011 | $0.00 |
| EXIDE TECHNOLOGIES S.A. | CENTRA SA<br>UL. GY?SKA 31/33<br>61-016 POZNA, POLAND | Distribution Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 04/01/2011 | $0.00 |
| EXIDE TECHNOLOGIES SAS | 5, ALLÉE DES PIERRES MAYETTES<br>F - 92636<br>GENNEVILLIERS,<br>FRANCE | Distribution Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 04/01/2011 | $0.00 |
| EXIDE TECHNOLOGIES SINGAPORE PTE LIMTED | 48A CHANGI SOUTH STREET 1<br>SINGAPORE<br>486114 SINGAPORE | Distribution Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 04/01/2011 | $0.00 |
| EXIDE TECHNOLOGIES SPRL | RUE DE FLORIVAL 93<br>ARCHENNES 1390, BELGIUM | Distribution Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 04/01/2011 | $0.00 |
| EXIDE TECHNOLOGIES SRL | VIA DANTE ALIGHIERI, 100/106<br>24058 ROMANO DI LOMBARDIA (BG)<br>ITALY | Distribution Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 04/01/2011 | $0.00 |
| EXIDE TECHNOLOGIES, LDA | AV. DR. CARLOS LEAL<br>P-2600-619<br>CASTANHEIRA DO RIBATEJO, PORTUGAL | Distribution Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 04/01/2011 | $0.00 |
| EXPEDITORS INTERNATIONAL OF WASHINGTON, INC. | ATTN: LEGAL<br>1015 THIRD AVENUE<br>12TH FLOOR<br>SEATTLE, WA 98104 | Mutual Confidentiality Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 10/12/2012 | $0.00 |
| EXTRUSION DIES INDUSTRIES, LLC | ATTN: DENNIS PARADISE<br>911 KURTH ROAD<br>CHIPPEWA FALLS, WI 54729 | Mutual Confidentiality Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 11/06/2009 | $0.00 |
| EZ-GO DIVISION OF TEXTRON INC. | ATTN: ANDRE S. ANDRADE<br>1451 MARVIN GRIFFIN ROAD<br>AUGUSTA, GA 30004 | Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 05/18/2011 | $0.00 |
| FACTOR SYSTEMS, INC. DBA BILLTRUST | FINANCE DEPARTMENT<br>1095 CRANBURY-SOUTH RIVER ROAD<br>SUITE 3<br>JAMESBURG, NJ 08810 | Billing Services Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 06/05/2009 | $26,284.58 |
| FAMILY DOLLAR SERVICES, INC. | 10401 OLD MONROE ROAD<br>MATTHEWS, NC 28105 | Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 10/14/2008 | $0.00 |
| FARR INDUSTRIAL LLC | ATTN: JIM BONUCCELLI<br>PO BOX 141449<br>SPOKANE, WA 99214 | Lease Agreement with respect to property located at 9708 E. Montgomery Suite D, Spokane, WA, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 09/09/1999 | $0.00 |
| FARREX FREIGHT SYSTEMS LTD. | 2703 SLOUGH STREET<br>MISSISSAUGA, ON L4T 1G2<br>CANADA | Mutual Confidentiality Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 10/31/2012 | $0.00 |
| FCM TRAVEL SOLUTIONS | 269 MADISON AVENUE<br>NEW YORK, NY 10016 | Mutual Confidentiality, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/03/2011 | $0.00 |
| FDL FASTENERS | ATTN: DAN LONG, PRESIDENT & CEO<br>900 ESTES<br>SCHAUMBURG, IL 60193 | Mutual Confidentiality Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 05/15/2012 | $0.00 |

| COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION OF AGREEMENT(S) TO BE ASSUMED, OR ASSUMED AND ASSIGNED, AS APPLICABLE | CURE AMOUNT |
|---|---|---|---|
| FEDERATED AUTO PARTS | RUSTY BISHOP<br>541 GREENVILLE AVE<br>STAUNTON, VA 24401 | Customer Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Effective Date: 05/01/2011 | $0.00 |
| FEDEX CORPORATE SERVICES | ATTN: LEGAL DEPARTMENT<br>1000 RIDGEWAY LOOP ROAD<br>SUITE 600<br>MEMPHIS, TN 38120 | Mutual Confidentiality Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 04/03/2013 | $0.00 |
| FERRO MAGNETICS CORPORATION | 4328 BRIDGETON INDUSTRIAL DRIVE<br>BRIDGETON, MO 63044 | Mutual Confidentiality Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/23/2013 | $0.00 |
| FGHP PROPERTIES LIMITED PARTNERSHIP | FGHP PROPERTIES LIMITED PARTNERSHIP C/O PEMBROKE REALTY SERVICES<br>14502 N. DALE MABRY HIGHWAY, SUITE 200<br>ATTN: STEVE SWANN<br>TAMPA, FL 33618 | Lease Agreement with respect to property located at 4677 L.B. McLeod Rd, Suite G and I, Orlando, FL, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/13/2003 | $0.00 |
| FIAMM AUTOMOTIVE BATTERIES S.P.A. | VIALE EUROPA 63<br>36075 MONTECCHIO MAGGIORE (VI)<br>ITALY | Trademark License Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 11/03/1988 | $0.00 |
| FINANCIAL SERVICES, INC. | ATTN: KEVIN KENNEDY<br>21 HARRISTOWN ROAD<br>GLEN ROCK, NJ 07452 | Director Access software and system agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 10/22/2010 | $1,390.20 |
| FINANCIAL TRANSACTION SERVICES, LLC | 24651 CENTER RIDGE ROAD, SUITE 375<br>WESTLAKE, OH 44145 | Merchant Services Agreement, and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| FIREFLY ENERGY, INC. | ATTN: LEGAL COUNSEL<br>6533 N. GALENA ROAD<br>PEORIA, IL 61614 | Mutual confidentiality agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 06/17/2009 | $0.00 |
| FIRST FINANCIAL BANK | 255 EAST FIFTH STREET, SUITE 700<br>CINCINNATI, OH 45202 | Irrevocable Trust Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 11/03/2006 | $0.00 |
| FLEETPRIDE | ROBERT LINDLEY<br>4050 CORPORATE DRIVE, SUITE 400<br>GRAPEVINE, TX 76051 | Agreement to fund an Employee Sales Contest, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Effective Date: 09/01/2011 | $0.00 |
| FLEETPRIDE | ROBERT LINDLEY<br>4050 CORPORATE DRIVE, SUITE 400<br>GRAPEVINE, TX 76051 | Customer Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Effective Date: 09/01/2011 | $0.00 |
| FLEETPRIDE, INC. | ROBERT LINDLEY<br>4050 CORPORATE DRIVE, SUITE 400<br>GRAPEVINE, TX 76051 | Confidentiality Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/06/2008 | $0.00 |
| FLEMING TECHNICAL, INC. | 5028 VERMACK RD<br>ATLANTA, GA 30338 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 11/11/2008 | $0.00 |
| FMC CORPORATION | C/O CURTIN & HEEFNER LLP<br>ATTN ROBERT SZWAJKOS, ESQ<br>250 PENNSYLVANIA AVE<br>MORRISVILLE, PA 18940 | Supply Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 04/01/2013 | $0.00 |
| FORD MOTOR COMPANY | ATTN LEGAL DEPARTMENT<br>ONE AMERICAN ROAD<br>DEARBORN, MI 48126-2798 | Warranty - Flooded Motive Power Battery with Fast Charger (Models M15...RC, M18...RC, M25...RC, M28...RC), and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| FORD MOTOR COMPANY | ATTN LEGAL DEPARTMENT<br>ONE AMERICAN ROAD<br>DEARBORN, MI 48126-2798 | Warranty - Models M15...RC, M18...RC, M25...RC, M28...RC, and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| FORTIM ACUMULADORES INDUSTRIAIS LTDA | RUA RIBEIRO GONCALVES<br>56 CIDADE ARACILIA<br>GUARULHOS<br>SAO PAOLO,  07250-080, BRAZIL | Trademark Dispute Settlement Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/24/2008 | $0.00 |
| FOX & JAMES NATIONALEASE | 216 MARSH LANE<br>LATROBE, PA 15650 | NationaLease Vehicle Lease and Service Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 06/16/2006 | $3,641.16 |
| FREESCALE SEMICONDUCTOR INC. | ATTN: SCOTT C. MATURO<br>1745 N. BROWN ROAD, SUITE 120<br>LAWRENCEVILLE, GA 30043 | Mutual Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 09/20/2010 | $0.00 |
| FRESH EXPRESS | STEVE MASSEY<br>2730W WARRIOR TRAIL<br>GRAND PRAIRIE, TX 75052 | Planned Maintenance Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/05/2012 | $0.00 |
| FRITTS CONSULTING LLC | ATTN: ROBERT W. FRITTS, MANAGING DIRECTOR<br>380 MARY ROAD<br>THOMASVILLE, NC 27360 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 06/08/2011 | $0.00 |
| FROST & SULLIVAN | ATTN: BRETT DINGWALL<br>PO BOX 330<br>SAN ANTONIO, TX 78292 | Growth Partnership Services, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 06/07/2010 | $0.00 |
| FRUITION PARTNERS INC. | ATTN: CFO<br>168 N. CLINTON STREET, 6TH FLOOR<br>CHICAGO, IL 60661 | Mutual Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 04/08/2013 | $0.00 |
| FSI | KEVIN KENNEDY, SR.<br>21 HARRISTOWN ROAD<br>GLEN ROCK, NJ 7452 | Director Access Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 10/22/2010 | $0.00 |
| FULKERSON, FLOYD H. | FLOYD H. FULKERSON<br>124 WEST CAPITOL AVENUE, SUITE 1620<br>LITTLE ROCK, AR 72201 | Lease Agreement with respect to property located at 7821 Doyle Springs Road, Little Rock, AR, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 04/06/2005 | $0.00 |

Exhibit 9.1 Assumed Executory Contracts and Unexpired Leases

| COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION OF AGREEMENT(S) TO BE ASSUMED, OR ASSUMED AND ASSIGNED, AS APPLICABLE | CURE AMOUNT |
|---|---|---|---|
| G. ANTONINI REALTY, INC. | 3605 WINDING WAY<br>NEWTOWN SQUARE, PA 19073 | Lease Agreement with respect to property located at 472 Boot Rd, Downington, PA, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 04/27/2011 | $0.00 |
| G2SALES LLC | ATTN: DON PIPER<br>1050 CLASSIC ROAD<br>APEX, NC 27539 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 01/31/2012 | $0.00 |
| GALAXY DEVELOPMENT, LLC | PO BOX 683550<br>PARK CITY, UT 84068 | Lease Agreement with respect to property located at 3696 West 900 South, Suite H and I,  Salt Lake City, UT, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 07/16/2004 | $0.00 |
| GAP PARTNERS, INC. | ATTN: GENERAL MANAGER<br>6580 WOLFFORK ROAD<br>RABURN GAP, GA 30568 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 05/15/2012 | $0.00 |
| GARTIN TECHNOLOGIES | VALLARTA AV. #6503 CONCENTRO CONDOMINIUM<br>LOCAL NO. B-24 GROUND FLOOR<br>CIUDAD GRANJA, CP. 45010<br>ZAPOPAN, JALISCO, MEXICO | Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 02/20/2012 | $0.00 |
| GATE SOFTWARE LIMITED | ATTN: NICOLA PELISSIER<br>COASTAL HOUSE<br>180 BRIDGE ROAD<br>SOUTHHAMPTON,  S031 7EH<br>UNITED KINGDOM | Subscription Service Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 01/31/2006 | $0.00 |
| GATEWAY FREIGHT SYSTEMS INC. | 1425 NORJOHN COURT, UNIT 6,<br>BURLINGTON, ON L7L 0E6<br>CANADA | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 11/02/2012 | $0.00 |
| GAUSS INTERPRISE, INC. | ATTN: ED NALLEY, COO<br>8717 RESEARCH DRIVE<br>IRVINE, CA 92618 | End-User Agreement - Software License, Hardware Purchase, Installation, Training, Maintenance Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 10/31/2002 | $0.00 |
| GE TRANSPORTATION | 500 W MONROE ST<br>CHICAGO, IL 60661 | Warranty - AGM VRLA Diesel Starting Battery (Models SLS-550 and SLS-710), and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| GE TRANSPORTATION | 500 W MONROE ST<br>CHICAGO, IL 60661 | Warranty - Flooded Diesel Starting Battery (Models M48...), and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| GEHL COMPANY | ONE GEHL WAY<br>WEST BEND, WI 53095 | Mutual Confidentiality Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 06/13/2012 | $0.00 |
| GENERAL CORPORATION | GENERAL CORPORATION<br>PO BOX 6190<br>CHARLESTON, WV 25362 | Lease Agreement with respect to property located at the Rex Building, 1412-1414 Bigley Avenue, Bays F, G, H, & K, Sections 8&9, Charleston, WV, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 02/27/2003 | $0.00 |
| GENERAL DYNAMICS LAND SYSTEMS | 38500 MOUND ROAD<br>STERLING HEIGHTS, MI 48310 | Proprietary Data Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/26/2012 | $0.00 |
| GENERAL ELECTRIC COMPANY | APPLIANCE PARK AP1-108H<br>ANDY DONAHOU<br>LOUISVILLE, KY 40225 | Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/21/2012 | $0.00 |
| GENERAL ELECTRIC COMPANY | APPLIANCE PARK AP1-108H<br>ANDY DONAHOU<br>LOUISVILLE, KY 40225 | Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 09/28/2010 | $0.00 |
| GENERAL ELECTRIC COMPANY | APPLIANCE PARK AP1-108H<br>ANDY DONAHOU<br>LOUISVILLE, KY 40225 | Strategic Supply Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 05/01/2011 | $0.00 |
| GENERAL MILL MACHINE SHOP, INC. | 2021 PENNSYLVANIA AVENUE<br>KANSAS CITY, MO 64108 | Independent Contractor Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 12/08/2010 | $0.00 |
| GEORGIA POWER | C/O MCGUIRE WOODS LLP<br>ATTN NATHAN WOOD<br>PROMENADE II<br>1230 PEACHTREE STREET N.E., SUITE 2100<br>ATLANTA, GA 30309-3534 | Electrical Supply Agreement and System Rental Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 07/27/1995 | $359,219.86 |
| GEORGIA TECH RESEARCH CORPORATION | ATTN: GREG KING<br>GEORGIA INSTITUTE OF TECHNOLOGY<br>ATLANTA, GA 30332-0640 | Proprietary Information Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 11/09/2009 | $0.00 |
| GIANT EAGLE | ATTN: TONY HAMPTON<br>101 KAPPA DR<br>PITTSBURGH, PA 15238-2809 | Purchase Agreement Industrial Batteries, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 08/17/2012 | $0.00 |
| GLAZIER FOODS | RALPH SMITH<br>11303 ANTOINE<br>HOUSTON, TX 77066 | Planned Maintenance Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 05/11/2012 | $0.00 |
| GLOBAL BSN LLC | ATTN: FRANK POPE, GENERAL COUNSEL<br>700 AIRPORT BLVD<br>SUITE 370<br>BURLINGAME, CA 94010 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 04/29/2011 | $0.00 |
| GNB BATTERY TECHNOLOGIES JAPAN INC. | 13000 DEERFIELD PARKWAY<br>BUILDING 200<br>ALPHARETTA, GA 30004 | Distribution Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 04/01/2011 | $0.00 |
| GNB TECHNOLOGIES (CHINA) LIMITED | UNIT 711, 7/F, TOWER 1, SILVERCORD,<br>30 CANTON ROAD<br>KOWLOON<br>HONG KONG,  CHINA | Distribution Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 04/01/2011 | $0.00 |

Exhibit 9.1 Assumed Executory Contracts and Unexpired Leases

| COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION OF AGREEMENT(S) TO BE ASSUMED, OR ASSUMED AND ASSIGNED, AS APPLICABLE | CURE AMOUNT |
|---|---|---|---|
| GNB TECHNOLOGIES INDIA PVT-LTD | NO.389, 1ST CROSS, 12TH MAIN HAL 2ND STAGE BANGALORE – 560 008 INDIA | Distribution Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 04/01/2011 | $0.00 |
| GODGREJ & BOYCE MFG. CO. LTD. | TOOLING DIVISION (PLANT 7) PIROJSHANAGAR VIKHROLI MUMBAI, 400-079 INDIA | Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 03/16/2005 | $0.00 |
| GOLDER ASSOCIATES, INC. | ATTN: PETER SWINICK, PRINCIPAL 1951 OLD CUTHBERT RD STE 301 CHERRY HILL, NJ 08034 | Golder Terms and Conditions, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 07/13/2004 | $0.00 |
| GOPHER RESOURCE LLC | ATTN: MARK KUTOFF 685 YANKEE DOODLE ROAD EAGAN, MN 55121 | Confidentiality Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Effective Date: 08/14/2012 | $0.00 |
| GOTCHA TRANSPORT INC. | 4701 SOUTH MADISON MUNCIE, IN 47302 | Mutual Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 02/10/2012 | $0.00 |
| GRAHAM'S FYR-FYTER | 511 W LEMON ST LANCASTER, PA 17603-3322 | Independent Contractor Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 02/06/2012 | $548.02 |
| GRAINGER INDUSTRIAL SUPPLY | ATTN: DIRECTOR, SALES SUPPORT 100 GRAINGER PARKWAY LAKE FOREST, IL 60045 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 01/25/2013 | $0.00 |
| GRAND CENTRAL SOLUTIONS, INC. | ATTN: RALPH JOVINE 5 CONCOURSE PARKWAY, SUITE 2875 ATLANTA, GA 30328 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 12/07/2007 | $0.00 |
| GREATWIDE AMERICAN TRANS-FREIGHT, LLC | 2150 CABOT BOULEVARD WEST LANGHORNE, PA 19047 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 03/06/2013 | $0.00 |
| GROUP LOTUS PLC | HETHEL, NORWICH, NORFOLK NR1 48E2 UNITED KINGDOM | Trademark claim Settlement Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 08/29/2007 | $0.00 |
| GS BATTERY (U.S.A.) INC. | ATTN: CONTROLLER 1000 MANSELL EXCHANGE WEST, SUITE 350 ALPHARETTA, GA 30022 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 06/02/2009 | $0.00 |
| GS BATTERY (U.S.A.) INC. | ATTN: CONTROLLER 1150 NORTHMEADOW PKWY SUITE 110 ROSWELL, GA 30076-3886 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 02/22/2010 | $0.00 |
| GSA, GENERAL PRODUCTS ACQUISITION CENTER | 819 TAYLOR STREET, ROOM 6A24 FORT WORTH, TX 76102-6114 | Government Contract for Batteries, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 10/03/2005 | $0.00 |
| GUIDANCE SOFTWARE, INC. | ATTN: LEGAL DEPT 215 N. MARENGO AVE SUITE 250 PASADENA, CA 91101 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 06/16/2009 | $0.00 |
| GUTOR ELECTRONIC LLC | ATTN: HANS JENSEN 135A TOWN STREET EAST HADDAM, CT 06423 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 05/25/2011 | $0.00 |
| GUTOR ELECTRONIC LLC | ATTN: JACQUES MULLER - CEO HARDSTRASSE 74, 5430 WETTINGEN, SWITZERLAND | Subcontract No. 1120217-2, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 05/23/2013 | $0.00 |
| GUTOR ELECTRONIC LLC | HARDSTRASSE 74 WETTINGEN, 5430 SWITZERLAND | Supply Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 05/23/2013 | $0.00 |
| H & T WATERBURY, INC. | ATTN: SETH GRENIER 984 WATERVILLE STREET WATERBURY, CT 06704 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 08/11/2009 | $0.00 |
| H&M TRUCKING, INC. | ATTN: CHUCK RADKE 2522 ED BABE GOMEZ OMAHA, NE 68107 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 02/15/2012 | $0.00 |
| HAMMOND GROUP INC. | ATTN: STEPHEN A. BOLANOWSKI 1414 FIELD STREET HAMMOND, IN 46320 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 04/17/2013 | $0.00 |
| HASLER FINANCIAL SERVICES LLC | 3400 BRIDGE PARKWAY, SUITE 201 REDWOOD CITY, CA 94065 | Equipment Lease, and any related amendments, modifications, renewals, and extensions thereto | $989.42 |
| HAWK ELECTRONICS LTD. | ATTN: ALICJA KAY MALT STREET ACCRINGTON, UNITED KINGDOM | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 03/13/2013 | $0.00 |
| HDA TRUCKPRIDE | SHAWN SHUMAKER 608 LAMBERT POINTE DRIVE BUILDING C HAZELWOOD, MO 63042 | Purchase & Service, and any related amendments, modifications, renewals, and extensions thereto Contract Effective Date: 04/01/2013 | $0.00 |
| HELLMAN WORLDWIDE LOGISTICS, INC. | ATTN: LEGAL DEPARTMENT 10450 DORAL BOULEVARD DORAL, FL 33178 | Mutual Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 05/28/2013 | $0.00 |
| HEWITT ASSOCIATES LLC | ATTN: GENERAL COUNSEL 100 HALF DAY ROAD LINCOLNSHIRE, IL 60069 | Administrative Services - Employee Communication, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 08/26/2009 | $46,857.25 |

**Exhibit 9.1 Assumed Executory Contracts and Unexpired Leases**

| COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION OF AGREEMENT(S) TO BE ASSUMED, OR ASSUMED AND ASSIGNED, AS APPLICABLE | CURE AMOUNT |
|---|---|---|---|
| HEWITT ASSOCIATES LLC | PO BOX 95135 CHICAGO, IL 60694 | Canadian Pension Administration Services, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 06/22/2012 | $0.00 |
| HEWITT ASSOCIATES LLC | PO BOX 95135 CHICAGO, IL 60694 | Data Processing Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 04/16/2012 | $0.00 |
| HEWITT ENNISKNUPP, INC. | 3350 RIVERWOOD  PARKWAY, SUITE 80 ATLANTA, GA 30339 | Amendment 1 of Schedule 7 of Master Consulting Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 05/23/2012 | $0.00 |
| HFI | ATTN: RAY HUSSMAN 1100 CAROLINA DRIVE WEST CHICAGO, IL 60185 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 06/07/2012 | $0.00 |
| HIBAR SYSTEMS LTD. | ATTN: STEVE MARK 35 POLLARD ST. RICHMOND HILL, ON L4B 1A8 CANADA | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 05/11/2009 | $0.00 |
| HICKORY SPRINGS MANUFACTURING COMPANY | ATTN: MARK A. STENGER 4925 STATE LINE ROAD FORT SMITH, AR 72916 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 05/08/2012 | $0.00 |
| HIGHWATER INNOVATIONS LLC | ATTN: GEORGE BRILMYER 2111 HIGHLAND FALLS COURT JOHNSON CITY, TN 37615 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 01/24/2011 | $0.00 |
| HILLS, INC. | ATTN: JEFF MAGGARD 7785 ELLIS ROAD WEST MELBOURNE, FL 32904 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 02/02/2010 | $0.00 |
| HIMAG SOLUTIONS LTD | ATTN: DEAN CURRAN UNIT A THE AQUARIUS CENTRE WATERWELLS BUSINESS PARK QUEDGELEY, GLOUCESTERSHIRE,  GL2 2FN UNITED KINGDOM | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 02/21/2012 | $0.00 |
| HITACHI DATA SYSTEMS | ATTN: VP GENERAL COUNSEL 750 CENTRAL EXPRESSWAY SANTA CLARA, CA 95050 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 10/06/2010 | $0.00 |
| HOLLINGSWORTH & VOSE COMPANY | 112 WASHINGTON STREET EAST WALPOLE, MA 02032 | Purchase Agreement and Mutual Agreement for Protection of Confidential Information, and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| HOLLINGSWORTH & VOSE COMPANY | 112 WASHINGTON STREET EAST WALPOLE, MA 2032 | Confidentiality Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 10/23/2003 | $0.00 |
| HOLLINGSWORTH & VOSE COMPANY | ATTN: VICE PRESIDENT AND GENERAL MANAGER, ESIS (COPY TO GENERAL COUNSEL) 112 WASHINGTON STREET EAST WALPOLE, MA 02032 | Mutual Agreement for the Protection of Confidential Information, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 07/31/2010 | $0.00 |
| HONDA MOTOR CO., LTD. | MARTLN J. ELGLSON, ESQ. ALSTON & BIRD ONE ATLANTIC CENTER 1201 WEST PEACHTREE STREET ATLANTA, GA 30309-3424 | Settlement Agreement, Stipulation Letter and Withdrawn Application, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 06/04/1990 | $0.00 |
| HOSPIRA, INC. | ATTENTION: PURCHASING DEPARTMENT 755 JARVIS DRIVE MORGAN HILL, CA 95307 | Supply Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 01/04/2011 | $0.00 |
| HOSPIRA, INC. | ATTN: MARCUS ORTIZ 275 N. FIELD DRIVE LAKE FOREST, IL 60045 | Bilateral Confidential Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 12/02/2010 | $0.00 |
| HOSPIRA, INC. | ATTN: PURCHASING DEPARTMENT 755 JARVIS DRIVE MORGAN HILL, CA 95037 | Development and Supply Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 10/25/2005 | $0.00 |
| HOSPIRA, INC. | JUDITH LETTMAN-DAVIS, VICE PRESIDENT, PROCUREMENT 275 NORTH FIELD DRIVE LAKE FOREST, IL 60045 | Supply Agreement Extension, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 12/20/2012 | $0.00 |
| HOW IT'S MADE | C/O DISCOVERY COMMUNICATIONS LLC. ONE DISCOVERY PLACE SILVER SPRING, MD 20910 | Authorization and Release of Liability, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 04/30/2007 | $0.00 |
| HOWELL MACHINE INC. | ATTN DOUG ROBERTS 815 D STREET LEWISTON, ID 83501 | Confidentiality Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 03/28/2013 | $0.00 |
| HUPP ELECTRIC MOTORS INC. POWER LIFT INC. | SCOTT DERBY 275 33RD AVE. SW CEDAR RAPIDS, IA 52404 | Independent Contractor Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 12/09/2004 | $0.00 |
| HYPERION SOLUTIONS CORPORATION | ATTN: JANE A. KAUFFMAN 900 LONG RIDGE ROAD STAMFORD, CT 06902 | Software License Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 12/18/1998 | $0.00 |
| HYPHEN TRANSPORTATION MANAGEMENT INC. | ATTN: CHIEF FINANCIAL OFFICER 190 ATTWELL DRIVE, SUITE 680 TORONTO, ON M9W 6H8 CANADA | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 11/02/2012 | $0.00 |
| HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC | 7515 HALCYON SUMMIT DRIVE MONTGOMERY, AL 36117 | Confidentiality Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Effective Date: 09/17/2003 | $0.00 |

Exhibit 9.1 Assumed Executory Contracts and Unexpired Leases

| COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION OF AGREEMENT(S) TO BE ASSUMED, OR ASSUMED AND ASSIGNED, AS APPLICABLE | CURE AMOUNT |
|---|---|---|---|
| IBEW LOCAL 700 | FORT SMITH OFFICE<br>2914 MIDLAND BLVD<br>FT. SMITH, AR 72904 | Union Contract, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Effective Date: 04/25/2013 | $0.00 |
| ICE COMPONENTS INC. | ATTN: MARY HAYDEN<br>1165 ALLGOOD ROAD<br>SUITE #20<br>MARIETTA, GA 30062 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 04/25/2012 | $0.00 |
| ICF INDUSTRIES, INC. | ATTN: BOB KRUG<br>PO BOX 210<br>PLEASANT HILL, MO 64080 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 08/03/2012 | $0.00 |
| IHS GLOBAL INC. | FRITZ SMITH<br>15 INVERNESS WAY EAST<br>ENGLEWOOD, CO 80112 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Effective Date: 05/15/2013 | $0.00 |
| IHS GLOBAL INC. | IHS GLOBAL INC.<br>15 INVERNESS WAY EAST<br>ENGLEWOOD, CO 80112 | Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Effective Date: 05/15/2013 | $0.00 |
| ILLINOIS CENTRAL RAILROAD COMPANY | 17641 ASHLAND AVENUE<br>HOMEWOOD, IL 60430 | Right of Entry Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 05/31/2005 | $0.00 |
| ILLINOIS ENVIRONMENTAL PROTECTION AGENCY | BUREAU OF LAND REMEDIAL PROJECT MANAGEMENT SECTION<br>1021 NORTH GRAND AVENUE EAST<br>P.O.BOX 19276<br>SPRINGFIELD, IL 62794-9276 | Environmental Land Use Control Agreement, and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| IMS DBA TRANS MOTION | 600 EAST 60TH STREET<br>SIOUX FALLS, SD 57104 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/06/2013 | $0.00 |
| INDUSTRIAL BATTERY & SERVICES, INC. | ATTN: W.A. MCKENTY<br>144 NORTH YORK ROAD<br>WARMINSTER, PA 18974-4521 | Manufacturer's Representative Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 01/07/1997 | $0.00 |
| INDUSTRIAL BATTERY SERVICE, INC. | DAVID J. ANTIKAINEN, PRESIDENT<br>6856 YORK STREET<br>DENVER, CO 80229 | Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 04/19/2013 | $0.00 |
| INDUSTRIAL BATTERY SUPPLY | PO BOX 28009<br>COLUMBUS, OH 43228-0009 | Wal-Mart National Service Program Addendum to Representative Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 06/28/2004 | $0.00 |
| INDUSTRIAL CRATING INC. | ATTN: PRESIDENT<br>PO 248<br>413 N. FRONT STREET<br>ST PAUL, KY 66771 | Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 06/05/2013 | $0.00 |
| INDY-CHEM | ATTN: BARRY S. THOMES<br>PO BOX 5455<br>ST. JOHN, IN 46343 | Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 10/18/2012 | $0.00 |
| INFINITYQS INTERNATIONAL, INC. | ATTN: MICHAEL A. LYLE<br>14900 CONFERENCE CENTER DRIVE<br>SUITE 525<br>CHANTILLY, VA 20151 | Corporate Software License Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 09/19/2007 | $531.55 |
| INFOR GLOBAL SOLUTIONS (MICHIGAN) INC. | LEGAL DEPARTMENT<br>13560 MORRIS ROAD, SUITE 4100<br>ALPHARETTA, GA 30004 | Software Service Agreement, Amendment and Service Work Order, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 01/03/2008 | $570.00 |
| INFOR GLOBAL SOLUTIONS (MICHIGAN), INC. | ATTENTION: GENERAL COUNSEL<br>13560 MORRIS ROAD, SUITE 4100<br>ALPHARETTA, GA 30004 | Software Services Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 01/09/2008 | $0.00 |
| INFO-TECH RESEARCH GROUP INTERNATIONAL | 602 QUEENS AVENUE<br>LONDON, ON N6B 1Y8<br>CANADA | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 02/28/2011 | $0.00 |
| INNOVATIVE MACHINE CORPORATION | 3959 VALLEY EAST INDUSTRIAL DRIVE<br>BIRMINGHAM, AL 35217 | Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 01/10/2012 | $0.00 |
| INNOVATIVE POWER DESIGNS | ATTN: SHARON ROSE GEORGE<br>3801 CAROLINA AVENUE<br>RICHMOND, VA 23222 | Manufacturer's Representative Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 06/23/2009 | $0.00 |
| INNOVATIVE POWER INC. | ATTN: TOM BLASKOVICH<br>28151 HIGHWAY 74<br>MENIFEE, CA 92585 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 04/02/2013 | $0.00 |
| INSIGHT DIRECT USA, INC. | ATTN: LEGAL DEPT<br>910 W. CARVER ROAD<br>TEMPE, AZ 85283 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 09/17/2010 | $0.00 |
| INSOURCE LOGISTICS | ATTN: OFFICE OF THE GENERAL COUNSEL<br>4060 WAYNE STREET<br>HILLIARD, OH 43026 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 10/26/2009 | $0.00 |
| INTEGRITY INTERACTIVE CORPORATION | 51 SAWYER ROAD<br>WALTHAM, MA 02453 | Subscription and Service Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 08/08/2003 | $0.00 |
| INTELEX TECHNOLOGIES INC. | JOHN PHYPER<br>905 KING STREET WEST, SUTE 600<br>TORONTO, ON M6K 3G9<br>CANADA | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 04/17/2013 | $0.00 |
| INTELLINET CORPORATION | BRIAN BENSON, CFO<br>TWO CONCOURSE PARKWAY, SUITE 100,<br>ATLANTA, GA 30328 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 02/20/2012 | $0.00 |

| COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION OF AGREEMENT(S) TO BE ASSUMED, OR ASSUMED AND ASSIGNED, AS APPLICABLE | CURE AMOUNT |
|---|---|---|---|
| INTELLINET CORPORATION | FINANCE DEPARTMENT TWO CONCOURSE PARKWAY, SUITE 100 ATLANTA, GA 80112 | Software Master agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Effective Date: 02/17/2012 | $0.00 |
| INTERLEX TECHNOLOGY INC. | JOHN PHYPER 905 KING STREET WEST, SUITE 600 TORONTO, ON M6K 3G9 CANADA | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 04/17/2013 | $0.00 |
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS | LOCAL UNION NO. 1048, 1770 S US HIGHWAY 231, SUITE 7 CRAWFORDSVILLE, IN 47933 | Union Contract, and any related amendments, modifications, renewals, and extensions thereto Contract Effective Date: 11/09/2011 | $0.00 |
| INTERNATIONAL BUSINESS MACHINES CORPORATION | ATTN: REGIONAL COUNSEL 590 MADISON AVENUE 12TH FLOOR NEW YORK, NY 10022 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 01/27/2012 | $0.00 |
| INTERNATIONAL COMPONENTS CORPORATION | ATTN: MICHAEL J. DAVIS 4 WESTBROOK CORPORATE CENTER SUITE 900 WESTCHESTER, IL 60154 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 06/10/2009 | $0.00 |
| INTERNATIONAL SOS ASSISTANCE, INC. | PHILADELPHIA REGIONAL OFFICE 3600 HORIZON BLVD STE 300 TREVOSE, PA 19053-4949 | Medical Evacuation Services, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 06/12/2007 | $0.00 |
| INTERNATIONAL UNION OF ELECTRONIC, ELECTRICAL, SALARIED, MACHINE AND FURNITURE WORKERS, IUE/CWA, LOCAL UNION NO. 86116 | 4314 S. 40TH STREET SAINT JOSEPH, MO 64503-2146 | Union Contract, and any related amendments, modifications, renewals, and extensions thereto Contract Effective Date: 02/17/2013 | $0.00 |
| INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE, AND AGRICULTURAL IMPLEMENT WORKERS (UAW) AND ITS LOCAL 84 | ATTN NIRAJ R GANATRA 8000 E JEFFERSON AVE DETROIT, MI 48214 | Termination Agreement with respect to the closing of Exide's Logansport Indiana facility, and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE, AND AGRICULTURAL IMPLEMENT WORKS (UAW) AND ITS LOCAL 1829 | ATTN NIRAJ R GANATRA 8000 E JEFFERSON AVE DETROIT, MI 48214 | Agreement for the closure of the Company's Burlington Iowa Facility, and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| INTERSTATE DISTRIBUTOR CO. | ATTN: BYRON PARK 11707 21ST AVENUE, CT. S TACOMA, WA 98444 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 03/14/2013 | $0.00 |
| INTERTEK SYSTEMS | ATTN: MICHAEL LEHMANN 1950 EVERGREEN BLVD., SUITE 100 DULUTH, GA 30096 | Contract for Certification - Design and Manufacture Lead Acid Batteries - Salina, KS, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 02/05/2013 | $24,588.03 |
| INTERTEK TESTING SERVICES NA, INC. | ATTN: JESSE COOK 1500 BRIGANTINE DRIVE COQUITLAM, BC V3K 7C1 CANADA | Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 07/06/2011 | $0.00 |
| INTERTEK TESTING SERVICES NA, INC. | ATTN: MICHAEL LEHMANN 1950 EVERGREEN BLVD., SUITE 100 DULUTH, GA 30096 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 01/07/2011 | $0.00 |
| INTRAPACK CORPORATION | ATTN: TRACY ZAFFINO 10817 SANDEN DRIVE DALLAS, TX 75238-1338 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 11/02/2007 | $0.00 |
| INVESTORS GROUP FINANCIAL SERVICES | ATTN: MARCELO SPADAFORA 100-1275 NORTH SERVICE ROAD WEST OAKVILLE, ON L6H 3G4 CANADA | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 04/14/2009 | $0.00 |
| IPCAPITAL GROUP, INC. | ATTN: NANCY E. CROWN 400 CORNERSTONE DRIVE, SUITE 325 WILLISTON, VT 05495-4046 | Mutual Non-Disclosure and Non-Use Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 08/16/2010 | $0.00 |
| IXYS CORPORATION | ATTN: GENERAL COUNSEL 1590 BUCKEYE DRIVE MILPITAS, CA 95035 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 02/20/2012 | $0.00 |
| J.D. EDWARDS | ONE TECHNOLOGY WAY DENVER, CO 80237 | Software License, Services and Maintenance Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Effective Date: 02/27/2002 | $0.00 |
| J.D. EDWARDS WORLD SOLUTIONS CO. | GABRIELA CESARO 35 CORPORATE DRIVE, SUITE 250 BURLINGTON, MA 01803 | Assignment & Consent Agreement, and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| J.G. PETRUCCI CO., INC, | 2121 LEHIGH STREET HOLDINGS, L.P. 171 ROUTE 173, SUITE 201 ASHBURY, NJ 8802 | Confidentiality and Non-Circumvention Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Effective Date: 05/03/2005 | $0.00 |
| J.I.T. WAREHOUSE, INC. | ATTN: PRESIDENT 810 S. 28TH, BLDG C VAN BUREN, AR 72956 | Mutual Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 06/05/2013 | $0.00 |
| J.J. KELLER & ASSOCIATES, INC. | 3003 W. BREEZEWOOD LANE P.O. BOX 368 NEENAH, WI 54957-0368 | Driver Log Audit & Management System Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 10/05/1988 | $0.00 |
| JABIL CIRCUIT, INC. | LEGAL DEPARTMENT 10560 DR. MARIN LUTHER KING. JR. ST NO., ST. PETERSBURG, FL 33716 | Mutual Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 12/05/2012 | $0.00 |
| JACOBSON TRANSPORTATION COMPANY, INC. | MARTY R. HOWARD 3811 DIXON STREET DES MOINES, IA 50313 | Mutual Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 02/15/2012 | $0.00 |

Exhibit 9.1 Assumed Executory Contracts and Unexpired Leases

| COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION OF AGREEMENT(S) TO BE ASSUMED, OR ASSUMED AND ASSIGNED, AS APPLICABLE | CURE AMOUNT |
|---|---|---|---|
| JB HUNT TRANSPORTATION | ACCOUNTS PAYABLE 615 JB HUNT CORPORATE DRIVE LOWELL, AR 72745 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 10/25/2011 | $0.00 |
| JDA SOFTWARE INC. | 14400 N. 87TH STREET SCOTTSDALE, AZ 85260-3649 | Software License Agreement and Product Addendum, and any related amendments, modifications, renewals, and extensions thereto Contract Effective Date: 09/23/2003 | $0.00 |
| JOHN BEAN TECHNOLOGIES CORPORATION | MARK WENINGER 400 HIGHPOINT DRIVE, CHALFONT, PA 18914 | Mutual Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 05/24/2010 | $0.00 |
| JOHNS MANVILLE | ROBERT D. TOUSLEE 10100 WEST UTE AVENUE LITTLETON, CO 80127 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 11/28/2012 | $0.00 |
| JOHNSON CONTROLS BATTERY GROUP, INC. | 5757 NORTH GREEN BAY AVENUE MILWAUKEE, WI 53209 | Settlement Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 06/6/2013 | $0.00 |
| JOHNSON CONTROLS BATTERY GROUP, INC. | TERRY E. WASSOW 5757 N. GREEN BAY AVE. MILWAUKEE, WI 53209 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 02/13/2007 | $0.00 |
| K&A ASSOCIATES, LLC | 4827 PARTRIDGE DR READING, PA 19606 | Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 05/31/2011 | $0.00 |
| KAHN MECHANICAL CONTRACTORS | ANN R. KAHN 2787 IRVING BOULEVARD DALLAS, TX 75207 | Kahn Inspection and Preventative Maintenance Service for 9500 Royal Lane, 150, Irving, TX., and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 03/02/2012 | $1,010.00 |
| KANSAS CITY SOUTHERN RAILWAY | DAVID BIRD 4601 BLANCHARD ROAD SHREVEPORT, LA 71107-5799 | Battery Pricing Agreement proposal, and any related amendments, modifications, renewals, and extensions thereto Contract Effective Date: 09/01/2012 | $0.00 |
| KANSAS DEPARTMENT OF COMMERCE | WORKFORCE SERVICES DIVISION PERFORMANCE TRAINING SERVICES 1000 SW JACKSON STE 100 TOPEKA, KS 66612 | Kansas Industrial Training Agreement - KIT #13-13, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 10/26/2012 | $0.00 |
| KAROTECH, INC. | RAYMOND KAIRAWICZ 3 MORSE ROAD UNITS 3C, 3D OXFORD, CT 06478 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 08/11/2009 | $0.00 |
| KELLY SERVICES CORPORATION | OFFICE OF THE GENERAL COUNSEL 999 WEST BIG BEAVER TROY, MI 48084 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 11/16/2009 | $0.00 |
| KENRICH PETROCHEMICALS, INC. | SALVATORE J. MONTE, PRESIDENT PO BOX 32 140 EAST 22ND STREET BAYONNE, NJ 07002 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 12/22/2009 | $0.00 |
| KEPROS BATTERY CONSULTING, LTD. | MICHAEL KEPROS 703 THIRD STREET EAST CRESCO, IA 52136-1125 | Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 07/29/2011 | $0.00 |
| KIMBERLY-CLARK CORPORATION | DEPT. INT P.O. BOX 2020 NEENAH, WI 54957-2020 | Confidential Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 04/23/2010 | $0.00 |
| KINDERSLEY TRANSPORT LTD. | PRICING MANAGER 2411 WENTZ AVE SASKATOON, SK S7K 3V6 CANADA | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 11/02/2012 | $0.00 |
| KIRCHNER BROS. PEST CONTROL | JIM FISH 2635 LINCOLN AVE LANCASTER, PA 17603 | Independent Contractor Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 10/04/2012 | $103.88 |
| KMX INTERNATIONAL | 2ND AND GRAND STREETS HAMBURG, PA 19526 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 11/05/2012 | $0.00 |
| KNIGHT TRANSPORTATION SERVICES, INC. | CONTRACT ADMINISTRATION 5601 WEST BUCKEYE ROAD PHOENIX, AZ 85043 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 10/31/2011 | $0.00 |
| KOCH NATIONALEASE | 4200 DAHLBERG DRIVE MINNEAPOLIS, MN 55422 | NationaLease Vehicle Lease and Service Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 06/16/2006 | $12,625.48 |
| KOREA STORAGE BATTERY LTD. | 3-15, YANGJAE-DONG. SEOCHO-KU SEOUL, KOREA, REPUBLIC OF | Indemnity Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 02/06/1999 | $0.00 |
| KPMG LLP | 303 PEACHTREE STREET, N.E. SUITE 2000 ATLANTA, GA 30308-3210 | Engagement Letter, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 06/09/2012 | $0.00 |
| KPMG LLP | 303 PEACHTREE STREET, NE SUITE 2000 ATLANTA, GA 30308 | Supplement to Engagement Letter, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 09/19/2012 | $0.00 |
| KRAFT FOODS GLOBAL, INC. | ATTN: ME&S PROCUREMENT 3 LAKES DRIVE NORTHFIELD, IL 60093 | Equipment Purchase Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 04/28/2008 | $0.00 |
| KRAVIT, HOVEL & KRAWCZYK S.C. | 825 NORTH JEFFERSON MILWAUKEE, WI 53202 | Engagement Letter, and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| KROLL ONTRACK | SCOTT WALES 9023 COLUMBINE ROAD EDEN PRAIRIE, MN 55347 | Software License Agreement, and any related amendments, modifications, and extensions thereto Contract Dated: 03/16/2010 | $2,483.59 |

**Exhibit 9.1 Assumed Executory Contracts and Unexpired Leases**

| COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION OF AGREEMENT(S) TO BE ASSUMED, OR ASSUMED AND ASSIGNED, AS APPLICABLE | CURE AMOUNT |
|---|---|---|---|
| KUEHNE NAGEL | 245 SOUTHFIELD PKWY<br>FOREST PARK, GA 30297 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 10/12/2012 | $0.00 |
| KURT SALMON ASSOCIATES | MIKE GREGORY<br>1355 PEACHTREE ST NE, SUITE 900<br>ATLANTA, GA 30309 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/10/2008 | $0.00 |
| LANDSTAR RANGER, INC. | V.P., SALES ADMINISTRATION<br>13410 SUTTON PARK DR. SO.<br>JACKSONVILLE, FL 32224 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 02/15/2012 | $0.00 |
| LANSA INC. | 3010 HIGHLAND PARKWAY, SUITE 275<br>DOWNERS GROVE, IL 60515 | Software License Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 11/10/2008 | $0.00 |
| LANTRONIX, INC. | 167 TECHNOLOGY DRIVE<br>IRVINE, CA 92618 | Copy Right Release, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Effective Date: 09/02/2010 | $0.00 |
| LARWAY TRANSPORTATION | STUART POUND<br>85 ELLIS DRIVE,<br>BARRIE, ON L4N 8Z3<br>CANADA | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 11/02/2012 | $0.00 |
| LAUREN ENGINEERS & CONSTRUCTORS, INC. | 901 SOUTH FIRST STREET<br>ABILENE, TX 79602 | Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 01/31/2012 | $0.00 |
| LAZARD FRERES & CO. LLC | 190 S. LASALLE STREET<br>31ST FLOOR<br>CHICAGO, IL 60603 | Engagement Letter, and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| LEGAL SYSTEMS HOLDING COMPANY DBA SERENGETI LAW | P.O. BOX 6292<br>CAROL STREAM, IL 60197 6292 | Serengeti Tracker Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 07/15/2003 | $3,618.41 |
| LEGGETTE, BRASHEARS & GRAHAM, INC. | 405E. 19TM AVENUE, SUITE A2<br>NORTH KANSAS CITY, MO 64116 | Independent Contractor Agreement and Proposal for Groundwater Consulting Services, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 12/06/2011 | $20,360.50 |
| LEOCH BATTERY CORPORATION | MICHAEL O'MALLEY<br>INDUSTRIAL PARK, JINHU<br>JIANGSU, 21 1600 CHINA | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/13/2013 | $0.00 |
| LEOCH INTERNATIONAL TECHNOLOGY LIMITED | OFFICE OF THE BOARD<br>UNIT 10, 39UT FLOOR,<br>CABLE TV TOWER, NO.9<br>HOI SHING ROAD, TSUEN WAN, N.T.<br>HONG KONG,  CHINA | Mutual Confidentiality, Non-Disclosure and Exclusivity Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 02/19/2013 | $0.00 |
| LEOCH INTERNATIONAL TECHNOLOGY LIMITED | OFFICE OF THE BOARD<br>UNIT 10, 39UT FLOOR,<br>CABLE TV TOWER, NO.9<br>HOI SHING ROAD, TSUEN WAN, N.T., HK<br>CHINA | Settlement Agreement and Release, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/29/2011 | $0.00 |
| LESTER ELECTRICAL | PRESIDENT<br>625 WEST A STREET<br>LINCOLN, NE 68522-1794 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 04/06/2010 | $0.00 |
| LEWCOTT CORPORATION | CHIEF FINANCIAL OFFICER<br>86 PROVIDENCE ROAD<br>MILLBURY, MA 01527 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 06/21/2010 | $0.00 |
| LEXISNEXIS, A DIVISION OF REED ELSEVIER LNC, | 9443 SPRINGBORO PIKE<br>DAYTON, OH 45342 | Fixed Price Amendment of the Subscription Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/21/2013 | $5,281.00 |
| LIGNOTECH USA, INC | TIM MCNALLY<br>100 GRAND AVE<br>ROTHSCHILD, WI 54474 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 12/20/2010 | $0.00 |
| LILY NATIONAL LEASE | 145 ROSEMARY STREET<br>NEEDHAM, MA 02494 | NationaLease Vehicle Lease and Service Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 09/15/2006 | $0.00 |
| LINEAGE POWER CORPORATION | 601 SHILOH ROAD<br>PLANO, TX 75074 | Mutual Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 12/06/2011 | $0.00 |
| LONG ISLAND FIXED GROUP, LLC | LONG ISLAND FIXED GROUP, LLC<br>575 UNDERHILL BOULEVARD, SUITE 125<br>SYOSSET, NY 11791 | Lease Agreement with respect to property located at 80 13th Avenue, Ronkonkoma, NY 11779, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Effective Date: 02/01/2005 | $0.00 |
| LOS ANGELES COUNTY FLOOD CONTROL DISTRICT | DEPARTMENT OF PUBLIC WORKS<br>P.O. BOX 1460<br>ALHAMBRA, CA 91802-1460 | Rental Agreement and Acknowledgment Form, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 08/04/2009 | $0.00 |
| LP GAS INDUSTRIAL EQUIPMENT | 574 INDUSTRIAL WAY E<br>MACON, GA 31217-4744 | Maintenance Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 07/14/2013 | $0.00 |
| LUCENT TECHNOLOGIES INC. | CHERYL C. HODGE<br>600-700 MOUNTAIN AVENUE<br>MURRAY HILL, NJ 07974 | Master Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 05/27/2008 | $0.00 |
| LUCENT TECHNOLOGIES, INC. | CORPORATE COUNSEL, LAW DIVISION<br>600 MOUNTAIN AVE.<br>MURRAY HILL, NJ 07974 | Purchase Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 11/18/2003 | $0.00 |

| COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION OF AGREEMENT(S) TO BE ASSUMED, OR ASSUMED AND ASSIGNED, AS APPLICABLE | CURE AMOUNT |
|---|---|---|---|
| MAAN SHYANG BATTERY ENTERPRISE CO., LTD. | 156-1 FUH AN VILLAGE, AH LIEN, HSIANG, KAOHSIUNG HSIEN, TAIWAN, PROVINCE OF CHINA | Indemnity Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 07/27/2001 | $0.00 |
| MAC ENGINEERING & EQUIPMENT CO., INC. | ATTN: MIKE TOLE 2775 MEADOWBROOK ROAD BENTON HARBOR, MI 49022 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/23/2009 | $0.00 |
| MAC ENGINEERING & EQUIPMENT CO., INC. | MIKE TOLE 2775 MEADOWBROOK ROAD BENTON HARBOR, MI 49022 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 10/12/2009 | $0.00 |
| MAGICDUST TELEVISION, LLC | BETH REYNOLDS, PARTNER 9633 SOUTH 48TH STREET PHOENIX, AZ 85044 | NASCAR Angels Sponsor Agreement, and any related amendments, renewals, and extensions thereto<br>Contract Dated: 05/26/2009 | $0.00 |
| MALIKAYIL, LOOKOSE C. | 5 CATHEDRAL COURT JOHNSON CITY, TN 37601 | Relocation and Repayment Agreement, and any related amendments, renewals, and extensions thereto<br>Contract Dated: 10/11/2012 | $0.00 |
| MANAGEMENT COMMUNICATION SYSTEMS, INC. | PETER W. LILIENTHAL 3100 WEST LAKE STREET SUITE 430 MINNEAPOLIS, MN 55416 | In Touch Service Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 10/04/2007 | $0.00 |
| MANTARO NETWORKS INC. | JEREMY PARSONS 20410 CENTURY BLVD. SUITE 120 GERMANTOWN, MD 20874 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 10/26/2012 | $0.00 |
| MANUGISTICS, INC. | 9715 KEY WEST AVENUE ROCKVILLE, MD 20850 | Amendment to Software License agreement and addendum, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 10/10/2003 | $0.00 |
| MANUGISTICS, INC. | 9715 KEY WEST AVENUE ROCKVILLE, MD 20850 | Product Addendum to Software License Agreement; Flexsafe Escrow Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 09/23/2003 | $0.00 |
| MANUGISTICS, INC. | CONTRACTS DEPARTMENT 9715 KEY WEST AVENUE ROCKVILLE, MD 20850 | Software License Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 09/23/2003 | $0.00 |
| MARATHON POWER TECHNOLOGIES COMPANY | MR. AL RODRIQUEZ 8301 IMPERIAL DRIVE WACO, TX 76712 | Trademark Coexistence Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Effective Date: 07/12/2001 | $0.00 |
| MARATHONNORCO AEROSPACE | ATTN: JACK STIFFLER 8301 IMPERIAL DRIVE WACO, TX 76712 | Trademark Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 05/15/2013 | $0.00 |
| MARATHONNORCO AEROSPACE,INC. | MR. AL RODRIQUEZ 8301 IMPERIAL DRIVE WACO, TX 76712 | Trademark Coexistence Agreement Amendment, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 02/21/2006 | $0.00 |
| MARRS FARMS TRUCKING | 26102 HOLT 250 FOREST CITY, MO 64451 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/02/2012 | $0.00 |
| MARSHALL POWER AUSTRALIA PTY LTD | BENIGNO BERNARDO LEVEL 10 1 MARGARET STREET SYDNEY NSW, 2000 AUSTRALIA | Trademark Acquisition and License Deed, and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| MARSHALL POWER AUSTRALIA PTY LTD | LEVEL 10 1 MARGARETSTREET SYDNEY NSW, 2000 AUSTRALIA | Trademark Assignment Deed, and any related amendments, modifications, and extensions thereto | $0.00 |
| MARSHALL POWER AUSTRALIA PTY LTD | MR. BENIGNO BERNARDO LEVEL 10 12 MARGARET STREET SYDNEY, NSW, 2000 AUSTRALIA | Patent License Deed, and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| MARSHALL POWER LIMITED | MINTER ELLISON RUDD WATTS LEVEL 20 LUMLEY CENTRE 88 SHORTHAD STREET AUCKLAND, 1010 NEW ZEALAND | Trademark Assignment Deed, and any related amendments, modifications, and extensions thereto | $0.00 |
| MAXWELL TECHNOLOGIES, INC. | KEVIN S. ROYAL, CFO 5271 VIEWRIDGE DR., SUITE 100 SAN DIEGO, CA 92123 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 05/21/2012 | $0.00 |
| MAYFAIR ASSOCIATES, LLC | ATTN: JAMES H. SHANE 20 ROWES WHARF, SUITE #305 BOSTON, MA 02110 | Lease Agreement with respect to property located at 196 Vanderbilt Ave., Norwood, MA, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/28/2005 | $0.00 |
| MAYVILLE ENGINEERING CO. | SALES MANAGER 715 SOUTH ST MAYVILLE, WI 53050 | Mutual Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 06/07/2012 | $0.00 |
| MAYZO CORPORATION | 6577 PEACHTREE INDUSTRIAL BLVD NORCROSS, GA 30092-3757 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 07/27/2009 | $0.00 |
| MCLANE COMPANY INC. | DOUG LANSFORD, CORPORATE PURCHASING MANAGER 4747 MCLANE PARKWAY TEMPLE, TX 76503-6115 | National Account Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 05/20/2011 | $0.00 |
| MCMERMAMY-NAFZIGER & ASSOCIATES, INC. | JOHN A. MCMELANMNY 910 MOUNTIAN INDUSTRIAL DRIVE MARIETTA, GA 30060 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/25/2010 | $0.00 |

| COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION OF AGREEMENT(S) TO BE ASSUMED, OR ASSUMED AND ASSIGNED, AS APPLICABLE | CURE AMOUNT |
|---|---|---|---|
| MDC RIDER TRAIL, LLC. | ATTN: KARA VILLHARD, DIR. OF OPER. 7711 BONHOMME AVE. SUITE 310 ST. LOUIS, MO 63105 | Lease Agreement with respect to property located at 13738 Rider Trail, Earth City, MO 63045, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 09/03/1991 | $0.00 |
| MECH-CHEM ASSOCIATES, INC. | RALPH W. COOK 144 MAIN STREET NORFOLK, MA 02056 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 02/12/2010 | $0.00 |
| MECONDOR LLC | F. WALLS 375 TIERNEY WAY WINCHESTER, KY 40391 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 11/28/2007 | $0.00 |
| MELANE COMPANY INC. | DOUG LANSFORD 4747 MELANE PARKWAY TEMPLE, TX 76503-6115 | National Account Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 10/30/2007 | $0.00 |
| MELANE COMPANY INC. | DOUG LANSFORD 4747 MELANE PARKWAY TEMPLE, TX 76503-6115 | National Account Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 12/02/2005 | $0.00 |
| MELLON BANK N.A | ONE WALL STREET NEW YORK, NY 10286 | Defined Benefit Master Trust Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 11/13/1996 | $0.00 |
| MENARD, INC. | 5101 MENARD DR EAU CLAIRE, WI 54703 | Battery Purchase & Service, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 09/01/2011 | $0.00 |
| MERITEX PROPERTIES, LLC | SDS 12-2106 PO BOX 86 MINNEAPOLIS, MN 55486-2106 | Lease Agreement with respect to property located at 861 Taylor Road, Gahanna, OH, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 04/30/2004 | $0.00 |
| MERRILL COMMUNICATIONS LLC | JAMES P. MOORE ONE MERRILL CIRCLE ST. PAUL, MN 55108 | Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Effective Date: 06/10/2008 | $0.00 |
| METALCRAFT OF MAYVILLE, INC. | DANIEL NISSEN 1000 METALCRAFT DR MAYVILLE, WI 53050 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 06/07/2012 | $0.00 |
| MG METROLOGY SERVICES INC. | MUNTHER GULIANA 11328 BOGIE LAKE RD WHITE LAKE, MI 48386 | Independent Contractor Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Effective Date: 02/10/2012 | $2,644.70 |
| MH EQUIPMENT | FRED METZGER 95 EXECUTIVE PKWY STE 200 HUDSON, OH 44236 | Customer Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 07/23/2013 | $0.00 |
| MICHIGAN STATE UNIVERSITY | MICHAEL R. POTERALA, EXECUTIVE DIRECTOR MSU TECHNOLOGIES 325 EAST GRAND RIVER, SUITE 350 EAST LANSING, MI 48823 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 01/12/2010 | $0.00 |
| MICREL INCORPORATED | GENERAL COUNSEL 2180 FORTUNE DRIVE SAN JOSE, CA 95131 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 09/20/2010 | $0.00 |
| MICROSOFT LICENSING, GP | MESFIN FELLEKE DEPT 551, VOLUME LICENSING 6100 NEIL ROAD, SUITE 210 RENO, NV 89511-1137 | Microsoft Volume Licensing Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 06/15/2012 | $0.00 |
| MICROSOFT LICENSING, GP | MESFIN FELLEKE DEPT. 551, VOLUME LICENSING 6100 NELL ROAD, SUITE 210 RENO, NV 89511-1137 | Software Volume Licensing, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 04/25/2011 | $0.00 |
| MID-AMERICA PRECISION PRODUCTS, LLC | RANDY LEPPEL 1927 W 4TH ST JOPLIN, MO 64801 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 06/04/2012 | $0.00 |
| MIDTRONICS, INC. | 7000 MONROE ETREET WILLOWBROOK, IL 60521 | Assignment of Patents and Patent Applications, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 04/05/2001 | $0.00 |
| MIDTRONICS, INC. | 7000 MONROE STREET WILLOWBROOK, IL 60521 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 07/02/2009 | $0.00 |
| MIDTRONICS, INC. | 7000 MONROE STREET WILLOWBROOK, IL 60521 | Trademark Assignment, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 04/05/2001 | $0.00 |
| MIKE ALLEN | | Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 08/22/2013 | $0.00 |
| MILLER TRUCKING | 105 NORTH 8TH AVENUE PO BOX 665 STROUD, OK 74079 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 02/15/2012 | $0.00 |
| MINITAB, INC. | QUALITY PLAZA 1829 PINE HALL ROAD STATE COLLEGE, PA 16801 | License agreement, and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| MINITAB, INC. | QUALITY PLAZA 1829 PINE HALL ROAD STATE COLLEGE, PA 16801 | Software License Agreement, and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| MISSIONARY SISTERS OF THE MOST SACRED HEART OF JESUS, INC. | ATTN: SISTER LORRAINE MOLCHANOW 2811 MOYERS LN READING, PA 19605 | Ground Lease and Amendments for Land bordering the Gethsemane Cemetery, and any related amendments, modifications, renewals, and extensions thereto Contract Effective Date: 03/01/2012 | $0.00 |

Exhibit 9.1 Assumed Executory Contracts and Unexpired Leases

| COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION OF AGREEMENT(S) TO BE ASSUMED, OR ASSUMED AND ASSIGNED, AS APPLICABLE | CURE AMOUNT |
|---|---|---|---|
| MITSUBISHI CATERPILLAR FORKLIFT AMERICA INC. | 2121 W. SAM HOUSTON PARKWAY N HOUSTON, TX 77043 | Statement of Intention of the Parties, General Terms and Conditions of Purchase Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 01/09/2008 | $0.00 |
| MITSUBISHI CATERPILLAR FORKLIFT AMERICA INC. | OFFICE OF THE GENERAL COUNSEL 2121 W SAM HOUSTON PKWY N HOUSTON, TX 77043 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 06/01/2010 | $0.00 |
| MIYACHI UNITEK CORPORATION | JACK D. LANTZ 1820 S. MYRTLE AVENUE MONROVIA, CA 91016 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 09/09/2009 | $0.00 |
| MOHR PARTNERS, INC. | ATTN: MR. TED A. FREDRICKS, PRESIDENT 14643 DALLAS PARKWAY, SUITE 1000 DALLAS, TX 75254 | Settlement Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 02/26/2013 | $0.00 |
| MOMATT, S.A. DE C.V. | ING. GERMAN CAMPOS PABLO R. SIDAR NO. II-A (MOCTEZUMA) MEXICO, D.F.,  C.P. 15530 MEXICO | Purchase and Sales Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Effective Date: 06/01/1993 | $0.00 |
| MONITOR COMPANY GROUP LIMITED PARTNERSHIP | TWO CANAL PARK CAMBRIDGE, MA 02141 | Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 07/22/2010 | $0.00 |
| MOPAR CANADA CORP. | CAMERON LEWIS 3000 TEMPLE DR. WINDSOR, ON N8W 5H9 CANADA | Proposed Terms and Conditions, and any related amendments, modifications, renewals, and extensions thereto Contract Effective Date: 01/05/2009 | $0.00 |
| MORENG METAL PRODUCTS, INC. | JAMES MORENY 100 W END RD P. O. BOX 185 TOTOWA, NJ 07512 | Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 08/01/2011 | $0.00 |
| MORGAN WOOD PRODUCTS | ATTN: LUKE RAINSTETLE PO BOX 177 POWELL, OH 43065 | Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 06/05/2013 | $0.00 |
| MORRIS TRUCKING | RANDY MORRISON P.O.BOX 171 215 RAILSIDE DRIVE ALBURNETT, IA 52202 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 02/15/2012 | $0.00 |
| MOTOR APPLIANCE CORPORATION | EVAN BALLMAN 601 INTERNATIONAL AVENUE WASHINGTON, MO 63090 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 02/02/2012 | $0.00 |
| MOUNTAIN POWER INC. | PRESIDENT & CEO 101A-1546 DERWENT WAY DELTA, BC V3M 6M4 CANADA | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 05/23/2008 | $0.00 |
| MOUNTAIN STATES AUTOMATION, INC. | MARTYN SUTTON, PRESIDENT 2740 S. VALLEJO ST. ENGLEWOOD, CO 80110 CANADA | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 09/01/2009 | $0.00 |
| MPT GROUP LLC | LAWRENCE G. EAGAN 115 SILVER FALLS DRIVE APOLLO BEACH, FL 33572 | Amended Consulting and Confidentiality Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 05/01/2013 | $0.00 |
| MSLI, GP | MICROSOFT CORPORATION, LAW AND CORPORATE AFFAIRS VOLUME LICENSING ATTORNEY ONE MICROSOFT WAY REDMOND, WA 98052 | Microsoft Business Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 08/22/2000 | $0.00 |
| MSLI, GP | MICROSOFT CORPORATION, LAW AND CORPORATE AFFAIRS VOLUME LICENSING ATTORNEY ONE MICROSOFT WAY REDMOND, WA 98052 | Microsoft Enterprise Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 08/22/2000 | $0.00 |
| MSR CUSTOMERS CORPORATION | CHARLES NEWTON, VICE PRESIDENT 1 PEACE BRIDGE PLAZA BUFFALO, NY 14213 | Subscription Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 08/11/2006 | $0.00 |
| MSR CUSTOMERS CORPORATION | CHARLES NEWTON, VICE PRESIDENT 1 PEACE BRIDGE PLAZA BUFFALO, NY 14213 | Subscription Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 08/17/2007 | $24,913.37 |
| MSR CUSTOMERS CORPORATION | RASIV MANUCHA, PRESIDENT 1 PEACE BRIDGE PLAZA BUFFALO, NY 14213 | Subscription Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 08/18/2005 | $0.00 |
| MSS INDIA PRIVATE LIMITED | THE OFFICE OF THE OPERATIONS DIRECTOR UNIT H8 MIDC AMBAD NASIK 422 010, INDIA | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 10/05/2012 | $0.00 |
| MUHLENBERG TOWNSHIP | ATTN: TOWNSHIP SOLICITOR 5401 LEESPORT AVENUE TEMPLE, PA 19560 | Sale of Land, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 02/01/2011 | $0.00 |
| MULLER HARPER INC. | W.V. SCOTT, PRESIDENT PO BOX 15518 PITTSBURGH, PA 15244 | Manufacturer's Representative Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 07/01/1990 | $0.00 |
| MWA PACKAGING | ATTN: ALLAN WASSERMAN 3921 CRESTWOOD DR NORTHBROOK, IL 60062 | Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 06/05/2013 | $0.00 |

Exhibit 9.1 Assumed Executory Contracts and Unexpired Leases

| COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION OF AGREEMENT(S) TO BE ASSUMED, OR ASSUMED AND ASSIGNED, AS APPLICABLE | CURE AMOUNT |
|---|---|---|---|
| NACCO MATERIALS HANDLING GROUP, INC. | JASON LIVINGSTONE 4000 NE. BLUE LAKE ROAD FAIRVIEW, OR 97024 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Effective Date: 10/18/2012 | $0.00 |
| NANO TERRA INC. | ERIC L. KELLER 790 MEMORIAL DRIVE CAMBRIDGE, MA 02139 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 10/17/2007 | $0.00 |
| NATIONAL FREIGHT, INC | PRICING DEPARTMENT 1515 BURNT MILL ROAD CHERRY HILL, NJ 08003 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 10/25/2011 | $0.00 |
| NATIONAL PRONTO ASSOCIATION | MIKE MOHLER DIRECTOR OF PRODUCT MANAGEMENT 204 N. DOOLEY ST. GRAPEVINE, TX 76051 | Exclusive Battery Supply Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 03/13/2012 | $0.00 |
| NATIONAL RAILROAD PASSENGER CORPORATION | JIM CLARY 30TH STREET STATION 2955 MARKET STREET, 5TH FLOOR SOUTH, MAILBOX #5S-088 PHILADELPHIA, PA 19104 | Supplies Contract, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 01/28/2013 | $0.00 |
| NATIONAL RAILWAY EQUIPMENT COMPANY | MIKE ZERAFA 14400 SOUTH ROBEY ST. DIXMOOR, IL 60426 | Proposal for 1 year pricing agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 07/24/2012 | $0.00 |
| NATIONAL TRUCK LEASING SYSTEM | 2651 WARRENVILLE ROAD, SUITE 560 DOWNERS GROVE, IL 60515 | Master Vehicle Lease and Service Agreement with Amendment, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 06/16/2006 | $0.00 |
| NATIONAL UTILITY SERVICE, INC. | RICHARD SOULTANIAN 1 MAYNARD DR PARK RIDGE, NJ 07656 | Energy Management Services, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 09/18/2012 | $0.00 |
| NAVAL SURFACE WARFARE CENTER CRANE DIV | C. OWEN 300 HIGHWAY 351, BLDG 2085 CRANE, IN 47522 | Amendment to Contract #N00164-10-C-GS68, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 04/02/2013 | $0.00 |
| NAVAL SURFACE WARFARE CENTER CRANE DIV | C. OWEN 300 HIGHWAY 361, BLDG 2035 CRANE, IN 47522 | Customer Agreement, and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| NAVAL SURFACE WARFARE CENTER CRANE DIV | C. OWEN 300 HIGHWAY 361, BLDG 2035 CRANE, IN 47522 | Customer Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 03/22/2013 | $0.00 |
| NAVAL SURFACE WARFARE CENTER CRANE DIV | C. OWEN 300 HIGHWAY 361, BLDG 3287E CODE CXMO CRANE, IN 47522 | Amendment to Contract #N00164-10-C-GS68, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 08/26/2011 | $0.00 |
| NAVAL SURFACE WARFARE CENTER CRANE DIV | E. MCDANIEL 300 HIGHWAY 361, BLDG 2035 CRANE, IN 47522-5001 | Amendment to Contract #N00164-11-C-GS76, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 06/03/2013 | $0.00 |
| NAVAL SURFACE WARFARE CENTER CRANE DIV | ELLEN M. MCDANIEL 300 HIGHWAY 351, BLDG 3287E CRANE, IN 47522-5001 | Service Contract, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 09/01/2011 | $0.00 |
| NAVAL SURFACE WARFARE CENTER CRANE DIV | R COLVIN 300 HIGHWAY 361, BLDG 3287E CRANE, IN 47522-5001 | Service Contract, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 09/27/2010 | $0.00 |
| NAVISTAR, INC. | MANAGER PROCUREMENT 2701 NAVISTAR DRIVE LISLE, IL 60532 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 03/04/2013 | $0.00 |
| NAVISTAR, INC. | SUPPLY MANAGER AND PRODUCT MANAGER 2701 NAVISTAR DR LISLE, IL 60532-3637 | Rebate Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 07/14/2010 | $0.00 |
| NAVISTAR, INC. | SUPPLY MANAGER AND PRODUCT MANAGER 4201 WINFILED ROAD WARRENVILLE, IL 60555 | Price Adjustments & Long-Term Supply, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 10/18/2011 | $0.00 |
| NEENAH PAPER, INC | MELANIE K. CALKINS 3460 PRESTON RIDGE ROAD, SUITE 600 ALPHARETTA, GA 30005 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 07/27/2010 | $0.00 |
| NETAPP, LNC. | ADAM HOFELER 780 JOHNSON FERRY RD NE, SUITE 100 ATLANTA, GA 30342 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 10/22/2010 | $0.00 |
| NEUTRON LLP | P.G. BOWENS DELTA HOUSE FIRCROFT WAG EDENBRIDGE,  TN21 9RA UNITED KINGDOM | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 02/10/2012 | $0.00 |
| NEW BEVERLY REALTY, LLP | 101 EAST MAIN STREET LITTLE FALLS, NJ 07424 | Lease Agreement with respect to property located at 430 Hayden Station Road, Windsor, CT, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 07/27/2011 | $0.00 |
| NIPPON SHEET GLASS CO., LTD. | LEGAL SUMITOMO FUDOSAN MITA TWIN BLDG. WEST WING 3-5-27, MITA, MINATO-KU TOKYO, 108-6321 JAPAN | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 01/31/2012 | $0.00 |
| NL INDUSTRIES, INC. | ATTN: GENERAL COUNSEL 5430 LBJ FREEWAY SUITE 1700 DALLAS, TX 75240-2697 | Settlement Agreement and Mutual Release, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 08/31/1998 | $0.00 |

Exhibit 9.1 Assumed Executory Contracts and Unexpired Leases

| COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION OF AGREEMENT(S) TO BE ASSUMED, OR ASSUMED AND ASSIGNED, AS APPLICABLE | CURE AMOUNT |
|---|---|---|---|
| NMHG FINANCIAL SERVICES, INC. | 10 RIVERVIEW DRIVE DANBURY, CT 06810 | Amendment to Equipment Schedule No. 4315866-022, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 08/01/2012 | $0.00 |
| NMHG FINANCIAL SERVICES, INC. | 10 RIVERVIEW DRIVE DANBURY, CT 06810 | Equipment Schedule/Purchase Option to Lease Agreement - Schedule No. 8685262002, and any related amendments, modifications, renewals, and extensions thereto Contract Effective Date: 02/28/2012 | $0.00 |
| NMHG FINANCIAL SERVICES, INC. | 10 RIVERVIEW DRIVE DANBURY, CT 06810 | Equipment Schedule/Purchase Option to Lease Agreement - Schedule No. 8685262004, and any related amendments, modifications, renewals, and extensions thereto Contract Effective Date: 03/23/2012 | $0.00 |
| NMHG FINANCIAL SERVICES, INC. | 10 RIVERVIEW DRIVE DANBURY, CT 06810 | Terms and Conditions - Amendment to Lease, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 12/27/2011 | $0.00 |
| NMHG FINANCIAL SERVICES, INC. | 10 RIVERVIEW DRIVE DANBURY, CT 06810 | Terms and Conditions - Lease No. 8685262, and any related amendments, modifications, renewals, and extensions thereto Contract Effective Date: 12/27/2011 | $0.00 |
| NMHG FINANCIAL SERVICES, INC. | HEDY SHARP 10 RIVERVIEW DRIVE DANBURY, CT 06810 | Equipment Lease, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 03/23/2012 | $0.00 |
| NOKIA SIEMENS NETWORKS US LLC | JOHN ESPINOSA 6000 CONNECTION DRIVE MAIL DROP 4C-1580 IRVING, TX 75039 | Mutual Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 07/05/2011 | $0.00 |
| NORFALCO INC. | PAUL SHAW 6000 LOMBARDO CENTER THE GENESIS BLDG, SUITE 650 SEVEN HILLS, OH 44131 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 03/14/2013 | $0.00 |
| NORFOLK SOUTHERN RAILWAY COMPANY | DON ALDRIDGE, MANAGER PURCHASING 110 FRANKLIN ROAD S.E. BOX 72 ROANOKE, VA 24042-0072 | Purchase and Sales Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 10/20/2010 | $0.00 |
| NORFOLK SOUTHERN RAILWAY COMPANY | DON ALDRIDGE, MANAGER PURCHASING 110 FRANKLIN ROAD S.E. BOX 72 ROANOKE, VA 24042-0072 | Purchase and Sales Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Effective Date: 05/01/2010 | $0.00 |
| NORFOLK SOUTHERN RAILWAY COMPANY | TIFFANY S. NAPIER MATERIAL MANAGEMENT DEPARTMENT 110 FRANKLIN ROAD S.E. BOX 72 ROANOKE, VA 24042-0072 | Purchase and Sales Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Effective Date: 05/01/2010 | $0.00 |
| NORTHEAST IOWA COMMUNITY COLLEGE | 1625 HIGHWAY 150 PO BOX 400 CALMAR, IA 52132-0400 | Industrial New Jobs Training Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Effective Date: 05/21/2012 | $125.00 |
| NORTHEAST TWENTY SEVEN, LLC | ATTN: RODGER G. FINKE 620 - 12TH AVE. SOUTH HOPKINS, MN 55343 | Lease Agreement with respect to property located at 113 - 27th Avenue NE, Minneapolis, MN, and any related amendments, modifications, renewals, and extensions thereto Contract Effective Date: 04/01/2013 | $0.00 |
| NORTHPOINT INNOVATIVE SOLUTIONS, LLC. | PAUL DISMER 850 BRIARS BEND ALPHARETTA, GA 30004 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 03/30/2011 | $0.00 |
| NORTHSHORE INDUSTRIAL SERVICES, INC | GLENN HOOVER 19435 ESTERBROOK ROAD PONCHATOULA, LA 7454 | Manufacturer's Representative Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 08/01/2004 | $0.00 |
| NORTHSTAR BATTERY COMPANY LLC | PRESIDENT 4000 E CONTINENTAL WAY SPRINGFIELD, MO 65803 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 05/07/2010 | $0.00 |
| NORTHSTAR BATTERY COMPANY, LLC | JERRY HOFFMAN, PRESIDENT 4000 CONTINENTAL WAY SPRINGFIELD, MO 65803 | Purchase Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 02/28/2011 | $0.00 |
| NPC SERVICES, INC. | 2401 BROOKLAWN DR BATON ROUGE, LA 70807 | Transfer of USACE Permit, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 03/31/2011 | $0.00 |
| NPC SERVICES, INC. | ATTN: WILLIAM C. DAWSON 2401 BROOKLAWN DR BATON ROUGE, LA 70808 | Pipe Line License Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 03/31/2011 | $0.00 |
| NPC SERVICES, INC. | ATTN: WILLIAM C. DAWSON 2401 BROOKLAWN DRIVE BATON ROUGE, LA 70808 | Pipeline transfer, Bill of Sale, and right of first refusal, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 03/31/2011 | $0.00 |
| NPC SERVICES, INC. | ATTN: WILLIAM C. DAWSON 2401 BROOKLAWN DRIVE BATON ROUGE, LA 70808 | Right of Way and Easement Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 03/31/2011 | $0.00 |
| NUCLEAR LOGISTICS INCORPORATED | ATTN: ARON SEIKEN 500 MAIN STREET, SUITE 301 FORT WORTH, TX 76102 | Master Purchase Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 08/08/1991 | $0.00 |
| NUCLEAR LOGISTICS INCORPORATED (NLI) | NUCLEAR LOGISTICS INCORPORATED 500 MAIN STREET SUITE 301 FORT WORTH, TX 76102 | Purchase Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 08/08/1991 | $0.00 |
| OBVIENT STRATEGIES, INC. | RAYMOND H. KASTEN 2000 FIRST DRIVE, SUITE 110 MARIETTA, GA 30062 | Master Software license/Service Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 06/13/2003 | $0.00 |
| OCEAN POWER TECHNOLOGIES, INC. | CHIEF FINANCIAL OFFICER 1590 REED ROAD PENNINGTON, NJ 08534 | Confidential Information, Inventions and Trade Secrets Mutual Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 10/06/2010 | $0.00 |

**Exhibit 9.1 Assumed Executory Contracts and Unexpired Leases**

| COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION OF AGREEMENT(S) TO BE ASSUMED, OR ASSUMED AND ASSIGNED, AS APPLICABLE | CURE AMOUNT |
|---|---|---|---|
| OCEAN WORLD LINES, INC. | GENERAL COUNSEL<br>11231 PHILLIPS INDUSTRIAL BLVD, SUITE 200, BUILDING #1<br>JACKSONVILLE, FL 32256 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 10/12/2012 | $0.00 |
| OCTECH | JOHN (NOT LEGIBLE)<br>7 MARJORIE DRIVE<br>SARATOGA SPRINGS, NY 12866 | Manufacturer's Representative Agreement, and any related amendments, renewals, and extensions thereto<br>Contract Dated: 05/15/2009 | $0.00 |
| OLYMPIC FOREST PRODUCTS COMPANY | ATTN: GARY SINDELAR<br>2200 CARNEGIE AVENUE<br>CLEVELAND, OH 44115 | Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 06/05/2013 | $0.00 |
| OM IMPIANTI S.R.L. | ATTN: JACOPO MAGGIANO<br>VIA PAOLO VI, 61<br>24058 ROMANO DI LOMARDIA (BG), ITALY | Equipment Purchase Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 04/23/2012 | $0.00 |
| OM IMPIANTI S.R.L. | ATTN: JACOPO MAGGIONI<br>VIA I MAGGIO 19<br>20872 CORNATE D'ADDA (MB),  ITALY | Mutual Confidentiality Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 04/13/2012 | $0.00 |
| OMNI OXIDE L.L.C. | STEVE RAU<br>5929 LAKESIDE BLVD<br>INDIANAPOLIS, IN 46278 | Confidentiality Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Effective Date: 03/25/2013 | $0.00 |
| OMNITECH AUTOMATION INC. | 316 WOOD ST<br>EMMAUS, PA 18049-3932 | Independent Contractor Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Effective Date: 05/31/2012 | $0.00 |
| ONE BRO INVESTMENTS LLC | ATTN: EDWARD WANANADI, CHAIRMAN<br>ONE CONWAY PARK<br>100 N. FIELD DRIVE, SUITE 355<br>LAKE FOREST, IL 60045 | Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 11/17/2008 | $0.00 |
| ONLINE POWER, INC. | 5940 TRIUMPH ST<br>COMMERCE, CA 90040-1610 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 02/11/2011 | $0.00 |
| ON-POINT GROUP | MANAGING PRINCIPAL<br>P.O. BOX 369<br>WINDSOR, SC 39856 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Effective Date: 03/01/2013 | $0.00 |
| ORACLE AMERICA, INC. | MILLS FLEMING<br>1100 ABERNATHY RD. NE. SUITE 1120<br>ATLANTA, GA 30328 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 11/05/2010 | $0.00 |
| ORACLE AMERICA, INC. | VICE PRESIDENT<br>500 ORACLE PARKWAY<br>REDWOOD SHORES, CA 94065 | Oracle License and Services Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 11/30/2011 | $0.00 |
| ORBITAL ENGINE COMPANY (AUSTRALIA) PTY. LIMITED | TOM P. BASKOVICH, DIRECTOR OF PATENTS & LICENSING<br>1 WHIPPLE STREET<br>BALCATTA 6021<br>WESTERN AUSTRALIA, AUSTRALIA | Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 02/19/2002 | $0.00 |
| OUTSOURCE PARTNERS INTERNATIONAL, INC | GEORGE F. EVANS, MANAGING DIRECTOR<br>477 MADISON AVENUE, SUITE 240<br>NEW YORK, NY 10022 | Master Services Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 05/13/2009 | $0.00 |
| OUTSOURCE PARTNERS INTERNATIONAL, INC. | GEORGE F. EVANS, MANAGING DIRECTOR<br>477 MADISON AVENUE, SUITE 240<br>NEW YORK, NY 10022 | Statement of Work Number 1, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 11/06/2009 | $0.00 |
| OUTSOURCE PARTNERS INTERNATIONAL, INC. | GEORGE F. EVANS, MANAGING DIRECTOR<br>477 MADISON AVENUE, SUITE 240<br>NEW YORK, NY 10022 | Statement of Work Number 2, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 11/06/2009 | $0.00 |
| OWENS CORNING SALES, LLC | IP ADMIN<br>2790 COLUMBUS ROAD, RT 16<br>GRANVILLE, OH 43023 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 01/31/2012 | $0.00 |
| PACCAR INC | ALELI R. HOWELL, DIRECTOR, AFTERMARKET PURCHASING<br>750 HAUSER WAY NORTH<br>RENTON, WA 98055 | Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 04/14/2006 | $0.00 |
| PACCAR INC | DIRECTOR OF PURCHASING<br>777 - 106TH AVE NE<br>PO BOX 1518 98009<br>BELLEVUE, WA 98004 | Customer Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 01/05/2011 | $0.00 |
| PACCAR INC. | DAVID J. DANFORTH<br>750 HOUSER WAY NORTH<br>RENTON, WA 98055 | Long Term Supply Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/22/2010 | $0.00 |
| PACCAR INC. | DIRECTOR OF PURCHASING<br>777 - 106TH AVE NE<br>PO BOX 1518 98009<br>BELLEVUE, WA 98004 | Warranty, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/29/2010 | $0.00 |
| PALLETONE, INC | ATTN: CASEY A. FLETCHER<br>PO BOX 819<br>BARTON, FL 33830 | Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 06/05/2013 | $0.00 |
| PARSONS COMMERCIAL TECHNOLOGY GROUP INC. | JEFFREY B. PARSONS<br>4701 HEDGEMORE DR<br>CHARLOTTE, NC 28209 | Mutual Confidentiality & Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 12/15/2010 | $0.00 |
| PARTNERSHIP TRAVEL CONSULTING, LLC | ANDREW W. MENKES, CEO<br>301 N HARRISON ST STE 214<br>PRINCETON, NJ 08540 | Mutual Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 02/02/2011 | $0.00 |
| PASTOR, BEHLING & WHEELER, LLC | ERIC PASTOR<br>2201 DOUBLE CREEK DR STE 4004<br>ROUND ROCK, TX 78664 | Independent Contractor Agreement, and any related amendments, modifications, renewals, and extensions thereto | $104,334.74 |

Exhibit 9.1 Assumed Executory Contracts and Unexpired Leases

| COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION OF AGREEMENT(S) TO BE ASSUMED, OR ASSUMED AND ASSIGNED, AS APPLICABLE | CURE AMOUNT |
|---|---|---|---|
| PASTOR, BEHLING & WHEELER, LLC | ERIC PASTOR<br>2201 DOUBLE CREEK DR, STE 4004<br>ROUND ROCK, TX 78664 | Master Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 05/04/2012 | $0.00 |
| PATHWAY DEVELOPMENT CORP. | 8725 BAYHILL DRIVE<br>GAINESVILLE, GA 30506 | Consultant Confidentiality Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 04/01/2004 | $0.00 |
| PEARL MEYER & PARTNERS | SANFORD GODWIN<br>ONE ALLIANCE CENTER<br>3500 LENOX RD, STE 1708<br>ATLANTA, GA 30326 | Engagement Letter - Executive compensation consulting, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 08/19/2010 | $38,543.00 |
| PEARL MEYER & PARTNERS | SANFORD GODWIN<br>ONE ALLIANCE CENTER<br>3500 LENOX RD, STE 1708<br>ATLANTA, GA 30326 | Executive Compensation Consulting - Engagement Letter, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 04/06/2011 | $0.00 |
| PENOX GROUP | IAN KLEIN<br>173, DEUTZ-MÜLHEIMER STR.<br>COLOGNE,  51063 GERMANY | Mutual Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 10/12/2009 | $0.00 |
| PENSKE TRUCK LEASING CO, L.P. | ROUTE 10, GREEN HILLS<br>PO BOX 563<br>READING, PA 19603-0563 | Master Lease Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 10/16/2003 | $205,000.00 |
| PENSKE TRUCK LEASING CO., L.P. | ROUTE 10, GREEN HILLS<br>PO BOX 563<br>READING, PA 19603-0563 | Mutual Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/19/2013 | $0.00 |
| PENSKE TRUCK LEASING CO., LP | 2675 MORGANTOWN ROAD<br>READING, PA 19607 | Vehicle Lease Service Agreement - Schedule A, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 10/09/2012 | $0.00 |
| PENTA ENGINEERING CO. LLC | GARY L. GIFFORD<br>10123 CORPORATE SQUARE DR.<br>ST LOUIS, MO 63132 | Independent Contractor Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 10/03/2012 | $0.00 |
| PEOPLECLICK, INC. | DEBORAH M. HATCH<br>2 HANNOVER SQ FL 7<br>RALEIGH, NC 27601 | Consulting Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/30/2009 | $5,523.86 |
| PEOPLECLICK, INC.  (PEOPLEFLUENT) | 434 FAYETTEVILLE STREET, 9TH FLOOR<br>RALEIGH, NC 27601 | Consulting Services Order Form, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 05/16/2012 | $0.00 |
| PILGRIM HILL CAPITAL LLC | NATHANIEL STORCH<br>415 MADISON AVE FL 13<br>NEW YORK, NY 10017 | Confidentiality Agreement, and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| PINNACLE LOGISTICS LLC | DEE DEE HOLDERBY<br>PO BOX 180714<br>FORT SMITH, AR 72918 | Mutual Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 02/15/2012 | $0.00 |
| PIT WORLDWIDE LOGISTICS | CHRIS CAPTINO<br>3505 NATURALLY FRESH BLVD, STE 360<br>ATLANTA, GA 30349 | Mutual Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/05/2013 | $0.00 |
| PITTSBURGH GLASS WORKS, LLC | 30 ISABELLA ST<br>PITTSBURGH, PA 15212 | Service Contract, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/15/2011 | $0.00 |
| PITTSBURGH GLASS WORKS, LLC | ATTN: MARVIN RHOADES<br>30 ISABELLA ST., SUITE 500<br>PITTSBURGH, PA 15212 | National Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 08/12/2010 | $0.00 |
| PLANAR ENERGY, INC. | M. SCOTT FARIS<br>653 W MICHIGAN ST<br>ORLANDO, FL 32805 | Mutual Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 04/13/2010 | $0.00 |
| PLEXUS CORP. | 55 JEWELERS PARK DR<br>NEENAH, WI 54956 | Mutual Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Effective Date: 11/17/2009 | $0.00 |
| PLS LOGISTICS SERVICES | RYAN BOUSHELL<br>3120 UNIONVILLE RD<br>BUILDING 110; SUITE 100<br>CRANBERRY TOWNSHIP, PA 16066 | Mutual Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/06/2013 | $0.00 |
| POLYMER & ADDITIVE CONSULTING | BRUCE V. HEIN<br>4187 SUMMIT WAY<br>MARIETTA, GA 30066 | Mutual Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 10/13/2009 | $0.00 |
| POWER MACHINERY CENTER | ATTN: RICK POWER<br>3450 CAMINO AVENUE<br>OXNARD, CA 93030 | Purchase Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 05/16/2013 | $0.00 |
| POWER MACHINERY CENTER | RICK POWER<br>3450 CAMINO AVE<br>OXNARD, CA 93030 | Customer Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 05/25/2012 | $0.00 |
| POWER MACHINERY CENTER | RICK POWER<br>3450 CAMINO AVE<br>OXNARD, CA 93030 | Customer Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 06/07/2010 | $0.00 |
| POWER PLUS PRODUCTS | 2255 SALSCHEIDER<br>GREEN BAY, WI 54313 | Manufacturer's Representation Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 06/15/1999 | $0.00 |
| POWER PRODUCTS PLUS, INC. | ATTN: AARON MAER<br>2255 SALSCHEIDER CT.<br>GREEN BAY, WI 54313 | Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 04/19/2013 | $0.00 |
| POWER PRODUCTS, PLUS, INC. | AARON MAES<br>4010 VELP AVE<br>GREEN BAY, WI 54313 | Manufacturer's Representative Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 08/01/2009 | $0.00 |

| COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION OF AGREEMENT(S) TO BE ASSUMED, OR ASSUMED AND ASSIGNED, AS APPLICABLE | CURE AMOUNT |
|---|---|---|---|
| POWERGENIX | DAN SQUILLER<br>10109 CARROLL CANYON RD<br>SAN DIEGO, CA 92131 | Mutual Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 08/26/2009 | $0.00 |
| POWERLAB INC. | JAMES TUNNELL<br>PO BOX 913<br>TERRELL, TX 75160 | Confidentiality Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Effective Date: 03/27/2013 | $0.00 |
| POWER-LIFT INC. | 275 33RD AVENUE SOUTHWEST<br>CEDAR RAPIDS, IA 52404 | Master lease agreement - Equipment Schedule #2, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 07/18/2011 | $0.00 |
| POWER-LIFT INC. | 275 33RD AVENUE SOUTHWEST<br>CEDAR RAPIDS, IA 52404 | Master lease agreement - Equipment Schedule #3., and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 07/18/2011 | $359.89 |
| POWER-LIFT, INC. | 275 33RD AVENUE SOUTHWEST<br>CEDAR RAPIDS, IA 52404 | Master lease agreement - Equipment Schedule #4., and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 07/18/2011 | $0.00 |
| POWER-LIFT, INC. | 275 33RD AVENUE SOUTHWEST<br>CEDAR RAPIDS, IA 52404 | Master lease agreement - Equipment Schedule #5, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 07/18/2011 | $0.00 |
| POWER-LIFT, INC. | VERNA M. WATTERS<br>275 33RD AVENUE SOUTHWEST<br>CEDAR RAPIDS, IA 52404 | Equipment Lease No. 3 to Master Lease Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 07/18/2011 | $0.00 |
| POWER-LIFT, INC. | VERNA M. WATTERS<br>275 33RD AVENUE SOUTHWEST<br>CEDAR RAPIDS, IA 52404 | Equipment Schedule No. 1 to Master Lease Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 07/18/2011 | $0.00 |
| POWERLIGHT CORPORATION | NOEL BEAUCHAMP<br>2954 SAN PABLO AVE.<br>BERKELEY, CA 94702 | Co-Existence Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 04/08/2003 | $0.00 |
| PPG INDUSTRIES, INC. | ASSOCIATE DIRECTOR OF R&D<br>ONE PPG PLACE<br>PITTSBURGH, PA 15272 | Confidential Information/Sample Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 04/22/2010 | $0.00 |
| PRAXAIR, INC | ATTN: JAMES L. HOWELL, REGIONAL SALES DIRECTOR<br>39 OLD RIDGEBURY ROAD<br>DANBURY, CT 06810 | Product Supply Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 08/07/1998 | $0.00 |
| PRAXAIR, INC | ATTN: TIM L. BAIRD<br>7000 HIGH GROVE BOULEVARD<br>BURR RIDGE, IL 60527 | Oxygen Supply Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 11/29/2010 | $0.00 |
| PRAXAIR, INC. | CONTRACT ADMINISTRATOR<br>PO BOX 1986<br>39 OLD RIDGEBURY RD<br>DANBURY, CT 06813-1986 | Rider to Product Supply Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 08/27/2009 | $0.00 |
| PRAXAIR, INC. | CONTRACT ADMINISTRATOR<br>PO BOX 1986<br>55 OLD RIDGEBURY RD<br>DANBURY, CT 06813-1986 | Product Supply Agreement and Rider, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 08/07/1998 | $0.00 |
| PRAXAIR, INC. | CONTRACT ADMINISTRATOR<br>PO BOX 1986<br>55 OLD RIDGEBURY RD<br>DANBURY, CT 06813-1986 | Rider to Product Supply Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 09/20/2004 | $0.00 |
| PRAXAIR, INC. | TIM L. BAIRD<br>7000 HIGH GROVE BLVD<br>BURR RIDGE, IL 60527-7595 | Amendment No. 1 to Oxygen Supply Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 10/22/2010 | $102,885.31 |
| PRECISION CABLE ASSEMBLIES | RICH HORKY<br>16830 PHEASANT DR<br>BROOKFIELD, WI 53005 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 12/22/2009 | $0.00 |
| PREMIUM POWER CORPORATION | 87 CONCORD ST<br>NORTH READING, MA 01864 | Confidential Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Effective Date: 04/08/2011 | $0.00 |
| PRINTED CIRCUITS CORP. | PRAVIN KAKADIYA<br>5295 WEBB PKWY NW<br>LILBURN, GA 30047 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 08/03/2012 | $0.00 |
| PROCESSING TECHNOLOGIES, INC. | DANA R. HANSON<br>417 STONE DR<br>ST CHARLES, IL 60174 | License Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 04/18/2000 | $0.00 |
| PROCESSMAP CORPORATION | LEGAL<br>1301 INTERNATIONAL PKWY STE 160<br>SUNRISE, FL 33323 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 01/18/2013 | $0.00 |
| PROCHEM | 5100 ENTERPRISE DRIVE<br>ELLISTON, VA 24087 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 06/10/2011 | $0.00 |
| PROCOR INDUSTRIAL, INC. | ERIC KOLLOWSKI<br>119 EASTBEND CT STE 16<br>MOORESVILLE, NC 28117 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 02/19/2013 | $0.00 |
| PROGRESSIVE ENVIRONMENTAL SERVICES INC. DBA SWS ENVIRONMENTAL SERVICES | SWS ENVIRONMENTAL SERVICES<br>600 GRAND PANAMA BLVD. SUITE 200<br>PANAMA CITY BEACH, FL 32407 | Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 08/09/2013 | $0.00 |
| PROLOGIS | 26277 SW 95TH AVENUE, SUITE 405<br>WILSONVILLE, OR 97070 | Lease Agreement with respect to property located at 13802 NE Airport Way, Portland, OR 97230, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 05/01/2004 | $0.00 |

| COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION OF AGREEMENT(S) TO BE ASSUMED, OR ASSUMED AND ASSIGNED, AS APPLICABLE | CURE AMOUNT |
|---|---|---|---|
| PROLOGIS SECOND U.S. PROPERTIES LP | PIER 1, BAY 1<br>ATTN: LEGAL DEPARTMENT<br>SAN FRANCISCO, CA 94111 | Lease Agreement with respect to property located at 14800 E. 35th Place; Aurora; CO 80011, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 05/04/2012 | $0.00 |
| PRONORTH TRANSPORTATION | ISAAC KERR<br>348 BIRCH'S ROAD<br>NORTH BAY, ON PIB 8Z4<br>CANADA | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 11/02/2012 | $0.00 |
| PROVECTOR LIMITED | MIKE KELAWAY<br>6 ST GEORGE'S TOWER<br>HATLEY ST GEORGE<br>SANDY, BEDFORDSHIRE<br>SG19 3SH UNITED KINGDOM | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 11/06/2009 | $0.00 |
| PULSE ENGINEERING, INC. | VICE PRESIDENT WORLDWIDE SALES<br>12220 WORLD TRADE DR<br>SAN DIEGO, CA 92128 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 09/20/2010 | $0.00 |
| PUROLATOR INC. | VICE-PRESIDENT, GENERAL COUNSEL AND CORPORATE SECRETARY<br>5995 AVEBURY ROAD, SUITE 100<br>MISSISSAUGA, ON L5R 3T8<br>CANADA | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Effective Date: 11/16/2012 | $0.00 |
| QUALITY DELIVERY SERVICES | ROBERT D. FORBES<br>693 COUNTRY PLACE DR<br>PEARL, MS 39208 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 02/15/2012 | $0.00 |
| QUALITY POWER SERVICES, LLC | JOSEPH T. PFAU<br>100 PARKER DR<br>PELHAM, AL 35124 | Manufacturer's Representative Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 01/30/2013 | $0.00 |
| QUALITY POWER SERVICES, LLC | JOSEPH T. PFAU<br>100 PARKER DR<br>PELHAM, AL 35124 | Manufacturer's Representative Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 12/06/2012 | $0.00 |
| QWEST BUSINESS RESOURCES, INC. | 700 W MINERAL AVE<br>LITTLETON, CO 80120 | Product Schedule, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 11/20/2006 | $0.00 |
| QWEST BUSINESS RESOURCES, INC. | LEAD BUYER<br>700 W MINERAL AVE<br>LITTLETON, CO 80120 | Master Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 11/20/2006 | $0.00 |
| QWEST COMMUNICATIONS CORPORATION | JESSE KREINBRINK<br>7800 E ORCHARD RD<br>ENGLEWOOD, CO 80111 | Customer Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 11/03/2000 | $0.00 |
| QWEST COMMUNICATIONS CORPORATION | VICE-PRESIDENT LEGAL AFFAIRS DEPARTMENT, COMMERCIAL LAW<br>1801 CALIFORNIA ST, FL 38<br>DENVER, CO 80202 | Utility Agreement - Telecommunications Services, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 04/10/2012 | $0.00 |
| QWEST COMMUNICATIONS, INC. | JESSE KREINBRINK<br>7800 E ORCHARD RD<br>ENGLEWOOD, CO 80111 | Customer Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 06/12/2001 | $0.00 |
| QWEST CORPORATION | LAW DEPARTMENT - PROCUREMENT. GENERAL COUNSEL<br>1801 CALIFORNIA ST.<br>DENVER, CO 80202 | Amendment No. PRA1233.1 to Original Agreement PRA1233.0 (of 10/1/06), and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 06/19/2009 | $0.00 |
| QWEST CORPORATION | LAW DEPARTMENT - PROCUREMENT. GENERAL COUNSEL<br>1801 CALIFORNIA ST.<br>DENVER, CO 80202 | Amendment No. PRA1233.2, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 11/05/2010 | $0.00 |
| QWEST CORPORATION | LAW DEPARTMENT - PROCUREMENT. GENERAL COUNSEL<br>1801 CALIFORNIA ST.<br>DENVER, CO 80202 | Amendment No. PRA1233.PS2.1 that amends certain Schedule PRA1233.PS2.0., and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/25/2011 | $0.00 |
| QWEST CORPORATION | LAW DEPARTMENT - PROCUREMENT. GENERAL COUNSEL<br>1801 CALIFORNIA ST.<br>DENVER, CO 80202 | Amendment No. PRA1233.PS2.1, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/25/2011 | $0.00 |
| QWEST CORPORATION | LAW DEPARTMENT - PROCUREMENT. GENERAL COUNSEL<br>1801 CALIFORNIA ST.<br>DENVER, CO 80202 | Amendment No. PRA1233.PS2.2 to PRA1233.PS2.0 Product Schedule, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 12/20/2011 | $0.00 |
| QWEST CORPORATION | LAW DEPARTMENT - PROCUREMENT. GENERAL COUNSEL<br>1801 CALIFORNIA ST.<br>DENVER, CO 80202 | Product Schedule PRA1233.PS2.0 to Agreement No. PRA1233.0, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 11/09/2010 | $0.00 |
| QWEST CORPORATION | LAW DEPARTMENT - PROCUREMENT. GENERAL COUNSEL<br>1801 CALIFORNIA ST.<br>DENVER, CO 80202 | Product Schedule PRA1233.PS2.0, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 11/09/2010 | $0.00 |
| QWEST CORPORATION | LAW DEPARTMENT - PROCUREMENT. GENERAL COUNSEL. AGREEMENT #PRA12332<br>1801 CALIFORNIA ST.<br>DENVER, CO 80202 | Amendment No. PRA1233.2 to certain agreement PRA.1233.1., and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 11/05/2010 | $0.00 |
| QWEST CORPORATION, DBA CENTURYLINK | LAW DEPARTMENT - PROCUREMENT. GENERAL COUNSEL<br>1801 CALIFORNIA ST.<br>DENVER, CO 80202 | Amendment No. PRA1233.PS2.2 to PRA1233.PS2.0 Product Schedule, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 12/22/2011 | $0.00 |

Exhibit 9.1 Assumed Executory Contracts and Unexpired Leases

| COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION OF AGREEMENT(S) TO BE ASSUMED, OR ASSUMED AND ASSIGNED, AS APPLICABLE | CURE AMOUNT |
|---|---|---|---|
| QWEST CORPORATION, DBA CENTURYLINK | LAW DEPARTMENT - PROCUREMENT. GENERAL COUNSEL<br>1801 CALIFORNIA ST.<br>DENVER, CO 80202 | Amendment No. PRA7586.0 to PRA1233.0 Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 11/30/2012 | $0.00 |
| QWEST CORPORATION, DBA CENTURYLINK | LAW DEPARTMENT - PROCUREMENT. GENERAL COUNSEL<br>1801 CALIFORNIA ST.<br>DENVER, CO 80202 | Amendment No. PRA7586.PS1.0 to PRA1233.PS2.0 Product Schedule, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 11/30/2012 | $0.00 |
| QWEST SERVICES CORPORATION | LEGAL DEPARTMENT<br>1801 CALIFORNIA ST FL 9<br>DENVER, CO 80202 | Mutual Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 04/07/2005 | $0.00 |
| R&R WOOD PRODUCTS INC | ATTN: BROOKE M ZIEGLER<br>PO BOX 51065<br>MAINLAND, PA 19451 | Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 06/05/2013 | $0.00 |
| R+L TRUCKLOAD SERVICES | JEFF PAULSEN<br>7290 COLLEGE PKWY<br>FT MYERS, FL 33907 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 10/31/2011 | $0.00 |
| RACKSPACE US INC. | LEGAL DEPARTMENT<br>5000 WALZEM ROAD<br>SAN ANTONIO, TX 78218 | Bilateral Non-Disclosure agreement for Sales Discussions, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 05/07/2012 | $0.00 |
| RACKSPACE US, INC | 5000 WALZEM RD<br>SAN ANTONIO, TX 78218 | Additional terms and conditions to the general terms and conditions, and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| RACKSPACE US, INC. | 5000 WALZEM RD<br>SAN ANTONIO, TX 78218 | Hosting Service Agreement (#1740364), and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| RACKSPACE US, INC. | ATTN: ALAN SCHOENBAUM<br>5000 WALZEM ROAD<br>SAN ANTONIO, TX 78218 | Hosting Service agreement , and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| RACKSPACE US, INC. | GENERAL COUNSEL<br>MAIL STOP: US109-2301<br>5000 WALZEM DR<br>SAN ANTONIO, TX 78218 | IT Services, and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| RACKSPACE US, INC. | LEGAL DEPARTMENT<br>5000 WALZEM ROAD<br>SAN ANTONIO, TX 78218 | Agreement for Professional and Consulting Services (#1740364), and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| RACKSPACE US, INC. | LEGAL DEPARTMENT<br>5000 WALZEM ROAD<br>SAN ANTONIO, TX 78218 | Hosting Service Agreement (#803012), and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| RAIL LOGISTICS, LC | 6600 COLLEGE BOULEVARD, SUITE 310<br>OVERLAND PARK, KS 66211 | Indemnity Agreement, and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| RAMAN FIBRE SCIENCE PVT LTD. | SURVEY NO. 38. K.N. HUNDI<br>12TH K.M. MYSORE-OOTY ROAD<br>KADAKOLA POST, MYSORE 571 311<br>KARNATAKA, INDIA | Mutual Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 05/23/2013 | $0.00 |
| RAMAN FIBRESCIENCE PRIVATE LIMITED | RAGHU AKELLA<br>SY. NO. 38, K.N.HUNDI, 12TH KM<br>MYSORE-OOTY ROAD, KADAKOLA<br>MYSORE, INDIA | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 04/28/2010 | $0.00 |
| RAMCAR BATTERIES, INC. | CLIFFORD J. CROWE<br>2700 CARRIER AVE<br>COMMERCE, CA 90040 | Indemnity Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 11/23/2005 | $0.00 |
| RAMCAR, INC. | GIL C. CABARRUBIA<br>8TH FLOOR RAMCAR CENTER<br>80-82 DON ALEJANDRO R. ROCES AVENUE<br>QUEZON CITY,  PHILIPPINES | Confidentiality Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Effective Date: 09/15/2011 | $0.00 |
| RAPID DEVELOPMENT SERVICES, INC. | LEON GUREVICH<br>11080 LINPAGE PL<br>ST LOUIS, MO 63132 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 07/17/2009 | $0.00 |
| RAPIDPARTS INC. | CRAIG SUNDSTROM<br>2950 WALKENT CT NW<br>GRAND RAPIDS, MI 49544 | Customer Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 01/27/2012 | $0.00 |
| RAPIDPARTS INC. | CRAIG SUNDSTROM<br>2950 WALKENT CT NW<br>GRAND RAPIDS, MI 49544 | Customer Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 05/07/2012 | $0.00 |
| RAPIDPARTS INC. | CRAIG SUNDSTROM<br>2950 WALKENT CT NW<br>GRAND RAPIDS, MI 49544 | Customer Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 12/22/2009 | $0.00 |
| RAYMOND LEASING | CORPORATE HEADQUARTERS<br>P.O. BOX 130<br>GREENE, NY 13778 | Schedule A to Agreement Number 310831, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 06/11/2013 | $0.00 |
| RAYMOND LEASING CORPORATION | CORPORATE HEADQUARTERS<br>P.O. BOX 130<br>GREENE, NY 13778 | Schedule A to Equipment Lease No. 2140617, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/24/2011 | $0.00 |
| RAYMOND STORAGE CONCEPTS, INC. | 4350 INDECO CT<br>CINCINNATI, OH 45241 | Master Agreement & Schedule A, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 06/11/2013 | $0.00 |
| RDM SOLUTIONS GROUP, LLC | 3482 KEITH BRIDGE ROAD<br>CUMMING, GA 30041 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 08/25/2009 | $0.00 |
| REBATT CONSULTING LLC | ATTN: RICHARD E. ESTRADA<br>1519 MORNING GLORY DRIVE<br>HARTFORD, WI 53027 | Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 02/15/2012 | $0.00 |

Exhibit 9.1 Assumed Executory Contracts and Unexpired Leases

| COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION OF AGREEMENT(S) TO BE ASSUMED, OR ASSUMED AND ASSIGNED, AS APPLICABLE | CURE AMOUNT |
|---|---|---|---|
| REMEDIATION SERVICES, INC. | GRANT SHERWOOD<br>2735 S 10TH ST<br>INDEPENDENCE, KS 67301 | Decontamination & Demolition, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 12/10/2012 | $739,274.00 |
| RES AMERICA DEVELOPMENTS INC. | LEGAL DEPARTMENT<br>11101 W 120TH AVE #400<br>BROOMFIELD, CO 80021 | Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Effective Date: 03/03/2010 | $0.00 |
| RETICLE INC. | DALE M. NESBITT<br>334 STATE ST STE 204<br>LOS ALTOS, CA 94022 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 10/12/2009 | $0.00 |
| REVOLT TECHNOLOGY LIMITED | LAUBISTRUTISTRASSE 44<br>CH-8712 STAEFA<br>SWITZERLAND | Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 08/25/2009 | $0.00 |
| RICHARDSON MOLDING INCORPORATED | ROGER WINSLOW<br>PO BOX 288<br>607 W JEFFERSON<br>CORYDON, IA 50060 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/13/2013 | $0.00 |
| RIEKES EQUIPMENT COMPANY | ATTN: MR. ED KETCHAM<br>6703 L STREET<br>OMAHA, NE 68117 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 04/04/2013 | $0.00 |
| RINCON TECHNOLOGY | RINCON TECHNOLOGY<br>810 E. MONTICETO<br>SANTA BARBARA, CA 93103 | Non-Disclosure Agreement, and any related amendments, modifications, and extensions thereto<br>Contract Dated: 07/15/2013 | $0.00 |
| RIVER CITY WOOD PRODUCTS | ATTN: KEVIN OCHS<br>19885 DETROIT RD. #200<br>ROCKY RIVER, OH 44116 | Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 06/05/2013 | $0.00 |
| ROBERT BOSCH GMBH | ROBERT-BOSCH-PLATZ 1<br>GERLINGEN, 70839 GERMANY | Agreement on Quality, Occupational Health and Safety, Environmental Protection and Social Responsibility, and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| ROBERT BOSCH LIMITADA | PAULO ROCCA, CARLOS PULICI<br>VIA ANHANGÜERA KM 98<br>CAMPINAS, SÃO PAULO,<br>BRAZIL | Customer Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 08/08/2011 | $0.00 |
| ROBERT BOSCH LIMITADA | VIA ANHANGUERA, KM 98<br>13065-900 CAMPINAS, SAN PAULO,<br>BRAZIL | Battery Sales, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 01/03/2011 | $0.00 |
| ROBERT BOSCH LLC | DIRECTOR - PRODUCT MANAGEMENT, ENERGY SUPPLY<br>2800 SOUTH 25TH AVENUE<br>BROADVIEW, IL 60155 | Private Label Supply Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/01/2008 | $0.00 |
| ROBERT BOSCH LLC | ODD JOERGENRUD, WOLFGANG HOFFMANN<br>2800 S. 25TH AVENUE<br>BROADVIEW, IL 60155 | Private Label Supply Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 02/08/2012 | $0.00 |
| ROBERT BOSCH LLC | P.O. BOX 4601<br>CAROL STREAM, IL 60197 | Second Amendment to the Private Label Supply Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Effective Date: 11/07/2014 | $0.00 |
| ROBERT BOSCH LTDA | C/O WARNER NORCROSS & JUDD LLP<br>ATTN GORDON J TOERING<br>111 LYON ST NW STE 900<br>GRAND RAPIDS, MI 49503 | Agreement on Fire and Environmental Protection, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 08/08/2011 | $0.00 |
| ROBERT BOSCH LTDA. | BOSCH SERVICE CENTER<br>RUA BLUMENAU, 953 BAIRRO AMÉRICA<br>CEP: 89204251 – JOINVILLE - SC<br>BRAZIL | Warranty and Liability, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 08/08/2011 | $0.00 |
| ROBERTSON, JEFFREY | 280 ORCHARD WAY SE<br>CALHOUN, GA 30701 | Offer of Employment, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 01/21/2013 | $0.00 |
| ROEHL TRANSPORT, INC. | DOUG LILIENTHAL<br>1916 E 29TH ST<br>MARSHFIELD, WI 54449 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 10/25/2011 | $0.00 |
| ROGERS COMMUNICATIONS PARTNERSHIP | 333 BLOOR STREET EAST<br>10TH FLOOR<br>TORONTO, ON M4W 1G9<br>CANADA | 3 way non-disclosure agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 10/15/2012 | $0.00 |
| ROGERS, JAMES SCOTT | 2415 DRIFTWOOD LANE<br>ROCKFORD, IL 61107 | Offer of Employment, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 01/01/2013 | $0.00 |
| ROMAN CATHOLIC DIOCESE OF ALLENTOWN ACTING THROUGH THE PASTOR OF ST. PAUL'S ROMAN CATHOLIC CHURCH | ST. PAUL'S R.C. CHURCH<br>GETHSEMANE CEMETERY<br>TIM KOLASA<br>3139 KUTZTOWN RD.<br>LAURELDALE, PA 19605 | Lease Agreement - Rosedale Ave, Township of Muhlenberg, County of Berks, PA, and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| RONDOPAR ENERGIA ACUMULADA LTDA | ARY SUDAN<br>RUA JOÃO DE BARRO, 15<br>PARQUE DAS INDUSTRIAS LEVES<br>LONDRINA PR,  86030-320 BRAZIL | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 02/11/2011 | $0.00 |
| ROSEDALE TRANSPORT LTD | RON IRVINE<br>6845 INVADER CRESCENT<br>MISSISSAUGA, ON L5T 2B7<br>CANADA | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 11/02/2012 | $0.00 |

Exhibit 9.1 Assumed Executory Contracts and Unexpired Leases

| COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION OF AGREEMENT(S) TO BE ASSUMED, OR ASSUMED AND ASSIGNED, AS APPLICABLE | CURE AMOUNT |
|---|---|---|---|
| RYDER INTEGRATED LOGISTICS, INC. | GENERAL COUNSEL<br>11690 NW 105TH ST<br>MIAMI, FL 33178 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 11/02/2012 | $0.00 |
| RYDER TRUCK RENTAL, INC. | 3600 NW 82ND AVE<br>MIAMI, FL 33166 | Master Lease, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 08/12/1999 | $190,725.13 |
| RYDER TRUCK RENTAL, INC. | 3600 NW 82ND AVE<br>MIAMI, FL 33166 | Truck Lease & Service Agreement - Schedule A - Bangor, ME, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 02/21/2007 | $0.00 |
| RYDER TRUCK RENTAL, INC. | 3600 NW 82ND AVE<br>MIAMI, FL 33166 | Truck Lease & Service Agreement - Schedule A - Charlotte, NC, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 02/27/2007 | $0.00 |
| RYDER TRUCK RENTAL, INC. | 3600 NW 82ND AVE<br>MIAMI, FL 33166 | Truck Lease & Service Agreement - Schedule A - Honolulu, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/02/2007 | $0.00 |
| RYDER TRUCK RENTAL, INC. | 3600 NW 82ND AVE<br>MIAMI, FL 33166 | Truck Lease & Service Agreement - Schedule A - Houston, TX, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 08/17/2007 | $0.00 |
| RYDER TRUCK RENTAL, INC. | 3600 NW 82ND AVE<br>MIAMI, FL 33166 | Truck Lease & Service Agreement - Schedule A - Scranton, PA, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 02/21/2007 | $0.00 |
| RYDER TRUCK RENTAL, INC. | ATTN JENNIFER MORRIS<br>6000 WINDWARD PKWY<br>ALPHARETTA, GA 30005 | Truck Lease and Service Agreement - Schedule A, and any related modifications, renewals, and extensions thereto<br>Contract Dated: 09/19/2012 | $0.00 |
| RYDER TRUCK RENTAL, INC. | RYDER ENVIRONMENTAL SERVICES<br>11690 NW 105TH ST<br>MIAMI, FL 33178-1103 | Spent Battery Recycling Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/26/2007 | $0.00 |
| RYDER TRUCK RENTAL, INC. DBA RYDER TRANSPORTATION SERVICE | 2701 E. BYRD AVENUE<br>FRESNO, CA 93706 | Truck Lease and Service Agreement.  2 "Schedule A's" in pdf for Fresno, CA., and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 04/17/2012 | $0.00 |
| RYNAR LLC | MARTIN PFAHLER<br>22005 SW BENNETTE RD<br>MCMINNVILLE, OR 97128 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 01/14/2009 | $0.00 |
| SADDLE CREEK LOGISTICS | DOUG JOHNSTON, VICE PRESIDENT CS & OD<br>3010 SADDLE CREEK ROAD<br>LAKELAND, FL 33801 | Purchase Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 06/17/2013 | $0.00 |
| SAFEWAY INC. | WENDY KO<br>5918 STONERIDGE MALL RD<br>PLEASANTON, CA 94588 | Mutual Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Effective Date: 11/09/2012 | $0.00 |
| SAFT AMERICA INC. | ATTN: RICHARD NAGY<br>3 POWDERED METAL DRIVE<br>NORTH HAVEN, CT 06473 | Proprietary Information Exchange Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 06/26/2011 | $0.00 |
| SAFT POWER SYSTEMS, INC. | ATTN: KAIVON MORTAZAVI<br>643 PRESIDENTIAL DRIVE<br>RICHARDSON, TX 75081 | Mutual Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 09/12/2005 | $0.00 |
| SAI NEW TECHNOLOGIES LTD | SAI HOUSE<br>NATIONAL TECHNOLOGICAL PARK<br>LIMERICK, IRELAND | License Agreement, and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| SALEM NATIONALEASE | 175 CHARLOIS BLVD<br>WINSTON SALEM, NC 27103 | NationaLease Vehicle Lease and Service Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 06/16/2006 | $21,970.40 |
| SALEM NATIONALEASE | 175 CHARLOIS BLVD<br>WINSTON SALEM, NC 27103 | Trucks - Schedule A - Raleigh, NC, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 08/25/2006 | $0.00 |
| SALESFORCE.COM INC. | THE LANDMARK AT ONE MARKET, SUITE 300<br>SAN FRANCISCO, CA 94105 | License for Salesforce CRM Enterprise Edition, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/11/2010 | $0.00 |
| SALESFORCE.COM, INC. | VP, FINANCE - WORLDWIDE SALES OPER; GEN COUNSEL<br>THE LANDMARK @ ONE MARKET,  SUITE 300<br>SAN FRANCISCO, CA 94105 | Salesforce CRM Enterprise Edition, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Effective Date: 03/11/2010 | $0.00 |
| SALESFORCE.COM, INC. | VP, FINANCE - WORLDWIDE SALES OPER; GEN COUNSEL<br>THE LANDMARK @ ONE MARKET, SUITE 300<br>SAN FRANCISCO, CA 94105 | Salesforce CRM Enterprise Edition, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Effective Date: 05/11/2010 | $0.00 |
| SALESFORCE.COM, INC. | VP, FINANCE - WORLDWIDE SALES OPERATIONS; GENERAL COUNSEL<br>THE LANDMARK @ ONE MARKET ,SUITE 300<br>SAN FRANCISCO, CA 94105 | Order Form - Salesforce CRM Enterprise Edition, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/11/2010 | $0.00 |
| SALESFORCE.COM, INC. | VP, FINANCE - WORLDWIDE SALES OPERATIONS; GENERAL COUNSEL<br>THE LANDMARK @ ONE MARKET, SUITE 300<br>SAN FRANCISCO, CA 94105 | Master Subscription Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 01/31/2008 | $3,750.00 |
| SALSON LOGISTICS, INC. | ANTHONY BERRITTO<br>888 DOREMUS AVE<br>NEWARK, NJ 07114 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 10/25/2011 | $0.00 |
| SALTEX, LLC | JOE KANE<br>7755 BELLAIRE SOUTH<br>FT WORTH, TX 76132 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 02/20/2013 | $0.00 |
| SANDERS LEAD COMPANY | 100 SANDERS ROAD<br>TROY, AL 36081 | Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 09/07/2012 | $2,604,019.78 |

Exhibit 9.1 Assumed Executory Contracts and Unexpired Leases

| COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION OF AGREEMENT(S) TO BE ASSUMED, OR ASSUMED AND ASSIGNED, AS APPLICABLE | CURE AMOUNT |
|---|---|---|---|
| SANDRA TORONY | 3 ROCKYWOOD DR. SANDY HOOK, CT 06482 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 08/01/2012 | $0.00 |
| SBC SERVICES, INC. | 208 S. AKARD ST. DALLAS, TX 75202 | Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 07/17/2002 | $0.00 |
| SCHAEFER'S ELECTRICAL ENCLOSURES, INC. | MARK DIAMOND 4680 NASH RD BLDG A SCOTT CITY, MO 63780 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 06/20/2012 | $0.00 |
| SCHOONOVER, INC. | GREG VAUGHAN 222 RIVERSTONE DR CANTON, GA 30114 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 02/01/2010 | $0.00 |
| SCIENCE APPLICATIONS INTERNATIONAL CORPORATION | STEVE GOOTEE, JOHN TIMLER R5 BOX 28 HWY 231 S BLOOMFIELD, IN 47424 | Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Effective Date: 09/17/2009 | $0.00 |
| SCPS, SOCIETE DE CONSEIL ET DE PROSPECTIVE SCIENTIFIQUE | MR. JACQUES DONIAT, CEO AND PRESIDENT 85-91 BOULEVARD ALSACE-LORRAINE ROSNY-SOUS-BOIS,  93110 FRANCE | Joint Non-Disclosure and Non-Analysis Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 10/09/2010 | $0.00 |
| SEARS LOGISTICS SERVICES, INC. | SEARS HOLDINGS MANAGEMENT CORPORATION 3333 BEVERLY RD HOFFMAN ESTATES, IL 60179 | Master Services Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 05/04/2010 | $0.00 |
| SEIBEL MODERN MFG. | MARK SEIBEL 38 PALMER PL LANCASTER, NY 14086 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 05/15/2012 | $0.00 |
| SEMINOLE LOGISTICS | DIRECTOR OF OPERATIONS 3080 LONG LAKE RD ROSEVILLE, MN 55113 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 10/25/2011 | $0.00 |
| SEPARATION AND RECOVERY SYSTEMS HOLDING COMPANY INC. | 62 GROVE ST WEST DEPTFORD, NJ 08086 | Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 05/10/2012 | $0.00 |
| SERVICEMAX, INC. | ATTN: DAVID YARNOLD, CEO 2560 MISSION COLLEGE BLVD., SUITE 103 SANTA CLARA, CA 95054 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 04/20/2011 | $0.00 |
| SERVICENOW, INC. | ATTN: LEGAL COUNSEL 4810 EASTGATE MALL SAN DIEGO, CA 92121 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 03/11/2013 | $0.00 |
| SERVICENOW, INC. | ETHAN CHRISTENSEN 4810 EASTGATE MALL SAN DIEGO, CA 92121 | Master Ordering Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 03/26/2013 | $0.00 |
| SERVICENOW, INC. | SERVICENOW, INC. (LEGAL COUNSEL) ETHAN CHRISTENSEN 4810 EASTGATE MALL SAN DIEGO, CA 92121 | Order Form for Software Subscription Product, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 03/26/2013 | $0.00 |
| SFDC | THE LANDMARK AT ONE MARKET, SUITE 300 SAN FRANCISCO, CA 94105 | Order Form: Salesforce - Enterprise Edition, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 01/31/2008 | $0.00 |
| SGT 2000 INC. | ATTN: PHILLIPE BOURRET, SALES DIRECTOR 354 CHEMIN YAMASKA SAINT-GERMAIN DE GRANTHAM, QC J0C 1K0 CANADA | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 11/02/2012 | $0.00 |
| SHANGHAI CHAMPION WAREHOUSING CO., LTD. | SONG XIAOJUN 869 HAIJIE ROAD FENGXIAN DISTRICT SHANGHAI, CHINA | Hazardous Material Warehousing Service Contract, and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| SHANGHAI HUAHONG TECHNOLOGIES CO., LTD. | ATTENTION: ZHENG RUO ROOM 503, NO. 309 HANKON ROAD SHANGHAI, CHINA | Distribution Agreement, and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| SHANGHAI SANCHANG IMPORT & EXPORT CO., LTD. | ROOM 1802, 331 DONGYUAN SANCUN PUDONG, SHANGHAI,  200120 CHINA | Import Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 06/02/2012 | $0.00 |
| SHANGHAI SANCHANG IMPORT & EXPORT CO., LTD. | ZHU YUE ROOM 1802, 331 DONGYUAN SANCUN PUDONG, SHANGHAI,  200120 CHINA | Import Agent Agreement , and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| SHANGHAI YOUNG-BEN LAW FIRM | ROOM 1405-1407, FORTUNE TIMES PLAZA NO. 1438, NORTH SHANXI ROAD SHANGHAI,  200060 CHINA | Agreement for Retaining Legal Service, and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| SHENZHEN CENTER POWER TECH. CO., LTD. | ATTN: HUANONG ZHANG, PRESIDENT CENTER POWER INDUSTRIAL PARK TONGFU INDUSTRIAL DISTRICT DAPENG TOWN, SHENZHEN,  518120 CHINA | Mutual Confidentiality, Non-Disclosure and Exclusivity Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 07/24/2008 | $0.00 |
| SHENZHEN LEOCH BATTERY TECHNOLOGY CO., LTD. | ATTN: DONG LI XINBAOHUO BLDG. NANHAI BLVD. NANSHAN, SHENZHEN,  518052 CHINA | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 10/31/2007 | $0.00 |
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP | ATTN: RANDOLPH C. VISSER 333 S. HOPE STREET, FL 43 LOS ANGELES, CA 90071 | Engagement Letter, and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| SHOJI ODAI | SHOJI ODAI NISHI-SHIMBASHI YASUDA UNION BUILDING 4-2 2-CHOME, NISHI-SHIMBASHI MINATO-KU TOKYO,  105-003 JAPAN | Indemnity Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Effective Date: 09/01/2009 | $0.00 |

Exhibit 9.1 Assumed Executory Contracts and Unexpired Leases

| COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION OF AGREEMENT(S) TO BE ASSUMED, OR ASSUMED AND ASSIGNED, AS APPLICABLE | CURE AMOUNT |
|---|---|---|---|
| SHOPPA'S MID AMERICA LLC | 1301 N. CORRINGTON AVE.<br>KANSAS CITY, KS 64120 | Equipment Schedule to Master Lease Agreement, and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| SHOPPA'S MID AMERICA, LLC | DAVID MEDLEY, CUSTOMER SERVICE MANAGER<br>1301 N CORRINGTON AVE<br>KANSAS CITY, MO 64120-1940 | Independent Contractor Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 05/10/2012 | $0.00 |
| SHOUN TRUCKING CO. INC. | ATTN: OPERATIONS<br>1247 HWY 126<br>BRISTOL, TN 37620 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 02/15/2012 | $0.00 |
| SI STANNUM INTERNATIONAL, LLC | | Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 02/07/2013 | $0.00 |
| SILKROAD TECHNOLOGIES, INC. | 20 WEST KENZIE STREET, SUITE 1420<br>CHICAGO, IL 60654 | SAAS Subscription Order Form - Schedule A-EXI2012101912 & Service Provider Terms and Conditions, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 12/19/2012 | $0.00 |
| SILKROAD TECHNOLOGIES, INC. | 20 WEST KENZIE STREET, SUITE 1420<br>CHICAGO, IL 60654 | Service Level Agreement - Terms and Conditions and Schedules B, C, E, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 12/19/2012 | $12,350.00 |
| SILKROAD TECHNOLOGY, INC. | 102 W. THRID ST., SUITE 250<br>WINSTON-SALEM, NC 27101 | SAAS Subscription Order Form - Schedule A-EXI2012101912, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Effective Date: 10/22/2012 | $0.00 |
| SILKROAD TECHNOLOGY, INC. | 102 W. THRID ST., SUITE 250<br>WINSTON-SALEM, NC 27101 | SAAS Subscription Order Form - Schedule A-EXI2012101912, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 12/31/2012 | $0.00 |
| SILKROAD TECHNOLOGY, INC. | 20 W KINZIE ST STE 1420<br>CHICAGO, IL 60654 | Schedule A - SAAS Subscription Order Form, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 12/19/2012 | $0.00 |
| SILKROAD TECHNOLOGY, INC. | 20 W KINZIE ST STE 1420<br>CHICAGO, IL 60654 | Service Provider Terms and Conditions, and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| SILKROAD TECHNOLOGY, INC. | 20 W KINZIE ST STE 1420<br>CHICAGO, IL 60654 | Service Provider Terms and Conditions; Schedules B&C, and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| SILKROAD TECHNOLOGY, INC. | 20 W KINZIE ST STE 1420<br>CHICAGO, IL 60654 | Service Provider Terms and Conditions; Schedules B&C, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Effective Date: 10/15/2012 | $0.00 |
| SILKROAD TECHNOLOGY, INC. | 20 W KINZIE ST STE 1420<br>CHICAGO, IL 60654 | SilkRoad Schedule A - Subscription Order Form, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 12/19/2012 | $0.00 |
| SILKROAD TECHNOLOGY, INC. | MICHAEL P. CULLINANE, CFO<br>20 WEST KINZIE STREET, SUITE 1420<br>CHICAGO, IL 60654 | Service Provider Terms and Conditions, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 12/19/2012 | $0.00 |
| SIMONS TRUCKING | ATTN: JUSTEN PHILIPP<br>920 SIMON DR.<br>FARLEY, IA 52046 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 02/14/2012 | $0.00 |
| SIMONS TRUCKING | ATTN: JUSTEN PHILIPP<br>920 SIMON DR.<br>FARLEY, IA 52046 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/19/2013 | $0.00 |
| SISK, DANNY L. | | Warranty Deed, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 06/02/2008 | $0.00 |
| SITRICK AND COMPANY | 1840 CENTURY PARK EAST, SUITE 800<br>LOS ANGELES, CA 90067 | Engagement Letter, and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| SK NEVIS RESORT LLC DBA FOUR SEASONS RESORT NEVIS | ATTN: KRISTEN BIFRO<br>110 EAST 59TH STREET, 24TH FLOOR<br>NEW YORK, NY 10022 | Travel Accommodations Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 04/04/2013 | $0.00 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | PETER ALLEN ATKINS<br>FOUR TIMES SQUARE<br>NEW YORK, NY 10036-6522 | Engagement Letter, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 04/25/2013 | $0.00 |
| SKYLINE TRANSPORTATION, INC. | ATTN: JEFF REED<br>131 W. QUINCY AVE.<br>KNOXVILLE, TN 37919 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/18/2013 | $0.00 |
| SOUTH FORK HOLDINGS DBA RETECH | ATTN: JULIE PULOS, PRESIDENT<br>PO BOX 4888<br>EL DORADO HILLS, CA 95762 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 05/20/2010 | $0.00 |
| SOVEMA S.P.A. | VIA SPAGNA, 13<br>37069 VILLAFRANCA DI VERONA, ITALY | Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 01/11/2013 | $0.00 |
| SPAN DEVELOPMENT LLC | SPAN DEVELOP, LLC<br>ATTN: JULIA PENA<br>1841 HOWARD ROAD<br>MADERA, CA 93637 | Lease Agreement with respect to property located at 2935 South Elm Ave., Suite 400, Fresno CA, and any related amendments, renewals, and extensions thereto<br>Contract Dated: 06/15/2006 | $0.00 |
| SPF AMERICA, LLC DBA COPPERFAB | C/O JONES JACKSON & MOLL PLC<br>ATTN KATHRYN A STOCKS<br>401 N 7TH ST, PO BOX 2023<br>FORT SMITH, AR 72902-2023 | Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 06/28/2012 | $0.00 |
| SPINNAKER SUPPORT, LLC | ATTN: BRETT MILLER<br>231 MILWAUKEE ST. , SUITE 200<br>DENVER, CO 80206 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 09/17/2012 | $0.00 |
| SRI POWER SERVICES, LLC | CHARLES J POCORELLO, PRESIDENT<br>18405 E. PETROLEUM DRIVE<br>BATON ROUGE, LA 70809 | Manufacturer's Representative Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 06/25/2012 | $0.00 |

| COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION OF AGREEMENT(S) TO BE ASSUMED, OR ASSUMED AND ASSIGNED, AS APPLICABLE | CURE AMOUNT |
|---|---|---|---|
| STANDARD SHEET METAL, INC. | ATTN: OFFICE OF THE GENERAL COUNSEL<br>405 N. OLIVE ST.<br>KANSAS CITY, MO 64120 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 07/23/2012 | $0.00 |
| STANDARD TECHNOLOGIES | 2650 W. HAYES AVE.<br>FREMONT, OH 43420 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 05/15/2012 | $0.00 |
| STAR TRANSPORTATION, INC. | ATTN: JIM BROWER<br>1116 POLK AVE.<br>NASHVILLE, TN 37210 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 10/25/2011 | $0.00 |
| STAR TRUCK RENTALS, INC. | 3940 EASTERN AVE SE<br>GRAND RAPIDS, MI 49508-2417 | NationaLease Vehicle Lease and Service Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 06/16/2006 | $3,741.42 |
| STATE OF ARIZONA, STATE PROCUREMENT OFFICE | STATE PROCUREMENT ADMINSTRATOR<br>ARIZONA DEPARTMENT OF ADMINISTRATION<br>15 S. 15TH AVENUE, SUITE 103<br>PHOENIX, AZ 85007 | Invitation to Bid, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 04/11/2000 | $0.00 |
| STATE OF KANSAS, DEPARTMENT OF COMMERCE | PEAK PROGRAM MANAGER<br>1000 SW JACKSON STE 100<br>TOPEKA, KS 66612-1354 | Promoting Employment Across Kansas (PEAK) Incentive Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 09/25/2012 | $0.00 |
| STATE OF WASHINGTON | OFFICE OF STATE PROCUREMENT<br>RM. 201 GENERAL ADMINISTRATION BUILDING<br>PO BOX 41017<br>OLYMPIA, WA 95804-1017 | Purchase and Sales Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 05/28/2004 | $0.00 |
| STATE OF WASHINGTON | RM. 201 GENERAL ADMINISTRATION BUILDING<br>PO BOX 41017<br>OLYMPIA, WA 95804-1017 | Contract No. 03602, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 06/10/2004 | $0.00 |
| STATE OF WASHINGTON | RM. 201 GENERAL ADMINISTRATION BUILDING<br>PO BOX 41017<br>OLYMPIA, WA 95804-1017 | Purchase and Sales Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 07/28/2004 | $0.00 |
| STEP3 CONSULTING | ATTN: RONALD C. MELCHER, PRESIDENT<br>7100 PEACHTREE DUNWOODY ROAD, NE<br>ATLANTA, GA 30328 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 05/02/2008 | $0.00 |
| STMICROELECTRONICS, INC. | ATTN: GENERAL COUNSEL<br>750 CANYON DRIVE, SUITE 300<br>COPPELL, TX 75019 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 12/06/2012 | $0.00 |
| STONE MOUNTAIN INDUSTRIAL PARK, INC | PO BOX 67<br>TUCKER, GA 30085-0067 | Lease Agreement with respect to property located at 3075 North Lanier Parkway, Decatur, GA, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 05/09/2013 | $0.00 |
| STRIVE LOGISTICS, LLC | ATTN: LEGAL DEPARTMENT<br>3008 N. LINCOLN AVE.<br>CHICAGO, IL 60657 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/15/2013 | $0.00 |
| SUBURBAN LANCASTER SEWER AUTHORITY | PO BOX 458<br>LANCASTER, PA 17608-0458 | License Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/27/2008 | $0.00 |
| SULZER METCO | ATTN: MAE WANG - VP, SALES AMERICAS<br>1101 PROSPECT AVENUE<br>WESTBURY, NY 11590-0201 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 07/14/2009 | $0.00 |
| SUMMIT FIRE PROTECTION | ATTENTION: KELLY G. MITCHELL<br>760 LIBERTY WAY<br>NORTH LIBERTY, IA 52317 | Independent Contractor Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 01/30/2012 | $0.00 |
| SUN LIFE FINANCIAL | 225 KING STREET WEST, 15TH FLOOR<br>TORONTO, ON M5V 3C5<br>CANADA | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 05/02/2009 | $0.00 |
| SUNDBERG-FERAR, INC. | ATTN: PRESIDENT<br>4359 PINEVIEW DRIVE<br>WALLED LAKE, MI 48390 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 02/04/2009 | $0.00 |
| SUPER SERVICE LLC | SALES<br>6000 CLAY AVE SW<br>GRAND RAPIDS, MI 49548 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/15/2013 | $0.00 |
| SUPPORT POWER, INC. | 1593A LOCUST AVE.<br>BOHEMIA, NY 11716 | Manufacturer's Representative Agreement (CT, MA, NY, RI, VT, NH & ME), and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 05/15/2009 | $0.00 |
| SUPPORT POWER, INC. | 40B CARLETON AVENUE<br>ISILIP TERRACE, NY 11752 | Manufacturer's Representative Agreement (CT) - Power Control Applications, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 07/01/1998 | $0.00 |
| SUPPORT POWER, INC. | 40B CARLETON AVENUE<br>ISILIP TERRACE, NY 11752 | Manufacturer's Representative Agreement (MA) - Power Control Applications, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 07/01/1998 | $0.00 |
| SUPPORT POWER, INC. | 40B CARLETON AVENUE<br>ISILIP TERRACE, NY 11752 | Manufacturer's Representative Agreement (ME, NH & VT) - Power Control Applications, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 12/08/1998 | $0.00 |
| SUPPORT POWER, INC. | 40B CARLETON AVENUE<br>ISILIP TERRACE, NY 11752 | Manufacturer's Representative Agreement (NY East) - Stationary Batteries for Telecommunication, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 07/01/1998 | $0.00 |
| SUPPORT POWER, INC. | 40B CARLETON<br>ISILIP TERRACE, NY 11752 | Manufacturer's Representative Agreement (MA) - Stationary Batteries for Telecommunications, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 07/01/1998 | $0.00 |

Exhibit 9.1 Assumed Executory Contracts and Unexpired Leases

| COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION OF AGREEMENT(S) TO BE ASSUMED, OR ASSUMED AND ASSIGNED, AS APPLICABLE | CURE AMOUNT |
|---|---|---|---|
| SUPPORT POWER, INC. | 40B CARLETON ISILLIP TERRACE, NY 11752 | Manufacturer's Representative Agreement (CT) - Stationary Batteries for Telecommunication, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 07/01/1998 | $0.00 |
| SURE TRACK COURIER LTD. | ATTN: TONY BAHOUS / IRA COHEN 321 COURTLAND AVE. CONCOR, ON L4K 585 CANADA | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 11/02/2012 | $0.00 |
| SWIFT TRANSPORTATION SERVICES, LLC | ATTN: VICE PRESIDENT OF PRICING PO BOX 29243 PHOENIX, AZ 85038-9243 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 02/15/2012 | $0.00 |
| SYNTERRA CORPORATION | ATTN: ERIC SNIDER 148 RIVER STREET, SUITE 220 GREENVILLE, SC 29601 | Master Services Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 08/20/2012 | $0.00 |
| SYSTIME COMPUTER CORPORATION | ATTN: ARUN KOUL 595 MARKET STREETS, SUITE #2400 SAN FRANCISCO, CA 94105 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 10/29/2010 | $0.00 |
| SZYMBORSKI, JOSEPH | 6002 LIBERTY DR. GROVELAND, FL 34736 | Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 09/20/2012 | $0.00 |
| T & M BROKERAGE, INC. | ATTN: DEBBIE WHITAKER 410 STATE ROUTE 136 EAST CALHOUN, KY 42327 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 02/15/2012 | $0.00 |
| T & M TRUCKING INC. | ATTN: LUIE WHITAKER PO BOX 114 VINCENNES, IN 47591 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 02/15/2012 | $0.00 |
| T.B.S. ENGINEERING LTD. | LONGHILL, ELMSTONE HARDWICKE CHELTENHAM,  GL51 9TY UNITED KINGDOM | Tooling Purchase Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 09/17/2008 | $0.00 |
| T.B.S. ENGINEERING LTD. | LONGHILL, ELMSTONE, HARDWICKE CHELTENHAM,  GL51 9TY UNITED KINGDOM | Purchase Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 09/22/2008 | $0.00 |
| TANDEM LOGISTICS | ATTN: BRIAN LASHER 2911 S A W GRIMES BLVD., #400 PFLUGERVILLE, TX 78660 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 03/06/2013 | $0.00 |
| TANGO TRANSPORT, LLC | ATTN: GENERAL COUNSEL 6009 FINANCIAL PLAZA SHREVEPORT, LA 71129 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 10/31/2013 | $0.00 |
| TARGET CANADA CO. | ATTN: SR. SOURCING SPECIALIST, MATERIAL HANDLING, FINISHES, AND EQUIPMENT PROCUREMENT 1000 NICOLLET MALL MINNEAPOLIS, MN 55403 | Supplier Qualification Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 10/20/2011 | $0.00 |
| TARGET CORPORATION | ATTENTION: GENERAL COUNSEL 1000 NICOLLET MALL, TPS-3155 MINNEAPOLIS, MN 55403 | Program Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 11/08/2011 | $0.00 |
| TATA AMERICA INTERNATIONAL CORPORATION | ATTN: SR. VICE PRESIDENT AND GENERAL COUNSEL 101 PARK AVENUE, 26TH FLOOR NEW YORK, NY 10178 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 01/29/2007 | $0.00 |
| TAYLOR-WINFIELD TECHNOLOGIES | 1201 CRESCENT STREET YOUNGSTOWN, OH 44501 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 11/17/2010 | $0.00 |
| TBS ENGINEERING LIMITED | L.E. GARDINER, MANAGING DIRECTOR LONGHILL, ELMSTONE HARDWICKE CHELTENHAM,  GL51 9TY UNITED KINGDOM | Purchase Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 03/31/2010 | $0.00 |
| TBS ENGINEERING LTD. | ATTN: LAURIE GARDINER LONGHILL, EMSTONE HARKDWICKE CHELTENHAM,  GL51 9TY UNITED KINGDOM | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 03/04/2010 | $0.00 |
| TCG CONSULTING PARTNERS, LLC | ATTN: ALBERT TARAS, MANAGING DIRECTOR 8508 PARK ROAD #102 CHARLOTTE, NC 28210 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 01/04/2011 | $0.00 |
| TCIP-C, LLC | 1401 EAST BELMART STREET PENSACOLA, FL 32501 | Lease Agreement with respect to property located at 4009 N. Pace Blvd., Pensacola, FL, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 03/27/2012 | $0.00 |
| TDK CORPORATION OF AMERICA | ATTENTION: DIRECTOR OF CORPORATE PLANNING 475 HALF DAY ROAD, SUITE 300 LINCOLNSHIRE, IL 60069 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 07/06/2012 | $0.00 |
| TECHMATRIX LLC | ATTN: CHARLES WOOD 7165 TARTAN CURVE EDEN PRAIRIE, MN 55346 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 09/09/2009 | $0.00 |
| TECHNICAL DRAFTING SERVICES | ATTENTION: THOMAS SARNOVSKY 4091 REGAL AVENUE BRUNSWICK, OH 44212 | Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 04/18/2011 | $0.00 |
| TECK COMINCO AMERICAN INCORPORATED | C/O TECK COMINCO METALS LTD. ATTN: VICTOR SALEH 2380 SPEAKMAN DRIVE MISSISSAUGA, ON L5K 1B4 CANADA | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 02/27/2008 | $0.00 |

Exhibit 9.1 Assumed Executory Contracts and Unexpired Leases

| COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION OF AGREEMENT(S) TO BE ASSUMED, OR ASSUMED AND ASSIGNED, AS APPLICABLE | CURE AMOUNT |
|---|---|---|---|
| TELCOM MARKETING LTD. | TOM BROSCHINSKY, PRESIDENT. 18150 E. 32ND PLACE, UNIT #D AURORA, CO 80011 | Manufacturer's Representative Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 01/29/2010 | $0.00 |
| TELCOM MARKETING, LTD. | 18150 E. 32ND PLACE, UNIT #D AURORA, CO 80011 | First Amendment to Manufacturer's Rep. Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 10/31/2011 | $0.00 |
| TELCOM MARKETING, LTD. | TOM BROSCHINSKY, PRESIDENT 7003 EAST 47TH AVE. DRIVE, UNIT A-600 DENVER, CO 80216 | Manufacturer's Representative Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 05/15/2009 | $0.00 |
| TELECOM MARKETING, LTD. | JERRY PATRICK, PRESIDENT 3033 SOUTH PARKER RD., SUITE 160 AURORA, CO 80014 | Manufacturer's Representative Agreement (AZ & NM) - Stationary Batteries for Power Control, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 07/01/1997 | $0.00 |
| TELECOM MARKETING, LTD. | JERRY PATRICK, PRESIDENT 3033 SOUTH PARKER RD., SUITE 160 AURORA, CO 80014 | Manufacturer's Representative Agreement (AZ & NM) - Stationary Batteries for Telecommunications, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 07/01/1997 | $0.00 |
| TELECOM MARKETING, LTD. | JERRY PATRICK, PRESIDENT 3033 SOUTH PARKER RD., SUITE 160 AURORA, CO 80014 | Manufacturer's Representative Agreement (CO, MN, WY, East ID and UT) - Stationary Batteries for Power Control, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 07/01/1997 | $0.00 |
| TELECOM MARKETING, LTD. | JERRY PATRICK, PRESIDENT 3033 SOUTH PARKER RD., SUITE 160 AURORA, CO 80014 | Manufacturer's Representative Agreement (CO, MT, WY, UT & East ID), and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 07/01/1997 | $0.00 |
| TELECOM MARKETING, LTD. | JERRY PATRICK, PRESIDENT 3033 SOUTH PARKER RD., SUITE 160 AURORA, CO 80014 | Manufacturer's Representative Agreement (ND, SD, MN & Western WI) - Stationary Batteries for Telecommunications, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 07/01/1997 | $0.00 |
| TELECOM MARKETING, LTD. | JERRY PATRICK, PRESIDENT 3033 SOUTH PARKER RD., SUITE 160 AURORA, CO 80014 | Manufacturer's Representative Agreement (ND, SD, MN & WI) - Stationary Batteries for Power Control, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 07/01/1997 | $0.00 |
| TENNESSEE DEPARTMENT OF ENVIRONMENT & CONSERVATION | DIVISION OF SOLID WASTE MANAGEMENT C/O OFFICE OF THE ATTORNEY GENERAL ASSISTANT ATTORNEY GENERAL BANKRUPTCY DIVISION P.O. BOX 20207 NASHVILLE, TN 37202 | Stipulation Agreement, , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 03/12/2013 | $0.00 |
| TERRELL BATTERY CORP. | 802 S 19TH AVE PHOENIX, AZ 85009 | Wal-Mart National Service Program Addendum to Representative Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 06/28/2004 | $0.00 |
| TERRELL BATTERY CORPORATION | 802 S. 19TH AVENUE PHOENIX, AZ 85009 | Service Representative Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 05/25/2001 | $0.00 |
| TESLA MOTORS, INC. | ATTN: LEGAL DEPARTMENT 3500 DEER CREEK ROAD PALO ALTO, CA 94304 | Mutual Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 04/08/2011 | $0.00 |
| TEXEL A DIVISION OF ADS, INC. | GUY BERUBE 485 DES ERABLES ST-ELZEAR, QC G0S 2J0 CANADA | Mutual Confidentiality Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 06/22/2010 | $0.00 |
| THE BATTERY ALLIANCE, INC. | JOAQUIN JIMENEZ BOX 2102 SUITE 136 CAROLINA, PR 984 | Purchase and Sales Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 10/03/1994 | $0.00 |
| THE BATTERY CONSULTANCY LLC | 1365 OGDEN LOOP  PO BOX 26 HOWARD, CO 81233 | First Amendment to Consulting Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 03/31/2013 | $0.00 |
| THE BATTERY CONSULTANCY, LLC | RICHARD T. JOHNSON 1365 OGDEN LOOP, PO BOX 26 HOWARD, CO 81233 | Consulting Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Effective Date: 07/07/2009 | $0.00 |
| THE BLACKSTONE GROUP | ARTHUR NEWMAN 345 PARK AVENUE, 30TH FLOOR NEW YORK, NY 10154 | Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 02/17/2006 | $0.00 |
| THE BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA | ATTN: WILLIAM RITSCH GEORGIA INSTITUTE OF TECHNOLOGY ENTERPRISE INNOVATION INSTITUTE ATLANTA, GA 30332-0640 | Proprietary Information Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 04/16/2012 | $0.00 |
| THE BOSTON CONSULTING GROUP, INC. | FELIX STELLMASZEK 1075 PEACHTREE STREET, # 3800 ATLANTA, GA 30309 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 02/01/2013 | $0.00 |
| THE BURRIS AGENCY | LYN ROLLINS 1175 REVOLUTION MILL DRIVE SUITE 11 GREENSBORO, NC 27405 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 05/15/2012 | $0.00 |
| THE CHLORIDE ELECTRICAL STORAGE COMPANY, LIMITED | EXIDE FORKS CLIFTON JUNCTION NEAR MANCHESTER ENGLAND-UNITED KINGDOM | Trademark Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Effective Date: 07/11/1949 | $0.00 |
| THE CITY OF MANCHESTER, IOWA | 208 E MAIN ST MANCHESTER, IA 52057-1733 | Economic Development Grant Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 09/19/2012 | $0.00 |

| COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION OF AGREEMENT(S) TO BE ASSUMED, OR ASSUMED AND ASSIGNED, AS APPLICABLE | CURE AMOUNT |
|---|---|---|---|
| THE CONSERVATION COMMISSION OF THE STATE OF MISSOURI | PO BOX 180 JEFFERSON CITY, MO 65102 | Easement Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 04/23/2009 | $0.00 |
| THE DOE RUN RESOURCE CORPORATION | ATTN: LOU MAGDITS 1801 PARK 270 DRIVE SUITE 300 ST LOUIS, MO 63146 | Spent Battery Processing Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 08/16/2012 | $695,000.00 |
| THE ESSENTIAL ELEMENT INCORPORATED | ATTN: MICHAEL STRIZKI 26 SNYDERTOWN RD. HOPEWELL, NJ 08525 | Mutual Confidentiality Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 08/12/2010 | $0.00 |
| THE GARDEN CITY GROUP, INC. | ATTN NINA BRODY 190 S LASALLE ST, STE 1925 CHICAGO, IL 60603-3479 | Bankruptcy Administration Agreement, and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| THE GILLETTE COMPANY | LYNN SCHMITT BETHEL GO & TECH CENTER 8 RESEARCH DR BERKSHIRE CORPORATE PARK BETHEL, CT 06801 | Bilateral Confidential Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 02/27/2012 | $0.00 |
| THE GROUNDS GUYS | PO BOX 207 MILLERSVILLE, PA 17551 | Landscaping Services - Lancaster, PA, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 07/19/2013 | $0.00 |
| THE HACKETT GROUP | ATTN: OFFICE OF THE GENERAL COUNSEL 1001 BRICKELL BAY DRIVE, SUITE 3000 MIAMI, FL 33131 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 02/01/2013 | $0.00 |
| THE HACKETT GROUP, INC. | PO BOX 116525 ATLANTA, GA 30368-6525 | Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 12/09/2010 | $0.00 |
| THE KANSAS CITY SOUTHERN RAILWAY COMPANY | EDWARD E. SCOTT, VP - INTL. PURCHASING POST OFFICE BOX 219335 KANSAS CITY, MO 64121-9335 | Master Purchase Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 08/23/2010 | $0.00 |
| THE KANSAS CITY SOUTHERN RAILWAY COMPANY | POST OFFICE BOX 219335 KANSAS CITY, MO 64121-9335 | Master Purchase Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 08/23/2010 | $0.00 |
| THE MASON AND DIXON LINES, INC | MARTA FURMAN 12755 E 9 MILE RD WARREN, MI 48089 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 02/15/2012 | $0.00 |
| THE PROGRESS GROUP, LLC | THE PROGRESS GROUP LLC 1200 ABERNATHY RD. SUITE 1700 ATLANTA, GA 30328 | Contractor Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 08/20/2013 | $0.00 |
| THE RAYMOND CORPORATION | JAMES P. O'BRIEN PO BOX 130 SOUTH CANAL STREET GREENE, NY 13778 | National Account Agreement and Incentive Program, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 04/26/2011 | $0.00 |
| THE RAYMOND CORPORATION | JAMES P. O'BRIEN TIM KOVAL PO BOX 130 SOUTH CANAL STREET GREENE, NY 13778 | National Account Agreement and Incentive Program, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 02/18/2008 | $0.00 |
| THE RAYMOND CORPORATION | TIM KOVAL PO BOX 130 SOUTH CANAL STREET GREENE, NY 13778 | National Account Agreement and Incentive Program, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 03/04/2008 | $0.00 |
| THE SHELL COMPANY OF AUSTRALIA | TONY DELORNEZO PO BOX 26 GRANSVILLE, NSW,  2142 AUSTRALIA | Supply Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Effective Date: 04/01/2011 | $0.00 |
| THE STATE OF INDIANA (INDIANA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT) | RICHARD ZEILER, CHIEF OFFICE OF AIR QUALITY- AIR MONITORING BRANCH 100 NORTH SENATE AVENUE MC 61-50-2 SHADELAND INDIANAPOLIS, IN 45204-2251 | Limited Use Easement and License, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 01/07/2010 | $0.00 |
| THE TAYLOR-WINFIELD CORPORATION | ATTN: DAN GAGLIANO, VP/DIRECTOR OF SALES 1610 THOMAS ROAD HUBBARD, OH 44425 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 07/13/2009 | $0.00 |
| THE TAYLOR-WINFIELD CORPORATION | ATTN: TOM ORWIG -- SALES MANAGER 1610 THOMAS ROAD HUBBARD, OH 44425 | Mutual Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 11/01/2005 | $0.00 |
| THE WINSTEAD BUILDING, A NORTH CAROLINA PARTNERSHIP | THE WINSTEAD BUILDING, A NORTH CAROLINA PARTNERSHIP POST OFFICE DRAWER 1960 SMITHFIELD, NC 27577 | Lease Agreement with respect to property located at 7874 US Highway 70 West, Clayton, NC, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 04/17/1995 | $0.00 |
| THERMOFISHER SCIENTIFIC | TONY HAMPTON 2000 PARK LANE DR PITTSBURGH, PA 15275 | Planned Maintenance Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 07/26/2010 | $0.00 |
| THERMOPORE MATERIALS CORPORATION | P.O. BOX 73012 NEWNAN, GA 30265 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 06/04/2010 | $0.00 |
| THOMAS & BETTS POWER SOLUTIONS, LLC DBA JT PACKARD | ATTN: LEGAL 275 INVESTMENT COURT VERONA, WI 53593 | Independent Contractor Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 04/03/2012 | $0.00 |

Exhibit 9.1 Assumed Executory Contracts and Unexpired Leases

| COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION OF AGREEMENT(S) TO BE ASSUMED, OR ASSUMED AND ASSIGNED, AS APPLICABLE | CURE AMOUNT |
|---|---|---|---|
| THOMAS AND THORNGREN, INC. | 1 VANTAGE WAY, SUITE A105<br>NASHVILLE, TN 37228 | Service Agreement, and any related amendments, modifications, renewals, and extensions thereto | $4,200.00 |
| THOMAS, BILL | 201 GENTRY LANE<br>BRISTOL, TN 37620 | Offer of employment, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 01/17/2013 | $0.00 |
| TIER HOLDINGS, LLC | JOSEPH J. MADRAK JR., PRESIDENT/CEO<br>5745 LINCOLN HIGHWAY<br>GAP, PA 17527 | Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 08/23/2011 | $0.00 |
| TIGERT COMPANY INC. DBA AFFILIATE POWER SERVICES | ATTENTION: JEFF TIGERT<br>2135 INDUSTRIAL STREET<br>LANCASTER, TX 75134-3400 | Independent Contractor Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/21/2012 | $0.00 |
| TIMCAL LTD. | MR. MICHAEL SPAHR, SENIOR VP R&D<br>6743<br>BODIO,  SWITZERLAND | Confidential Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 10/20/2009 | $0.00 |
| TIME WARNER CABLE INC. | ATTENTION: STRATEGIC PROCUREMENT<br>7800 CRESCENT EXECUTIVE DR.<br>CHARLOTTE, NC 28217 | Master Purchase Agreement, and any related amendments, modifications, and extensions thereto<br>Contract Dated: 04/15/2011 | $0.00 |
| TIME WARNER CABLE, INC. | ATTENTION: STRATEGIC PROCUREMENT<br>7800 CRESCENT EXECUTIVE DRIVE<br>CHARLOTTE, NC 28217 | Master Purchase Agreement, and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| TITAN SPEED ENGINEERING, INC. | 13001 TREE RANCH ROAD<br>OJAI, CA 93023 | Agreement to settle trademark dispute, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 12/22/1997 | $0.00 |
| TITAN TRANSFER, INC. | ATTN: J. ROBERTS<br>1200 STANLEY BLVD.<br>SHELBYVILLE, TN 37162 | Mutual Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 10/25/2011 | $0.00 |
| TLC CERTIFICATION CENTRE | ATTN: CHANGJIANG TIAN/SENIOR ENGINEER<br>NO. 28 XINJIEKOUWAI STREET<br>BEIJING,  100088, CHINA | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 04/15/2013 | $0.00 |
| T-MOBILE WIRELESS | ATTN: SHERYL YARBROUGH<br>974 HONEYSUCKLE LANE<br>TEMPLE, GA 31079 | Mutual Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/19/2013 | $0.00 |
| TOMMY NOBIS CENTER, INC. | MIKE DANIELS<br>7000 COBB INTERNATIONAL BLVD<br>KENNESAW, GA 30152 | Disposal of Scrap Electronic Equipment, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 02/18/2013 | $0.00 |
| TOPSOURCE, LLC | 3 BATTERY MARCH PARK, 4TH FLOOR<br>QUINCY, MA 02169 | Rebate Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 09/01/2012 | $0.00 |
| TOUCHSTONE RESEARCH LABORATORY | ATTN: BRIAN JOSEPH, PRESIDENT AND COO<br>THE MILLENIUM CENTER<br>1142 MIDDLECREEK RD.<br>TIADELPHIA, WV 26059 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 07/13/2009 | $0.00 |
| TOYOTA INDUSTRIAL EQUIPMENT MFG., INC. | BRUCE NOLTING, VP<br>5555 INWOOD DRIVE<br>COLUMBUS, IN 47202 | OEM Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 05/10/2013 | $0.00 |
| TOYOTA INDUSTRIAL EQUIPMENT MFG., INC. | C. BRUCE NOLTING<br>5555 INWOOD DRIVE<br>COLUMBUS, IN 47202 | OEM Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 08/18/2010 | $0.00 |
| TOYOTA LIFT OF LOS ANGELES | 12907 IMPERIAL HWY<br>SANTA FE SPRINGS, CA 90670 | Independent Contractor Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 01/06/2012 | $0.00 |
| TRACTOR SUPPLY CO. OF TEXAS, LP | 200 POWELL PLACE<br>BRENTWOOD, TN 37027 | Vendor Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 01/01/2010 | $0.00 |
| TRAILMOBILE CORPORATION | ATTN: EDWARD WANANDI<br>ONE CONWAY PARK<br>100 N. FIELD DRIVE, SUITE 355<br>LAKE FOREST, IL 60045 | Confidentiality Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 11/07/2007 | $0.00 |
| TRAILMOBILE CORPORATION | ATTN: EDWARD WANANDI<br>ONE CONWAY PARK<br>100 N. FIELD DRIVE, SUITE 355<br>LAKE FOREST, IL 60045-2514 | Confidentiality Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/10/2006 | $0.00 |
| TRAILMOBILE CORPORATION | ATTN: EDWARD WANANDI, CHAIRMAN<br>ONE CONWAY PARK<br>100 N. FIELD DRIVE, SUITE 355<br>LAKE FOREST, IL 60045 | Confidentiality Agreement - Exide Australia Pty Ltd, Exide Technologies Ltd, Exide Technologies, Trailmobile Corporation, and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| TRANCO LOGISTICS LLC | ATTN: BRUCE TRANTHAM<br>3101 ALTON PARK BLVD.<br>CHATTANOOGA, TN 37401 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/21/2013 | $0.00 |
| TRANS AUDIT, INC. | ATTN: VIKKI L. VAN VLIET<br>5962 ROBBS DRIVE<br>CUMMING, GA 30041 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 01/25/2011 | $0.00 |
| TRANS DYNAMICS, INC. | ATTN: KIM WILKERSON<br>PO BOX 956968<br>DULUTH, GA 30095 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/06/2013 | $0.00 |
| TRANS INTERNATIONAL TRUCKING AND DISTRIBUTION | ATTN: DAN DANIEL<br>401 WESTMONT DRIVE<br>SAN PEDRO, CA 90731 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/06/2013 | $0.00 |
| TRANS WORLD FREIGHT SERVICES, INC. | 7022 BRENTWOOD DR., NE<br>CEDAR RAPIDS, IA 52402 | Mutual Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 02/15/2012 | $0.00 |

Exhibit 9.1 Assumed Executory Contracts and Unexpired Leases

| COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION OF AGREEMENT(S) TO BE ASSUMED, OR ASSUMED AND ASSIGNED, AS APPLICABLE | CURE AMOUNT |
|---|---|---|---|
| TRANSAM CARRIERS INC. | ATTN: DMITRI PROTAS<br>8500A KEELE ST.<br>CONCROD, ON L4K 2A6<br>CANADA | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 10/30/2012 | $0.00 |
| TRANSERVICE LOGISTICS INC. | C/O KELLEY DRYE & WARREN LLP<br>ATTN JAMES S CARR, ESQ<br>101 PARK AVE<br>NEW YORK, NY 10178 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/13/2013 | $0.00 |
| TRANSGROUP WORLDWIDE LOGISTICS | ATTN: MICHAEL BLACKBURN<br>1100 COURTNEYPARK DRIVE EAST, UNIT 1<br>MISSISSAUGA, ON L5T 1L7<br>CANADA | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 11/02/2012 | $0.00 |
| TRANS-MATIC MANUFACTURING COMPANY | ATTN: MARK SOUTHWELL, VP OF SALES AND MARKETING<br>300 E. 48TH ST.<br>HOLLAND, MI 49423 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 05/15/2012 | $0.00 |
| TRANSPERFECT | THREE PARK AVE, 39TH FLOOR<br>NEW YORK, NY 10016 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/04/2009 | $0.00 |
| TRANSPLACE TEXAS, LP | ATTN: CFO<br>3010 GAYLORD PARKWAY, SUITE 200<br>FRISCO, TX 75304 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 02/01/2013 | $0.00 |
| TRANSPORT CORP OF AMERICA, INC. | ATTN: MARKETING DEPARTMENT<br>1715 YANKEE DOODLE ROAD<br>EAGAN, MN 55121 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 10/23/2011 | $0.00 |
| TRANSPORTATION COMMODITIES, INC | 4950 TRIGGS STREET<br>COMMERCE, CA 90022 | NationaLease Vehicle Lease and Service Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 06/16/2006 | $2,059.40 |
| TRANSPORTATION PRODUCT SALES COMPANY, INC. | 618 CEPI DRIVE, SUITE B<br>CHESTERFIELD, MO 63005 | Manufacturer's Representative Agreement - Power Control/Railroad Canada, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 10/01/2001 | $0.00 |
| TRANSPORTATION PRODUCT SALES COMPANY, INC. | 618 CEPI DRIVE, SUITE B<br>CHESTERFIELD, MO 63005 | Manufacturer's Representative Agreement - Power Control/Railroad Mexico, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 10/01/2001 | $0.00 |
| TRANSPORTATION PRODUCT SALES COMPANY, INC. | 618 CEPI DRIVE, SUITE B<br>CHESTERFIELD, MO 63005 | Manufacturer's Representative Agreement - Power Control/Railroad United States, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 10/01/2001 | $0.00 |
| TRANSPORTATION PRODUCT SALES COMPANY, INC. | 84 HUBBLE DRIVE, SUITE 500<br>O'FALLON, MO 63368 | Manufacturer's Representative Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 08/27/2009 | $0.00 |
| TRANSPORTATION PRODUCTS SALES | 13100 MANCHESTER RD. STE. 140<br>ST. LOUIS, MO 63131 | Manufacturer's Representative Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 10/08/1993 | $0.00 |
| TRANSPORTATION PRODUCTS SALES COMPANY | ATTN: TAMMY BAKKER<br>84 HUBBLE DRIVE, SUITE 500<br>O'FALLON, MO 63368 | Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 08/08/2013 | $0.00 |
| TRAVEL AND TRANSPORT, INC. | KEVIN M. O'MALLEY AND MICHAEL J. KING<br>2120 SOUTH 72ND STREET, SUITE 700<br>OMAHA, NE 68124 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/03/2011 | $0.00 |
| TRAVEL INCORPORATED | ATTN: TONY PETER, SENIOR VP<br>4355 RIVER GREEN PARKWAY<br>DULUTH, GA 30096 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/03/2011 | $0.00 |
| TRAVELOCITY BUSINESS | ATTN: PRESIDENT<br>3150 SABRE DRIVE<br>SOUTHLAKE, TX 76092 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/08/2011 | $0.00 |
| TRI CITY INDUSTRIAL POWER | 915 NORTH MAIN STREET<br>MIAMISBURG, OH 45342 | Manufacturer's Representative Agreement (IN) - Stationary Batteries for Power Control, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 01/01/1997 | $0.00 |
| TRI CITY INDUSTRIAL POWER | 915 NORTH MAIN STREET<br>MIAMISBURG, OH 45342 | Manufacturer's Representative Agreement (IN) - Stationary Batteries for Telecommunications, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 01/01/1997 | $0.00 |
| TRI CITY INDUSTRIAL POWER | 915 NORTH MAIN STREET<br>MIAMISBURG, OH 45342 | Manufacturer's Representative Agreement (KY) - Stationary Batteries for Telecommunications, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 01/01/1997 | $0.00 |
| TRI CITY INDUSTRIAL POWER | 915 NORTH MAIN STREET<br>MIAMSBURG, OH 45342 | Manufacturer's Representative Agreement (KY) - Stationary Batteries for Power Control, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 01/01/1997 | $0.00 |
| TRI CITY INDUSTRIAL POWER | 915 NORTH MAIN STREET<br>MIAMSBURG, OH 45342 | Manufacturer's Representative Agreement (OH) - Stationary Batteries for Power Control, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 01/01/1997 | $0.00 |
| TRI CITY INDUSTRIAL POWER | 915 NORTH MAIN STREET<br>MIAMSBURG, OH 45342 | Manufacturer's Representative Agreement (OH) - Stationary Batteries for Telecommunications, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 01/01/1997 | $0.00 |

Exhibit 9.1 Assumed Executory Contracts and Unexpired Leases

| COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION OF AGREEMENT(S) TO BE ASSUMED, OR ASSUMED AND ASSIGNED, AS APPLICABLE | CURE AMOUNT |
|---|---|---|---|
| TRI-CITY INDUSTRIAL POWER | 915 NORTH MAIN ST. MIAMISBURG, OH 45342 | Manufacturer's Representative Agreement (OH) - Stationary Batteries for Power Control, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 02/02/2009 | $0.00 |
| TRI-CITY INDUSTRIAL POWER, INC. | ATTENTION: ART VETTER 915 N. MAIN STREET MIAMISBURG, OH 45342 | Manufacturer's Representative Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 03/17/2000 | $0.00 |
| TRINITY TECHNOLOGIES CORPORATION | ATTN: MR. SHIRAZ JAFFER 36 WASHINGTON STREET, SUITE 120 WELLESLEY HILLS, MA 02481 | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 06/16/2009 | $0.00 |
| TRIPLE CROWN INVESTMENTS, LLC | PO BOX 910 ALEXANDER, AR 72002 | Lease Agreement with respect to property located at 16220 Alexander Rd., Suite A, Alexander, AR 72002, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 03/19/1996 | $0.00 |
| TROJAN BATTERY COMPANY | 12380 CLARK STREET SANTA FE SPRINGS, CA 90670 | Deed of Settlement, and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| TTS WORLDWIDE LLC | ATTN: ALAN BAER 1979 MARCUS AVE.  SUITE 210 LAKE SUCCESS, NY 11042 | Mutual Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 10/12/2012 | $0.00 |
| TUDOR INDIA LIMITED | PLOT NO.10-1, KAMALPUR, N.H.NO.8 , PRANTIJ- 383205 SABARKANTHA, GUJARAT, INDIA | Distribution Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 04/01/2011 | $0.00 |
| TUDOR INDIA, LTD. | PLOT 10/1, KAMALPUR NH-8, PRANTIJ, 383205 SABARKHATA DISTRICT GUJARAT,  INDIA | Trademark Sublicense Agreement, and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| TULIP | PO BOX 534127 PITTSBURGH, PA 15253-4127 | Mutual Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 03/15/2013 | $0.00 |
| TVH PARTS CO. | 16355 SOUTH LONE ELM ROAD OLATHE, KS 66062 | Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 08/20/2012 | $0.00 |
| U.S. XPRESS, INC. | ATTN: LEGAL DEPARTMENT, CONTRACT ADMINISTRATION 4080 JENKINS ROAD CHATTANOOGA, TN 37421 | Mutual Confidentiality and Non-disclosure agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 10/25/2011 | $0.00 |
| UGL SERVICES EQUIS OPERATIONS CO. | ATTN: OFFICE OF THE GENERAL COUNSEL 161 N. CLARK STREET, SUITE 2400 CHICAGO, IL 60601 | Mutual Confidentiality and Non-disclosure agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 08/21/2012 | $0.00 |
| ULTRAMAR TRAVEL MANAGEMENT | ATTN: EVAN FRIEDMAN 14 E. 47TH STREET, 5TH FLOOR NEW YORK, NY 10017 | Mutual Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 03/03/2011 | $0.00 |
| UNI- SELECT | MICHEL LAVERDURE CORPORATE PURCHASING 290 BOULEVARD INDUSTRIEL BOUCHERVILLE, QC J4B 2X4 CANADA | Exclusive Proposal, and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| UNICOM SYSTEMS, INC. | UNICOM PLAZA, SUITE 310 15535 SAN FERNANDO MISSION BLVD. MISSION HILLS, CA 91345 | Software Systems License Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 12/26/1996 | $0.00 |
| UNIFIED GOVERNMENT OF WYANDOTTE COUNTY AND KANSAS CITY, KANSAS | 701 NORTH 7TH STREET.  ATTN: MR. GEORGE BRAJKOVIC KANSAS CITY, KS 661101 | Purchase of 3015  Fairfax Trafficway, Kansas City, KS 66115, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 03/12/2010 | $0.00 |
| UNION PACIFIC RAILROAD | 1400 DOUGLAS STREET, STOP 0780 OMAHA, NE 68179-0780 | Vendor Supply Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 08/14/2008 | $0.00 |
| UNION PACIFIC RAILROAD | ATTN: REAL ESTATE FOLDER 2565-12 1400 DOUGLAS STREET, MAIL STOP 1690 OMAHA, NE 68179 | Easement Agreement, and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| UNION PACIFIC RAILROAD COMPANY | ATTN LEGAL DEPARTMENT 1400 DOUGLAS STREET OMAHA, NE 68179 | Letter of Intent, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 04/03/2012 | $0.00 |
| UNION PACIFIC RAILROAD COMPANY | ATTN LEGAL DEPARTMENT 1400 DOUGLAS STREET OMAHA, NE 68179 | Letter of Intent, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 07/06/2010 | $0.00 |
| UNIONBAT S.A. | AV. PTE. JUAN DOMINGO PERON N° 4670 (1650) SAN MARTIN BUENOS AIRES,  ARGENTINA | 1st Amendment to Trademark License Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 09/26/2011 | $0.00 |
| UNIONBAT S.A. | AV. PTE. JUAN DOMINGO PERON N° 4670 (1650) SAN MARTIN BUENOS AIRES,  ARGENTINA | Trademark License Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 07/01/2006 | $0.00 |
| UNI-SELECT | ATTN: MICHEL LAVERDURE, VICE PRESIDENT, CORPORATE PURCHASING 170 BOUL INDUSTRIEL BOUCHERVILLE, QC J4B 2X3 CANADA | Extension of Supply Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 05/25/2012 | $0.00 |
| UNI-SELECT CANADA | MICHEL LAVERDURE - VICE PRESIDENT 290 BOULEVARD INDUSTRIEL BOUCHERVILLE, QC J4B 2X3 CANADA | Customer Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 12/16/2010 | $0.00 |
| UNISOURCE WORLDWIDE INC. | ATTN: RYAN STONEBROOK 6600 GOVERNORS LAKE PARKWAY NORCROSS, GA 30071 | Mutual Confidentiality and Non-disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 10/31/2011 | $0.00 |

**Exhibit 9.1 Assumed Executory Contracts and Unexpired Leases**

| COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION OF AGREEMENT(S) TO BE ASSUMED, OR ASSUMED AND ASSIGNED, AS APPLICABLE | CURE AMOUNT |
|---|---|---|---|
| UNITED DEFENSE, L.P. | LEA HERRERA<br>1100 BAIRS ROAD<br>PO BOX 15512<br>YORK, PA 17405 | UDLP's Non-Disclosure agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Effective Date: 06/15/2005 | $0.00 |
| UNITED HEALTHCARE INSURANCE COMPANY | 450 COLUMBUS BOULEVARD<br>HARTFORD, CT 06115-0150 | Administrative Services Agreement for medical services/health benefits., and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 01/26/2007 | $0.00 |
| UNITED LITHIUM SYSTEMS | ATTN: W. MOLL<br>1000 MANSELL EXCHANGE WEST, SUITE 350<br>ALPHARETTA, GA 30022 | Mutual Confidentiality and Non-disclosure agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 08/08/2007 | $0.00 |
| UNITED PARCEL SERVICE, INC. | 55 GLENLAKE PARKWAY NE<br>ATLANTA, GA 30328 | Mutual Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 04/01/2013 | $0.00 |
| UNITED STATES POSTAL SERVICE | ATTN: PAUL GEHRKE<br>VEHICLES, DELIVERY AND INDUSTRIAL EQUIPMENT CMC<br>3190 SOUTH 70TH STREET, RM 601<br>PHILADELPHIA, PA 19153-9990 | Agreement (3DVDIE-12-B-0017), and any related amendments, modifications, renewals, and extensions thereto<br>Contract Effective Date: 05/01/2012 | $0.00 |
| UNITED STEEL, PAPER & FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO, CLC, LOCAL 6996 | 5 GATEWAY CTR<br>PITTSBURGH, PA 15222 | Union Contract, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Effective Date: 09/12/2011 | $0.00 |
| UNITED STEEL, PAPER, FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION (USW) AFL-CIO-CLC | LOCAL NO. 9518<br>FIVE GATEWAY CENTER<br>PITTSBURGH, PA 15222 | Union Contract, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Effective Date: 02/21/2010 | $0.00 |
| UNITEDHEALTHCARE INSURANCE COMPANY | 450 COLUMBUS BOULEVARD<br>HARTFORD, CT 06115-0150 | Amendment to the Administrative Services Agreement., and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 11/19/2010 | $0.00 |
| UPPER EGYPT ELECTRICITY PRODUCTION COM | ATTN: LEGAL DEPARTMENT<br>EL KORYMAT POWERSTATION<br>EL SAFF ROAD<br>GIZA,  EGYPT | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/05/2013 | $0.00 |
| UPS PROFESSIONAL SERVICES, INC. | 55 GLENLAKE PARKWAY NE<br>ATLANTA, GA 30328 | Mutual Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 02/11/2013 | $0.00 |
| URBAN LAND OF NEVADA, INC. | 3271 S HIGHLAND DRIVE<br>LAS VEGAS, NV 89109 | Lease Agreement with respect to property located at 4216 North Pecos Rd., Suite 106, Las Vegas, NV 89115, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 08/12/2002 | $0.00 |
| US BATTERY | 1675 SAMPSON AVE.<br>CORONA, CA 92879 | Mutual Confidentiality and Non-disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 01/22/2013 | $0.00 |
| USA TRUCK, INC. | ATTN: CORPORATE LEGAL<br>3200 INDUSTRIAL PARK ROAD<br>VAN BUREN, AR 72956 | Mutual Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 10/25/2011 | $0.00 |
| USF HOLLAND INC. | ATTN: PRICING & YIELD MANAGEMENT<br>750 EAST 40TH STREET<br>HOLLAND, MI 49423 | Mutual Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/11/2013 | $0.00 |
| UTI, UNITED STATES, INC. | ATTENTION: GENERAL COUNSEL<br>100 OCEANGATE, SUITE 1500<br>LONG BEACH, CA 90802 | Mutual Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 10/12/2012 | $0.00 |
| VANFAB, INC. | 1 CENTER ST.<br>UNION HILL, IL 60969 | Mutual Confidentiality and Non-disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 05/15/2012 | $0.00 |
| VANFAB, INC. | GRANT VANVORST<br>1 CENTER ST.<br>UNION HILL, IL 60969 | Mutual Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/14/2013 | $0.00 |
| VELOCITY TECHNOLOGY SOLUTIONS III, INC. | CONTRACTS ADMINISTRATION<br>850 3RD AVE FL 10<br>NEW YORK, NY 10022 | EnterpriseOne Application Management Services - Change Order 7, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 10/16/2012 | $0.00 |
| VELOCITY TECHNOLOGY SOLUTIONS III, INC. | CONTRACTS ADMINISTRATION<br>850 3RD AVE FL 10<br>NEW YORK, NY 10022 | Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 10/05/2012 | $0.00 |
| VELOCITY TECHNOLOGY SOLUTIONS III, INC. | VELOCITY TECHNOLOGY SOLUTIONS III, INC.<br>850 3RD AVENUE, 10TH FLOOR<br>NEW YORK, NY 10022 | Amendment No. 1 to Master Service Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 02/23/2013 | $238,017.36 |
| VELOCITY TECHNOLOGY SOLUTIONS, INC. | 850 THIRD AVE., 10TH FLOOR<br>NEW YORK, NY 10022 | Service Agreement - World Hosting/Infrastructure Services, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 12/21/2012 | $0.00 |
| VEOLIA ES TECHNICAL SOLUTIONS LLC | ATTN: GENERAL COUNSEL<br>700 BUTTERFIELD RD.<br>LOMBARD, IL 60148 | Mutual Confidentiality & Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 01/21/2010 | $0.00 |
| VERDIGRIS CAPITAL | ATTENTION: WALTER S. HOWES, MANAGING PARTNER<br>1350 BEVERLY ROAD, SUITE 115<br>MCLEAN, VA 22101 | Confidentiality agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 05/01/2009 | $0.00 |
| VERIZON CORPORATE SERVICES GROUP INC. | MICHAEL VARGAS<br>ONE VERIZON WAY<br>BASKING RIDGE, NJ 7920 | 3rd Amendment to Master Purchase Agreement (of 11/4/04)., and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 04/15/2011 | $0.00 |

**Exhibit 9.1 Assumed Executory Contracts and Unexpired Leases**

| COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION OF AGREEMENT(S) TO BE ASSUMED, OR ASSUMED AND ASSIGNED, AS APPLICABLE | CURE AMOUNT |
|---|---|---|---|
| VERIZON CORPORATE SERVICES GROUP, INC. | ATTN: MARSHALL BAILEY ONE VERIZON PLACE MAIL CODE GA2A 1PRO ALPHARETTA, GA 30004 | Amendment No. 1 to Product Purchase Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 10/25/2010 | $0.00 |
| VERIZON CORPORATE SERVICES GROUP, INC. | MARSHAL BAILEY ONE VERIZON WAY BASKING RIDGE, NJ 07920 | Letter of Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 11/14/2011 | $0.00 |
| VERIZON CORPORATE SERVICES GROUP, INC. | ONE VERIZON WAY BASKING RIDGE, NJ 07920 | Replication Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 01/15/2010 | $0.00 |
| VERIZON NETWORK INTEGRATION CORP. | MICHELLE A. ARRINGTON 52 EAST SWEDESFORD ROAD FRAZER, PA 19355 | Master Purchase Terms and Conditions, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 11/09/2004 | $0.00 |
| VERIZON SERVICES CORP. | ATTENTION: SOURCING PROCESS LEADER - POWER 2400 NORTH GLENVILLE BLVD. RICHARDSON, TX 75082 | Product Purchase Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 09/02/2009 | $0.00 |
| VERMONT TRANSCO LLC | ATTENTION: RICK SHETTLES, CAPITAL PROJECTS PROCUREMENT MANAGER 366 PINNACLE RIDGE ROAD RUTLAND, VT 05701 | Purchase and Sales Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 04/15/2013 | $0.00 |
| VERTEX INC. | VERTEX INC. 1041 OLD CASSATT ROAD BERWYN, PA 19312 | Software License Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 12/19/2002 | $0.00 |
| VIHAAN NETWORKS LIMITED | ATTN: HEAD LEGAL UDYOG VIHAR, 21 B, SECTOR-18 GURGAON, 122015 INDIA | Mutual Confidentiality and Non-disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 03/31/2010 | $0.00 |
| VIKING ENERGY MANAGEMENT | ATTN: BRYANT LEE 13860 BALLANTYNE CORP. PLACE, SUITE 160 CHARLOTTE, NC 28277 | Mutual Confidentiality and Non-disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 11/13/2007 | $0.00 |
| VIPAR HEAVY DUTY | ATTN: STEPHEN R. CROWLEY, PRESIDENT & CEO 760 MCARDLE, SUITE D CRYSTAL LAKE, IL 600014 | Supply Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 12/19/2012 | $0.00 |
| VIRIDITY ENERGY, INC. | ATTN: LEGAL & REGULATORY AFFAIRS 100 WEST ELM STREET, SUITE 410 CONSHOHOCKEN, PA 19428 | Mutual Confidentiality and Non-disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 10/07/2010 | $0.00 |
| VISCA POWER SUPPLY MANUFACTORY CO., LTD. | YOUBU INDUSTRY AREA LANXI CITY, ZHENJIANG, CHINA | Mutual Confidentiality and Non-Disclosure Agreement , and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 05/20/2013 | $0.00 |
| VISION SERVICE PLAN ("VSP") | 3091 GOVERNORS LAKE DRIVE SUITE 575 NORCROSS, GA 30071 | Vision Services, and any related amendments, modifications, renewals, and extensions thereto Contract Effective Date: 01/01/2013 | $0.00 |
| VITA THERMOPLASTIC COMPOUNDS LIMITED | DAVID HALL 1 KINGSLAND GRANGE WOOLSTON/WARRINGTON/CHESHIRE, WA1 4RA UNITED KINGDOM | Mutual Confidentiality and Non-Disclose Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 06/21/2010 | $0.00 |
| VMS, INC. | 2097 EAST AURORA ROAD TWINSBURG, OH 44087 | Confidentiality and non-disclosure agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 06/14/2011 | $0.00 |
| VODAFONE PROCUREMENT COMPANY S.À R.L. | NINIAN WILSON 15, RUE EDWARD STEICHEN LUXEMBOURG GRAND DUCHY OF LUXEMBOURG L-2540 | Mutual Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 08/31/2011 | $0.00 |
| VRB POWER SYSTEMS INC. | ATTENTION: TIM HENNESSY 13955 BRIDGEPORT RD., SUITE 200 RICHMOND, BC V6V 1J6 CANADA | Mutual Confidentiality and Non-disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 08/25/2008 | $0.00 |
| VSS, LLC | ATTN: DAVID TRAXLER, PRESIDENT 303 BRAME RD. RIDGELAND, MS 39157 | Mutual Confidentiality and Non-disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 10/06/2010 | $0.00 |
| VULCAN GLOBAL MANUFACTURING SOLUTIONS, INC. | ATTN: DAN HENKHAUS 1400 WEST PIERCE ST. MILWAUKEE, WI 53204 | Mutual Confidentiality and Non-disclosure agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 02/20/2013 | $0.00 |
| WALLER LOGISTICS, INC. | ATTN: JIM WALLLER 400 SOUTH MCCLEARY RD. EXCELSIOR SPRINGS, MO 64024 | Mutual Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 02/15/2012 | $0.00 |
| WAL-MART CANADA CORP. | 1940 ARGENTIA RD MISSISSAUGA, ON L5N 1P9 CANADA | Customer Agreement, and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| WAL-MART SORES EAST, LP | JOEL MARPE, VICE PRESIDENT LOGISTICS ADMINISTRATION 601 N. WALTON BLVD., MS-L07 BENTONVILLE, AR 72716-0710 | Equipment Sales and Service Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 08/01/2010 | $0.00 |
| WAL-MART STORE PLANNING | 2001 SOUTH EAST 10TH STREET BENTONVILLE, AK 72712 | Customer Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 12/14/1999 | $0.00 |
| WAL-MART STORES EAST, LP | 601 N. WALTON BLVD., MS-L07 BENTONVILLE, AR 72716-0710 | Customer Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 09/20/2012 | $0.00 |
| WAL-MART STORES EAST, LP | 601 N. WALTON BLVD., MS-L07 BENTONVILLE, AR 72716-0710 | Equipment Sales and Service Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 02/01/2004 | $0.00 |

| COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION OF AGREEMENT(S) TO BE ASSUMED, OR ASSUMED AND ASSIGNED, AS APPLICABLE | CURE AMOUNT |
|---|---|---|---|
| WAL-MART STORES EAST, LP | 601 N. WALTON BLVD., MS-L07<br>BENTONVILLE, AR 72716-0710 | Equipment Sales and Service Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 02/16/2011 | $0.00 |
| WAL-MART STORES INC. | ATTENTION: MURIEL MCSWEENY<br>2001 S.E. 10TH ST.<br>BENTONVILLE, AR 72712-0550 | Vendor Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Effective Date: 03/01/2005 | $0.00 |
| WAL-MART STORES INC. | ATTENTION: MURIEL MCSWEENY<br>2001 S.Z. 10TH ST.<br>BENTONVILLE, AR 72712-0550 | Vendor Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 09/21/2006 | $0.00 |
| WAL-MART STORES, INC. | 2001 S.E. 10TH ST.<br>BENTONVILLE, AR 72712 | Vendor Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 11/01/2002 | $0.00 |
| WAL-MART STORES, INC. | 2001 SE 10TH ST.<br>BENTONVILLE, AR 72116 | Vendor Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Effective Date: 08/27/2001 | $0.00 |
| WAL-MART STORES, INC. | 2001 SOUTH EAST 10TH ST.<br>BENTONVILLE, AK 72716 | Vendor Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 12/14/1999 | $0.00 |
| WAL-MART STORES, INC. | 311 NORTH WALTON<br>BENTONVILLE, AK 72716 | Vendor Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 08/25/1999 | $0.00 |
| WAL-MART STORES, INC. | 702 S.W. 8TH ST.<br>BENTONVILLE, AK 72716 | Vendor Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Effective Date: 01/01/2000 | $0.00 |
| WAL-MART STORES, INC. | 702 S.W. 8TH ST.<br>BENTONVILLE, AR 72716 | Vendor Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 05/28/1999 | $0.00 |
| WAL-MART STORES, INC. | 702 S.W. 8TH ST.<br>BENTONVILLE, AR 72716 | Walmart's "Standards for 'Vendors' Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/18/2002 | $0.00 |
| WAL-MART STORES, INC. | 702 S.W. 8TH STREET<br>BENTONVILLE, AR 72716 | Letter w/ revisions to vendor agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/18/2002 | $0.00 |
| WAL-MART STORES, INC. | 702 SW 8TH ST.<br>BENTONVILLE, AR 72716 | Vendor Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 07/01/1998 | $0.00 |
| WAL-MART STORES, INC. | ATTENTION: MURIEL MCSWEENEY<br>2001 S.E. 10TH ST.<br>BENTONVILLE, AR 72712 | Vendor Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 08/14/2003 | $0.00 |
| WAL-MART STORES, INC. | ATTN LEGAL DEPARTMENT<br>702 SOUTHWEST 8TH STREET<br>BENTONVILLE, AR 72716 | Customer Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/20/2001 | $0.00 |
| WAL-MART STORES, INC. | ATTN LEGAL DEPARTMENT<br>702 SOUTHWEST 8TH STREET<br>BENTONVILLE, AR 72716 | Customer Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 05/24/1999 | $0.00 |
| WAL-MART STORES, INC. | ATTN LEGAL DEPARTMENT<br>702 SOUTHWEST 8TH STREET<br>BENTONVILLE, AR 72716 | Customer Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 05/26/1999 | $0.00 |
| WAL-MART STORES, INC. | ATTN LEGAL DEPARTMENT<br>702 SOUTHWEST 8TH STREET<br>BENTONVILLE, AR 72716 | Customer Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 06/07/2000 | $0.00 |
| WAL-MART STORES, INC. | ATTN LEGAL DEPARTMENT<br>702 SOUTHWEST 8TH STREET<br>BENTONVILLE, AR 72716 | Vendor Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 02/22/2002 | $0.00 |
| WAL-MART STORES, INC. | ATTN: VENDOR MASTER<br>1108 S.E. 10TH ST.<br>BENTONVILLE, AR 72716-0680 | Supplier Agreement, and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| WALTON AND COMPANY | BILL VERVAELE<br>1800 INDUSTRIAL HWY<br>YORK, PA 17402 | Independent Contractor Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 01/11/2012 | $0.00 |
| WASTE MANAGEMENT, INC. | 7320 HALL ST.<br>ST. LOUIS, MO 63147-2606 | Service Agreement Non-Hazardous Waster Service Summary, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 06/19/2013 | $0.00 |
| WATER GREMLIN COMPANY | ROBERT NEAL<br>1610 WHITAKER AVENUE<br>WHITE BEAR, MN 55110 | Mutual Confidentiality and Non-disclosure agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 03/15/2013 | $0.00 |
| WATSON MECHANICAL SERVICES, INC. | 1743 DALLAS DR.<br>BATON ROUGE, LA 70806 | HVAC Maintenance Proposal, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 10/13/2010 | $0.00 |
| WE ENERGY ENTERPRISE INC. | DOUGLAS WILLIAMS, PRESIDENT<br>15945 W. 13 MILE RD.<br>SOUTHFIELD, MI 48076 | Mutual Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 07/09/2010 | $0.00 |
| WEBFILINGS, LLC | MIKE SELLBERG<br>2625 N. LOOP DRIVE, SUITE 2105<br>AMES, IA 50010 | Master Subscription and Services Order and Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 11/29/2012 | $0.00 |
| WEGMANN AUTOMOTIVE | RUDOLF-DIESEL-STRAßE 6<br>VEITSHÖCHHEIM,  97209<br>GERMANY | Mutual Confidentiality and Non-disclosure agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 11/09/2012 | $0.00 |
| WELCH ALLYN, INC. | ATTENTION: ELECTRONICS COMMODITY MANAGER<br>4341 STATE STREET ROAD<br>PO BOX 220<br>SKANEATELES FALLS, NY 13153-0220 | Vendor Agreement, and any related amendments, modifications, renewals, and extensions thereto<br>Contract Dated: 11/04/2011 | $0.00 |

Exhibit 9.1 Assumed Executory Contracts and Unexpired Leases

| COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION OF AGREEMENT(S) TO BE ASSUMED, OR ASSUMED AND ASSIGNED, AS APPLICABLE | CURE AMOUNT |
|---|---|---|---|
| WELLS FARGO FINANCIAL CAPITAL FINANCE | 300 TRI-STATE INTERNATIONAL SUITE 400 LINCOLNSHIRE, IL 60069 | Forklift Lease, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 02/01/2010 | $0.00 |
| WERNER ENTERPRISES, INC. | ATTN: DIRECTOR, CONTRACT ADMINISTRATION 14507 FRONTIER ROAD OMAHA, NE 68138 | Mutual Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 10/25/2011 | $0.00 |
| WESCON PRODUCTS | 2533 SOUTH WEST ST WICHITA, KS 67217 | Mutual Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 11/12/2010 | $0.00 |
| WESER-METALL GMBH | JOHANNASTRASSE 2 26954 NORDENHAM GERMANY | Guaranty of Sales Contract - Lead, and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| WEST MICHIGAN BATTERY | ATTENTION: ED HIRSCHBERG 3227 UNION STREET WYOMING, MI 49508 | Distributor Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 11/18/1993 | $0.00 |
| WEST PUBLISHING CORPORATION | 610 OPPERMAN DRIVE SAINT PAUL, MN 55123 | Amendment No. 7 to Serengeti Tracker Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 07/27/2011 | $0.00 |
| WESTCHESTER FIRE INSURANCE COMPANY | ATTN: FRANK KINNETT 225 W. WASHINGTON 6TH FLOOR CHICAGO, IL 60606 | Increase Penalty Riders, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 08/24/2012 | $0.00 |
| WESTCHESTER FIRE INSURANCE COMPANY | ATTN: FRANK KINNETT 436 WALNUT STREET PHILADELPHIA, PA 19106 | Hazardous Waste Facility Financial Guarantee Bond, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 09/21/2011 | $0.00 |
| WESTCHESTER FIRE INSURANCE COMPANY | ATTN: FRANK KINNETT 436 WALNUT STREET PHILADELPHIA, PA 19106 | Payment Bond, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 04/15/2013 | $0.00 |
| WESTCORE DELTA LLC | 4435 EASTGATE MALL SUITE 300 SAN DIEGO, CA 92121 | Lease Agreement with respect to property located at 1720 N. Market Blvd., Suite 100, Sacramento, CA 95834, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 03/27/2012 | $0.00 |
| WESTERN EXPRESS INC. | PAUL WIECK 7135 CENTENNIAL PLACE NASHVILLE, TN 37209 | Mutual Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 10/20/2011 | $0.00 |
| WESTLAND CORPORATION | DAVE LARSON 1735 S MAIZE RD. WICHITA, KS 67209 | Mutual Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 11/05/2009 | $0.00 |
| WEX BANK | 7090 UNION PARK CENTER SUITE 350 MIDVALE, UT 84047 | Deposit Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 06/04/2013 | $0.00 |
| WHITE PINE ANCASTER CAPITAL LIMITED / ALLAN DAVIS | 2121 LAKESHORE #602 BURLINGTON, ON  L7R 1C9 CANADA | Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 08/19/2013 | $0.00 |
| WILDMOR REALTY, INC. | SHAN W. MORRIS 3423 PIEDMONT ROAD, SUITE 100 ATLANTA, GA 30305 | Mutual Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 09/16/2012 | $0.00 |
| WILSON VIZEU DE ALMEIDA | RUA FABIO LOPES DOS SANTOS LUZ, NO. 200, APT 52B SAO PAULO,  05717-230 BRAZIL | Services Rendering Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 04/30/2010 | $0.00 |
| WIN-MAR FREIGHT MGMT INC. | ATTN: SCOTT DUNCAN 1008 REDONDA ST. BOX 1 GRP. 587. RR#5 WINNEPEG, MB R2C 2Z2 CANADA | Mutual Confidentiality and Non-disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 11/02/2012 | $0.00 |
| WINSTANLEY PARTNERS, INC. | 114 MAIN ST. LENOX, MA 1240 | Mutual Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 08/16/2012 | $0.00 |
| WIPRO LIMITED | GENERAL COUNSEL DODDAKANNELLI, SARJAPUR ROAD BANGALORE,  560-035 INDIA | Statement of Work, and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| WIPRO LIMITED | GENERAL COUNSEL DODDAKANNELLI, SARJAPUR ROAD BANGALORE,  560-035 INDIA | Master Service Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 09/24/2007 | $0.00 |
| WIPRO LIMITED | GENERAL COUNSEL DODDAKANNELLI, SARJAPUR ROAD BANGALORE,  560-035 INDIA | Statement of Work, and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| WIRTZ MANUFACTURING COMPANY | ATTN: JOHN WIRTZ 1105 24TH ST. PORT HURON, MI 48060 | Mutual Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 04/30/2009 | $0.00 |
| WOELCO LABELING SOLUTIONS, INC. | ATTN: PETRA WEISER 107 INFIELD COURT MOORESVILLE, NC 28117 | Confidentiality and Non-Disclosure agreement., and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 10/12/2010 | $0.00 |
| WOODLANDS PROPERTIES LLC | BARNEY A BEACH PO BOX 100576 BIRMINGHAM, AL 35210 | Lease Agreement with respect to property located at 1910 B Woodland Industrial Dr., Trussville, AL, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 11/11/2004 | $0.00 |

**Exhibit 9.1 Assumed Executory Contracts and Unexpired Leases**

| COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION OF AGREEMENT(S) TO BE ASSUMED, OR ASSUMED AND ASSIGNED, AS APPLICABLE | CURE AMOUNT |
|---|---|---|---|
| WORLD FUEL SERVICES, INC. | 9800 NW 41ST STREET, SUITE 400 MIAMI, FL 33178 | Confidentiality and Non-Disclosure Agreement., and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 03/30/2009 | $0.00 |
| WORLDWIDE BATTERY | 9955 WESTPOINT DR STE 120 INDIANAPOLIS, IN 46256-3340 | Confidentiality and Non-Disclosure agreement., and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 05/10/2012 | $0.00 |
| WRIGHT EXPRESS FINANCIAL SERVICES CORPORATION | KIRK S. WEILER 7090 S UNION PARK CENTER STE 350 MIDVALE, UT 84047 | Wright Express Fleet Business Charge Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 01/20/2011 | $0.00 |
| WTS, INC. | THOMAS F. HUGHES 1100 OLIVE WAY STE 1100 SEATTLE, WA 98101-1870 | IT Infrastructure Services, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 09/08/2011 | $0.00 |
| WYNNCHURCH CAPITAL | TERRY THEODORE OF WYNNCHURCH CAPITAL 39400 WOODWARD AVE., SUITE 185 BLOOMFIELD HILLS, MI 48304 | Confidentiality Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 11/13/2012 | $0.00 |
| XIAN KAIMING ELECTRONICS TECHNOLOGY CO., LTD | ROOM 10801, UNIT 1, BLOCK A, JINQIAO INTL' SQUARE, NO.50 KEJI ROAD XI'AN, SHAANXI, CHINA | Distribution Agreement, and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| YACHT BATTERY COMPANY, LTD. | ROOM NO. 5F-1, NO. 212 PATEH ROAD SEC.3 TAIPEI, TAIWAN, PROVINCE OF CHINA | Indemnity Agreements, and any related amendments, modifications, renewals, and extensions thereto | $0.00 |
| YALE MATERIAL HANDLING GAMMON | 1960 CONCOURSE DR ST LOUIS, MO 63146 | Equipment Schedule, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 09/30/2010 | $0.00 |
| YAMAHA MOTOR CORPORATION USA | ATTN: PARTS AND ACCESSORIES DEPT. 1270 CHANTAIN ROAD KENNESAW, GA 30144 | Mutual Confidentiality and Non-disclosure Agreement., and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 03/17/2010 | $0.00 |
| YBM DISTRIBUTION LTD. | ATTN: BILL DENTON 415 HORNER AVE.  UNIT #7 TORONTO, ON M8W 2B2 CANADA | Mutual Confidentiality and Non-disclosure Agreement., and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 11/02/2012 | $0.00 |
| YRC GLEN MOORE | ATTN: PRESIDENT 1711 SHEARER DRIVE CARLISLE, PA 17013 | Mutual Confidentiality and Non-disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 10/31/2011 | $0.00 |
| YRC INC. | ATTN: PYM A710 10990 ROE AVENUE OVERLAND PARK, KS 66211 | Mutual Confidentiality and Non-disclosure Agreement., and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 03/18/2013 | $0.00 |
| YUASA BATTERY | C/O MORGAN LEWIS & BOCKIUS LLP ATTN GLEN R STUART, PARTNER 1701 MARKET ST PHILADELPHIA, PA 19103 | Trademark and Trade Name License Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 06/10/1991 | $0.00 |
| YUASA GENERAL BATTERY CORPORATION | ATTN: ATSUTAKA MORIYA PO BOX 1262 READING, PA 19603 | Titan Trademark Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 05/27/1986 | $0.00 |
| YUSEN LOGISTICS (AMERICAS) INC. | ATTN: LEGAL COUNSEL 1900 CHARLES BRYAN ROAD, SUITE 250 CORDOVA, TN 38016 | Mutual Confidentiality and Non-disclosure agreement., and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 10/12/2012 | $0.00 |
| YUSEN LOGISTICS (AMERICAS) INC. | ATTN: LEGAL DEPARTMENT 1900 CHARLES BRYAN ROAD, SUITE 250 CORDOVA, TN 38016 | Mutual Confidentiality and Non-disclosure Agreement., and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 03/02/2012 | $0.00 |
| ZBB ENERGY CORPORATION | ATTN: OFFICE OF THE GENERAL COUNSEL N93 W14475 WHITTAKER WAY MENOMONEE FALLS, WI 53051 | Mutual Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 06/07/2010 | $0.00 |
| ZEROBASE ENERGY, LLC | LIONEL JINGLES 505 PARK AVE. 21ST FLOOR NEW YORK, NY 10022 | Mutual Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 10/16/2009 | $0.00 |
| ZHENGZHOU AMPERE OF ELECTRICAL TECHNOLOGY LIMITED COMPANY | ZHENG ZHON HIGH-TECH ZONE RUIDA ROAD 965 TECHNOLOGY PLAZA TWO ZHENGZHON, CHINA | Distribution Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Dated: 12/21/2012 | $0.00 |
| ZURICH SUEZ CORP. | | Confidentiality and Non-Disclosure Agreement, and any related amendments, modifications, renewals, and extensions thereto Contract Effective Date: 04/03/2013 | $0.00 |