IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------- x
In re:                           :  Chapter 11
                                 :
                                 :  Case No. 13-11482 (KJC)
EXIDE TECHNOLOGIES,              :
                                 :
     Debtor.[1]                  :
                                 :  **Related Docket No. 2632, 3060, 3096, 3369**
------------------------------- x

# NOTICE OF FILING OF FOURTH AMENDED PLAN OF REORGANIZATION OF EXIDE TECHNOLOGIES

**PLEASE TAKE NOTICE** that, on November 17, 2014, the above-captioned debtor and debtor in possession (the "Debtor" or "Exide") filed the Plan of Reorganization of Exide Technologies [Docket No. 2632]. On January 30, 2015, the Debtor filed the First Amended Plan of Reorganization of Exide Technologies [Docket No. 3060]. On February 5, 2015, the Debtor filed the Second Amended Plan of Reorganization of Exide Technologies [Docket No. 3096].

**PLEASE TAKE FURTHER NOTICE** that, on March 25, 2015, the Debtor filed the Third Amended Plan of Reorganization of Exide Technologies [Docket No. 3371] (the "Third Amended Plan").

**PLEASE TAKE FURTHER NOTICE** that the Debtor has revised the Third Amended Plan to, among other things, reflect comments from parties in interest and provide

---

[1] The last four digits of the Debtor's taxpayer identification number are 2730. The Debtor's corporate headquarters are located at 13000 Deerfield Parkway, Building 200, Milton, Georgia 30004.

additional information (the "Fourth Amended Plan"), a copy of which is attached hereto as Exhibit 1.

**PLEASE TAKE FURTHER NOTICE** that a blackline version of the Fourth Amended Plan is attached hereto as Exhibit 2, which blackline reflects all revisions to the Second Amended Plan since its filing on February 5, 2015. In addition, a blackline version of the Fourth Amended Plan is attached hereto as Exhibit 3, which blackline reflects all revisions to the Third Amended Plan since its filing on March 25, 2015.

Dated: Wilmington, Delaware
      March 27, 2015

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/ Dain A. De Souza
Anthony W. Clark (I.D. No. 2051)
Dain A. De Souza (I.D. No. 5737)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and -

Kenneth S. Ziman
J. Eric Ivester
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Fax: (212) 735-2000

- and -

James J. Mazza, Jr.
155 N. Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel for Debtor and Debtor in Possession*