IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                     :

In re:                              :        Chapter 11
                                     :

EXIDE TECHNOLOGIES,          :        Case No. 13-11482 (KJC)
                                     :

                 Debtor.[1]      :

                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF FILING OF DEBTOR'S MONTHLY OPERATING REPORT
FOR THE PERIOD OF MARCH 1, 2015 THROUGH MARCH 31, 2015**

PLEASE TAKE NOTICE that the debtor and debtor in possession in the above-caption bankruptcy case (the "Debtor") has filed with the United States Bankruptcy Court for the District of Delaware the Debtor's Monthly Operating Report for the Period of March 1, 2015 through March 31, 2015, attached hereto as Exhibit A (the "Monthly Operating Report").

Dated: Wilmington, Delaware
      April 30, 2015

                        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                        /s/ Dain A. De Souza
                        Anthony W. Clark (I.D. No. 2051)
                        Dain A. De Souza (I.D. No. 5737)
                        One Rodney Square
                        P.O. Box 636
                        Wilmington, Delaware 19899-0636
                        Telephone: (302) 651-3000
                        Fax: (302) 651-3001

                        - and -

---

[1]    The last four digits of Debtor's taxpayer identification number are 2730. The Debtor's corporate headquarters are located at 13000 Deerfield Parkway, Building 200, Milton, Georgia 30004.

Kenneth S. Ziman
J. Eric Ivester
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Fax: (212) 735-2000

- and -

James J. Mazza, Jr.
155 N. Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel for Debtor and Debtor in Possession*

**EXHIBIT A**

**<u>MONTHLY OPERATING REPORT</u>**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In Re: | Chapter 11 |
|---|---|
| EXIDE TECHNOLOGIES, | Case No. 13-11482 (KJC) |
| Debtor | |

MONTHLY OPERATING REPORT
March 2015

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Debtor Statement |
|---|---|---|---|---|
| Schedule of Operating Cash Flow | MOR-1 | X | | |
| Bank Reconciliation (or copies of Debtor's bank reconciliations) | MOR-1a | | | X |
| Schedule of Professional Fees and Expenses Paid | MOR-1b | X | | |
| Copies of Bank Statements and Cash Disbursements Journal | | | | |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | X | | |
| Status of Post Petition Taxes | | | | X |
| Summary of Unpaid Post Petition Accounts Payable | MOR-4 | X | | |
| Trade Accounts Receivable and Aging | MOR-5 | X | | |
| Debtor Questionnaire | MOR-6 | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the information contained in this monthly operating report (including attached schedules) is true and correct to the best of my knowledge, information and belief.

Signature of Debtor                                      Date  4-29-15

Lou Martinez
VP, Corporate Controller and Chief Accounting Officer
Exide Technologies

The information contained herein is provided to fulfill the requirements of the Office of the United States Trustee. The financial statements provided here do not include consolidated results for Exide Technologies (the "Company") as the Company has several non-debtor subsidiaries. All information contained herein is unaudited and subject to future adjustment. The Company maintains its books and records on a business unit reporting level and those units do not in all cases correspond to legal entities. Certain assumptions have been made as noted herein. In addition, the Company maintains certain liabilities on its balance sheet (such as benefits and tax related liabilities) that may relate to one or more of the Company's subsidiaries and no conclusion as to the legal obligation is made by the presentation herein.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re: | Chapter 11 |
| EXIDE TECHNOLOGIES, | Case No. 13-11482 (KJC) |
| Debtor | |

**General Notes**

***Debtor-in-Possession Financial Statements - The financial statements and supplemental information contained herein are unaudited, preliminary, and may not comply with generally accepted accounting principles in the United States of America ("U.S. GAAP") in all material respects. In addition, the financial statements and supplemental information contained herein represent the financial information for the Debtor only. The Company's non-Debtor entities are not included in the financial statements or the supplemental information contained herein.***

Financial Accounting Standards Board ("FASB") Accounting Standards Codification 852 ("ASC 852") addresses accounting and financial statement disclosure for entities that have filed petitions with the bankruptcy court and expect to reorganize as going concerns under chapter 11 of the bankruptcy code. ASC 852 generally does not change the manner in which financial statements are prepared. It does require, however, that the financial statements for periods subsequent to the filing of the chapter 11 petition distinguish transactions and events that are directly associated with the reorganization from the ongoing operations of business.

The Debtor's financial statements contained herein have been prepared in accordance with the guidance in ASC 852. The unaudited financial statements have been derived from the books and records of the Debtor. This information, however, has not been subject to procedures that would typically be applied to financial information presented in accordance with U.S. GAAP, and upon the application of such procedures, the Debtor believes that the financial information could be subject to changes, and these changes could be material. The information furnished in this report includes primarily normal recurring adjustments, but does not include all of the adjustments that would typically be made in accordance with U.S. GAAP.

The results of operations contained herein are not necessarily indicative of results that are expected from any other period or for the full year and may not necessarily reflect the combined results of operations, financial position and cash flows of the Debtor in the future.

***Liabilities Subject to Compromise -*** As a result of the chapter 11 filing, the payment of pre-petition indebtedness is subject to compromise or other treatment under a plan of reorganization. The determination of how liabilities will ultimately be settled and treated cannot be made until the bankruptcy court approves a chapter 11 plan of reorganization. Accordingly, the ultimate amount of such liabilities is not determinable at this time. ASC 852 requires pre-petition liabilities that are subject to compromise to be reported at the amounts expected to be allowed, even if they may be settled for lesser amounts. The amounts currently classified as liabilities subject to compromise are preliminary and may be subject to future adjustments depending on bankruptcy court actions, further developments with respect to disputed claims, determinations of the secured status of certain claims, the values of any collateral securing such claims, rejection of executory contracts, continued reconciliation and other events.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| In Re: | Chapter 11 |
|---|---|
| **EXIDE TECHNOLOGIES,** | **Case No. 13-11482 (KJC)** |
| Debtor | |

**MOR-1**
**Debtor Schedule of Cash Receipts and Disbursements**
**For the Monthly and Petition to Date Periods Ended March 31, 2015**
**(In thousands of dollars)**
**(Unaudited)**

|  | Monthly Period Ended March 31, 2015 | Petition to Date Period Ended March 31, 2015 |
|---|---|---|
| **Beginning Cash Balance[1]** | **697** | **9,506** |
| Cash Receipts: | | |
| DIP Financing, net | (12,410) | 443,249 |
| Customer Receipts | 73,183 | 1,615,040 |
| Non-Debtor Receipts | 49,972 | 406,605 |
| Other Receipts | 997 | 8,309 |
| **Total Receipts** | **111,742** | **2,473,203** |
| Cash Disbursements:[2] | | |
| Payroll Related | 12,216 | 246,185 |
| Operating Disbursements | 69,813 | 1,724,482 |
| Debtor pre-petition ABL Revolver Pay-off | - | 58,853 |
| Non-Debtor pre-petition ABL Revolver Pay-off | - | 58,103 |
| Non-Debtor Payable Funding | 1,927 | 248,252 |
| Advisor Fees | 8,091 | 126,441 |
| **Total Disbursements** | **92,047** | **2,462,316** |
| **Net Cash Flow** | **19,696** | **10,887** |
| **Ending Available Cash Balance[1]** | **20,393** | **20,393** |

Notes:

[1] Cash balances reflect available funds and activity in primary concentration and investment accounts.

[2] Disbursements reflect when the relevant disbursement accounts are funded rather than when clearing the bank.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re: | Chapter 11 |
| **EXIDE TECHNOLOGIES,** | Case No. 13-11482 (KJC) |
| Debtor | |

**MOR-1a**
**Debtor Statement with respect to Bank Account Reconciliations, Bank Statements**
**and Cash Disbursements Journal**
**For the Period March 1, 2015 through March 31, 2015**
**(In thousands of dollars)**
**(Unaudited)**

Bank Account Reconciliations & Cash Disbursement Journals

The Debtor affirms that bank reconciliations are prepared for all open and active bank accounts on a monthly basis. The Debtor affirms that within its financial accounting systems, check registers and/or disbursement journals are maintained for each disbursement account.

Bank Statements

The Debtor affirms that bank statements for all open and active bank accounts are retained by the Debtor. The Debtor affirms that no bank accounts were closed during the current reporting period.

| Bank/Institution | Ending Balance | Date Opened |
|---|---|---|

Support Schedule to MOR-1 (Cash-End of Month by Debtor Company and Bank Account)

| Bank/Institution | Account Type | Bank Account | In thousands of dollars End of Month Cash |
|---|---|---|---|
| Wells Fargo | Control- Disbursement - Payroll | 96-00119747 | $ - |
| Wells Fargo | ACH Disbursements (A/P & Payroll) | 412-1759039 | 148 |
| Wells Fargo | Control- Disbursement - A/P | 96-00119751 | (2,383) |
| Wells Fargo | Utility Deposit Account | 4926114166 | 1,265 |
| Wells Fargo | Master Concentration | 2000028345949 | 17,027 |
| Wells Fargo | Transportation/Industrial Receipts | 2000028345952 | 3,638 |
| Wells Fargo | Investment | Fund # 793 A/C 1009350026 | 26 |
| Wells Fargo | Investment | 008 - '3000991393 | 25 |
| DWS Scudder | Investment | Fund # 43, A/C 260 866 16 | - |
| Toronto Dominion | Receipts CAD , pledged to JPMorgan | 5234480 | 58 |
| Toronto Dominion | Receipts USD , pledged to JPMorgan | 7307865 | 0 |
| Toronto Dominion | General Cdn$ account | 511525 | 414 |
| Toronto Dominion | General US$ account | 7315255 | 53 |
| **Total Bank Account Cash** | | | **$ 20,271** |
| | | Petty Cash | 122 |
| **Total Cash** | | | **$ 20,393** |

**Notes:**
[1] Negative ending cash balances are a result of timing differences within the Company's cash management system. These bank accounts are assumed to be funded from within the Company's centralized cash management system prior to disbursing funds to outside parties.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| In Re: | Chapter 11 |
|---|---|
| **EXIDE TECHNOLOGIES,** | Case No. 13-11482 (KJC) |
| Debtor | |

**MOR-1b**
**Schedule of Professional Fees and Expenses Paid**
**For the Monthly and Petition to Date Periods Ended March 31, 2015**
**(In thousands of dollars)**
**(Unaudited)**

| Professional | March 2015 Payments for the Monthly Period | | | Cumulative Amount Paid Since Petition Date | | |
|---|---|---|---|---|---|---|
| | Fees | Expenses | Total | Fees | Expenses | Total |
| Akin Gump Strauss Hauer & Feld LLP | $ 62 | $ 7 | $ 69 | $ 1,484 | $ 43 | 1,526 |
| Alvarez & Marsal North America, LLC | 1,826 | 74 | 1,900 | 36,819 | 2,083 | 38,903 |
| Ashurst, LLP | - | - | - | 66 | 17 | 83 |
| Bernstein, Shur, Sawyer, & Nelson, P.A. | 51 | 2 | 53 | 719 | 33 | 752 |
| Cleary Gottlieb Steen & Hamilton LLP | - | - | - | 393 | 1 | 394 |
| Davis Polk & Wardwell LLP | 216 | - | 216 | 3,068 | 24 | 3,092 |
| ERM Consulting & Engineering, Inc. | 4 | 3 | 6 | 163 | 15 | 178 |
| GCG, Inc. | 245 | - | 245 | 4,003 | 650 | 4,653 |
| Geosyntec | 23 | 2 | 25 | 525 | 34 | 559 |
| Guggenheim Securities LLC | 240 | 13 | 253 | 1,758 | 183 | 1,940 |
| Houlihan Lokey | 150 | 1 | 151 | 4,796 | 157 | 4,953 |
| King & Spalding LLP | 110 | 1 | 111 | 377 | 12 | 390 |
| KPMG LLP | - | - | - | 4,698 | 60 | 4,758 |
| Lazard Freres & Co. LLC | 150 | 1 | 151 | 9,129 | 76 | 9,205 |
| Lowenstein Sandler LLP | 1,353 | 48 | 1,401 | 8,743 | 778 | 9,521 |
| M-Cam, Inc. | - | - | - | 237 | 10 | 248 |
| Markapitcal, LLC | 57 | - | 57 | 473 | 50 | 522 |
| Morris, Nichols, Arsht & Tunnell LLP | 277 | 16 | 293 | 1,931 | 113 | 2,044 |
| Newmark Midwest Region, LLC | - | - | - | 250 | 12 | 262 |
| Pachulski Stang Ziehl & Jones LLP | 25 | 2 | 27 | 512 | 18 | 530 |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | 1,241 | 8 | 1,249 | 7,230 | 150 | 7,380 |
| Schnader Harrison Segal & Lewis LLP | - | - | - | 338 | 6 | 344 |
| Sheppard Mullin Richter & Hampton LLP | - | - | - | 6,516 | 198 | 6,714 |
| Sierra Research, Inc. | 1 | - | 1 | 16 | 1 | 17 |
| Sitrick and Company | 0 | 9 | 9 | 328 | 80 | 408 |
| Skadden, Arps, Slate, Meagher & Flom LLP | 1,420 | 22 | 1,442 | 20,400 | 413 | 20,813 |
| Young Conway | 151 | - | 151 | 499 | 14 | 512 |
| Zolfo Cooper, LLC | 275 | 4 | 279 | 5,564 | 173 | 5,738 |
| Total | $ 7,878 | $ 213 | $ 8,091 | $ 121,035 | $ 5,405 | $ 126,441 |

| Professional | Role |
|---|---|
| Akin Gump Strauss Hauer & Feld LLP | Debtor's Board of Directors Counsel |
| Alvarez & Marsal North America, LLC | Debtor's Restructuring Advisor |
| Ashurst, LLP | Unsecured Creditors Committee Foreign Counsel |
| Bernstein, Shur, Sawyer, & Nelson, P.A. | Fee Examiner Counsel |
| Cleary Gottlieb Steen & Hamilton LLP | Debtor's Special Counsel |
| Davis Polk & Wardwell LLP | DIP Agent Counsel |
| ERM Consulting & Engineering, Inc. | Debtor's Environmental Consultant |
| GCG, Inc. | Noticing/Claims Agent |
| Geosyntec | Unsecured Creditor Committee Environmental Consultant |
| Guggenheim Securities LLC | Unsecured Creditors Committee Investment Banker |
| Houlihan Lokey | Senior Secured Noteholders Financial Advisor |
| King & Spalding LLP | Debtor's Special Antitrust Counsel |
| KPMG LLP | Debtor's Independent Registered Public Accountant |
| Lazard Freres & Co. LLC | Debtor's Financial Advisor and Investment Banker |
| Lowenstein Sandler LLP | Unsecured Creditors Committee Counsel |
| M-Cam, Inc. | Debtor's and Unsecured Creditors Committee Intellectual Property Consultant |
| Markapitcal, LLC | Senior Note Holders Industry Advisor |
| Morris, Nichols, Arsht & Tunnell LLP | Unsecured Creditors Committee Co-Counsel |
| Newmark Midwest Region, LLC | Debtor's Real Estate Consultant |
| Pachulski Stang Ziehl & Jones LLP | Debtor's Special Conflicts Counsel |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | Senior Secured Noteholders Counsel |
| Schnader Harrison Segal & Lewis LLP | Debtor's Special Counsel |
| Sheppard Mullin Richter & Hampton LLP | Debtor's Special Counsel |
| Sierra Research, Inc. | Unsecured Creditors Committee Environmental Consultant |
| Sitrick and Company | Corporate Communications Advisor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Debtor's Counsel |
| Young Conway | Senior Secured Noteholder's Local Counsel |
| Zolfo Cooper, LLC | Unsecured Creditors Committee Financial Advisor |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| In Re: | Chapter 11 |
|---|---|
| **EXIDE TECHNOLOGIES,** | **Case No. 13-11482 (KJC)** |
| Debtor | |

**MOR-2**
**Debtor Statement of Operations[1]**
**For the Monthly and Petition to Date Periods Ended March 31, 2015**
**(In thousands of dollars)**
**(Unaudited)**

| | Monthly Period Ended March 31, 2015 | Petition to Date Period Ended March 31, 2015 |
|---|---|---|
| Net sales | 77,515 | 1,898,472 |
| Cost of sales | 79,286 | 1,683,854 |
| **Gross profit[2]** | **(1,771)** | **214,618** |
| Selling & advertising expenses | 7,765 | 173,000 |
| General & administrative expenses | 4,108 | 103,545 |
| **Selling & administrative expenses** | **11,873** | **276,545** |
| Restructuring & impairments, net | 82,668 | 106,783 |
| **Operating income (loss)** | **(96,312)** | **(168,710)** |
| (Gain) loss in net earnings of subsidiaries | 5,121 | (3,600) |
| Other (income) expense | 6,635 | 46,036 |
| Interest expense, net | 11,041 | 209,281 |
| **(Loss) income before reorganization items** | **(119,109)** | **(420,427)** |
| Reorganization items, net | 9,456 | 142,373 |
| **(Loss) income before income taxes** | **(128,565)** | **(562,800)** |
| Income tax provision (benefit) | 248 | (1,784) |
| **Net (loss) income attributable to Debtor** | **(128,813)** | **(561,016)** |

**Notes:**

[1] The information contained herein is provided to fulfill the requirements of the Office of the United States Trustee. All information contained herein is unaudited and subject to future adjustment.

[2] Gross Profit in March was negatively impacted by environmental expenses: Vernon $7.8M, Beech Grove $1.1M and Hamburg $1.0M.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| In Re: | Chapter 11 |
|---|---|
| **EXIDE TECHNOLOGIES,** | **Case No. 13-11482 (KJC)** |
| Debtor | |

**MOR-3**
**Debtor Balance Sheet[1,2]**
**As of the Petition Date and March 31, 2015**
**(In thousands of dollars)**
**(Unaudited)**

| | Petition Date | March 31, 2015 |
|---|---|---|
| **ASSETS** | | |
| | | |
| Cash & cash equivalents | 9,506 | 20,393 |
| Accounts receivable, net | 127,007 | 101,746 |
| Non-Debtor receivables | 12,442 | 46,141 |
| Inventories | 190,935 | 185,552 |
| Prepaid expenses & other current assets | 45,859 | 25,956 |
| Total current assets | 385,749 | 379,788 |
| | | |
| Property, plant and equipment, net | 235,557 | 199,517 |
| | | |
| Non-Debtor investments | 387,077 | 293,006 |
| Non-Debtor loans | 122,128 | 141,836 |
| Other non-current assets | 94,010 | 111,544 |
| **Total assets** | **1,224,521** | **1,125,691** |
| | | |
| **LIABILITIES AND DEBTOR'S EQUITY** | | |
| | | |
| Current maturities of long-term debt | - | 455,940 |
| Accounts payable | - | 54,194 |
| Accrued expenses | - | 97,995 |
| Other non-current liabilities | - | 67,818 |
| Total operating liabilities | - | 675,947 |
| | | |
| Liabilities subject to compromise[3] | 1,139,050 | 1,056,469 |
| | | |
| Total Debtor equity | 85,471 | (606,725) |
| **Total liabilities & Debtor's equity** | **1,224,521** | **1,125,691** |

Notes:

[1] The information contained herein is provided to fulfill the requirements of the Office of the United States Trustee.  All information contained herein is unaudited and subject to future adjustment.

[2] The Debtor Balance Sheet includes the assets and liabilities for the Debtor only.

[3] The change in the Liabilities Subject to Compromise account consists of the pre-petition ABL pay-off, payments via first day motions, and reclassifications of certain liabilities subject to compromise to various liabilities not subject to compromise.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In Re:                                                                                           Chapter 11
EXIDE TECHNOLOGIES,                                                    Case No. 13-11482 (KJC)
Debtor

### Declaration Regarding the Status of Post Petition Taxes of the Debtor
### March 31, 2015

Philip Damaska hereby declares and states:

I am Executive Vice President and Chief Financial Officer of Exide Technologies, a corporation organized under the laws of the state of Delaware and the Debtor and Debtor in possession in the above-captioned chapter 11 case. In this capacity, I am familiar with the day-to-day tax operations of Exide Technologies.

Except as otherwise indicated, all facts set forth in this declaration are based upon my personal knowledge of the operations and finances of Exide Technologies, information learned from my review of relevant documents, and information I have received from other members of management or the Debtor's advisors. I am authorized to submit this declaration on behalf of Exide Technologies and, if I were called upon to testify, I could and would testify competently to the facts set forth herein. I submit this declaration under penalty of perjury pursuant to 28 U.S.C. Section 1746.

To the best of my knowledge, the Debtor has filed all necessary federal, state and local tax returns and made all required post petition tax payments in connection therewith on a timely basis or have promptly remediated any late filings or payments that may have occurred due to unintentional oversights.

Dated: _____30 April_____, 2015

Respectfully submitted,

Philip Damaska
Executive Vice President and Chief Financial Officer

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| In Re: | Chapter 11 |
|---|---|
| **EXIDE TECHNOLOGIES,** | **Case No. 13-11482 (KJC)** |
| Debtor | |

**MOR-4**
**Debtor Summary of Unpaid Post Petition Accounts Payable[1]**
**March 31, 2015**
**(In thousands of dollars)**
**(Unaudited)**

| | Days Past Due | | | | | |
|---|---|---|---|---|---|---|
| | **Current** | **1-30** | **31-60** | **61-90[2]** | **>91[2]** | **Total** |
| Debtor | $    18,366 | $    6,483 | $    162 | $    219 | $    1,236 | $    26,466 |
| | 69% | 24% | 1% | 1% | 5% | 100% |

Notes:

[1] The post petition accounts payable reported represent open and outstanding trade vendor invoices that have been entered into the Debtor's accounts payable system and pre-petition amounts that the Debtor intends to pay in accordance with various orders of the Bankruptcy Court.  This summary does not include accruals for invoices not yet received or approved.

[2] Principally related to 20% holdback for numerous chapter 11 financial, legal, and other professionals.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| In Re: | Chapter 11 |
|---|---|
| **EXIDE TECHNOLOGIES,** | **Case No. 13-11482 (KJC)** |
| Debtor | |

**MOR-5**
**Debtor Trade Accounts Receivable and Aging**
**March 31, 2015**
**(In thousands of dollars)**
**(Unaudited)**

| | Days Aged[1] | | | | | |
|---|---|---|---|---|---|---|
| | Current | 1-30 | 31-60 | 61-90 | >91 | Total |
| Debtor | $ 93,538 | $ 10,897 | $ 496 | $ 226 | $ (22) | $ 105,135 |
| | 89% | 10% | 0% | 0% | 0% | 100% |

Notes:

[1] Aged from date of invoice.  Does not include provision for bad debt and write-offs nor non-customer
receivables.  Aging percentages are calculated based on total trade accounts receivable.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| In Re:<br>**EXIDE TECHNOLOGIES,**<br>Debtor | **Chapter 11**<br>**Case No. 13-11482 (KJC)** |
|---|---|

**MOR-6**
**Debtor Questionnaire**
**March 2015**

|  |  | Yes | No |
|---|---|:---:|:---:|
| 1 | Have any assets been sold or transferred outside the normal course of business in this reporting period?  If yes, provide an explanation below. |  | X |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation. |  | X |
| 3 | Have all post petition tax returns been timely filed?  If no, provide an explanation. | X |  |
| 4 | Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation. | X |  |
| 5 | Have any bank accounts been opened during the monthly reporting period? If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. |  | X |