IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
In re: : Chapter 11
:
: Case No. 13-11482 (KJC)
EXIDE TECHNOLOGIES, :
:
Reorganized Debtor.[1] : **Hrg. Date: July 1, 2015 at 2:00 p.m. (Eastern)**
:
: **Related Docket Nos. 3553, 3572, 3573, 3735, 3739, 3740**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF SUBMISSION OF PROOFS OF CLAIM

**PLEASE TAKE NOTICE** that the reorganized debtor in the above-captioned bankruptcy case (the "Reorganized Debtor"), by and through undersigned counsel, has today submitted to the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 North Market Street, Wilmington, Delaware 19801, copies of proofs of claim (the "Proofs of Claim") currently scheduled to be considered at the omnibus hearing scheduled for July 1, 2015 at 2:00 p.m. (Eastern) with respect to the following omnibus objections:

- Fifteenth Omnibus Objection Pursuant To Bankruptcy Code Section 502(b), Bankruptcy Rule 3007, And Local Rule 3007-1 To Certain Insufficient Documentation Claims (Docket No. 3553) (Date Filed: 4/24/15)

- Reorganized Debtor's (Substantive) Sixteenth Omnibus Objection Pursuant To Bankruptcy Code Section 502(b), Bankruptcy Rule 3007, And Local Rule 3007-1 To Certain No Liability Employee or Retiree Claims (Docket No. 3572) (Date Filed: 4/30/15)

---

[1] The last four digits of the Reorganized Debtor's taxpayer identification number are 2730. The Reorganized Debtor's corporate headquarters are located at 13000 Deerfield Parkway, Building 200, Milton, Georgia 30004.

- Reorganized Debtor's (Substantive) Seventeenth Omnibus Objection Pursuant To Bankruptcy Code Section 502(b), Bankruptcy Rule 3007, And Local Rule 3007-1 To Certain No Liability Employee or Retiree Claims (Docket No. 3573) (Date Filed: 4/30/15)

- Reorganized Debtor's (Substantive) Eighteenth Omnibus Objection Pursuant To Bankruptcy Code Section 502(b), Bankruptcy Rule 3007, And Local Rule 3007-1 To Certain (A) No Liability Employee or Retiree Claims, (B) Misclassified Claims, (C) Previously Discharged Claims, and (D) No Liability Claims (Docket No. 3735) (Date Filed: 5/29/15)

- Reorganized Debtor's (Substantive) Nineteenth Omnibus Objection Pursuant To Bankruptcy Code Section 502(b), Bankruptcy Rule 3007, And Local Rule 3007-1 To Certain (A) Misclassified Claims, (B) Reduce and Allow Claims, (C) Previously Discharged Claims, (D) No Liability Claims, (E) Contingent Contribution Claims, (F) Protective Environmental Claims, and (G) Insufficient Documentation Claims (Docket No. 3739) (Date Filed: 5/29/15)

- Reorganized Debtor's (Non-Substantive) Twentieth Omnibus Objection Pursuant To Bankruptcy Code Section 502(b), Bankruptcy Rule 3007, And Local Rule 3007-1 To Certain (A) Amended Claims and (B) Insufficient Documentation Claims (Docket No. 3740) (Date Filed: 5/29/15)

*[Remainder of page intentionally left blank]*

**PLEASE TAKE FURTHER NOTICE** that copies of the Proofs of Claim are available by contacting the undersigned counsel to the Reorganized Debtor.

Dated: Wilmington, Delaware
       June 17, 2015

                                SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                                /s/ Dain A. De Souza
                                Anthony W. Clark (I.D. No. 2051)
                                Dain A. De Souza (I.D. No. 5737)
                                One Rodney Square
                                P.O. Box 636
                                Wilmington, Delaware 19899-0636
                                Telephone: (302) 651-3000
                                Fax: (302) 651-3001

                                - and -

                                Kenneth S. Ziman
                                J. Eric Ivester
                                Four Times Square
                                New York, New York 10036-6522
                                Telephone: (212) 735-3000
                                Fax: (212) 735-2000

                                - and -

                                James J. Mazza, Jr.
                                155 N. Wacker Dr.
                                Chicago, Illinois 60606
                                Telephone: (312) 407-0700
                                Fax: (312) 407-0411

                                *Counsel for Reorganized Debtor*