# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EXIDE TECHNOLOGIES,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 13-11482 (KJC)<br><br>**Related Docket No. 4949** |

## NOTICE OF SUBMISSION OF PROOFS OF CLAIM IN CONNECTION WITH THE REORGANIZED DEBTOR'S (SUBSTANTIVE) THIRTIETH OMNIBUS OBJECTION PURSUANT TO BANKRUPTCY CODE SECTION 502(B), BANKRUPTCY RULE 3007, AND LOCAL RULE 3007-1 TO CERTAIN (A) NO LIABILITY CLAIMS, (B) MISCLASSIFIED CLAIM, (C) CONTINGENT CONTRIBUTION CLAIM, AND (D) DUPLICATE CLAIM

TO:   Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

PLEASE TAKE NOTICE that on January 17, 2018, the reorganized debtor in the above-captioned case (the "Reorganized Debtor") filed the *Reorganized Debtor's (Substantive) Thirtieth Omnibus Objection Pursuant to Bankruptcy Code Section 502(B), Bankruptcy Rule 3007, and Local Rule 3007-1 to Certain (A) No Liability Claims, (B) Misclassified Claim, (C) Contingent Contribution Claim, and (D) Duplicate Claim* (the "Thirtieth Omnibus Objection") [Docket No. 4949] with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. A hearing on the Thirtieth Omnibus Objection is scheduled for February 22, 2018 at 11:00 a.m. prevailing Eastern Time.

PLEASE TAKE FURTHER NOTICE that the proofs of claim that are required to be delivered to Chambers pursuant to Del. Bankr. L.R. 3007-1(e)(iv) (the "Proofs of Claim") have been delivered to Chambers (with all attachments) together with a copy of the Thirtieth

---

[1] The last four digits of the Reorganized Debtor's taxpayer identification number are 2730. The Reorganized Debtor's corporate headquarters is located at 13000 Deerfield Parkway, Building 200, Milton, Georgia 30004.

Omnibus Objection. Copies of any Proof of Claim can be requested from the undersigned counsel to the Reorganized Debtor.

Dated: February 8, 2018

SHAW FISHMAN GLANTZ & TOWBIN LLC
Robert M. Fishman
Allen J. Guon
Christina M. Sanfelippo
321 N. Clark Street, Suite 800
Chicago, IL 60654
Telephone: (312) 541-0151
Facsimile: (312) 980-3888
Email: rfishman@shawfishman.com
      aguon@shawfishman.com
      csanfelippo@shawfishman.com

*Counsel for the Reorganized Debtor*

-and-

PACHULSKI STANG ZIEHL & JONES LLP

/s/ James E. O'Neill
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 N. Market Street, 17th Floor
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
     joneill@pszjlaw.com

*Special Conflicts Counsel for the Reorganized Debtor*