IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re: : Chapter 11
:
EXIDE TECHNOLOGIES,[1] : Case No. 13-11482 (KJC)
:
Reorganized Debtor. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

# CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 4733

The undersigned hereby certifies that, as of the date hereof, no answer, response or other opposition has been received to the *Reorganized Debtor's (Substantive) Twenty-Seventh Omnibus Objection Pursuant to Bankruptcy Code Section 502(b), Bankruptcy Rule 3007, and Local Rule 3007-1 to Certain (A) Misclassified Claims, (B) No Liability Claims, (C) Reduce and Allow Claims, and (D) Contingent Contribution Claims* (the "Objection") filed on December 9, 2016.

On January 5, 2017, the Bankruptcy Court entered the *Order Sustaining Reorganized Debtor's (Substantive) Twenty-Seventh Omnibus Objection Pursuant to Bankruptcy Code Section 502(b), Bankruptcy Rule 3007, and Local Rule 3007-1 to Certain (A) Misclassified Claims, (B) No Liability Claims, (C) Reduce and Allow Claims, and (D) Contingent Contribution Claims* [Docket No. 4743] (the "Order"). The Order extended, *inter alia*, the deadline to respond to the Twenty-Seventh Omnibus Objection for Leopoldo Calderon ("Calderon"), Yale Industrial Products Inc. ("Yale"), Columbus McKinnon Corporation, and Columbus McKinnon Limited ("Columbus McKinnon Limited" and, together with Columbus McKinnon Corporation,

---

[1] The last four digits of the Reorganized Debtor's taxpayer identification number are 2730. The Reorganized Debtor's corporate headquarters are located at 13000 Deerfield Parkway, Building 200, Milton, Georgia 30004.

"Columbus McKinnon"), and continued the hearing with respect to their claims to a date and time to be determined.

On April 4, 2018, the Debtor re-noticed the Objection with respect to the claims filed by Calderon, Yale, and Columbus McKinnon.

The undersigned further certifies that the Court's docket has been reviewed in this case and no answer, response or other opposition to the Objection appears thereon. Pursuant to the re-notice, responses to the Objection were to be filed and served no later than April 18, 2018 at 4:00 p.m. prevailing Eastern Time.

*[Remainder of Page Left Intentionally Blank]*

Accordingly, it is hereby respectfully requested that the proposed order attached hereto as Exhibit A be entered at the Court's convenience.

Dated: May 4, 2018

SHAW FISHMAN GLANTZ & TOWBIN LLC
Robert M. Fishman
Allen J. Guon
John Guzzardo
321 N. Clark Street, Suite 800
Chicago, IL  60654
Telephone:  (312) 541-0151
Facsimile:   (312) 980-3888
Email: rfishman@shawfishman.com
         aguon@shawfishman.com
         jguzzardo@shawfishman.com

*Counsel for the Reorganized Debtor*

-and-

PACHULSKI STANG ZIEHL & JONES LLP


*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 N. Market Street, 17th Floor
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email: ljones@pszjlaw.com
         joneill@pszjlaw.com

*Special Conflicts Counsel for the Reorganized Debtor*