**Exhibit A**

| Claimant | Claim No. | Claim | Omnibus Objection | Objection | Claimant's Response | Objection and Status of Pension Benefits |
|---|---|---|---|---|---|---|
| Cannon, Jr., James | 1993 | Claimant asserts an unliquidated priority claim under 11 U.S.C. § 507(a)(4) and (5). | Eleventh [Doc. 2260] | Insufficient Documentation. | Claimant asserts an entitlement to "all appropriate pension plan benefits." [Doc. 2328] | Per Paragraph BB of the Confirmation Order and Article 16.6(c) of the Plan, the Reorganized Debtor shall continue the pension and retiree benefits. No Liability exists on the Books and Records. Claimant's claim was satisfied in full by the Pension Plan. Claimant received a lump sum payment from the Pension Plan on or about December 1, 2017 in the amount of $34,002.11 |
| Coddington, Roger | 1656 | Claimant asserts a priority claim under 11 U.S.C. § 507(a)(5) in the amount of $21,302.40. | Sixteenth [Doc. 3572] | No Liability Employee or Retiree Claim. | Claimant asserts an entitlement to a monthly benefit from the Pension Plan in the amount of $21,302.40 or $177.52 per month for 120 months. [Doc. 3632] | Per Paragraph BB of the Confirmation Order and Article 16.6(c) of the Plan, the Reorganized Debtor shall continue the pension and retiree benefits. No Liability exists on the Books and Records. Claimant's claim was satisfied in full by the Pension Plan. Claimant received a lump sum payment from the Pension Plan on or about December 1, 2017 in the amount of $24,030.26 |
| Connor, Willard | 1052 | Claimant asserts a secured claim for pension benefits in the estimated amount of $33,000. | Sixteenth [Doc. 3572] | No Liability Employee or Retiree Claim. | Unknown, but it appears from the proof of claim that Claimant asserts an entitlement to a monthly benefit from the Pension Plan in the amount of $179.91 [Doc. 3641] | Claimant deferred receiving benefits under the Pension Plan until a later date. |
| Horn, Francis | 1744 | Claimant asserts a priority claim under 11 U.S.C. § 507(a) for retirement benefits in the amount of $113.88 per month. | Fifteenth [Doc. 3553] | Insufficient Documentation. | Claimant asserts an entitlement to a monthly benefit from the Pension Plan in the amount of $113.88. [Doc. 4253] | Per Paragraph BB of the Confirmation Order and Article 16.6(c) of the Plan, the Reorganized Debtor shall continue the pension and retiree benefits. No Liability exists on the Books and Records. Claimant is currently receiving monthly retiree benefits from the Pension Plan in the amount of $113.88. |
| Jones, Jr., Willie | 911 | Claimant asserts a priority claim under 11 U.S.C. § 507(a)(4) in the amount of $8,000 for retirement benefits. | Seventeenth [Doc. 3573] | No Liability Employee or Retiree Claim. | Claimant asserts an entitlement to a monthly benefit from the Pension Plan in the amount of $666.00. [Doc. 3639] | Per Paragraph BB of the Confirmation Order and Article 16.6(c) of the Plan, the Reorganized Debtor shall continue the pension and retiree benefits. No Liability exists on the Books and Records. Claimant is currently receiving monthly retiree benefits from the Pension Plan in the amount of $411.73. |
| Pearson, Melvin | 2182 | Claimant asserts a priority claim under 11 U.S.C. § 507(a)(5) in an unliquidated amount for pension and retirement. | Fifteenth [Doc. 3553] and Eighteenth [Doc. 3735] | Insufficient Documentation (Fifteenth); No Liability Employee or Retiree Claim (Eighteenth). | Unknown. | Per Paragraph BB of the Confirmation Order and Article 16.6(c) of the Plan, the Reorganized Debtor shall continue the pension and retiree benefits. No Liability exists on the Books and Records. Claimant is currently receiving monthly retiree benefits from the Pension Plan in the amount of $143.55. |