# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> EXIDE TECHNOLOGIES,[1] <br><br>           Reorganized Debtor. | Chapter 11 <br><br> Case No. 13-11482 (KJC) <br><br> **Related Docket Nos. 3553, 3739** <br><br> **Hearing Date: November 29, 2018 at 10:00 a.m. (ET)** |

## RE-NOTICE OF HEARING WITH RESPECT TO CERTAIN OMNIBUS OBJECTIONS TO CLAIMS

To: (i) the Office of the U.S. Trustee; (ii) counsel to the agent under the debtor in possession financing; (iii) counsel to the agent for the Debtor's prepetition secured lenders; (iv) the indenture trustee for each of the Debtor's secured and unsecured outstanding bond issuances; (v) counsel to the unofficial committee of senior secured noteholders; (vi) the GUC Trust Trustee, Peter S. Kravitz of Province, Inc., 9209 Canwood Street, Suite 210, Agoura Hills, CA 91301; (vii) counsel to the GUC Trust, Dana P. Kane of Kelley Drye & Warren LLP, 101 Park Avenue, New York, NY 10178; (viii) all parties entitled to notice pursuant to Bankruptcy Rule 2002; and (ix) affected claimants.

**PLEASE TAKE NOTICE** that a hearing has been scheduled for **November 29, 2018 at 10:00 a.m. prevailing Eastern Time** (the "Hearing") with respect to the objections to the claims set forth in the below chart in connection with certain omnibus objections to claims filed by Exide Technologies, the reorganized debtor in the above-captioned bankruptcy case (the "Reorganized Debtor").

| **Claimant** | **Claim No.** | **Omnibus Objection** |
|---|---|---|
| Clay, Rachel | 1774 | Nineteenth [Docket No. 3739] |
| Coleman, Jerry | 1026 | Fifteenth [Docket No. 3553] |
| Prude, Michael | 2394 | Fifteenth [Docket No. 3553] |
| Rodriguez, Reynaldo | 1527 | Fifteenth [Docket No. 3553] |

---

[1] The last four digits of the Reorganized Debtor's taxpayer identification number are 2730. The Reorganized Debtor's corporate headquarters are located at 13000 Deerfield Parkway, Building 200, Milton, Georgia 30004.

| Smith, Jr., Don F. | 1401 | Nineteenth [Docket No. 3739] |

**PLEASE TAKE FURTHER NOTICE** that the Hearing will take place before the Honorable Kevin J. Carey at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801.

Dated: October 19, 2018

FOX ROTHSCHILD LLP
Robert M. Fishman
Allen J. Guon
Christina M. Sanfelippo
321 N. Clark Street, Suite 800
Chicago, IL  60654
Telephone:  (312) 541-0151
Facsimile:   (312) 980-3888
Email:     rfishman@foxrothschild.com
           aguon@foxrothschild.com
           csanfelippo@foxrothschild.com

*Counsel for the Reorganized Debtor*

-and-

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 N. Market Street, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email:     ljones@pszjlaw.com
           joneill@pszjlaw.com

*Special Conflicts Counsel for the Reorganized Debtor*