IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :   Chapter 11
                                          :
EXIDE TECHNOLOGIES,                       :   Case No. 13-11482 (KJC)
                                          :
         Reorganized Debtor.¹             :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**AFFIDAVIT OF SERVICE**

STATE OF WASHINGTON   )
                      ) ss
COUNTY OF KING        )

I, Eric Westberg, being duly sworn, depose and state:

1.  I am a Consultant with Epiq Class Action & Claims Solutions, Inc.,² the claims, noticing, and administrative agent for the reorganized debtor and reorganized debtor-in-possession (the "Reorganized Debtor") in the above-captioned proceeding. Our business address is 1201 Third Avenue, Suite 500, Seattle, Washington 98101.

2.  On October 19, 2018, at the direction of Pachulski Stang Ziehl & Jones LLP ("Pachulski"), counsel to the Reorganized Debtor, I caused a true and correct copy of the following document to be served by e-mail on the parties identified on Exhibit A annexed hereto (Master Service List and Notice of Appearance Parties with e-mail addresses) and by first class mail on the parties identified on Exhibit B annexed hereto (Master Service List and Notice of Appearance Parties):

---

¹ The last four digits of the Reorganized Debtor's taxpayer identification number are 2730. The Reorganized Debtor's corporate headquarters are located at 13000 Deerfield Parkway, Building 200, Milton, Georgia 30004.

² GCG was acquired by Epiq Class Action and Claims Solutions, Inc. on June 15, 2018

1

)  **Re-Notice of Hearing with Respect to Certain Omnibus Objections to Claims (Case No. 13-11482) ("Re-Notice of Hearing")** [Docket No. 5092].

3. On October 19, 2018, also at the direction of Pachulski, I caused a true and correct copy of the **Re-Notice of Hearing** to be served by e-mail on the parties identified on Exhibit C annexed hereto (Affected Claimants with e-mail addresses)[3] and first class mail on the parties identified on Exhibit D annexed hereto (Affected Claimants).

/s/ Eric Westberg
Eric Westberg

Sworn to before me this 22nd day of
October, 2018

/s/ Benjamin A. Johnson
Benjamin A. Johnson
Notary Public, State of Washington
License No. 199739
Commission Expires April 4, 2022

---

[3] Certain addresses in Exhibits C and D have been redacted in order to protect confidential information. Complete contact and address information are maintained by Epiq Class Action and Claims Solutions, Inc.

# EXHIBIT A

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| KELLEY DRYE & WARREN LLP | ATTN DANA P. KANE, ESQ. | 101 PARK AVE | | | NEW YORK | NY | 10178 | dkane@kelleydrye.com |
| LAW OFFICES OF ROBERT WASHUTA, PC | ATTN ROBERT WASHUTA, ESQ | 11 BROADWAY | STE 615 | | NEW YORK | NY | 10004 | robertwashuta@lawwashuta.com |
| OFFICE OF THE CA ATTORNEY GENERAL | ATTN MARGARITA PADILLA, ESQ | SUPERVISING DEPUTY ATTORNEY GENERAL | 1515 CLAY, FL 20 | P.O. BOX 70550 | OAKLAND | CA | 94612-0550 | margarita.padilla@doj.ca.gov |
| PACHULSKI, STANG, ZIEHL AND JONES LLP | ATTN JAMES E. O'NEILL, ESQ | 919 N. MARKET ST., 17TH FLOOR | P.O. BOX 8705 | | WILMINGTON | DE | 19899-8705 | joneill@pszjlaw.com |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN ALAN W. KORNBERG, ESQ | 1285 AVE OF THE AMERICAS | | | NEW YORK | NY | 10019-6028 | akornberg@paulweiss.com |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN ALICE BELISLE EATON, ESQ | 1285 AVE OF THE AMERICAS | | | NEW YORK | NY | 10019-6028 | aeaton@paulweiss.com |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN CLAUDIA R. TOBLER, ESQ | 2001 K STREET, NW | | | WASHINGTON | DC | 20006 | ctobler@paulweiss.com |
| PROVINCE INC | ATTN PETER S KRAVITZ | 2360 CORPORATE CIRCLE, SUITE 330 | | | HENDERSON | NV | 89074 | pkravitz@provincefirm.com |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP | ATTN DICK BRUNETTE, ESQ | 333 S HOPE ST FL 43 | | | LOS ANGELES | CA | 90071-1422 | rbrunette@sheppardmullin.com |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP | ATTN RANDOLPH VISSER, ESQ | 333 S HOPE ST FL 43 | | | LOS ANGELES | CA | 90071-1422 | rvisser@sheppardmullin.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN JAMES J. MAZZA, JR., ESQ. | 155 N. WACKER DR | | | CHICAGO | IL | 60606 | james.mazza@skadden.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN J. ERIC IVESTER, ESQ. | 4 TIMES SQ FL 24 | | | NEW YORK | NY | 10036-6522 | eric.ivester@skadden.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN LOUIS CHIAPPETTA | 155 N. WACKER DRIVE | | | CHICAGO | IL | 60606 | louis.chiappetta@skadden.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN ANTHONY W. CLARK | ONE RODNEY SQUARE | PO BOX 636 | | WILMINGTON | DE | 19899-0636 | anthony.clark@skadden.com |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | ATTN JOEL A. WAITE, ESQ | RODNEY SQ | 1000 N KING ST | | WILMINGTON | DE | 19801 | jwaite@ycst.com |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | ATTN PAULINE K. MORGAN, ESQ | RODNEY SQ | 1000 N KING ST | | WILMINGTON | DE | 19801 | pmorgan@ycst.com |

# EXHIBIT B

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| EXIDE TECHNOLOGIES | ATTN KEITH SCOTT | 1300 DEERFIELD PARKWAY, SUITE 100 | | | MILTON | GA | 30004 |
| KELLEY DRYE & WARREN LLP | ATTN DANA P. KANE, ESQ. | 101 PARK AVE | | | NEW YORK | NY | 10178 |
| LAW OFFICES OF ROBERT WASHUTA, PC | ATTN ROBERT WASHUTA, ESQ | 11 BROADWAY | STE 615 | | NEW YORK | NY | 10004 |
| OFFICE OF THE CA ATTORNEY GENERAL | ATTN MARGARITA PADILLA, ESQ | SUPERVISING DEPUTY ATTORNEY GENERAL | 1515 CLAY, FL 20 | P.O. BOX 70550 | OAKLAND | CA | 94612-0550 |
| OFFICE OF THE UNITED STATES TRUSTEE | REGION 3 | ATTN MARK S. KENNEY | 844 KING STREET, SUITE 2207, LOCKBOX 35 | | WILMINGTON | DE | 19801 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN ALAN W. KORNBERG, ESQ | 1285 AVE OF THE AMERICAS | | | NEW YORK | NY | 10019-6028 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN ALICE BELISLE EATON, ESQ | 1285 AVE OF THE AMERICAS | | | NEW YORK | NY | 10019-6028 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN CLAUDIA R. TOBLER, ESQ | 2001 K STREET, NW | | | WASHINGTON | DC | 20006 |
| PROVINCE INC | ATTN PETER S KRAVITZ | 2360 CORPORATE CIRCLE, SUITE 330 | | | HENDERSON | NV | 89074 |
| PROVINCE INC | 17000 VENTURA BLVD STE 300 | | | | ENCINO | CA | 91316-4112 |
| SHAW FISHMAN GLANTZ & TOWBIN LLC | ATTN JOHN W. GUZZARDO, ESQ. | 321 N CLARK ST STE 800 | | | CHICAGO | IL | 60654 |
| SHAW FISHMAN GLANTZ & TOWBIN LLC | ATTN ALLEN J. GUON, ESQ. | 321 N CLARK ST STE 800 | | | CHICAGO | IL | 60654 |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP | ATTN DICK BRUNETTE, ESQ | 333 S HOPE ST FL 43 | | | LOS ANGELES | CA | 90071-1422 |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP | ATTN RANDOLPH VISSER, ESQ | 333 S HOPE ST FL 43 | | | LOS ANGELES | CA | 90071-1422 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN JAMES J. MAZZA, JR., ESQ. | 155 N. WACKER DR | | | CHICAGO | IL | 60606 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN J. ERIC IVESTER, ESQ. | 4 TIMES SQ FL 24 | | | NEW YORK | NY | 10036-6522 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN STEPHEN J. DELLA PENNA, ESQ. | ONE RODNEY SQUARE | PO BOX 636 | | WILMINGTON | DE | 19899-0636 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN LOUIS CHIAPPETTA | 155 N. WACKER DRIVE | | | CHICAGO | IL | 60606 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN ANTHONY W. CLARK | ONE RODNEY SQUARE | PO BOX 636 | | WILMINGTON | DE | 19899-0636 |
| TN DEPT OF REVENUE | C/OTN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIV | ATTN HERBERT H. SLATERY III | PO BOX 20207 | | NASHVILLE | TN | 37202-0207 |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | ATTN JOEL A. WAITE, ESQ | RODNEY SQ | 1000 N KING ST | | WILMINGTON | DE | 19801 |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | ATTN PAULINE K. MORGAN, ESQ | RODNEY SQ | 1000 N KING ST | | WILMINGTON | DE | 19801 |

# EXHIBIT C

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| DON F SMITH JR | 7006 S T ST | | | | FORT SMITH | AR | 72903-4116 | PETEPAR13@AOL.COM |
| RACHEL CLAY | [ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| RODRIGUEZ, REYNALDO | [ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| RODRIGUEZ, REYNALDO | [ADDRESS INTENTIONALLY REDACTED] | | | | | | | |

# EXHIBIT D

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| COLEMAN, JERRY | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| DON F SMITH JR | 7006 S T ST | | | | FORT SMITH | AR | 72903-4116 |
| PRUDE, MICHAEL | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| RACHEL CLAY | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| RODRIGUEZ, REYNALDO | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| RODRIGUEZ, REYNALDO | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |