IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EXIDE TECHNOLOGIES,[1]<br><br>          Reorganized Debtor. | Chapter 11<br><br>Case No. 13-11482 (KJC) |

NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON NOVEMBER 29, 2018 AT 10:00 A.M.

**The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801.**

**Any party participating telephonically should make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), no later than 12:00 p.m., one (1) business day before the hearing.**

**MATTERS GOING FORWARD**

1. **Eleventh Omnibus Claims Objection** – Debtor's (Non-Substantive) Eleventh Omnibus Objection Pursuant to Bankruptcy Code Section 502(b), Bankruptcy Rule 3007, and Local Rule 3007-1 to Certain (I) Amended and Superseded Claims, (II) Insufficient Documentation Claims [Filed: 9/12/14] (Docket No. 2260).

   Response Deadline:    September 26, 2014 at 4:00 p.m. Eastern Time.

   Responses Received:

   (a)    Response of Claimant James Cannon. Jr., Claim #1993, to Debtor's (Non-Substantive) Eleventh Omnibus Objection [Filed: 9/24/14] (Docket No. 2328); Proof of Claim No. 1993.

   Replies Filed:

   (a)    Reorganized Debtor's Omnibus Reply in Support of the Reorganized Debtor's Objections to Certain Insufficient Documentation and No Liability Employee or Retiree Claims [Filed: 9/17/18] (Docket No. 5082).

---

[1] The last four digits of the Reorganized Debtor's taxpayer identification number are 2730. The Reorganized Debtor's corporate headquarters are located at 13000 Deerfield Parkway, Building 200, Milton, Georgia 30004.

Related Documents:

(a) Notice of Submission of Proofs of Claim [Filed: 9/30/14] (Docket No. 2359).

(b) [Signed] Order Sustaining Debtor's (Non-Substantive) Eleventh Omnibus Objection Pursuant to Bankruptcy Code Section 502(b), Bankruptcy Rule 3007, and Local Rule 3007-1 to Certain (I) Amended and Superseded Claims, (II) Insufficient Documentation Claims [Filed: 10/14/14] (Docket No. 2397).

(c) Re-Notice of Hearing with Respect to Certain Omnibus Objections to Claims [Filed: 9/17/18] (Docket No. 5083).

Status: This matter will go forward.

2. **Fifteenth Omnibus Claims Objection** – Debtor's (Non-Substantive) Fifteenth Omnibus Objection Pursuant to Bankruptcy Code Section 502(b), Bankruptcy Rule 3007, and Local Rule 3007-1 to Certain Insufficient Documentation Claims [Filed: 4/24/15] (Docket No. 3553).

Response Deadline:    May 8, 2015 at 4:00 p.m. Eastern Time.

Responses Received:

(a) Response of Jerry Coleman [Filed: 5/6/15] (Docket No. 3607); Proof of Claim No. 1026.

(b) Response of Reynaldo Rodriguez [Filed: 5/8/15] (Docket No. 3617); Proof of Claim No. 1527.

(c) Response of Michael Prude [Filed: 5/8/15] (Docket No. 3618); Proof of Claim No. 2394.

(d) Response of Francis Horn [Filed: 6/18/15] (Docket No. 4253); Proof of Claim No. 1744.

(e) Informal Response of Melvin Pearson; Proof of Claim No. 2182.

Replies Filed:

(a) Reorganized Debtor's Omnibus Reply in Support of the Reorganized Debtor's Objections to Certain Insufficient Documentation and No Liability Employee or Retiree Claims [Filed: 9/17/18] (Docket No. 5082).

(b) Reorganized Debtor's Omnibus Reply in Support of the Reorganized Debtor's Objections to Certain Insufficient Documentation, No Liability, Previously Discharged and Misclassified Former Employee Claims [Filed: 10/18/18] (Docket No. 5091).

Related Documents:

(a)  Notice of Submission of Proofs of Claim [Filed: 6/17/15] (Docket No. 4243).

(b)  [Signed] Order Sustaining Debtor's (Non-Substantive) Fifteenth Omnibus Objection Pursuant to Bankruptcy Code Section 502(b), Bankruptcy Rule 3007, and Local Rule 3007-1 to Insufficient Documentation Claims [Filed: 6/29/15] (Docket No. 4338).

(c)  Re-Notice of Hearing with Respect to Certain Omnibus Objections to Claims [Filed: 9/17/18] (Docket No. 5083).

(d)  Re-Notice of Hearing with Respect to Certain Omnibus Objections to Claims [Filed: 10/19/18] (Docket No. 5092).

Status: This matter will go forward.

3.  **Sixteenth Omnibus Claims Objection** – Reorganized Debtor's (Substantive) Sixteenth Omnibus Objection Pursuant to Bankruptcy Code Section 502(b), Bankruptcy Rule 3007, and Local Rule 3007-1 to Certain No Liability Employee or Retiree Claims [Filed: 4/30/15] (Docket No. 3572).

Response Deadline:    May 15, 2015 at 4:00 p.m. Eastern Time.

Responses Received:

(a)  Response of Roger D. Coddington [Filed: 5/13/15] (Docket No. 3632); Proof of Claim No. 1656.

(b)  Response of Willard A. Connor [Filed: 5/14/15] (Docket No. 3641); Proof of Claim No. 1052.

Replies Filed:

(a)  Reorganized Debtor's Omnibus Reply in Support of the Reorganized Debtor's Objections to Certain Insufficient Documentation and No Liability Employee or Retiree Claims [Filed: 9/17/18] (Docket No. 5082).

Related Documents:

(a)  Notice of Submission of Proofs of Claim [Filed: 6/17/15] (Docket No. 4243).

(b)  [Signed] Order Sustaining Reorganized Debtor's (Substantive) Sixteenth Omnibus Objection Pursuant to Bankruptcy Code Section 502(b), Bankruptcy Rule 3007, and Local Rule 3007-1 to Certain No Liability Employee Retiree Claims [Filed: 6/29/15] (Docket No. 4340).

(c)  Re-Notice of Hearing with Respect to Certain Omnibus Objections to Claims [Filed: 9/17/18] (Docket No. 5083).

3

Status: This matter will go forward.

4. **Seventeenth Omnibus Claims Objection** – Reorganized Debtor's (Substantive) Seventeenth Omnibus Objection Pursuant to Bankruptcy Code Section 502(b), Bankruptcy Rule 3007, and Local Rule 3007-1 to Certain No Liability Employee or Retiree Claims [Filed: 4/30/15] (Docket No. 3573).

   Response Deadline:   May 15, 2015 at 4:00 p.m. Eastern Time.

   Responses Received:

   (a)   Response of Willie James Jones Jr. [Filed: 5/14/15] (Docket No. 3639); Proof of Claim No. 911.

   Replies Filed:

   (a)   Reorganized Debtor's Omnibus Reply in Support of the Reorganized Debtor's Objections to Certain Insufficient Documentation and No Liability Employee or Retiree Claims [Filed: 9/17/18] (Docket No. 5082).

   Related Documents:

   (a)   Notice of Submission of Proofs of Claim [Filed: 6/17/15] (Docket No. 4243).

   (b)   [Signed] Order Sustaining Reorganized Debtor's (Substantive) Seventeenth Omnibus Objection Pursuant to Bankruptcy Code Section 502(b), Bankruptcy Rule 3007, and Local Rule 3007-1 to Certain No Liability Employee or Retiree Claims [Filed: 6/29/15] (Docket No. 4341).

   (c)   Re-Notice of Hearing with Respect to Certain Omnibus Objections to Claims [Filed: 9/17/18] (Docket No. 5083).

   Status: This matter will go forward.

5. **Eighteenth Omnibus Claims Objection** – Reorganized Debtor's (Substantive) Eighteenth Omnibus Objection Pursuant to Bankruptcy Code Section 502(b), Bankruptcy Rule 3007, and Local Rule 3007-1 to Certain (A) No Liability Employee or Retiree Claims, (B) Misclassified Claims, (C) Previously Discharged Claims, and (D) No Liability Claims [Filed: 5/29/15] (Docket No. 3735).

   Response Deadline:   June 12, 2015 at 4:00 p.m. Eastern Time.

   Responses Received:

   (a)   Informal Response of Melvin Pearson; Proof of Claim No. 2182.

Replies Filed:

(a) Reorganized Debtor's Omnibus Reply in Support of the Reorganized Debtor's Objections to Certain Insufficient Documentation and No Liability Employee or Retiree Claims [Filed: 9/17/18] (Docket No. 5082).

Related Documents:

(a) Notice of Submission of Proofs of Claim [Filed: 6/17/15] (Docket No. 4243).

(b) [Signed] Order Sustaining Reorganized Debtor's (Substantive) Eighteenth Omnibus Objection Pursuant to Bankruptcy Code Section 502(b), Bankruptcy Rule 3007, and Local Rule 3007-1 to Certain (A) No Liability Employee or Retiree Claims, (B) Misclassified Claims, (C) Previously Discharged Claims, and (D) No Liability Claims [Filed: 6/29/15] (Docket No. 4342).

(c) [Signed] Amended Order Sustaining Reorganized Debtor's (Substantive) Eighteenth Omnibus Objection Pursuant to Bankruptcy Code Section 502(b), Bankruptcy Rule 3007, and Local Rule 3007-1 to Certain (A) No Liability Employee or Retiree Claims, (B) Misclassified Claims, (C) Previously Discharged Claims, and (D) No Liability Claims [Filed: 7/2/15] (Docket No. 4370).

(d) Re-Notice of Hearing with Respect to Certain Omnibus Objections to Claims [Filed: 9/17/18] (Docket No. 5083).

Status: This matter will go forward.

6. **Nineteenth Omnibus Claims Objection** – Reorganized Debtor's (Substantive) Nineteenth Omnibus Objection Pursuant to Bankruptcy Code Section 502(b), Bankruptcy Rule 3007, and Local Rule 3007-1 to Certain (A) Misclassified Claims, (B) Reduce and Allow Claims, (C) Previously Discharged Claims, (D) No Liability Claims, (E) Contingent Contribution Claims, (F) Protective Environmental Claims, and (G) Insufficient Documentation Claims [Filed: 5/29/15] (Docket No. 3739).

Response Deadline: June 12, 2015 at 4:00 p.m. Eastern Time.

Responses Received:

(a) Response of Don F. Smith, Jr. [Filed: 6/16/15] (Docket No. 4252); Proof of Claim No. 1401.

(b) Informal Response of Rachel Clay; Proof of Claim No. 1774.

Replies Filed:

(a) Reorganized Debtor's Omnibus Reply in Support of the Reorganized Debtor's Objections to Certain Insufficient Documentation, No Liability, Previously

Discharged and Misclassified Former Employee Claims [Filed: 10/18/18] (Docket No. 5091).

Related Documents:

(a)  Notice of Submission of Proofs of Claim [Filed: 6/17/15] (Docket No. 4243).

(b)  [Signed] Order Sustaining Reorganized Debtor's (Substantive) Nineteenth Omnibus Objection Pursuant to Bankruptcy Code Section 502(b), Bankruptcy Rule 3007, and Local Rule 3007-1 to Certain (A) Misclassified Claims, (B) Reduce and Allow Claims, (C) Previously Discharged Claims, (D) No Liability Claims, (E) Contingent Contribution Claims, (F) Protective Environmental Claims, and (G) Insufficient Documentation Claims [Filed: 6/29/15] (Docket No. 4343).

(c)  [Signed] Amended Order Sustaining Reorganized Debtor's (Substantive) Nineteenth Omnibus Objection Pursuant to Bankruptcy Code Section 502(b), Bankruptcy Rule 3007, and Local Rule 3007-1 to Certain (A) Misclassified Claims, (B) Reduce and Allow Claims, (C) Previously Discharged Claims, (D) No Liability Claims, (E) Contingent Contribution Claims, (F) Protective Environmental Claims, and (G) Insufficient Documentation Claims [Filed: 7/2/15] (Docket No. 4371).

(d)  Re-Notice of Hearing with Respect to Certain Omnibus Objections to Claims [Filed: 10/19/18] (Docket No. 5092).

Status: This matter will go forward.

*[Remainder of Page Left Intentionally Blank]*

Dated: November 27, 2018

FOX ROTHSCHILD LLP
Robert M. Fishman
Allen J. Guon
321 N. Clark Street, Suite 800
Chicago, IL 60654
Telephone: (312) 541-0151
Facsimile: (312) 980-3888
Email: rfishman@foxrothschild.com
aguon@foxrothschild.com

*Counsel for the Reorganized Debtor*

-and-

PACHULSKI STANG ZIEHL & JONES LLP

/s/ James E. O'Neill
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
joneill@pszjlaw.com

*Special Conflicts Counsel for the Reorganized Debtor*