IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re: : Chapter 11
:
EXIDE TECHNOLOGIES, : Case No. 13-11482 (KJC)
:
Reorganized Debtor.[1] :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AFFIDAVIT OF SERVICE

STATE OF WASHINGTON )
) ss
COUNTY OF KING )

I, Eric Westberg, being duly sworn, depose and state:

1. I am a Consultant with Epiq Class Action & Claims Solutions, Inc.,[2] the claims, noticing, and administrative agent for the reorganized debtor and reorganized debtor-in-possession (the "Reorganized Debtor") in the above-captioned proceeding. Our business address is 1201 Third Avenue, Suite 500, Seattle, Washington 98101.

2. On March 6, 2019, at the direction of Pachulski Stang Ziehl & Jones LLP ("Pachulski"), counsel to the Reorganized Debtor, I caused a true and correct copy of the following documents to be served by e-mail on the parties identified on Exhibit A annexed hereto (Master Service List and Notice of Appearance Parties with e-mail addresses) and by first class mail on the parties identified on Exhibit B annexed hereto (Master Service List and Notice of Appearance Parties):

> ) **Reorganized Debtor's Supplemental Response in Support of the Reorganized Debtor's Objection to the Claim of Willie Jones, Jr. (Claim No. 911) ("Supplemental Response re Claim No. 911")** [Docket No. 5140]; and

---

[1] The last four digits of the Reorganized Debtor's taxpayer identification number are 2730. The Reorganized Debtor's corporate headquarters are located at 13000 Deerfield Parkway, Building 200, Milton, Georgia 30004.

[2] Garden City Group, LLC was acquired by Epiq Class Action and Claims Solutions, Inc. on June 15, 2018

j) **Re-Notice of Hearing with Respect to the Objection to Proof of Claim No. 911 Filed by Willie Jones, Jr. in Connection with Reorganized Debtor's ("Re-Notice of Hearing re Claim No. 911")** [Docket No. 5141].

3. On March 4, 2019, also at the direction of Pachulski, I caused a true and correct copy of the **Supplemental Response re Claim No. 911** and **Re-Notice of Hearing re Claim No. 911** to be served by e-mail and by first class mail on the party identified on Exhibit C annexed hereto (Affected Party).[3]

                                          /s/ Eric Westberg
                                          Eric Westberg

Sworn to before me this 12th day of
March, 2019

/s/ Benjamin A. Johnson
Benjamin A. Johnson
Notary Public, State of Washington
License No. 199739
Commission Expires April 4, 2022

---

[3] The envelope used in service on the party listed on Exhibit C included a legend which stated: "Important Legal Documents Enclosed: Please direct a copy of the contents of this envelope to the President, Managing or General Agent."

    Certain addresses have been redacted in order to protect confidential information. Complete contact and address information are maintained by Epiq Class Action and Claims Solutions, Inc.

# EXHIBIT A

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| KELLEY DRYE & WARREN LLP | ATTN DANA P. KANE, ESQ. | 101 PARK AVE | | | NEW YORK | NY | 10178 | dkane@kelleydrye.com |
| LAW OFFICES OF ROBERT WASHUTA, PC | ATTN ROBERT WASHUTA, ESQ | 11 BROADWAY | STE 615 | | NEW YORK | NY | 10004 | robertwashuta@lawwashuta.com |
| OFFICE OF THE CA ATTORNEY GENERAL | ATTN MARGARITA PADILLA, ESQ | SUPERVISING DEPUTY ATTORNEY GENERAL | 1515 CLAY, FL 20 | P.O. BOX 70550 | OAKLAND | CA | 94612-0550 | margarita.padilla@doj.ca.gov |
| OFFICE OF THE UNITED STATES TRUSTEE | REGION 3 | ATTN LINDA J. CASEY, ESQ. | 844 KING STREET, SUITE 2207, LOCKBOX 35 | | WILMINGTON | DE | 19801 | Linda.Casey@usdoj.gov |
| PACHULSKI, STANG, ZIEHL AND JONES LLP | ATTN JAMES E. O'NEILL, ESQ | 919 N. MARKET ST., 17TH FLOOR | P.O. BOX 8705 | | WILMINGTON | DE | 19899-8705 | joneill@pszjlaw.com |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN ALAN W. KORNBERG, ESQ | 1285 AVE OF THE AMERICAS | | | NEW YORK | NY | 10019-6028 | akornberg@paulweiss.com |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN ALICE BELISLE EATON, ESQ | 1285 AVE OF THE AMERICAS | | | NEW YORK | NY | 10019-6028 | aeaton@paulweiss.com |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN CLAUDIA R. TOBLER, ESQ | 2001 K STREET, NW | | | WASHINGTON | DC | 20006 | ctobler@paulweiss.com |
| PROVINCE INC | ATTN PETER S KRAVITZ | 2360 CORPORATE CIRCLE, SUITE 330 | | | HENDERSON | NV | 89074 | pkravitz@provincefirm.com |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP | ATTN DICK BRUNETTE, ESQ | 333 S HOPE ST FL 43 | | | LOS ANGELES | CA | 90071-1422 | rbrunette@sheppardmullin.com |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP | ATTN RANDOLPH VISSER, ESQ | 333 S HOPE ST FL 43 | | | LOS ANGELES | CA | 90071-1422 | rvisser@sheppardmullin.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN JAMES J. MAZZA, JR., ESQ. | 155 N. WACKER DR | | | CHICAGO | IL | 60606 | james.mazza@skadden.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN J. ERIC IVESTER, ESQ. | 4 TIMES SQ FL 24 | | | NEW YORK | NY | 10036-6522 | eric.ivester@skadden.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN LOUIS CHIAPPETTA | 155 N. WACKER DRIVE | | | CHICAGO | IL | 60606 | louis.chiappetta@skadden.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN ANTHONY W. CLARK | ONE RODNEY SQUARE | PO BOX 636 | | WILMINGTON | DE | 19899-0636 | anthony.clark@skadden.com |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | ATTN JOEL A. WAITE, ESQ | RODNEY SQ | 1000 N KING ST | | WILMINGTON | DE | 19801 | jwaite@ycst.com |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | ATTN PAULINE K. MORGAN, ESQ | RODNEY SQ | 1000 N KING ST | | WILMINGTON | DE | 19801 | pmorgan@ycst.com |

# EXHIBIT B

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| EXIDE TECHNOLOGIES | ATTN KEITH SCOTT | 13000 DEERFIELD PARKWAY, SUITE 100 | | | MILTON | GA | 30004 |
| KELLEY DRYE & WARREN LLP | ATTN DANA P. KANE, ESQ. | 101 PARK AVE | | | NEW YORK | NY | 10178 |
| LAW OFFICES OF ROBERT WASHUTA, PC | ATTN ROBERT WASHUTA, ESQ | 11 BROADWAY | STE 615 | | NEW YORK | NY | 10004 |
| OFFICE OF THE CA ATTORNEY GENERAL | ATTN MARGARITA PADILLA, ESQ | SUPERVISING DEPUTY ATTORNEY GENERAL | 1515 CLAY, FL 20 | P.O. BOX 70550 | OAKLAND | CA | 94612-0550 |
| OFFICE OF THE UNITED STATES TRUSTEE | REGION 3 | ATTN LINDA J. CASEY, ESQ. | 844 KING STREET, SUITE 2207, LOCKBOX 35 | | WILMINGTON | DE | 19801 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN ALAN W. KORNBERG, ESQ | 1285 AVE OF THE AMERICAS | | | NEW YORK | NY | 10019-6028 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN ALICE BELISLE EATON, ESQ | 1285 AVE OF THE AMERICAS | | | NEW YORK | NY | 10019-6028 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN CLAUDIA R. TOBLER, ESQ | 2001 K STREET, NW | | | WASHINGTON | DC | 20006 |
| PROVINCE INC | ATTN PETER S KRAVITZ | 2360 CORPORATE CIRCLE, SUITE 330 | | | HENDERSON | NV | 89074 |
| PROVINCE INC | 17000 VENTURA BLVD STE 300 | | | | ENCINO | CA | 91316-4112 |
| SHAW FISHMAN GLANTZ & TOWBIN LLC | ATTN JOHN W. GUZZARDO, ESQ. | 321 N CLARK ST STE 800 | | | CHICAGO | IL | 60654 |
| SHAW FISHMAN GLANTZ & TOWBIN LLC | ATTN ALLEN J. GUON, ESQ. | 321 N CLARK ST STE 800 | | | CHICAGO | IL | 60654 |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP | ATTN DICK BRUNETTE, ESQ | 333 S HOPE ST FL 43 | | | LOS ANGELES | CA | 90071-1422 |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP | ATTN RANDOLPH VISSER, ESQ | 333 S HOPE ST FL 43 | | | LOS ANGELES | CA | 90071-1422 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN JAMES J. MAZZA, JR., ESQ. | 155 N. WACKER DR | | | CHICAGO | IL | 60606 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN J. ERIC IVESTER, ESQ. | 4 TIMES SQ FL 24 | | | NEW YORK | NY | 10036-6522 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN STEPHEN J. DELLA PENNA, ESQ. | ONE RODNEY SQUARE | PO BOX 636 | | WILMINGTON | DE | 19899-0636 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN LOUIS CHIAPPETTA | 155 N. WACKER DRIVE | | | CHICAGO | IL | 60606 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN ANTHONY W. CLARK | ONE RODNEY SQUARE | PO BOX 636 | | WILMINGTON | DE | 19899-0636 |
| TN DEPT OF REVENUE | C/OTN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIV | ATTN HERBERT H. SLATERY III | PO BOX 20207 | | NASHVILLE | TN | 37202-0207 |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | ATTN JOEL A. WAITE, ESQ | RODNEY SQ | 1000 N KING ST | | WILMINGTON | DE | 19801 |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | ATTN PAULINE K. MORGAN, ESQ | RODNEY SQ | 1000 N KING ST | | WILMINGTON | DE | 19801 |

# EXHIBIT C

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| JONES JR., WILLIE | [ADDRESS INTENTIONALLY REDACTED] | | | | | | | |