# SIGN-IN-SHEET

**CASE NAME:  Exide Technologies**
**CASE NO:  13-11482-KJC**

**COURTROOM  LOCATION:  5**
**DATE:** March 19, 2019

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| JAMES ONEILL | PS ZJ | EXIDE |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
## #5

Calendar Date: 03/19/2019
Calendar Time: 11:30 AM ET

2nd Revision  Mar 19 2019 5:38AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|--------|--------|-----------|--------|------------|--------|-----------|-----------|-----------|-------------|
| | | Exide Technologies | 13-11482 | Hearing | 9674888 | Allen J. Guon | (312) 980-3806 ext. | Fox Rothschild LLP | Debtor, Exide Technologies / LIVE |
| | | Exide Technologies | 13-11482 | Hearing | 9667368 | Willie J. Jones, Jr. | (318) 550-6659 ext. | Willie Jones - In Pro Per/Pro Se | Interested Party, Willie J. Jones / LIVE |

Peggy Drasal ext. 802

CourtConfCal2009