IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                     :

In re:                                   :      Chapter 11
                                     :

EXIDE TECHNOLOGIES,          :      Case No. 13-11482 (KJC)
                                     :

              Reorganized Debtor.[1]   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**AFFIDAVIT OF SERVICE**

STATE OF OHIO           )
                         ) ss
COUNTY OF FRANKLIN   )

I, Shawn Heckert, being duly sworn, depose and state:

1.      I am a Senior Case Manager with Epiq Class Action & Claims Solutions, Inc.,[2] the claims, noticing, and administrative agent for the reorganized debtor and reorganized debtor-in-possession (the "Reorganized Debtor") in the above-captioned proceeding.  Our business address is 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017.

2.      On April 30, 2019, at the direction of Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden Arps"), counsel to the Reorganized Debtor, I caused true and correct copies of the following documents to be served by e-mail on the parties identified on Exhibit A annexed hereto (Master Service List and Notice of Appearance Parties with e-mail addresses),[3] and by first class

---

[1]     The last four digits of the Reorganized Debtor's taxpayer identification number are 2730.  The mailing address for the Reorganized Debtor is 13000 Deerfield Parkway, Building 200, Milton, Georgia 30004.

[2]     Epiq Class Action and Claims Solutions, Inc. acquired Garden City Group, LLC on June 15, 2018.

[3]     These parties include Notice of Appearance Parties who have consented to email service only pursuant to Del. Bankr. L.R. 2002-1(d) and 5005-4.

mail on the parties identified on Exhibit B annexed hereto (Master Service List and Notice of Appearance Parties):

)    **Opinion** [Docket No. 5164]; and

)    **Order** [Docket No. 5165].

3.    On April 30, 2019, also at the direction of Skadden Arps, I caused true and correct copies of the **Opinion** and **Order** to be served by first class mail on the parties identified on Exhibit C annexed hereto (South Coast Air Quality Management District and counsel to South Coast Air Quality Management District).[4]

/s/ Shawn Heckert
Shawn Heckert

Sworn to before me this 6th day of
May, 2019

/s/ Kellee M. Churchwell
Kellee M. Churchwell
Notary Public, State of Ohio
Commission Expires: August 17, 2019

---

[4]    The envelopes used in the service on the parties identified on Exhibit C included the legend: "Important Legal Documents Enclosed:  Please direct a copy of the contents of this envelope to the President, Managing or General Agent."

# EXHIBIT A

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|------|----------|----------|----------|----------|------|-------|-----|-------|
| KELLEY DRYE & WARREN LLP | ATTN DANA P. KANE, ESQ. | 101 PARK AVE | | | NEW YORK | NY | 10178 | dkane@kelleydrye.com |
| LAW OFFICES OF ROBERT WASHUTA, PC | ATTN ROBERT WASHUTA, ESQ | 11 BROADWAY | STE 615 | | NEW YORK | NY | 10004 | robertwashuta@lawwashuta.com |
| OFFICE OF THE CA ATTORNEY GENERAL | ATTN MARGARITA PADILLA, ESQ | SUPERVISING DEPUTY ATTORNEY GENERAL | 1515 CLAY, FL 20 | P.O. BOX 70550 | OAKLAND | CA | 94612-0550 | margarita.padilla@doj.ca.gov |
| OFFICE OF THE UNITED STATES TRUSTEE | REGION 3 | ATTN LINDA J. CASEY, ESQ. | 844 KING STREET, SUITE 2207, LOCKBOX 35 | | WILMINGTON | DE | 19801 | Linda.Casey@usdoj.gov |
| PACHULSKI, STANG, ZIEHL AND JONES LLP | ATTN JAMES E. O'NEILL, ESQ | 919 N. MARKET ST., 17TH FLOOR | P.O. BOX 8705 | | WILMINGTON | DE | 19899-8705 | joneill@pszjlaw.com |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN ALAN W. KORNBERG, ESQ | 1285 AVE OF THE AMERICAS | | | NEW YORK | NY | 10019-6028 | akornberg@paulweiss.com |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN ALICE BELISLE EATON, ESQ | 1285 AVE OF THE AMERICAS | | | NEW YORK | NY | 10019-6028 | aeaton@paulweiss.com |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN CLAUDIA R. TOBLER, ESQ | 2001 K STREET, NW | | | WASHINGTON | DC | 20006 | ctobler@paulweiss.com |
| PROVINCE INC | ATTN PETER S KRAVITZ | 2360 CORPORATE CIRCLE, SUITE 330 | | | HENDERSON | NV | 89074 | pkravitz@provincefirm.com |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP | ATTN DICK BRUNETTE, ESQ | 333 S HOPE ST FL 43 | | | LOS ANGELES | CA | 90071-1422 | rbrunette@sheppardmullin.com |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP | ATTN RANDOLPH VISSER, ESQ | 333 S HOPE ST FL 43 | | | LOS ANGELES | CA | 90071-1422 | rvisser@sheppardmullin.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN JAMES J. MAZZA, JR., ESQ. | 155 N. WACKER DR | | | CHICAGO | IL | 60606 | james.mazza@skadden.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN J. ERIC IVESTER, ESQ. | 4 TIMES SQ FL 24 | | | NEW YORK | NY | 10036-6522 | eric.ivester@skadden.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN LOUIS CHIAPPETTA | 155 N. WACKER DRIVE | | | CHICAGO | IL | 60606 | louis.chiappetta@skadden.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN ANTHONY W. CLARK | ONE RODNEY SQUARE | PO BOX 636 | | WILMINGTON | DE | 19899-0636 | anthony.clark@skadden.com |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | ATTN JOEL A. WAITE, ESQ | RODNEY SQ | 1000 N KING ST | | WILMINGTON | DE | 19801 | jwaite@ycst.com |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | ATTN PAULINE K. MORGAN, ESQ | RODNEY SQ | 1000 N KING ST | | WILMINGTON | DE | 19801 | pmorgan@ycst.com |

# EXHIBIT B

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|------|----------|----------|----------|----------|------|-------|-----|
| EXIDE TECHNOLOGIES | ATTN KEITH SCOTT | 13000 DEERFIELD PARKWAY, SUITE 100 | | | MILTON | GA | 30004 |
| KELLEY DRYE & WARREN LLP | ATTN DANA P. KANE, ESQ. | 101 PARK AVE | | | NEW YORK | NY | 10178 |
| LAW OFFICES OF ROBERT WASHUTA, PC | ATTN ROBERT WASHUTA, ESQ | 11 BROADWAY | STE 615 | | NEW YORK | NY | 10004 |
| OFFICE OF THE CA ATTORNEY GENERAL | ATTN MARGARITA PADILLA, ESQ | SUPERVISING DEPUTY ATTORNEY GENERAL | 1515 CLAY, FL 20 | P.O. BOX 70550 | OAKLAND | CA | 94612-0550 |
| OFFICE OF THE UNITED STATES TRUSTEE | REGION 3 | ATTN LINDA J. CASEY, ESQ. | 844 KING STREET, SUITE 2207, LOCKBOX 35 | | WILMINGTON | DE | 19801 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN ALAN W. KORNBERG, ESQ | 1285 AVE OF THE AMERICAS | | | NEW YORK | NY | 10019-6028 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN ALICE BELISLE EATON, ESQ | 1285 AVE OF THE AMERICAS | | | NEW YORK | NY | 10019-6028 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN CLAUDIA R. TOBLER, ESQ | 2001 K STREET, NW | | | WASHINGTON | DC | 20006 |
| PROVINCE INC | ATTN PETER S KRAVITZ | 2360 CORPORATE CIRCLE, SUITE 330 | | | HENDERSON | NV | 89074 |
| PROVINCE INC | 17000 VENTURA BLVD STE 300 | | | | ENCINO | CA | 91316-4112 |
| SHAW FISHMAN GLANTZ & TOWBIN LLC | ATTN JOHN W. GUZZARDO, ESQ. | 321 N CLARK ST STE 800 | | | CHICAGO | IL | 60654 |
| SHAW FISHMAN GLANTZ & TOWBIN LLC | ATTN ALLEN J. GUON, ESQ. | 321 N CLARK ST STE 800 | | | CHICAGO | IL | 60654 |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP | ATTN DICK BRUNETTE, ESQ | 333 S HOPE ST FL 43 | | | LOS ANGELES | CA | 90071-1422 |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP | ATTN RANDOLPH VISSER, ESQ | 333 S HOPE ST FL 43 | | | LOS ANGELES | CA | 90071-1422 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN JAMES J. MAZZA, JR., ESQ. | 155 N. WACKER DR | | | CHICAGO | IL | 60606 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN J. ERIC IVESTER, ESQ. | 4 TIMES SQ FL 24 | | | NEW YORK | NY | 10036-6522 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN STEPHEN J. DELLA PENNA, ESQ. | ONE RODNEY SQUARE | PO BOX 636 | | WILMINGTON | DE | 19899-0636 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN LOUIS CHIAPPETTA | 155 N. WACKER DRIVE | | | CHICAGO | IL | 60606 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN ANTHONY W. CLARK | ONE RODNEY SQUARE | PO BOX 636 | | WILMINGTON | DE | 19899-0636 |
| TN DEPT OF REVENUE | C/OTN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIV | ATTN HERBERT H. SLATERY III | PO BOX 20207 | | NASHVILLE | TN | 37202-0207 |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | ATTN JOEL A. WAITE, ESQ | RODNEY SQ | 1000 N KING ST | | WILMINGTON | DE | 19801 |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | ATTN PAULINE K. MORGAN, ESQ | RODNEY SQ | 1000 N KING ST | | WILMINGTON | DE | 19801 |

# EXHIBIT C

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|------|----------|----------|----------|----------|------|-------|-----|
| HOGAN LOVELLS US LLP | ATTN NEAL KATYAL | COLUMBIA SQUARE | 555 THIRTEENTH STREET, NW | | WASHINGTON | DC | 20004 |
| HOGAN LOVELLS US LLP | ATTN THOMAS P SCHMIDT | 875 THIRD AVENUE | | | NEW YORK | NY | 10022 |
| JACK SHRUM | AUSTRIA SHRUM LLC | PO BOX 23046 | | | WILMINGTON | DE | 19899-5046 |
| JACK SHRUM | JACK SHRUM P.A. | 1201 NORTH ORANGE STREET, SUITE 502 | | | WILMINGTON | DE | 19801 |
| KLEE, TUCHIN, BOGDANOFF & STERN LLP | ATTN THOMAS E. PATTERSON, ESQ. | 1999 AVENUE OF THE STARS | 39TH FL | | LOS ANGELES | CA | 90067 |
| KLEE, TUCHIN, BOGDANOFF & STERN LLP | ATTN ROBERT J. PFISTER, ESQ. | 1999 AVENUE OF THE STARS | 39TH FL | | LOS ANGELES | CA | 90067 |
| PAUL HASTINGS LLP | ATTN THOMAS P. O'BRIEN, ESQ. | 515 S FLOWER ST | FL 25 | | LOS ANGELES | CA | 90071-2228 |
| PAUL HASTINGS LLP | ATTN KATHERINE F. MURRAY, ESQ. | 515 S FLOWER ST | FL 25 | | LOS ANGELES | CA | 90071-2228 |
| SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT | ATTN KURT WIESE, ESQ. | 10 BERGER COURT | 21865 COPLEY DRIVE | | DIAMOND BAR | CA | 91765 |
| SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT | C/O BAYRON T. GILCHRIST, ESQ AND KURT WIESE, ESQ | OFFICE OF THE GENERAL COUNSEL, SCAQMD | 21865 COPLEY DRIVE | | DIAMOND BAR | CA | 91765-0940 |
| WERB & SULLIVAN | ATTN DUANE WERB, ESQ | 300 DELAWARE AVE | STE 1300 | | WILMINGTON | DE | 19801 |