IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| EXIDE TECHNOLOGIES, | : | Case No. 13-11482 (MFW) |
| | : | |
| Reorganized Debtor.[1] | : | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JUNE 12, 2019 AT 3:00 P.M. (EASTERN)

Set forth below are the matters scheduled to be heard before the Honorable Mary F. Walrath, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware, on June 12, 2019 at 3:00 p.m. (Eastern)**.**

**I.   STATUS CONFERENCE MATTERS**

1. **SCHEDULING ORDER:** Order Scheduling Status Conference (Docket No. 5172) (Filed: 5/14/19)

   Status:    This matter is going forward as a status conference.

*[Remainder of page intentionally left blank]*

---

[1] The last four digits of the Reorganized Debtor's taxpayer identification number are 2730. The Reorganized Debtor's corporate headquarters are located at 13000 Deerfield Parkway, Building 200, Milton, Georgia 30004.

Dated: Wilmington, Delaware
       June 10, 2019

        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

        */s/ Jason M. Liberi*
        Anthony W. Clark (I.D. No. 2051)
        Jason M. Liberi (I.D. No. 4425)
        Stephen J. Della Penna (I.D. No. 6103)
        One Rodney Square
        P.O. Box 636
        Wilmington, Delaware 19899-0636
        Telephone: (302) 651-3000
        Fax: (302) 651-3001

        - and -

        J. Eric Ivester
        Four Times Square
        New York, New York 10036-6522
        Telephone: (212) 735-3000
        Fax: (212) 735-2000

        - and -

        James J. Mazza, Jr.
        155 N. Wacker Dr.
        Chicago, Illinois 60606
        Telephone: (312) 407-0700
        Fax: (312) 407-0411

        *Counsel for Reorganized Debtor*