## <u>Exhibit L</u>

**November 21, 2018 DTSC Letter**

  

**Department of Toxic Substances Control**

*Matthew Rodriquez*
Secretary for
Environmental Protection

Barbara A. Lee, Director
8800 Cal Center Drive
Sacramento, California 95826-3200

*Edmund G. Brown Jr.*
Governor

**VIA U.S. MAIL AND ELECTRONIC MAIL TRANSMISSION**

November 21, 2018

Ms. Gwen Tellegen
Exide Technologies
2700 S. Indiana Street
Vernon, CA 90058

RE: RESIDENTIAL CORRECTIVE ACTION; STATUS OF DTSC REVIEW OF EXIDE TECHNOLOGIES' RESIDENTIAL RCRA FACILITY INVESTIGATION, REPORT DRAFT, EXIDE TECHNOLOGIES, VERNON, CALIFORNIA, EPA ID. NO. CAD097854541

Dear Ms. Tellegen:

The Department of Toxic Substances Control (DTSC) has received the *Residential RCRA Facility Investigation, Report Draft* (Draft Report), dated October 24, 2018, which was prepared by Geosyntec Consultants on behalf of Exide Technologies and was received by DTSC through an electronic submittal on October 24, 2018. DTSC is reviewing the Draft Report for technical content and Exide's compliance with its legal obligations. The relevant technical requirements and legal obligations arise under the Corrective Action Consent Order entered into by Exide and DTSC on February 25, 2002 (Docket No. P3-01/02-010), the Stipulation and Order (HWCA No. 2014-6489) entered into by Exide and DTSC on November 21, 2014, as amended, all applicable statutes and regulations, and all relevant directives and commitments as identified in (but not limited to) the following:

- June 6, 2018 *Residential RCRA Facility Investigation Work Plan*, prepared by Geosyntec on behalf of Exide;

- August 20, 2018 *Residential RCRA Facility Investigation Data Analysis Work Plan*, prepared by Geosyntec on behalf of Exide; and,

- Correspondence between Exide and DTSC pursuant to Exide's June 6 and August 20, 2018 planning documents noted above.

DTSC is working diligently to complete its review of the Draft Report and respond to Exide.

---

If you have any questions regarding this letter, please contact me at (916) 255-3630 or Joel.Bauman@dtsc.ca.gov.

Sincerely,

Joel Bauman
Project Manager, Corrective Action
Exide Cleanup Division


cc: (via e-mail)

Ms. Barbara Hatcher, Exide
Mr. Brad Kalter, Exide
Ms. Lacey Ourso, Exide
Mr. Ed Osborne, Exide
Mr. Ryan Burr, Exide
Ms. Tina Heath, Exide
Mr. Rafael Perez, Exide
Mr. Jeff Aguilar, Exide
Mr. Jeff Thompson, Geosyntec
Mr. Stephen O'Neil, Sheppard Mullin

Ms. Barbara Lee, DTSC
Mr. Mohsen Nazemi, DTSC
Ms. Suhasini Patel, DTSC
Mr. Peter Ruttan, DTSC
Ms. Olivia Wright, DTSC
Mr. Kevin Shipp, DTSC
Mr. Peter Thyberg, DTSC