**Exhibit R**

**Email, dated May 31, 2017
(From Gwen Tellegen of Exide to Peter Ruttan of the
DTSC, attaching a letter from Waterstone Environmental)**

| | |
|---|---|
| **From:** | TELLEGEN, Gwen (Vernon) |
| **To:** | Ruttan, Peter@DTSC |
| **Cc:** | Bauman, Joel@DTSC; Patel, Suhasini@DTSC; KALTER, Brad S (Atlanta); HOGARTH, John (Los Angeles); DATO, Jeff (Milton) |
| **Subject:** | Additional Background Study |
| **Date:** | Wednesday, May 31, 2017 8:32:44 PM |
| **Attachments:** | Waterstone Alternate Background Study Location 053117.pdf |

Hello Pete,

In Exide's submittal to the DTSC dated May 16, 2017, Exide stated that it intended to perform an additional background study in a residential area with housing of comparable age and similar proximity to arterial roadways, freeways and historic metals-related industries as those found in the Initial Assessment Area. See letter from Barbara Forslund of AGC dated May 16, 2017, p. 5 of 59. In that letter, Exide committed to providing additional information on this background study area by May 31, 2017.

I have attached to this email, for the DTSC's review and consideration, a letter from Waterstone Environmental dated May 31, 2017, to Exide. This letter provides additional information regarding the selection of an Alternate Background Sample Area. The Waterstone letter includes the physical location of the proposed study area, along with information on proposed study area's housing stock, proximity to arterial roads, freeways and industrial sources, and its distance from the Exide facility. Waterstone and Exide believe that this study area selection complies with the DTSC's Guidance, and provides a representative alternate background sample area.

We look forward to discussing this proposed study area with you and your team at the DTSC.

Respectfully submitted,


**Gwen Tellegen, PE
Director, Remediation
Exide Technologies
2700 S. Indiana Street
Vernon, CA 90058**

**949-378-8448**

This message (including any attachments) may contain protected information and is intended only for the individual(s) named. If you are not a named addressee you should not disseminate, distribute or copy this e-mail. If you have received this e-mail in error, please notify sender by e-mail and delete this e-mail.