UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EXIDE TECHNOLOGIES,<br><br>Reorganized Debtor.[1] | Chapter 11<br><br>Case No. 13-11482 (MFW) |

### AFFIDAVIT OF SERVICE

I, Mary Susan McAndrew, depose and say that I am employed by Prime Clerk LLC ("*Prime Clerk*").

On October 11, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**;

- Notice of Agenda of Matters Scheduled for Hearing on October 16, 2019 at 11:30 A.M. (ET) [Docket No. 5273]

Dated: October 16, 2019

Mary Susan McAndrew

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on October 16, 2019, by Mary Susan McAndrew, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

JAMES A. MAPPLETHORPE
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

---

[1] The last four digits of the Reorganized Debtor's taxpayer identification number are 2730. The Reorganized Debtor's corporate headquarters are located at 13000 Deerfield Parkway, Building 200, Milton, Georgia 30004.

SRF 36614

**<u>Exhibit A</u>**

Case 13-11482-MFW    Doc 5282    Filed 10/16/19    Page 2 of 3

Exhibit A
Core/2002 Service List
Served as set forth below

| NAME | NOTICE NAME | FAX | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN: MICHAEL J. BARRIE AND KEVIN M. CAPUZZI | 302-442-7012 | 222 DELAWARE AVENUE, SUITE 801 | | WILMINGTON | DE | 19801 | mbarrie@beneschlaw.com; kcapuzzi@beneschlaw.com | Fax and Email |
| CALIFORNIA DEPT OF TOXIC SUBSTANCES CONTROL | ATTN: EDWARD OCHOA, SARAH MORRISON, MARGARITA PADILLA, ANTHONY AUSTIN, SUMA PEESAPATI, OLIVIA KARLIN, DENNIS RAGEN, HEATHER LESLIE | | 600 W. BROADWAY, STE 1800 | | SAN DIEGO | CA | 92101 | ed.ochoa@doj.ca.gov; sarah.morrison@doj.ca.gov; anthony.austin@doj.ca.gov; suma.peesapati@doj.ca.gov; olivia.karlin@doj.ca.gov; dennis.ragen@doj.ca.gov; | Overnight Mail and Email |
| CALIFORNIA DEPT OF TOXIC SUBSTANCES CONTROL | ATTN HEATHER C. LESLIE, OLIVIA WRIGHT, PETER THYBERG | | 1300 I STREET, SUITE 125 | PO BOX 944255 | SACRAMENTO | CA | 94244 | heather.leslie@doj.ca.gov; olivia.wright@dtsc.ca.gov; peter.thyberg@dtsc.ca.gov; | Overnight Mail and Email |
| CALIFORNIA DEPT OF TOXIC SUBSTANCES CC | ATTN: XAVIER BECERRA | | | | | | | xavier.becerra@doj.ca.gov | Email |
| DLA PIPER LLP (US) | ATTN MARIS J. KANDESTIN | 302-394-2341 | 1201 NORTH MARKET STREET, SUITE 2100 | | WILMINGTON | DE | 19801 | maris.kandestin@dlapiper.com | Fax and Email |
| EXIDE TECHNOLOGIES | ATTN KEITH SCOTT | | 13000 DEERFIELD PARKWAY, SUITE 100 | | MILTON | GA | 30004 | | Overnight Mail |
| FOX ROTHSCHILD LLP | ATTN ALLEN J. GUON, ESQ. | 312-51-7-92 | 321 N CLARK ST STE 1600 | | CHICAGO | IL | 60654 | aguon@foxrothschild.com | Fax and Email |
| KELLEY DRYE & WARREN LLP | ATTN DANA P. KANE, ESQ. | 212-808-7897 | 101 PARK AVE | | NEW YORK | NY | 10178 | dkane@kelleydrye.com | Fax and Email |
| LAW OFFICES OF ROBERT WASHUTA, PC | ATTN ROBERT WASHUTA, ESQ | 212-269-3028 | 11 BROADWAY | STE 615 | NEW YORK | NY | 10004 | robertwashuta@lawwashuta.com | Fax and Email |
| National Association Atty General | Attn Karen Cordry | | 1850 M St NW 12th Floor | | Washington | DC | 20036 | | Overnight Mail |
| OFFICE OF THE CA ATTORNEY GENERAL | ATTN MARGARITA PADILLA, ESQ | 510-622-2270 | SUPERVISING DEPUTY ATTORNEY GENERAL | 1515 CLAY, FL 20 P.O. BOX 70550 | OAKLAND | CA | 94612 | margarita.padilla@doj.ca.gov | Fax and Email |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN LINDA J. CASEY, ESQ. | 302-573-6497 | 844 KING STREET, SUITE 2207, REGION 3 | LOCKBOX 35 | WILMINGTON | DE | 19801 | linda.casey@usdoj.gov | Fax and Email |
| PACHULSKI, STANG, ZIEHL AND JONES LLP | ATTN JAMES E. O'NEILL, ESQ | | 919 N. MARKET ST., 17TH FLOOR | P.O. BOX 8705 | WILMINGTON | DE | 19899 | joneill@pszjlaw.com | Overnight Mail and Email |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN ALAN W. KORNBERG, ESQ, ALICE BELISLE EATON, ESQ | 212-757-3990 | 1285 AVE OF THE AMERICAS | | NEW YORK | NY | 10019 | akornberg@paulweiss.com; aeaton@paulweiss.com | Fax and Email |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN CLAUDIA R. TOBLER, ESQ | | 2001 K STREET, NW | | WASHINGTON | DC | 20006 | ctobler@paulweiss.com | Overnight and Email |
| PROVINCE INC | ATTN PETER S KRAVITZ | 702-685-5556 | 2360 CORPORATE CIRCLE, SUITE 330 | | HENDERSON | NV | 89074 | pkravitz@provincefirm.com | Fax and Email |
| PROVINCE INC | | | 17000 VENTURA BLVD STE 300 | | ENCINO | CA | 91316 | | Overnight Mail |
| SHAW FISHMAN GLANTZ & TOWBIN LLC | ATTN JOHN W. GUZZARDO, ESQ. | 312-980-3888 | 321 N CLARK ST STE 800 | | CHICAGO | IL | 60654 | | Fax |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP | ATTN DICK BRUNETTE, ESQ, RANDOLPH VISSER, ESQ | 213-443-2868, 213-443-2839 | 333 S HOPE ST FL 43 | | LOS ANGELES | CA | 90071 | rbrunette@sheppardmullin.com; rvisser@sheppardmullin.com | Fax and Email |
| SIDLEY AUSTIN LLP | ATTN: JAMES F. CONLAN, JACKSON T. GARVEY | 312-853-7036 | ONE SOUTH DEARBORN ST | | CHICAGO | IL | 60603 | jconlan@sidley.com; jgarvey@sidley.com | Fax and Email |
| SIDLEY AUSTIN LLP | ATTN LEE S. ATTANASIO | 212-839-5599 | 787 SEVENTH AVENUE | | NEW YORK | NY | 10019 | lattanasio@sidley.com | Fax and Email |
| SIDLEY AUSTIN LLP | ATTN SAMUEL A. NEWMAN | 213-896-6600 | 555 WEST FIFTH STREET | SUITE 4000 | LOS ANGELES | CA | 90013 | sam.newman@sidley.com | Fax and Email |
| State of New Hampshire Atty General | Attn Bankruptcy Department | | 33 Capitol St | | Concord | NH | 03301- | | Overnight Mail |
| State of Pennsylvania Atty General | Attn Bankruptcy Department | | Strawberry Square | 16th Floor | Harrisburg | PA | 17120 | | Overnight Mail |
| TN DEPT OF REVENUE | ATTN HERBERT H. SLATERY III | | C/O TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIV | PO BOX 20207 | NASHVILLE | TN | 37202 | | Overnight Mail |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | ATTN JOEL A. WAITE, ESQ, PAULINE K. MORGAN, ESQ | 302-571-1253 | RODNEY SQ | 1000 N KING ST | WILMINGTON | DE | 19801 | jwaite@ycst.com; pmorgan@ycst.com | Fax and Email |