# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | ) ) | Chapter 11 |
| EXIDE TECHNOLOGIES, LLC, | ) ) ) | Case No. 13-11482 (MFW) |
| Reorganized Debtor.[1] | ) ) ) |  |

## STATUS REPORT PURSUANT TO SECTION 8.1 OF
## THE EXIDE CREDITORS' LIQUIDATING TRUST AGREEMENT

Peter Kravitz of Province Inc., as GUC Trust Trustee of the Exide Creditors' Liquidating Trust (the "Trustee"), by and through his undersigned attorneys, hereby files his report (the "Status Report") pursuant to Section 8.1 of the *Exide Creditors' Liquidating Trust Agreement* (the "LTA") and states as follows:

1.  Pursuant to the *Fourth Amended Plan of Reorganization of Exide Technologies* (the "Plan")[2] and the order confirming the Plan (the "Confirmation Order"),[3] the Exide Creditors' Liquidating Trust (the "Trust") was established on April 30, 2015, *i.e.*, the effective date of the Plan (the "Effective Date"). Also on the Effective Date, as contemplated by the Plan and Confirmation Order, the Reorganized Debtor and the Trustee entered into the LTA governing the Trust.

2.  Pursuant to Section 8.1 of the LTA, within 60 days after December 31 of each calendar year in which the Trust remains in existence, the Trustee is required to file a report with this Court containing the information and detail more fully set forth in such Section 8.1.

---

[1] The last four digits of Exide Technologies, LLC's (the "Reorganized Debtor") taxpayer identification number are --2730. The Reorganized Debtor's corporate headquarters are located at 13000 Deerfield Parkway, Building 200, Milton, Georgia 30004.

[2] D.I. 3423-1. Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

[3] D.I. 3423.

The Status Report attached hereto as <u>Exhibit A</u> is the fourth report to be filed, and sets forth information as of December 31, 2019.

Dated: Wilmington, Delaware  
       February 21, 2020

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By: */s/ Tamara K. Mann*  
Robert J. Dehney (No. 3578)  
Eric D. Schwartz (No. 3134)  
Tamara K. Mann (No. 5643)  
Paige N. Topper (No. 6470)  
1201 North Market Street, Suite 1600  
Wilmington, Delaware  19801  
Tel:  (302) 658-9200  
Fax:  (302) 658-3989

- and -

KELLEY DRYE & WARREN LLP  
James S. Carr (admitted *pro hac vice*)  
Dana P. Kane (admitted *pro hac vice*)  
101 Park Avenue  
New York, New York  10178  
Tel:  (212) 808-7800  
Fax:  (212) 808-7897

*Co-Counsel to Peter Kravitz, the GUC Trust Trustee of the Exide Creditors' Liquidating Trust*