**EXHIBIT A**

**Exide Creditors' Liquidating Trust**
**Status Report Pursuant to Liquidating Trust Agreement Section 8.1**
**Summary as of December 31, 2019**

| LTA Section | Category Description | Response |
|---|---|---|
| 8.1(i) | The status of all GUC Trust Causes of Action, including any settlements entered into by the Trust. | Please see Attachment 8.1(i) |
| 8.1(ii) | The status of any pending IP Transaction, including the proceeds, if any, received in connection with any transaction. | The absence of an IP Transaction is one of among a number of other causes of action that were resolved pursuant to a settlement with Reorganized Exide reflected in Attachment 8.1(i). |
| 8.1(iii) | The costs and expenses of the Trust that are incurred (including, but not limited to, any taxes imposed on the Trust or actual reasonable out-of-pocket fees and expenses incurred by professionals retained by the Trust) during the prior calendar year and since the Effective Date, and the remaining amount (if any) of the GUC Trust Cash Contribution. | On a cash basis, costs and expenses paid by the GUC Trust total $6,018,618.52 (cumulative) since the Effective Date, of which $203,397.42 relate to calendar year 2019.   The remaining amount of the GUC Trust Cash Contribution is $0 as of December 31, 2019. |
| 8.1(iv) | The amount of Cash and other assets received by the Trust during the prior calendar year and since the Effective Date. | Excluding the GUC Trust Cash Contribution, incoming Cash and other assets received by the GUC Trust total $6,137,561.31 (cumulative) since the Effective Date, of which $249,338.60 relate to calendar year 2019.  Non-cash assets include the present value of future GUC Trust Preference Action Proceeds to be paid by Reorganized Exide pursuant to a settlement (D.I. 5114). |
| 8.1(v) | Total distributions of Cash and other assets made during the preceding calendar year and since the Effective Date, and the calculation of the estimated amount of Cash and other assets to be distributed on the next Distribution Date, including any cash on hand that is part of the Disputed Claims Reserve and cannot [] be distributed. | The GUC Trust has not made any distributions to creditors since the Effective Date of the Plan. The timing and amount of future distributions is indeterminate at this time. |
| 8.1(vi) | All income received by the Trust during the preceding calendar year and since the Effective Date. | The GUC Trust has not received any income that exceeds its basis in any respective GUC Trust asset. |

**Exide Creditors' Liquidating Trust**
**Status Report Pursuant to Liquidating Trust Agreement Section 8.1 as of December 31, 2019**
**Attachment 8.1(i) - Status of Commenced GUC Trust Causes of Action**

| Defendant | Adv. Pro. No. | Status |
|---|---|---|
| 2100 Amnicola Highway Holdings, LLC; and Commercial Advisors Asset Services, LLC | 15-50670 | Dismissed |
| A & H Forklift, Inc. | 15-50406 | Settled |
| A & R Telecom, Inc. | 15-50345 | Dismissed |
| A2CL Services, LLC dba ACL Laboratories aka ACL Inc. | 15-50317 | Settled |
| ABK Constructors, Inc. | 15-50318 | Settled |
| Access TCA, Inc. | 15-50349 | Settled |
| Accuma S.p.A. | 15-50541 | Settled |
| Adecco USA, Inc. fdba ASI Staffing, Inc. fka Adecco Employment Services, Inc. | 15-50839 | Settled |
| Advanced Battery Systems, Inc. | 15-50542 | Dismissed |
| Advanced Industrial Resources, LLC | 15-50673 | Dismissed |
| Advokatfirman Cederquist KB | 15-50364 | Dismissed |
| Aerc.com, Inc. dba AERC Recycling Solutions | 15-50543 | Settled |
| Aero Communications, Inc. dba Aero Holdings, Inc. | 15-50502 | Settled |
| Air Products and Chemicals, Inc. | 15-50677 | Settled |
| Airgas USA, LLC | 15-50365 | Settled |
| Al Star Recycling, L.L.C. | 15-50407 | Dismissed |
| Alco Iron and Metal Co. | 15-50484 | Settled |
| All4 Inc. | 15-50803 | Dismissed |
| Allegheny Towing & Salvage Company | 15-50320 | Settled |
| Allegheny Trucking, Inc. | 15-50726 | Settled |
| Alpha Packaging, Inc. | 15-50727 | Settled |
| Amax Welding & Iron Works, Inc. | 15-50409 | Default Judgment |

**Exide Creditors' Liquidating Trust**
**Status Report Pursuant to Liquidating Trust Agreement Section 8.1 as of December 31, 2019**
**Attachment 8.1(i) - Status of Commenced GUC Trust Causes of Action**

| | | |
|---|---|---|
| American Battery Corporation | 15-50366 | Dismissed |
| American Electric Power Service Corporation | 15-50624 | Dismissed |
| American Junior Golf Association, Inc. | 15-50545 | Dismissed |
| American Steel Processing & Systems Co., Inc. | 15-50729 | Settled |
| America's Best Battery Inc. dba Steve Biro Salvage | 15-50321 | Dismissed |
| Americold Logistics, LLC | 15-50445 | Dismissed |
| Ameriquest Material Handling Services, Inc. | 15-50679 | Dismissed |
| Anderson Machine & Supply, Inc. | 15-50503 | Default Judgment |
| Ansell Healthcare LLC dba Ansell Healthcare Products LLC dba Pacific Chloride Inc. | 15-50323 | Dismissed |
| Antikainen, Inc. dba Industrial Battery Service, Inc. | 15-50423 | Dismissed |
| Appliance Network of America LLC dba Golden Recycling | 15-50698 | Default Judgment |
| Arbill Industries, Inc. | 15-50352 | Settled |
| ARE/BPD Muhlenberg Partners | 15-50544 | Default Judgment |
| Arizona Battery Products, Inc. | 15-50504 | Dismissed |
| Arnold Family Corona, LLC | 15-50447 | Dismissed |
| Asset Health, Inc. | 15-50367 | Dismissed |
| Association of Battery Recyclers | 15-50410 | Settled |
| AT&T Mobility LLC | 15-50762 | Settled |
| Aul Pipe & Tubing, Inc. | 15-50354 | Settled |
| B & B Auto Supply Company | 15-50451 | Default Judgment |
| B D C, Inc. dba Burner Design and Control | 15-50546 | Dismissed |
| B. C. MacDonald & Company | 15-50684 | Settled |
| Baoding Fengfan Rising Battery Separator Co., Ltd. | 15-50412 | Default Judgment |

**Exide Creditors' Liquidating Trust**
**Status Report Pursuant to Liquidating Trust Agreement Section 8.1 as of December 31, 2019**
**Attachment 8.1(i) - Status of Commenced GUC Trust Causes of Action**

| | | |
|---|---|---|
| Batteries Inc. | 15-50505 | Dismissed |
| Battery Empire II, LLC | 15-50454 | Default Judgment |
| Battery Leader Systems, Inc. | 15-50456 | Dismissed |
| Battery Outfitters, Inc. | 15-50547 | Dismissed |
| Battery Recyclers of America, LLC | 15-50625 | Settled |
| Battery Tree, Inc. | 15-50458 | Dismissed |
| Battery USA, Inc. | 15-50461 | Settled |
| Bell Processing Incorporated | 15-50462 | Dismissed |
| Benning Power Electronics, Inc. | 15-50506 | Dismissed |
| Benson Road Properties | 15-50805 | Dismissed |
| Bernville Quality Fuels LLC | 15-50507 | Settled |
| Bonelli Erede Pappalardo | 15-50369 | Dismissed |
| Brandenburg Industrial Service Company | 15-50485 | Settled |
| Brehob Corporation | 15-50371 | Settled |
| Brenner Recycling | 15-50414 | Settled |
| Brown Engineering Co. | 15-50755 | Settled |
| Brown Industries, Inc. | 15-50416 | Settled |
| BTO, Incorporated dba AXMEN | 15-50682 | Dismissed |
| C & M Recycling, Inc. | 15-50626 | Dismissed |
| C H Robinson International Inc. | 15-50768 | Settled |
| C&S Wholesale Grocers, Inc. | 15-50487 | Dismissed |
| California Newspaper Service Bureau, Inc. | 15-50810 | Dismissed |
| Callabresi Heating & Cooling, Inc. | 15-50356 | Settled |

**Exide Creditors' Liquidating Trust**
**Status Report Pursuant to Liquidating Trust Agreement Section 8.1 as of December 31, 2019**
**Attachment 8.1(i) - Status of Commenced GUC Trust Causes of Action**

| | | |
|---|---|---|
| Cal-West Express Co., Ltd. | 15-50357 | Dismissed |
| Canman Recycling, Inc. | 15-50628 | Settled |
| Capital Scrap Metal, LLC | 15-50731 | Settled |
| Capp, Inc. | 15-50373 | Settled |
| Car Parts Distributing, Inc. dba Clark's Tool | 15-50325 | Settled |
| Carmeuse Lime & Stone, Inc. | 15-50327 | Settled |
| Cascades Inc. dba Cascades Enviropac | 15-50328 | Settled |
| Cashbook Limited | 15-50509 | Dismissed |
| Castren & Snellman Attorneys Ltd. | 15-50375 | Dismissed |
| Cell Group IB, Inc. | 15-50511 | Dismissed |
| Cemtek Environmental Inc. | 15-50548 | Dismissed |
| Central Illinois Trucks, Inc. dba CIT Group, Inc. | 15-50512 | Settled |
| Central Power Systems & Services, Inc. | 15-50550 | Settled |
| Central Transportation Systems, Inc. | 15-50418 | Settled |
| Chem-Lab, Inc. | 15-50733 | Settled |
| Chiesa Shahinian & Giantomasi PC fdba Wolff & Samson PC | 15-50724 | Dismissed |
| Christopher Shon Cross d/b/a S&S Pallets | 15-50587 | Default Judgment |
| CIGNA Healthcare, Inc. | 15-50377 | Dismissed |
| Cimco Resources, Inc. | 15-50319 | Dismissed |
| CK-Klein-MacFarlane Limited Partnership dba CK-Klein-MacFarlane, Ltd. | 15-50552 | Dismissed |
| Cleveland Corp. | 15-50513 | Settled |
| Club Car, LLC | 15-50322 | Dismissed |
| CMB Network LLC | 15-50514 | Dismissed |

**Exide Creditors' Liquidating Trust**
**Status Report Pursuant to Liquidating Trust Agreement Section 8.1 as of December 31, 2019**
**Attachment 8.1(i) - Status of Commenced GUC Trust Causes of Action**

| | | |
|---|---|---|
| CMI International, Inc. | 15-50554 | Default Judgment |
| Colliers International USA, LLC dba Colliers Arnold Commercial Real Estate | 15-50556 | Dismissed |
| Columbian Chemicals Company | 15-50464 | Settled |
| Commercial Metals Company | 15-50488 | Settled |
| Complete Packaging Systems, Inc. | 15-50419 | Settled |
| Complete Power System, Inc. | 15-50516 | Dismissed |
| Conley Equipment Company, LLC | 15-50466 | Settled |
| Consolidated Container Company, LLC | 15-50686 | Dismissed |
| Conway Beam Leasing Inc. | 15-50557 | Settled |
| Craig Welding Supply Co. | 15-50687 | Settled |
| Crown Credit Company | 15-50527 | Dismissed |
| Crown Equipment Corporation dba Crown Lift Trucks | 15-50358 | Dismissed |
| Cullum & Brown of Wichita, Inc. | 15-50468 | Settled |
| Dakota Distributing, L.P. | 15-50549 | Settled |
| Darr Equipment LP | 15-50688 | Dismissed |
| Data Systems International, Inc. | 15-50725 | Dismissed |
| DC Power Solutions, Inc. f/d/b/a TIMA Power Systems | 15-50463 | Settled |
| Defense Logistics Agency Disposition Services dba DLA Disposition Services; and American Express Company | 15-50814 | Dismissed |
| Dell Inc. dba Dell Computer Inc. | 15-50359 | Dismissed |
| Deloitte Financial Advisory Services LLP | 15-50551 | Settled |
| DMI Distribution, LLC dba DMI Realty of Muncie, LLC | 15-50379 | Dismissed |
| Don & Walt, L.L.C. | 15-50553 | Settled |
| Don Miller & Associates, Inc. dba Miller/Bevco | 15-50425 | Dismissed |

**Exide Creditors' Liquidating Trust**
**Status Report Pursuant to Liquidating Trust Agreement Section 8.1 as of December 31, 2019**
**Attachment 8.1(i) - Status of Commenced GUC Trust Causes of Action**

| | | |
|---|---|---|
| Dunlap Group | 15-50818 | Dismissed |
| DuPage Lighting Service & Repair, Inc. | 15-50690 | Settled |
| E.N. Range, Inc. | 15-50380 | Settled |
| EastGroup Properties, L.P. | 15-50555 | Dismissed |
| Ecology Tech, Inc. dba S & S Metal Recyclers II | 15-50631 | Settled |
| Edgewater Consulting Inc. | 15-50561 | Dismissed |
| Edgewood Oil, Inc. | 15-50632 | Dismissed |
| Edwards Chemicals, Inc. | 15-50528 | Settled |
| Element Fleet Management dba Was Trans Lease | 15-50562 | Settled |
| Elgin Recycling, Inc. | 15-50563 | Settled |
| Ellis Battery Specialists, L.L.C. | 15-50324 | Dismissed |
| EMES, LLC dba Environmental Management and Engineering Solutions | 15-50382 | Settled |
| Englewood Plaza South Limited Partnership; and Harsax Management Co. Limited Partnership | 15-50806 | Dismissed |
| Eric Couture dba Battery Power | 15-50623 | Default Judgment |
| Etak Systems, LLC fdba Etak Systems, Inc. | 15-50360 | Dismissed |
| Exide Technologies | Contested matters in Case No. 13-11482 (KJC) | Settled |
| Express Recycling Solutions, Inc. | 15-50728 | Settled |
| Express Services, Inc. | 15-50374 | Dismissed |
| Faley Enterprises, Inc. dba I.W.I. Motor Parts | 15-50376 | Dismissed |
| Fast Undercar, Inc. | 15-50692 | Dismissed |
| FCS Construction, L.L.C. fdba Frisco Construction Services, L.L.C. | 15-50326 | Settled |
| Federated Cold Train, LLC fdba Rail Logistics/Cold Train | 15-50329 | Dismissed |
| Ferrellgas Partners, L.P. | 15-50735 | Settled |

**Exide Creditors' Liquidating Trust**
**Status Report Pursuant to Liquidating Trust Agreement Section 8.1 as of December 31, 2019**
**Attachment 8.1(i) - Status of Commenced GUC Trust Causes of Action**

| | | |
|---|---|---|
| Fidencio M. Leal | 15-50471 | Settled or collected post-default |
| Fitzgerald & Company dba Weber Shandwick Atlanta | 15-50564 | Settled |
| FLSmidth Inc. | 15-50764 | Settled |
| Foss Recycling, Inc. | 15-50420 | Settled |
| FPT Canton L.L.C. | 15-50738 | Settled |
| Frank Sahd Salvage Center, Inc. | 15-50361 | Settled |
| Frederick Swanston, Inc. | 15-50443 | Dismissed |
| Free Flow--Rockford, L.L.C. | 15-50444 | Settled |
| Fresno 41 Venture, LLC | 15-50635 | Dismissed |
| Frisco Medical Surgical Clinic Limited Liability Company | 15-50536 | Dismissed |
| Fromm Electric Supply Corporation | 15-50421 | Settled |
| G & E Scrap Processing Company, LLC dba Maine Scrap Metal, LLC | 15-50539 | Dismissed |
| G. H. Smart & Company, Inc. | 15-50378 | Settled |
| Gabriel Corona dba The Exhaust Centers | 15-50710 | Dismissed |
| Garratt-Callahan Company | 15-50694 | Settled |
| GE Power Electronics, Inc. dba GE Energy | 15-50565 | Dismissed |
| General Electric International, Inc. | 15-50381 | Dismissed |
| General Metals, LLC | 15-50696 | Dismissed |
| Geotechnology, Inc. | 15-50697 | Settled |
| GFY Holdings, Inc. dba Constant Power Technologies | 15-50740 | Settled |
| Global Personnel | 15-50486 | Settled |
| Goad Enterprises, Inc. | 15-50383 | Default Judgment |
| Goal Success, Inc. | 15-50566 | Settled |

**Exide Creditors' Liquidating Trust**
**Status Report Pursuant to Liquidating Trust Agreement Section 8.1 as of December 31, 2019**
**Attachment 8.1(i) - Status of Commenced GUC Trust Causes of Action**

| | | |
|---|---|---|
| Goff Industrial Electrical, Inc. | 15-50535 | Settled |
| Gold Metal Recyclers, Ltd. | 15-50446 | Settled |
| Goodhart Sons, Inc. | 15-50742 | Settled |
| Gorrissen Federspiel dba Gorrissen Federspiel Kierk | 15-50422 | Dismissed |
| GWP Holdings, LLC dba Western Peterbilt | 15-50529 | Dismissed |
| Harris Machine & Tool, Inc. | 15-50530 | Settled |
| Harris Metals, LLC | 15-50384 | Settled |
| Haylex Manufacturing LLC | 15-50448 | Settled |
| Henry Roy Horton aka Henry R. Horton | 15-50700 | Dismissed |
| High-Temp Industries, LLC | 15-50637 | Default Judgment |
| Higman Equipment Company, Inc. dba Siggins Co. | 15-50705 | Settled |
| Hill Management Services, Inc. | 15-50639 | Dismissed |
| Hobby Lobby Stores, Inc. | 15-50641 | Dismissed |
| Hoff's Machine and Welding Corporation, Inc. | 15-50745 | Settled |
| IBT, Inc. | 15-50449 | Settled |
| Independent Charger Services | 15-50748 | Dismissed |
| Indiana Oxygen Company Inc. | 15-50571 | Settled |
| Industrial Metal Enterprise, Incorporated | 15-50627 | Settled |
| Infor (US), Inc. | 15-50629 | Dismissed |
| Inland All Battery Sales & Service | 15-50750 | Default Judgment |
| Insource Software Solutions, Inc. | 15-50537 | Dismissed |
| Intercon Solutions, Inc. | 15-50702 | Default Judgment |
| International Lead Association | 15-50385 | Settled |

**Exide Creditors' Liquidating Trust**
**Status Report Pursuant to Liquidating Trust Agreement Section 8.1 as of December 31, 2019**
**Attachment 8.1(i) - Status of Commenced GUC Trust Causes of Action**

| | | |
|---|---|---|
| International Metals Ekco, Ltd. dba Ekco Metals | 15-50630 | Settled |
| International Sulphur, Inc. | 15-50751 | Settled or collected post-default |
| Interstate Batteries Recycling, LLC fka Interstate Batteries Recycling, Inc. | 15-50838 | Dismissed |
| IRC International Recycling Center, LLC d/b/a International Recycling Center | 15-50577 | Default Judgment |
| Iron Mountain Reycycling, L.L.C. | 15-50704 | Default Judgment |
| ISI Installation, Maintenance & Construction, Ltd. | 15-50450 | Default Judgment |
| ITG, LLC | 15-50491 | Settled |
| James Eagen Sons Co. | 15-50633 | Dismissed |
| James H. Shane dba Mayfair Realty Trust | 15-50424 | Dismissed |
| JAS Forwarding (USA), Inc. | 15-50386 | Settled |
| Jeff Harris dba Precision Machine & Welding | 15-50363 | Settled |
| Jerry Wayne Walker | 15-50706 | Settled |
| Jessie M. Arguijo | 15-50426 | Dismissed |
| JK Metalglo Inc. | 15-50493 | Default Judgment |
| JMC Services, Inc. | 15-50362 | Settled |
| John's Auto Parts of Bunnell, Inc. | 15-50579 | Settled |
| Kane 3PL, LLC | 15-50634 | Settled |
| Kelley Services, Inc. | 15-50752 | Settled |
| Kelly Scott and Madison, Inc. | 15-50452 | Settled |
| Kirk Nationalease Co. | 15-50428 | Settled |
| Koch-Glitsch, LP | 15-50716 | Dismissed |
| Kormet Metals, LLC | 15-50408 | Settled |
| Kroff Chemical Company, Inc. | 15-50540 | Settled |

**Exide Creditors' Liquidating Trust**
**Status Report Pursuant to Liquidating Trust Agreement Section 8.1 as of December 31, 2019**
**Attachment 8.1(i) - Status of Commenced GUC Trust Causes of Action**

| | | |
|---|---|---|
| L & L Scrap Metals Recycling, Inc. | 15-50582 | Settled |
| Labor Ready Mid-Atlantic, Inc. | 15-50411 | Settled |
| Lander Lakepointe, LLC | 15-50580 | Default Judgment |
| Landis Mechanical Group, Inc. | 15-50331 | Settled |
| Langley Recycling, Inc. | 15-50340 | Settled |
| Laredo Gonzalez Auto Parts, Ltd. dba Gonzalez Auto | 15-50568 | Settled |
| Lesher Leasing, Inc. | 15-50753 | Settled |
| Liberty Scrap Metal, Inc. | 15-50413 | Settled |
| Lindsay Machine Works, Inc. | 15-50707 | Settled |
| Liquitech, Inc. | 15-50453 | Settled |
| LKQ Atlanta, L.P. | 15-50666 | Dismissed |
| LKQ Corporation | 15-50333 | Dismissed |
| LKQ Crystal River, Inc. | 15-50415 | Dismissed |
| LKQ Route 16 Used Auto Parts, Inc. | 15-50636 | Dismissed |
| LKQ Southwick LLC | 15-50754 | Dismissed |
| LKQ Triplett ASAP, Inc. | 15-50664 | Dismissed |
| Lofton Security Service, Inc. | 15-50531 | Settled |
| Lone Star Industries, Inc. dba Buzzi Unicem USA | 15-50774 | Dismissed |
| Long Island Industrial Management LLC | 15-50455 | Dismissed |
| Longland Corp. | 15-50532 | Settled |
| Lorett Oil Company, L.L.C. | 15-50756 | Settled or collected post-default |
| LVP 11301 Industriplex LLC | 15-50538 | Settled |
| M. J. Reider Associates, Inc. | 15-50757 | Settled |

**Exide Creditors' Liquidating Trust**
**Status Report Pursuant to Liquidating Trust Agreement Section 8.1 as of December 31, 2019**
**Attachment 8.1(i) - Status of Commenced GUC Trust Causes of Action**

| | | |
|---|---|---|
| M3 Resources USA, LLC | 15-50496 | Settled |
| Mack Employment Services, Inc. | 15-50387 | Settled |
| Madland Toyota-Lift, Inc. | 15-50583 | Dismissed |
| Maetec Power, Inc. | 15-50457 | Dismissed |
| Mallin Companies, Inc. fdba Mallin Bros. Company, Inc. | 15-50758 | Dismissed |
| Management Recruiters of Rogers, Inc. | 15-50638 | Settled |
| Management Recruiters of Sarasota, Inc. dba The Beneva Group | 15-50459 | Settled |
| Manulife Financial | 15-50341 | Dismissed |
| Marathon Petroleum Corporation dba Marathon Petroleum Company LLC; and American Express Company | 15-50717 | Settled |
| Marriott International, Inc. | 15-50718 | Settled |
| Matrix Cable Solution's, Inc. dba MCS, Inc. | 15-50586 | Settled |
| Maurice Morse dba M & M Battery Sales | 15-50681 | Dismissed |
| Maysteel LLC and Maysteel Industries, LLC | 15-50794 | Settled |
| Mazza Group, LLC | 15-50460 | Dismissed |
| McCormick-Busse, Incorporated d/b/a MBI Media | 15-50490 | Settled |
| McInnes Cooper | 15-50585 | Dismissed |
| McIntire Enterprises, Inc. dba McIntire Building Center | 15-50649 | Settled or collected post-default |
| McLane Company, Inc. dba McLane/Northeast-Concord | 15-50667 | Dismissed |
| McMaster-Carr Supply Company | 15-50335 | Dismissed |
| MCS Personnel, Inc. | 15-50642 | Settled |
| Merchant & Gould  P.C. | 15-50640 | Settled |
| Metro Metals Corporation | 15-50417 | Settled |
| Meyer Laboratory, Inc. | 15-50668 | Settled |

**Exide Creditors' Liquidating Trust**
**Status Report Pursuant to Liquidating Trust Agreement Section 8.1 as of December 31, 2019**
**Attachment 8.1(i) - Status of Commenced GUC Trust Causes of Action**

| | | |
|---|---|---|
| MFA Oil Company dba MFA Oil & Propane | 15-50588 | Dismissed |
| Mid-Kansas Cooperative Association dba MKC | 15-50388 | Settled |
| Midway Warehouse Investors, Inc. | 15-50808 | Dismissed |
| Midwest Automation, Inc. | 15-50343 | Dismissed |
| Minnesota Industrial Battery, Inc. | 15-50672 | Dismissed |
| MK Technologies Inc. dba Omega Controls | 15-50654 | Settled |
| Mobile Dredging & Pumping Co. | 15-50590 | Dismissed |
| Morgan Wood Products, Inc. | 15-50567 | Dismissed |
| Morrill Motors LLC fka Morrill Motors Inc. | 15-50834 | Settled |
| Motor Technology, Inc. | 15-50533 | Settled |
| National Executive Resources, Inc. | 15-50427 | Settled |
| National Utility Service, Inc. dba NUS Consulting Group fdba Viking Energy | 15-50759 | Dismissed |
| Nationwide Plastics, Inc. | 15-50683 | Settled |
| NCB Commodities, Inc. | 15-50336 | Settled |
| Neopost USA Inc. dba CMRS-TMS | 15-50644 | Dismissed |
| Newalta Corporation - Newalta Industrial Services, Inc. | 15-50835 | Settled |
| Newstrom Battery Company, LLC | 15-50465 | Dismissed |
| Norfolk Southern Corporation | 15-50685 | Dismissed |
| Northeast Battery & Alternator, Inc. | 15-50643 | Dismissed |
| Northside Salvage Yard, Inc. | 15-50570 | Default Judgment |
| Northwest Fire Protection, Inc. | 15-50494 | Settled |
| Okabe Co., Inc.; and Mizuho Corporate Bank, Ltd. | 15-50689 | Settled |
| Olson Packaging Services, Inc. | 15-50647 | Settled |

**Exide Creditors' Liquidating Trust**
**Status Report Pursuant to Liquidating Trust Agreement Section 8.1 as of December 31, 2019**
**Attachment 8.1(i) - Status of Commenced GUC Trust Causes of Action**

| | | |
|---|---|---|
| On-Point Associates Group, Inc. | 15-50346 | Default Judgment |
| Opportunity Enterprises, Inc. dba Flex Execs Management Solutions | 15-50730 | Settled |
| OptumHealth Care Solutions, Inc. | 15-50390 | Settled |
| Ortec International USA, Inc. | 15-50691 | Dismissed |
| Oxidor Corporation Inc. | 15-50467 | Dismissed |
| P Kay Metal, Inc. - P Kay Metal Supply, Inc. | 15-50837 | Settled |
| P L P, Inc. dba PLP Battery Supply, Inc. | 15-50653 | Dismissed |
| P&A Law Offices | 15-50429 | Default Judgment |
| Packaging Control Corporation | 15-50348 | Default Judgment |
| Page Transportation, Inc. | 15-50669 | Default Judgment |
| PalletOne of North Carolina, Inc. | 15-50337 | Settled |
| Parrish Electrical Services, Inc. | 15-50391 | Settled |
| Perrin Industries LLC | 15-50573 | Default Judgment |
| Peter Allen Palmer aka Peter Palmer | 15-50469 | Settled |
| Phoenix Recycling, Inc. | 15-50645 | Dismissed |
| Piedmont National Corporation | 15-50497 | Settled |
| PPM Consultants, Inc. | 15-50693 | Settled |
| Precision Service & Parts, Inc. | 15-50338 | Settled |
| Private Eyes, Inc. | 15-50470 | Settled |
| Pro Battery, Inc. | 15-50431 | Settled or collected post-default |
| Proheat, Inc. | 15-50393 | Settled |
| Prologika, LLC | 15-50534 | Settled |
| PTC Inc. fka Parametric Technology Corporation | 15-50472 | Settled |

**Exide Creditors' Liquidating Trust**
**Status Report Pursuant to Liquidating Trust Agreement Section 8.1 as of December 31, 2019**
**Attachment 8.1(i) - Status of Commenced GUC Trust Causes of Action**

| | | |
|---|---|---|
| Pulsetech Products Corporation | 15-50575 | Settled |
| Pumping Systems, Inc. | 15-50508 | Settled |
| Pure Marketing Group Corporation | 15-50510 | Settled |
| Pureworks, Inc. | 15-50395 | Default Judgment |
| Quality Power Solutions LLC | 15-50515 | Settled |
| Quest Diagnostics Incorporated | 15-50732 | Settled |
| Quest Environmental & Safety Products, Inc. | 15-50432 | Dismissed |
| Quinn Company | 15-50498 | Settled |
| R. H. Brown Co. | 15-50699 | Settled |
| R.A. Malouff, LLC dba Malouff Salvage | 15-50351 | Default Judgment |
| R.I.C.H. Inc. | 15-50734 | Settled |
| Ramcar Batteries, Inc. | 15-50658 | Dismissed |
| Ramona Cudnohoski dba Mister Battery | 15-50678 | Settled |
| Randal Fraters dba Battery Specialist | 15-50473 | Dismissed |
| Randy Wayne Halstead dba Randy's | 15-50576 | Dismissed |
| Recycling Solutions Holdings, LLC | 15-50342 | Default Judgment |
| Redline Metals, Inc. | 15-50646 | Settled |
| Regional Materials Recovery, Inc. dba RMR | 15-50475 | Settled |
| Reintjes & Hiter Co., Inc. | 15-50648 | Settled |
| Re-Man Shack, Inc. IV dba Advantage Power Battery of Oklahoma | 15-50476 | Settled |
| Rexel Holdings USA Corp. dba Rexel Wholesale | 15-50695 | Dismissed |
| Richard Greene Company | 15-50736 | Settled |
| Rig Masters, Inc. | 15-50339 | Settled |

**Exide Creditors' Liquidating Trust**
**Status Report Pursuant to Liquidating Trust Agreement Section 8.1 as of December 31, 2019**
**Attachment 8.1(i) - Status of Commenced GUC Trust Causes of Action**

| | | |
|---|---|---|
| Robert Huish dba CBH Trucking & Salvage aka CBH Trucking Inc. | 15-50737 | Settled or collected post-default |
| Robert W. Baird & Co. Incorporated | 15-50767 | Settled |
| Rolta International, Inc. | 15-50435 | Settled |
| Romatec C2C, Inc. | 15-50396 | Settled |
| Ross Horn d/b/a U.S. Pumps | 15-50714 | Default Judgment |
| Rotek Services, Inc. fka Electric Motor Specialists, Inc. | 15-50701 | Settled |
| RSJ Consulting LLC | 15-50344 | Settled |
| S & L Mechanical, Inc. | 15-50708 | Dismissed |
| Sage Environmental Consulting, Inc. | 15-50661 | Settled |
| Salina Iron & Metal Company | 15-50650 | Settled |
| Sanders Mechanical Services, Inc. | 15-50657 | Default Judgment |
| Saylor Mine Battery, Inc. | 15-50478 | Dismissed |
| SBMC Atlanta, L.L.C. | 15-50578 | Dismissed |
| Schwartz Electric, Inc. | 15-50389 | Settled |
| SDA Technologies Inc.; and S.A.V.V. Inc. | 15-50581 | Dismissed |
| Securitas Security Services USA, Inc. | 15-50596 | Settled |
| Security Guards, Inc. | 15-50517 | Settled |
| Sellers Equipment, Inc. | 15-50584 | Settled |
| Sequoia Consulting Group, Inc. | 15-50392 | Dismissed |
| Shaw Environmental & Infrastructure International, LLC | 15-50394 | Dismissed |
| Sims Recycling Solutions, Inc. dba E-Structors, Inc. aka E-Structures, Inc. | 15-50739 | Settled |
| Solid Waste Services, Inc. fka J.P. Mascaro and Sons, Inc. dba Pioneer Crossing Landfill | 15-50430 | Settled |
| Southeastern Equipment Co., Inc. | 15-50660 | Settled |

**Exide Creditors' Liquidating Trust**
**Status Report Pursuant to Liquidating Trust Agreement Section 8.1 as of December 31, 2019**
**Attachment 8.1(i) - Status of Commenced GUC Trust Causes of Action**

| | | |
|---|---|---|
| Southern Automotive Dist., Inc. | 15-50479 | Settled |
| Southern Counties Oil Co. | 15-50518 | Settled |
| Southern Metals (David Smith d/b/a Southern Metals) | 15-50500 | Default Judgment |
| Sparks Commercial Tires, Inc. | 15-50437 | Settled |
| SpecialT Metals Limited Liability Company | 15-50741 | Settled |
| Spell It With Color, Inc. dba Allegra Printing and Imaging | 15-50397 | Dismissed |
| Standard Iron & Metals Co. | 15-50589 | Settled |
| Staples, Inc. dba Staples Print Solutions | 15-50719 | Settled |
| State Safety & Compliance, L.L.C. | 15-50439 | Settled |
| Steven Anderson dba Intermountain Recyclers | 15-50574 | Settled or collected post-default |
| Stoncor Group, Inc. dba Stonhard, Inc. | 15-50519 | Settled |
| Stoner Incorporated | 15-50709 | Settled or collected post-default |
| Structural Metal Fabricators, Inc. | 15-50743 | Settled or collected post-default |
| Sumeeko USA, Inc. | 15-50398 | Default Judgment |
| Summers Hardware & Supply Company | 15-50651 | Settled |
| Summit Power, Inc. fdba API Inc. | 15-50558 | Dismissed |
| Sun-Lite Metals, Inc. | 15-50675 | Dismissed |
| Susan K. Jaramillo | 15-50520 | Dismissed |
| Sweeping Beauty Cleaning Service, Inc. | 15-50474 | Settled |
| Swift Transportation Company | 15-50671 | Settled |
| T & S Machining, Inc. | 15-50744 | Settled |
| T.S. Williams & Associates, Inc. | 15-50480 | Dismissed |
| Taba S.r.l. | 15-50434 | Dismissed |

**Exide Creditors' Liquidating Trust**
**Status Report Pursuant to Liquidating Trust Agreement Section 8.1 as of December 31, 2019**
**Attachment 8.1(i) - Status of Commenced GUC Trust Causes of Action**

| | | |
|---|---|---|
| TBM Consulting Group, Inc. | 15-50501 | Settled |
| Ted Johnson Propane Company | 15-50652 | Settled |
| Teltech Communications LLC | 15-50330 | Settled |
| Tennant Sales and Service Company | 15-50436 | Settled |
| TES, Inc. | 15-50591 | Settled |
| TestAmerica Laboratories, Inc. | 15-50438 | Settled |
| The Bailey Company, Inc. | 15-50746 | Settled |
| The Battery Recycling Company | 15-50598 | Default Judgment |
| The Brass Exchange, LLC | 15-50656 | Default Judgment |
| The Great-West Life Assurance Company | 15-50569 | Dismissed |
| The Harrod Group, Inc. | 15-50811 | Dismissed |
| The Knapp Supply Company Inc. dba Knapp Supply Co. Inc. | 15-50477 | Dismissed |
| The Lofton Corporation dba Lofton Staffing Services | 15-50347 | Settled |
| The Nasdaq Stock Market LLC dba Shareholder.com | 15-50659 | Settled |
| The Recycling Center, Inc. of Live Oak | 15-50433 | Settled or collected post-default |
| The Wattles Company | 15-50521 | Settled |
| The Wilmington Iron and Metal Company, Inc. | 15-50662 | Settled |
| The Wire Department, LLC dba Mid Valley Broadband | 15-50522 | Dismissed |
| Thom Prellberg and Stephen Hedgpeth dba Quad Power Products | 15-50350 | Dismissed |
| Tidewater Fleet Supply, LLC | 15-50655 | Dismissed |
| Titanic Controls, Inc. | 15-50592 | Dismissed |
| T-Mobile USA, Inc. | 15-50720 | Settled |
| Toshiba Machine Company, America | 15-50721 | Settled |

**Exide Creditors' Liquidating Trust**
**Status Report Pursuant to Liquidating Trust Agreement Section 8.1 as of December 31, 2019**
**Attachment 8.1(i) - Status of Commenced GUC Trust Causes of Action**

| | | |
|---|---|---|
| Towamencin Metal Traders, Inc. | 15-50353 | Settled |
| Townline Realty, LLC | 15-50711 | Default Judgment |
| Toyota Tsusho Material Handling America, Inc. dba Toyota Lift Northwest | 15-50405 | Dismissed |
| Trafigura AG | 15-50674 | Dismissed |
| Tripwireless, Inc. fdba Tripwireless Network Solutions | 15-50523 | Settled |
| Tri-State Truck Center, Inc. fdba Tri-State Mack, Inc. | 15-50663 | Settled |
| Truckway Leasing, Inc. dba Truckway Leasing and Rental | 15-50593 | Settled |
| TTS Worldwide, LLC | 15-50676 | Settled |
| U R Services, Inc. | 15-50524 | Dismissed |
| United Battery Systems, Inc. | 15-50399 | Settled |
| United Process Control Company, Inc. | 15-50712 | Settled |
| United Rentals (North America), Inc. | 15-50355 | Settled |
| United Steelworkers Local 6996 | 15-50595 | Dismissed |
| United Van Lines, LLC dba United Van Lines Inc. | 15-50713 | Settled |
| Univar USA, Inc. dba Basic Chemical Solutions | 15-50400 | Settled |
| Upchurch Electric Supply Company | 15-50747 | Settled |
| UPS Supply Chain Solutions, Inc. | 15-50722 | Dismissed |
| Uptime Technology, Inc. | 15-50594 | Settled |
| Urrea Real Estate, LLC | 15-50597 | Dismissed |
| Van Meter Inc. dba Miller Electric Supply, Inc. | 15-50332 | Settled |
| Vectren  Corporation dba Vectren Energy Delivery | 15-50401 | Settled |
| Viper Precision Machine and Design, LLC | 15-50481 | Default Judgment |
| Vision Bancorp Metals LLC | 15-50769 | Default Judgment |

**Exide Creditors' Liquidating Trust**
**Status Report Pursuant to Liquidating Trust Agreement Section 8.1 as of December 31, 2019**
**Attachment 8.1(i) - Status of Commenced GUC Trust Causes of Action**

| | | |
|---|---|---|
| VSS, LLC | 15-50402 | Settled |
| W. W. Grainger, Inc. dba Safety Solutions, Inc. | 15-50334 | Dismissed |
| Wabash Industrial Services, LLC | 15-50525 | Default Judgment |
| Waddle's Manufacturing & Machine Co. | 15-50665 | Settled or collected post-default |
| Wann Air Systems, Inc. | 15-50440 | Dismissed |
| Waste Management, Inc. dba Chemical Wastemanagement | 15-50560 | Dismissed |
| Water & Energy Systems Technology, Inc. dba WEST Inc. | 15-50749 | Settled |
| Weber Paper Company | 15-50482 | Settled |
| Weir Slurry Group, Inc. | 15-50441 | Settled |
| Werko Machine Co. | 15-50715 | Settled |
| West Publishing Corporation dba Serengeti Law | 15-50703 | Dismissed |
| White & Case LLP | 15-50723 | Dismissed |
| Wiercinski, Kwiecinski, Baehr Limited Partnership dba WKB | 15-50403 | Dismissed |
| Winchester Pacific Batteries U.S.A., Inc. dba Batteries U.S.A. Inc. | 15-50680 | Dismissed |
| Wiring By Wall, Inc. | 15-50442 | Dismissed |
| Wolters Kluwer United States Inc. dba CT Corporation System | 15-50559 | Dismissed |
| Workplace Health Services, LLC | 15-50816 | Settled |
| X Brand Lifts Ltd. | 15-50599 | Dismissed |
| Xact Data Discovery | 15-50526 | Settled |
| Xerox HR Solutions, LLC | 15-50600 | Dismissed |
| XRS Corporation fdba Xata Corporation | 15-50404 | Dismissed |
| Yeager Supply, Inc. | 15-50601 | Settled |