**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

In re: EXIDE TECHNOLOGIES, LLC,

        Debtor.

---

| | | |
|---|---|---|
| EXIDE TECHNOLOGIES, LLC, | : | |
| | : | |
| Appellant, | : | |
| | : | C.A. No. 1:20-cv-76-LPS |
| v. | : | |
| | : | Bankruptcy Case No. 13-11482-MFW |
| ANDREW R. VARA, | : | |
| ACTING UNITED STATES | : | |
| TRUSTEE FOR REGION 3, | : | |
| | : | |
| Appellee. | : | |
| | : | |

## STIPULATION TO DISMISS APPEAL

        Pursuant to Rule 8023 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby stipulate that the above-captioned appeal may be dismissed.  The Parties have also filed the *Stipulation to Dismiss Appeal*, dated April 27, 2020, in the United States Court of Appeals for the Third Circuit.  [Appeal No. 20-8023; Docket No. 6-1.]  The Parties have agreed that no attorneys' fees or costs will be paid by either Party.  Appellant will pay any fees that are due to the Court as a result of initiating the appeal.

*[Remainder of Page Intentionally Left Blank]*

Dated: April 28, 2020

**PACHULSKI STANG ZIEHL &
JONES LLP**

*/s/ James E. O'Neill*

Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705
(Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
Email: joneill@pszjlaw.com

*Special Conflicts Counsel for Appellant*


**FOX ROTHSCHILD LLP**

*/s/ Allen J. Guon*

Robert M. Fishman (IL Bar No. 3124316)
Allen J. Guon (IL Bar No. 6244526)
Terence G. Banich (IL Bar No. 6269359)
321 N. Clark Street, Suite 1600
Chicago, IL  60654
Telephone: (312) 517-9200
Facsimile: (312) 517-9201
Email: rfishman@foxrothschild.com
Email: aguon@foxrothschild.com
Email: tbanich@foxrothschild.com

*Counsel for Appellant*

**ANDREW R. VARA
ACTING UNITED STATES TRUSTEE,
REGION 3**

*/s/ Sumi Sakata*

Sumi Sakata (D.C. Bar No. 1019220)
Trial Attorney
Department of Justice
Executive Office for United States Trustees
441 G St., NW, Suite 6150
Washington, DC  20530
Tel: (202) 307-1399
Fax: (202) 307-2397
Email: sumi.sakata@usdoj.gov

*Counsel for Appellee*

2