**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>EXIDE TECHNOLOGIES,[1]<br><br>       Reorganized Debtor. | Chapter 11<br><br>Case No. 13-11482 (MFW) |

**NOTICE OF AGENDA OF MATTER SCHEDULED FOR
HEARING ON OCTOBER 14, 2020 AT 2:00 P.M. (EASTERN TIME)**

MATTERS UNDER CERTIFICATION

1. Motion of GUC Trust Trustee for an Order Extending the Claims Objection Deadline to March 31, 2021 (D.I. 5336, Filed 09/24/20).

   Objection Deadline: October 7, 2020 at 4:00 p.m. (Eastern Time)

   Responses Received: None.

   Related Pleading:

   a. Certificate of No Objection Regarding Motion of GUC Trust Trustee for an Order Extending the Claims Objection Deadline to March 31, 2021 (D.I. 5337, filed 10/12/20)

   Status: A certificate of no objection has been filed. No Hearing is necessary unless the court has questions.

Dated: Wilmington, Delaware
      October 12, 2020

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Paige N. Topper*
Robert J. Dehney (No. 3578)
Eric D. Schwartz (No. 3134)
Tamara K. Mann (No. 5643)
Paige N. Topper (No. 6470)
1201 North Market Street, Suite 1600
Wilmington, Delaware 19801
Tel: (302) 658-9200
Fax: (302) 658-3989

---

[1] The last four digits of the Debtor's taxpayer identification number are 2730. The Debtor's corporate headquarters are located at 13000 Deerfield Parkway, Building 200, Milton, Georgia 30004.

Email: rdehney@mnat.com
eschwartz@mnat.com
tmann@mnat.com
ptopper@mnat.com

- and -

KELLEY DRYE & WARREN LLP
James S. Carr (admitted *pro hac vice*)
Dana P. Kane (admitted *pro hac vice*)
101 Park Avenue
New York, New York  10178
Tel:  (212) 808-7800
Fax:  (212) 808-7897

*Co-Counsel to Peter Kravitz, the GUC Trust Trustee of the Exide Creditors' Liquidating Trust*