# Court Conference

**U.S. Bankruptcy Court-District of Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Mary F. Walrath**
**#4**

Calendar Date: 10/14/2020
Calendar Time: 02:00 PM ET

*Amended Calendar  Oct 14 2020  8:45AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Exide Technologies, LLC | 13-11482 | Hearing | 10904344 | Paul C. Gunther | (646) 213-7400 ext. 228 | Reorg Research, Inc. | Interested Party, Paul Gunther / LISTEN ONLY |
| | | Exide Technologies, LLC | 13-11482 | Hearing | 10905508 | Allen J. Guon | (312) 382-3143 ext. | Cozen O'Connor | Debtor, Exide Technologies / LIVE |
| | | Exide Technologies, LLC | 13-11482 | Hearing | 10902914 | Dana Kane | (212) 808-7813 ext. | Kelley Drye & Warren LLP | Creditor, Liquidating Trust / LIVE |
| | | Exide Technologies, LLC | 13-11482 | Hearing | 10903309 | Tamara K. Mann | (302) 351-9377 ext. | Morris, Nichols, Arsht & Tunnell, LLP | Trustee, Peter Kravitz / LIVE |