# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>EXIDE TECHNOLOGIES, LLC,[1]<br><br>　　　　　Reorganized Debtor. | Chapter 11<br><br>Case No. 13-11482 (MFW)<br><br>**Re: D.I. 5336** |

## ORDER EXTENDING CLAIMS OBJECTION DEADLINE TO DECEMBER 31, 2020

Upon the motion (the "Motion")[2] of the GUC Trust Trustee for an order extending the Claims Objection Deadline for approximately 180 days, from September 28, 2020 through and including March 31, 2021; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before the Court; and consideration of the Motion and the relief requested being a core proceeding pursuant to 28 U.S.C. § 157(b); and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Estate, creditors and all parties in interest, and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and a hearing having been held on October 14, 2020; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, that the Motion is granted; and it is further

ORDERED, that the Claims Objection Deadline shall be, and hereby is, extended from September 28, 2020 through and including December 31, 2020; and it is further

---

[1] The last four digits of the Reorganized Debtor's taxpayer identification number are 2730. The Reorganized Debtor's corporate headquarters are located at 13000 Deerfield Parkway, Building 200, Milton, Georgia.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

ORDERED, that this Order is without prejudice to the GUC Trust Trustee's right to seek further extensions of the Claims Objection Deadline; and it is further

ORDERED, that the Court shall retain jurisdiction to interpret and enforce this Order.

**Dated: October 15th, 2020**
**Wilmington, Delaware**

*/s/ Mary F. Walrath*
**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**