# EXHIBIT A

(FINANCIAL INFORMATION)

**Exide Technologies**
**Chapter 11, Case No. 13-11482-MFW**
**Cash Receipts and Disbursements 1/1/21 - 12/31/21**

| | Type | Date | Name | Memo | Account | Amount |
|---|---|---|---|---|---|---|
| **Legal fees and expenses disbursed** | Check | 04/08/2021 | Brown Rudnick, LLP | Invoice | Legal $ | 2,730.00 |
| | Check | 05/11/2021 | Brown Rudnick, LLP | Invoice | Legal | 3,510.00 |
| | Check | 05/12/2021 | The Rosner Law Group, LLC | Invoice | Legal | 959.83 |
| | Check | 08/04/2021 | Law Office of Steven Wolfson | Reimbursement Expenses | Expense Reimbursement | 12,469.75 |
| | Check | 09/09/2021 | Brown Rudnick, LLP | Invoice | Legal | 4,901.00 |
| | Check | 10/08/2021 | The Rosner Law Group, LLC | Invoice | Legal | 55.00 |
| | Check | 10/15/2021 | Brown Rudnick, LLP | Invoice | Legal | 6,207.50 |
| | Check | 11/08/2021 | Brown Rudnick, LLP | Invoice | Legal | 1,274.00 |
| | Check | 11/08/2021 | The Rosner Law Group, LLC | Invoice | Legal | 1,062.30 |
| | Check | 12/10/2021 | The Rosner Law Group, LLC | Invoice | Legal | 82.50 |
| Total Legal Fees and Expenses Disbursed | | | | | | 33,251.88 |
| **Interest cash receipts** | Deposit | 01/29/2021 | | Interest | Interest Income | 209.20 |
| | Deposit | 01/31/2021 | | Interest | Interest Income | 362.02 |
| | Deposit | 01/31/2021 | | Deposit | Interest Income | 5,359.58 |
| | Deposit | 02/26/2021 | | Deposit | Interest Income | 1,701.78 |
| | Deposit | 02/28/2021 | | Interest | Interest Income | 327.02 |
| | Deposit | 02/28/2021 | | Interest | Interest Income | 180.25 |
| | Deposit | 03/31/2021 | | Interest | Interest Income | 362.10 |
| | Deposit | 03/31/2021 | | Interest | Interest Income | 39.91 |
| | Deposit | 03/31/2021 | | Deposit | Interest Income | 2,106.88 |
| | Deposit | 04/30/2021 | | Interest | Interest Income | 116.82 |
| | Deposit | 04/30/2021 | | Interest | Interest Income | 38.63 |
| | Deposit | 04/30/2021 | | Deposit | Interest Income | 1,916.38 |
| | Deposit | 05/28/2021 | | Deposit | Interest Income | 1,789.51 |
| | Deposit | 05/31/2021 | | Interest | Interest Income | 120.72 |
| | Deposit | 05/31/2021 | | Interest | Interest Income | 39.91 |
| | Deposit | 06/30/2021 | | Interest | Interest Income | 38.63 |
| | Deposit | 06/30/2021 | | Interest | Interest Income | 116.83 |
| | Deposit | 06/30/2021 | | Deposit | Interest Income | 2,110.03 |
| | Deposit | 07/30/2021 | | Deposit | Interest Income | 1,919.25 |
| | Deposit | 07/31/2021 | | Interest | Interest Income | 59.97 |
| | Deposit | 07/31/2021 | | Interest | Interest Income | 39.92 |
| | Deposit | 08/31/2021 | | Interest | Interest Income | 48.29 |
| | Deposit | 08/31/2021 | | Interest | Interest Income | 39.92 |
| | Deposit | 08/31/2021 | | Deposit | Interest Income | 2,048.21 |
| | Deposit | 09/30/2021 | | Interest | Interest Income | 38.63 |
| | Deposit | 09/30/2021 | | Interest | Interest Income | 46.73 |
| | Deposit | 09/30/2021 | | Deposit | Interest Income | 1,921.21 |
| | Deposit | 10/29/2021 | | Deposit | Interest Income | 1,858.08 |
| | Deposit | 10/31/2021 | | Interest | Interest Income | 48.29 |
| | Deposit | 10/31/2021 | | Interest | Interest Income | 39.92 |
| | Deposit | 11/30/2021 | | Interest | Interest Income | 46.74 |
| | Deposit | 11/30/2021 | | Interest | Interest Income | 38.63 |
| | Deposit | 11/30/2021 | Charles River Bank | CD Interest - November | Interest Income | 2,051.27 |
| | Deposit | 12/31/2021 | | Interest | Interest Income | 48.29 |
| | Deposit | 12/31/2021 | | Interest | Interest Income | 39.92 |
| | Deposit | 12/31/2021 | Charles River Bank | CD Interest - December | Interest Income | 1,988.22 |
| Total Interest cash receipts | | | | | | 29,257.69 |
| **Net cash disburesed** | | | | | | (3,994.19) |
| **Cash 12/31/2020** | | | | | | 9,272,967.57 |
| Cash 12/31/21 | | | | | $ | 9,268,973.38 |