# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: admin | Date Created: 8/9/2023 |
| Case: 13−11482−MFW | Form ID: van460 | Total: 50 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
aty      Christine W. Kim

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| aty | Allen J. Guon | aguon@cozen.com |
| aty | Andrew John Roth−Moore | aroth−moore@coleschotz.com |
| aty | Brendan Joseph Schlauch | schlauch@rlf.com |
| aty | Carren Shulman | cshulman@sheppardmullin.com |
| aty | Daniel B. Butz | dbutz@mnat.com |
| aty | Daniel J. DeFranceschi | defranceschi@rlf.com |
| aty | Eric D. Schwartz | eschwartz@mnat.com |
| aty | Erin R Fay | efay@wsgr.com |
| aty | Gary D. Underdahl | gunderdahl@askllp.com |
| aty | James E O'Neill | joneill@pszjlaw.com |
| aty | James J. Mazza, Jr | james.mazza@skadden.com |
| aty | Jason M. Liberi | jason.liberi@skadden.com |
| aty | Jeremy V. Richards | jrichards@pszjlaw.com |
| aty | John W Guzzardo | jguzzardo@hmblaw.com |
| aty | Johnna Darby | jdarby@foxrothschild.com |
| aty | Joseph L. Steinfeld, Jr. | jsteinfeld@askllp.com |
| aty | Laura Davis Jones | ljones@pszjlaw.com |
| aty | Linda J. Casey | Linda.Casey@usdoj.gov |
| aty | Maria A. Bove | mbove@pszjlaw.com |
| aty | Marianna Udem | mudem@askllp.com |
| aty | Maris J. Kandestin | mkandestin@mwe.com |
| aty | Paige Noelle Topper | ptopper@mnat.com |
| aty | Patrick Scanlon | pjs@delcollections.com |
| aty | Richard A. Barkasy | rbarkasy@schnader.com |
| aty | Richard W. Brunette | rbrunette@sheppardmullin.com |
| aty | Robert J. Dehney | rdehney@mnat.com |
| aty | Stephen Della Penna | stephen.dellapenna@skadden.com |
| aty | Tamara K. Mann | tmann@mnat.com |
| aty | Wendy Huang Waszmer | wwaszmer@kslaw.com |
| aty | Zachary I Shapiro | shapiro@rlf.com |

TOTAL: 31

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | Exide Technologies, LLC | 13000 Deerfield Parkway     Building 200     Milton, GA 30004 |
| aty | Alan J. Kornfeld | Pachulski Stang Ziehl & Jones LLP     10100 Santa Monica Blvd, 11th Floor     Los Angeles, CA 90067 |
| aty | Alex Govze | ASK LLP     2600 Eagan Woods Drive     Suite 400     St. Paul, MN 55121 |
| aty | Allison B. Hudson | Shaw Fishman Glantz & Towbin LLC     321 N. Clark Street     Suite 800     Chicago 60654 IL |
| aty | Amy Van Gelder | Skadden Arps Slate Meagher & Flom LLP     155 North Wacker Drive     Chicago, IL 60606−1720 |
| aty | Brandon M. Duncomb | Skadden Arps Slate Meagher & Flom LLP     155 N. Wacker Drive     Suite 2700     Chicago, IL 60606−1720 |
| aty | Brigette G. McGrath | ASK LLP     2600 Eagan Woods Drive, Suite 400     St. Paul, MN 55121 |
| aty | Christina M. Sanfelippo | Shaw Fishman Glantz & Towbin LLC     321 N. Clark St.     Suite 800     Chicago, IL 60654 |
| aty | Jeffrey Parker | Sheppard Mullin Richter & Hampton LLP     333 South Hope Street     43rd Floor     Los Angeles, CA 90071−1422 |
| aty | Justin M. Winerman | Skadden, Arps, Slate, Meagher & Flom LLP     155 N. Wacker Drive     Chicago, IL 60606 |
| aty | Kara E. Casteel | ASK Financial LLP     2600 Eagan Woods Drive, Suite 400     St. Paul, MN 55121 |
| aty | Kendra K Bader | Ask LLP     2600 Eagan Woods Dr     Suite 400     St Paul, MN 55121 |
| aty | Randolph Visser | Sheppard Mullin Richter & Hampton LLP     333 S. Hope Street     43rd Floor     Los Angeles, CA 90071 |
| aty | Ray C. Schrock | Weil, Gotshal & Manges, LLP     767 Fifth Avenue     New York, NY 10153 |
| aty | Robert M. Fishman | SHAW FISHMAN GLANTZ & TOWBIN LLC     321 N. Clark Street, Suite 800     Chicago, IL 60654 |
| aty | Shawn K. Watts | Sheppard Mullin Richter & Hampton LLP     30 Rockefeller Plaza     New York, NY 10112−0015 |
| aty | Sunny Singh | Weil Gotshall & Manges LLP     767 Fifth Avenue     New York, NY 10153 |
| aty | Terence G. Banich | Fox Rothschild LLP     321 N. Clark Street, Suite 1600     Chicago, IL 60654 |